IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
AUG 1 5 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

TAMARA L. SOBOLEWSKI,
    Plaintiff,

v.

FORD MOTOR COMPANY,
    Defendant.

)
)
)
)
)
)
)
)
)
)

Case No. 1:24 CV 01396

JUDGE CALABRESE

## MOTION TO FILE REDACTED EXHIBITS

I respectfully request that the proposed documents in the above-referenced matter be sealed or redacted due to the sensitive nature of the material contained.

Exhibit 1    page 2 (Birth date)

Exhibit 4    page 2 (W-2 SSN)

Exhibit 4    page 12 (witness image and name)

Exhibit 4    page 13 (witness image and name)

Exhibit 4    page 16 (witness name and phone number)

Exhibit 9    page 3 (Pay Stub 1 SSN)

Exhibit 9    page 5 (Pay Stub 2 SSN)

Exhibit 9    page 28 (Pay Stub 3 SSN)

Exhibit 9     page 38 (Witness Facebook image and name)

Exhibit 10     page 3 (OSHIM Report)

Exhibit 13     pp. 2-5 (Witness image and name)

Exhibit 13     pp. 9-10 (Witness name)

Respectfully submitted this 12 day of August 2024.

*Tamara Sobolewski*
Tamara Sobolewski, Pro Se Plaintiff
1002 Dakota Avenue
Lorain OH 44052
440-452-1982