**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| TAMARA L. SOBOLEWSKI, | ) | Case No. 1:24-cv-1396 |
| | ) | |
| Plaintiff, | ) | Judge J. Philip Calabrese |
| | ) | |
| v. | ) | Magistrate Judge Reuben J. Sheperd |
| | ) | |
| FORD MOTOR COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**<u>ORDER</u>**

Plaintiff Tamara Sobolewski seeks to redact certain identified information from various exhibits filed in connection with her complaint. (ECF No. 3.) Under the Local Rules, parties shall redact personal identifiers, including social security numbers, financial account numbers, and the like. *See* L.R. 8.1(a). Some of the information Ms. Sobolewski seeks to redact falls squarely within this Local Rule and should not appear on the public docket. Other information, however, namely pictures of witnesses or their names, has no basis for being shielded from the public, particularly since some of this information is already on the internet or otherwise available. For these reasons, the Court **ORDERS** Plaintiff to file redacted versions of the exhibits at issue no later than August 30, 2024 and **DIRECTS** the Clerk to file complete unredacted versions of the exhibits under seal.

**SO ORDERED.**

Dated:  August 15, 2024

 

_____
J. Philip Calabrese
United States District Judge
Northern District of Ohio