# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| TAMARA L. SOBOLEWSKI,<br>1002 Dakota Avenue<br>Lorain OH 44052,<br>Plaintiff, | :<br>:<br>:<br>: Case No. 1:24-cv-01396 |
| v. | : Redacted Exhibits |
| FORD MOTOR COMPANY<br>650 Miller Road<br>Avon Lake OH 44012,<br>Defendant. | :<br>:<br>: |

FILED
AUG 29 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

I did my best to redact sensitive information.

I resubmit Exhibits 1 - 23.

Respectfully,
Tamara Sobolewski, Pro Se Plaintiff
(440) 452-1982
August 24, 2024