# EXHIBIT 1



**2015 UAW-FORD**
National Negotiations
Media Fact Book



# Members of the Media

This document is designed to assist members of the news media in covering the 2015 UAW-Ford national contract negotiations. It provides background material on Ford Motor Company (through year-end 2014), its collective bargaining agreement with the UAW and subjects that may be discussed during negotiations. It includes a number of charts and graphs that can be reproduced to illustrate company and industry trends. For further information about Ford's business and financial condition, please refer to our company's Annual Report for the year ended Dec. 31, 2014 and to subsequent filings with the SEC.

**Kelli Felker**
Manager, Manufacturing & Labor Communications
kfelker1@ford.com

**Mike Moran**
Global News Manager, Communications
mmoran@ford.com

**Karl Henkel**
Ford Communications
khenkel1@ford.com



# Appendix – Highlights of Prior Negotiations

**Highlights of Prior Negotiations**

The first UAW-Ford Agreement was signed on June 20, 1941. Since then, the parties have negotiated new national labor agreements on 27 occasions; the most recent became effective Oct. 24, 2011.

On three occasions – 1961, 1967 and 1976 – bargaining impasses resulted in nation-wide strikes. The longest occurred in 1967, lasting 49 days.

Below is a summary of significant provisions negotiated over the **74**-year history of the UAW-Ford relationship.

### 1941
- UAW recognized as bargaining agent
- Seniority provisions established
- Union shop and dues checkoff established
- Grievance procedure established
- UAW representation formula developed

### 1942
- Grievance procedure formalized
- Vacation plan established (one week after one year, two weeks for five years)
- Arbitration established as terminal point of grievance procedure (separate agreement in 1943)
- Apprenticeship Standards Agreement, covering eight trades, was signed

### 1946
- Management rights delineated
- Wages increased 18 cents

### 1947
- Wages increased 11-1/2 cents
- Skilled trades wages increased an additional 5 cents
- Six paid holidays established

### 1948
- Wages increased 13 cents
- Vacation plan improved
- Group insurance coverage made available – medical, disability, death and dismemberment

### 1949
- Noncontributory pension plan established (effective March 1, 1950)
- Scheduling of reduced workweek restricted
- Understanding added for subcontracting skilled maintenance and construction work

**2015 UAW-FORD**
**NATIONAL NEGOTIATIONS MEDIA FACT BOOK**



## 1950

- Wages increased 4 cents; 4-cent Annual Improvement Factor (AIF) established
- Cost-of-living allowance (COLA) established
- Vacation plan improved – three weeks after 15 years of service
- Shift premiums increased
- Half of Blue Cross/Blue Shield premiums paid by company
- Bonus of 5 cents established for persons on seven-day continuous operations
- Continuing group life insurance coverage extended to retirees

## 1953

- AIF increased to 5 cents
- COLA continued with 19 cents of the prevailing 24 cents folded into base rates
- Pension benefits increased
- Skilled wages increased an additional 10 cents
- Blue Cross/Blue Shield coverage made available to retirees

## 1955

- Supplemental Unemployment Benefit Plan (SUB) established
- AIF increased and changed to 2.5 percent of base with a 6-cent-per-hour minimum
- Holiday plan improved
- Life and accident insurance benefits increased
- Pension benefits increased
- Vacation plan improved

## 1958

- AIF increases continued
- COLA continued with 15 cents of the prevailing 25 cents folded into base
- Separation pay plan established
- Jury duty pay plan established
- Health insurance benefits, SUB and pension benefits increased
- Midnight shift premium increased, Saturday made premium day for overtime pay

## 1961

- AIF increases continued
- COLA continued with 12 cents of the prevailing 17 cents folded in
- Group life insurance, SUB and pension benefits increased
- Medical insurance made fully paid by the company for employees; one-half paid for retirees
- Moving allowance provided

## 1964

- AIF increases continued in 1965 and increased to 7 cents, or 2.8 percent, in 1966
- Additional 2 cents per hour added to base wages in September 1966
- COLA continued with 9 cents of the prevailing 14 cents folded into base
- Life and disability insurance made fully paid by the company
- One week of vacation and two holidays added for all employees



- Bereavement pay plan established
- Hospital-surgical-medical insurance fully paid by Company for retirees
- SUB, separation pay and jury duty pay increased
- Relief time for employees on assembly lines increased
- Tuition reimbursement for after-hours schooling

### 1967

- Wages increased 20 cents the first year (with additional 30 cents for skilled trades), with increases ranging from 9-1/2 cents to 17 cents and 10 cents to 17-1/2 cents in the second and third years
- COLA "capped" at a maximum of 21 cents during the life of the agreement (18 cents of the prevailing 23 cents folded into base)
- SUB plan revised to include Guaranteed Annual Income Credits and an increase in regular weekly benefit levels
- Pension benefits increased
- One additional holiday each in 1968, 1969 and 1970 – timed to provide long weekends at Christmas and New Year
- Relief time increased for certain employees in the assembly plants
- Prescription drug plan established
- Hospital-surgical-medical plan coverage improved and fully paid for surviving spouses of retirees
- Disability insurance provisions extended

### 1970

- Wages increased 46-1/2 cents to 58 cents the first year with increases ranging from 9-1/2 cents to 20 cents and 9-1/2 cents to 21 cents the second and third years
- COLA continued with "cap" removed (16 cents of the prevailing 21 cents folded into base)
- 30-and-out retirement benefits established (supplemental allowance payable upon attainment of 30 years of service)
- Holidays increased to allow for unbroken period from the day before Christmas through New Year's Day
- SUB plan contributions increased
- Life insurance and weekly accident and sickness benefits increased
- Hospital-surgical-medical benefits improved
- Pension benefits for present retirees increased and prescription drug plan extended to retirees
- Tuition reimbursement improved
- Vacation increased to five weeks for employees with 20 or more years of service
- Jury duty, bereavement and short-term military duty pay improved

### 1973

- Wages increased 22 cents to 33-1/2 cents the first year with increases of 11-1/2 to 24 cents the second and third years
- COLA formula revised to provide a one-cent increase for each 0.3 percent change in the combined U.S. and Canadian Consumer Price Index (35 cents of the prevailing 40 cents per hour folded into base)
- Dental Plan established

**2015 UAW-FORD**
**NATIONAL NEGOTIATIONS MEDIA FACT BOOK**



- Pension benefits improved
- Grievance procedure changed to increase opportunity for oral discussion
- Voluntary overtime rules established
- Friday after Thanksgiving made a paid holiday
- Vacation scheduling provisions revised
- Full-time union health and safety representatives appointed
- SUB plan contributions increased
- Life and disability insurance benefits increased
- Hospital-surgical-medical benefits improved
- Tuition reimbursement increased
- Foundry workers with 25 or more years of service receive bonus retirement credits

## 1976

- Wages increased 32-1/2 cents to 45 cents the first year with increases ranging from 16-1/2 cents to 30 cents and 17 cents to 31 cents in the second and third years
- COLA continued with $1.09 of the prevailing $1.14 folded into base
- Skilled trades given additional increases of 25 to 35-1/2 cents over the first two years
- Vision care program established
- Hearing aid program established
- Full-time Benefits Plan Representatives appointed
- Scheduled Paid Personal Holiday Plan established providing 12 personal holidays during the life of the agreement
- Tuition reimbursement increased
- Dental plan benefits increased and extended
- Lump sum payment of $200 to $600 made to present retirees and 55 percent of the retiree amount to surviving spouses
- SUB plan improved to provide limited benefits should the regular fund become exhausted
- Discount Rebate Plan established (forerunner of New Vehicle Purchase Plan)

## 1979

- Wages increased 41-1/2 to 56 cents per hour the first year, with increases ranging from 23 cents to 38 cents and 23-1/2 cents to 39 cents in the second and third years
- COLA continued with $1.32 of the prevailing $1.37 folded into base
- COLA formula revised effective December 1981 to provide a one-cent increase for each 0.26 percent change in the combined U.S. and Canadian Consumer Price Index
- Scheduled Paid Personal Holiday Plan continued providing up to 26 personal holidays during the life of the agreement
- National Joint Committee on Technological Progress established
- National Joint Committee on Employee Involvement established
- Tuition reimbursement increased to $1,000 a year
- Fully paid Vision Program extended to retirees and surviving spouses
- Dental plan benefits improved
- Jury duty, bereavement and short-term military duty pay provisions improved
- Pension benefits improved with initial increases and periodic increases in each year of the agreement for future and past retirees
- SUB plan improved and some eligibility rules liberalized
- Tax Reduction Act Stock Ownership Plan (TRASOP) established

**2015 UAW-FORD**
**NATIONAL NEGOTIATIONS MEDIA FACT BOOK**



## 1982

- Wages maintained at current levels
- COLA continued with three adjustments deferred for 18 months
- Jointly administered Education, Development and Training Program established
- Guaranteed Income Stream (GIS) Program established
- Profit Sharing Plan established (effective Jan. 1, 1983)
- SUB plan strengthened
- Scheduled Paid Personal Holiday Plan terminated
- Guidelines established for plant closings, review of sourcing decisions and preferential placement arrangements
- Pilot Employment Guarantee project (PEG) authorized
- Mutual Growth Forum established
- Ford Money Market Account made available
- New Vehicle Purchase Plan established

## 1984

- Wages increased by amounts ranging from 8 cents to 47 cents. Increases ranged from 1 percent to 3.5 percent with a company-wide average of 2.25 percent
- COLA continued with $2.99 of the prevailing $3.04 allowance folded into base. Future COLA to be calculated using CPI-W index
- Performance bonus for seniority employees equal to 2.25 percent of qualifying earnings in 1985 and 1986
- Seven-day operators' bonus increased from 20 cents to 25 cents per hour
- A new holiday on July 5, 1985. In 1986 and 1987, Martin Luther King Jr. Memorial Day to be observed on March 31 and April 20, respectively
- Protected Employee Program established
- Pension benefits improved
- Company SUB Plan contribution rates increased progressively during the term of the Agreement
- GIS eligibility lowered to 10 years of seniority for plant closings
- Legal Services Plan established
- Tax-Efficient Savings Plan established for hourly employees
- Attendance Improvement Plan established
- Profit Sharing Plan maintained
- Joint UAW-Ford programs strengthened including EI, Mutual Growth Forum and the Education, Development and Training Program. Labor-Management Studies, Child Care Resource and Referral Service, Employee Assistance Plan established
- Retiree Servicing Center benefit delivery program for retirees established

## 1987

- Base hourly rates increased by amounts ranging from 33.5 cents to 50.5 cents, reflecting an increase of 3 percent
- COLA continued with 81 cents of the prevailing 86 cents folded into base
- Performance bonus for seniority employees equal to 3 percent of qualified earnings in 1988 and 1989
- Joint UAW-Ford programs expanded through increased funding. Expansion of Child Care Resource and Referral Service; Employee Assistance Plan; Education, Development and Training Program; and Apprentice Program. Established a UAW-Ford Quality Improvement Implementation Committee



- Pension benefits improved
- Company SUB plan financing increased
- Profit Sharing Plan improved
- Holiday plan improved
- Established the Job Security Program (GEN) and committed $500 million to the program
- Union Work Standards representatives for each car and truck assembly plant appointed
- Employee-paid optional employee life insurance program provided; optional dependent life insurance program improved
- Preferred employee interest rates and payroll deduction for Ford Motor Credit Company loans provided
- Hospice care and generic drug programs implemented

## 1990

- Base hourly rates increased by amounts ranging from 37 cents to 56 cents, reflecting an increase of 3 percent. Skilled trades base hourly rates increased by an additional 30 cents
- COLA formula continued with $1.68 of the prevailing $1.73 folded into base
- Lump-sum Performance Bonus equal to 3 percent of qualified earnings paid during 1991 and 1992
- $600 Christmas bonus paid in 1990, 1991 and 1992
- Seven-day operations bonus increased from 25 cents to 35 cents per hour
- Profit Sharing Plan formula improved to pay from the "first dollar" of profits
- Job and Income Security Program (GEN and SUB) financed with $1.156 million
- Pension benefits improved
- Attendance Recognition Award payments discontinued after 1990, and the Attendance Improvement Program may be applied to employees with 10 or more years' seniority who demonstrate an unacceptable attendance pattern
- Improved benefits for dental, mental health and substance abuse services
- Commitment made to place 1,000 apprentices company-wide on course, business conditions permitting
- Total of 46 paid holidays provided during the three-year agreement
- Joint UAW-Ford programs expanded through increased funding. Established the Employee Support Services Program, agreed to pilot a joint child care center, and established grants for local plant fitness centers
- Additional full-time representatives, both appointed and elected, added to the existing structure

## 1993

- Base hourly rates increased by amounts ranging from 43 cents to 63 cents reflecting an increase of 3 percent
- Skilled trades base hourly rates increased by an additional 25 cents
- COLA formula continued with $1.34 of the prevailing $1.39 folded into base
- Lump-sum Performance Bonus equal to 3 percent of qualified earnings during 1994 and 1995
- A $600 Christmas bonus paid in 1993, 1994 and 1995
- Profit Sharing Plan formula continued unchanged — new hires eligible for profit sharing from their date of hire
- Job and Income Security Program (GEN and SUB) financed with $1.156 million
- Pension benefits improved



- A total of 44 paid holidays provided during the three-year agreement
- National Quality Agreement continued as a "living document" that permits continuous improvement and expansion of quality efforts outside the negotiations process
- Commitment made to place 1,000 apprentices company-wide on course, business conditions permitting
- Joint UAW-Ford programs expanded; established Technical Skills Program; Employee Tuition Plans improved; Employee Support Services Program expanded; established a national and local Critical Incident Stress Debriefing Procedure; agreed to pilot programs in physical rehabilitation, child-care, and eldercare consultation and referral

## 1996

- Lump-sum payment of $2,000 paid immediately
- COLA formula continued with $1.03 of the prevailing $1.08 folded into base
- Base hourly rates increased by 3 percent in the second and third years
- Skilled trades base hourly rates increased by an additional 30 cents in the second year
- $600 Christmas bonus paid in 1996, 1997 and 1998
- Profit Sharing Plan formula continued unchanged
- Total of 48 paid holidays provided during the three-year agreement
- Job and Income Security Program (GEN and SUB) financed with $1.8 billion
- GEN revised substantially with an overlay of provisions that enhance certain existing job and employment guarantees, principally with respect to replacing attrition
- Commitment made to place 1,200 apprentices company-wide on course, business conditions permitting
- CRAFTT Concept was established to facilitate more efficient use of skilled trades
- Joint UAW-Ford programs expanded. Technical Skills Programs expanded to include "Grants for Plants," providing funding for developing and renovating on-site learning centers to include technical training. Employee Tuition Plans improved to provide tuition assistance for children of UAW-Ford workers and retirees. Health and Safety Programs strengthened

## 1999

- Lump-sum payment of $1,350 paid immediately
- COLA formula continued with 85 cents of the prevailing 90 cents folded into base
- Base hourly rates increased by 3 percent in each year of the agreement (1999, 2000, 2001 and 2002)
- Bereavement pay expanded to five days, in the case of death of a present parent or stepchild, or in the case of multiple deaths in the immediate family
- $600 Christmas bonus paid in 1999, 2000, 2001 and 2002
- Profit Sharing Plan formula continued unchanged
- Total of 67 paid holidays provided during the four-year agreement
- GEN revised substantially with respect to replacement of attrition
- Commitment made to place 1,800 apprentices company-wide in the apprenticeable trades during the term of the agreement
- Education and Training Assistance Plan (ETAP) for active employees increased to $4,200
- Family Service and Learning Centers established
- Traditional dental program replaced with dental PPO

## 2003

- Lump-sum payment of $3,000 paid upon ratification



- 3 percent performance bonus paid in 2004
- COLA formula continued with $2.00 of the prevailing $2.05 folded into base[1]
- Base hourly rates increased by 2 percent in 2005 and 3 percent in 2006[2]
- Skilled trades' base hourly rates increased by an additional 30 cents upon ratification
- $600 Christmas bonus paid in 2003, 2004, 2005 and 2006
- Profit Sharing Plan formula continued unchanged
- Total of 67 paid holidays provided during the four-year agreement
- New Job Opportunities Posting process allowed for greater placement opportunities for both in-zone and out-of-zone employees on layoff or in GEN protected status
- Commitment made to allow forecasting model driven by business conditions to determine number of apprentices placed in the apprenticeable trades during the term of the agreement

[1] Additional COLA diversions were approved for the DC VEBA as part of the December 2005 Memorandum of Understanding.

[2] The 3 percent increase scheduled for 2006 was deferred to the DC VEBA as part of the December 2005 Memorandum of Understanding.

**2015 UAW-FORD**
**NATIONAL NEGOTIATIONS MEDIA FACT BOOK**



## 2007

- Lump-sum payment of $3,000 paid upon ratification
- Eliminated 185 skilled trades classifications
- Skilled trades base hourly rates increased by an additional 30 cents
- 3 percent performance bonus paid in 2008, 4 percent in 2009, and 3 percent in 2010
- COLA formula continued with $2.03 of the prevailing $2.13 folded into base – does not apply to Entry-Level
- $600 Christmas bonus paid in 2007, 2008, 2009 and 2010
- Total of 66 paid holidays provided during the four-year agreement
- The parties have agreed that 20 percent of the employees under the 2007 UAW-Ford Master Agreement can be Entry-Level employees with unique pay and benefits
- Profit Sharing Plan formula continued unchanged; however, FMCC results will not be included in profits
- Protected employees will remain in protected status for two years unless he/she has declined at least two job offers during this time
- Job Opportunities Posting process will remain unchanged
- Traditional housekeeping functions have been agreed to exit in their entirety as expeditiously as possible
- New National Attendance Program established
- Established the VEBA for retiree healthcare

## 2009

- Suspended Christmas Bonus, Performance Bonus, COLA for the term of the agreement
- Easter Monday suspended as a paid holiday
- Relief allowance for on line operations reduced to 40 minutes per eight-hour shift
- Employee payments will be direct deposited
- Wellness Program established; employees who elect not to participate contribute $25 per month
- Overtime – Time and one-half is only paid for time worked over 40 compensated hours per week (Local AWS Agreement exceptions)
- VEBA funding modified, Ford funded $15 billion with cash and securities
- Enabling language to implement Skilled Trades Mechanical teams
- Flexibility to implement Alternative Work Schedules after UAW discussion and 14 days' notice
- Suspension of Protected Status under the Job Security Program ("Jobs Bank")
- Employee on indefinite layoff is eligible for up to one job placement opportunity either within or outside the employee's Preferential Placement zone
- Transition Assistance Plan (TAP) created to provide additional weekly payments (50 percent of gross weekly wages) during the life of the 2007 Agreement to employees who exhaust their SUB Regular Benefits
- When production job openings exist at a facility and there are no surplus production employees in that zone, the Company may place surplus skilled tradespersons from that zone into those production job openings
- Company may place surplus legacy employees facing layoff into jobs held by Entry-Level employees within the same zone, thus bumping the Entry-Level employees to layoff

**2015 UAW-FORD**
**NATIONAL NEGOTIATIONS MEDIA FACT BOOK**



## 2011

- No general wage increase. COLA removed from the agreement
- Ratification lump-sum $6,000 payment for employees with one or more years of service; $5,000 lump sum for employees with less than one year of service
- $1,500 Inflation Protection Bonus paid in June 2012, 2013, 2014 and 2015
- $250 Competitiveness Bonus paid in December 2011, 2012, 2013 and 2014
- Christmas Bonus lump-sum payment removed from the agreement
- Profit Sharing Plan modified such that North American Earnings Before Interest and Taxes excluding Special Items (FNA EBIT) will be the basis upon which payments will be made under the Plan
- Company contribution to the Profit Sharing Fund will equal $1 for every $1 million of FNA EBIT prorated for those participants with Compensated Hours less than 1,850 on a straight percentage basis
- Total of 63 paid holidays provided during the four year agreement
- Two paid Family Days allotted during the four year agreement
- Vacation pay-in-lieu provision reinstated
- Personal Retirement Plan (PRP) eliminated for Entry-Level employees. A defined contribution implemented for current Entry-Level employees hired or rehired after Nov. 19, 2007 and all employees hired or rehired after the 2011 CBA effective date
- All new employees hired or rehired on or after the effective date of the 2011 CBA are covered by a defined contribution arrangement for the Tax-Efficient Savings Plan for Hourly Employees (TESPHE)
- Reduction in basic life insurance and accidental death & dismemberment coverage for employees retiring after March 1, 2012
- Increased life and disability insurance for Entry-Level employees
- Medical leave approval and disability claim processes combined
- Legal Services Plan terminated as of Dec. 31, 2013
- Supplemental Unemployment Benefits (SUB) will be calculated on a flat rate, equaling on average 74 percent of gross weekly pay
- Additional moving allowance option added for involuntary transfers
- Long-Term Supplemental employees at various locations converted to Entry-Level
- New wage progression schedule for Entry-Level and Temporary employees: Starting rate $15.78; full rate $19.28
- Effective Jan. 1, 2012, changes to the National PPO plan include unlimited office visits $20 co-pay per visit, $50 urgent care co-pay, $100 emergency room co-pay, preventative services covered once per calendar year with no co-pay
- Health and Safety Program considered a "living agreement" to allow flexibility for improvements outside the negotiations process
- Modifications to the Preferential Placement provisions
- Company identified over 12,000 new jobs by the end of the agreement
- Sourcing moratorium continued with identified exceptions
- Expansion of Continuous Improvement language for Work Group/Teams implementation
- Flexibility to implement any of the six approved Alternative Work Schedule (AWS) patterns after UAW discussion and 14 days' notice
- Three-crew operating patterns will have up to six mandatory, 10-hour Saturdays/Sundays
- Parts Supply & Logistics: Reduced classifications to one-two non-skilled for all locations outside of Brownstown; employees classified as Skilled Maintenance General will be utilized on non-skilled work when no required maintenance tasks are available

**2015 UAW-FORD**
**NATIONAL NEGOTIATIONS MEDIA FACT BOOK**



# Appendix – Traditional Base Wage Increases

### Base Wage Rate Increases for Two Sample Classifications

The table below provides an example of the changes in hourly base rate of pay for two job classifications used at many Ford facilities. The Tool & Die Maker is an apprenticeable trade classification and the Major Assembler classification is a typical highly populated production classification.

The base rate changes for the period 1941 through 1975 are shown in five-year increments although rates increased nearly every year. Base rate changes for the years 1981 through 1995 are shown in three-year increments since the base rates were increased only in the first year of the agreement. Base rate changes for the years 2003 through 2006 are shown in two-year increments since the base rate was increased in two-year increments. The base rate in 2007 consisted of a COLA roll-in for all employees and a tool allowance for skilled trades employees.

| Year | Tool & Die Maker | Major Assembler |
|------|------------------|-----------------|
| 1941 | $1.450 | $1.15 |
| 1945 | $1.600 | $1.15 |
| 1950 | $2.075 | $1.575 |
| 1955 | $2.690 | $2.005 |
| 1960 | $3.285 | $2.455 |
| 1965 | $3.825 | $2.905 |
| 1970 | $5.610 | $4.25 |
| 1975 | $7.010 | $5.43 |
| 1976 | $8.660 | $6.885 |
| 1977 | $9.020 | $7.09 |
| 1978 | $9.290 | $7.305 |
| 1979 | $11.130 | $9.085 |
| 1980 | $11.465 | $9.36 |
| 1981-83 | $11.810 | $9.64 |

| Year | Tool & Die Maker | Major Assembler |
|------|------------------|-----------------|
| 1984-86 | $15.205 | $12.825 |
| 1987-89 | $16.470 | $14.02 |
| 1990-92 | $18.945 | $16.12 |
| 1993-95 | $20.105 | $17.945 |
| 1996 | $22.135 | $18.975 |
| 1997 | $23.100 | $19.545 |
| 1998 | $23.795 | $20.13 |
| 1999 | $25.360 | $21.585 |
| 2000 | $26.120 | $22.235 |
| 2001 | $26.905 | $22.9 |
| 2002 | $27.710 | $23.585 |
| 2003-04 | $30.100 | $25.585 |
| 2005-06 | $30.610 | $26.095 |
| 2007-14 | $32.840 | $28.125 |

*(Figures do not include shift, seven-day incentive or overtime premiums.)*

**Historical fact:** In January 1914, Ford Motor Company established the $5-a-day base rate. On Jan. 1, 1919, this was increased to $6, and on Dec. 1, 1929, it was advanced to $7.

**2015 UAW-FORD**
**NATIONAL NEGOTIATIONS MEDIA FACT BOOK**



# Appendix — Entry-Level Rate Increases

## Entry-Level Rates

Employees, other than skilled trade employees, hired or rehired on or after the effective date of the 2007 Agreement, Nov. 19, 2007, are considered Entry-Level employees and are paid according to the Entry-Level wage schedule. Entry-Level employees are initially paid a "Starting Rate." They receive a wage progression increase after every 12 months of employment. They reach Full Production Rate after a total of 48 months of employment. They were eligible for annual General Wage Increases from 2008 through 2011 based upon percentage increases in certain governmental indices.

| Year | Start Rate | Full Production Wage Rates |
|------|------------|----------------------------|
| 2007 | $14.20 | $15.34 |
| 2008 | $14.20 | $15.73 |
| 2009 | $14.69 | $16.32 |
| 2010 | $15.24 | $16.93 |
| 2011 | $15.51 | $17.23 |
| 2012 | $15.78 | $19.28 |
| 2013 | $15.78 | $19.28 |
| 2014 | $15.78 | $19.28 |
| 2015 | $15.78 | $19.28 |

**2015 UAW-FORD**
**NATIONAL NEGOTIATIONS MEDIA FACT BOOK**



# LOCAL AGREEMENTS

## TRADITIONAL
## AND
## MODERN OPERATING
## AGREEMENTS

*between*

## UAW LOCAL 2000
## Avon Lake, Ohio

 **and** 

## OHIO ASSEMBLY PLANT

## October 12, 2003

## RULES AND REGULATIONS

FOR THE PURPOSE OF PROMOTING THE SAFETY OF
EMPLOYEES AND PROPERTY, AND MAINTAINING ORDER AND
EFFICIENCY, RULES AND REGULATIONS ARE ESTABLISHED AS
NECESSARY CONCERNING CONDUCT ON COMPANY PROPERTY
AND THE USE OF FACILITIES. SOME OF THE VIOLATIONS
WHICH REQUIRE CORRECTIVE ACTION OR DISCIPLINE ARE AS
FOLLOWS:

- THEFT FROM FELLOW EMPLOYEES OR THE COMPANY
- ASSAULT, BRAWLING, FIGHTING, HORSEPLAY, RUNNING OR SCUFFLING
- POSSESSION OF DANGEROUS OR ILLEGAL WEAPONS
- ANY ACT OF THREAT
- MALICIOUS OR CARELESS DESTRUCTION OF COMPANY PROPERTY
- UNDER THE INFLUENCE OF OR IN POSSESSION OF INTOXICANTS OR CONTROLLED DRUGS
- SMOKING WHERE PROHIBITED
- FAILURE TO WEAR PROPER WORK CLOTHING. SANDALS, TENNIS AND CANVAS SHOES ARE NOT PROPER FOOTWEAR. FULL-LENGTH TROUSERS OR COVERALLS MUST BE WORN PLUS A SHIRT WITH LONG SLEEVES IF NOT WEARING COVERALLS. T-SHIRTS ARE PERMITTED IF THEY HAVE LONG SLEEVES.
- CARELESS WORKMANSHIP
- GAMBLING OR POSSESSION OF GAMBLING PARAPHERNALIA
- REFUSING TO PERFORM THE JOB ASSIGNED, SLEEPING OR LOAFING
- DISOBEDIENCE OR DISRESPECT TO PROPER AUTHORITY
- DISTRIBUTION OR POSTING OF LITERATURE ON COMPANY PROPERTY WITHOUT PERMISSION FROM THE EMPLOYEE RELATIONS DEPARTMENT.
- MAKING COLLECTIONS OR ANY TYPE OF SOLICITATION OR SALE WITHOUT PERMISSION
- WORKING UNDER AN ASSUMED NAME OR FURNISHING ANY FALSE DATA TO THE COMPANY
- ABSENTEEISM OR TARDINESS
- WASHING, PREPARING TO LEAVE OR LEAVING THE JOB OPERATION BEFORE THE PROPER TIME

9

- LEAVING THE JOB OR PLANT WITHOUT A PASS ISSUED BY A SUPERVISOR
- IMPROPER USE OF LOCKERS, VENDING MACHINES, CAFETERIA OR OTHER FACILITIES INCLUDING THE REMOVAL OF COMPANY OR VENDOR PROPERTY FROM THE CAFETERIA OR CANTEEN AREA
- FRAUDULENTLY APPLYING FOR OR COLLECTING UNEMPLOYMENT COMPENSATION, SUB, OR OTHER COMPENSATION
- UNAUTHORIZED POSSESSION OF COMPANY PROPERTY
- EATING IN AREAS OTHER THAN CANTEEN AREAS AND CAFETERIAS
- FAILURE TO OBSERVE RULES OF SAFETY AND FIRE PREVENTION WHICH ARE REQUIRED TO SAFEGUARD ALL EMPLOYEES AND COMPANY PROPERTY
- RETURNING LATE FROM LUNCH OR RELIEF
- POSSESSION OR USE OF CAMERAS OR RADIOS ON PLANT PREMISES WITHOUT PERMISSION.  POSSESSION OR USE OF CAMERAS OR USE OF 110-VOLT PERSONAL RADIOS OR APPLIANCES IS PROHIBITED.
- POSSESSION OF COMPANY RECORDS, FORMS OR EQUIPMENT UNLESS AUTHORIZED
- DEFACING COMPANY PROPERTY
- HARASSMENT, CATCALLING OR BOOING
- SITTING OR LOUNGING ON STOCK OR CONTAINERS WHETHER IN RACKS, ON PALLETS OR ON THE FLOOR
- DISPOSING OF LITTER, INCLUDING PAPER AND PLASTIC PRODUCTS, IN COMPANY EQUIPMENT OR PRODUCTION UNITS
- BEING IN UNAUTHORIZED AREAS EITHER INSIDE THE PLANT OR ELSEWHERE ON COMPANY PROPERTY.

APPROPRIATE ACTION MAY BE TAKEN WITH REFERENCE TO ANY OTHER FORMS OF MISCONDUCT ON COMPANY PROPERTY.

10

## HOURLY CLASSIFICATION AND RATE AGREEMENT

It is mutually agreed between Ford Motor Company and the International
Union, UAW that the following classification and rates shall be included in
the wage schedule for U.S. Assembly Plants effective September 29, 2003,
for application to employees at the Ohio Assembly Plant working in the
Unit 2 areas designated in the Team Concept Agreements for Production
Teams and Indirect Labor Teams dated January 3, 1991.

### Vehicle Assembly Technician

The wage rate for this classification will be the following multi-leveled
Ability Rate Progression Schedule with employees receiving rate
adjustments based on a demonstrated proficiency in performing the tasks
assigned to each work team.

### Ability Rate Progression Schedule

| Ability Level | Rate | Criteria for Wage Advancement |
|---|---|---|
| Level I | $25.585 | Entry. |
| Level II | 25.800 | Employee demonstrates the ability to perform all tasks on thirty-three percent (33%) of the operations in the team. |
| Level III | 26.005 | Employee demonstrates the ability to perform all tasks on sixty-six percent (66%) of the operations in the team. |
| Level IV | 26.205 | Employee demonstrates the ability to perform all tasks on all operations in the team. |

Employees assigned to a work team that includes work of the Dinger-
Painted Body Sheet Metal classification who are performing such dinger
work will be paid if they have demonstrated the ability to perform all tasks
on all other operations in the team.

Team members' wage advancement will be based on (1) certification by the
Team Leader that the criteria for the next ability level has been completed,
and (2) the subsequent review and concurrence by the appropriate
management and union representatives.

For employees who exercise department-to-department transfers within the Escape unit, the current practice will be maintained for processing these transfers.  The ARP level will be adjusted if the employee is unwilling or unable to be certified in performing the tasks assigned to him/her in the new work team.

# AGREEMENTS

*between*

## UAW®

*and the*

## FORD MOTOR COMPANY

# Volume I





**Agreements Dated**

**September 15, 2003**

*(Effective September 29, 2003)*

*Includes Administrative Corrections*

ARTICLE IV                          COMPANY RESPONSIBILITY

Any secondary job openings resulting from filling jobs pursuant to this provision may be filled through promotion or through transfer without regard to seniority standing or by new hire.

At any plant where the Local Union notified local Management in writing within 30 days from the effective date of the 1967 Agreement, this Subsection shall not be deemed in effect and local agreements in effect under the Agreement dated November 23, 1964, regarding any job openings will continue in effect.

## Section 3. Discipline and Discharge

The Company retains the sole right to discipline and discharge employees for cause, provided that in the exercise of this right it will not act wrongfully or unjustly or in violation of the terms of this Agreement.

In imposing discipline on a current charge, the Company will not take into account any prior infraction which occurred more than 18 months previously.

Complaints that the Company has violated this paragraph may be taken up through the Grievance Procedure provided in this Agreement.

## Section 4. Production Standards

### (a) Establishment; Disputes

The right of the Company to establish and enforce production standards is recognized. Such production standards shall be fair and equitable and shall be set on the basis of normal working conditions, the quality of workmanship, and the normal working capacities of normal experienced operators, with due consideration to fatigue and the need for "personal" time.

When a production standard is established and is not disputed, or is disputed and settled, the element times shall remain unchanged and not subject to dispute unless and until the operation is changed as a result of change in method, layout, tools, equipment, materials or product design.

When a study is to be made for the purpose of establishing a standard the employee on such job shall be notified

# LOCAL AGREEMENT

*between*



## LOCAL 2000

*and*



## OHIO ASSEMBLY PLANT
### *Avon Lake, Ohio*

## November 15, 2015

Call-in/ Check –In Procedure

The Attendance Tracking System (ATS) (1-866-893-0576) has been established for any unscheduled absences or potential tardiness. This system will allow Management to better track absenteeism and allow Process Coaches to better plan daily staffing in their areas.

You are expected to report any unscheduled absences or potential tardiness at least 30 minutes prior to your scheduled start time. You will reach an automated service, which will ask you questions about your absence.

Employees returning from any absence that was not pre-scheduled will be required to report to the Labor Relations office before the start of their scheduled shifts to complete the check-in procedure.

## RULES AND REGULATIONS

FOR THE PURPOSE OF PROMOTING THE SAFETY OF EMPLOYEES AND PROPERTY, AND MAINTAINING ORDER AND EFFICIENCY, RULES AND REGULATIONS ARE ESTABLISHED AS NECESSARY CONCERNING CONDUCT ON COMPANY PROPERTY AND THE USE OF FACILITIES. SOME OF THE VIOLATIONS WHICH REQUIRE CORRECTIVE ACTION OR DISCIPLINE ARE AS FOLLOWS:

1. THEFT FROM FELLOW EMPLOYEES OR THE COMPANY
2. ASSAULT, BRAWLING, FIGHTING, HORSEPLAY, RUNNING OR SCUFFLING
3. POSSESSION OF DANGEROUS OR ILLEGAL WEAPONS
4. ANY ACT OF THREAT
5. DESTRUCTION OF COMPANY PROPERTY
6. UNDER THE INFLUENCE OF OR IN POSSESSION OF INTOXICANTS OR CONTROLLED DRUGS
7. SMOKING WHERE PROHIBITED
8. FAILURE TO WEAR PROPER WORK CLOTHING AND PROPER FOOTWEAR. FULL-LENGTH PANTS OR COVERALLS MUST BE WORN PLUS A SHIRT WITH LONG SLEEVES IN THE BODY AND PAINT DEPARTMENTS. IN ALL OTHER DEPARTMENTS, EMPLOYEES WILL BE PERMITTED TO WEAR TANK-TOPS, SHIRTS, AND SHORTS NO HIGHER THEN FOUR INCHES ABOVE THE KNEE (EXCEPTING SAFETY OR QUALITY ISSUES) IF NOT WEARING COVERALLS.
T-SHIRTS ARE PERMITTED IF THEY HAVE LONG SLEEVES.
9. CARELESS WORKMANSHIP
10. GAMBLING OR POSSESSION OF GAMBLING PARAPHERNALIA
11. REFUSING TO PERFORM THE JOB ASSIGNED

6

12. SLEEPING OR LOAFING
13. DISRESPECTFUL BEHAVIOR
14. DISTRIBUTION OR POSTING OF LITERATURE ON COMPANY PROPERTY WITHOUT PERMISSION
15. MAKING COLLECTIONS OR ANY TYPE OF SOLICITATION OR SALE WITHOUT PERMISSION
16. FALSIFICATION
17. ABSENTEEISM OR TARDINESS
18. WASHING, PREPARING TO LEAVE OR LEAVING THE JOB OPERATION BEFORE THE PROPER TIME
19. IMPROPER USE OF LOCKERS, VENDING MACHINES, CAFETERIA OR OTHER FACILITIES INCLUDING THE REMOVAL OF COMPANY OR VENDOR PROPERTY FROM THE CAFETERIA OR CANTEEN AREA
20. FRAUDULENTLY APPLYING FOR OR COLLECTING UNEMPLOYMENT COMPENSATION, SUB, OR OTHER COMPENSATION
21. UNAUTHORIZED POSSESSION OF COMPANY PROPERTY
22. FAILURE TO OBSERVE RULES OF SAFETY AND FIRE PREVENTION
23. RETURNING LATE FROM LUNCH OR RELIEF
24. POSSESSION OR USE OF CAMERAS, PERSONAL APPLIANCES, OR RADIOS ON PLANT PREMISES WITHOUT PERMISSION.
25. POSSESSION OF COMPANY RECORDS, FORMS OR EQUIPMENT UNLESS AUTHORIZED
26. DEFACING COMPANY PROPERTY
27. HARASSMENT, CATCALLING OR BOOING
28. SITTING OR LOUNGING ON STOCK OR CONTAINERS WHETHER IN RACKS, ON PALLETS OR ON THE FLOOR
29. DISPOSING OF GARBAGE IN COMPANY EQUIPMENT OR PRODUCTION UNITS
30. BEING IN UNAUTHORIZED AREAS ON COMPANY PROPERTY.

APPROPRIATE ACTION MAY BE TAKEN WITH REFERENCE TO ANY OTHER FORMS OF MISCONDUCT ON COMPANY PROPERTY.

In the course of our current 2015 Local Negotiations, both parties reaffirmed their mutual determination, to ensure full implementation of the intent of the provisions of the local understandings.

In keeping with this objective, Ohio Assembly Plant Management will confer with local Union Representatives to review and consider any misunderstandings regarding the matters covered by the local agreements and will come to an immediate understanding.

# AGREEMENTS

*between*

## UAW®

*and the*

## FORD MOTOR COMPANY

# Volume I




**Agreements Dated**

**November 3, 2007**

*(Effective November 19, 2007)*



*printed on recycled paper*

ARTICLE IV                    COMPANY RESPONSIBILITY

employee who has not applied for the classification for the next vacancy provided the employee is qualified to do the job. In case there is more than one applicant qualified to do the job, the applicant with the longest seniority will be given preference.

An employee who has been offered and does not accept a transfer or who has transferred under the provisions of this Subsection will not be considered for another such job transfer until at least six months have elapsed from the date of the last offer or the effective date of the nonpromotional job transfer.

Any secondary job openings resulting from filling jobs pursuant to this provision may be filled through promotion or through transfer without regard to seniority standing or by new hire.

At any plant where the Local Union notified local Management in writing within 30 days from the effective date of the 1967 Agreement, this Subsection shall not be deemed in effect and local agreements in effect under the Agreement dated November 23, 1964, regarding any job openings will continue in effect.

## Section 3. Discipline and Discharge

The Company retains the sole right to discipline and discharge employees for cause, provided that in the exercise of this right it will not act wrongfully or unjustly or in violation of the terms of this Agreement.

In imposing discipline on a current charge, the Company will not take into account any prior infraction which occurred more than 18 months previously. **However, in instances where an employee is on a medical leave of absence of 90 days or more during the 18 month time period after a disciplinary action is issued, the 18 month time period will be extended by the amount of time of medical leave occurring within the initial eighteen months to ensure 18 months of active employment from the issuance of the disciplinary action.**

17

Complaints that the Company has violated this paragraph may be taken up through the Grievance Procedure provided in this Agreement.

## Section 4. Production Standards

### (a) Establishment; Disputes

The right of the Company to establish and enforce production standards is recognized. Such production standards shall be fair and equitable and shall be set on the basis of normal working conditions, the quality of workmanship, and the normal working capacities of normal experienced operators, with due consideration to fatigue and the need for "personal" time.

When a production standard is established and is not disputed, or is disputed and settled, the element times shall remain unchanged and not subject to dispute unless and until the operation is changed as a result of change in method, layout, tools, equipment, materials or product design.

When a study is to be made for the purpose of establishing a standard the employee on such job shall be notified at the time the study is to be made. When a study is made for purposes other than establishing a standard, the purpose of the study will be made known to a Union representative if he requests it.

The provisions of the strike Settlement Agreement of May 29, 1949, as amended,* and the rules for manning moving assembly lines established by the arbitration award of July 8, 1949, shall apply to assembly line operations like those covered by such Settlement Agreement, unless other arrangements have been or are mutually agreed to through local plant negotiations.

The vehicle assembly plants will maintain procedures to provide advance knowledge of mix changes which require compensating adjustments. Management will designate specific offline operations from which manpower will be made available when increased manpower is selected as a means of adjusting for a mix change. Upon

---

* (The relevant provisions of this Agreement are reproduced beginning on page 355 of this booklet.)

# AGREEMENTS

*between*

## UAW®

*and the*

## FORD MOTOR COMPANY

## Volume I




**Agreements Dated**

**November 5, 2015**

*(Effective November 23, 2015)*

ARTICLE IV                              COMPANY RESPONSIBILITY

At any plant where the Local Union notified local Management in writing within 30 days from the effective date of the 1967 Agreement, this Subsection shall not be deemed in effect and local agreements in effect under the Agreement dated November 23, 1964, regarding any job openings will continue in effect.

### Section 3.  Discipline and Discharge

The Company retains the sole right to discipline and discharge employees for cause, provided that in the exercise of this right it will not act wrongfully or unjustly or in violation of the terms of this Agreement.

In imposing discipline on a current charge, the Company will not take into account any prior infraction which occurred more than 18 months previously. However, in instances where an employee is on a medical leave of absence of 90 days or more during the 18 month time period after a disciplinary action is issued, the 18 month time period will be extended by the amount of time of medical leave occurring within the initial eighteen months to ensure 18 months of active employment from the issuance of the disciplinary action.

Complaints that the Company has violated this paragraph may be taken up through the Grievance Procedure provided in this Agreement.

### Section 4.  Production Standards
(a)  **Establishment; Disputes**

The right of the Company to establish and enforce production standards is recognized. Such production standards shall be fair and equitable and shall be set on the basis of normal working conditions, the quality of workmanship, and the normal working capacities of normal experienced operators, with due consideration to fatigue and the need for "personal" time.

When a production standard is established and is not disputed, or is disputed and settled, the element times shall remain unchanged and not subject to dispute unless and until the operation is changed as a result of change in

17

ARTICLE IV                    COMPANY RESPONSIBILITY

affecting the time of performance of a particular job that were not taken into account in establishing a production standard are known as nonstandard conditions. When such nonstandard conditions exist which adversely affect the operation and are brought to the attention of Management, an employee who is following the prescribed method and using the tools provided in the proper manner and performing at a normal pace will not be required to obtain the expected amount of production.

No employee will be disciplined for failure to perform in accordance with production standards unless he has been advised at least four days in advance as to what such production standard is. When the Company contemplates disciplinary action for failure to perform in accordance with production standards, the Committeeperson shall be notified promptly that the employee has been given the first warning and the reasons for such warning.

An employee physically incapable of meeting production standards will be given the opportunity to transfer to an operation he is physically capable of performing, subject to the provisions of Article VIII, Sections 9 through 13 of this Agreement.

An employee shall not be subject to discipline for his activities during his relief period so long as he does not interfere in any way with production, the work of his fellow employees and order in the plant, and does not violate plant rules.

Any complaint that discipline imposed under this Section is improper shall be taken up through the regular Grievance Procedure provided for in this Agreement.

**Section 5.  Rules and Regulations**

The right of the Company to make such reasonable rules and regulations, not in conflict with this Agreement, as it may from time to time deem best for the purposes of maintaining order, safety, and/or effective operation of Company plants, and after advance notice thereof to the Union and the employees, to require compliance therewith by employees,

20

ARTICLE IV                    COMPANY RESPONSIBILITY

is recognized. The Union reserves the right to question the reasonableness of the Company's rules or regulations through the Grievance Procedure.

**Section 6.  Assignment of Overtime Work**

When, in the judgment of Management, overtime is required for a given department, the regular employees assigned to the department will work such overtime periods.

All reasonable means will be employed to equalize overtime among shifts.

When in the judgment of Management, overtime is necessary for employees on a given classification within a department, the employees regularly performing the operations involved shall work such overtime periods. Where such overtime is of a continuing nature, Management, insofar as is practicable, will rotate such overtime among qualified employees within the department, it being understood that for this purpose, by local agreement, employees in General Cleaning, Material Handling, and other such classifications, may be considered as if in one department within a Unit by classification. In addition, overtime shall be rotated insofar as is practical between those employees on a given classification who, as a matter of routine assignment, are used interchangeably during the normal workweek.

Local deviations from the foregoing general rules regarding overtime assignments may be made by local agreement approved by the National Ford Department of the UAW and Labor Affairs of the Company.

Except in emergencies or breakdowns, an employee shall be notified of required overtime work not later than the completion of his last hour of work on the day preceding such overtime.

The notice provisions in this Section shall also apply to the resumption of overtime work whenever there is a break in the overtime schedule.

It is the policy of the Company to grant, where practicable, an employee's request to be excused from overtime on a

21

ARTICLE V    STRIKES, STOPPAGES AND LOCKOUTS

tryout and related checking fixture construction work normally performed by seniority journeymen in the tool and die classifications (Appendix F) shall be subject to the limitations set forth in the Company's letter to the Union dated October 4, 1979.

# ARTICLE V

## STRIKES, STOPPAGES AND LOCKOUTS

**Section 1.  Fair Day's Work**

The Union reaffirms its adherence to the principle of a fair day's work for a fair day's pay, and agrees to use its best efforts towards this end, both as to work and as to conduct in its performance.

**Section 2.  Intent of Agreement**

It is the intent of the parties, in the interests of attaining peaceful, orderly relations and efficient, uninterrupted operations, to set forth in this Agreement the obligations of the Company to the Union and the employees it represents, and to provide the procedures through which the Union and the employees shall resort to secure redress for any grievances arising from this Agreement.

**Section 3.  Prohibited Activities**

The Union will not cause or permit its members to cause, nor will any member of the Union take part in, any sit-down, stay-in, or slowdown in any plant of the Company or any curtailment of work or restriction of production or interference with the operations of the Company.

**Section 4.  Limitations on Right to Strike**

The Union will not cause or permit its members to cause, nor will any member of the Union take part in, any strike of any of the Company's operations, or picketing of any of the Company's plants or premises, except with respect to disputes which are to be referred to the procedure provided for in Article VII, Section 23 of this Agreement, and then only after such procedure has been exhausted.

24

ARTICLE VI                                   REPRESENTATION

No strike shall take place until such action has been fully
authorized as provided in the constitution of the
International Union, United Automobile, Aerospace and
Agricultural Implement Workers of America.

## Section 5.  Discipline for Violations of Sections 3 and 4

The Company shall have the right to discipline (including
discharge) any employee who instigates, participates in, or
gives leadership to an unauthorized strike in violation of this
Agreement.

The Umpire shall have power to review the reasonableness
of penalties imposed under this Section.

## Section 6.  Limitations on Right to Lock Out

The Company will not lock out any employees except with
respect to disputes which are to be referred to the procedure
provided for in Article VII, Section 23 of this Agreement,
and then only after such procedure has been exhausted.

# ARTICLE VI

# REPRESENTATION

## Section 1.  Unit Structure

For the purpose of providing representation and operating
under this Agreement, the Company shall be divided into
Units. Each depot, plant or works shall constitute such a
Unit. The Rouge Area shall be subdivided into the following
respective Units:

Maintenance, Construction **and** Transportation
Dearborn Truck Plant
Dearborn Engine Plant
Dearborn Stamping Plant
Dearborn Diversified Manufacturing Plant
Tool and Die

Whenever operations in a Unit of the Rouge Area are
discontinued or so curtailed as to make its continuance as a
separate Unit impractical, the parties shall by mutual
agreement eliminate such Unit or combine its remnants with

25

ARTICLE VI                    REPRESENTATION

one of the remaining Units. Where new buildings are placed in operation, or operations are resumed in previously discontinued Units, the parties shall by agreement determine whether a new Unit shall be added or an existing Unit expanded.

Nothing in the foregoing shall be deemed to modify the existing local arrangements at the Cleveland Engine plant.

**Section 2.  Representation on Company Time**

For the purpose of operating under this Agreement, the employees shall be entitled to representatives on Company time in accordance with the following provisions.

**Section 3.  Units of 1,399 or Less**

In Units containing 1,399 or less employees, the Union will be accorded representatives as follows:

(a) **Less than 150 (Single Shift Operation)**

In a Unit of less than 150 employees with a single shift operating pattern, there shall be one full-time Chairperson. The Chairperson shall have the right to devote his/her full–time to his/her duties, as such, which shall include those functions set forth in Sections 8(c), 9(c), and 10(c) of this Article.

(b) **Less than 150 (Multiple Shift Operation)**

In a Unit of less than 150 employees with a multiple shift operating pattern, there shall be two Committeepersons, including the Chairperson. The Chairperson shall have the right to devote his/her full time to his/her duties, as such, which shall include those functions set forth in Sections 8(c), 9(c) and 10(c) of this Article, but the remaining Committeepersons shall be on a part-time basis.

(c) **150-199**

In a Unit of 150 to 199 employees, there shall be three Committeepersons, including the Chairperson. The Chairperson shall have the right to devote his/her full time to his/her duties, as such, which shall include those functions set forth in Sections 8(c), 9(c) and 10(c) of this Article, but the remaining two Committeepersons shall be on a part-time basis.

26

ARTICLE X                                   MISCELLANEOUS

# ARTICLE X

# MISCELLANEOUS

### Section 1.  Union Bulletin Boards

In plants or Units covered by this Agreement the Company will erect bulletin boards in suitable places mutually agreed upon, to be used solely by the Union for posting the following notices, except that additional notices may be posted by mutual consent.

Notices shall be restricted to the following types:

1.  Notices of Union recreational and social affairs.

2.  Notices of Union elections, appointments and results of Union elections pertaining to the local plant.

3.  Notices of Union meetings and educational classes.

The bulletin board shall not be used by the Union or its members for disseminating propaganda of any kind whatsoever; and among other things shall not be used by the Union for posting or distributing pamphlets or political matter of any kind whatsoever, or for advertising.

### Section 2.  Badges and Insignia
### (a)  Plant Protection Employees

All Plant Protection employees shall conspicuously wear insignia to clearly distinguish them from other employees.

### (b)  Hourly-Rated Employees

All hourly-rated employees shall wear their badges conspicuously displayed on their outer clothing while on Company premises.

### Section 3.  Use of Supervisors on Development Work

Whenever it becomes necessary to develop or perfect a new mechanical process or job, it is agreed that the Company may use Supervisor or Assistant Supervisor for such purpose if a regular employee is not displaced thereby.

### Section 4.  Health and Safety

The Company shall have the obligation to continue to make reasonable provisions for the safety and health of its

134

ARTICLE X                                       MISCELLANEOUS

==employees during the hours of their employment.== Local
Management is responsible for implementing these
provisions at each location with the objective of maintaining
a safe and healthy work environment. The Union shall
cooperate with the Company's efforts to carry out its
obligations.

The Company shall provide protective devices, including
gloves, wristlets, pads, mitts or other special kind of wearing
apparel which it requires employees to wear as a safety
measure, and any other equipment necessary to protect the
employees from injury and sickness.

### Section 5.  Smoking

Areas which the Company considers as unsafe for smoking
will be so designated and smoking will not be permitted in
such areas.

In undesignated areas smoking on the job will be permitted.

### Section 6.  Lunch Periods

(a)  **Length of Period**

A lunch period of thirty (30) minutes shall be allowed to
employees not eating on Company time, except where
different periods may now be in effect or may hereafter be
agreed to locally, and provided that the Company may
reasonably alter the length of this period in abnormal or
unusual situations.

(b)  **Scheduling**

The Company shall schedule each employee's lunch period
at a regular time except on operations where it finds that
regular scheduling is not feasible, and will avoid requiring
an employee to take his lunch period at another time except
where it has a particular need for the employee's services
during that period. Where time permits, the employees
affected will be notified well in advance of such change.

Except in emergencies, an employee's regular lunch period
shall not be advanced or delayed by more than one hour
unless the employee agrees to such change.

135

APPENDIX S          MEMORANDUM OF UNDERSTANDING
                 FOR THE HEALTH AND SAFETY OF EMPLOYEES

## APPENDIX S

## UAW-FORD MEMORANDUM OF UNDERSTANDING FOR THE HEALTH AND SAFETY OF EMPLOYEES

The UAW and Ford are proud of their accomplishments and long standing dedication to education, training, a positive safety culture and the resolution of employee health and safety concerns. Jointly, the parties will continue to strive for a lasting culture where health and safety is an integral part of how we do business. This Memorandum of Understanding reinforces this commitment by the UAW and Ford to build an environment that continues to embrace every aspect of workplace health and safety as a way of life and **uncompromised core** value in everyday activities **at every level of the organization**. Jointly, the parties will continue to strive for a healthier and safer workplace through the involvement of all employees.

The UAW and Ford leadership are dedicated to continuously improving the health and safety culture through employee engagement, awareness, and accountability at all levels. This dedication builds upon the long standing commitments of the UAW and Ford to health and safety and Best-In-Class joint training programs. With a goal of zero fatalities and serious injuries, the leadership of the UAW and Ford will continue to jointly sponsor activities that support a relentless daily focus on health and safety that protects employees, prevents accidents and injuries, and provides a safe workplace. The UAW and Ford leadership will strive to achieve a safety culture in which everyone looks out for one another. Our efforts will continue to focus on:

- improving the health and safety culture **and engagement** for all employees;
- enforcing and complying with health and safety programs, procedures, and safe work practices;
- protecting all employees when performing non-standard, non-routine, and high risk work;
- improving the Pre-Task Analysis process to ensure high-risks are addressed;

274

APPENDIX S        MEMORANDUM OF UNDERSTANDING
FOR THE HEALTH AND SAFETY OF EMPLOYEES

A committee which includes the Plant Safety Engineer, UAW Health and Safety Representative (or a Plant Chairperson who functions as a Health and Safety Representative), a facility engineer and an experienced skilled tradesperson has been established and meets on an as needed basis. This committee will determine placarding needs and ensure compliance with the placarding process. The Committee's functions include, but are not limited to developing and implementing a process for:

- **ECPL training that addresses advancements or changes in safety technology and lockout procedures shall be provided as part of the launch process.**
- Installation and verification of placarding on new equipment.
- Updating of existing placards during local engineering changes (scheduled or unscheduled).
- **R**eplacement of damaged or missing placards, and
- Immediate identification and rectification of inaccurate placards.

The committee will report the placarding status to the Plant Safety Process Review Board.

- **Guidelines, Responsibilities, and Safe Practices (GRASP)**

  The NJCHS will **update** the GRASP training program designed to train: (1) committeepersons, **team leaders, process coaches**/supervisors, and **team managers**/superintendents on their health and safety roles and responsibilities; and (2) all employees on job hazard recognition. The program requires an Operator Instruction Sheet/Job Safety Analysis (OIS/JSA) for each production job or group of jobs in a specific work area. Reinforcement videos to aid supervisors in the delivery of safety talks also will continue to be provided. **The NJCHS will update the GRASP refresher. The recipients and frequency will be determined by the NJCHS.**

APPENDIX S                    MEMORANDUM OF UNDERSTANDING
                              FOR THE HEALTH AND SAFETY OF EMPLOYEES

**The Company will provide additional training for launch support activities as needed. Any issues that cannot be resolved locally** regarding review of technology **and launch** should **follow** the Issue Resolution Process.   **The Issue Resolution Process provides a method to resolve concerns related to equipment review and buy-off.**

**To improve the launch buy-off process, a focus group will be jointly assembled to review things-gone-right and things-gone-wrong, and may include VO, PTO, and SBU.  This information will be used to develop best practices and share lessons learned with all facilities.**

- **Ergonomics (Fitting Jobs to People)**
  The Union and the Company recognize that musculoskeletal disorders (MSDs) are occupational illnesses that are prevalent and preventable in the automobile industry worldwide. The Union and the Company established the UAW-Ford ergonomics process, "Fitting Jobs to People" in 1989. The Union and the Company are committed to continually improving the efficiency and effectiveness of the ergonomic process through:

  (1)  proper application of ergonomic principles to the work environment, and

  (2)  increased emphasis on upstream, proactive analysis through advanced ergonomics training for engineers and Local Ergonomics Committee (LEC) members selected by those LECs and the continued development and implementation of ergonomic analysis tools and processes with the Manufacturing Engineering Departments,

  (3)  **Triannual Joint Ergonomic Summit with PTME, VOME, SBU, Corporate Ergonomics, Manufacturing Safety, and others identified by the NJCHS. Collaborative focus will be placed on upstream engineering, analysis, tools, training, and cross functional best practice sharing.**

291

APPENDIX S      MEMORANDUM OF UNDERSTANDING FOR
THE HEALTH AND SAFETY OF EMPLOYEES

**The NJCHS will continue to utilize worker engagement and team building tools as opportunities are identified during the course of this agreement.**

**Emergency Response and Notification**

The Company will ensure that each manufacturing and parts distribution facility has an effective emergency response plan and a notification system which, as appropriate, includes trained and properly equipped personnel and simultaneous notification or alarm system. Periodic drills will be conducted to test the notification system and achieve the best possible response time for the emergency involved. Where Emergency Response Teams (ERT) are established, the Company will train the ERT to the prescribed levels of response as identified in the local Emergency Response Plan. **Sites will establish their monthly drills and practice sessions locally.** The Company will ensure there is a plan to release ERT members to fulfill their training requirements.

**Each manufacturing facility will select an ERT coordinator (hourly, salaried, or co-lead) in writing and shall allocate the appropriate training and time to perform the designated duties as outlined in the ERT coordinator training program. Local Leadership will monitor effectiveness of the ERT coordinator.**

**PS&L warehouse locations not required to maintain an ERT will have a maximum of two volunteers (in addition to the UAW Health and Safety / Ergonomics Representative) as First Aid/CPR/AED trained responders. There will be an annual review and drill of site specific medical response at each of these locations. These first aid responders will be allowed to participate in emergency medical situations at the facility and allowed access to the appropriate medical equipment.**

**There will be an emergency response focus group made up jointly of key UAW and Company personnel. This group will develop a charter including meeting cadence, ERT recognition and standing agenda items**

# LETTERS OF UNDERSTANDING

*between*

## UAW®

*and the*

## FORD MOTOR COMPANY
## Volume IV-A

RELATED TO:

COLLECTIVE BARGAINING AGREEMENT

 

Agreements Dated

October 30, 2019

*(Effective November 18, 2019)*

**SEXUAL HARASSMENT**

**October 30, 2019**

**Mr. Rory L. Gamble**
**Vice President and Director**
**UAW, National Ford Department**
**8000 East Jefferson Avenue**
**Detroit, Michigan  48214**

Dear Mr. **Gamble:**

Subject:    Sexual Harassment

Ford Motor Company has a long-standing concern about fair and equal treatment of employees. Harassment of any individual in the work environment because of race, religion, color, age, sex, sexual orientation, union activity, national origin, disability, **gender identity/expression** or veteran status is considered contrary to the spirit and intent of the Company's non-discrimination policies.

**Statement**

Sexual harassment violates Ford's long-standing policy against discrimination on the basis of sex. Sexual harassment in the workplace is also illegal. Ford's policy to prohibit the occurrence of sexual harassment is based on concern for the individual as well as good business judgment.

**Definition**

For the purpose of determining whether a particular act or course of conduct constitutes sexual harassment under this policy, the following definition will be used:

Sexual harassment includes unwanted conduct of a sexual nature that unreasonably interferes with an individual's work environment, including but not limited to the following: unwelcome sexual advances, requests for sexual favors, and other verbal or physical conduct of a sexual nature when:

- Submission to such conduct is made a term or condition of an individual's employment; or

- Submission to or rejection of such conduct is used as the basis for employment decisions, or

521

SEXUAL HARASSMENT

- Such conduct has the purpose or effect of unreasonably interfering with an individual's work performance, or creating an intimidating, hostile, or offensive work environment.

**Procedure**

Employees, business partners, and visitors who come in contact with Ford employees and who in good faith believe that they have been subjected to or witnessed unlawful sexual harassment activity or behavior by a Ford employee, Ford business partner, or visitor are encouraged to promptly report this occurrence. Individuals wishing to make the Company aware of unlawful conduct may notify:

- Immediate management
- Local Human Resources office
- **People Matters** and **the** Equal Employment Planning Office at Ford World Headquarters

**or utilize the current reporting mechanisms identified on facility posters and Ford Motor Company intranet site(s).**

Employees covered by the Collective Bargaining Agreement may **also** utilize mechanisms provided under the terms and provisions of the Agreement. Sexual harassment complaints/grievances shall be processed expeditiously and confidentially and another Supervisor will hear any grievance when the Supervisor in the regular grievance chain is the alleged harasser.

Sexual harassment complaints will be investigated in a lawful, timely and impartial manner. Confidentiality will be maintained throughout the investigation process and information will be shared only on a need-to-know basis. Because of the sensitivity of sexual harassment issues, all investigations will be designed to protect the privacy and reputation of all individuals concerned. Ford will take appropriate steps to assure that a person who in good faith reports complaints about, or participates in the investigation of, a sexual harassment allegation, will not be subject to retaliation. Ford will also take appropriate steps to assure that a person against whom such an allegation is made is treated fairly.

522

**SEXUAL HARASSMENT**

Ford is firmly committed to providing a work environment free of harassment and will not tolerate harassment of any kind. Violations will result in appropriate corrective action. Appropriate discipline, up to and including discharge, may be imposed.

Ford and the UAW are in agreement that complaints of harassment should be dealt with promptly and fairly under the existing internal procedure as provided in this letter and attachment and under Article X Section 9 of the National Agreement and **Appendix X, Memorandum of Understanding, UAW-Ford Joint Diversity and Inclusion Program.**

Further, the parties agreed training **may be provided  when approved by UAW National Ford Department and Ford Motor Company senior leadership, in recognizing, preventing, responding to, and investigating sexual harassment.** Such training will include the use of jointly-approved educational programs and materials.  **Participants in this training may include the UAW-Ford Joint Diversity and Inclusion Committees, National and Local,** Union representatives (including members of the Civil Rights Committee), employees, and management.

**Very truly yours,**

**Bill Dirksen,
Vice President
Labor Affairs**

Concur:  **Rory L. Gamble**

Attachment

**SEXUAL HARASSMENT**

Sexual Harassment

# SEXUAL HARASSMENT COMPLAINT
# INVESTIGATION PROCESS

Complaints of sexual harassment originate via many different avenues, i.e. an employee to Management, an employee to a Union Representative, from either a Management or Union Representative directly, or anonymously. Accordingly, immediately upon any member of Management becoming aware of an allegation of sexual harassment when a Bargaining Unit employee is either the accused or the complainant, the following process is to be followed:

The involved facility Human Resources Manager (or designee) must be advised of the allegation of sexual harassment. They, in turn, will immediately contact the Local Union Chairperson (or designee) to make them aware of the allegation. In cases where a complaint is received from an anonymous source, the aforementioned parties will, before commencing with an investigation, confirm with the employee who is allegedly harassed that he or she, in fact feels sexually harassed. The local Human Resources Manager is also responsible for notification to the appropriate operation Labor Relations Office as well as **People Matters (formerly** Personnel Relations) and **the** Equal Employment Planning Office of the sexual harassment complaint. The Local Union Chairperson is responsible for notification to appropriate Regional and National Ford personnel of the sexual harassment complaint.

The involved Human Resources Manager (or designee) will advise the accused party at the appropriate time of the investigation and, accordingly, they could be placed "on notice" of potential disciplinary action, and that any act(s) of retaliation will not be tolerated. Dependent on the circumstances of the individual case, the Human Resources Manager may deem it prudent to suspend the accused individual(s) until the investigation is concluded.

Absent extenuating circumstances, an Investigation Team will be formed within five (5) working days of receipt of an allegation of sexual harassment. The Investigation Team will include at least

one but not to exceed two (2) representative(s) from the Local Union which may include members of the local Civil Rights Committee and an equal number of management representatives. Recognizing the desirability of an investigative team made up an equal number of males and females, wherever possible, each facility will attempt to structure the team accordingly. Local facilities are encouraged to confer with **People Matters** and **the** Equal Employment Planning Office for any guidance that may be required. **People Matters** and **the** Equal Employment Planning Office may elect to name a representative to serve as an additional member of the Investigative Team. In conjunction with **People Matters** and **the** Equal Employment Planning Office presence, the National Ford Department may elect to also name an additional representative to the Team. Also, where **People Matters** and **the** Equal Employment Planning Office is not part of the investigation, the local Human Resources Manager will, upon completion of such investigation, forward to that activity a confidential copy of the file. Investigations of sexual harassment are to be conducted in as expeditious a manner as possible.

During interviews conducted in conjunction with a sexual harassment complaint, only members of the Investigative Team and the interviewee will be present. If the interviewed employee is a bargaining unit employee, he or she can have a Union Representative present during the interview.

As part of the investigation, attempts will be made to obtain signed statements from all parties, including the complainant, accused, and witnesses where applicable. In cases where disciplinary action results, copies of all documentation and notes relied on as the basis for such action will be provided to the Union and Management Investigators. **All** individuals involved in the handling of sexual harassment complaints, from the original receipt of such complaint through the entire investigative process are required, to the extent possible, to maintain confidentiality of any information obtained or prepared during the process. No copies of information obtained or prepared by the Investigative Team will be provided to any employee unless required by law to do so.

Once the investigation has been concluded, the local Management, i.e., Human Resources Manager and facility operating head, shall

**SEXUAL HARASSMENT**

review the facts with management team members and determine the appropriate action to be taken. The Union team member will have no role in this determination and will make no recommendations regarding disciplinary action. In cases, however, where **People Matters** and **the** Equal Employment Planning Office participated on the Investigative Team, the investigation results will be reviewed for final disposition by designees from:

- **People Matters** and **the** Equal Employment Planning Office
- Operations Labor Relations Office
- Union Affairs Office

Note: The Office of the General Counsel will upon request provide advice and counsel.

Actions taken in sexual harassment cases will be reported by the local Human Resources Manager to his or her respective Operations Labor Relations Office, as well as **People Matters** and **the** Equal Employment Planning Office. Or in the case where **People Matters** and **the** Equal Employment Planning Office participated, final disposition shall be reported to the local Human Resources manager by his or her Operations Labor Relations Office. In all cases, the complainant is to be advised when the case is "closed". Such actions shall be monitored to ensure closure to all allegations is accomplished and corporate wide consistency relative to actions taken is maintained. Any discipline assessed shall be handled in accordance with established principles of employee discipline. Appropriate discipline, up to and including discharge, may be imposed.

While the foregoing is an attempt to put in place guidelines which will allow the local facilities to investigate and dispose of the majority of sexual harassment complaints, it is recognized there may be circumstances that require investigations to be handled in an alternate manner. Regardless of the investigative process that is followed, the parties commit to ensure all complaints are taken seriously, that an objective and thorough investigation consistent with Company policies and applicable Collective Bargaining Agreements is conducted, and that fair and equitable action results.

## SEXUAL HARASSMENT

The Company bears the ultimate responsibility for the enforcement of laws and corporate policy which prohibits sexual harassment. Sexual harassment is something that cannot be tolerated by management or the Union. Accordingly, the Company and National Ford Department of the International Union, UAW are committed to ensuring investigations of sexual harassment are to be conducted in the spirit of determining the truth and subsequent sharing of all available pertinent information between the parties. The Union's involvement in no way precludes it from grieving any resultant disciplinary action, since the assessment of such discipline would remain the sole discretion of Management.

## National Ford Department Staff
## 2019 Negotiations

### Rory L. Gamble
### Vice President and Director
### UAW Ford and Chaplaincy Departments

| | |
|---|---|
| **Steve Zimmerla** | Leigh Kegerreis |
| Darryl Goodwin | Michael Kerr |
| Jimmie Williams | Jerry Lawson |
| Tracy Ausen | John McCollum |
| Matt Barnett | Robb Miller |
| Monica Bass | Reggie Mills |
| David Berry | **Gregory Poet** |
| Carlo Bishop | Reggie Ransom |
| Shawn Campbell | Eric Reiss |
| Jerry Carson | Lorenzo Robinson |
| Alfonzo Cash | Mike Robison |
| Gerard Coiffard | Daniel Scott |
| Sean Coughlin | Les Shaw |
| Chris Crump | Michael Shoemaker |
| Ronda Danielson | **Casandra Shortridge** |
| Rocky Dilacovo | Garry Sommerville |
| **Gregg Dunn** | Jeff Terry |
| Jodey Dunn | **Robert Tiseo** |
| Bill Eaddy | Kevin Tolbert |
| Bill Ellis | Vaughan Tolliver |
| **Scott Eskridge** | Tony Vultaggio |
| Jeffrey Faber | Fred Weems |
| Kenneth Gafa | Deneen Whitaker |
| Brian Goff | Michael Whited |
| Tiffany Johnson | Michael Woolman |
| Brandon Keatts | Jeff Zannetti |

# EXHIBIT 2



# Social Security Administration
# Benefit Verification Letter

Date: April 6, 2023
BNC#: 23PV567H37895
REF: DI

TAMARA LYNN SOBOLEWSKI
1002 DAKOTA AVE
LORAIN OH  44052-2770

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

## Date of Birth Information

The date of birth shown on our records is ███████ 1970.

## Suspect Social Security Fraud?

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

## If You Have Questions

## Need more help?

1. Visit www.ssa.gov for fast, simple and secure online service.
2. Call us at **1-800-772-1213**, weekdays from 8:00 am to 7:00 pm.  If you are deaf or hard of hearing, call TTY **1-800-325-0778**. Please mention this letter when you call.
3. You may also call your local office at **1-866-415-0172**.

    SOCIAL SECURITY
    221 W 5TH ST
    LORAIN OH 44052

**How are we doing?**  Go to www.ssa.gov/feedback to tell us.

*Social Security Administration*

# Days Calculator: Days Between Two Dates

How many days, months, and years are there between two dates?

**Count Days**     Add Days     Workdays     Add Workdays     Weekday     Week №

From and including: **Monday, ▮▮▮▮▮▮▮ 1970**
To, but **not** including **Monday, October 19, 1992**

## Result: 8071 days

It is 8071 days from the start date to the end date, but not including the end date.

Or 22 years, 1 month, 5 days excluding the end date.

Or 265 month, 5 days excluding the end date.

## Alternative time units

8071 days can be converted to one of these units:

- 697,334,400 seconds
- 11,622,240 minutes
- 193,704 hours
- 8071 days
- 1153 weeks
- 2211.23% of a common year (365 days)

### September 1970
17 days included

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
|  |  | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | **14** | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 |  |  |  |

### October 1970
31 days included

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
|  |  |  |  | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

### November 1970– September 1992

November 1970–September 1992: 8005 days included

### October 1992
18 days included

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
|  |  |  |  | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| **18** | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

☐ = First day included (Sep 14, 1970)     ☐ = Last day included (Oct 18, 1992)

## Make a New Calculation

- Make adjustment and calculate again
- Start again with a new calculation between two other dates
- New calculation, with both date and time included



**Time & Date Calculator App for iOS**
See how long remains before a deadline or exactly when those 30 days are up.





**AKRON CITY**
*A Summa Health System Hospital*

525 East Market Street
Akron, Ohio 44304

# Certificate of Birth



**This Certifies** *that* JONATHAN PAUL SOBOLEWSKI

*was born to* TAMARA LYNN SOBOLEWSKI *in this Hospital*

*at* 2:36A *m. the* _____ *day of* _____ 19 93

*In Witness Whereof the said Hospital has caused this Certificate to be signed by its duly authorized officer and its Official Seal to be hereunto affixed.*



*Albert F. Gilbert*

*President Chief Executive Officer*



Congradulations
    Tim Sheridon
  Paul Nickel
  Jon Petzold
  Steve Olender
  Don Naye
  Greg Ford
  Larry Wigand
  Glenn Mosher

Joseph Lautner   Paul Deak
                 Carl Spataro

Wishing you
  worlds of happiness
with your wonderful
  new baby boy.
Mike Bartone  Paul Pellittieri

Tamara,
Best wishes to
you + your new
son.      Beth

Tamara,
  Hope you are
feeling good, we
miss you. We will
be seeing you soon.
Enjoy your new little
baby boy  Mary

Tom
Cervenak
Good Luck!

Bob



**TAMARA SOBOLEWSKI**

**Global ID 000887871**



Ford

Go Further







**TAMARA L. SOBOLEWSKI**

YOUR DEDICATION AND CONTRIBUTIONS TO

FORD MOTOR COMPANY ARE SINCERELY APPRECIATED.

**OCTOBER 19, 1992 - OCTOBER 19, 2017**

# 25 YEAR ANNIVERSARY

JAMES P. HACKETT

PRESIDENT AND CEO



In 2017, we recieved our award for 25 years of service with Ford (photographer unknown).

 **FORD BENEFITS**

Statement Date: April 27, 2021

 **Ford Benefits**
myfordbenefits.com

TAMARA L. SOBOLEWSKI
1002 DAKOTA AVE.
LORAIN OH 44052

# Your Credited Service by Year

This statement includes a breadown of the credited service that you have earned in the UAW Retirement Plan. The credited service detailed in this statement is based on the employment data that was on file at the NESC as of the statement date.

## Your UAW Retirement Plan Credited Service

| Year | Credited Service |
|------|------|
| 1992 | 0.20 |
| 1993 | 1.00 |
| 1994 | 1.00 |
| 1995 | 1.00 |
| 1996 | 1.00 |
| 1997 | 1.00 |
| 1998 | 1.00 |
| 1999 | 1.00 |
| 2000 | 1.00 |
| 2001 | 1.00 |

Delivered by Alight Solutions



## Your UAW Retirement Plan Credited Service

| | |
|---|---|
| 2002 | 1.00 |
| 2003 | 1.00 |
| 2004 | 1.00 |
| 2005 | 1.00 |
| 2006 | 1.00 |
| 2007 | 1.00 |
| 2008 | 1.00 |
| 2009 | 1.00 |
| 2010 | 1.00 |
| 2011 | 1.00 |
| 2012 | 1.00 |
| 2013 | 1.00 |
| 2014 | 1.00 |
| 2015 | 1.00 |
| 2016 | 1.00 |
| 2017 | 1.00 |
| 2018 | 1.00 |
| 2020 | 0.20 |
| Total Credited Service | 27.40 |
| 2019 | 1.00 |

If you have questions about your credited service detail, contact the NESC at 1-800-248-4444.

Credited Service by Year Statement                                                                      Page 3

**For More Information**



**Online**
**Ford Benefits**
**at myfordbenefits.com**



**Phone**
9 a.m. to 9 p.m. Eastern Time, Monday through Friday
toll-free at 1-800-248-4444
Generally, you'll have a shorter wait time if you call after Tuesday.

H295-01/AC4512
VERSION 12
OHIO TRUCK

TIMEKEEPING/WORK ORDERS SYSTEM (TIWOS)
EMPLOYEE PERSONAL DATA AND HISTORY

TUE, APR 28, 2020, 2:04 PM
PAGE 1
PAY-LOG:0236

GLOBAL: 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

| | | | |
|---|---|---|---|
| Name: SODOLLEWSK1 | TAMARA L | | |
| Address: 1002 DAKOTA AVE. | | City: | LORAIN |
| | | Phone Num: | 440 4521982 |
| State: OH | Zip Code: 44052 | Sex/Race: | I |
| U.S. Citizen: Y | Birth Date: 70 | | |
| Marital Stat: S | | Initial Fee: | 50.00 |
| Union Ded Amt: .00 | Union Cd: 29 | Bond Deduction: .00 |
| Union Supp: | Bond Denom: | State Emp Exm: S 0 |
| FedFl Exempt: S 1 | Add Increment: | State Res Cd: 981 |
| State Emp Cd: OH | State Res Exm: S 0 | City Res Cd: 110 |
| City Emp Exm: S 0 | City Res Exm: S 0 | Sch Dist Cd: |
| City Resident: | Sch Dist Exm: 0 | Disable Status: B |
| United Fund: .00 | Vet Status: P | Plant Unit: 136 |
| John Hancock: 0Y | Empl Type/ASP: 09 | Comp Sen Date: 10/19/92 |
| Plt Sen Date: 10/19/92 | Basic Unit: 136 | Last Actn Dt: 03/05/20 |
| Date of Entry: / / | Last Tran Cd: 02 | Rate: 29.840 |
| Last Eff Date: 03/02/20 | DROT: 9999-9-9 | Oc Cd & Title: 9999999 |
| Education Cd: F0 | Red Circle: H | INACTIVE EMPLOYEE |
| Group Number: 012 | Temp Occup: | Wrk L Day: N Vol Rel N |
| OT Equal Code: 049 | Last Day Work: 02/19/20 | |

*** END OF PERSONAL DATA REPORT ***

**Attachment H**

H295-02JJC4512
VERSION 12
OHIO TRUCK
Name: SOBOLEWSKI  TAMARA L  GLOBAL: 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

TIMEKEEPING/WORK ORDERS SYSTEM (TWOS)
EMPLOYEE PERSONAL DATA AND HISTORY

TUE, APR 28, 2020,  2:04 PM
PAGE 2
PAY-LOC:C0256

| Cd | Ent Date | Rate | Eff Date | Drot | Occ Cd | Occ Title |
|----|----------|------|----------|------|--------|-----------|
| 10 | 10/21/92 | 13.700 | 10/19/92 | 8800-2-L | 5904200 | NEW HIRE 10-19-92 |
| 40 | 10/26/92 | 13.700 | 10/26/92 | 8800-3-H | 5904200 | VEHICLE ASSEMBLY TECHNCN |
| 40 | 11/03/92 | 13.700 | 11/05/92 | 8800-3-L | 5904200 | VEHICLE ASSEMBLY TECHNCN |
| 20 | 06/18/93 | 14.510 | 06/16/93 | 8800-3-H | 5904200 | TO CORRECT RRIHS |
| 20 | 10/07/93 | 16.285 | 10/04/93 | 8800-3-H | 5904200 | TO CORRECT IRIHS |
| 21 | 01/27/94 | 16.440 | 01/24/94 | 8800-3-H | 5904200 | LEVEL 11-ACTUAL 12-20-93 |
| 21 | 07/27/94 | 17.280 | 01/31/94 | 8800-3-H | 5904200 | TO CORRECT RATE |
| 41 | 06/13/94 | 17.280 | 06/20/94 | 8810-3-H | 5904200 | VEHICLE ASSEMBLY TECHNCN |
| 20 | 08/12/94 | 18.120 | 07/20/94 | 8810-3-H | 5904200 | IRIHS CORRECTION |
| 40 | 10/07/94 | 18.120 | 10/10/94 | 8810-2-H | 5904200 | VEHICLE ASSEMBLY TECHNCN |
| 21 | 10/04/96 | 19.150 | 09/30/96 | 8810-2-H | 5904200 | VEHICLE ASSEMBLY TECHNCN |
| 21 | 09/17/98 | 19.725 | 09/15/97 | 8810-2-H | 5904200 | LEVEL III-ACTUAL 4/19/99 |
| 21 | 09/15/97 | 19.375 | 09/14/98 | 8810-2-H | 5904200 | LEVEL IV-CONTESTED DATE |
| 40 | 10/15/99 | 20.315 | 05/03/99 | 8810-2-H | 5904200 | VEHICLE ASSEMBLY TECHNCN |
| 21 | 05/05/99 | 20.500 | 05/03/99 | 8810-2-H | 5904200 | VEHICLE ASSEMBLY TECHNCN |
| 40 | 10/29/99 | 20.680 | 10/25/99 | 8810-2-H | 5904200 | VEHICLE ASSEMBLY TECHNCN |
| 40 | 10/15/99 | 22.150 | 10/11/99 | 8810-2-H | 5904200 | VEHICLE ASSEMBLY TECHNCN |
| 40 | 03/22/01 | 22.815 | 03/26/01 | 8810-2-H | 5904200 | VEHICLE ASSEMBLY TECHNCN |
| 31 | 09/16/00 | 22.815 | 09/18/00 | 8810-2-H | 5904200 | ELECTED UNIT ONE |
| 41 | 06/07/01 | 22.815 | 06/11/01 | 8810-2-A | 5904200 | ASSIGNED OPEN OPERATION |
| 21 | 07/21/01 | 23.500 | 09/17/01 | 0660-2-A | 5904200 | WELDER SUB ASSY |
| 30 | 09/02/02 | 23.500 | 07/15/02 | 0660-2-A | 5904200 | WAGE AND CLASS AUDIT |
| 30 | 07/02/02 | 23.585 | 07/15/02 | 0660-3-A | 5904200 | ASSBLR BODY SHOP |
| 40 | 03/20/03 | 23.585 | 03/24/03 | 0660-3-A | 5904200 | ASSBLR BODY SHOP |
| 41 | 03/27/03 | 23.695 | 03/17/03 | 1310-2-A | 5904200 | GEN TO PLANT EXPENSE |
| 21 | 04/03/03 | 23.695 | 04/07/03 | 1310-2-C | 5904200 | TRIM STOCK TO CAR |
| 40 | 04/16/04 | 23.695 | 03/26/03 | 1310-2-C | 5904550 | DELETED TRANSACTION |
| 40 | 04/03/03 | 23.695 | 04/07/03 | 1310-2-C | 5400550 | COA Conversion |
| 41 | 07/29/03 | 25.695 | 07/29/03 | 1310-2-C | 0102660 | DELETED TRANSACTION |
| 42 | 09/12/04 | 25.585 | 04/12/04 | 1310-2-A | 0102660 |  |
| 32 | 08/15/05 | 25.585 | 08/15/05 | 0660-3-A | 0102660 |  |
| 32 | 09/20/05 | 26.095 | 09/19/05 | 0660-3-A | 0102660 |  |
| 21 | 11/18/05 | 26.095 | 11/21/05 | 0660-3-A | 0104320 |  |
| 42 | 01/24/06 | 26.095 | 07/30/06 | 6510-2-H | 0104320 |  |
| 41 | 04/03/07 | 26.095 | 04/02/07 | 6510-2-H | 0102660 | JOB BID 1885 |
| 41 | 11/19/07 | 26.095 | 04/02/07 | 6510-2-H | 0102660 | 4x10 (AWS) |
| 42 | 11/19/07 | 26.095 | 04/02/07 | 6510-2-H | 0102660 | REBALANCE |
| 40 | 12/17/07 | 28.125 | 12/10/07 | 9280-3-A | 5200560 | MOVED IN ERROR |
| 41 | 05/05/09 | 28.200 | 05/11/09 | 9280-3-A | 5200560 | JOB BID OH-2174 |
| 41 | 09/26/10 | 28.200 | 08/30/10 | 6519-3-H | 5200560 | JOB BID OH-2174 |
| 41 | 09/01/10 | 28.200 | 08/30/10 | 1319-3-A | 5400550 | WELDER SUB ASSY |
| 41 | 04/02/12 | 28.240 | 06/02/12 | 1319-3-A | 5400550 | WELDER SUB ASSY |
| 41 | 03/11/15 | 28.240 | 03/16/15 | 1316-2-L | 5400550 | WELDER SUB ASSY |
| 41 | 07/23/15 | 28.240 | 07/27/15 | 1316-2-A | 5400550 | WELDER SUB ASSY |
| 41 | 08/18/15 | 28.240 | 08/24/15 | 1316-2-A | 5400550 | WELDER SUB ASSY |
| 21 | 08/27/15 | 28.240 | 08/31/15 | 1315-2-L | 5400550 | WELDER SUB ASSY |
| 12 | 12/11/15 | 29.965 | 11/15/15 | 1315-2-R | 5400550 | WELDER SUB ASSY |
| 12 | 12/21/15 | 29.965 | 11/27/15 | 1315-2-E | 5400550 | WELDER SUB ASSY |
| 21 | 09/18/17 | 29.965 | 09/18/17 | 1315-2-E | 5400550 |  |
| 40 | 01/02/19 | 29.960 | 12/31/18 | 1315-2-B | 5400550 |  |

DROT CHANGE

H295-02JC4512
VERSION 12
OHIO TRUCK

TIMEKEEPING/WORK ORDERS SYSTEM (TWOS)
EMPLOYEE PERSONAL DATA AND HISTORY

Name: SOBOLEWSKI  TAMARA L          GLOBAL: 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

TUE, APR 28, 2020, 2:04 PM
PAGE 3
PAY-LOC:1256

| Cd | Ent Date | Rate | Eff Date | Drot | Occ Cd | Occ Title |
|----|----------|--------|----------|---------|---------|-------------------|
| -- | -- | -- | -- | -- | -- | -- |
| 32 | 02/21/19 | 29.840 | 02/11/19 | 1315-2-B | 0102660 | D/O-ASSEMBLER A/W |
| 40 | 02/21/19 | 29.840 | 02/11/19 | 1315-2-J | 0102660 | D/O-ASSEMBLER A/W |
| 02 | 03/05/20 | 29.840 | 05/02/20 | 1315-2-J | 0102660 | ACT OF THREAT |

*** END OF HISTORY REPORT ***

* * * END OF REPORT H295 * * *

# EXHIBIT 3

 **U.S. Equal Employment Opportunity Commission**

**Press Release**
06-01-2005

# EEOC, FORD, UAW, CLASS MEMBERS VOICE APPROVAL OF LANDMARK RACE DISCRIMINATION SETTLEMENT

*Ford to Pay African American Employees $8.55 Million, Provide 280 Apprenticeships, and Revamp Selection Method for Skilled Trade Apprenticeship Program*

CINCINNATI - During a Fairness Hearing today in federal district court, the U.S. Equal Employment Opportunity Commission (EEOC), Ford Motor Company, the United Auto Workers (UAW), and private plainti s' attorneys reiterated their approval of and commitment to sweeping changes mandated by the settlement of a class action race discrimination case against Ford on behalf of thousands of African American employees nationwide.

The settlement, which is pending final approval, will resolve litigation against Ford and the UAW by the EEOC and private plainti s on behalf of a class of African American hourly employees at Ford who were denied skilled trades apprenticeships based on a written application test that had a disparate impact on them. Judge Arthur Spiegel of U.S. District Court for the Southern District of Ohio, Western Division, preliminarily approved the comprehensive settlement in February 2005.

The settlement will apply to all Ford facilities nationwide and provide significant advancement opportunities for African American employees to apprentice for skilled cra   positions, such as electrician, pipefitter, machine repair and other jobs. Monetary relief will include approximately $8.55 million for 13 African American Ford employees who filed Charges of Discrimination with the EEOC o ices in Cincinnati and Cleveland, as well as a class of about 3,400 African Americans nationwide who have taken the test since January 1, 1997, and were not placed on the Ford apprentice list. Non-monetary relief will include placing 280 African American test takers on apprentice lists and developing new selection methods for Ford's apprenticeship program by a jointly selected expert with detailed reporting and monitoring provisions.

"The EEOC is pleased to have been able to work cooperatively with Ford and the United Auto Workers in reaching a mutually satisfactory resolution to this matter," said Commission General Counsel Eric Dreiband. "Employers must consider how all aspects of selection processes, including written tests, may adversely impact members of a particular demographic group."

Upon final approval, the settlement will resolve the EEOC's lawsuit against Ford, the National United Automobile, Aerospace and Agricultural Implement Workers of America (UAW), the UAW's Local 863, and both the local and national Ford-UAW Joint Apprenticeship Committee. The EEOC's suit was filed on December 27, 2004. The settlement will also resolve the class members' suit against Ford and the UAW, for which they are represented by private counsel (Robinson v. Ford Motor Company). The text of the settlement agreement is available online at **http://www.findjustice.com/ms/practice/civil/Ford/index.htm (http://www.findjustice.com/ms/practice/civil/Ford/index.htm)**

The EEOC is the federal government agency responsible for enforcing the nation's anti- discrimination laws in the workplace based on race, color, sex, religion, national origin, retaliation, age and disability. Further information about the Commission is available on its web site at **www.eeoc.gov (https://www.eeoc.gov/)**

.

Case: 1:24-cv-01396-JPC Doc #: 6-1 Filed: 08/29/24 68 of 643. PageID #: 789

5/10/23, 9:27 PM      Ford Motor Company Sued By EEOC For Disability Discrimination | U.S. Equal Employment Opportunity Commission

 **U.S. Equal Employment Opportunity Commission**

**Press Release**
08-29-2011

# Ford Motor Company Sued By EEOC For Disability Discrimination

### *Auto Giant Refused Disabled Employee's Request to Telework And Fired Her Instead, Federal Agency Charges*

DETROIT – Ford Motor Company, Inc. has been sued by the U.S. Equal Employment Opportunity Commission for failing to provide a reasonable accommodation to a disabled employee at its Dearborn, Mich., facility. Instead of accommodating her, Ford retaliated against her by subjecting her to progressive discipline and ultimately firing her, the EEOC charged in a lawsuit it filed on August 26, 2011.

The lawsuit (EEOC v. Ford Motor Company, Inc., Case No. 2:11CV13742), filed in U.S. District Court for the Eastern District of Michigan, alleges that Ford violated the Americans With Disabilities Act (ADA) when it refused to let Jane Harris participate in its liberal telecommuting program as a reasonable accommodation for her gastro-intestinal condition. Instead, Ford began to criticize her performance, placed her on a "performance enhancement plan," and discharged her only months a er she complained about being denied an accommodation.

"Failing to o er a reasonable accommodation to an employee and then discharging her under these circumstances is a clear violation of the ADA," said Nedra Campbell, trial attorney for the EEOC. "Ford denied Ms. Harris's request without considering its legal obligations."

The EEOC filed suit a er first attempting to reach a pre-litigation settlement through its conciliation process. The agency seeks to recover monetary compensation for Harris, including back pay and compensatory damages for emotional distress, as well as punitive damages.

With more than 200,000, employees and operations worldwide, Ford currently ranks as the second largest automaker in the United States.

The EEOC is responsible for enforcing federal laws prohibiting employment discrimination. Further information about the EEOC is available on its web site at **www.eeoc.gov (https://www.eeoc.gov/)** .

 **U.S. Equal Employment Opportunity Commission**

**Press Release**
08-15-2017

# Ford Motor Company to Pay up to $10.125 Million To Settle EEOC Harassment Investigation

### *Blacks and Women Subjected to Harassment at Two Chicago Facilities, Federal Agency Found*

CHICAGO - Ford Motor Company has agreed to pay up to $10.125 million to settle sex and race harassment for a group of individuals which was investigated by the U.S. Equal Employment Opportunity Commission (EEOC) at two Ford plants, the federal agency announced today.

In its investigation, the EEOC found reasonable cause to believe that personnel at two Ford facilities in the Chicago area, the Chicago Assembly Plant and the Chicago Stamping Plant, had subjected female and African-American employees to sexual and racial harassment. The EEOC also found that the company retaliated against employees who complained about the harassment or discrimination.

Such alleged conduct violates Title VII of the Civil Rights Act of 1964. Ford chose to voluntarily resolve this issue with the EEOC, without admission of liability, to avoid an extended dispute.

The conciliation agreement provides monetary relief of up to $10.125 million to those who are found eligible through a claims process established by the agreement. The agreement also ensures that during the next five years, Ford will

conduct regular training at two of its Chicago-area facilities; continue to disseminate its anti-harassment and anti-discrimination policies and procedures to employees and new hires; report to EEOC regarding complaints of harassment and/or related discrimination; and monitor its workforce regarding issues of alleged sexual or racial harassment and related discrimination.

"Ford Motor Company has worked with the EEOC to address complaints of harassment and discrimination at these two facilities and to implement policies and procedures that will e ectively prevent future harassment or provide prompt action when harassment complaints arise. Ford has taken its responsibilities seriously and is committed to providing its employees with a work environment free of discrimination and harassment," said the EEOC's Chicago District Director, Julianne Bowman.

The EEOC advances opportunity in the workplace by enforcing federal laws prohibiting employment discrimination. More information is available at **www.eeoc.gov (https://www.eeoc.gov/)** . Stay connected with the latest EEOC news by subscribing to our **email updates (https://public.govdelivery.com/accounts/USEEOC/subscriber/new)** .


 **U.S. Equal Employment Opportunity Commission**

**Press Release**
10-01-2019

# Ford Motor Company's Kentucky Truck Plant to Pay $537,760 to Resolve EEOC Discrimination Finding

### *Company Improperly Screened and Refused to Hire Applicants Based on Disability, Federal Agency Charged*

LOUISVILLE - The Ford Motor Company's Kentucky Truck Plant in Louisville, Ky., will pay up to $537,760 and furnish other relief to resolve a disability discrimination charge by the U.S. Equal Employment Opportunity Commission (EEOC), the federal agency announced today.

The EEOC's investigation found reasonable cause to believe that the Kentucky Truck Plant failed to hire applicants due to their disabilities. This also included screening out applicants based on criteria not shown to be job-related and consistent with business necessity, and failing to use the results of post-o er, pre-employment medical examination in accordance with the requirements of the Americans with Disabilities Act (ADA). Ford chose to voluntarily resolve the matter with the EEOC, without an admission of liability, to avoid an extended dispute.

The conciliation agreement provides relief to 12 individuals in addition to the person who filed a charge with the EEOC, and the EEOC retains discretion to distribute some of the funds to individuals it has yet to identify. The agreement also calls for the Kentucky Truck Plant to provide additional written guidance and training to employees involved in the pre-employment, post-conditional o er

medical exam process, along with one-hour training on the ADA to the facility labor relations sta .

"Federal law protects applicants throughout the hiring process," said EEOC Indianapolis District Director Michelle Eisele. "Companies must ensure that employees involved in the hiring process understand the provisions of the ADA, including the use of post-o er, pre-employment medical exams."

The EEOC advances opportunity in the workplace by enforcing federal laws prohibiting employment discrimination. More information is available at **www.eeoc.gov (https://www.eeoc.gov/)** . Stay connected with the latest EEOC news by subscribing to our **email updates (https://public.govdelivery.com/accounts/USEEOC/subscriber/new)** .

Case: 1:24-cv-01396-JPC  Doc #: 6-1  Filed:  08/29/24  74 of 643.  PageID #: 795

8/11/23, 7:32 PM          Ford Motor Company to Pay $115,000 to Settle EEOC Pregnancy Discrimination Case | U.S. Equal Employment Opportunity Com…

 **U.S. Equal Employment Opportunity Commission**

**Press Release**
11-04-2022

# Ford Motor Company to Pay $115,000 to Settle EEOC Pregnancy Discrimination Case

Automaker Made a Conditional O er of Hire to a Pregnant Applicant but Failed to Hire Her Even Though She Was Qualified and Passed a Company Physical, Federal Agency Charged

CHICAGO – Automaker Ford Motor Company will pay $115,000 and furnish other relief to settle a pregnancy discrimination lawsuit brought by the U.S. Equal Employment Opportunity Commission (EEOC), the federal agency announced today.

According to the EEOC's lawsuit, Ford violated federal law when it when it refused to hire a pregnant applicant to work at its stamping plant in Chicago Heights, Illinois, due to her pregnancy.  Ford extended the applicant a conditional o er, subject to passing a physical, drug test, and background check.  The woman passed each of these tests successfully, disclosing at her physical that she was pregnant. Ford's doctor cleared her to begin work on August 13, 2019, but Ford did not schedule her for her first day of work. The woman repeatedly called Ford to find out when she would begin working and was given various answers, until she was told in late October 2019 Ford was no longer hiring.

Such alleged conduct violates Title VII of the Civil Rights Act of 1964, as amended by the Pregnancy Discrimination Act, which prohibits discrimination because of

pregnancy.

The EEOC filed suit in U.S. District Court for the Northern District of Illinois, Eastern Division (Equal Employment Opportunity Commission v. Ford Motor Co., Civil Action No. 1:21-cv-05089) a er first attempting to reach a pre-litigation settlement through its voluntary conciliation process. The case was litigated by Trial Attorneys Ann Henry and Greger Calhan and Assistant Regional Attorney Ethan Cohen.

In addition to the monetary relief, the two-year consent decree resolving the suit prohibits pregnancy discrimination and retaliation at Ford's Chicago stamping plant facility, including prohibiting Ford from requiring additional medical documentation or releases from pregnant employees than it does from other employees.  It also requires Ford to adopt procedures for notifying pregnant applicants or employees if it needs more medical information, provide anti-discrimination and harassment training; adopt and maintain equal employment opportunity policies that include a robust complaint and investigation procedure; and report complaints of pregnancy discrimination to the EEOC. The EEOC will monitor Ford's compliance with these obligations while the decree is in e ect.

"Federal law does not allow employers to make pregnancy a barrier to employment," said Greg Gochanour, regional attorney for the EEOC's Chicago District O ice. "The EEOC is committed to vigorously enforcing pregnancy discrimination laws and eradicating discriminatory treatment of pregnant employees."

EEOC Chicago District Director Julie Bowman added, "No one should have to choose between motherhood and livelihood.  Ford should be commended for agreeing to a consent decree early in this litigation and committing to ensuring that its managers and employees are trained on their rights and obligations under Title VII."

For more information on pregnancy discrimination, please visit **https://www.eeoc.gov/pregnancy-discrimination (https://www.eeoc.gov/pregnancy-discrimination)** .

The EEOC's Chicago District O ice is responsible for processing charges of discrimination, administrative enforcement, and the conduct of agency litigation in Illinois, Wisconsin, Minnesota, Iowa, and North and South Dakota, with Area O ices in Milwaukee and Minneapolis.

The EEOC advances opportunity in the workplace by enforcing federal laws
prohibiting employment discrimination. More information is available
at **www.eeoc.gov (http://www.eeoc.gov/)** . Stay connected with the latest EEOC
news by subscribing to our **email updates
(https://public.govdelivery.com/accounts/USEEOC/subscriber/new)** .

# EXHIBIT 4

FORM W-2 Wage and Tax Statement
Copy C For EMPLOYEE'S RECORDS (See notice on back of Copy 2)

Dept. of the Treasury • Internal Revenue Service

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

These substitute W-2 Wage and Tax Statements are acceptable for filing with your Federal, State and Local Income Tax Returns. If you worked in multiple locations, or had several forms of special compensation, you may receive more than one of these documents.

All copies of your W-2 are on this page, separated by perforations. The white copies are for your tax returns; the blue copy is for your records. General instructions for these forms, including an explanation of the letter codes used in box 12 are on the other side of the page.

| D. CONTROL NUMBER | This information is being furnished to the Internal Revenue Service | 2019 OMB NO. 1545-0008 | 1 WAGES, TIPS, OTHER COMPENSATION 10188.75 | 2 FEDERAL INCOME TAX WITHHELD 912.00 |
|---|---|---|---|---|
| B. EMPLOYER IDENTIFICATION NUMBER 52-0913817 | A. EMPLOYEE'S SOCIAL SECURITY NUMBER ████ 0404 | | 3 SOCIAL SECURITY WAGES 10188.75 | 4 SOCIAL SECURITY TAX WITHHELD 631.70 |
| C. EMPLOYER'S NAME ADDRESS AND ZIP CODE UNICARE FOR FORD MOTOR COMPANY P.O. BOX 4479 DEARBORN, MI 48126-0479 | | | 5 MEDICARE WAGES AND TIPS 10188.75 | 6 MEDICARE TAX WITHHELD 147.76 |
| | | 13 Statutory Employee / Retirement Plan / Third-Party Sick Pay [X] | 7 SOCIAL SECURITY TIPS | 8 ALLOCATED TIPS |
| | | | 9 | 10 DEPENDANT CARE BENEFITS |
| E. EMPLOYEE'S FIRST NAME AND INITIAL  LAST NAME  SUFF. TAMARA SOBOLEWSKI 1002 DAKOTA AVE LORAIN, OH 44052 | | | 11 NONQUALIFIED PLANS | 12 a-d |
| | | | 14 OTHER | |
| F. EMPLOYEE'S ADDRESS AND ZIPCODE | | | | |

| 15 STATE --- | EMPLOYER'S STATE I.D. NO. 52-353956 7 | 16 STATE WAGES, TIPS, ETC. 10188.75 | 17 STATE INCOME TAX 240.41 | 18 LOCAL WAGES, TIPS, ETC. 10188.75 10188.75 | 19 LOCAL INCOME TAX 101.90 152.90 | 20 LOCALITY NAME LORAIN CITY AVON LAKE |
|---|---|---|---|---|---|---|

FOLD AND TEAR ALONG PERFORATION

| D. CONTROL NUMBER | This information is being furnished to the Internal Revenue Service | OMB NO. 1545-0008 | 1 WAGES, TIPS, OTHER COMPENSATION 10188.75 | 2 FEDERAL INCOME TAX WITHHELD 912.00 |
|---|---|---|---|---|
| B. EMPLOYER IDENTIFICATION NUMBER 52-0913817 | A. EMPLOYEE'S SOCIAL SECURITY NUMBER ████ 0404 | | 3 SOCIAL SECURITY WAGES 10188.75 | 4 SOCIAL SECURITY TAX WITHHELD 631.70 |
| C. EMPLOYER'S NAME, ADDRESS AND ZIP CODE UNICARE FOR FORD MOTOR COMPANY P.O. BOX 4479 DEARBORN, MI 48126-0479 | | | 5 MEDICARE WAGES AND TIPS 10188.75 | 6 MEDICARE TAX WITHHELD 147.76 |
| | | | 7 SOCIAL SECURITY TIPS | 8 ALLOCATED TIPS |
| | | | 9 | 10 DEPENDANT CARE BENEFITS |
| E. EMPLOYEE'S FIRST NAME AND INITIAL  LAST NAME  SUFF. TAMARA SOBOLEWSKI 1002 DAKOTA AVE LORAIN, OH 44052 | | | 11 NONQUALIFIED PLANS | 12 a-d |
| | | | 14 OTHER | |
| F. EMPLOYEE'S ADDRESS AND ZIPCODE | | | 13 Statutory Employee / Retirement Plan / Third-Party Sick pay [X] | |

| 15 STATE OH | EMPLOYER'S STATE I.D. NO. 52-353956 7 | 16 STATE WAGES, TIPS, ETC. 10188.75 | 17 STATE INCOME TAX 240.41 | 18 LOCAL WAGES, TIPS, ETC. 10188.75 10188.75 | 19 LOCAL INCOME TAX 101.90 152.90 | 20 LOCALITY NAME LORAIN CITY AVON LAKE |
|---|---|---|---|---|---|---|

Copy 2  To be filed with Employee's  STATE, CITY or LOCAL tax return.
FORM W-2 Wage and Tax Statement  2019  Dept. of the Treasury - Internal Revenue Service

FOLD AND TEAR ALONG PERFORATION



| | | |
|---|---|---|
| **+1 (440) 933-1498** | 2/24/20 | |
| Avon Lake, OH | 0:28 | |
| **Tanya de Almeida** | 2/21/20 | |
| phone | 0:15 | |
| **Said Haidar, M. D.** | 2/7/20 | |
| work | 0:23 | |
| **+1 (313) 248-4328** | 2/4/20 | |
| Dearborn, MI | 0:14 | |
| **DM** | 12/24/19 | |
| phone | 0:05 | |
| **DM** | 12/24/19 | |
| phone | 0:06 | |
| **George** | 8/30/19 | |
| mobile | 0:11 | |
| **George** | 8/30/19 | |
| mobile | 0:05 | |

---

<u>2/4/20</u> <u>0:14 Voicemail message transcription</u>

"Hi, this is the _____ harassment hotline returning your call from yesterday.  You can reach us at 1.888.735.6650.  Thank you."

# Harassment Hotline Information Form

## Caller Information:

| | |
|---|---|
| Phone Number: | 440-452-1982 |
| | (xxx-xxx-xxxx) |
| Date of Call: | 02/05/2020 |
| Time of Call: | 1:20:00 PM |
| | (xx:xx AM/PM) |
| Date of Contact: | 02/05/2020 |
| Type of Call: | Spoke to Caller |
| First Name: | Tamara |
| Last Name: | Sobolewski |
| Employment Status: | Hourly |
| Work Location: | Ohio Assembly |
| Organization: | MFG |
| Type of Complaint | Unknown |
| PR/EEP Contact: | Gina Maghear |
| PR/EEP Contact CDSID: | GMAGHEAR |
| Summary of Complaint: | EE called to complain about not receiving assistance with work related issues. She was discipline on 3 separate occasions and then the job was moved from her altogether. She was not given an opportunity and she was excluded from the group. She was disciplined for not working to her abilities and failing to make production. |
| Status: | Forwarded - Follow up / Disposition Required |
| Priority Level: | Medium - inappropriate behavior but no immediate threat of harm or danger; not imminent |

| Definition of priority level: | Days to Complete Follow-up: |
|---|---|
| High - threat of imminent harm or danger | High - initiate contact with employee within 24 hours and follow-up with Personnel Relations within 48 hours |
| Medium - inappropriate behavior but no immediate threat of harm or danger; not imminent | Medium - initiate contact with employee within 3 to 5 calendar days and follow-up with Personnel Relations within 10 calendar days |
| Low - no assessment of harassment but response required; no threat of danger or physical harm | Low - initiate contact with employee within 5 to 10 calendar days and follow-up with Personnel Relations within 30 calendar days |

| | |
|---|---|
| Due Date to close complaint: | 2/17/2020 |
| Deferred? (Check to defer and enter date below) | ☐ (FOR PR/EEP REP USE ONLY) |
| Deferred until: | |
| Name of HR Rep: | |

## Instructions for reassigning case:

1. **To reassign this case to another HR Rep remove your name from the "Name of HR Rep:" field above and enter in the CDSID of the Rep you want to assign the case to**
2. **Click the check name icon (person with a checkmark)**
3. **Click the Save & Send E-mail button to notify the new HR Rep. and complete the reassignment**

| Comments for Reassignment: | |
|---|---|

## Local HR Rep:

**Instructions:**
1. Review the information above provided by Personnel Relations
2. Based on the status indicated above contact the employee if a name is provided and/or investigate the complaint
3. Close-out the investigation with the employee
4. Complete the information below in red based on your findings
5. Submit the completed document back to the PR/EEP contact within the time specified based on the priority level definitions noted above

| Definition of priority level: | Days to Complete Follow-up: |
|---|---|
| High - threat of imminent harm or danger | High - initiate contact with employee within 24 hours and follow-up with Personnel Relations within 48 hours |
| Medium - inappropriate behavior but no immediate threat of harm or danger; not imminent | Medium - initiate contact with employee within 3 to 5 calendar days and follow-up with Personnel Relations within 10 calendar days |
| Low - no assessment of harassment but response required; no threat of danger or physical harm | Low - initiate contact with employee within 5 to 10 calendar days and follow-up with Personnel Relations within 30 calendar days |

| Gender of Caller: | Select... |
|---|---|
| Ethnicity of Caller: | Select... |
| Summary of Findings: | |
| Final Disposition: | Select... |
| Date Closed with employee: | |
| Send case closed email to PR/EEP? (Checking sends e-mail to PR/EEP): | ☐ |

1/10/22, 9:04 AM                          (339 unread) - tamso1970@yahoo.com - Yahoo Mail

## Grievances

From:  Maust, Brian (B.E.) (bmaust2@ford.com)

To:    tamso1970@yahoo.com

Cc:    cbenne55@ford.com

Date:  Friday, February 7, 2020, 08:59 AM EST

Tamara,

I asked you for your e-mail so that I can send a formal e-mail to you regarding your grievances. You did not supply me one but do remember you sent me an e-mail in the past. Therefore I was able to achieve it that way. Here is the status of the grievances I handled for you in the recent past:

CC343731        Settled and Closed
SS13119      Settled and Closed
JW10318TS            Settled and Closed (I believe Jason Wells had this penalty removed off your record after the fact)
TS15KK            Reduced penalty to 2 weeks instead of 30 days and clear ALL chargeable absences within (30) days
of no other infraction.
SS2719TS        Settled and Closed
SS21219TS        Settled and Closed

If you would like any more information please feel free to contact me.

Thanks,

## BRIAN MAUST

UAW LOCAL 2000
BARGAINING COMMITTEEMAN
Office 440-933-1035
Cell 440-823-4647
Fax 440-933-1258

(661 unread) - tamso1970@yahoo.com - Yahoo Mail

**From:** Tamara Sobolewske <tamso1970@yahoo.com>
**Sent:** Tuesday, February 11, 2020 9:04 PM
**To:** Maust, Brian (B.E.) <bmaust2@ford.com>
**Cc:** linda@uawlocal2000.org; Bennett, Herb (C.H.) <cbenne55@ford.com>; Donovan, Michael (M.P.) <mdonov10@ford.com>; Wells, Jason (J.R.) <jwells35@ford.com>; Stempowski, Michael (.) <mstempo1@ford.com>; rrankin@uaw.net; jwilli98@ford.com; Steve Frammartino <sframmartino@uaw.net>; UAW Region 4 Website <region4web@uaw.net>; bdavis2320@yahoo.com; Bowen, David (D.) <dbowen18@ford.com>; Michelle Tiffan <scarlettshell08@gmail.com>; feedback@uaw.org; bsamples@uaw.net; Myra Wilson <wilsonjmyra@gmail.com>; LaWanda Mitchell <lewismacpatted@gmail.com>; maryspringowski@centurytel.net
**Subject:** Re: Grievances


Hi Brian,


Thank you for the information. It appears our employer's action stand. ==Injured members hold meetings, which is why I am paranoid.==

I feel like I'm going to get assassinated.

It feels like the house fell on me, repeatedly, and that pressure continues to hurt me physically.


Lawanda King, Local 550 in Chicago, was terminated, off roles for years, reinstated, no restitution, and placed in a worse environment then suffered and suffers--denied return to OHAP.


Then, Myra, I believe experiences parallel situation which made it unrealistic to adhere to alternative terms of employment, alternative employment practices that cause the disparate impact: returning to work.


Michael Sherry in Lima--remember him?  I heard he experienced this, too.  I wonder how many of us experience this type of impact?  Myra said she felt worse than our temps.  How would I know?  When I hired 10/19/92 I was pregnant afraid to speak up.  We had a 90-day probationary period back then--not indefinite.


I'm glad we have a union.  We want to enjoy our benefits afforded us--==I'm speaking on behalf of all of us if I may.==  Particularly for Myra, Lawanda, Michael.


I have more reports, I just need guidance on what goes where.


On Tamara: returning after a week's disciplinary layoff and several medical leaves of absences in 2019 jolted me.  I experienced multiple positions throughout our system beginning in 1992 to 2019. The first week returning to the environment, especially worse conditions, is a challenge.  Both women (Myra and Lawanda) are older than me.

[Linda Lynch, please forward this attached appeal to President Samples as I am not apprised of his email at this time. Thank you.]


ATTACHED: FORMAL APPEAL


Brian, can you forward the attached appeal to appropriate resources?  I do not have Bill's email and keep forgetting to ask him.



Attached is a formal appeal in response to

closed and settled UAW grievances,

Local 2000 grievances.

Included but not limited to the following


**CC343731**

SS13119

JW10318TS

TS15KK

SS2719TS

*SS21219TS*


Regards,


Tamara

Advisement requested

4/8/22, 6:07 PM                          (21 unread) - tamso1970@yahoo.com - Yahoo Mail

## Re: SUMMON TO HR 2/12/20

From:  Frammartino, Steve (sframmartino@uaw.net)

To:    tamso1970@yahoo.com

Date:  Wednesday, February 12, 2020, 05:36 PM EST

Tamara,
Thanks for the details.
I did reach out to Chair Bennett and then Rep Wells to find out the reasoning for the meeting with HR.
After I found that it was for a hotline call investigation I did follow up with HR.
HR Perniciaro followed up with me to tell me he was going to get back with you and your rep.  He did not give me any
details but I'm confident Rep Wells will represent your interests properly.
Have a good night.

Get Outlook for iOS

> **From:** Tamara Sobolewske <tamso1970@yahoo.com>
> **Sent:** Wednesday, February 12, 2020 5:29:50 PM
> **To:** Frammartino, Steve <sframmartino@uaw.net>
> **Subject:** Re: SUMMON TO HR 2/12/20
>
> Hi Steve,
>
> Thank you for a timely reply.
>
> As a member of UAW Local 2000, I initiated a corporate complaint with Ford's Harassment
> hotline.  Attached to this email: a disclosure minus in depth reports.
>
> UAW/FORD MEETING IN HR
> 10:10 a.m.
> Attendees
>
> Ryan Penicherro (spelling)
> Tamara Sobolewski
> Jason Wells, UAW Local 2000
>
> Agenda/Concern:  Harassment claim overview
>
>
> September 27, 2018*
> November 23, 2018 to December 21, 2018
> January 2, 2019 and February 7**, 2019
> 1/9 and 1/10 meetings
> and
> January 31, 2019
>
>
> MEETING AJOURNED.

Next scheduled meeting: Thursday 2/20/20
Agenda: investigation findings

Let me know if I can offer assistance.

Tamara

On Wednesday, February 12, 2020, 08:06:55 AM EST, Frammartino, Steve <sframmartino@uaw.net> wrote:

Tamara,
I'm not sure of the details (what time, who are you meeting with, what is the need for the HR interview.)
A good practice anytime you are summoned to HR or in an interview with any member of man agent, I would suggest you make a clear request to HR that you would like a Union rep to accompany you through any process with management.
I hope this helps.

Get Outlook for iOS

---

**From:** Tamara Sobolewske <tamso1970@yahoo.com>
**Sent:** Tuesday, February 11, 2020 9:28:52 PM
**To:** Frammartino, Steve <sframmartino@uaw.net>; Rankin, Richard <RRankin@uaw.net>; Michael Donovan <mdonov10@ford.com>
**Subject:** SUMMON TO HR 2/12/20

DO I SPEAK? WHAT DO I SHARE?

REQUESTING RECOMMENDATIONS.

THE EXTENSIVE PREP WORK ATTACHED



Michelle >

Wed, Feb 12, 6:32 PM

So apparently they are trying to throw Mary abhrams out tonight 45

years seniority and they say she is going too slow! The body shop P

# went from 420 to 700! 😳 And she did like 400 last night in 10.7

hrs

I think they are intimating her into retirement 🤬

Oh. I spoke to the head of HR today.

Text Message





Michelle >

A sign of the times . Women push back and they try to destroy us

Exactly. An INGOING issue.

Wed, Feb 12, 8:22 PM

They pulled her into a hearing and asked her to sign her retirement

papers AND SHE DID!!! Will come back in for one day for more paper

work and THAT'S IT! SO THAT IS WHAT STUMPY CAN DO TO HELP! 🤷 WE R S

CREWED 🙁

                          

Text Message

      

8/11/24, 2:07 PM                                    (3) Tamara Sobolewski | Facebook

# Tamara's Post                                                    ✕

**Tamara Sobolewski** ▮ **Members Of The UAW**                          •••
Top contributor · February 16, 2020 · 🌐

Anyone else suffering from undue stressful burdens?  My friend was terminated twice after a 20-year employer/employee relationship. She now lives in a one-bedroom co-op, struggling.

I can't imagine the assistance she needs and needed in her 20 years on the factory floor, as a woman.  What do we call our terminated former members working under our CBAs that were terminated?

Me, I've just had little rough patches throughout the years.  I needed help here and here.  Current situation: I can't seem to get out of bed on the weekends.  Does anyone else on our factory floor feel like that?

👍❤️ 5                                                          16 comments

|        Like         |         Comment         |         Send        |

**Meagan Kttn Walsh Devers**
Not wanting to get out of bed at all? It's called depression. Ford has a program that helps and will get you back on track. Get a hold of your ESSP rep.

4y   **Like**   **Reply**                                          3 👍

**View all 3 replies**

**Michael Hammon**   Top contributor
Been there , done that. Working at a dehumanizing job like factory lines will lead to complete burnout. See a counselor, doctor, it happens to most of us at some point.

4y   Like   Reply                                               👍

**Midge Collett**   Top contributor
When you don't feel like getting out of bed, get to the doctor. At one time I had to will myself out of bed, went to the doctor after bloodwork I had a potassium deficiency, I was given a prescription for potassium and was better by the next day. If a person feel like not getting out of for any number of reason, please get to a doctor, you don't have to live like that.

4y   **Like**   **Reply**                                          4 👍

**Regina Lusby-Bingaman**
Please get a medical check up. Thyroid, low Vit D, and other medical conditions can be causing this.

4y   **Like**   **Reply**                                          5 👍

Comment as Tamara Sobolewski

System dark mode is now on. Switch Facebook to always match system setting?   Yes  ▮

https://www.facebook.com/groups/241672912591075/user/100000867065167                            1/1

9-11-22

To Whom this may concern
on behalf of Tamara Sobolewski
    I worked right with Tamara
I was doing the Left H door build-up
job AND Tamara was doing the
Left H door INSTALL, on HER LAST
DAY TAMARA WAS WORKING At Ford.
    I can and will vouche for
Tamara on her attitude and
her demeanor that particular day.
    "Please call me" at ████████████
In Solidarity

# EXHIBIT 5

Baker&Hostetler LLP

200 Civic Center Drive, Suite 1200
Columbus, OH 43215-4138

T  614.228.1541
F  614.462.2616
www.bakerlaw.com

August 28, 2020

Ryan A. Cates
direct dial: 614.462.4757
rcates@bakerlaw.com

**VIA EMAIL**

Investigator Eddie L. Marcus
Ohio Civil Rights Commission
Cleveland Regional Office
615 W. Superior Avenue, Suite 885
Cleveland, OH 44113
eddie.marcus@civ.ohio.gov

*Re:*  *Ford Motor Co./Sobolewski – Case No. CLE 74 (45819) 04222020*

Dear Mr. Marcus:

This letter is in response to your request for a statement outlining the position of Respondent Ford Motor Company ("Ford") with regard to the above-referenced charge of discrimination and retaliation brought by Charging Party Tamara Sobolewski. In her Charge, Sobolewski alleges that Ford discriminated against her due to her sex, gender, alleged disability, age, and religion, and retaliated against her for engaging in allegedly protected activity. Contrary to Sobolewski's assertions, she was not subject to any discrimination or retaliation. Rather, Ford terminated Sobolewski because **she admittedly threatened to shoot and kill her coworkers**. The Charge is completely without merit and must be dismissed.

*Atlanta     Chicago     Cincinnati     Cleveland     Columbus     Costa Mesa     Denver*
*Houston     Los Angeles     New York     Orlando     Philadelphia     Seattle     Washington, DC*

Investigator Eddie L. Marcus
August 28, 2020
Page 2

## I.     BACKGROUND

Ford is a global automotive industry leader based in Dearborn, Michigan. With about 164,000 employees and 70 plants, Ford manufactures and distributes Ford and Lincoln automobiles across six continents.

Ford recognizes its responsibility under federal, state, and local statutes relating to fair employment practices, as well as the moral principles involved in the treatment of its employees. All employment decisions are made without regard to race, religion, color, age, sex, sexual orientation, national origin, disability, or veteran status.

Ford is strongly committed to equal opportunity in all aspects of its business and to fostering diversity in its workforce. This is not only right and appropriate; it is a sound business practice. Ford's Policy Letter and related Directives address equal opportunity and require that there be no disparate treatment because of race, religion, color, age, sex, national origin, disability, gender identity, sexual orientation, veteran status, and/or other factors that may be covered by law.

Ford is also committed to a respectful and inclusive work environment that promotes a culture that encourages every individual to contribute to the business success of the Company, values the differences in employees' backgrounds and skills, and manages the benefits that are derived from a diverse workforce. Ford recognizes that diversity in its workforce is a valuable asset, and it strives to provide an inclusive work environment in which different ideas, perspectives, and beliefs are respected and collaborative relationships are fostered.

As evidence of Ford's long-standing policy against discrimination and harassment, please refer to the attached copies of Ford's Policy Letter No. 2 – Relationship with Employees, Policy Letter No. 6 – Equal Opportunity and Affirmative Action, Directive B-103 – Affirmative Action

Investigator Eddie L. Marcus
August 28, 2020
Page 3

in the U.S., Equal Employment Opportunity Policy Statement, and Directive B-110 – Anti-Harassment and Zero Tolerance (See Policies, Ex. E).

## II.  SOBOLEWSKI THREATENED TO SHOOT AND KILL HER COWORKERS

Sobolewski was an employee at Ford's Ohio Assembly Plant in Avon Lake, Ohio (the "Plant"). During her shift on February 19, 2020, Sobolewski took a break from working to make a post on her personal Facebook page. In the post, Sobolewski threatened to shoot and kill her coworkers. Specifically, Sobolewski wrote:

> I am not even. Just encountered thoughtful people around here.
>
> **Solution: just shoot people.**
>
> **Alternative: line them up and shoot them.**
>
> The guys been @ one spot for over a year. I've seen him daily. Last week I saw him humping in a different neighborhood – a worse neighborhood. **Hope he dies soon.** All the details not known. I hope new neighbors are good to him.

(*see* Sobolewski's social media post, Ex. A) (emphasis added).

Sobolewski's threat of violence caused significant unrest among the employees at the Plant. Multiple employees reported Sobolewski's threatening post to both the local union chairman and the union-appointed safety representative. The safety representative brought Sobolewski's threat to the attention of Ford Human Resources Manager Ryan Perniciaro. Perniciaro deactivated Sobolewski's badge and notified her that she was on leave pending an investigation. The Plant also secured the entrances and exits to the facility with police protection.

Pursuant to standard Company procedures, Perniciaro interviewed Sobolewski with her union representative present. During the interview, Sobolewski agreed in a signed statement that "[o]bviously, someone took [her post] as a threat." (Ex. B). She admitted that her threat of violence

Investigator Eddie L. Marcus
August 28, 2020
Page 4

was directed at a specific coworker and reaffirmed that she hopes the coworker dies soon. (*Id.*).

Sobolewski then clarified that she actually hopes "[a]ny old person who has years of service" at

the Plant will die soon. (*Id.*).

Based on Sobolewski's admissions, and the egregiousness of Sobolewski's threat to shoot

and kill her coworkers, Ford terminated Sobolewski on March 2, 2020. Ford explained in

Sobolewski's Disciplinary Action Report that she was discharged because she "posted threatening

comments (shooting people) on Facebook about her peers while she was actively working in the

plant." (Ex. C).[1]

## III. SOBOLEWSKI'S ALLEGATIONS DO NOT ESTABLISH DISCRIMINATION OR RETALIATION

As the above facts demonstrate, Ford did not discriminate against Sobolewski on the basis

of her sex, gender, alleged disability, age, or religion, and it did not retaliate against her for

engaging in any allegedly protected activity.

Importantly, there is no evidence of any causal connection between Sobolewski's sex,

gender, alleged disability, age, religion, or allegedly protected activity and any adverse

employment action. Rather, there can be no question that Ford terminated Sobolewski because she

threatened to kill other Plant employees. Multiple employees brought Sobolewski's threatening

social media post to the attention of both the local union chairman and union-appointed safety

representative, who then communicated the threat to Perniciaro. During Perniciaro's interview of

Sobolewski, she admitted to making the threatening post and reaffirmed her hope that her

coworkers would die soon.

---

[1] Prior to her termination, Sobolewski had a history of disciplinary problems at Ford. For example, in 2018, Sobolewski received a two-week suspension because she "behaved in a disrespectful way towards a coworker by entering his personal space, cursing at him, and physically touching him." (Ex. D).

Investigator Eddie L. Marcus
August 28, 2020
Page 5

      Consistent with Ford's policy and practice, the decision to terminate Sobolewski was based on a thorough and reasonable investigation and without regard to her sex, gender, alleged disability, age, religion, or allegedly protected activity. Obviously, Ford could not be expected to continue employing someone who had threatened to shoot and kill her coworkers, and who had caused significant unrest among the employees at the Plant. Since Ford properly terminated Sobolewski for her admitted, threatening conduct, she cannot prove that her sex, gender, alleged disability, age, religion, or allegedly protected activity were the actual reasons for her termination. Accordingly, Sobolewski's claims of discrimination and retaliation are completely without merit and should be dismissed.

      If you have any questions, of if you would like to discuss this matter, do not hesitate to call me at the direct-dial number listed above.

                      Very truly yours,

                      *Ryan Cates*

                      Attorney for Respondent Ford
                      Motor Company

Enclosures

1

Page 1

BEFORE THE INDUSTRIAL COMMISSION OF OHIO


TAMARA L. SOBOLEWSKI,           )
                                )
         Claimant,              )
                                )
     vs.                        ) Claim No. 21-118173
                                )
FORD MOTOR COMPANY,             )
                                )
         Employer.              )

                - - - - -

        TRANSCRIPT OF PROCEEDINGS BEFORE

   HEARING OFFICER R. CANDA, HELD TELEPHONICALLY,

COMMENCING AT 3:10 P.M. ON FRIDAY, AUGUST 20, 2021

                - - - - -

APPEARANCES:

          Pro Se

            On behalf of the Claimant

          Timothy Krantz, Esq.

            On behalf of the Employer

                - - - - -

**Page 2**

```
1                    PROCEEDINGS
2              HEARING OFFICER:  Okay.
3        Mr. Krantz, are you there?
4              MR. KRANTZ:  I'm still here.
5              HEARING OFFICER:  Okay.
6        Ms. Sobolewski just came into the
7        room, just so you know.
8              MR. KRANTZ:  Right.  Okay.
9              HEARING OFFICER:  Okay.  All
10       right.  Are we ready?
11             The court reporter is going to
12       swear you in just to make sure that
13       everything you say is up and up.
14            TAMARA L. SOBOLEWSKI
15  The Claimant herein, being by me first duly sworn, was
16  examined and testified as follows:
17                    EXAMINATION
18  BY HEARING OFFICER:
19  Q    Ms. Sobolewski, I'm Ron Canada.  I'm the Hearing
20  Officer.  We're here on the allowance of the claim.
21  Mr. Krantz is on the WebEx here.  So you'll be able to
22  speak with him through this little box right here on
23  the desk.  Okay.  I'm going to ask you a couple of
24  questions, and then Mr. Krantz is probably going to
25  ask you some questions, and we'll go from there.
```

**Page 3**

```
1        Okay.  So let's start with I have a date of
2   injury of February 4th, 2011 on my sheet.  What
3   exactly are you indicating -- what are you indicating
4   is a Workers' Compensation claim?  What is this?
5   A    That pertains to I was an industrial truck
6   operator.  And I was licensed with a safety permit.
7   And December 8th, 2010, that was a renewal.  And then
8   two months later I began getting written up.  And I
9   can't say the exact date was February 4th, 2011.  But
10  it was in 2011.
11       I was instructed to lift parts from behind the
12  assembly line, and I tripped and fell over a pipe.  I
13  reported that to medical.  And at that time, I was
14  being written up for being -- and that is just a
15  repeat of something else.  So I don't know how to word
16  that.
17       And I would like to know if I can amend my First
18  Report of Injury.
19  Q    Are you indicating that you had a physical
20  injury?
21  A    Yes.
22  Q    At this point you're saying there was a physical
23  injury, but we're not sure exactly what the time frame
24  was.  Because the FROI doesn't have anything to do
25  with that.  It indicated that you were exposed to a
```

**Page 4**

```
1   hostile work environment, and it caused stress and
2   depressive disorders because of this.  Is that right?
3   A    Yes.
4   Q    But now you're saying you actually had a trip and
5   fall?
6   A    It was a trip and fall.  I can't quite speak to
7   the nature of how it injured me physically.  But that
8   was just -- what is it called?  The nucleus of the
9   situation.
10  Q    Did you get any kind of medical attention from
11  the fall?
12  A    I did get medical attention from the medical
13  dispensary at the plant, yes.
14  Q    But you don't know when that was exactly?
15  A    I don't know the exact date.  It was around 2011.
16  I can say it was between that date that's on there and
17  November of 2011.  I don't have that information.
18             HEARING OFFICER:  Okay.
19       Mr. Krantz.
20             MR. KRANTZ:  Yes.
21                    CROSS-EXAMINATION
22  BY MR. KRANTZ:
23  Q    Can you hear me, ma'am?
24  A    Yes.
25             HEARING OFFICER:  I'm going to
```

**Page 5**

```
1        shut the door, if that's okay with
2        you -- I won't do it all the way --
3        to see if it could help hear.  I
4        won't do it the whole way, because I
5        know some people get nervous about
6        that, too.
7              Mr. Krantz, I just closed the
8        door a little bit just so it might be
9        a little more private.  So go ahead.
10  Q    Okay.  Thank you.  Yes.  Miss -- is it Sobolewski
11  or --
12  A    Sobolewski.
13  Q    Yes.  On your application for benefits, which
14  does not appear to have been signed, it indicates you
15  thought you were disciplined because you couldn't do a
16  job back in February of 2011.  Right?
17  A    That was the allegation, yes.
18  Q    And you allege it caused you acute stress, right?
19  A    It led to acute stress, yes.
20  Q    And nowhere on there did you indicate any type of
21  slip or fall or falling over anything.  The first time
22  you've indicated that is right today, correct?
23  A    That is incorrect.  I don't believe that's
24  correct, because it asked for the injury date.  And
25  that's the date that I testified as the injury date.
```

Page 6

1  So I didn't specify the injury was a slip and fall.
2  Correct.
3  Q    Okay.  So you said you had a physical injury.
4  What part of your body was injured?
5  A    Wait.  I don't believe that the First Report of
6  Injury entails a physical injury.  But I was injured.
7  I did have a first injury where I sliced my hand -- or
8  my wrist.  I had had 37 pages of injury report.  But I
9  don't have those in my possession.
10 Q    Right.  But this --
11 A    So --
12 Q    Go ahead.
13 A    About this First Report of Injury, this one
14 particularly, I don't have -- I'm claiming it is
15 a psychological injury, and it is based on the
16 previous injuries, falling --
17 Q    Previous?
18 A    Yes.
19 Q    What previous?
20 A    I did find it.  I went to the hospital and was
21 stitched up in 2003.  I had reported finger injuries.
22 They're minor, but not that they accumulate to
23 something that's debilitating.  But if I'm at work and
24 getting disciplined and continuing to get disciplined,
25 then that would be injurious to me.  So whether that's

Page 7

1  a lot, I don't know.
2  Q    So you cannot show any proof of any specific
3  injury, physical injury on February 4th, 2011.  Is
4  that correct, ma'am?
5  A    That's correct.
6  Q    Okay.  On your FROI, you're alleging something
7  happened.  But you sustained a purely emotional
8  reaction to being disciplined; is that correct?
9  A    That is correct on that day, yes.
10 Q    Okay.  And there was no physical injury that day
11 or within a short time before that caused your anxiety
12 or accompanied this stressful occurrence.  Is that
13 accurate?
14 A    No, that's not accurate.
15 Q    You mentioned something.  There was a culmination
16 of injuries, like you had prior injuries going back to
17 2003.  Is that what you said?
18 A    That's not really what I -- yes, I said that.
19 But that's coming from the OSHA report that -- I only
20 have one of them.  I don't have any more than what I
21 was afforded.  But there is 20, 30 pages of OSHA
22 reports.
23 Q    And were all of these considered personal
24 injuries, personal problems?
25 A    No.  I don't have the report, so I can't speak on

Page 8

1  that.
2  Q    Okay.  Now, without getting into this too
3  in-depth, you indicate you inherited XX chromosomes,
4  is that right, from your parents?
5  A    I did.
6  Q    Is that some kind of congenital abnormality?
7  A    Yes.  In the factory that I worked in, they do
8  consider that a condition that -- I have the document
9  where they say what that is.  But it's a condition
10 that I may be fit, but -- I may be fit to work, but in
11 some environments -- and this is not my words.  It's
12 the company policy.  I'd have to find that.  But yes,
13 that was a condition.
14 Q    Right.  Now, you submitted a plethora of
15 documents.  And I'm trying to figure out what the
16 relevance is to these documents to this claim.  But
17 you did file a disability form from Unicare, which is
18 the non-occupational sickness and accident carrier for
19 Ford.  Is that right?
20 A    Yes.  That's correct.  I have two of those in
21 2019 alone.
22 Q    That's right.  Yes.  And you allege a disability
23 from February 7th, '19 through March 1st, '19.  Is
24 that right?
25 A    No, that's not right.

Page 9

1  Q    Well, that's what's on the form.  Apparently you
2  saw a psychiatrist or psychologist, doctor -- and I
3  can't even pronounce his name.  Do you know how to
4  pronounce his name?  Onyeneke?
5  A    Onyeneke.
6  Q    Is he a psychiatrist or psychologist?
7  A    He is neither.
8  Q    What is he?
9  A    He is a doctor.
10 Q    Right.  But is he an internist?  Is he a family
11 doctor; do you know?
12 A    I believe he is a family doctor.  I would have to
13 find out.  I don't know that for sure.
14 Q    Okay.  And there's a form in the file that he
15 signed that diagnosed you with severe depression; is
16 that right?
17 A    That is correct.
18 Q    And he said you had a family history of
19 depression.  Right?
20 A    That's correct.
21 Q    So it's fair to say, ma'am, you've had depression
22 for many years; is that right?
23 A    I've had depression.  It's episodic.  And yes, I
24 have depression issues that are episodic.
25 Q    And they existed before February of 2011?

Parise & Associates
Court Reporters and Videoconference

**Page 10**

1  A   I have had them in my record, yes, before
2  February 2011. I cannot -- and I will have to see
3  when the last time I was treated for depression with
4  medication. I can't speak on that.
5  Q   But in the form, and I'm just bringing this to
6  the Hearing Officer's attention, it indicates he
7  checked that it's an illness and it's not
8  work-related. There's no details of any work injury.
9  So apparently this doctor indicated that your
10  depression was not work-related. Is that true?
11  A   That's what the doctor indicated, yes.
12  Q   Okay. I notice you also submitted a Lorain City
13  Police Incident Report on February 20th of 2020. You
14  indicate someone hacked your Facebook account and was
15  makig threats in your name; is that correct?
16  A   That is correct.
17  Q   And is it not also true that you were terminated
18  from Ford Avon Lake on March 2nd of '20 because you
19  posted on Facebook that you were going to line up
20  people and you were going to shoot people at work at
21  Ford? Isn't that true?
22  A   That is true according to Mr. Kate(phonetic), the
23  attorney for Ford. But that's not accurate according
24  to the State of Ohio. I was terminated on February
25  18th, 2020. And it was for unjust cause. And that my

**Page 11**

1  -- the facts not before the claim --
2  Q   Okay.
3  A   -- were that -- can I finish this?
4  Q   Go ahead. Yes.
5  A   So that would contradict what Mr. Kate stated.
6  Q   Okay. Just so that I have this accurately, is it
7  your testimony under oath that you were not terminated
8  from Ford Avon Lake on March 2nd, 2020 for posting a
9  threatening post that you were going to line up people
10  at Ford and shoot them? Is that -- you're saying that
11  did not happen?
12  A   No. I did not say that did not happen. I was
13  terminated on two different -- three different dates.
14  So the last day I worked -- can I explain? Can I
15  explain further?
16      HEARING OFFICER:  Yes. Go
17      ahead.
18  A   The last day I worked was the February 19th. And
19  that would be not the day I was terminated -- but I
20  called the police on the 20th. On the 3rd -- on March
21  2nd, I was written up for -- no. Actually, I wasn't.
22  It was Mrs. Sobolewski. And I'm not a Missus. For
23  threatening to shoot and kill my co-workers, yes, that
24  was written on the statement.
25  Q   So you did do that then, right?

**Page 12**

1  A   That is not correct.
2  Q   I thought you just admitted you did that.
3  A   What I admitted was that's why I was terminated.
4  Q   Okay. You filed a grievance for that
5  termination. And just recently in April of this year
6  your grievance was heard up north in Dearborn by Ford
7  and the union, UAW, and they found that your firing
8  was justified. Isn't that true?
9  A   I have no idea. I'd like that documentation.
10  Q   Okay. I also note in your documents on July 22nd
11  of '20, you accepted a job as a bus driver. Is that
12  right?
13  A   Yes, I did.
14  Q   And for what city or what private company was
15  that?
16  A   First Student.
17  Q   Like where? Where was the location?
18  A   The location was Lorain.
19  Q   Okay. And how long did you have that job?
20  A   I did not have that job.
21  Q   You never worked as a bus driver?
22  A   That's correct.
23  Q   And why was that?
24  A   I wasn't called back. I didn't get any kind of
25  call back. They didn't call me back.

**Page 13**

1  Q   Okay. So you never actually drove a bus with
2  kids in it; is that right?
3  A   That's correct.
4  Q   But yet, you applied for unemployment benefits on
5  April 12th of this year. Correct?
6  A   Correct.
7  Q   And that was denied because you didn't have --
8  you didn't work at all. You needed 20 weeks to
9  qualify. And you had not worked at all, right?
10  A   That's correct.
11  Q   And so you filed --
12  A   That's not correct entirely. But yes.
13  Q   You filed this Workers' Compensation claim after
14  you were terminated from Ford, right?
15  A   Yes.
16  Q   Okay.
17  A   That's correct.
18  Q   Was that in an attempt to get back at Ford for
19  terminating you?
20  A   No. I have some information from the
21  State of Ohio and the Ohio benefits where they denied
22  me Medicaid because I didn't go after unearned income.
23  And I had already filed Social Security for
24  disability. And Social Security, they denied me. So
25  I wasn't entitled to that. So the State of Ohio kept

Parise & Associates
Court Reporters and Videoconference

**Page 14**

1  on asking me about Workers' Comp.  And I just said I
2  didn't file it.
3       So I decided to file it.  I'm sorry.  What did
4  you say you wanted to know, if I was doing it out of
5  revenge?
6  Q  Yes.
7  A  Oh, no.
8  Q  Are you still undergoing treatment and therapy
9  for your severe depression?
10  A  Yes, I am.
11  Q  Is that with this doctor -- I can't pronounce his
12  name.
13  A  Onyeneke.  No.
14  Q  You're seeing a psychologist or psychiatrist?
15  A  Yes.
16  Q  And are you on medication?
17  A  Yes.
18  Q  Okay.
19       MR. KRANTZ:  I have no further
20       questions, Mr. Canda.  If I can just
21       summarize.  Let's see, where do I
22       begin.  First of all, the FROI is
23       requesting a purely psychological
24       diagnosis or condition of anxiety.
25       It is not compensable, as you know,

**Page 15**

1  pursuant to 4123.01(c)(1).  There's
2  no accompanying physical injury that
3  preceded it or was subsequent to it.
4  So it doesn't qualify as a
5  compensable injury.
6       Secondly, Ms. Sobolewski is
7  alleging an incident back in February
8  of 2011.  It's a specific incident.
9  That occurred over 10 years ago.  This
10  claim was filed in March of '21.
11  Obviously, per statute, the Statute
12  Of Limitations has long since
13  expired.  Ms. Sobolewski has not
14  submitted any medical evidence
15  causally relating a compensable
16  injury to her employment at Ford.
17  The only diagnosis by this doctor is
18  severe depression.  And he said it's
19  unrelated to work.
20       And finally, Ford has no record
21  of a complaint on February 4th, '11
22  to the medical department, no record
23  of her reporting this on April 16th,
24  '11 to Ford.  The only thing we have
25  is a reference in the medical record

**Page 16**

1  that we submitted January 29th of
2  '19, where she was feeling anxious
3  about her job, and was diagnosed with
4  acute stress reaction, which was
5  determined to be personal in nature.
6       So based upon all those factors
7  there, I would ask you to deny the
8  claim in its entirety.  Thank you.
9       HEARING OFFICER:  Thank you,
10  Mr. Krantz.
11       Anything else, Ms. Sobolewski,
12  before we conclude?
13       THE CLAIMANT:  Yes.  I'd like to
14  know -- well, I guess not.
15       HEARING OFFICER:  Okay.  Thank
16  you.  All right.  Ms. Sobolewski,
17  here's what's going to happen:  I'm
18  going to take the matter under
19  advisement.  I'm going to look at all
20  the medical documentation that's on
21  file, take into consideration what
22  was discussed, and you'll get an
23  Order from me in about 3 or 4 days,
24  maybe 5, telling you exactly what I
25  thought and why.

**Page 17**

1       I do appreciate you being here.
2  Thank you for that.  Thank you,
3  Mr. Krantz.  Thank you, Ms. Baker,
4  the court reporter.  And that will
5  conclude this hearing.  Everybody
6  have a great rest of your day and a
7  nice weekend.
8       And then, Mr. Krantz, are you
9  going to have the court reporter send
10  in the transcript?
11       MR. KRANTZ:  Yes, I will.
12       HEARING OFFICER:  You'll take
13  care of that.
14       MR. KRANTZ:  That's fair.
15       HEARING OFFICER:  And that
16  concludes everything, at
17  this point in time.  And everybody
18  have a great rest of the weekend.
19  Okay.
20       MR. KRANTZ:  Thank you.
21  (Hearing concluded at 3:33 p.m.)
22       - - - - -
23
24
25

Parise & Associates
Court Reporters and Videoconference

```
                                                    Page 18
 1   The State of Ohio,  )
                         )  SS:        CERTIFICATE
 2   County of Cuyahoga. )

 3

 4       This certifies that the foregoing is a true and

 5   correct transcript of the proceedings had

 6   telephonically on Friday, August 20th, 2021,

 7   commencing at 3:10 p.m.

 8

 9   In the Matter of:

10   Tamara L. Sobolewski

11       vs.

12   GCRTA

13

14

15

16

17              Cheryl L. Baker

18              _____

19              Cheryl L. Baker, Notary
                Public in and for the
                State of Ohio

20              My Commission expires: 10-10-25

21

22              PARISE & ASSOCIATES
                Court Reporters and

23              Videoconference
                P.O. Box 924

24              Willoughby, Ohio  44096
                216/241-5950

25              216/241-5952 FAX
```

Parise & Associates
Court Reporters and Videoconference

BakerᴴHostetler LLP

200 Civic Center Drive, Suite 1200
Columbus, OH  43215-4138

T  614.228.1541
F  614.462.2616
www.bakerlaw.com

Ronald G. Linville
direct dial: 614.462.2647
rlinville@bakerlaw.com

October 13, 2023

**CONFIDENTIAL**

**VIA E-MAIL (JULIA.BRNCIK@CIV.OHIO.GOV)**

Julia Brncik
Civil Rights Investigator
Ohio Civil Rights Commission
Cleveland Regional Office
Lausche State Building
615 W. Superior Ave., Suite 885
Cleveland, OH 44113

Re:   *Tamara Sobolewski* v. *Ford Motor Company Ohio Assembly Plant*, Charge No:
        CLEB4(000235)07102023

Dear Investigator Brncik:

This letter is in response to your request for a statement outlining the position of Respondent
Ford Motor Company ("Ford") regarding the above-referenced charge of discrimination brought
by Tamara Sobolewski ("Charging Party").[1]

I.      **INTRODUCTION**

Charging Party alleges that Ford discriminated against her based on her sex (female), age (53),
and disability (unidentified). Specifically, Charging Party alleges that Ford retaliated against her
by doing the following: (1) writing her up for poor and careless workmanship when she was 37-
40 years old; (2) disciplining her for workplace misconduct when she was 45-48 years old; (3)
reassigning her daily (for a 30 day period) in violation of the collective bargaining agreement;
(4) suspending her for threatening her peers; and (5) terminating her employment after

---

[1] The information set forth herein is based upon the undersigned's understanding and investigation of the facts at
this time. By submitting this position statement, Ford does not waive any right to present new or additional facts or
arguments based upon additional information or evidence. This letter does not constitute an affidavit and is not
intended to be used as evidence of any kind in any agency or court proceeding.

*Atlanta     Chicago     Cincinnati     Cleveland     Columbus     Costa Mesa     Dallas     Denver     Houston*
*Los Angeles     New York     Orlando     Philadelphia     San Francisco     Seattle     Washington, DC     Wilmington*

Julia Brncik
October 13, 2023
Page 2

conducting an internal investigation into her workplace misconduct.[2] Charging Party is incorrect and untimely.

First, Charging Party has not been employed by Ford for over three years. Charging Party alleges the most recent date of discrimination by Ford occurred on June 28, 2023.[3] Charging Party was terminated by Ford on March 2, 2020.[4] Since Charging Party has not been a Ford employee since 2020, the present charge and its allegations of discrimination and retaliation are untimely.

Second, the allegedly unjustified discipline that occurred during ages "37-40" and "45-48" does not match Charging Party's reported date of discrimination. Again, the charge states that the most recent date of discrimination by Ford occurred on June 28, 2023. Charging Party was born on September 14, 1970.[5] Given her date of birth, Charging Party was 37-40 years old during the years 2007-2010. Charging Party was 45-48 years old during the years 2014-2018. These time frames, which Charging Party expressly links with her allegations, are outdated for the purposes of this charge. Charging Party's allegations against Ford span as far back as thirteen years prior to her 2020 termination.

Third, Ford did not terminate Charging Party because of her sex, age or alleged disability. Rather, Ford suspended and terminated Charging Party for excessive absence, continued provocation of co-workers, and ultimately, for a social media post published during work hours that referenced "shooting people." In February of 2020, Ford conducted a thorough investigation into Charging Party's concerning Facebook post and terminated her in the interest of workplace safety.

For the foregoing reasons, the charge must be dismissed.

## II.  **BACKGROUND FACTS**

### A. *Ford Maintains Nondiscrimination And Equal Employment Opportunity Polices Prohibiting Unlawful Conduct.*

Ford is a global automotive industry leader with over 220,000 employees and 90 plants worldwide. Ford manufacturers and distributes automobiles across six continents, and its workforce is comprised of people from a wide variety of backgrounds.

Ford recognizes its responsibility under federal, state and local statutes relating to fair employment practices as well as the moral principles involved in the treatment of its employees. All employment decisions are made without regard to race, religion, color, age, sex, sexual orientation, national origin, disability or veteran status. Ford has a long-standing policy against

---

[2] Charge allegations can be found on page two of Exhibit A.
[3] Exhibit A page one.
[4] Ford's employee history report and COBRA Enrollment Notice are attached as Exhibit B.
[5] Timekeeping and Work Orders Systems ("TWOS") report in Exhibit B confirms that Charging Party was born on September 14, 1970. Her TWOS report also verifies that her last day of work was February 19, 2020, and her last effective date as an employee was March 2, 2020.

Julia Brncik
October 13, 2023
Page 3

discrimination and harassment of employees. A copy of Ford's Directive B-110-Anti-Harassment
and Zero Tolerance policy as well as its equal employment policies are attached as Exhibit C.

### B. Ford Maintains Anti-Harassment Policies Prohibiting Offensive Messaging In Social Media Posts.

Ford recognizes that social media use, while it may occur outside of the Company, may affect
the work environment inside. Ford expects all employees to treat one another with respect. Posts
that may be offensive or demeaning to a reasonable person, or that could be seen as threatening,
abusive, bullying, defamatory or unlawful, are contrary to Ford's commitment to a respectful
work environment.

Ford's social media policies provide that posts must not violate the Company's Anti-Harassment
Policy or Directive B-110. The policies further state that public posts that contain content that is
discriminatory, harassing, bullying, threatening, defamatory or otherwise unlawful will be
addressed with appropriate discipline up to and including discharge. A copy of Ford's social
media policies is attached as Exhibit D.

### C. Charging Party Was Repeatedly Disciplined By Ford.

On or about October 19, 1992, Ford hired Charging Party as an hourly employee at its Ohio
Assembly Plant ("OHAP") in Avon Lake, Ohio. Charging Party worked as an assembler and lift
operator at OHAP until her suspension and discharge on or about March 2, 2020.

While Charging Party alleges that disciplinary action taken against her was "unjustified," her
behavior at OHAP suggests otherwise. Ford's disciplinary records provide evidence of Charging
Party's continued failure to follow instructions and comply with plant protocols. Copies of
Charging Party's disciplinary action reports are attached as Exhibit E.[6]

Spanning from February 27, 2007, to March 2, 2020, Charging Party was issued ten corrective
actions, respectively. Four corrective actions were related to unjustified time off, citing excessive
down-time and failure to report to work as scheduled. Four other corrective actions were issued
for failure to follow instructions and impeding the production process. The final two corrective
actions were issued for threatening co-workers. The first incident, during October 2018, involved
Charging Party cursing at and physically touching another employee. She received a reprimand
and warning plus a two-week suspension. The second incident, resulting in discharge during
March 2020, involved violent threats against co-workers made on social media.

---

[6] Exhibit E contains ten separate write-ups outlining Charging Party's workplace misconduct. Reports are attached
in chronological order.

Julia Brncik
October 13, 2023
Page 4

   D. *Charging Party Published Facebook Posts Referencing "Shooting People" During Work*
      *Hours.*

On or about February 19, 2020, Ford learned that Charging Party made a post on Facebook,
during work hours, stating "I am not even. Just encountered thoughtful people around here.
Solution: just shoot people. Alternative: line them up and shoot them."[7] Ford called Charging
Party at approximately 7:00 p.m. the same day to notify her that her badge had been immediately
deactivated. She was not to report to work the following day for safety precautions. Ford also
informed Charging Party that she was not allowed back on the property until further notice and
requested a police presence at the plant the following day.

In Charging Party's Employee Statement taken on February 25, 2020, she was asked who she
was talking about in her Facebook post referencing shooting people. Charging Party replied, "I
guess the people who do not have any respect for their peers." When asked to clarify who she
meant by "peers" she specifically stated, "hourly since that is what I am." Charging Party further
clarified that her Facebook post was referencing, "both union employees who participate and
who refrain from our terms and conditions of employment." [8]

On March 2, 2020, Ford discharged Charging Party for posting threatening comments on a social
media site about her peers while she was actively working in the plant.

   E. *Charging Party Has Not Been Employed By Ford Since March 2020.*

Though Charging Party alleges Ford discriminated and retaliated against her as recent as June
28, 2023, she has not worked for Ford Motor Company since 2020. Charging Party was
terminated on March 2, 2020, and her benefits coverage with Ford ended on April 30, 2020.[9]
Charging Party has provided no evidence that indicates that she has been a Ford employee within
the last three years.

   F. *Charging Party's Previous Claims Alleging Discrimination By Ford Have All Been*
      *Dismissed.*

On or about August 21, 2021, Charging Party filed a charge with the NLRB alleging that Ford
violated her rights under the NLRA. The charge claimed that Ford suspended and terminated
Charging Party in retaliation for union and other protected employee activities.  On November
10, 2020, the Board decided to dismiss the charge, stating that there was no evidence supporting
Charging Party's allegations. Rather, the Board stated, "the investigation showed that your
Employer suspended and terminated you because you posted threats of violence toward co-
workers on social media." The original charge and dismissal are attached as Exhibit H.

---

[7] Copy of Facebook post in question is attached as Exhibit F.
[8] Employee Statement attached as Exhibit G.
[9] Exhibit B reports.

Julia Brncik
October 13, 2023
Page 5

On or about September 21, 2020, Charging Party filed a charge with the OCRC alleging that Ford discriminated against her based on sex, disability, age and religion. Similar to the allegations in her 2023 OCRC charge, Charging Party stated that she was unjustifiably disciplined and terminated by Ford at OHAP. On February 11, 2021, the OCRC dismissed the charge, stating that their investigation revealed that Ford did not unlawfully discriminate against Charging Party. Instead, the OCRC concluded that, "Charging Party was released for making threats against employees on social media." The original charge and dismissal are attached as Exhibit I.

On or about January 22, 2021, Charging Party filed a complaint against Ford in the Northern District of Ohio. Despite receiving dismissals from both the NLRB and the OCRC, Charging Party alleged that she was unlawfully discriminated against in her termination from OHAP. On April 15, 2022, the Court dismissed Charging Party's claim for her failure to prosecute. The original charge and dismissal are attached as Exhibit J.

## III.    RESPONSES TO THE CHARGE

### A.  *Charging Party Was Required To File Within Two Years Of The Date of Alleged Discrimination.*

Charging Party alleges that Ford's most recent date of discrimination against her came on June 28, 2023. Charging Party's allegation is false, as she has not been a Ford employee since March 2020.

Ohio state law provides that a charge filed with the Ohio Civil Rights Commission, "shall be filed within two years after the alleged unlawful discriminatory practice was committed." Ohio Rev. Code Ann. § 4112.051(C)(2). The timing requirements for filing are indicated in the charge application submitted by Charging Party.[10]

The standard for filing a charge with the OCRC is clear, and the facts prove that Ford last had an employment relationship with Charging Party in March of 2020. It has been over three years since Charging Party's employment with Ford, and her alleged date of most recent discrimination is clearly false. Ford maintains that it did not discriminate against Charging Party during her employment and emphasizes that any allegations included in this charge could not have occurred within the last three years. This charge is untimely and should be dismissed.

---

[10] Exhibit A page one.

Julia Brncik
October 13, 2023
Page 6

      B.  *Ford Did Not Discipline Or Terminate Charging Party Because Of Her Sex, Age Or Unidentified Disability.*

Charging Party alleges that Ford discriminated and retaliated against her during her time at OHAP. Specifically, Charging Party alleges that she received unjustified discipline and was improperly terminated. Charging Party is incorrect.

Ford's discipline of Charging Party was at all times in compliance with its company policies and equal opportunity objectives. Overwhelming evidence indicates that Charging Party displayed a history of disrespecting her co-workers and impeding plant production. Charging Party offers no evidence to support her vague allegations of unjustified discipline. Rather, Charging Party misrepresents herself by omitting the fact that she has not worked for Ford in over three years.

Even where the Commission may be unpersuaded by the untimeliness of this charge, Ford's decision to terminate Charging Party was not motivated by discriminatory practice. When confronted with a blatant violation of its workplace policies, Ford prioritized workplace safety. As previously mentioned, Charging Party violated Ford policy by posting about "shooting people" on Facebook. Charging Party verified that her post was referencing her co-workers in her employee statement. The seriousness of the situation was further heightened by the fact that the post was published while she was working in the plant. The facts prove that Ford did not discriminate or retaliate against Charging Party in her termination.

Moreover, the NLRB, OCRC and Court for the Northern District of Ohio have each determined that Charging Party was terminated for legitimate, non-discriminatory reasons. To dismiss this charge would be in line with all previous investigations into Charging Party's allegations.

## IV.    CONCLUSION

As discussed above, Charging Party's claim of discrimination is untimely and without merit. The charge must be dismissed.

Should the Commission need any further information or documents to dismiss this charge, please do not hesitate to contact me.

Sincerely,


/s/ Ronald G. Linville

# EXHIBIT 6

**oooll** Boost 📶 ‏ 8:16 PM 🔋

All | Missed

<span style="color:blue">Edit</span>

# Recents

**JonSon Sobolewski**
mobile
8:12 PM  

**Unknown Caller**
unknown
7:38 PM  

**JonSon Sobolewski**
mobile
1:25 PM

📞 **Myra Wilson**
phone
1:15 PM  

**DM (2)**
phone
1:13 PM

**(440) 490-8656**
Chesterland, OH
1:07 PM  

**Myra Wilson**
Messenger Video
12:08 PM  

📞 **DM**

---


Favorites


Recents


Contacts


Keypad


Voicemail



**Bill** >

Wed, Feb 19, 7:50 PM

Apologies for disturbing you at home. I just received notice: badge deactivated. Not permitted on company property until further notice.

For ???

I'm dumb. I didn't ask. I was shocked. I spoke w/him last week w/Jason Wells present. I reported a claim to harassment hotline. He said he'd pull records and we'd meet tomorrow.

Wow

iMessage

 Boost Mobile 🛜  4:11 PM



‹ 16

Terra ›

Feb 19, 2020 at 10:42 PM

Hi sis, did you see or post that last post on your Facebook?

It could cause you serious trouble- are you ok? You should delete that.

Feb 20, 2020 at 5:04 PM

 **Tamara Sobolewski**
11 hrs · 👥

I am not even. Just encountered thoughtful people around here.

Solution: just shoot people. Alternative: line them up and shoot them.

The guys been @ one spot for over a year. I've seen him daily. Last week I saw him bumping in a

  　Text Message　 🎤

      



iMessage
Thu, Feb 20, 10:14 AM

Did someone hack you?

Why? Ur the second person to alert me of Facebook problem. What's posted now?

A couple people over here said you got escorted out

I said no way

My badge has been deactivated and I'm not permitted on company property.

iMessage

  

      



Touch to return to call 58:44

Jen >

But were you hacked?

How do I verify that?

Turn your phone over to police to investigate.
I said , hell no! She would never do that. She is so sweet.





Yes but my friend. Remember when we met at

  iMessage 

      




# Incident Report

| | |
|---|---|
| **Print Date/Time:** 12/16/2020 13:23 | Lorain Police Department |
| **Login ID:** friley | **ORI Number:** OH0470500 |

**Incident:** 2020-00006276

| | | | |
|---|---|---|---|
| **Incident Date/Time:** | 2/20/2020 10:26:40 AM | **Incident Type:** | Suspicious Condition |
| **Location:** | 1002 DAKOTA AVE | **Venue:** | LORAIN |
| | LORAIN OH 44052 | | |
| **Phone Number:** | (440)452-1982 | **Source:** | Phone |
| **Report Required:** | No | **Priority:** | Medium |
| **Prior Hazards:** | No | **Status:** | In Progress |
| **LE Case Number:** | | **Nature of Call:** | |

Unit/Personnel

| Unit | Personnel |
|---|---|
| LO156 | 3094-Ferenzi |

Person(s)

| No. | Role | Name | Address | Phone | Race | Sex | DOB |
|---|---|---|---|---|---|---|---|
| 1 | Caller | TAMARA | | (440)452-1982 | | | |

Vehicle(s)

| Role | Type | Year | Make | Model | Color | License | State |
|---|---|---|---|---|---|---|---|

Disposition(s)

| Disposition | Count |
|---|---|
| Advised | 1 |

Property

| Date | Code | Type | Make | Model | Description | Tag No. | Item No. |
|---|---|---|---|---|---|---|---|

Page: 1 of 2

## CAD Narrative

**02/20/2020 : 10:27:27 driley Narrative: SOMEONE HACKED HER FACEBOOK AND IS MAKING THREATS IN HER NAME**

from 440-933-1498 on 2/24/2020 @ 12:54 p.m.

VOICEMAIL:  Hi Tamara.  This is Ryan Perniciaro, HR Manager at Ford Ohio Assembly Plant.  I need you to come in tomorrow at 9 a.m. and I need you to report directly to the security guard shack out there.  We will meet you out there and then I will bring you in my o ice along with your union rep and we will talk further.  So, I will see you tomorrow morning at 9 o'clock.  Please report to the security guard shack.  Thank you.

**EMPLOYEE STATEMENT FORM**
**OHIO ASSEMBLY PLANT**

| PERSONAL INFORMATION | | | |
|---|---|---|---|
| Name: | Tamara Sobolewski | Date: | 2/25/2020 |
| GID: | 887877 | Seniority Date: | 10/19/1992 |
| Union Rep: | Jason Wells | Labor Rep: | Ryan Perniciaro |

The following statement is being taken from the above employee and is true to the best of my knowledge.

*You have been asked here as part of an open company investigation. This conversation may not be recorded. The expectation is that you will be honest and forthright in your responses to the questions. I will be taking notes. Afterwards, I will ask you to review your statement, initial each page and sign your name on the last page indicating I accurately captured our discussion today. This discussion is considered a matter of Company record.*

**Q:** For the record, what is your current job, how long on it, department, and shift?

**A:** It's H door hang and I have been on it since April 2019. Body 2nd shift.

**Q:** We are here today, because I need to discuss the Facebook message you posted on February 19th. Here is the post and please explain in detail what you meant.

I am not even. Just encountered thoughtful people around here. Solution: just shoot people. Alternative line them up and shoot them. The guys been @ one spot for over a year. I've seen him daily. Last week I saw him humping in a different neighborhood – a worse neighborhood. Hope he dies soon. All the details not known. I hope new neighbors are good to him.

**A:** What I meant was I feel that there is humane treatment of older seniority employees. That the people and workers in the Union shop are not concerned for each other.

**Q:** What time did you post this? Where you on the clock working when you did?

**A:** I have a personal phone and I do not recall posting that at all. I do recall thinking that; but do not remember posting it. At 10:30PM that night, my sister called me about the post but I do not recall posting that.

**Q:** Who was this messaged aimed towards? Was it another hourly or salary person? Was this aimed towards Body Shop management since you felt your DQ was unjust last year?

**A:** I have concerns for inhumane treatment in the Body shop. I also have a son that works at nursing home in Oberlin and we share a laptop. Not saying he did it but could have. The next day, my friend Jennifer asked me if was hacked. I do not know and I do not know how you would tell if you were.

| Page Number: | Page 1 of 6 | Initials: | | |
|---|---|---|---|---|

CONFIDENTIAL

5

## EMPLOYEE STATEMENT FORM
## OHIO ASSEMBLY PLANT

**Q:** Did you realize that this post was going to be seen as a harmful threat to your co-workers? You openly talked about killing people. Why did you post this and feel it was ok?

**A:** Do I think that everyone took it as a threat, well who do you define as a co-worker? Obviously, someone took it as a threat. I do not know and I do not know who was threatened. Maybe I can remove them from my Facebook.

**Q:** Are you having issues with anyone currently? Management or UAW?

**A:** No. Just the UAW as they settled and closed all of my grievances.

**Q:** How about UAW Rep Brian Maust? I know he was the Bargaining Rep on your grievances.

**A:** He is not a friend of mine but not having issues besides his handling of my grievances

**Q:** Do you still have it up on Facebook?"

**A:** No

**Q:** What made you decide to remove it?"

**A:** My sister alerting me.

**Q:** You also posted that morning of the 19th that you can't sleep since 3:30. Then you called off on the ATS system that you were not coming in but then you reported to work. Can you explain what was going on?

**A:** There is somebody else that works here and he was going to stay home with me. I told him that I better go into work because I have prior issues with attendance. I have done this in the past, where I will call off then feel good enough to come into.

**Q:** Who is this person?

**A:** I'm not dragging his name into this.

**Q:** Who are you referring to on getting even with? Are you trying to get even with someone?

A: I do not have an event that I am trying to get but I do feel I have been pushed aside. I would like to be heard and considered for my contributions instead of constant disciplines

**Q:** When was the last time you were disciplined outside of attendance?

Page Number:   Page 2 of 6                    Initials: _____

**EMPLOYEE STATEMENT FORM**
**OHIO ASSEMBLY PLANT**

A: February of 2019
   7th.

Q: Back to the Facebook posts "The guys been @ one spot for over a year. I've seen him daily. Last week I saw him humping in a different neighborhood – a worse neighborhood. Hope he dies soon. All the details not known. I hope new neighbors are good to him." Who are you referring to?

A: He is an hourly person that works here. I go by him everyday when I go on my break. I say hi to him but he doesn't talk. He is an older gentleman and I discovered he was brought over to the area that I was removed in 2019.

Q: What's his name?

A: I don't know his name but to just move him it concerned me.

Q: What concerned you about him?

A: When I was removed from welder sub and accepted a lateral move, and removed 30 minutes from that group setting, that impacted me greatly. Some people don't speak up or share how it impacts them. This really affected me by changing and immediately removing me.

Q: Are you angry with him for being assigned to your old area? Have you discussed this with him?

A: No

Q: You said you hope he dies? How are you trying to help him? Please clarify?

A: I have 29 days of appeals to get help from November 26th to December 21st. I got no help and I'm not in the position to help him as I can't even help myself?

Q: Who are you referencing that you hope dies? Please clarify

A: The old people. Any old person who has years of service.

Q: This does not clarify, who is the guy we are discussing that you wanted to die?

A: It's anyone that's old in here. It just happened to be the old guy that I walked by on that day. I don't really want him to die.

Q: Is Jim Carvour is the older gentleman you are referring to?

A: Yes, that's his name.

Page Number:  Page 3 of 6          Initials: _____

CONFIDENTIAL

EMPLOYEE STATEMENT FORM
OHIO ASSEMBLY PLANT

**Q:**  Is this appeal the 30 day discipline for attendance?

**A:**  When I took a lateral from front to 7A back in early 2018.

**Q:**  So if you want to get him help, why are you saying I hope he dies.

**A:**  I have seen a lot of death in my time here. A lot of co-workers. I don't know what else to say. I don't want him to die I want him to get help if he needed it.

**Q:**  Back to the Facebook post: Solution: just shoot people. Alternative line them up and shoot them. Who were you referring to?

**A:**  I guess the people who do not have any respect for their peers.

**Q:**  Hourly or Salary or anyone specially?

**A:**  Peers - I mean hourly since that is what I am.

**Q:**  Need to better understand what peers you are referring to and why?

**A:**  Both union employees who participate and who refrain from our terms and conditions of employment. The minority who might need assistance since we are union but right to work against us.

**Q:**  Has your Facebook ever been Hacked before?

**A:**  Not that I know. I wouldn't know how to tell

**Q:**  So then on the 20th you posted a message, are any of my friends able to see uncharactieristc messages on my page? Ive been alerted to this activity. How do you tell if you are hacked?

**A:**  Yes I did. I just wanted to get feedback on what I heard about the posting. I could not tell so I you tubed it. I still don't know how you can tell. I wanted to gauge the temperature about hacking because this is not something that I have done or posted about in the past.

**Q:**  On February 21st at 2:57am, you posted about a Bosshole? What is that?

**A:**  Yeah, I don't remember where I got that from. I am concerned about other hourly folks turning each other in. I have had issues with that before. Facebook is a big network of people. I was just relating to it.

Page Number:     Page 4 of 6                    Initials:

CONFIDENTIAL

**EMPLOYEE STATEMENT FORM**
**OHIO ASSEMBLY PLANT**

| | |
|---|---|
| Q: | Whom are you referring to in the plant about being a Bosshole? |
| A: | A fellow union member who I have an obligation to protect and he's a veteran. He's an older gentleman and he has had some issues in the past and maybe he didn't get the help he needed. |
| Q: | So why would you call him a bosshole if you are trying to help him? |
| A: | He reported me twice to Management. Sometimes I can't tell who is manager and who is not. |
| Q: | When was this? |
| A: | 2017-2018 |
| Q: | When is the last time you talked to him? What's his name? |
| A: | I haven't talked to him since I left that area over a year ago. I'm concerned that he needs help. His name is in previous issues from back then so I'm not going to say. |
| Q: | Who is your current Supervisor? Any issues with him or her at the moment? |
| A: | Steve Jaeger. No issues with him |
| Q: | Where you referring to Mike Wyatt with the threats about killing or bosshole? |
| A: | No – I don't even see him. |
| Q: | So what time of the day are these posts made about shooting and killing people?<br><br>Here is the post: I am not even. Just encountered thoughtful people around here. Solution: just shoot people. Alternative line them up and shoot them.<br><br>The guys been @ one spot for over a year. I've seen him daily. Last week I saw him humping in a different neighborhood – a worse neighborhood. Hope he dies soon. All the details not known. I hope new neighbors are good to him. |
| A: | I have no idea. |
| Q: | According to the time frame, it places you at the plant before you left for that day? Does that sound right? |
| A: | Again, this technology it follows our movement so I don't know. I don't remember. |
| Q: | Anything else you want to add? |

Page Number:    Page 5 of 6             Initials: _____

**EMPLOYEE STATEMENT FORM**
**OHIO ASSEMBLY PLANT**

| | |
|---|---|
| A: | I have been reading up on people speaking up when they have a problem. When I speak up people don't think it's real. I am concerned about Mary now, hear they are trying to discipline her. |
| Q: | |
| A: | |
| Q: | |
| A: | |

*Thank you for participating in this investigation. This investigation is ongoing. You are advised retaliation is strictly prohibited and may subject you to disciplinary action up to and including discharge. We may ask you to return for additional questioning.*

Tamara Sobolewski
Employee

Jason R Wells
Witness

Labor Representative

2/25/2020
Date

2/25/2020
Date

2-25-20
Date

from 440-933-1498 on 3/2/2020 @ 9:36 a.m.

VOICEMAIL:  Hi Tamara.  This is Ryan from HR at Ford.  I need you to report to the plant today at 3 o'clock to the security guard shack.  So 3 o'clock. I'll see you then.  Bye.

**Ford** **Disciplinary Action Report**

| SHIFT | DISPOSITION BY: | | DATE |
|---|---|---|---|
| 2 | FOREMAN ☐ | LABOR RELATIONS ☒ | 3-2-20 |

| GLOBAL ID NO. | NAME | PLANT |
|---|---|---|
| 8878377 | Tamara Sobolewski | OHAP |

| COMPANY SENIORITY | CLASSIFICATION | DEPT. NO. |
|---|---|---|
| 10-19-1992 | Assembler | Body |

PRESENT CHARGE
Act of Threat

| EMPLOYE DESIRES UNION REPRESENTATION | YES | NO |
|---|---|---|
| | | ☒ |

EMPLOYE'S SIGNATURE (IF NO)

PENALTY AND DATE ASSESSED
Discharge

COMMITTEEMAN SHOULD SIGN HERE IF HE RECEIVED NOTIFICATION OF THIS ACTION
*Shawn R Wills*

FOREMAN'S SIGNATURE

LABOR RELATIONS REPRESENTATIVE SIGNATURE

FACTS SUPPORTING CHARGE (LIST IN DETAIL) - ATTACH ADDITIONAL FORM IF MORE SPACE NEEDED

Mrs. Sobolewski posted threatening comments (Shooting People) on FACEBOOK About her Peers while she was Actively working in the plant.

| IND REL MAR 09 | 4600 | (Previous editions may not be used) |
|---|---|---|

**LABOR RELATIONS COPY**

**Attachment E**

**Myra Wilson**
Active 13m ago

3:44 PM

Now what? Did you file a grievance?

They did not fire that guy for threatening me and I filed a police report

He wasn't joking

They fired me instead.

4:36 PM



# UNION GRIEVANCE

### (GRIEVANCE STARTING SECOND STAGE ONLY)

GRIEVANCE _JW2075_

Bldg. or Unit _One_     Local No. _2000_

_3-3-2020_

| | |
|---|---|
| Employee Name _Tamara Sobolewski_   Badge No. _887871_ | Date Stamp Submission |
| Shift _2nd_   Seniority _10/17/1982_   Dept. _1315_ | _Nird 3-3-20 CM_ |
| Classification _Auto Body Shop_ | |
| Employee Signed: _Tamara Sobolewski (SPA)_ | |

Not necessary to fill in enclosed space when Grievance concerns Union Rights ONLY

Nature of Grievance _Unjust_

Violation of Article _4:3_      Section _Disciplinary Action_

Statement of Case

\* See Attachments \*

The Adjustment Requested: \* Reinstated and All Lost Wages, Penalties Removed \*

Signed (Bargaining Committee) _Bennett  Must  Wells  (Wells)_

| Date Stamp Disposition | Disposition by Company |
|---|---|
| | _Jason Wells_ |
| | RECEIVED BY: LINDA LYNCH |
| | DATE: _3/10/20_ |
| | _Jason Wells_ |
| | (Signed) _____  (Company Representative) |
| Date _____ | |

All Grievances Must Be "Date Stamped" by Company Representative on Date Presented and Disposed

WHITE - ORIGINAL — CANARY - DUPLICATE — PINK - TRIPLICATE — GOLD - QUADRUPLICATE     FORM F2-A - REVISED 4/05 - 5M SETS 

2

Grievance
JW20TS
Art. 4 Sec. 3

## Statement of Case:

The Union, on behalf of the Tamara Sobolewski, is grieving the wrongful termination of said employee on March 2, 2020. The aggrieved was terminated for "Act of threat."

In the hearing held in HR, the aggrieved was asked multiple questions. During the questioning, Ms. Sobolewski seemed confused and somewhat displaced throughout the series of questions being asked. It is the opinion of the Union Rep Jason Wells that was present; she was not in the right state of mind. This was evident when the aggrieved stated that her Facebook account was hacked, but then later confirmed that she did post the statement on her account that was turned in to the Company. The aggrieved had multiple issues as of late that suggest that she may be battling some undiagnosed mental issue. Prior to her series of disciplines that span over the last 2 years, the aggrieved was a very capable and established employee at OHAP for over 25 Years. The company did not recognize the condition that Ms. Soboleweski was exhibiting nor did they offer resources such as ESSP assistance. The Company would be required to have the aggrieved assessed by a medical professional rather than allow this behavior to continue without being properly addressed.

## The Adjustment Requested:

The Union requests that the aggrieved be immediately reinstated and paid all lost wages/bonuses from the date she was terminated.

6/29/2021 (3) Facebook

   

Below, are the 77 employees from OHAP that are being converted to In-Progression as of 03/09/2020... with a 12/10/2019 converted Ford Service date and pay rate of $18.41 effective 03/09/2020. These names are assuming no one declines this offer to convert.



## CONGRATULATIONS!

| Order to be converted | LAST NAME | FIRST NAME |
|---|---|---|
| 1 | MITCHELL | CATHERINE |
| 2 | POTTS | SHELLY |
| 3 | DAWSON | MATTHEW |
| 4 | DONOVAN | JUSTIN |
| 5 | MARTINEZ | JOEY |
| 6 | GUNTER | SAUNDRA |
| 7 | CUMBERLEDGE | JASON |
| 8 | DIAZ | RACHELLE |
| 9 | MARTINEZ | BARBARA |
| 10 | MORRIS | MICHAEL |
| 11 | DRUMMER | MICHAEL |
| 12 | MERRICK | SELENA |
| 13 | CERVENAK | TYRONE |
| 14 | DAVILA | BRITTANY |
| 15 | NOBLE | JOSEPH |
| 16 | WEINERT | JAMES |
| 17 | CARTER | JOHN |
| 18 | PIERCE | RANDALL |
| 19 | ORTIZ | CHRISTOPHER |
| 20 | VELEZ-ACORD | CHRISTIAN |
| 21 | SANTIAGO | LUIS |
| 22 | LONG | DAVID |
| 23 | MANCUSO | LYNN |
| 24 | LONG | DANIELLE |
| 25 | BOYD | WILLIAM |
| 26 | MASON | XAVIER |
| 27 | VELIZ | TONY |
| 28 | SMITH | DEIONSHA |
| 29 | DLUGOSZ | NICHOLAS |
| 30 | ADAMS | MATHEW |
| 31 | JOHNSON | DEMETRIUS |
| 32 | CARR | MITCHELL |
| 33 | GARZA | BRANDON |
| 34 | COLLINSIII | WILLIAM |
| 35 | ADKINS | JOSEPH |
| 36 | TORRES | FRANCES |
| 37 | GREEN | LINDA |
| 38 | MONTGOMERY | WILLIAM |
| 39 | HAYES SMITH | KIMBERLEY |
| 40 | HALL | CODY |

| Order to be converted | LAST NAME | FIRST NAME |
|---|---|---|
| 41 | HALL | AMANDA |
| 42 | GIFFORD | MARY |
| 43 | BLOOM | BRADLEY |
| 44 | TOLENTO | DALILAH |
| 45 | JAMES | GAGE |
| 46 | FIGUEROA | MARGARET |
| 47 | MCCARTY | CHRISTOPHER |
| 48 | TERRY | RANDY |
| 49 | FUNK | BRITTANY |
| 50 | DELVENTHAL | KAREN |
| 51 | JONES | RONNIE |
| 52 | MEADOWS | SCOTT |
| 53 | DONOVAN | DECLAN |
| 54 | PARRECO | MEGAN |
| 55 | TOLENTO | JACOB |
| 56 | HUBER | DARREN |
| 57 | SZEMECZKO | ALEXANDER |
| 58 | GERKEN | GARRETT |
| 59 | BUCKHANNON | MICHELLE |
| 60 | DAVIS | TREVOR |
| 61 | HARDWICK | DEREL |
| 62 | ADKINS | NICHOLAS |
| 63 | KNAPP | CHRISTOPHER |
| 64 | ORTIZ-JR | PRIMO |
| 65 | PARTLOW-JR | HOSEA |
| 66 | KRISTOFF | TINA MARIE |
| 67 | YOUNG | TIAWANA |
| 68 | WORKMAN | JUSTIN |
| 69 | HAZELWOOD | CHRISTIAN |
| 70 | YOUNG | PIERCE |
| 71 | MINNIEFIELD | SHAVONNE |
| 72 | SILVA | ASHLEE |
| 73 | DAVIS | MATTHEW |
| 74 | MANLEY | TRIVA |
| 75 | HEMBREE | APRIL |
| 76 | CARDER | GABRIELLE |
| 77 | MILLER | KEVIN |

 **Herb Bennett**
March 14, 2020 ·

More hiring and converting to come as the process continues.
— with **Bill Samples**.

 Jolene Morano Rogowski, PK Reed and 210 others                    156 Comments

Like                                         Comment

View previous comments

 **Nicholas M. Ostang**
Poor bastards

Like · Reply · 1y

 **John Smith**
Congratulations to all . I worked next to you .and you all worked your butts off. You deserve all you will have now.

 Write a comment...

6/29/2021

Below, are the 77 employees from OHAP that are being converted to In-Progression as of 03/09/2020... with a 12/10/2019 converted Ford Service date and pay rate of $18.41 effective 03/09/2020. These names are assuming no one declines this offer to convert.

# CONGRATULATIONS!

| Order to be converted | LAST NAME | FIRST NAME |
|---|---|---|
| 1 | MITCHELL | CATHERINE |
| 2 | POTTS | SHELLY |
| 3 | DAWSON | MATTHEW |
| 4 | DONOVAN | JUSTIN |
| 5 | MARTINEZ | JOEY |
| 6 | GUNTER | SAUNDRA |
| 7 | CUMBERLEDGE | JASON |
| 8 | DIAZ | RACHELLE |
| 9 | MARTINEZ | BARBARA |
| 10 | MORRIS | MICHAEL |
| 11 | DRUMMER | MICHAEL |
| 12 | MERRICK | SELENA |
| 13 | CERVENAK | TYRONE |
| 14 | DAVILA | BRITTANY |
| 15 | NOBLE | JOSEPH |
| 16 | WEINERT | JAMES |
| 17 | CARTER | JOHN |
| 18 | PIERCE | RANDALL |
| 19 | ORTIZ | CHRISTOPHER |
| 20 | VELEZ-ACORD | CHRISTIAN |
| 21 | SANTIAGO | LUIS |
| 22 | LONG | DAVID |
| 23 | MANCUSO | LYNN |
| 24 | LONG | DANIELLE |
| 25 | BOYD | WILLIAM |
| 26 | MASON | XAVIER |
| 27 | VELIZ | TONY |
| 28 | SMITH | DEIONSHA |
| 29 | DLUGOSZ | NICHOLAS |
| 30 | ADAMS | MATHEW |
| 31 | JOHNSON | DEMETRIUS |
| 32 | CARR | MITCHELL |
| 33 | GARZA | BRANDON |
| 34 | COLLINSIII | WILLIAM |
| 35 | ADKINS | JOSEPH |
| 36 | TORRES | FRANCES |
| 37 | GREEN | LINDA |
| 38 | MONTGOMERY | WILLIAM |
| 39 | HAYES SMITH | KIMBERLEY |
| 40 | HALL | CODY |

| Order to be converted | LAST NAME | FIRST NAME |
|---|---|---|
| 41 | HALL | AMANDA |
| 42 | GIFFORD | MARY |
| 43 | BLOOM | BRADLEY |
| 44 | TOLENTO | DALILAH |
| 45 | JAMES | GAGE |
| 46 | FIGUEROA | MARGARET |
| 47 | MCCARTY | CHRISTOPHER |
| 48 | TERRY | RANDY |
| 49 | FUNK | BRITTANY |
| 50 | DELVENTHAL | KAREN |
| 51 | JONES | RONNIE |
| 52 | MEADOWS | SCOTT |
| 53 | DONOVAN | DECLAN |
| 54 | PARRECO | MEGAN |
| 55 | TOLENTO | JACOB |
| 56 | HUBER | DARREN |
| 57 | SZEMECZKO | ALEXANDER |
| 58 | GERKEN | GARRETT |
| 59 | BUCKHANNON | MICHELLE |
| 60 | DAVIS | TREVOR |
| 61 | HARDWICK | DEREL |
| 62 | ADKINS | NICHOLAS |
| 63 | KNAPP | CHRISTOPHER |
| 64 | ORTIZ-JR | PRIMO |
| 65 | PARTLOW-JR | HOSEA |
| 66 | KRISTOFF | TINA MARIE |
| 67 | YOUNG | TIAWANA |
| 68 | WORKMAN | JUSTIN |
| 69 | HAZELWOOD | CHRISTIAN |
| 70 | YOUNG | PIERCE |
| 71 | MINNIEFIELD | SHAVONNE |
| 72 | SILVA | ASHLEE |
| 73 | DAVIS | MATTHEW |
| 74 | MANLEY | TRIVA |
| 75 | HEMBREE | APRIL |
| 76 | CARDER | GABRIELLE |
| 77 | MILLER | KEVIN |

# EXHIBIT 7



**SAFETY PERMIT**

**OHIO ASSEMBLY**

| TAMARA | SOBOLEWSKI | Iss: | 12/8/2010 |
| --- | --- | --- | --- |
| Badge Number: | 887871 | Exp: | 11/23/2013 |
| Restrictions | NONE | | |

The person named on this permit has been trained and fully understands
his or her responsibility in carrying out all safety rules, practices,
procedures, and requirements for safe operation of industrial vehicles

☐ Temporary  ✔ Permanent  ☐ High Climbing

Permit Issuer                      ☐ Respirator

*Randy Dougall*           Active/Inactive Employee:

☐ BOOM LIFT                ☐ OTHER

✔ BURDEN CARRIER     ✔ BIKE

☐ JLG                          ☐ SCISSORS LIFT

✔ FORKLIFT                 ☐ STACKER TRUCK

✔ GRIP TOW                 ✔ STAND-UP RIDER

☐ MOBILE BOOM CRANE  ✔ TOW TRACTOR

A

# Days Calculator: Days Between Two Dates (my age)
How many days, months, and years are there between two dates?

Count Days    Add Days    Workdays    Add Workdays    Weekday    Week №

From and including: Monday, ███████ 970
To, but **not** including **Friday, February 4, 2011**

## Result: 14,753 days

It is 14,753 days from the start date to the end date, but not including the end date.

Or 40 years, 4 months, 21 days excluding the end date.

Or 484 months, 21 days excluding the end date.

This calculator ignores DST clock changes. To include them, use our World Time and Date Calculator and enter your location as the start and end location.

### Alternative time units

14,753 days can be converted to one of these units:

- 1,274,659,200 seconds
- 21,244,320 minutes
- 354,072 hours
- 14,753 days
- 2107 weeks and 4 days
- 4041.92% of a common year (365 days)







| February 2011 |||||||
|---|---|---|---|---|---|---|
| 3 days included |||||||
| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | | | | | |



☐ = First day included ███ 1970)    ☐ = Last day included (Feb 3, 2011)

## Make a New Calculation

- Make adjustment and calculate again
- Start again with a new calculation between two other dates
- New calculation, with both date and time included



**Time & Date Calculator App for iOS**
See how long remains before a deadline or exactly when those 30 days are up.

# Days Calculator: Days Between Two Dates (my seniority)

How many days, months, and years are there between two dates?

Count Days    Add Days    Workdays    Add Workdays    Weekday    Week №

From and including: **Monday, October 19, 1992**
To, but not including **Friday, February 4, 2011**

## Result: 6682 days

It is 6682 days from the start date to the end date, but not including the end date.

Or 18 years, 3 months, 16 days excluding the end date.

Or 219 months, 16 days excluding the end date.

This calculator ignores DST clock changes. To include them, use our World Time and Date Calculator and enter your location as the start and end location.

### Alternative time units

6682 days can be converted to one of these units:

- 577,324,800 seconds
- 9,622,080 minutes
- 160,368 hours
- 6682 days
- 954 weeks and 4 days
- 1830.68% of a common year (365 days)

### October 1992
13 days included

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|-----|-----|-----|-----|-----|-----|-----|
|     |     |     |     | 1   | 2   | 3   |
| 4   | 5   | 6   | 7   | 8   | 9   | 10  |
| 11  | 12  | 13  | 14  | 15  | 16  | 17  |
| 18  | 19  | 20  | 21  | 22  | 23  | 24  |
| 25  | 26  | 27  | 28  | 29  | 30  | 31  |

### November 1992
30 days included

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|-----|-----|-----|-----|-----|-----|-----|
| 1   | 2   | 3   | 4   | 5   | 6   | 7   |
| 8   | 9   | 10  | 11  | 12  | 13  | 14  |
| 15  | 16  | 17  | 18  | 19  | 20  | 21  |
| 22  | 23  | 24  | 25  | 26  | 27  | 28  |
| 29  | 30  |     |     |     |     |     |

### December 1992– January 2011
December 1992–January 2011: 6636 days included

### February 2011
3 days included

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|-----|-----|-----|-----|-----|-----|-----|
|     |     | 1   | 2   | 3   | 4   | 5   |
| 6   | 7   | 8   | 9   | 10  | 11  | 12  |
| 13  | 14  | 15  | 16  | 17  | 18  | 19  |
| 20  | 21  | 22  | 23  | 24  | 25  | 26  |
| 27  | 28  |     |     |     |     |     |

☐ = First day included (Oct 19, 1992)    ☐ = Last day included (Feb 3, 2011)

## Make a New Calculation

- Make adjustment and calculate again
- Start again with a new calculation between two other dates
- New calculation, with both date and time included



**Time & Date Calculator App for iOS**
See how long remains before a deadline or exactly when those 30 days are up.

**Oley, Charles (C.S.)**

| | |
|---|---|
| **From:** | Oley, Charles (C.S.) |
| **Sent:** | Thursday, April 14, 2011 3:34 AM |
| **To:** | Oley, Charles (C.S.); Turnley, Mary jo (M.); Matejcik, Chris (C.M.); Shimrock, Peter Jr (P.M.); Gerken, Michael (M.E.); Sansotta, Marco (M.A.); Trent, Clarence (C.J.); Paul, Tony (A.C.) |
| **Cc:** | Habermehl, Chris (C.P.) |
| **Subject:** | RE: Pedestal production loss |

I was unable to hold a hearing last night. I was tied up with engine problems, most of the afternoon, I will hold the hearing tommorow, also when I had Craig Smith attending to the rotor lift table during the shift, I had Him working with Tamara, and showing Her some practices, hand transferring material ,gaining some time, and preparing the job, that hopefully will enable Her to keep the job up .    To be continued.

| | |
|---|---|
| **From:** | Oley, Charles (C.S.) |
| **Sent:** | Wednesday, April 13, 2011 3:49 AM |
| **To:** | Turnley, Mary jo (M.); Matejcik, Chris (C.M.); Shimrock, Peter Jr (P.M.); Oley, Charles (C.S.); Gerken, Michael (M.E.); Sansotta, Marco (M.A.); Trent, Clarence (C.J.); Paul, Tony (A.C.) |
| **Cc:** | Habermehl, Chris (C.P.) |
| **Subject:** | Pedestal production loss |

We are continuing to experience production loss on the pedestal line due to late linefeeds by lift Operator Tamara Sobolewski.
We incurred 5 minutes downtime on the pedestal line on Tuesday night, due to a late linefeed on rotors.
Ms. Sobolewski had previous disciplinary action on march 2, and march 26 for poor and careless workmanship .
It has been called to My attention, and by My Personal estimation that Tamara does not have a sense of urgency about trying to do Her job, When We experience the production loss, I do not see much concern on Her part.
Tamara has been issued a radio to  use, and given explicit instruction to contact the Group Leader, when She becomes overwhelmed with parts running out at the same time, Tamara is having difficulty keeping the job up , at a level to consistently support production, I don't fully understand this, as She has been able to keep the job up for three years previous. I had a meeting with Tamara, and Committeeman Chris Ladikos, on Tuesday night, Tamara repeatedly asked what is My process, I reviewed the OIS and JSA sheets for the job, at a previous hearing , also I ran Her a copy of the OIS sheet for personal reference. At this point  Ms. Sobolewski needs to realise what Her obligations are, and that She will be held accountable when responsible for a production loss. I would recommend to progress with corrective action.

**Charles Oley**
**Material Handling MPS**
**PMHV Safety Trainer**
**Phone 440-933-1008**

1

# UNION GRIEVANCE
### (GRIEVANCE STARTING SECOND STAGE ONLY)

GRIEVANCE _____

Bldg. or Unit _____ Local No. _____

D _____

| | |
|---|---|
| Employee Name _____ Badge No. _____ | Date Stamp Submission |
| Shift _____ Seniority _____ Dept. _____ | |
| Classification _____ | |
| Employee Signed: _____ | |
| Not necessary to fill in enclosed space when Grievance concerns Union Rights ONLY | |

Nature of Grievance _____

Violation of Article _____ Section _____

Statement of Case _____

_____

_____

_____

_____

_____

_____

_____

The Adjustment Requested: _____

_____

_____

_____

Signed (Bargaining Committee) _____

| | |
|---|---|
| Date Stamp Disposition | Disposition by Company |
| | |
| | (Signed) _____ |
| | (Company Representative) |
| Date _____ | |

All Grievances Must Be "Date Stamped" by Company Representative on Date Presented and Disposed

WHITE - ORIGINAL — CANARY - DUPLICATE — PINK - TRIPLICATE — GOLD - QUADRUPLICATE   FORM F2-A - REVISED 3/06



| UNION GRIEVANCE TS4142011 |
|---|
| **Nature of Grievance**: Unjust Discipline, Non-Standard Conditions |
| **Violating** Article 4 Sections 3 and 4b |
| Content:<br>The Union charges the Company with giving the aggrieved [female over the age of 40] an unjust discipline.  The Company increased the line speed that the aggrieved services and did not remove any of the heavy moving stock components that are causing production shortages.  The Company has known this for several months and have even offered a few corrective changes in the type of stock racks to be installed BUT as of the date of this grievance and discipline, the Company has not even talked to anyone in maintenance to get the changes started.<br><br>The requested adjustment – work record cleared of all charges and the agg. be made whole for all losses sustained as a result of MNGTS unjust actions. |
| Grievance **written by**: UAW Representation (district) Ladikos<br>Grievance **submitted to**: UAW Unit Committee Gallogly, Donovan, Rowe, Piscoine |

## Oley, Charles (C.S.)

| | |
|---|---|
| **From:** | Dougall, Randy (R.) |
| **Sent:** | Tuesday, April 19, 2011 4:39 PM |
| **To:** | Habermehl, Chris (C.P.); Shimrock, Peter Jr (P.M.); Oley, Charles (C.S.); Grasso, John (J.J.) |
| **Cc:** | McCartney, Chuck (C.R.); Kelly, Ryan (R.J.); Maciag, Alexandria (A.A.) |

**Subject:** MANDATORY SAFETY STAND DOWN

As discussed, please immediately conduct safety stand downs with all MP&L personnel ...
operators and docks personnel .... generally explaining what occurred at the West Dock ... but
definitively advising that:

- unless you have reason to enter a trailer, never do so
- should you have reason to enter a trailer, place your / have a vehicle placed across the entrance to the trailer
- never use a trailer as a location to place a cell call or text a message

*Randy Dougall*
440 933-1164
Safety Engineer
Ohio Assembly Plant

4/19/2011

# UNION GRIEVANCE

(GRIEVANCE STARTING SECOND STAGE ONLY)

GRIEVANCE B5100007

or Unit __OHAP (1)__ Local No. __2000__

__NOV 23 2011__

Employee Name __TAMARA Sobolewski__ Badge No. __000 387 871__

Shift __2nd__ Seniority __10-19-1992__ Dept. __9289__

Classification __INDustrial LFT Truck__

Employee Signed: _____

Not necessary to fill in enclosed space when Grievance concerns Union Rights ONLY

Date Stamp Submission

re of Grievance __UNJUST DisciplinE__

tion of Article __4__ Section __3__

ment of Case __ON NOV 17th TAMARA Sobolewski WAS Displined for tak__
__ing FEEDs on the chassis LiNE. A Hearing was held and at that time__
__the kies had a a Letter from Production Saying that the line was down__
__about for + 11 minutes. Teame and I had asked him LF he had__
__done a Investigation so the reason the Line was down. We had__
__ the date to support no reason for discipline and it was__
__ that the night before she late indiged for Tamara to rep it B no__
__ was November 23rd. We feel that if she self busier duty no discipl__

Adjustment Requested: __Penalty Removed from record and All Lost Wages Pd.__
__(23.0 + )__

d (Bargaining Committee) __Rowe, Escandor, Arnold, Prewitt (Samples)__

Date Stamp Disposition
__23.0 ST first__
__11-30-11__
__mJ__

Disposition by Company

agree to pay 23.0 hrs. and remove penalty

(Signed) M J Turnley (Company Representative)

Date __11-30-11__

All Grievances Must Be "Date Stamped" by Company Representative on Date Presented and Disposed

WHITE - ORIGINAL — CANARY - DUPLICATE — PINK - TRIPLICATE — GOLD - QUADRUPLICATE    FORM F2-A - REVISED 3/06

| UNION GRIEVANCE BS100007 |
|---|
| **Nature of Grievance**: Unjust Discipline |
| **Violating** Article 4 Sections 3 |
| Content:<br>On Nov 17th Tamara Sobolewski was disciplined for late line feeds on the chassis line. A hearing was held and at that time Supervisor had nite letters from Production saying that the line was down 10 – 11 minutes.  Tamara and I had asked him if he had _____ a investigation on the reason the line was down.  We had _____ested the data to support the reason for downtime and it was _____ted that the night letter said late feeds and for Tamara to report back _n Weds November 23rd.  We feel that if the call button data is r____d i_<br><br>The requested adjustment – Penalty removed from record and all lost wages pd. (20 hrs) |
| Grievance **written by**: UAW Representation (district) Samples |
| Grievance **submitted to**: UAW Unit Committee Rowe, Escandon, Bennett, Brummitt |

# EXHIBIT 8

# AGREEMENTS

*between*

## UAW®

*and the*

## FORD MOTOR COMPANY

## Volume IV-A

RELATED TO:

COLLECTIVE BARGAINING AGREEMENT




Agreements Dated

November 5, 2015

*(Effective November 23, 2015)*

**LUNCH AND RELIEF PRACTICES**

November 3, 2007

Mr. Bob King
Vice President and Director
UAW, National Ford Department
8000 East Jefferson Avenue
Detroit, Michigan 48214

Dear Mr. King:

Subject:   Lunch and Relief Practices

During these negotiations, the parties discussed at length the lunch and relief practices for hourly employees.  Specifically, the Union expressed a concern with certain locations continually asking employees to work through their designated lunch and/or relief periods.

On occasion, there are abnormal, unusual, or even emergency situations that require the Company to exercise this option.  However, the Company acknowledges this is not a preferred practice, and is in agreement that employees should normally take their breaks at designated times.

In response to the Union's concerns, the Company agrees that complaints of this practice being abused at a specific location may be brought to the attention of the Division Human Resources Office and the National Ford Department, where the problem will be resolved.

Very truly yours,

BILL DIRKSEN,
Executive Director
U.S. Labor Affairs

426

**LUNCH PERIODS**

September 16, 1996

Mr. Ernest Lofton
Vice President and Director
UAW, National Ford Department
8000 East Jefferson Avenue
Detroit, Michigan 48214

Dear Mr. Lofton:

Subject:   Lunch Periods

During these negotiations the Union expressed concern that some assembly plants occasionally work employees through lunch.

The Company reaffirms the provisions of Article X, Section 6 of the Collective Bargaining Agreement.  However, to maintain production requirements some employees may on occasion work rather than take a lunch. The Company agrees this will not be done without the employee's consent.

This provision is not intended to prohibit the Company from altering an employee's scheduled lunch period, pursuant to the provisions of Article X, Section 6(b).

Any concerns regarding this issue may be raised by the unit Chairperson with the Production Manager and/or Human Resources Manager for resolution.

Very truly yours,

PHILLIP A. DUBENSKY, Director
U. S. Union Affairs Office
Labor Affairs

427

6-6-13

My name is Tamara Sobolewski. I have been employed at Ohio Assembly Plant for the past 19 years. Within the past year and a half, I have encountered problems with a particular supervisor, Chuck Oley. I feel and believe that I was singled out, targeted, harassed, and intimidated. Because I noted how others were treated during this time, I feel I was discriminated against for reasons I cannot understand, other than I am a female.

Over the period of time in question, I was in the stock department. My job on Pedistal Line East changed with additions, subtractions, a line-speed reduction and line-speed increase, without incidence. I have also worked with several different supervisors during the years, encountering difficulty with only one, Mr. Chuck Oley.

Towards the beginning of the difficulty, I was issued a two-way radio as an attempt to resolve the problems encountered. I witnessed countless occasions that the radio was utilized, by Supervisors and Group Leaders in all departments, even the production supervisor on the Pedistal line. Yet when stock needs arose in my area, I was not given the same courtesy to alert me. A majority of times, the radio process was used after the fact, when it was too late to respond.

"Brother" and "you're the man," were the common phrases made publicly over the two-way radio on a daily basis. The comments were not made from Mr. Oley, however, it displays the environment and the tone among "the guys," giving me pause to think that I was not a male, therefore treated differently. Often, I felt singled out as not being a part of the 'click' and it upset me to hear this language that was tolerated.

Over the course of time, corrective steps were intermittent, a two-way radio, then discipline action against me. Next, discipline action for poor and careless workmanship, followed by back up stock 'trees' being installed on the Axle and Radius Arm jobs. Because the Pedistal line continued to experience production loss, I was progressively disciplined. At one point, Mr. Oley composed an email addressed to the management team stating that he intended on taking care of the problem on Pedistal Line East, which clearly stated the problem was Tamara Sobolewski—me.

Towards the end, because I feel that I was forced out of my job due to harassment, discrimination, and intimidation, there were two instances of importance. The first was a change of process with the production team on Axle, Radius Arm, Sway bar, and Rotor jobs. The operators were told to call for stock, not within the normal

2

process time of 15 minutes, but 40 minutes ahead of time. This was not a department wide change. It only applied to those four jobs on Pedistal Line East—my area. Not only was this change in process made, I was not notified nor was it documented as a change. This change resulted in a production loss of 5 minutes.

Mr. Oley sat down with me, and with the committeeman. He presented documented proof that I was taking too long to answer the calls. He hi-lighted the calls, at which time I explained to him that, 1) my computer monitor did not display a second call for the same part until I cleared the item, 2) there was something wrong, the calls for stock on the rotors did not register and were coming to my monitor when there were twenty or more pieces on the pallet—which did not allow for me to do my job when called, and 3) I answered each call, cleared my monitor when I was finished—that I was not responsible for how far ahead of time the call button was pushed, that I do not push call buttons, I am responsible for removing empty pallets and replacing them with full pallets. Regardless, I was disciplined on record and given three days without pay. I was held accountable for this incident, yet I believe it was sabotage on behalf of the company.

One of my co-workers mentioned to me that, "Chuck is after you," which I translated to mean that he was gathering all the data. Yet when I explained to him the process change, he completely neglected to further investigate.

The last incident I would like to bring to attention is when taken to Labor Relations by Mr. Chuck Oley the last time. Mind you, I have been there and have seven documented disciplines—all administered by Mr. Chuck Oley and overseen by Mary Jo, the labor representative. Mr. Oley failed to gather the necessary data, yet I was disciplined for three days without pay. I served the three days and returned to find my committeeman had followed up with the computerized data on the incident in question. He proved that I had answered all of my stock calls in a reasonable manner, per my process. The discipline was removed and I was compensated monetarily for the unjust discipline. I believe that most, if not all, of the prior disciplinary actions were unjust. I feel that Mr. Chuck Oley targeted me because he was able, with the help of his constituents, thinking that his position of supervisor and my position of employee gave him an advantage to be abusive and discriminatory.

When I was given time for disciplinary action, I would come back to work and be approached by several of the production operators who would inform me that 1) the replacement also had difficulty and production was lost, and 2) that they felt unsafe with the replacement.

6-6-12

I can produce the email letter mentioned above. I can also produce the dates and names of those who witnessed process changes. I have waited to proceed for these reasons: 1) during the period of time, I was under much stress and could not fully process the information in a proper manner, and 2) I would not want anyone else to experience the things that I experienced.  I was told that I was the problem, so I went into work daily with fear and anxiety, thinking that I was going to get fired and I was doing something wrong.

Signed:  Tamara Sobolewski
6-6-12

# UNION GRIEVANCE

(GRIEVANCE STARTING SECOND STAGE ONLY)

GRIEVANCE  BM011473

Bldg. or Unit ___C4IAP___  Local No. ___2000___

Date ___6-26-12___

---

Employee Name ___Tamara Sobolewski___  Badge No. ___000857871___

Shift ___3___  Seniority ___10-19-92___  Dept. ___1319___

Classification ___Welder Sub Assembly___

Employee Signed: ___Tamara Sobolewski___

Not necessary to fill in enclosed space when Grievance concerns Union Rights ONLY

Date Stamp Submission

Rec'd w/12112

---

Nature of Grievance ___Equal Application___

Violation of Article ___X___  Section ___8___

Statement of Case

___See Attached___

☆ The union retains the right to add additional facts at a later time. ☆

The Adjustment Requested:

Signed (Bargaining Committee) ___Reese, Esquilar, Bennett, Brammt, (Levit)___

---

Date Stamp Disposition

Disposition by Company

(Signed) _____

(Company Representative)

Date _____

All Grievances Must Be "Date Stamped" by Company Representative on Date Presented and Disposed

WHITE · ORIGINAL — CANARY · DUPLICATE — PINK · TRIPLICATE — GOLD · QUADRUPLICATE    FORM F2-A · REVISED 3/06

 

**THANK YOU** to all who voted in the General Election last week.  I am especially thankful to all of you who **personally** voted for me.  **I now respectfully ask ALL of you for your vote and support** in both the run-off election and the Constitutional Convention Delegate Election this Tuesday, April 22nd (noon) – Wednesday, April 23rd (noon).

I decided to run for the position of Chairman because of the way I have seen the membership treated over the last 3 years.  I watched our contractual rights be ignored by not only the company but by the union structure as well.  I saw a union become an enforcer for the company instead of a representative for the workers.  Every day I watched the morale of the membership sink lower and lower.  Honestly, I see no respect from leadership given to our union members that elected them to their position 3 years ago.

*• Change*
*• contract rights enforced*
*• moral*
*• respect.*

Much remains to be decided this week.  The most important being the future of us as workers and the future of OHAP.  I truly believe if Tim Rowe is reelected, the most you can expect is 3 more years of what we've already endured …. possibly worse.  Is this what you want?  **OHAP has become a low volume, overflow plant.**  We need a substantial primary product.  **As chairman, I will work to secure this type of product**.

*• commit to secure new product*

Out of respect for this membership, I made my campaign one about the issues and my vision for a better and brighter future at OHAP.  Unfortunately this was not reciprocated to me.  A few of the incumbent Chairman's appointed reps tried to run a campaign of character assassination.  Tim Johnson was caught on numerous occasions picking up and throwing out my letters. That would not be tolerated out of anyone I was affiliated with if I were in that position.  My style of running for election is to attack the problems, not the people running.

*character is problem*

Prior to this election, **the incumbent chairman had 3 local contracts rejected by this membership** because it favored the company so much.  In fact, after the last contract rejection, he quit negotiating.

We have seen when he did not act in a timely manner, he cost our Tier Two employees the opportunity to bid on openings at Louisville Assembly Plant. **Total number of people hired off the street-122! I promise to be PROACTIVE, not reactive!**

*proactive*

And while waiting for the election results, an LTS walked out and told me that after he was asked to "make his vote count", he was informed that unfortunately he would only be here a "short time",  never be offered fulltime employment, health benefits or gain any tenure here at Ohio Assembly.  He had to find a different and permanent means of supporting his family.  Another girl walked off the line 2 hours into her shift on Wednesday night.  How do LTS's come in THE DAY BEFORE THE ELECTION and make an educated decision on who to vote for?

**OVER** ➡

For 3 years, our contractual rights have been surrendered to the company.  Whatever the company wants, the company gets.  By reelecting Tim Rowe, that is the **ONLY** thing you are guaranteed under his leadership!  We have seen that the company has a history of trying to influence the election in Rowe's favor in the past. In fact, his last election in Lorain was thrown out by the government because the company allowed him to use their equipment for his campaign. This ultimately resulted in Jack Hall being elected to the President/Chairman position.

These are just some of the reasons why the OHAP Ford workers **DID NOT** give Tim Rowe the majority vote, **REJECTED** his election last week, and we are in a runoff.

**Your choice is simple …do you want a union that is dominated by the company?  If so, reelect Tim  Rowe.  If you want a union that will stand up for your rights and answers to you…I ask for your support and vote in this run-off election.  I will act as a chairman you deserve and will represent you and your rights….NOT THE COMPANY!  Together, we can take back our union!**

**In Solidarity,**

**Michael Donovan**

**#32 Candidate for Chairman UAW Local 2000**

**#134 Candidate for UAW Constitutional Delegate**

  

My name is **Mary Springowski**. I am a candidate for the position of **President of UAW Local 2000**. I ask you for your support! I ask you to vote not based on whether you like or dislike me but because of my qualifications and because you **KNOW** that I will do the very best job possible for **OUR** local union and its members!

Most of you pretty well know my background. You know that I know and have established relationships within the UAW, Ford Motor Company and elsewhere that will be very important to the continued future of our plant. I have been outspoken and for this I offer no apologies. If, like me, you believe that

- This local union can do much better,
- If you believe that this local union is not living up to its full potential,
- If you feel that the local union President's office can be of more assistance in matters that are important to you like helping you with unemployment,
- Having answers to questions you may have about the union or
- Who to go to for community help for friends or family members
- The President's office needs to encourage greater participation by having different people go to the auto show, attending conferences, etc.
- And in general, needs to do a better job of making YOUR union dues work for YOU!

If you agree with me then I ask you to help me do something about it!

What do I believe in? I believe in _YOU_, the membership. I believe that _YOU_ deserve better leadership! I believe that the Constitution of the UAW and the By-Laws of our Local Union were written for the benefit of _YOU_, the membership! I will make these By-Laws and the Constitution work **FOR** you, not against you!

We need to restore the faith of the membership in their union. We can do this by encouraging their participation, their involvement in our union activities. Who asks you for _YOUR_ opinion or ideas? I will do so! I will make this union transparent and will expose any deals I see taking place that may hurt you.

Changes have been made to your local agreement without you being given the opportunity to vote your approval or disapproval. This will not happen again if I am elected! Oftentimes the changes have major consequences to you and your family. Your union Constitution gives you the right to vote on major contract changes yet your local leadership denied you this right. As president, I will **enforce the Constitution**! I will make sure that the Constitution works to **YOUR** benefit, especially when it gives **YOU** greater control of your life! If you elect me, you will **ALWAYS** be given the opportunity to vote your approval or disapproval!

The President is responsible for the administration of the local union. This involves much more than just chairing a union meeting or co-signing checks for the Local union. Before hiring into Ford in 1991,

- I had previously worked for Gilbane Building Company during the Continental Airlines expansion at Cleveland Hopkins Airport (during Desert Storm where I was one of the few employees with high level access).
- I was employed as a legal secretary for State Savings Bank during its acquisition phase whereby I worked with State Auditors on an individual basis.
- I was employed as a deputy clerk for the Lorain County Domestic Relations Court in the Juvenile Department and Child Support. I also worked with the State on the departmental audits.
- I am also a notary public and a certified paralegal.
- I am a Lorain County and National CAP delegate. (I recently attended the National Cap Conference in Washington, D.C.)
- I am also a current Constitutional/Special Convention delegate (where I voted **AGAINST** the International getting raises. You didn't get a raise, why should they?)
- I have been actively involved in local, state and federal politics for many, many years and count as good friends many elected officials.
- I am the chairperson of the Board of the Lorain/Medina County Community Based Correction Facility (as appointed by Judge Mark Betleski).
- I am also a member of the group to revitalize Labor Council for Latin American Advancement (LCLAA) along with other labor leaders in the UAW, AFL/CIO and LEA.

These are just _some_ of the qualifications I feel make me the _best_ candidate for the office of local union President.

Being President of UAW Local 2000 often requires speaking out (another particular talent of mine). I **WILL** speak out against any local or national union agenda that includes concessions, dues hikes, etc.

I often wonder why people hesitate to attend union meetings. Having spoken with many of you, I found that you feel it is a waste of your valuable time. I cannot disagree! You have told me that you feel put down, uncomfortable opposing the status quo, intimidated or retaliated against for a complaint or problem you bring up. If you elect me as _YOUR_ President, you **will** feel comfortable speaking out at a union meeting. I will welcome your ideas, even if they are different than mine. I will build this local union back up **TOGETHER** with **YOUR** input! I will protect **YOUR** right to speak out! When all the facts are being used on the membership, we **MUST** speak out! When all the facts are **NOT** presented to the membership, which **IS** the case now, we **MUST** speak out! **YOUR** voice **MUST** be heard!

_If you give me your vote and support, I **WILL** GIVE YOU BACK **YOUR** UNION!_

In Solidarity,

*Mary Springowski*



**Mary Springowski**
Candidate for Local Union President, Local 2000
440-258-4302 • www.twitter.com/maryspring • mspringowski@peoplepc.com

 26

# #45 RE-ELECT WILL MARCUM #45
## District Committeeman

   I know there are a lot of candidates promising to "Change the world". . I'm not going to promise that. I am neither foolish nor arrogant to believe I can. That doesn't mean I don't think things can change, I just realize it takes more than one candidate with great intentions to make it happen. Over the last three years I've had the honor to serve this membership as an alternate committeeman. Unfortunately, most of my time on the floor was spent on things that should have never been an issue to begin with. I found myself asking how things have gotten to be so bad on a floor level. Issues that would have never taken place 10 years ago are commonplace today. After a lot of thought, I've realized the company's strategy is working faster than we can keep up with. The company has even gone as far as labeling us - (LEGACY) / (ENTRY LEVEL). Remember when we were just equal brothers and sisters in the plant? Those of you reading this known as "Legacy" know it wasn't always like this. Look around; is this the union you remember? Is this what we want to teach to our "Entry levels"? One of my main concerns is for all of us to re-establish the equality and standard of living we all once had.

   The company has been "STRIP MINING" our rights and compensation for years now. We have become numb to it, and allow it as long as we get our cut. I'm guessing around 95% of the people reading this (including myself) didn't walk a picket line to make the gains we take for granted. I believe we can still turn this around with the right leadership. Unfortunately we may already be in a place where we need to regain these things the same way our fathers did. Selecting the right leadership on Election Day is the only way to ensure our future. I believe a large part of our problem is the time spent on superficial problems. OUR HOUSE IS IN TROUBLE, from the national to our local. Rather than addressing the root of the problem in the foundation, we continue to support people who want to fix the siding and landscaping. Their intentions are good, and it does make the house look pretty from the curb; but the foundation is still crumbling.

I ask this membership to support me in the election and the days to come afterwards. We are the foundation, and I ask you to come forward and help rebuild our home from the ground up. As I've said I want to start at the foundation and I humbly ask the membership for the honor to be one of the block layers.

In Solidarity,

*Will Marcum*

Will Marcum

UAW 2000

## REBUILDING THE FOUNDATION
## ONE BLOCK AT A TIME



*original letter*

*Elect*

# BRIAN MAUST
## Bargaining Committeeman

To My UAW LOCAL 2000 Brothers and Sisters,

Hello my name is Brian Maust and I would like to announce my candidacy for the position of Bargaining Committeeman and the Constitutional Convention in the upcoming election on April 15 & 16 and 22 & 23 for the Convention.  Other than a few select people, I have had the pleasure of representing ALL of the membership in the capacity of District Committeeman and also as an Acting Bargaining Committeeman.  Since most people know me I'm just going to get right to the meat and potatoes of the reason for my letter.

As I have been campaigning over the last two weeks I've had many questions about some current issues that are unfortunately facing our great membership. The biggest one being a grievance I put into the system back on February 7, 2014 (grievance #BM0146PO) pertaining to the (5) day work week.    YES this is a LIVE grievance that is requesting the AWS memorandum be followed, Appendix W.  I cited verbage in this grievance from page 303 of Volume I of the CBA agreement which states, "If production requirements exceed (40) hours per week the plant will work the traditional (5) day work schedule, and all current provisions of the CBA will apply."  So the question is why are we not back on the five (8) hour schedule??  There is MANY benefits to this such as you would only have to use (8) hours of personal/vacation time per day, no more failure to work scheduled OT discipline on a Friday (which is not in the National Attendance Program), and most importantly the company contractually would only be able to schedule (10.0) hours Mon. - Fri. barring a few circumstances that we have not encountered at our facility as of yet.  If these circumstances such as a breakdown of 4 hours or more, act of god, etc.... occur that's what Saturdays are for.  NOT work US over ten hours throughout the week AND a Saturday in the same week like the current Chairman and Bargaining Structure are allowing. I also requested that this grievance be heard in a TIMELY manner which Article VII states ONE week in 2nd stage and ONE week in 3rd stage.  So even if it went to 2 1/2 stage and sat there a week, and add another week for processing at the Union Hall the time frame of expected completion or settlement thru 3rd stage SHOULD have been Friday March 7th. THIS DID NOT HAPPEN!!!  The grievance currently stands along with another that was wrote on March 14th of a similiar nature in the 3rd stage which is with the plant chairman.  They both sat in 2nd stage until Wednesday March 26th when they moved up to its current position of 3rd stage.  I understand the back log of grievances that are in the system but with the importance of this grievance it should have went to the TOP of the stack and be heard TIMELY as I requested so the company can't put it on back log until the end of the Econoline and it not mean anything.   Before this grievance was written, myself and many other current reps. have voiced our opinions very loud of the feedback we are receiving off the floor to the current bargaining structure of how MANY people are tired of working over (10.0) hours Mon. - Thurs and how bad of a morale killer it is. NOTHING WAS DONE!!!  I felt I had no option but to do my job as I was elected to do and help our people that are having OUR contractual rights violated.

Anyone can identify a problem but it takes a LEADER to SOLVE a problem.  So let's talk   Where are the LTS's?? TWENTY???  REALLY???  I'm sure there's more coming due to all the people that are leaving but we need MORE help NOW!!!  How about TPT's to work the high absentee days of Monday, Friday, Saturday?  I have many other ideas as well but just as the last 2 1/2 years have gone, anytime my ideas would HELP the MEMBERSHIP it seems like the current structure above me would make an argument for the company instead of fighting for OUR rights!!  If you've attended union meetings you know what I'm talking about!

I've also had alot of people ask me about my campaign sign slogan of: UNITED we BARGAIN Diveded we Beg! Unity in numbers is ALL we have left.   Ya you can have unity with the top four people in the Union structure like we've had in the last (3) years but UNITY starts on the line with EVERYONE's input and the STRUCTURE as YOUR SUPPORT!!  If we ALL understood this one simple concept just MAYBE we'd have a NEW local agreement and STRENGTH AMONGST NUMBERS!!!

In closing, almost everyone knows who I am for you pretty much ALL have my number and if you don't here it is: 440-823-4647.  I've NEVER turned anyone away that needed help and CAN work as a UNIFIED structure if EVERYONE involved has the membership's contractual interests at HEART!!

Thank you,

Brian Maust






2  10



# The Ohio Truck Team

Public group · 311 members



Invite


**Tamara Sobolewski**
April 18, 2014 ·

Knowledge, tenacity, and a solid voice are traits Michael Donovan brings to the Chairman's position. He often refers to and uses the contract books to locate key information and language to aid and protect the members of Local 2000. Michael Donovan has, does, and will continue to empower our membership here at Ohio Assembly Plant. I urge you to consider who will fairly represent us--who ultimately comprise 'the union'.

At any rate, THE NATIONAL LABOR RELATIONS ACT explains the use of collective bargaining to negotiate terms and conditions of employment and protection (Section 1). Meanwhile, Section 7 explains the right to organize and collectively bargain for the mutual aid and protection of the membership. And then, Section 8 covers unfair labor practices.

Section 8 covers unfair practices of company representatives not elected union officers. As an elected official, one has a duty to act on our behalf. Keep in mind, IF the conditions of employment depend on a vote or fear is evoked, this conduct is unbecoming and a blatant misuse of power.

At any rate, a run-off election for Chairman's position approaches and the stories circulate. Keep in mind the questions to consider.
...is a candidate inducing fear for my support?
...If I speak up for my rights, do I fear I will be targeted?
...Do we have a local agreement for the mutual protection and aid of the membership?



   

On the one hand, we unite to protect the right of workers to collectively bargain for fairness, dignity, and a democratic voice. On the other hand, a candidate who creates insecurity or a climate of fear should raise red flags and give pause for critical examination.

WE WORK FOR FORD MOTOR COMPANY WHO UTILIZES RESOURCES TO EFFECTIVELY RUN BUSINESS WHILE THE
 ELECTED CHAIRMAN AND BARGAINING STRUCTURE ARE THE RESOURCES WORKING FOR US. Michael Donovan works for me. He has been there when I needed and depended on representation. I trust Michael Donovan as an individual who is reasonable, of his word, and willing and capable to take a stand. It was Henry Ford who said, "Coming together is a beginning; keeping together is progress;
 working together is success." Let's effectively run OUR BUSINESS as a COMPANY of PEOPLE standing united. Please consider Michael Donovan as OUR next Chairman.

In Solidarity,

Tamara Sobolewski

 24                                  10 Comments  2 Shares

 Like           Comment           Share

 **Clyde Hescox**
you should **print** that and sign it and make sure the new hires all get to read it..very well said my friend

Like · **Reply** · Share · 6y           5

 **Mary Donovan Springowski**
Wow that was excellent!

Like · **Reply** · Share · 6y  🔵 3

 **Tamara Sobolewski**  Author
Thank you for liking...but share, Share, SHARE! This is the technology age...Network, network, network!

Like · **Reply** · Share · 6y           4

 **The Ohio Truck Team**                             Invite

Like · Reply · Share · 6y

 **Michael Donovan**
Wow what an endorsement!
 4

Like · **Reply** · Share · 6y

 **Bobbie Bell**
GET THIS OUT IN PRINT OTT
 3

Like · **Reply** · Share · 6y





    



**Clyde Hescox**
Tamara just so you know Mike and I were nose to nose yelling at each other in the plant one time over a decision he made, some choice words were exchanged between us, in the end we shook hands, Mike took what I said into consideration, and actually thanked me for ponting something out he didnt see at the time, and that was the moment for me that showed he was open minded and respectful to others. I used to respect Mike because of his father, that is no longer the case for me. In my mind he has earned his own. Good luck Mike you will take us far

👍 6

Like · Reply · Share · 6y

 **Linda Kaspick-Ray**
And there have it 👍 4

Like · Reply · Share · 6y

 **Wendy Cooper Baker**
Very Well put Tamara!!!! 👍 3

Like · Reply · Share · 6y

 **Ken Carver** Admin
That is a great post. We have spent a bunch of time pointing out what Mr Rowe has done and is doing wrong. Lot if us were forgetting what we have seen Michael Donovan do while elected. He has represented us very well. He knows the contract. He knows ho... **See More**

Like · Reply · Share · 6y · Edited 👍 7

 Write a public comment...



8/2/24, 1:59 PM                                      The Ohio Truck Team | Facebook



**Mary's Post**                                                    ✕

**Mary Donovan Springowski**
July 18, 2014 · 😊                                                  •••

Whoot!  Just got my call from Labor Relations!  Transfer to Brookpark on July 28th!  Yay!

👍 You, Jolene Morano Rogowski, Dianna Brezina and 54 others        35 comments

🟪 **Like**                    ⬛ **Comment**                   ⬛ **Send**

**Tammy Vanover**
Congratulations, Mary

10y   Like        👍

**Mary Donovan Springowski**  Author
Thanks! Looking forward to it!

10y   Like

**Tammy Vanover**                               •••
Keith is liking it at Louisville Assembly!

10y   Like        👍

**Mary Donovan Springowski**  Author
I am so glad! He's such a sweetie! I just love him to pieces! How are you doing with the new
job?

10y   Like

**Tammy Vanover**
Im in orientation right now and thats going good. Keith can be sweet....its all a front, lol. Live
with him one day, lol

10y   Like                                                           2 👍

**Mary Donovan Springowski**  Author
lol I'm delighted that things are working out for you in such a positive manner! You are both
great people! ❤️

10y   Like

**John Smith**
Good luck mary

Comment as Tamara Sobolewski          ⬛ ⬛ ⬛ ⬛ ⬛
⬛ ⬛ ⬛ ⬛ ⬛                                    ⬛

7/11/24, 10:47 AM                              Mary Donovan Springowski | Facebook



**Mary's Post**                                                                      ✕

**Mary Donovan Springowski** The Ohio Truck Team                              •••
September 16, 2014 · 🌐

## Oh so I see the retaliation is starting again.......

🔵 Coleen Elizabeth Donovan, Denise Nemitz and 4 others          44 comments

　　　Like　　　　　　Comment　　　　　　Send

**Patrick Pohorence**
Now what's up Mary?

9y　Like　　🔵

**Mary Donovan Springowski**　Author
Michael got his notice of hearing for the election appeal and all of sudden they are reducing his job? And they were screwing around giving him all sorts of excuses as to why he wasn't going on the launch......the company and union are blatantly retaliating and are in collusion with one another! They're not even trying to hide it!

9y　Like

**Patrick Pohorence**
Geez the same old shit I feel bad for him I am so glad I didn't go back there until I went to Brook Park they would have done the same shit to me I'm not a fan of our union and they know that.I've been hearing that the people who went back that are going to brookpark have be getting screwed with since they have been back,,

9y　Like                                                                       2 🔵

**Mary Donovan Springowski**　Author
Yes I have heard the same thing......

9y　Like

**Mary Donovan Springowski**　Author
Everything has to be illicit and crooked.....back door dealings....nothing can be by the book and straight up with them.....always cutting hogs.....it's disgusting!

9y　Like

**Ken Salmons**
That's exactly right, Pat. Only saving grace for me now is that I am back in stock until I

　　　Comment as Tamara Sobolewski

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

TAMARA L. SOBOLEWSKI,                    :
1002 Dakota Avenue
Lorain OH 44052,                         :
Plaintiff,                               :      Case No. 1:24-cv-01396

     v.                                     :

FORD MOTOR COMPANY                       :
650 Miller Road
Avon Lake OH 44012,                      :
Defendant.                               :

## DECLARATION OF TAMARA SOBOLEWSKI

I, Tamara Sobolewski, pro se Plaintiff of sound mind and competent age, certify

under the penalty of perjury and state as follows:

1.      In August 2015 I defended the American Dream with Ford employees.

2.      In May 2016 and March 2017, I contributed to the Newspaper Committee

with Ford employees.

3.      In May 2017 I completed a leadership course with Ford employees.

4.      In June 2018 I completed an FMLA Overview with Ford employees.

5.      Between November 2018 and August 2019, I was a member of the

Education Committee with Ford employees.

1

6.      In November 2018, Ford employees and I mourned Ford employee Kevin

Cogar's death.

7.      In December 2018, I overcame work challenges myself, and with guidance

during my transition period.

8.      In December 2018, Ford employees and I collected charitable donations.

9.      In August 2019 I contributed to the Education Committee's Facebook page.

*See* Exh. 8 Facebook posts, pictures of me and Ford employees (Unknown

Photographers), my certificates, coworkers' statements, and plant bulletins are

attached and incorporated as if fully restated.

End of Statement

Date: 8-24-2024

Tamara Sobolewski



We protest Right to Work legislation in Columbus Ohio.

Sobolewski fifth from left seen between Janice Williams and Elizabeth Torok.

Image link http://www.uawlocal2000.org/Date/Images/20150821_093829-34312015103423720.jpg

Image web address http://www.uawlocal2000.org/gallery/45/right-to-work-protest-rally-2015.html

Image retrieved from http://www.uawlocal2000.org/galery/45/right-to-work-protest-rally-2015.html#2

# Ford Employees – 2017

TAMARA SOBOLEWSKI

I respect your commitment to your
son. your facial expression, body language
and voice all change when you
speak of him.

Arthur Lusane

TAMARA SOBOLEWSKI

I like the WAY you
help people to feel better
ABOUT their selves
How you Remind people
do not CRitize, conDemn,
or complAin About yourself.

CAROL HAY.

Arthur Lusane and Carol Hay



I like your dry sense of humor.

You always manage to make me smile

Patty James

TAMARA SOBOLEWSKI

• What I like about you tamara is your high energy that you bring to class. The reason why is because your energy really motivates me. keep up the awesome work!

Mason

Patty James and Mason Klesel

Rohan Hettiarachchi and Rebecca Lozano



Glenn Lewis and Brian Morton



Elaine Dwyer



# Certificate of Achievement

This certifies that

**Tamara Sobolewski**

has met the required standards for completion of the

**Dale Carnegie Course®**

and is hereby awarded **4.20** Continuing Education Units
by Dale Carnegie & Associates, Inc., on **May 8, 2017**

Accredited by the Accrediting Council for Continuing Education and Training, Inc.

Special Recognition 100 Percent Attendance

*Joseph W. Hart*
President/CEO

*J.R. Rodgers*
President
JR Rodgers & Associates, Inc.

DALE CARNEGIE®
TRAINING



# LABOR STUDIES CENTER

This certifies that

## Tamara Sobolewski

has completed the course

## FMLA Overview

offered in cooperation with

## UAW 2000

June 20, 2018

Date

_Gayle Hamilton_

Associate Director

# UAW LOCAL 2000
# EDUCATION COMMITTEE



| | |
|---|---|
| **Small** | **$15** |
| **Medium** | **$15** |
| **Large** | **$15** |
| **X-Large** | **$15** |
| **2X-Large** | **$17** |
| **3X-Large** | **$19** |
| **4X-Large** | **$21** |



**The UAW Local 2000 Education Committee will be selling these shirts until November 19th**

**If interested, see:**

Danny Burress – Body Shop
Tanya de Almeida – ESSP Office
Harold Dennison – Skilled Trades
Nancee Halkiadakis – Trim

Melissa Sanders – Invert Line
William Shannon – Pedestal Line
Tamara Sobolewski – Body Shop

# My coworkers – November 2018



Left to right:

Bill Samples, Eric Weizel, Todd Upton, Mike Bartone, John Bittman

Center:

Me

1/31/23, 4:10 PM                    (611 unread) - tamso1970@yahoo.com - Yahoo Mail

RE: Emotions overwhelm my verbal expression: the message jumbles

From: Bennett, Herb (C.H.) (cbenne55@ford.com)

To:   tamso1970@yahoo.com

Date: Saturday, December 1, 2018 at 06:20 AM EST

Tamara,

I see that you had some recent challenges. Some that you were able to overcome through yourself and others with some level of guidance. If there are still matters that are unresolved, please share those specifics. I want you to be comfortable during this transition... as much as you are able of course. Let me know if there is anything I can do to help.

### *Herb Bennett*
PLANT CHAIRMAN
UAW LOCAL 2000
Office 440-933-1085
Cell    440-666-4372


**From:** Tamara Sobolewske <tamso1970@yahoo.com>
**Sent:** Thursday, November 29, 2018 6:59 PM
**To:** Bennett, Herb (C.H.) <cbenne55@ford.com>
**Subject:** Emotions overwhelm my verbal expression: the message jumbles


Herb,


I'll live, until I die—obviously;o)


This is ME expressing in writing versus a conversation.

Solutions?



Whatever! Let her enlighten you...
So she is in limbo.
She is not herself, she is apparently a squatter.
She is removed from one territory
looking to settle into the next where
unfortunately there is a gap.
Nonetheless, she is banished at once.
She intends on sharing the downsides.
\*\*\*\*\*\* \*\*\*\*\*\* \*\*\*\*\* \*\*\*\*\*\* \*\*\*\*\*\*

First, she is a sensitive creature and
as they do, creatures rely on habit.
Habits help all of us through our days.

They tend to stereotype our movements, habits do.
Minimizing the thought processes involved,
they produce both behavior and responses
in near effortless ways.

According to Psychology Today, some creatures have dozens of habits while others have hundreds. Meanwhile, there are both positive and negative habits that aid us in the sense that we are 'on automatic pilot'.

Goals and motivation are at the forefront of habit in terms of our behavior. Whereas the background affect, habits disrupted can trigger anxiety in terms of responses. Both behavior and responses are associated with creatures of habit.

And the fellow jokes, "we are institutionalized," which, in turn she replies, "I think so."
****** ****** ***** ****** ******
The negatives of LIMBO-NO-BASE-ROAMER
--she is uncertain the daily expectations
--she is not afforded introductions (she intends to resolve this herself, tomorrow!)
--she lugs her supplies in totes; she has no base
--she carts herself to several locations, daily
--she is unfamiliar with landmarks and travels zigging-zagly
--She looses her bearings
(asking for directions frustrating since she's in her 26th year on site)
--She is not informed at each squat site the assistance signaling process
--She flags down fellows asking, "how do I get to the front of the building from here?"

--Since unfamiliar with the terrain, she cannot steel away her relief,

 she's gotten lost on her way back to squat sites

--She met a trainer who didn't want her
--She asked to read the OIS, finding it impossible with the finest print with her vision
--She was shown twice the process and then left to fend with no visual aid or OIS to verify (not that she could read the fine print anyway)
--She began learning a process then carted away, twice
--She is confused, asks for clarification, finding resources drawing assumptions and unavailable or not to be found
--she spends her own time seeking resolve
So she finds resource's resource to a resource and shares her challenges, finally another she/her who is helpful
Once again, another speaks on her behalf because she reached out to fellows and repeatedly left unsettled.

She is a MEMBER!
She articulates!
And she has more to express from just the span of four days roaming among fellows who do not concern themselves with her. Except Bxx, Bxxxx, and another Bxx--a shout out to those 3 fellows!

(611 unread) - tamso1970@yahoo.com - Yahoo Mail

I, Tamara Sobolewski, seen third from left.
Jason Moore, OHAP Plant Manager seen fourth from the left wearing high visibility vest.



1 Unknown photographer Image retrieved from https://www.morningjournal.com

    



There is no greater calling than to serve your fellow man. There is no greater contribution than to help the weak. There is no greater satisfaction than to have done it well.

**WALTER P. REUTHER**
September 1, 1907 - May 9, 1970

## UAW Local 2000 Education Committee
Nonprofit Organization

■ **Send Message**

---



## Activity Log  Filter (3)

Home  More ■  ■ Liked


**Tamara Sobolewski** updated her status.
...~~~... ...~~~...
Your friends


**Tamara Sobolewski** was at **Health Solution Centers.**
Getting a tune up from one of many pros
Your friends


**Tamara Sobolewski** shared a post.
Apparently, someone found another way to hurt and insult people for no reason. Here's a heads up to everyone! There's a new hack on...
Your friends and Kelly's friends


**Tamara Sobolewski** wrote on **UAW Local 2000 Education Committee**'s timeline.
COMPANY RESPONSIBILITY Article 4 Section 1: General Discuss the sole right to manage, maintain order and efficiency, determine, and...
Public


**Tamara Sobolewski** updated her status.
I need to exercise and stop indulging in and consuming junk.
Your friends


**Tamara Sobolewski** added **a new photo.**
I drop it here, for U. is it just a Polish plus Italian condition?
Your friends


**Tamara Sobolewski** added **a new photo.**
Math!! We multiply the power of I We = (U + I)
Your friends


**Tamara Sobolewski** shared a link.
"Companies' talent-finding strategies are out of sync with human+ capabilities. Human+

---


**Tamara Sobolewski** ■ **UAW Local 2000 Education Committee**
August 22, 2019 · ■

COMPANY RESPONSIBILITY
Article 4
Section 1: General
Discuss the sole right to manage, maintain order and efficiency, determine, and exercise schedule, tooling, processing, designing, staffing decisions.

Section 3: Discipline and discharge
Discuss for cause, fair and equitable, not wrongful actions or unjustly or violation of AGREEMENTS between UAW and the Ford Motor Company
.4 (b) Enforcement; Discipline
Discuss the following, using and performing:
a. Prescribed method
b. Tools provided
c. Normal pace
No discipline for failure to meet production rates.
(a)  Establishment; Disputes
Discuss fair and equitable, under normal working conditions, quality of workmanship, normal capacity of normally experienced operators, with due consideration to fatigue and need for "personal" time.

■ Like  ■ Comment  ■ Share  

 Write a comment...  ■ ■ ■ ■

### OTHER POSTS

**UAW Local 2000 Education Committee**
December 16, 2020 · ■

# UAW LOCAL 2000

# EDUCATION COMMITTEE



| | |
|---|---|
| Small | $15 |
| Medium | $15 |
| Large | $15 |
| X-large | $15 |
| 2x-Large | $17 |
| 3x-Large | $19 |
| 4x-Large | $21 |



The UAW Local 2000 Education committee will be selling these shirts

until August 31, 2019.

*Shirts are available in either red or black.*

if interested, see:

Tanya de Almeida

Melissa Sanders – Invert Line

Harold Dennison – Skilled Trades

William Shannon – Pedestal Line

Nancee Halkiadakis – Trim

Tamara Sobolewski – Body Shop

# EXHIBIT 9



*Figure 6 Image source https://www.ford.com/commercial-trucks/f650-f750/*

*Image link https://www.ford.com/is/image/content/dam/vdm_ford/live/en_us/ford/nameplate/f-650-750/2022/collections/dm/21_FRD_CMD_48499.tif?croppathe=1_21x9&wid=2160*

Paystub - HR ONLINE                                                                 Page 1 of 2

 Go Further | ONLINE

Welcome Sobolewski, T  ➡ Close Tab



**Quick Links**

@Ford Online

View Your **WAGES & BENEFITS STATEMENT**
on myfordbenefits.com
from home or smart phone

## PAYSTUB ONLINE

Select a new pay ending date                                🖨 Print Your Paystub

Don't understand your PAYCHECK? CLICK HERE for Paystub Field Descriptions

CONTACT LABOR RELATIONS TODAY TO SIGN UP FOR DIRECT DEPOSIT. IT IS SIMPLE,
SECURE, SMART AND HAS BEEN AT FORD FOR 25 YEARS. IT WILL SAVE YOU TIME AND GAS.
IT WILL REDUCE COSTS TO THE COMPANY. IF YOU ARE ALREADY SIGNED UP – THANK YOU!

| Company : | Statement of Earnings and Deductions | | | Check Number |
|---|---|---|---|---|
| 01 | | | | 45185694 |

| Soc. Sec. Number | Name | Location/Dept No. | Area/Badge | Pay Ending |
|---|---|---|---|---|
| XXXXX0404 | SOBOLEWSKI,TAMARA L | 0236    1315 | 2 E | 2015-10-18 |

| Earnings/Adjustments | | | Deductions/Refunds | | | Rem Bal/ Misc Codes |
|---|---|---|---|---|---|---|
| Description | Hours | Amount | Description | Amount | YTD | |
| STRAIGHT TIME | 24.30 | 686.23 | FICA | 50.53 | 2362.79 | |
| SHORT WEEK | 5.70 | 128.77 | MEDICARE | 11.82 | 552.59 | |
| TOTAL GROSS | | 815.00 | FEDERAL | 84.91 | 5743.24 | S 01 |
| | | | OHIO | 19.09 | 1080.98 | 00 |
| TESPHE PRE-TAX | | 68.62 | AVON LAKE 1 | 12.23 | 571.63 | 00 |
| ADJ TAXABLE GROSS | | 746.38 | UNION DUES | | 694.38 | |
| | | | FIA | 60.00 | | |
| | | | DIRECT DEPOSIT | 507.80 | | |
| | | | TOTAL DEDUCTIONS | 746.38 | | |



CONTACT LABOR RELATIONS TODAY TO SIGN UP FOR DIRECT DEPOSIT. IT IS SIMPLE,
SECURE, SMART AND HAS BEEN AT FORD FOR 25 YEARS.  IT WILL SAVE YOU TIME AND GAS.
IT WILL REDUCE COSTS TO THE COMPANY. IF YOU ARE ALREADY SIGNED UP - THANK YOU!

Ford Motor Company
One American Road
Dearborn, MI 48126

STATEMENT OF EARNINGS AND DEDUCTIONS        CHECK NUMBER : 52577114

| SOC. SEC. NUMBER | NAME | | LOCATION / DEPT NO | | START PAY | PAY ENDING |
|---|---|---|---|---|---|---|
| XXXXX0404 | SOBOLEWSKI,TAMARA L | | 0236    1315 | | 2017-09-11 | 2017-09-17 |

| EARNINGS / ADJUSTMENTS | | | DEDUCTIONS / REFUNDS | | | REM BAL / MISC CODES |
|---|---|---|---|---|---|---|
| DESCRIPTION | HOURS | AMOUNT | DESCRIPTION | AMOUNT | YTD | |
| STRAIGHT TIME | 21.50 | 625.33 | FICA | 65.46 | 3216.06 | |
| SHORT WEEK | 18.50 | 430.46 | MEDICARE | 15.31 | 752.14 | |
| TOTAL GROSS | | 1055.79 | FEDERAL | 135.84 | 7486.90 | S 01 |
| | | | OHIO | 28.88 | 1431.28 | 00 |
| TESPHE PRE-TAX | | 62.53 | AVON LAKE 1 | 15.84 | 778.10 | 00 |
| ADJ TAXABLE GROSS | | 993.26 | LORAIN S/AV LK | 10.56 | 450.34 | 00 |
| | | | UNION DUES | | 787.24 | |
| | | | FIA | 60.00 | | |
| | | | VCAP | 2.00 | 18.00 | |
| | | | DIRECT DEPOSIT | 659.37 | | |
| | | | TOTAL DEDUCTIONS | 993.26 | | |
| SUB WEEK BALANCE | | 52.00 | | | | |
| FAMILY DAY HOURS AVAIL | | 20.00 | | | | |
| FAMILY DAY HOURS TAKEN | | 0.00 | | | | |
| YTD PRETAX SSIP/TESP | | 4858.37 | | | | |
| YTD FEDERAL W2 GROSS | | 47013.53 | NET PAY | 0.00 | | |

FOR DEPOSIT ON  09-22-2017

INSURANCE CODE - HH

| VACATION BALANCES | | HOURLY RATES | |
|---|---|---|---|
| DESCRIPTION | HOURS | DESCRIPTION | AMOUNT |
| REGULAR PAID | 100 | BASE | |
| | | | 29.085 |
| EXC ABS PAID | 30 | | |
| PRORATA PAID | 0 | | |
| REGULAR DUE    D | 60 | | |
| EXC ABS DUE | 20 | | |

## DASH PAN

### or

### FORD F550 STRUCTURAL METAL PANEL BODY FRAME CLIP OEM 2012 - 2016



Image retrieved from 8/2/2024 from eBay (outline added) - GT Auto Parts LLC priced at $1519.99

https://www.ebay.com/itm/364682118196?fits=Make%3AFord&itmmeta=01J4B28A5HGV26BZPCG7D2W38D&hash=item54e8bf
8434:g:3BUAAOSwZF1lpmgS&itmprp=enc%3AAQAJAAAA8Cqon1RLXntFeoMikl4fGq5YkikbPKW12755dnC7cqi%2B2KomUAZpS2
SqHhIN9wErCKbW7qU4W9ZWiVlcjDHAlvHXf76%2BB5mDI1lnBdzIpA%2BV2rWCcz5nv8oNJld66HvbQsuY22oiKZdRtxG7RBVThRR
aDlLk24X7ygeOleT2FaTTvlGfdY2u6FO%2FCyizGWalhPYao5UbsQEejusy6%2FAtl%2FOssNDJO10WdXqY654X9bzrui5K2O4sJ8efjDJ
bRoglxBFaYDCAoVNt2JGnT1KokJhM1LHnmurZW8lGhDGMobliUmONAFs3r%2F%2BW6k0JwQDxOg%3D%3D%7Ctkp%3ABFBM8
qKh4qJk

### or

FORD F550 STRUCTURAL METAL PANEL BODY FRAME CLIP OEM 2012 - 2016  ⬦  | eBay



•••• Boost 📶

**8:21 PM**

🔒 ⌖ 🔋 ⚡



‹ ③

MS

Mike ›

Hi. I'm finished here. I'd like to speak.

Where can we meet up?  I'm in front lobby

Dec 13, 2017, 6:04 AM

I'm shaking and dropped a part first job. Need u. Was approached by coworker. Need assistance please.

John Bado will be there shortly

Dec 14, 2017, 7:27 AM

Good morning. U representing me today?

Eddie Cole is I am still in Michigan

 

Text Message



Interview ONE

**EMPLOYEE STATEMENT FORM**
**OHIO ASSEMBLY PLANT**

| PERSONAL INFORMATION | | | |
|---|---|---|---|
| Name: | Tamara Sobolewski | Date: | 4/9/2018 |
| GID: | OV72BG62 | Seniority Date: | 10/19/1992 |
| Union Rep: | Brian Maust | Labor Rep: | Ariel MacDonald |

**The following statement is being taken from the above employee and is true to the best of my knowledge.**

*You have been asked here as part of an open company investigation. This conversation may not be recorded. The expectation is that you will be honest and forthright in your responses to the questions. I will be taking notes. Afterwards, I will ask you to review your statement, initial each page and sign your name on the last page indicating I accurately captured our discussion today. This discussion is considered a matter of Company record.*

**Q:** Do you know why I've called you down to Labor Relations today?

**A:** No.

**Q:** I understand there may be an issue brewing between you and your Team Leader, Tom Sekoulopoulos. Is that true? Can you tell me what is going on?

**A:** I do not have anything, I don't have specific issues. It's not a good morning every day or anything like that. There's no friction. It's sort of like, there's a pole (distance) between us. Sometimes it feels like... I don't know.

**Q:** This is a personal question, but I understand you might be turning to Facebook to post about some of these problems... is that true?

**A:** I post on Facebook in general about the waitress that I met at George's restaurant, about my Aunt who passed away yesterday, I post about the stories that I come across and I have a knack with words and written expression. Verbal, I'm a little bit lacking but I'm working on that.

Come to of it, there is something I would like to add. I don't fault anyone for this, but it did come to my attention that the Group Leader told me that a GU... I'm done, I don't want to talk about that. he told me that the GU couldn't do the job that I was doing and that if a GU can't do it, then why did he think that I could all day?

**What's your base job?**

H Front Structure Load and floor pan.

**What job were you on when your GL said a GU couldn't do that job?**

The front structure seal.

**How long were you on the job for?**

Page Number: 1     Initials: TS  AM

CONFIDENTIAL

**EMPLOYEE STATEMENT FORM**
**OHIO ASSEMBLY PLANT**

No we rotate. It's two of us in a little area and then what we build together goes to the next stage.

**How often do you switch?**

Daily.

**Has that job been an issue?** DAILY. *I'm only union member suspended on 1/31/19 —*

No. I wasn't going to assert that I am the lead operator, I get it I can take the lead but the GU have switched before. I was stepping up to take the lead and that's a big responsibility when it wasn't even my job. There are other solutions, we could move people around.

**Brian** – I'm going to get to the gist of it, there were some posts about workplace bullying that you were putting on Facebook that some people took offense to. It appeared that you were accusing some people of bullying you at work. If that's the case, no one should be exposed to workplace bullying. If you feel like you're being bullied then this is going to get resolved.

*@ BM ———> = feeling are not facts*

**Tamara** – I don't have proof, I feel like it's all in my head. I feel like I'm making stuff up. I want to ask them and I've used my benefits through Ford to better myself but I can't pinpoint it. I don't have proof, I don't have an instance, I'm not like everyone else. I am an introvert and I keep quiet but in written expression... I've written 15 pages about it. This is my livelihood.

I have a really good partner and coworker and he helps me. He makes the day bright. With that said... everything is progressing in my life. But my post, how people take things, there's posts on all sorts of topics and mine is in my circle. *none of my business!*

**Would it be reasonable for your coworkers could assume that you are talking about them in some of these posts?**

That would be for them to come to me. I published it, if you need clarification, then by all means.

**I just want to point out that it is important to be cognizant of who sees the posts and they may wonder if we need to look into these posts.**

I feel a little segregated but I'm not here to complain about it I just march on. *yes because I notice everything... I just dont speak on it...*

**You feel segregated from your team members?**

Yeah, I'm not entirely normal. *(Blaming myself)*

**Brian** – Workplace bullying is very serious and I want to know, how do you feel? *@ BM repeat = feel, again, feelings (facts)*

Page Number: 2          Initials: TS  *tM*

CONFIDENTIAL

**EMPLOYEE STATEMENT FORM**
**OHIO ASSEMBLY PLANT**

Tamara – I feel okay, if you need other opinions on what's going on then you'd have to reach out to other people.

So I just want to reiterate, you post on Facebook to vest frustrations, but are not necessarily being bullied.

Yes that is a good summary.   *Duh, Nobody's going to outright Bully.*

**Q:** I want to circle back to Tom... there was a post about not getting help.

**A:** Oh yes my first resource. It got resolved but it took someone else to speak up on my behalf and I'm not very pleased with that. Sometimes it's necessary, I felt a little neglected but it's okay, it's been resolved.

Have there been any other issues like that where you've asked for help and haven't received it?

No. Not that I can think of right now.

**Q:** So overall, your relationship with Tom is okay?

**A:** Yeah, I'm not claiming a problem. The issue got taken care of, there are people available that are resources. I felt that maybe he didn't believe me, but I don't believe it's a complaint.

**Q:** Switching gears, have you ever recorded conversations with your coworkers?

**A:** No. I have notes that I take.

Why would someone have a reason to say that you are recording them? Have you ever taken out your phone like you might be recording them?

No.

So to be clear, you do not record conversations at work or on plant property?

No.

**Q:** Is there anything that you want to add?

**A:** I don't have anything.

Page Number:   3                                    Initials:   TS   AM

**EMPLOYEE STATEMENT FORM**
**OHIO ASSEMBLY PLANT**

*Thank you for participating in this investigation. This investigation is ongoing. You are advised retaliation is strictly prohibited and may subject you to disciplinary action up to and including discharge. We may ask you to return for additional questioning.*

| | |
|---|---|
| Employee | Date 4-9-18 |
| Witness | Date 4-9-18 |
| Labor/Representative | Date 4/9/18 |

Page Number: 4          Initials: TS

440·452·1982

**EMPLOYEE STATEMENT FORM**
**OHIO ASSEMBLY PLANT**

*(handwritten in right margin: 8:20am / sent home on suspension @ 8:25am)*

## PERSONAL INFORMATION

| | | | |
|---|---|---|---|
| Name: | Tamara Sobolewski | Date: | 9/27/2018 |
| GID: | 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 | Seniority Date: | 10/19/1992 |
| Union Rep: | Jason Williams | Labor Rep: | Ariel MacDonald |

The following statement is being taken from the above employee and is true to the best of my knowledge.

*You have been asked here as part of an open company investigation. This conversation may not be recorded. The expectation is that you will be honest and forthright in your responses to the questions. I will be taking notes. Afterwards, I will ask you to review your statement, initial each page and sign your name on the last page indicating I accurately captured our discussion today. This discussion is considered a matter of Company record.*

**Q:** **Jason Williams – What's going on?**

**A:** There's conflict going on in my area and it got out of control. Prior to when I saw you this morning.

**Q:** **What is your job and department?**

**A:** Front load, the load job. In Body for the H.

**Q:** **Tell me about your relationship with Tony. Are you friends? Do you get along? Do you try to avoid each other?**

**A:** He works next to me. That's the extent of the relationship, he is my coworker.

**Do you have a positive relationship with him or a negative relationship with him?**

I have a neutral relationship with him. He is my coworker.

**Q:** **What happened today?**

**A:** I arrived in the area where we work. Bob is there. Tony approaches and starts doing work, mine specifically. And I said "Good morning" and I stood by my job in my workspace. And I said "Thank you for helping." I was told "Do not talk to me. I don't want to hear anything that you have to say." It just escalated. I don't remember much after that, I didn't record it but I think someone did.

**Who recorded it?**

I don't know their name?

**Where do they work?**

Page Number:    Page 1 of 6        Initials:  TS  JDW  AM

CONFIDENTIAL

**EMPLOYEE STATEMENT FORM**
**OHIO ASSEMBLY PLANT**

It appeared to me that the person who recorded it was Lou Feliciano.

**Did he record it with his phone?**

I'm not sure. I couldn't make it out.

**How did you know he was recording?**

I could see the phone in his hand. Everyone has a phone in their hand... they might not be recording. I'm saying that because after I said "thank you Tony for helping out." The exchange went to the emotional side.

| | |
|---|---|
| Q: | What was Tony doing in your area? *He was doing my processes.* |
| A: | He was helping. He was loading parts for me. |

**Does that bother you that he loads parts for you?** *Only to the extent (I am held responsible"*

I appreciated it and I wanted to know if he could be more helpful during the day and I wanted to know if I could learn his job so that I could be helpful to him too. *Only to the extent /*

**What did you specifically say to him?**

"Thank you for being helpful." He didn't want to hear that. Then I asked him if there is anything that I can do, maybe help him on his job.

**Why did you say that?**

Because he is very helpful to me and I invited him back throughout the day as well.

| | |
|---|---|
| Q: | Did you curse at Tony? |
| A: | I said one word that was a curse word. |

**Did you use the F word?**

I did.

**So one moment you're thanking him for helping you and then you're cursing at him? How did that happen?**

He kept telling me that he didn't want to hear what I said. That there was nothing he needed from me. That I don't need to thank him, I don't need to acknowledge that he is being helpful.

**How did the F word come up?**

Page Number:    Page **2** of **6**          Initials:   TS   JDW   AM

**EMPLOYEE STATEMENT FORM**
**OHIO ASSEMBLY PLANT**

He made an effort to come into your area and to help me, but I am not even there. It is complete disregard, and I'm trying to stick to the facts so I don't have anything else.

**What did you say when you used the F word?**

I don't recall. I felt… not threatened… but that he was in my area and I couldn't even speak to him. There might be someone who could verify that with the recording.

**Why would you say that? Were you angry?**

I was upset that he wouldn't acknowledge me while he was in my area. That he took it upon himself to enter my area but it was like no regard, I wasn't acknowledged. It was like he was in my area and it wasn't that he wanted to be there. He was being helpful but it hurt him.

**What do you mean by that?**

He was upset about it. He was upset that I was saying good morning to him and thanking him.

| | |
|---|---|
| Q: | **In the past, has Tony asked you not to speak to him?** |
| A: | Not that I recall. |

**So this is the first time that he ask asked you not to speak to him.**

I don't recall that he has.

**So why would he all of the sudden start saying not to talk to him in that manner?**

We don't talk were just coworkers. If someone comes into my workspace, I would like to say hi to them. So yes, when I get the opportunity to greet someone that s in my workspace, normally they greet me but it's not well received.

**What's not well received, you greeting them?**

Yes. It's not everyone, it's limited to Tony right now.

**So it sounds like this has happened in the past, but you're saying that it's only an issue with Tony and this has only been in an issue today.**

I do go out to other areas but I don't typically roam in my own area.

**So you're saying that this has been happening for a while, but then you say that was only an issue today. Which is it?**

It's continuous that some coworkers come into where I work and be helpful but not acknowledge me. I don't even need to be acknowledged… but just a good morning, politeness,

Page Number:  Page **3** of **6**     Initials:  TS  JDW  AM

CONFIDENTIAL

**EMPLOYEE STATEMENT FORM**
**OHIO ASSEMBLY PLANT**

respectful... I don't even need respectful... but I am feeling unacknowledged but when I have input it feels like it's not important. Somehow you're here and you hate being here.

The help that people are doing, it appears to me that it hurts them. It's hurting them.

**Like they don't want to help but they are doing it anyways?**

Yeah.

**Q:** **Did you move close to him? How close were you to him?**

**A:** I stepped closer to the table that my parts were on and yes I did approach him.

**How did you approach him?**

I walked over to him.

**How far away were you from him?**

Close enough to be heard.

**How many feet is that?**

Three.

**So during this entire discussion with Tony, you were three feet away from him?**

Yes.

**Q:** **Did you touch him? Bump into him?**

**A:** No.

**So you did not make any physical contact with him?**

No.

**Q:** **Who witnessed this encounter?**

**A:** Bob was there. Lou was over by his workstation. I think that's it.

**Q:** **What time did this happen today?**

**A:** 5:45am.

**Q:** **During this encounter, did Tony talk to anyone? i.e. say "Are you hearing this?"**

Page Number:  Page 4 of 6          Initials: TS  JDW  AM

CONFIDENTIAL

**EMPLOYEE STATEMENT FORM**
**OHIO ASSEMBLY PLANT**

| | |
|---|---|
| A: | No. |
| | So he didn't turn to anyone else and say "Are you hearing this right now, are you seeing this right now?" |
| | No. He involved Bob. But Bob was standing there |
| Q: | Do you have an issue with Tony helping on your job? |
| A: | No. |
| Q: | From your perspective, what needs to be done for this to not happen again? |
| A: | There needs to be some level of trust and communication and there's really not. I'd like to be greeted or acknowledged... I took offense to his response to me. |
| | I've been told to ignore it and I do. But my jaw is holding stress that I can't sleep at night. I need to know what I can do. I've signed the bid. I've asked Jason. I've asked and the constant response is to just be yourself and ignore, ignore, ignore, but I work here too. So it's not what anyone can do, do you want to know what I need? |
| | I need someone to... sometimes there's five guys to one female... they're trying to achieve a goal. I feel pressured to come back early from lunch, I'm just feeling pressured. |
| | Fairness... there are two women... |
| | Okay so you feel like you are not being discriminated against because of your gender. Specifically how? |
| | The expectation is really high and I am constantly lagging behind, and then I am not part of the team. |
| Q: | Do you have anything else you would like to add to your statement? |
| A: | Yes, I reserve the right to add and subtract. Sometimes being put on the spot is a little overwhelming to me. |
| Q: | Have you been truthful while providing your statement? |
| A: | Yes. |

Page Number:      Page **5** of **6**           Initials:  TS  jɓw  Am

CONFIDENTIAL

**EMPLOYEE STATEMENT FORM**
**OHIO ASSEMBLY PLANT**

*Thank you for participating in this investigation. This investigation is ongoing. You are advised retaliation is strictly prohibited and may subject you to disciplinary action up to and including discharge. We may ask you to return for additional questioning.*

| | |
|---|---|
| _Tamara Sobolewski_ | _9 - 27 - 18_ |
| Employee | Date |
| _Jason D Williams_ | _9/27/18_ |
| Witness | Date |
| _Erin MacDonald_ | _9/27/18_ |
| Labor Representative | Date |

Page Number:  Page **6** of **6**      Initials: _TS AM_

CONFIDENTIAL

**‧‧‧I Boost** 📶     **6:10 AM**     🔒 ➤ 🕐 🔋

## New iMessage    <ins>Cancel</ins>

To: **Bill Samples**

Sep 27, 2018, 8:34 AM

> Good morning bill!  I'm having trouble. I was suspended today, pending investigation, reminds me of experience in stock—only this occasion, it's my own union brothers issuing my punishment, then using Company to support their allegations.

What happened

> Herb is aware. There's pending investigation. I complied & tolerated but today, a team member

iMessage

●●Ill Boost 📶

**6:11 AM**

**New iMessage**            Cancel

To: Bill Samples

What happened

Herb is aware. There's pending investigation. I complied & tolerated but today, a team member entered my workspace (not unusual) doing my work. I said good morning, thank u & he's asked me not to speak to him & I didn't respect his wishes. I lost my shit in a shovy, pushy bullying work environment.

Are you ok ??

Yes I am. Always ok. I'm
afraid & stressed

iMessage

.ıll Boost 🗢    6:11 AM    @ ◢ ❶ ▭

**New iMessage**    *Cancel*

To: Bill Samples

Are you ok ??

> Yes I am. Always ok. I'm afraid & stressed.

What are they investigating ??

They send you home ??

> Incident this morning @ 5:45

> I'm suspended

Ok let me know if you need anything from me .

> I will. Thank u

     iMessage    

      

**�ill** Boost 🤟     6:11 AM     �ⓐ 🖈 ● ▭

## New iMessage     Cancel

To: **Bill Samples**

Yw !! If I hear anything I will let you know . If you don't mind me asking who was the other employee

Tony Orseno.

Ok

Thanks

Did he get suspended ??

Not to my knowledge.

Nov 14, 2018, 12:19 PM

Hi Bill. I have 30 more 50/50 tix [education committee].

iMessage

**New Message**          Cancel

To: Bob Kurtz

Tue, Oct 15, 1:48 PM

> I just have a quick question. Did labor relations interview you when tony & I got into that argument & I was suspended 2 weeks?

Hello ,!!!! Nope,but I went to great lengths informing the building chairman...it was obvious you were on a fast train

> Ok. Thanks. Brian Maust was positive u were interviewed. Self-directed team all watching me take

Text Message



**LOCAL** **OHAP REPORT** **2000**

**10-1-18**

## OVERTIME WORK SCHEDULE

The overtime schedule below... represents the outlook for the remainder of the year.
There is **NO** overtime scheduled for the plant in October except for H related volume.
This could change if any volume losses can be made up in October.

The following **Fridays** are tentatively scheduled:

(October 5th ... October 12th ... October 19th ... October 26th... H-LINE CHASSIS ONLY)
November 2nd... November 9th... November 16th... November 30th
December 7th... December 14th

The following **Saturdays** are tentatively scheduled:

November 3rd... November 10th... December 8th... December 15th

## TESTING FOR HIRE AT OHAP

We are currently working with the Company to secure a pool of candidates for potential part/full time
hiring here at OHAP. This pool will be added to our current list and used to fill openings for TPT and
possible Entry Level employment. The process for this testing opportunity will be cascaded in the coming
weeks. We are going to do an internal lottery for a portion of the pool.... with the remainder slotted for
Ohio Means Jobs of Lorain County and Veterans of Lorain County applicants.

## STS UPDATE

We continue to work toward converting STS employees... In the meantime, they will continue to
work full weeks through the month of October.

## FAMILY DAYS

As a reminder to those that still have Family Days... these must be used by the expiration of the Contract,
(September 14, 2019) or they will be forfeited.

## SUB-COUNCIL REPLACEMENTS

As the Delegates attend Sub-Council in Detroit this week from 10-2 through 10-4...
these are the (A) alternates in the following areas:

| | |
|---|---|
| Acting Chairman (A) | Michael Donovan 10/1<br>Jason Wells 10/2 -10/4 |
| Paint Department (A) | John Bado 10/1 -10/4 |
| Body Shop | Jason Williams (B.C.) |
| Trim Department & Stock (A) | Eddie Cole 10/1 -10/4 |
| Pedestal & Rotor Line / Motor / Invert (A) | Kelly Knight 10/2 -10/4 |
| H Flat Top / VN & P Flat Top (A) | Jay Bowen (B.C.) |
| Garage / Pre- Delivery / Quality | Shawn Salmons (BC) |

Ford

# Disciplinary Action Report

| | | | |
|---|---|---|---|
| SHIFT: 2 | DISPOSITION BY: FOREMAN ☐ LABOR RELATIONS ☒ | | DATE: 10/3/18 |
| GLOBAL ID NO.: [illegible] | NAME: [illegible] | PLANT: [illegible] | |
| COMPANY SENIORITY: [illegible] | CLASSIFICATION: [illegible] | | DEPT. NO.: [illegible] |
| PRESENT CHARGE: [illegible] employee | EMPLOYE DESIRES UNION REPRESENTATION: YES ☒ NO | | EMPLOYE'S SIGNATURE (IF NO) |
| PENALTY AND DATE ASSESSED: [illegible] + 2 weeks | COMMITTEEMAN SHOULD SIGN HERE IF HE RECEIVED NOTIFICATION OF THIS ACTION: [signature] | | |
| FOREMAN'S SIGNATURE | LABOR RELATION'S REPRESENTATIVE SIGNATURE: [signature] | | |

FACTS SUPPORTING CHARGE (LIST IN DETAIL) - ATTACH ADDITIONAL FORM IF MORE SPACE NEEDED

[illegible] yelling at him and physically touching him [illegible] 1/21-2010 [illegible]

IND FEL MAR 09 4600 (Previous editions may not be used)

FOREMAN'S COPY

Illegible as usual

Issue date: 10-3-2018

# UNION GRIEVANCE
### (GRIEVANCE STARTING SECOND STAGE ONLY)

GRIEVANCE _JW10318 7_

Bldg. or Unit __ONE (OHAP)__          Local No. __2000__

Date __10/4/18__

Employee Name __TAMARA SOBOLEWSKI__     Badge No. __000887871__

Shift __2ND__     Seniority __10/19/1992__     Dept. __1315__

Classification __WELDER SUB ASSY__

Employee Signed: __Tamara Sobolewski (SFA)  Jason D Williams__

Not necessary to fill in enclosed space when Grievance concerns Union Rights ONLY

Date Stamp Submission __Donovan Donald 10/4/18__

Nature of Grievance __UNJUST DISCIPLINARY ACTION__

Violation of Article __4__          Section __3__

Statement of Case __✱ SEE ATTACHED__

The Adjustment Requested: __✱ SEE ATTACHED__

Signed (Bargaining Committee) __BENNETT  DONOVAN, MAUST, WELLS (WILLIAMS)__

| Date Stamp Disposition | Disposition by Company |
|---|---|
| | _Jason Williams_ |
| | RECEIVED BY: LINDA LYNCH |
| | DATE: __10/5/18__ |
| | (Signed) __M Donovan__ |
| | (Company Representative) |

Date _____

All Grievances Must Be "Date Stamped" by Company Representative on Date Presented and Disposed

WHITE · ORIGINAL — CANARY · DUPLICATE — PINK · TRIPLICATE — GOLD · QUADRUPLICATE          FORM F2-A · REVISED 3/06 · 5M SETS

Grievance
JW10318TS
Art.4 Sec.3

Statement of Case:

The aggrieved was given a penalty of R&W and two weeks off for disrespect to a fellow
employee. The Union and the aggrieved disagree with the harsh penalty due to the
circumstances surrounding her work area.

The Adjustment requested:

The Union requests that the aggrieved that the R&W be removed from his record and that he
be made whole and paid all lost time (80 Hrs.) Straight Time

*The Union has the right to add any additional facts*



CONTACT LABOR RELATIONS TODAY TO SIGN UP FOR DIRECT DEPOSIT. IT IS SIMPLE,
SECURE, SMART AND HAS BEEN AT FORD FOR 25 YEARS. IT WILL SAVE YOU TIME AND GAS.
IT WILL REDUCE COSTS TO THE COMPANY. IF YOU ARE ALREADY SIGNED UP - THANK YOU!

Ford Motor Company
One American Road
Dearborn, MI 48126

STATEMENT OF EARNINGS AND DEDUCTIONS          CHECK NUMBER : 56565934

| SOC. SEC. NUMBER | NAME | LOCATION / DEPT NO | | START PAY | PAY ENDING |
|---|---|---|---|---|---|
| XXXXX0404 | SOBOLEWSKI,TAMARA L | 0236 | 1315 | 2018-10-01 | 2018-10-07 |

| EARNINGS / ADJUSTMENTS | | | DEDUCTIONS / REFUNDS | | | REM BAL / MISC CODES |
|---|---|---|---|---|---|---|
| DESCRIPTION | HOURS | AMOUNT | DESCRIPTION | AMOUNT | YTD | |
| STRAIGHT TIME | 1.00 | 29.96 | FICA | 1.86 | 3531.55 | |
| TOTAL GROSS | | 29.96 | MEDICARE | 0.44 | 825.93 | |
| | | | FEDERAL | | 7300.47 | S 01 |
| TESPHE PRE-TAX | | 3.00 | OHIO | 0.15 | 1646.75 | 00 |
| ADJ TAXABLE GROSS | | 26.96 | AVON LAKE 1 | 0.45 | 854.45 | 00 |
| | | | LORAIN S/AV LK | 0.30 | 569.57 | 00 |
| | | | DIRECT DEPOSIT | 23.76 | | |
| | | | TOTAL DEDUCTIONS | 26.96 | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| SUB WEEK BALANCE | | 52.00 | | | | |
| FAMILY DAY HOURS AVAIL | | 20.00 | | | | |
| FAMILY DAY HOURS TAKEN | | 0.00 | | | | |
| YTD PRETAX SSIP/TESP | | 3887.69 | | | | |
| YTD FEDERAL W2 GROSS | | 53072.72 | NET PAY | 0.00 | | |

FOR DEPOSIT ON 10-12-2018

INSURANCE CODE - JJ

| VACATION BALANCES | | HOURLY RATES | |
|---|---|---|---|
| DESCRIPTION | HOURS | DESCRIPTION | AMOUNT |
| REGULAR PAID | 120 | BASE | |
| | | | 29.960 |
| EXC ABS PAID | 20 | | |
| PRORATA PAID | 0 | | |
| REGULAR DUE     D | 40 | | |
| EXC ABS DUE | 30 | | |

utilize my right—a UAW negotiated benefit of relief. On several occasions, I needed to use the facilities between break. On all occasions, I withhold asking. On TEO occasions, I grew sick, sweating and shaking because I was afraid to ask.

11/8/2018
Tommy back after weds off
Tony & Louis cross isle to carry dashes
4 total in first hour.
I'm nervous.
Tony already in my area speaking to mike. I removed myself until it was safe to return

‹ **Notes** 

November 15, 2018 at 3:50 PM

11/15/2018 I arrived at work. Promptly @ 6 am Tony Orseno is at the work station I am assigned—speaking to Mike Queen. I do not enter.  I wait for Tony to exit.

I text Jason Williams asking for assistance. He is unable to meet me on the floor. I state that I will get my group leader involved again. I already explained to my group leader that because I was disciplined for inappropriate behavior, I have reservations when Tony is in my work station. I asked my group leader how situations such as this are resolved. I used Jack Lane as one example and that jack and another employee did not see eye to eye. Actually, there was shouting and aggression between the two. Well, #1, I'm not sure if 8 working

   



**‹ Notes**

shouting and aggression between the two. Well, #1, I'm not sure if 8 working days were missed or discipline was issued or the outcome. I just know when I speak to coworkers, they've told me "if I have a problem with you and you're in my work station, I'll tell you to fuck off / get the fuck out of my area ...".

I've already discussed my reservations with having interaction or close proximity with Tony. I was directly asked by Ariel, in labor relations if Tony asked me not to speak to him. I stated he asked me last December 2017 and during the "discipline inducing moment" tony stood in my work station asking me Please, please, please do not speak to me. Yet he continues to enter my station to speak with Mike. They are






（読み取り）



**‹ Notes** 

me. Yet he continues to enter my station to speak with Mike. They are very friendly. That's just unfortunate. Prior to loosing 8 working days of pay and a mark on my record, I'm not trying to get 16 working days off without pay nor am I trying to get fired.  It causes me high anxiety that this co-worker continues to cross into my space. This is the second official request I've made to no avail. I am not sleeping well due to stress. I am resorting to anti-inflammatories and muscle relaxers just to sleep otherwise I am awake all hours in pain. I find the stressful ness of this situation toxic—which, coincidental was the reason given for my removal in the first place at the end of September 2018.

         

 Boost 📶 🛜                    7:13 PM                    🖤 ▬

 JW

Jason ›

Never mind. I'll get my group leader.

Disciplined by who ?

The company. And the person I "was inappropriate"with, continues to enter the workstation I am working in. I don't want disciplined again. It's making me a bit nervous.

It's ok. I manage. I have a resource to see what resolve we can find.

I'm in Labor for a hearing i will be over when i get

 Hey j-aye-dog. I am l-37 & need 

●●●ll Boost 📶     **4:20 AM**     🌙 @ ✈ 🕐 23% 🔋

**New iMessage**     Cancel

To: Brian Maust

**Nov 23, 2018,** 9:43 AM

> Hey Tamara it's Brian maust. There's 3 new openings coming to body shop called the 7A project. They build all the A pillars for the super duty/expedition/navigator. Would you be interested in these openings or do you wanna stay where you're at?

> YES—interested. Is there room for someone to follow me? 🥰
> Hi Brian Maust!  Can we speak on Monday?  You're working today?  I'm headed to grieve a loss of a dear

iMessage

  

New iMessage                    Cancel

To: Brian Maust

YES—interested. Is there room for someone to follow me? 😊
Hi Brian Maust!  Can we speak on Monday?  You're working today?  I'm headed to grieve a loss of a dear co-worker🥹 I appreciate you for taking time to think of me. I'd like to find a better working environment for myself and those around 😊

Can I call now.

Sure

iMessage

ıll Boost 🛜      **4:21 AM**     🌙 🕐 ✈ ⏰ 23% 🔋

**New iMessage**     <u>Cancel</u>

To: Brian Maust

Nov 24, 2018, 3:43 PM

I wanted to express the fact that yesterday & today I am emotionally strained with a death. I don't recall much of our discussions about 7A project. Hopefully when the lateral move gets to me, I can make an informed decision. Thanks again for reaching out yesterday. Enjoy your weekend, Brian.

That was the lateral move yesterday when you excepted it.

  iMessage 

      

11/29/2020                                      (5) Messenger | Facebook

             5  

 **Elizabeth Torok**
Active 5m ago                                           

     **Elizabeth Torok**
You're friends on Facebook
Assembler at Ford Motor Company
Studied Business & Finance at Lorain County Community
College
Lives in Elyria, Ohio

**3/5/19, 3:21 AM**

I'm going through a something similar when I
was taken off my job after 15 years in the
area and am getting the run around..

and what did you do?  Did you get help
needed?

I was expressing that there were problems in
the area but the people making the problems
turned it around on me and it doesn't seem
of any importance to anyone.  All I know is I
have done some hard jobs on the peristal line
and pay 75 a month for 15 years to the union
and I'm tired of all the bullshit going on in
there..



 Type a message...                    



**Elizabeth Torok**
Active 5m ago

**MORE ACTIONS**

Search in Conversation

Edit Nicknames

Change Theme

Change Emoji        

**PRIVACY & SUPPORT**

# AGREEMENTS

*between*

## UAW®

*and the*

## FORD MOTOR COMPANY

## Volume IV-A

### RELATED TO:
### COLLECTIVE BARGAINING AGREEMENT




**Agreements Dated**

**November 5, 2015**

*(Effective November 23, 2015)*

**REASSIGNMENT OF EMPLOYEES**

September 17, 1964

Mr. Ken Bannon, Director
National Ford Department
International Union, UAW
8000 East Jefferson Avenue
Detroit, Michigan 48214

Dear Mr. Bannon:

Subject:   Reassignment of Employees

During our current negotiations, the Union has asserted that on occasion a foreman will reassign an employee to another job within his classification either for punitive reasons or as "retaliation" for having filed a grievance or other similar actions.

Although we are not aware of any actual case in which reassignments based on either of these grounds has occurred, this is to advise you that reassignments for such reasons are not sanctioned by the Company policy.

This statement of policy is not intended to limit in any way the foreman's right of assignment to promote orderly and efficient operations. Nor is anything in this statement intended to recognize any principle of job preference within a classification or to confer on an employee any right to protest his job assignment in the grievance procedure, except as such assignment may be in violation of the terms of the Collective Bargaining Agreement.

Very truly yours,

MALCOLM L. DENISE
Vice President
Labor Relations

449



8:30 PM



JW

Jason ›

next job is in house. I want to work, not TLO but challenged w/my eyesight, unfamiliarity of areas & so I am upset. Obviously I'll be ok. It won't be long b4 I settle in. Difficulty in the interim. 😢

Ok ket me know if i can help !!

Is there anyway I can remain at the welder sub job I held until the new project is in?  I don't wanna screw anyone over though. Or maybe someone else want TLO & I could remain in 1spot until Jan??

You won't be able to go



Hey j-aye-dog. I am l-37 & need



# EXHIBIT 10

On 1-24-19
Paid 10 hrs but
relieved g. (communication
issues) +

R&W balance of shift

| Ford Motor Company | **Disciplinary Action Report** | | SHIFT 2 | DISPOSITION BY: FOREMAN ☑ | LABOR RELATIONS ☐ | DATE 1/25/19 |
|---|---|---|---|---|---|---|

| SOCIAL SECURITY OR BADGE NO. | NAME | PLANT |
|---|---|---|

| COMPANY SENIORITY | CLASSIFICATION | | DEPT. NO. |
|---|---|---|---|

**PRESENT CHARGE**
FAILURE TO FOLLOW INSTRUCTIONS

| EMPLOYE DESIRES UNION REPRESENTATION | YES ✓ | NO | EMPLOYE'S SIGNATURE (IF NO) |
|---|---|---|---|

**PENALTY AND DATE ASSESSED**
R&W + BALANCE OF THE SHIFT

**FOREMAN'S SIGNATURE**

COMMITTEEMAN SHOULD SIGN HERE IF HE RECEIVED NOTIFICATION OF THIS ACTION

LABOR RELATION'S REPRESENTATIVE SIGNATURE

**FACTS SUPPORTING CHARGE (LIST IN DETAIL) - ATTACH ADDITIONAL FORM IF MORE SPACE NEEDED**

EMPLOYEE WAS TOLD MULTIPLE TIMES BY MYSELF WITH THE UNION ABOUT JPH AND NOT WORKING TO HER ABILITY (SITTING DOWN NOT WORKING, EXTENDED BREAKS, WALKING OFF THE JOB ROUTINE OVER CYCLES). EMPLOYEE MISSED PRODUCTION BY 32 (JOBS OR PARTS) ON 1/24/19 EMPLOYEE WILL RECIEVE R&W AND BALANCE OF THE SHIFT

ND REL
PR 91    4600   (Previous editions may not be used)

UNION COPY

Employee was told multiple times by myself with the Union about JPH and not working to her ability Sitting down.. not working, extended breaks, walking off the job routine. Over cycles. Employee missed production by 32 Jobs on 1/24/19

Visit Summary Report



## Ford Motor Company
**OHSIM** Occupational Health and Safety Information Management System

### Visit Summary Report

Report Requester: James Miller

Report Print Date:05/27/2021

| | | | |
|---|---|---|---|
| **Visit Number:** | 3313-2019-00392 | **Visit Type:** | Personal |
| **Original Visit Number:** | 3313-2019-00392 | **Attachment:** | N |
| **Person's Name:** | TAMARA L SOBOLEWSKI | **Primary ID** | XXX-XX-0404 |
| **Worker's Comp to Review:** | Y | **Worker's Comp Code:** | 2 |
| **Visit Date and Time In:** | 01/29/2019 07:47:00 | | |

---

### Subjective

**Person Statement:** EE to medical with union rep Brian Maust and process coach Shawn Ray. EE requested to speak to this nurse privately. She stated she was a half an hour late to work this morning and she feels due to this she is being questioned about her performance yesterday and she is feeling anxious that her job is in jeopardy. (Melanie Meyer, RN, BSN, COHN-S 01/29/2019 8:10)

**Updated Medication History:** No

**Updated Allergy History:** No

**Updated Immunization History:** No

---

### Objective

**Clinical Observation:** EE is tearful. She states that she does not look at things like the rest of the world. BP 116/70, P 90. EE continues to be tearful. Union rep came back to check on her and they discussed the fact that she is unable to keep up on her job where as another female EE who does the same job is able to produce the numbers that the job requires with is 49.5 in a shift. EE requesting some time to meditate. Union rep stated he would be back in 10 min (Melanie Meyer, RN, BSN, COHN-S 01/29/2019 8:14)

---

### Assessment

| Laterality | Body Part | Diagnosis | Primary |
|---|---|---|---|
| | | Acute stress reaction | Yes |

---

### Plan/Treatment

**Plan:** EE taken to back room for some quiet time which she requested. (Melanie Meyer, RN, BSN, COHN-S 01/29/2019 8:15)

Left at approx. 08:15 with Brian Maust union rep. (Melanie Meyer, RN, BSN, COHN-S 01/29/2019 15:23)

| *Visit Outcome* | | |
|---|---|---|
| **Visit Outcome:** | Fit for Work | **Government Reporting :**  No |
| **Revisit Required:** | No | |
| **Date and Time Out:** | 01/29/2019 08:15 | |

didn't meet rate
In 9 hrs
pd. 10

# RECORD OF ORAL DISCUSSION

Grievance No. **CC 343731**

(1)

**(For Use Only if Matter is Not Resolved in Initial Oral Discussion with Employe's Foreman)**

| Unit | | | | | | | |
|------|--|--|--|--|--|--|--|
| 6-mf | Local 2-2? | Department No. 1315 | | | Current Date 1-29-2019 | | |
| | | | | | Date of Violation 1-28-2019 | | |
| Name of Aggrieved Employe* | Classification | | Shift | | Badge or Social Security No. | Seniority | |
| Tamla Sulewski | Welder/svc | | 1st | | 000887071 | 10492 | |
| Name of Protested Employe* | Classification | | Shift | | Badge or Social Security No. | Seniority | |

Nature of Complaint and Adjustment Requested   4.3 Disip/Prog. 4.7/1??

→ "Denied. Employee walked past Doug Keith (launch tech) — in the area with a radio. Also, the relief had no bearing on production numbers."

See Attached Sheet

| Aggrieved's Signature* | Committeeman's Signature |
|------------------------|--------------------------|
| | |

Acknowledgement that oral discussion was  Requested on _____ and held on _____
(Date)          (Date)

Foreman's Signature

2-11-19  1-866-893-0576          LM: 2-11-19 1:45pm Elyria Medicln ice Dr. Onyenek
30-days(?)→4-2-19(?)                    fax
                                        address
# SECOND ORAL DISCUSSION

1) 1:38 Absent/Illness/Injury April 2, 2019 /Conf# A449378  Denise Wedeman-933-1071

Acknowledgement that oral discussion was: Requested on _____ 2-5-19 _____ and held on _____   | 1-800-
(Date)          (Date)                                                                                         | 298-
                                                                                                               | 2444

Operator was sitting down & not staying on work station.

Company Representative's Signature
Mike Wyatt

I wish to appeal this grievance to the Second Stage  [X]

| Committeeman's Signature | Received by Company Representative | Date |
|--------------------------|-----------------------------------|------|
| | | |

Shawn Salmons

RECEIVED BY: LINDA LYNCH

*If more than one, attach list

S. Salmons  DATE: 2/5/19
D. Maust

(QUADRUPLICATE FORM)          TEAR OUT CARBONS AND COMPLETE REVERSE SIDE

| UNION GRIEVANCE CC343731 |
|---|
| **Nature of Grievance**: Disciplinary Action |
| **Violating** Article 4 Sections 3 |
| Content:<br> #1 "DENIED.  Employee walked past (Doug Keith) Launch Coordinator in the area with a radio.  Also the relief had no bearing on production number."<br>(signed Shawn Ray) ← A Supervisor in the Department<br>01-29-2019<br><br>#2  "Denied.  Operator was sitting down and not staying on workstation."<br>(signed Mike Wyatt)← Department Superintendent<br>02-15-2019 |
| Grievance **processed by**: UAW Representation (district) Salmons<br>Grievance **submitted to**: Meeka Hughes |

10: 50 am

# Disciplinary Action Report

| | |
|---|---|
| GLOBAL ID NO. | 887871 |
| COMPANY SENIORITY | 10/19/1992 |
| NAME | Sobolewski, T |
| CLASSIFICATION | Assembler |
| SHIFT | 2 |
| DISPOSITION BY: FOREMAN □ LABOR RELATIONS ☑ | OtHd |
| PLANT | |
| DATE | 1/31/19 |
| DEPT. NO. | 135 |

PRESENT CHARGE
Failure to follow

PENALTY AND DATE ASSESSED
RW + 1 Week

FOREMAN'S SIGNATURE

EMPLOYEE DESIRES
UNION
REPRESENTATION — YES ☑ NO □

COMMITTEEMAN SHOULD
SIGN HERE IF HE RECEIVED
NOTIFICATION OF THIS ACTION

EMPLOYEE'S SIGNATURE (IF NO.)

LABOR RELATION'S REPRESENTATIVE SIGNATURE
Richard Omard

FACTS SUPPORTING CHARGE (LIST IN DETAIL - ATTACH ADDITIONAL FORM IF MORE SPACE NEEDED)

EE jumped onto another operator's job
stating that her supervisor told her it
was fine. He did not give her permission.

She was told to report to Labor + did
not report. Time will be scored from Bos 1/31 to 2/6
RTW 2/7/19

IND. REL.
MAR 09    4600  (Previous editions may not be used)                    LABOR RELATIONS COPY

# GRIEVANCE RECORD

(2nd Stage — Building)

Building or Unit _ONE_

Date of Origin _1-29-19_     Local No. _2000_

Grievance # _CC 34373 1_

Date this Grievance _2-5-19_

Disposition from employe grievance _See Attatched_

By Foreman

Employe, Name, Badge, Dept. _Tamra Sobolewski_

Violation of Article _4_ Section _3_

Nature of Grievance _Disciplinary Action_

Statement of Case _See Attatched_

Signed (Building Comm.) _Bennett, Donovan, Wells, Mavst, Slutmans_

Disposition by L. R. D.

Form F-2 — 2.5C Pads — 2/97

PRINTED IN U.S.A.

Signed (L. R. D. Rep.) _Richa Hughes_

Date _2-5-19_

All Grievances Must Be "Date Stamped" By Co. Reg. On Date Presented

Date: 01/29/2019                                              Grievance No. CC343731

Name of Aggrieved Employee: Sobolewski, Tamra               Global ID: 000887871

Protested Employee:                                          Management

Violation: Article 4:3 (Disciplinary Action)


Statement of Case:

The operator works in the newly created 7A cell in which the union and management are still in discussion on the expected JPH. They are given a number of approximately 360 and complete that within the 10 hr. shift.

On 1/25/2019 management held a hearing claiming that the operator had missed her production number the previous day by 32 parts. Upon further investigation the union has found that the entire cell did not meet production due to the fact that there was a miscommunication on the relief schedule. The employees were mistakenly sent home an hour early. Had this not occurred, the operator would have had the chance to meet her production number for the day. The employee also does not have a working group leader call light or any means of getting ahold of someone in the event of machine break downs, or requests for bathroom breaks. When these scenarios occur, the only option the employee has is to walk off the line and look for someone or to wait for somebody to notice the breakdown.

Adjustment Requested: The union is requesting 6hrs overtime and penalty removed and to be made whole.


*Union reserves the right to add additional facts at a later date.

# UNION GRIEVANCE

(GRIEVANCE STARTING SECOND STAGE ONLY)

GRIEVANCE _351311 4_

Bldg. or Unit _____ Local No. _2000_

_1-5-2019_

| | |
|---|---|
| Employee Name _Tamra Sobolewski_  Badge No. _0058787 1_ | Date Stamp Submission |
| Shift _2nd_  Seniority _10-19-92_  Dept. _1315_ | |
| Classification _Welder / sub_ | |
| Employee Signed: _____ | |

Not necessary to fill in enclosed space when Grievance concerns Union Rights ONLY

Nature of Grievance _Disciplinary action_

Violation of Article _4_ _____ Section _3_

Statement of Case _EE had refused to ___ workers with ___ ___ ___ and had removed to ___ ___ ___ ___ much ___ ___ had no ___ ___ ___ ___ and no ___ ___ ___ ___ is harsh and unjust as there no ___ ___ caused to the company_

The Adjustment Requested: _The ___ ___ ___ ___ be removed and EE had lost money to be made whole, out time is 49 hr._

Signed (Bargaining Committee) _____

| Date Stamp Disposition | Disposition by Company |
|---|---|
| | _S. Salmons_ RECEIVED BY: LINDA LYNCH DATE: _3/5/19_ _B. Maust_ |
| | (Signed) _____ |
| | (Company Representative) |

Date _____

All Grievances Must Be "Date Stamped" by Company Representative on Date Presented and Disposed

WHITE - ORIGINAL — CANARY - DUPLICATE — PINK - TRIPLICATE — GOLD - QUADRUPLICATE    FORM F2-A - REVISED 3/06

| UNION GRIEVANCE SS13119 |
|---|

**Nature of Grievance**: Disciplinary Action

**Violating** Article 4 Sections 3

Content:

EE had traded operations with another operator and had planned on switching back at lunch neither operators had an issue with the change and no production was lost.  The penalty is harsh and unjust as there no disadvantage caused to the Company.

The requested adjustment – the union requests penalty be removed and EE paid lost money to be made whole.  Lost time is 48 hrs.

Grievance **written by**: UAW Representation (district) Salmons

Grievance **submitted to**: UAW Unit Committee Bennett, Donovan, Maust, Wells

(Ford) **Disciplinary Action Report**

| SH-FT 2 | DISPOSITION BY: FOREMAN □ | PLANT OHAP | LABOR RELATIONS ☒ | DATE 2/7/19 |

CORAL I.D. NO. **80-7871**
NAME **Sostolewski, T**

COMPANY SENIORITY **10/9/1992**
CLASSIFICATION **Assembler**
DEPT. NO. **1315**

PRESENT CHARGE
**Impeding Production**

EMPLOYEE DESIRES UNION REPRESENTATION □ YES ☒ NO

EMPLOYEE'S SIGNATURE (IF NO)
*[signature]*

PENALTY AND DATE ASSESSED
**Disqualification**

COMMITTEEMAN SHOULD SIGN HERE IF HE RECEIVED NOTIFICATION OF THIS ACTION

EE sent home @ 2:00pm w/ pay as part of discipline.

LABOR RELATIONS REPRESENTATIVE SIGNATURE
*Aruna O'Donald*

RTW 2/11/19

FOREMAN'S SIGNATURE
*[signature]*

ACTS SUPPORTING CHARGE (LIST 'N DETAIL - ATTACH ADDITIONAL FORM IF MORE SPACE NEEDED

EE failed to maintain job on 2/7/19 -
walked off job multiple times, talking to coworkers
while job is running & not performing work, failing
to load parts while light is green & waiting. May it is
red. EE provided no rationale for why one could not
maintain job. Previous conversations held about pre - DB
w/ union vep & SVP.
Disqualified from class effective 2/7/19. Will go to available
work -

"Waiting till Red?" — literally all safety light sensors
Sense presence of HUMAN & will immediately HAULT
ROBOT!

1111                                            09:18:23 a.m.     02-19-2019        3/5

SOBOLEWSKI TAMARA  ST00368897

# Disability Benefit Claim Form

## PHYSICIAN'S STATEMENT



**UNICARE.**
Dearborn Service Center
PO Box 4479
Dearborn, MI 48126
Phone: 800-572-1581
Fax: 855-318-3193 or 855-319-3319 or 855-318-3194

---

**SECTION 2: TO BE COMPLETED BY THE PHYSICIAN**

**NOTICE TO PHYSICIAN:**
Completion of this form will assist your patient in presenting their claim for benefits under Ford's disability program. Please complete all areas of this form. If a question is not applicable, please enter N/A in the response area. _Please print legibly._ You may also call UniCare with this information.

| ¹ Patient name (last, first) | ² Patient Birthdate (MM/DD/YYYY) |
|---|---|
| SOBOLEWSKI, TAMARA | 09/14/1970 |

| ³ Primary disabling diagnosis (ICD Code) | ⁴ Secondary disabling diagnosis (ICD Code) |
|---|---|
| Depression | |

⁵ Other contributing factors/diagnoses (ICD Code) - These conditions may not disable patient from work, but may impact their recovery time

| ⁶ Last day of work (MM/DD/YYYY) | ⁷ First treatment date on/after their last day of work (MM/DD/YYYY) |
|---|---|
| 2/7/19 | 2/7/19 |

⁸ Is this patient totally disabled from working  ☑ Yes  ☐ No

**Note: If the patient can work with job related restrictions -
Please go to Section 2a (Box 31)**

⁹ Date of next scheduled appointment (MM/DD/YYYY)
2/20/19

| ¹⁰ First day of disability (MM/DD/YYYY) | ¹¹ Disability end date (MM/DD/YYYY) |
|---|---|
| 2/7/19 | 2/28/19   3/1/19 |

¹¹ Note: This is an estimated date. If the date is unknown, please use next scheduled appointment date. _Payment may be delayed if an estimated date is not provided._

| ¹² Disability is due to | ¹³ Date accident/injury occurred (if applicable) (MM/DD/YYYY) | ¹⁴ Is this a work related accident/injury |
|---|---|---|
| ☑ Illness  ☐ Injury  ☐ Maternity | | ☐ Yes  ☑ No |

¹⁵ Provide the details of the accident/injury (if applicable)     N/A

¹⁶ Provide any subjective medical findings identified during the course of examination that supports the patient's inability to work
Severe Depression

¹⁷ History of present illness
48 y.o. female c history of Depression

¹⁸ Provide all objective findings relied upon to determine patient's inability to work. Include the results of any diagnostic tests performed and the date(s) of service. Objective medical findings are required to certify benefits.

_Examples: Diagnostic Imaging Results (X-Rays, MRI, CT scans), physical exam results, abnormal vital signs or lab results, other pertinent test results. If any test results are pending, please indicate above and include the type of test and the date when you expect to receive the results._

¹⁹ Treatment plan
SSRI
- Refer to Psychiatrist for further Eval.

SOBOLEWSKI TAMARA  ST00368897

# Disability Benefit Claim Form

## PHYSICIAN'S STATEMENT



UNICARE.
Dearborn Service Center
PO Box 4479
Dearborn, MI 48126
Phone: 800-572-1581
Fax 855-318-3193 or 855-319-3319 or 855-318-3194

| SECTION 2: TO BE COMPLETED BY THE PHYSICIAN (CONTINUED) |
|---|

**20** Is the patient compliant with the prescribed treatment plan
☒ Yes  ☐ No        If No, please explain:

**21** Hospitalization Admission date (MM/DD/YYYY) *NO*
**22** Hospitalization Discharge date (MM/DD/YYYY) *NO*
**23** Name of Hospital (Name/City/State) *NO*

**24** Hospitalization in excess of 18 hours? ☐ Yes ☐ No *NO*
**25** Out-patient surgery? ☐ Yes ☐ No *NO*
**26** Date of surgery (MM/DD/YYYY) *NO*

**27** Surgery Type
**28** CPT Code(s)

**29** Physician Referrals (Name/specialty type/phone number): Dr. Hailer (Psychiatrist)

**30** Current medications, dosages, and start date if newly prescribed: — Zoloft  Kloligin

| SECTION 2a: COMPLETE THIS SECTION IF THE PATIENT CAN RETURN TO WORK WITH RESTRICTIONS |
|---|

If a Ford employee is partially disabled following a period of total disability or if the employee's condition(s) resulted only in partial disability and work restrictions are required, Ford Motor Company will attempt to accommodate the restrictions provided by a physician. Restrictions provided must be supported by objective medical findings in order for continued benefits to be considered.

**31** Is the patient able to return to work with job related restrictions  ☐ Yes ☐ No
Note: If patient is unable to work with job related restrictions, please go to box 36.

**32** Restrictions start date (MM/DD/YYYY)
**33** Restrictions end date (MM/DD/YYYY)

**34** Recommended restrictions

Note: If it will be necessary for the employee to work less than a standard work week, indicate the duration and hours.

**35** Medical findings relied upon to determine restrictions

| DISABILITY BENEFITS WILL NOT BE PAID WITHOUT ALL OF THE INFORMATION BELOW |
|---|

**36** Physician's Full Name and Medical Degree CHUKA UNYENEKE MD
**37** Physician's 9-digit Federal Tax ID or National Provider ID (NPI) number 46-1013389

**38** Physician's Full Address 1260 Abbe Road  ELYRIA OHIO 44035
**39** Physician's Telephone Number 440-866-0455
**40** Physician's Fax Number 440-281-8839

**41** Physician's Signature
**42** Date (MM/DD/YYYY) 2/20/19

# EXHIBIT 11

# Employee Discipline Information Report

Query: Previously Selected Employee(s)
Time Period: 2/12/2017 - 2/12/2019
Printed For: ssalmons
Printed On: 2/12/2019 12:23:43 PM

Employee Name: SOBOLEWSKI, TAMARA

Global ID: 887871

GPID: OV72BG62

Current Schedule Group: 0236-1310-1315-2-B

Ford Service Date: 19921019

Current Occ Code: 5400550

Current Occ Name: WELDER SUB ASSY

| Event Date | Event Code | Event Name | Action Completed Date | Action Code | Action Name | Shift-Crew | Waived Rep | Action Comment |
|---|---|---|---|---|---|---|---|---|
| 09/27/2018 | 29 | 29 - Improper Conduct-Disrespect Fellow Employee | 10/03/2018 | H | R&W + Two Weeks | 2 | N | EE behaved in a disrespectful way towards a coworker by entering his personal space, cursing at him, and physically touching him |
| 01/31/2019 | 19 | 19 - Failure to Follow Instructions-Plant Rules | 01/31/2019 | G | R&W + One Week | 2 | N | EE told a coworker that her supervisor told EE that they could switch jobs. EE did not have permission to switch jobs. After the supervisor discovered her on the wrong job, he instructed her to report to Labor. She did not report to Labor. |

# UNION GRIEVANCE
(GRIEVANCE STARTING SECOND STAGE ONLY)

GRIEVANCE __SS2719TS__

Bldg. or Unit __One__ _____ Local No. __1000__

__2-12-2019__

| | |
|---|---|
| Employee Name __Tymar Sobolewski__ Badge No. __000887871__ | Date Stamp Submission |
| Shift __2nd__ Seniority __10·19·92__ Dept. __1315__ | |
| Classification __Welder sub assly__ | |
| Employee Signed: __GFA)  Lane__ | |
| Not necessary to fill in enclosed space when Grievance concerns Union Rights ONLY | |

Nature of Grievance __Disciplinary Action__

Violation of Article __4__ _____ Section __3__

Statement of Case __EE contends that she was not feeling__
__well and preforming to the best of her ability.__
__EE was off for one week and needs additional__
__time to reacclimate to the job and__
__surroundings.__

The Adjustment Requested: __Penalty removed and to be made__
__whole__

Signed (Bargaining Committee) __Bennett, Donavan, Wells, Maust, Salmons__

| Date Stamp Disposition | Disposition by Company |
|---|---|
| | __S. Salmons__ |
| | RECEIVED BY: LINDA LYNCH |
| | DATE: __2/13/19__ |
| | __B. Maust__ |
| | (Signed) _____ |
| | (Company Representative) |

Date _____

All Grievances Must Be "Date Stamped" by Company Representative on Date Presented and Disposed
WHITE · ORIGINAL — CANARY · DUPLICATE — PINK · TRIPLICATE — GOLD · QUADRUPLICATE    FORM F2-A · REVISED 3/06    

| UNION GRIEVANCE SS2719TS |
|---|
| **Nature of Grievance**: Disciplinary Action |
| **Violating** Article 4 Sections 3 |
| Content:<br><br>EE contends that she was not feeling well and performing to the best of her ability.  EE was off for one week and needs additional time to reacclimate to the job and surroundings.<br><br>The requested adjustment – penalty removed and to be made whole. |
| Grievance **written by**: UAW Representation (district) Salmons<br>Grievance **submitted to**: UAW Unit Committee Bennett, Donovan, Maust, Wells |



| | |
|---|---|
| **UniCare Life & Health Insurance Company** <br> Dearborn Service Center <br> Disability Benefits Department | PO Box 4479 <br> Dearborn, MI 48126 <br> Tel:  800-572-1581 <br> Fax: 855-318-3193 |

February 14, 2019

TAMARA SOBOLEWSKI
1002 DAKOTA AVE
LORAIN, OH 44052

RE: Claim Number:  ST00368897

Subject: Notice to Hourly Employees Regarding Mental Health and Substance Abuse (MHSA) Claims - Important Information

As an hourly employee of Ford Motor Company, the disability benefits program under which you are claiming benefits is a self-funded plan provided by your employer.  Eligibility provisions, benefit levels, and procedural guidelines are determined by the United Auto Workers and Ford Motor Company through collective bargaining. UniCare acts as the claims processor of the program only and does not insure the benefits, unless you are in New York or New Jersey.  Provisions may differ in those states.

If your last day of work is on or after 11/23/15 when applying for Accident and Sickness (A&S) or Extended Disability (EDB) disability benefits due to a Mental Health and/or Substance Abuse (MHSA) condition you must adhere to the following eligibility requirements in order to have benefits covered:

  You must be under the care and treatment of a legally licensed doctor of medicine or osteopathy who is a specialist in Psychiatry within 90 calendar days of the first date of disability.

  If your claim has been reopened due to an ineffective return to work (3 months or less) you must be under the care and treatment of a legally licensed doctor of medicine or osteopathy who is a specialist in Psychiatry within  30 calendar days of your most recent date of disability.

  If your claim was initially filed for a condition unrelated to MHSA and you subsequently develop a disabling MHSA condition, you are required to seek care and treatment with a Psychiatrist within 90 calendar days from first diagnosis of MHSA condition.

Prior to the events described above, you are permitted to obtain treatment and certification of disability from any licensed and accredited mental healthcare provider. You must be compliant with the prescribed treatment plans.

At all times, employees must be compliant with the prescribed treatment plans.  If you fail to comply with the requirements described above, your benefits will terminate.

Please contact our office at (800) 572-1581 with the name and telephone number of your psychiatrist as soon as possible to avoid any interruption of benefits.

Sincerely,

S LYLES
Disability Benefits Department

Claim Processing Services by UniCare
The UAW and Ford Motor Company determine eligibility provisions, level of benefits and procedural guidelines through collective bargaining.  UniCare acts as the claims processor for the program only and does not insure the benefits

# UNION GRIEVANCE
(GRIEVANCE STARTING SECOND STAGE ONLY)

GRIEVANCE SS2|2|9TS

Bldg. or Unit ONE                    Local No. 2000

Date 2-18-2019

Employee Name Tamara Sobolewski        Badge No. 000887871

Shift 2nd        Seniority 10·19·92        Dept. 1315

Classification Welder sub ASS 1S

Employee Signed: Tamara Sobolewski

Date Stamp Submission

Not necessary to fill in enclosed space when Grievance concerns Union Rights ONLY

Nature of Grievance Harassment / Discrimination

Violation of Article 10                    Section 9

Statement of Case statement is on file w/ UAW Civil Rights

‡ Union reserves the right to add additional facts at a later date.

The Adjustment Requested:

Signed (Bargaining Committee) Bennett, Dunovan, Wells, Maust, Salmons

Date Stamp Disposition

Disposition by Company

RECEIVED BY: LINDA LYNCH
DATE: 2/18/19
— CIR JM Williams
B. Maust 2-4-19

(Signed) _____        (Company Representative)

Date _____

All Grievances Must Be "Date Stamped" by Company Representative on Date Presented and Disposed
WHITE - ORIGINAL — CANARY - DUPLICATE — PINK · TRIPLICATE — GOLD · QUADRUPLICATE        FORM F2-A - REVISED 3/06





Ford Motor Company
Human Resources

Ohio Assembly Plant
650 Miller Road
Avon Lake, Ohio 44012

**Tamara Sobolewski**
**1002 DAKOTA AVE.**
**LORAIN, OH 44052**

**Global ID#: 887871**

Dear Employee:

Our records reveal that **your Conditional Sick Leave of Absence expired on .** As stated in the instructions with which you were provided at the time you were granted this conditional leave, you were required to contact the Company at the time your leave expired. Your employment record will be automatically terminated with possible loss of seniority if you do not return to work within <u>five working days (excluding Saturdays, Sundays and Holidays) of the date of this letter.</u>

If your illness or disability prevents you from reporting for work <u>within the time stated above</u>, you must within such time either (1) report in person for referral to our Company Medical Section for their opinion of your expected date or return to work; or (2) telephone Labor Relations at (440) 933-1208 to inform the Company of your condition.

The Company may continue paying the cost of your group and hospital-surgical-medical insurance for a period not to exceed your seniority at the time your absence commenced. One of the requirements to be eligible for this extended coverage is that you be on approved medical leave. You are, therefore, reminded of the necessity of providing us with satisfactory medical evidence of disability immediately. Unless given such information, the Company cannot determine the status of your absence. Delay in obtaining approval of your leave may result in the stopping of Company payment for such insurance, causing you to pay the cost yourself or having your insurance lapse until you return to work.

If you comply with the aforementioned requirements you may be reinstated with full seniority at the time your physician releases you for work provided you have <u>also</u> presented satisfactory medical evidence covering your <u>entire period of absence</u>. This evidence should preferably be updated with Unicare by your personal physician and should contain a diagnosis of your illness and a statement as to how and why it prevented you from working. To be eligible for reinstatement, you must report to the Employment Office for work as soon as you are able to work and within the time limits specified in the collective bargaining agreement.

You may meet the eligibility requirements of an applicable retirement plan and thus qualify for retirement benefits, or you may be eligible for a separation payment under an applicable supplemental unemployment benefit plan. Retirement information may be obtained from your Personnel Benefits Representative; separation payment information from your Hourly Personnel Representative. <u>An application for a separation payment must be made (1) within 24 months from the commencement of disability; or (2) if later, on or before the 30th day following the last month for which you are eligible to receive an Extended Disability Benefit under the Group Life and Disability Insurance part of the Insurance Program.</u>

We trust this information will be of service to you and that you will experience an early recovery.

Human Resources
1-440-933-1208



CERTIFIED MAIL

C    ELAND
OH 440
25 FEB '19
PM 4 1

7017 1000 0001 1166 2384

FIRST-CLASS

US POSTAGE
$ 004.00⁰
02 1P
0001269204    FEB 25 2019
MAILED FROM ZIP CODE 44012



Ford Motor Company
Ohio Assembly Plant
650 Miller Road
Avon Lake, OH 44012

3/1/2018 delivery

44052-277002

199



**LOCAL** OHAP REPORT **2000**

2-25-19

## JOB BIDS

The following job bids are being posted:

**Tuesday, February 26th at 9:00am – Friday, March 1st at 9:00am:**

OH2873: Chassis – GU (5800099), $30.215, #2 shift, 1 Req.

OH2874: Garage – Inspector Final Line (05018090), $30.330, #2 shift, 1 Req.

OH2875: MP&L – GU (5800099), $30.215, #2 shift, 1 Req.

OH2876: Torque (Final) – GU (5800099), $30.215, #2 shift, 1 Req.

## LOCAL CONTRACT RESOLUTIONS

The cutoff date to submit Local Contract Resolutions is today:

**Monday, February 25, 2019**

## ON-SITE RX SAFETY GLASSES

A Representative will be on-site to service Safety Glasses (Orders and Repairs)

**Tuesday, February 26, 2019**

8am - 10am & 4pm - 6pm

- In the Main Cafeteria –

This service is available every 2nd and 4th Tuesday of the Month.

## PROFIT SHARING ELECTION

If you want to change or make a bonus election, you must take action by

**Wednesday, February 27, 2019 at 4pm.**

If you do not have a bonus election on file, your payment will be in cash. (Check or direct deposit)

Profit sharing payouts will use your last bonus election on file.

Make sure you are aware of what your selection is.

## OPEN ENROLLMENT FOR OLIP

Open Enrollment for the Optional Life Insurance Plan will be from **April 22 – May 31, 2019**.
We will have Reps in the plant to answer questions on a future date to be announced.

DEARBORN DISABILITY SERVICE CENTER
P.O. BOX 4479
DEARBORN, MI 48126          DATE: 02/27/2019          00616
1-800-572-1581

INSURED:      TAMARA SOBOLEWSKI
CLAIMANT:     TAMARA SOBOLEWSKI
GROUP NO:     145478   001H0236
GROUP NAME: FORD MOTOR COMPANY

# EXPLANATION OF BENEFITS

Illıııdıllıdıllıdıdıllıııpıllıdıııdılllıllıdıllıdıllıpılllıh
**********************MIXED AADC 440
696 1 MB 0.424                              2
TAMARA SOBOLEWSKI
1002 DAKOTA AVE
LORAIN OH 44052-2770

FOR INQUIRIES:
DEARBORN DISABILITY SERVICE CENTER
P.O. BOX 4479
DEARBORN, MI 48126
1-800-572-1581

If your employer pays any part of the premium for this coverage or if premiums are paid with your pre-tax dollars, Federal law requires that Social Security and/or Medicare tax be paid on sick pay received during the first six months of disability. We have deducted the employee share if applicable. Contributions must also be made by the employer. For more specific information regarding this law or its consequences consult your employer, attorney, or tax consultant.

Claim No: ST00368897        Incurred Date: 2/07/2019        Check Number: 0001678377        Send Out Code: E

Note: If there are any questions on this claim, please call or write to the claims department and refer to your Claim Number.

| DESCRIPTION | AMOUNT |
|---|---|
| THE BENEFIT DATES SHOWN BELOW INCLUDE AN ELIMINATION PERIOD OF   7 DAYS | |
| NO BENEFITS ARE PAYABLE DURING THE ELIMINATION PERIOD. | |
| BENEFIT PAID from  2/07/2019 thru  2/27/2019 | |
| GROUP SHORT TERM DISABILITY BENEFIT | $1,430.00 |
| FED TAX | $128.00 |
| MCR TAX | $20.74 |
| SS TAX | $88.66 |
| STATE TAX OH | $33.74 |
| COUNTY TAX LORAIN CITY | $14.30 |
| COUNTY TAX AVON LAKE CITY | $21.46 |
| **TOTAL:** | **$1,123.10** |
| SEVEN CALENDAR DAY NON-PAYABLE WAITING PERIOD APPLIED | |

DI4RC6



| | UniCare Life & Health Insurance Company<br>Dearborn Service Center<br>Disability Benefits Department | PO Box 4479<br>Dearborn, MI 48126<br>Tel: 800-572-1581<br>Fax: 855-318-3193 |
|---|---|---|

February 28, 2019

IMPORTANT INFORMATION REGARDING
THE STATUS OF YOUR MEDICAL LEAVE

TAMARA SOBOLEWSKI
1002 DAKOTA AVE
LORAIN, OH 44052

**APPROVAL DATES FOR YOUR DISABILITY CLAIM AND MEDICAL LEAVE OF ABSENCE**

Claim Number:  ST00368897

Dear TAMARA SOBOLEWSKI;

Your disability claim and medical leave of absence have been approved **through 03/01/2019.    This date may be different from the date your physician provided.**

**If you remain off work after the approved date of 03/01/2019,** evidence of continued disability must be provided by your physician and include objective medical findings to support your continued time off of work. Your physician can fax this information to us at (855) 318-3193.   **It is your responsibility to make sure UniCare receives this information from your physician.**   Once we receive the updated medical information, a determination will be made regarding eligibility for continued disability benefits.

**If we notify you that we have not received sufficient medical information to continue your leave,** your disability claim will end and UniCare will notify your plant to close your medical leave.

You are then expected to return to work on the first normal scheduled workday following the authorized period identified above. If you remain out of work beyond the authorized period identified above without satisfactory proof of your continuous disability, you will be considered AWOL (Absence Without Leave) and subject to a loss of seniority through the 10-day quit process, under Article VIII, Section 5(4).

If you have any questions, please contact us at 1-800-572-1581.

Sincerely,

Disability Benefits Department

### Claim Processing Services by UniCare

The UAW and Ford Motor Company determine eligibility provisions, level of benefits and procedural guidelines through collective bargaining.  UniCare acts as the claims processor for the program only and does not insure the benefits.

# OHAPpening Now

January/February 2019

## A Message from Jason Moore

Happy February everyone!  We are definitely in the middle of another beautiful Ohio winter...gotta love it!  Hopefully this latest edition of *OHAPpening Now* finds you well.  Your leadership team has been busy finishing up end of year 2018 business and getting a great start on 2019.  I'll share some specifics later in this article.  You've probably noticed the new publishing cadence that we've adopted...you'll see a new *OHAPpenning Now* edition every other month.  This should give us time to put together a quality communication, worthy of your valuable time and loaded with good information on how we are progressing as a plant.

First of all, a sincere "Thank You" for a great 2018.  OHAP achieved virtually all our major scorecard metrics, and your efforts have not gone unnoticed.  In 2019, we are off to a great start, finishing up a well planned line speed increase and achieving best ever FTT results.  I know many of you already know this, but there's been much movement throughout all the base departments, and not everyone is completely familiar with our metrics.  FTT, short for "first time through", is a common quality metric used to measure the performance of a process, product, or even a work station.  We express it in a percentage.  A higher number means more units being processed without repair, rework, or otherwise being routed off line.  Our FTT is improving across the board, at the end of Trim, at EOL (pre rolls/static/dynamic), even our CAL performance is routinely in the high 80's to low 90's.  The goal is 100% FTT...but the previously mentioned performance represents hard work by our Team Leaders and Base Operators.  This FTT performance allows us to keep non-budgeted overtime to an absolute minimum...a critical enabler to us making our financial commitment this year.

Our Skilled Trades men and women continue to impress me with our Maintenance Operating System performance, and how quickly they have adjusted to running our new automation cells in Body Shop, specifically the DOP and recently in sourced 7A sub-assembly.  Not only was the demolition and installation near flawless, the craftsmanship is readily apparent in the small details of how each was wired and piped.  JPH performance is at best ever levels, with our Paint Department far exceeding our planned GRR (get ready rate).

Ok, so how about our Veterans Appreciation Wall in the Cafeteria?  I know, it's awesome...and despite rumors to the contrary, I did not actually perform any of the work.  If you see any of our talented Carpenters...please thank them!  The vision to design this project and the technical skill to perform the installation can be entirely attributed to them.

If you recall, the playbook we use to run our manufacturing business is the "Ford Production System".  Last year, we focused on a couple key elements of FPS.

1. Establish standard Process Confirmation physicals, support our teams daily.
2. Establish 5S standard documentation at every base workstation.
3. Utilize OIS and expand the use of WES (work element sheets).

Our progress across all three areas of focus was significant and tangible.  As a result, we will add a couple more processes to our toolbox this year.  In 2019, our plan is to focus on the following.

1. Standardize and support daily "Results" meetings, led by the Superintendents.
2. Implement standard "Zone Boards".
3. Execute and cascade "Policy Deployment" to the Team Leaders.
4. Implement Six Sigma tools and DMAIC strategy at the Supervisor and Team Leader level.
5. Implement standard "Team Leader" and "Green Belt" training throughout the year.

If done as a team, focused on coaching, mentoring, and serving our employees with respect and humility, the 5 priority items listed above will help provide stability to our results and processes, and most of all, improve the environment we all work in.

In summary, we've got a busy year planned, and a tremendous amount of work out ahead of us.  If you see me on the plant floor, ask me about our 5 priority items, why they are important, and what I'm doing as your Plant Manager to advance our progress.

Thank you again for all you do to make Ohio Assembly Plant a great place to work!

# Days Calculator: Days Between Two Dates (My Age)

How many days, months, and years are there between two dates?

Count Days    Add Days    Workdays    Add Workdays    Weekday    Week №

From and including: **Monday, ████████ 1970**
To, but **not** including **Monday, March 4, 2019**

## Result: 17,703 days

It is 17,703 days from the start date to the end date, but not including the end date.

Or 48 years, 5 months, 18 days excluding the end date.

Or 581 months, 18 days excluding the end date.

This calculator ignores DST clock changes. To include them, use our World Time and Date Calculator and enter your location as the start and end location.

### Alternative time units

17,703 days can be converted to one of these units:

- 1,529,539,200 seconds
- 25,492,320 minutes
- 424,872 hours
- 17,703 days
- 2529 weeks
- 4850.14% of a common year (365 days)







| March 2019 |
| 3 days included |

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
|  |  |  |  |  | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 |  |  |  |  |  |  |

☐ = First day included (████ 1970)    ☐ = Last day included (Mar 3, 2019)

## Make a New Calculation

- Make adjustment and calculate again
- Start again with a new calculation between two other dates
- New calculation, with both date and time included



**Time & Date Calculator App for iOS**
See how long remains before a deadline or exactly when those 30 days are up.

# Days Calculator: Days Between Two Dates  (My Seniority)

How many days, months, and years are there between two dates?

Count Days    Add Days    Workdays    Add Workdays    Weekday    Week №

From and including: **Monday, October 19, 1992**
To, but **not** including **Monday, March 4, 2019**

## Result: 9632 days

It is 9632 days from the start date to the end date, but not including the end date.

Or 26 years, 4 months, 13 days excluding the end date.

Or 316 months, 13 days excluding the end date.

This calculator ignores DST clock changes. To include them, use our World Time and Date Calculator and enter your location as the start and end location.

### Alternative time units

9632 days can be converted to one of these units:

- 832,204,800 seconds
- 13,870,080 minutes
- 231,168 hours
- 9632 days
- 1376 weeks
- 2638.90% of a common year (365 days)

### October 1992
13 days included

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|-----|-----|-----|-----|-----|-----|-----|
|     |     |     |     | 1   | 2   | 3   |
| 4   | 5   | 6   | 7   | 8   | 9   | 10  |
| 11  | 12  | 13  | 14  | 15  | 16  | 17  |
| 18  | 19  | 20  | 21  | 22  | 23  | 24  |
| 25  | 26  | 27  | 28  | 29  | 30  | 31  |

### November 1992
30 days included

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|-----|-----|-----|-----|-----|-----|-----|
| 1   | 2   | 3   | 4   | 5   | 6   | 7   |
| 8   | 9   | 10  | 11  | 12  | 13  | 14  |
| 15  | 16  | 17  | 18  | 19  | 20  | 21  |
| 22  | 23  | 24  | 25  | 26  | 27  | 28  |
| 29  | 30  |     |     |     |     |     |

### December 1992– February 2019
December 1992–February 2019:
9586 days included

### March 2019
3 days included

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|-----|-----|-----|-----|-----|-----|-----|
|     |     |     |     |     | 1   | 2   |
| 3   | 4   | 5   | 6   | 7   | 8   | 9   |
| 10  | 11  | 12  | 13  | 14  | 15  | 16  |
| 17  | 18  | 19  | 20  | 21  | 22  | 23  |
| 24  | 25  | 26  | 27  | 28  | 29  | 30  |
| 31  |     |     |     |     |     |     |

☐ = First day included (Oct 19, 1992)   ☐ = Last day included (Mar 3, 2019)

## Make a New Calculation

- Make adjustment and calculate again
- Start again with a new calculation between two other dates
- New calculation, with both date and time included



**Time & Date Calculator App for iOS**
See how long remains before a deadline or exactly when those 30 days are up.



LOCAL **OHAP REPORT** 2000
3-4-19

## **JOB BIDS**

The following job bids are being posted:

Monday, March 4th at 9:00am – Thursday, March 7th at 9:00am:

OH2877:  Garage – GU (5800099) $30.215, #3 shift, 1 Req.

OH2878:  Trim – GU (5800099), $30.215, #2 shift, 2 Req.

## **NATIONAL RESOLUTIONS – SUB-COUNCIL – CONVENTION**

Over the next couple of weeks, Members of your Structure
will be attending various National functions.
Herb Bennett will be managing National Resolutions this week when the
Resolution Committee convenes in Detroit this week.


Next week, your Bargaining team, along with the President and Skilled Trades Rep
will be attending Sub- Council and the Bargaining Convention.
They will be walking all National Resolutions that were presented from all Locals...
through the final process of moving these Resolutions to the National Negotiators.


We will also be weighing in on what are believed to the hot topics for
2019 National Negotiations.

DEARBORN DISABILITY SERVICE CENTER
P.O. BOX 4479
DEARBORN, MI 48126
1-800-572-1581

DATE: 03/06/2019          00692

INSURED:      TAMARA SOBOLEWSKI
CLAIMANT:     TAMARA SOBOLEWSKI
GROUP NO:     145478    001H0236
GROUP NAME: FORD MOTOR COMPANY

## EXPLANATION OF BENEFITS

FOR INQUIRIES:

DEARBORN DISABILITY SERVICE CENTER
P.O. BOX 4479
DEARBORN, MI 48126
1-800-572-1581

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*MIXED AADC 440
1092 1 MB 0.428                          3
TAMARA SOBOLEWSKI
1002 DAKOTA AVE
LORAIN OH 44052-2770

If your employer pays any part of the premium for this coverage or if premiums are paid with your pre-tax dollars, Federal law requires that Social Security and/or Medicare tax be paid on sick pay received during the first six months of disability. We have deducted the employee share if applicable. Contributions must also be made by the employer. For more specific information regarding this law or its consequences consult your employer, attorney, or tax consultant.

**Claim No: ST00368897      Incurred Date: 2/07/2019      Check Number: 0001681521      Send Out Code: E**

Note: If there are any questions on this claim, please call or write to the claims department and refer to your Claim Number.

| DESCRIPTION | AMOUNT |
|---|---|
| BENEFIT PAID  from  2/28/2019 thru  3/01/2019 | |
| GROUP SHORT TERM DISABILITY BENEFIT | $178.75 |
| FED TAX | $16.00 |
| MCR TAX | $2.59 |
| SS TAX | $11.08 |
| STATE TAX OH | $4.22 |
| COUNTY TAX LORAIN CITY | $1.79 |
| COUNTY TAX AVON LAKE CITY | $2.68 |
| **TOTAL:** | **$140.39** |

DI4RC6

21-118173

# RETURN TO WORK CERTIFICATION
## Ohio Assembly Plant

**TO BE COMPLETED BY THE EMPLOYEE**
*For an early departure, you are required to seek medical attention within 24 hours and have this form completed by your Health Care Provider and returned to the medical department prior to returning to work. Failure to submit a completed medical certification could result in disciplinary action for leaving the plant without permission, up to and including termination.*

First Name: TAMARA    Last Name: SOBOLEWSKI
SSN (Last 4): 0404    Supervisor: _____
Sign Out Date: 3/6/19    Sign Out Time: 10:27am

**TO BE COMPLETED BY HEALTH CARE PROVIDER**
*Your patient requested to early depart from work and reports that the absence from work is due to illness/injury. Please complete this form based on your medical knowledge, experience, and examination of the patient. Fax the completed form to our secure number: (440) 933-1040.*

Medical Facility: Avon Lake Back & N...    Type of Practice: Chiropractic
Address: 33398 Walker Rd.    Phone Number: 440-653-5220
Suite D    Fax Number: _____
Avon Lake, OH 44012

Treatment Date: 3-7-19    Treatment Time: 11:00 am
    Return to Work Date: _____

Diagnosis*: M54.5, M79.12, M99.15, M99.13
M99.12, M99.11

*Diagnosis is required for safe return to work*

Was the employee unable to complete his/her shift on this date due to this condition?
☑ Yes    ☐ No

Does the employee have any work restrictions?
☐ Yes    ☑ No

Restrictions: _____
_____
_____

Begin Date: _____    End Date: _____

MAR 11 2019 08:57 AM

**TO BE COMPLETED BY TREATING PHYSICIAN**
*Signatures are acceptable from physicians, physician's assistants, nurse practitioners, or chiropractors. Questions about acceptable signors may be directed to OHAP's medical department.*

Physician Name: Brad Vernallis, D.C.
Physician Signature: Brad Vernallis, D.C.    Date: 3-7-19

Ohio Assembly Plant Medical Department (OHAP)
650 Miller Road, Avon Lake, OH 44012
P: (440) 933-1201 F: (440) 933-1040

ICD-10-CM Diagnosis Code **M54.5**
Low back pain

ICD-10-CM Diagnosis Code **M79.12**
Myalgia of auxiliary muscles, head and neck

ICD-10-CM Diagnosis Code **M99.15**
Subluxation complex (vertebral) of pelvic region

ICD-10-CM Diagnosis Code **M99.13**
Subluxation complex (vertebral) of lumbar region

ICD-10-CM Diagnosis Code **M99.12**
Subluxation complex (vertebral) of thoracic region

ICD-10-CM Diagnosis Code **M99.11**
Subluxation complex (vertebral) of cervical region

**Muscle pain -** Also known as myalgia

**Subluxation -** A dislocation is an injury to a joint, a place where two or more bones come together, and the ends of your bones are forced from their normal positions. This painful injury temporarily deforms and immobilizes your joint.



**LOCAL** OHAP REPORT **2000**

3-11-19

## JOB BIDS

The following job bids are being posted:

Tuesday, March 12th at 9:00am – Friday, March 15th at 9:00am:

OH-2878  **Trim,  General Utility –2nd Shift (5800099) - $30.215  2 Req.**

OH-2879  **Body,  General Utility –2nd Shift (5800099) - $30.215  2 Req.**

OH-2880  **MP&L,  General Utility –2nd Shift (5800099) - $30.215  4 Req.**

## ON-SITE RX SAFETY GLASSES

A Representative will be on-site to service Safety Glasses (Orders and Repairs)

Tuesday, March 12th, 2019

8am - 10am & 4pm - 6pm

- In the Main Cafeteria –

This service is available every 2nd and 4th Tuesday of the Month.

## PROFIT SHARING ANNOUNCEMENT

Ford Motor Company reported 2018 North American 4th quarter financial results and full-year profits of $7.6 billion.

The Profit Sharing factor per compensated hour is $3.39

The Profit-Sharing payout is expected to average approximately $7,600 system-wide.

All eligible hourly members will receive their Profit Sharing payment

Thursday, March 14, 2019.

As a reminder, the Profit Sharing payment you elect to deposit into TESPHE will be the last bonus deposit election you made on myfordbenefits.com.

A Profit Sharing Q&A is located on the back of this bulletin



OVER

1 of 1

DEARBORN DISABILITY SERVICE CENTER
P.O. BOX 4479
DEARBORN, MI 48126
1-800-572-1581

DATE: 03/27/2019        00739

INSURED:     TAMARA SOBOLEWSKI
CLAIMANT:    TAMARA SOBOLEWSKI
GROUP NO:    145478   001H0236
GROUP NAME: FORD MOTOR COMPANY

# EXPLANATION OF BENEFITS

FOR INQUIRIES:
DEARBORN DISABILITY SERVICE CENTER
P.O. BOX 4479
DEARBORN, MI 48126
1-800-572-1581

********************MIXED AADC 440
1330 1 MB 0.428                          3
TAMARA SOBOLEWSKI
1002 DAKOTA AVE
LORAIN OH 44052-2770

If your employer pays any part of the premium for this coverage or if premiums are paid with your pre-tax dollars, Federal law requires that Social Security and/or Medicare tax be paid on sick pay received during the first six months of disability.  We have deducted the employee share if applicable.  Contributions must also be made by the employer.  For more specific information regarding this law or its consequences consult your employer, attorney, or tax consultant.

Claim No: ST00368897        Incurred Date: 2/07/2019        Check Number: 0001688654        Send Out Code: E

Note: If there are any questions on this claim, please call or write to the claims department and refer to your Claim Number.

| DESCRIPTION | AMOUNT |
|---|---|
| BENEFIT PAID from 3/02/2019 thru 3/26/2019 Ms. Brown* 4-4-19 | |
| GROUP SHORT TERM DISABILITY BENEFIT | $1,608.75 |
| FED TAX      10:52 Am | $144.00 |
| MCR TAX | $23.33 |
| SS TAX | $99.74 |
| STATE TAX OH      dated: waiting | $37.96 |
| COUNTY TAX LORAIN CITY      3-26- | $16.09 |
| COUNTY TAX AVON LAKE CITY      4-2 Appt. | $24.14 |
| case ST0036 8897 | |
| **TOTAL:** | $1,263.49 |

Ms. Lyles  X 102124 1425

# EXHIBIT 12



Ford Motor Company
Human Resources

Ohio Assembly Plant
650 Miller Road
Avon Lake, Ohio 44012

3/28/2019  not
include
29th

(1,2,3,4,8)

**Tamara Sobolewski**
**1002 DAKOTA AVE.**
**LORAIN, OH 44052**

Global ID#: 887871

Dear Employee:

Our records reveal that **your Conditional Sick Leave of Absence expired on 3/26/2019.**  As stated in the instructions with which you were provided at the time you were granted this conditional leave, you were required to contact the Company at the time your leave expired.  Your employment record will be automatically terminated with possible loss of seniority if you do not return to work within five working days (excluding Saturdays, Sundays and Holidays) of the date of this letter.

If your illness or disability prevents you from reporting for work within the time stated above, you must within such time either (1) report in person for referral to our Company Medical Section for their opinion of your expected date or return to work; or (2) telephone Labor Relations at (440) 933-1208 to inform the Company of your condition.

The Company may continue paying the cost of your group and hospital-surgical-medical insurance for a period not to exceed your seniority at the time your absence commenced.  One of the requirements to be eligible for this extended coverage is that you be on approved medical leave. You are, therefore, reminded of the necessity of providing us with satisfactory medical evidence of disability immediately.  Unless given such information, the Company cannot determine the status of your absence. Delay in obtaining approval of your leave may result in the stopping of Company payment for such insurance, causing you to pay the cost yourself or having your insurance lapse until you return to work.

If you comply with the aforementioned requirements you may be reinstated with full seniority at the time your physician releases you for work provided you have also presented satisfactory medical evidence covering your entire period of absence.  This evidence should preferably be updated with Unicare by your personal physician and should contain a diagnosis of your illness and a statement as to how and why it prevented you from working.  To be eligible for reinstatement, you must report to the Employment Office for work as soon as you are able to work and within the time limits specified in the collective bargaining agreement.

Tanya
5days
from mail
date:
3/28/19
*recieved:
4-4-19

You may meet the eligibility requirements of an applicable retirement plan and thus qualify for retirement benefits, or you may be eligible for a separation payment under an applicable supplemental unemployment benefit plan.  Retirement information may be obtained from your Personnel Benefits Representative; separation payment information from your Hourly Personnel Representative.  An application for a separation payment must be made (1) within 24 months from the commencement of disability; or (2) if later, on or before the 30th day following the last month for which you are eligible to receive an Extended Disability Benefit under the Group Life and Disability Insurance part of the Insurance Program.

We trust this information will be of service to you and that you will experience an early recovery.

— Meeka @ HR OHAP
LM re: updating @ unicare
Dr. faxed 4/4/2019

Human Resources
1-440-933-1208



CERTIFIED MAIL™

CLEVELAND
OH 440
30 MAR '19
PM 2 L

7013 2630 0000 6046 7029

FIRST·CLASS

US POSTAGE
$ 004.00°
MAR 28 2019
MAILED FROM ZIP CODE 44012

02 1P
0001209204

Ford Motor Company
Ohio Assembly Plant
650 Miller Road
Avon Lake, OH 44012

44052-277002

199

**UNITED STATES**
**POSTAL SERVICE**

We Re Deliver for You!

Download Informed Delivery® APP
to manage your redeliveries.

**Sorry we missed you while you were out.**

Date: 4/1/19

The item was sent by Ford Motor Company

It was sent to: Tamara Sobolewski

At this address: 1002 Dakota Ave

**About the missed delivery:**

It was a:

_____ Package ✓ Letter _____ Large envelope

Available for pickup after:

Date: 4/1/19

This is the:

☑ First attempt ☐ Final notice

We'll hold on to it until: 10 days

For redelivery, scan the QR code
or go to usps.com/redelivery
and enter the barcode number
shown below.

**5293 0597 2605 7662**

**We have item/s for you which we could not deliver because:**

☐ It requires a payment of $_____ for:

_____ Postage due _____ Customs

☐ Receptacle full/item oversized
☐ No secure location available
☐ No authorized recipient available
☑ Signature required (Adult Signature items-must be 21+ years old)

☐ Other:_____

*Please see reverse for redelivery or pickup options.*

PS Form 3849, April 2018

# Said Abou Haidar, M.D.

223 Miller Road
Avon lake, OH 44012
440 930 2002
440 930 2085

## Lab Requisition Order Form

4/2/2019

Provider Account #

Patient's Name:
Sobolewski, Tamara

Date of Birth:  Medicare Number:  Insurance Information:
9/14/1970

Diagnoses:
Bipolar disorder, current episode mixed,
moderate, F31.62 (ICD-10)
Social phobia, generalized, F40.11
(ICD-10)

Ordering Clinician:
Said Abou Haidar, M.D.

signature

Instructions:

1)    CBC & Differential
2)    Comp Metabolic profile
3)    TSH
4)    Vit B12 and Folate levels
5)    Vit D (25 OH)

DEARBORN DISABILITY SERVICE CENTER
P.O. BOX 4479
DEARBORN, MI 48126
1-800-572-1581

DATE: 04/10/2019          00664

INSURED:      TAMARA SOBOLEWSKI
CLAIMANT:     TAMARA SOBOLEWSKI
GROUP NO:     145478   001H0236
GROUP NAME: FORD MOTOR COMPANY

# EXPLANATION OF BENEFITS

FOR INQUIRIES:

ldjlldjlllljldjdjldjlldjldjllddjldjllllllldlll
*********************MIXED AADC 440        5
1734 1 MB 0.428
TAMARA SOBOLEWSKI
1002 DAKOTA AVE
LORAIN OH 44052-2770

DEARBORN DISABILITY SERVICE CENTER
P.O. BOX 4479
DEARBORN, MI 48126
1-800-572-1581

If your employer pays any part of the premium for this coverage or if premiums are paid with your pre-tax dollars, Federal law requires that Social Security and/or Medicare tax be paid on sick pay received during the first six months of disability.  We have deducted the employee share if applicable.  Contributions must also be made by the employer.  For more specific information regarding this law or its consequences consult your employer, attorney, or tax consultant.

**Claim No: ST00368897**      **Incurred Date: 2/07/2019**      Check Number: **0001694400**      Send Out Code: **E**

Note: If there are any questions on this claim, please call or write to the claims department and refer to your Claim Number.

| DESCRIPTION | AMOUNT |
|---|---:|
| BENEFIT PAID  from  3/27/2019 thru  4/10/2019 | |
| GROUP SHORT TERM DISABILITY BENEFIT | $1,608.75 |
| FED TAX | $144.00 |
| MCR TAX | $23.33 |
| SS TAX | $99.74 |
| STATE TAX OH | $37.96 |
| COUNTY TAX LORAIN CITY | $16.09 |
| COUNTY TAX AVON LAKE CITY | $24.14 |
| **TOTAL:** | **$1,263.49** |

DI4RC6

DEARBORN DISABILITY SERVICE CENTER
P.O. BOX 4479
DEARBORN, MI 48126
1-800-572-1581

DATE: 04/17/2019                    00673

INSURED:      TAMARA SOBOLEWSKI
CLAIMANT:     TAMARA SOBOLEWSKI
GROUP NO:     145478   001H0236
GROUP NAME: FORD MOTOR COMPANY

## EXPLANATION OF BENEFITS

FOR INQUIRIES:
DEARBORN DISABILITY SERVICE CENTER
P.O. BOX 4479
DEARBORN, MI 48126
1-800-572-1581

***********************MIXED AADC 440
1898 1 MB 0.428                          5
TAMARA SOBOLEWSKI
1002 DAKOTA AVE
LORAIN OH 44052-2770

If your employer pays any part of the premium for this coverage or if premiums are paid with your pre-tax dollars, Federal law requires that Social Security and/or Medicare tax be paid on sick pay received during the first six months of disability.  We have deducted the employee share if applicable.  Contributions must also be made by the employer.  For more specific information regarding this law or its consequences consult your employer, attorney, or tax consultant.

Claim No: ST00368897        Incurred Date: 2/07/2019        Check Number: 0001696826        Send Out Code: E

Note: If there are any questions on this claim, please call or write to the claims department and refer to your Claim Number.

| DESCRIPTION | AMOUNT |
|---|---|
| BENEFIT PAID from 4/11/2019 thru 4/17/2019 | |
| GROUP SHORT TERM DISABILITY BENEFIT | $715.00 |
| FED TAX | $64.00 |
| MCR TAX | $10.37 |
| SS TAX | $44.33 |
| STATE TAX OH | $16.87 |
| COUNTY TAX LORAIN CITY | $7.15 |
| COUNTY TAX AVON LAKE CITY | $10.73 |
| **TOTAL:** | **$561.55** |

DI4RC6



UniCare Life & Health Insurance Company
Dearborn Service Center
Disability Benefits Department

PO Box 4479
Dearborn, MI 48126
Tel:  800-572-1581
Fax: 855-318-3193

April 18, 2019

IMPORTANT INFORMATION REGARDING
THE STATUS OF YOUR MEDICAL LEAVE

TAMARA SOBOLEWSKI
1002 DAKOTA AVE
LORAIN, OH 44052

**APPROVAL DATES FOR YOUR DISABILITY CLAIM AND MEDICAL LEAVE OF ABSENCE**

Claim Number:  ST00368897

Dear TAMARA SOBOLEWSKI;

Your disability claim and medical leave of absence have been approved **through 04/30/2019.**  **This date may be different from the date your physician provided.**

**If you remain off work after the approved date of 04/30/2019,** evidence of continued disability must be provided by your physician and include objective medical findings to support your continued time off of work. Your physician can fax this information to us at (855) 318-3193.  **It is your responsibility to make sure UniCare receives this information from your physician.**   Once we receive the updated medical information, a determination will be made regarding eligibility for continued disability benefits.

**If we notify you that we have not received sufficient medical information to continue your leave,** your disability claim will end and UniCare will notify your plant to close your medical leave.

You are then expected to return to work on the first normal scheduled workday following the authorized period identified above. If you remain out of work beyond the authorized period identified above without satisfactory proof of your continuous disability, you will be considered AWOL (Absence Without Leave) and subject to a loss of seniority through the 10-day quit process, under Article VIII, Section 5(4).

If you have any questions, please contact us at 1-800-572-1581.

Sincerely,

Disability Benefits Department

### Claim Processing Services by UniCare

The UAW and Ford Motor Company determine eligibility provisions, level of benefits and procedural guidelines through collective bargaining.  UniCare acts as the claims processor for the program only and does not insure the benefits.

1 of 1

DEARBORN DISABILITY SERVICE CENTER
P.O. BOX 4479
DEARBORN, MI 48126
1-800-572-1581

**DATE:** 04/24/2019          00695

INSURED:      TAMARA SOBOLEWSKI
CLAIMANT:    TAMARA SOBOLEWSKI
GROUP NO:    145478   001H0236
GROUP NAME: FORD MOTOR COMPANY

# EXPLANATION OF BENEFITS

սիրդիկդերիկիզեղիկիկդերկիկիլիկրրդերիդիկիկդեկ
********************MIXED AADC 440
491 1 MB 0.428                            1
TAMARA SOBOLEWSKI
1002 DAKOTA AVE
LORAIN OH 44052-2770

FOR INQUIRIES:

DEARBORN DISABILITY SERVICE CENTER
P.O. BOX 4479
DEARBORN, MI 48126
1-800-572-1581

If your employer pays any part of the premium for this coverage or if premiums are paid with your pre-tax dollars, Federal law requires that Social Security and/or Medicare tax be paid on sick pay received during the first six months of disability. We have deducted the employee share if applicable. Contributions must also be made by the employer. For more specific information regarding this law or its consequences consult your employer, attorney, or tax consultant.

**Claim No:** ST00368897      **Incurred Date:** 2/07/2019      **Check Number:** 0001699182      **Send Out Code:** E

Note: If there are any questions on this claim, please call or write to the claims department and refer to your Claim Number.

| DESCRIPTION | AMOUNT |
|---|---|
| BENEFIT PAID from 4/18/2019 thru 4/24/2019 | |
| GROUP SHORT TERM DISABILITY BENEFIT | $715.00 |
| FED TAX | $64.00 |
| MCR TAX | $10.37 |
| SS TAX | $44.33 |
| STATE TAX OH | $16.87 |
| COUNTY TAX LORAIN CITY | $7.15 |
| COUNTY TAX AVON LAKE CITY | $10.73 |
| | |
| **TOTAL:** | **$561.55** |

DHCLD001 CDMB 20190425804 J916 (DMA)
20190424 000695 Env (4911) of 1

1 of 1

DEARBORN DISABILITY SERVICE CENTER
P.O. BOX 4479
DEARBORN, MI 48126
1-800-572-1581

DATE: 05/01/2019          00673

INSURED:      TAMARA SOBOLEWSKI
CLAIMANT:     TAMARA SOBOLEWSKI
GROUP NO:     145478   001H0236
GROUP NAME: FORD MOTOR COMPANY

## EXPLANATION OF BENEFITS

*******************MIXED AADC 440
954 1 MB 0.428                                3
TAMARA SOBOLEWSKI
1002 DAKOTA AVE
LORAIN OH 44052-2770

FOR INQUIRIES:
DEARBORN DISABILITY SERVICE CENTER
P.O. BOX 4479
DEARBORN, MI 48126
1-800-572-1581

If your employer pays any part of the premium for this coverage or if premiums are paid with your pre-tax dollars, Federal law requires that Social Security and/or Medicare tax be paid on sick pay received during the first six months of disability. We have deducted the employee share if applicable. Contributions must also be made by the employer. For more specific information regarding this law or its consequences consult your employer, attorney, or tax consultant.

Claim No: ST00368897        Incurred Date: 2/07/2019        Check Number: 0001702258        Send Out Code: E

Note: If there are any questions on this claim, please call or write to the claims department and refer to your Claim Number.

| DESCRIPTION | AMOUNT |
|---|---|
| BENEFIT PAID from 4/25/2019 thru 4/30/2019 | |
| GROUP SHORT TERM DISABILITY BENEFIT | $536.25 |
| FED TAX | $48.00 |
| MCR TAX | $7.78 |
| SS TAX | $33.25 |
| STATE TAX OH | $12.65 |
| COUNTY TAX LORAIN CITY | $5.36 |
| COUNTY TAX AVON LAKE CITY | $8.05 |
| **TOTAL:** | **$421.16** |

# Days Calculator: Days Between Two Dates (Claim No. ST00368897 Duration)

How many days, months, and years are there between two dates?

**Count Days**    Add Days    Workdays    Add Workdays    Weekday    Week №

From and including: **Thursday, February 7, 2019**
To, but **not** including **Tuesday, April 30, 2019**

## Result: 82 days

It is 82 days from the start date to the end date, but not including the end date.

Or 2 months, 23 days excluding the end date.

This calculator ignores DST clock changes. To include them, use our World Time and Date Calculator and enter your location as the start and end location.

## Alternative time units

82 days can be converted to one of these units:

- 7,084,800 seconds
- 118,080 minutes
- 1968 hours
- 82 days
- 11 weeks and 5 days
- 22.47% of 2019

### February 2019
22 days included

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|-----|-----|-----|-----|-----|-----|-----|
|     |     |     |     |     | 1   | 2   |
| 3   | 4   | 5   | 6   | 7   | 8   | 9   |
| 10  | 11  | 12  | 13  | 14  | 15  | 16  |
| 17  | 18  | 19  | 20  | 21  | 22  | 23  |
| 24  | 25  | 26  | 27  | 28  |     |     |

### March 2019
31 days included

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|-----|-----|-----|-----|-----|-----|-----|
|     |     |     |     |     | 1   | 2   |
| 3   | 4   | 5   | 6   | 7   | 8   | 9   |
| 10  | 11  | 12  | 13  | 14  | 15  | 16  |
| 17  | 18  | 19  | 20  | 21  | 22  | 23  |
| 24  | 25  | 26  | 27  | 28  | 29  | 30  |
| 31  |     |     |     |     |     |     |

### April 2019
29 days included

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|-----|-----|-----|-----|-----|-----|-----|
|     | 1   | 2   | 3   | 4   | 5   | 6   |
| 7   | 8   | 9   | 10  | 11  | 12  | 13  |
| 14  | 15  | 16  | 17  | 18  | 19  | 20  |
| 21  | 22  | 23  | 24  | 25  | 26  | 27  |
| 28  | 29  | 30  |     |     |     |     |

☐ = First day included (Feb 7, 2019)    ☐ = Last day included (Apr 29, 2019)

## Make a New Calculation

- Make adjustment and calculate again
- Start again with a new calculation between two other dates
- New calculation, with both date and time included



**Time & Date Calculator App for iOS**
See how long remains before a deadline or exactly when those 30 days are up.

## Employee Discipline Information

Query: Previously Selected Employee(s)
Time Period: 8/01/2017 - 8/01/2019
Printed For: jbado
Printed On: 8/1/2019 9:29:51 AM

*from : John Bado upon my request*
*also ✱ 100 hrs shy for FMLA Qualifying*
*hrs*

Employee Name: SOBOLEWSKI, TAMARA          Global ID: 887871          GPID: OV72BG62

Current Schedule Group: 0236-1310-1315-2-J          Ford Service Date: 19921019

Current Occ Code: 0102660          Current Occ Name: ASSBLR BODY SHOP

| Event Date | Event Code | Event Name | Action Completed Date | Action Code | Action Name | Shift-Crew | Waived Rep | Action Comment |
|---|---|---|---|---|---|---|---|---|
| ① 09/27/2018 | 29 | 29 - Improper Conduct- Disrespect Fellow Employee | 10/03/2018 | H | R&W + Two Weeks | 2 | N | EE behaved in a disrespectful way towards a coworker by entering his personal space, cursing at him, and physically touching him |
| ③ 01/31/2019 | 19 | 19 - Failure to Follow Instructions- Plant Rules | 01/31/2019 | G | R&W + One Week | 2 | N | EE told a coworker that her supervisor told EE that they could switch jobs. EE did not have permission to switch jobs. After the supervisor discovered her on the wrong job, he instructed her to report to Labor. She did not report to Labor. |
| ④ 02/07/2019 | 31 | 31 - Impeding Production | 02/07/2019 | C | Disqualification | 2 | N | Supervisor watched EE fail to maintain job due to walking off job multiple times, talked with other EEs while on job but not performing work, and waiting to load parts in machine after ligh |
| ② 01/25/2019 | 19 | 19 - Failure to Follow Instructions- Plant Rules | 02/11/2019 | M | R&W + Balance of Shift | 2 | N | EE was told multiple times by myself with the union about JPH and not working to her ability. -Sitting down not working, extended breaks, walking off the job, multiple over cycles-. EE mi |

① 2 wks          ② Balance of Shift

③ 1 wk

④ 2 wks

⑤ Disqualification

# EXHIBIT 13







**Denise Dobis Velez**

You're right...we can't do 63 but the robots can

Normal work conditions, pace yourself and ask for help. You're human.

They already said no help

Nightshift has had help from day 1 til last night

It's unfair to you as a human being not to get consideration and the need for personal time & fatigue.

An extra gu (rick) helped every single day

You're right but you know they don't care

Nobody in the plant is even doing half of the number I am doing 960 is quite abit

But I am surviving

Just sore

They came up to me today and said Tamera was clocked at 60 jobs an hour

I said if Tamera was doing 60 an hour you wouldn't have tried so hard to get her off of the job

Oh my. I was tossed for literally impeding peoduction.



**·ıll Boost 🛜**　　　**2:40 PM**　　　@• 🕐 ▬)

**New Message**　　　<u>Cancel</u>

To: Chris Shaw

Aug 16, 2019, 12:51 PM

> Hey woman. Heard ur having trouble. If I didn't know better, it sounds like there's a target on women. What u thinkin?

I have to agree with you on that one

it was a hot mess yesterday. today a little better

Here is something funny not that you didnt work when you were over here they tried to say you were doing 60 jobs an hour all the time.

  Text Message 

      

▪▪▪ Boost 📶  **2:41 PM**  🔒 🕐 🔋

## New Message     Cancel

To: **Chris Shaw**

> 60 jobs an hour all the time.

instructed her to report to Labor. She did not report to Labor.

| | |
|---|---|
| N | Supervisor watched EE fail to maintain job due to walking off job multiple times, talked with other EEs while on job but not performing work, and waiting to load parts in machine after ligh |
| N | EE was told multiple times by myself with the union about JPH and not working to her ability.  -Sitting down not working, extended breaks, walking off the job, multiple over cycles-.  EE mi |

> I heard. And in return, I was disqualified. Now I'm scared to use restroom n bleed

Text Message

**▪▫▫ Boost 🌐**     **2:41 PM**     🔒 🕐 🔋

## New Message     <u>Cancel</u>

To: **Chris Shaw**

> I heard. And in return, I was disqualified. Now I'm scared to use restroom n bleed through my jeans. Wanna know a resolution? Just carry extra clothes in your car because we don't accommodate you women.

wow fight the good fight girl.

> We work together! It's all of us.

right alot fail to see or do that.

Text Message

  

      



**Ford Motor Company**
**Human Resources**

*Dated?*

**Ohio Assembly Plant**
650 Miller Road
Avon Lake, Ohio 44012

**9/3/2019**

**Tamara Sobolewski**
**1002 DAKOTA AVE.**
**LORAIN, OH 44052**

**Global ID#:  887871**

Dear Employee:

Our records show that **it has been five (5) or more working days since you last worked.** If you **DO NOT**, within five (5) working days (excluding Saturday, Sunday, and Holidays) from the above date, either report to the Hourly Personnel Office for work or give a satisfactory reason for your absence to the Hourly Personnel Office in writing or by telephone, **YOUR EMPLOYMENT WILL BE TERMINATED AND YOU WILL LOSE YOUR SENIORITY (unless it is impossible for you to comply with the above).**

If you are unable to work because of illness or injury, you must report to the Hourly Personnel Office within the time stated above, and you will be granted a sick leave of absence to cover the period of your disability upon presenting **satisfactory** medical evidence thereof.

To telephone, call **(440) 933-1203 or (440) 933-1215**. Be sure to request a call-in code number to verify your contact with the Hourly Personnel Office or Security.

*no answer)*
*left message*
Human Resources
1-440-933-1208

1) telephone
2) In person
3) In person on Friday        denied acess
                                                          But I've opened        recieved Unicare
delivered on 9-7-2019 (Saturday)   unicare claim              letter—

S      M      T      W      TH      F      S   (7)✓
            3      4      5      6        recieved
            1      2      3      4 ←      5-day notice
8   called   9   7AM  10   11      12      13      ESSP—In office
    Security      Go In                             BADO —  ⎫ IN
    to Meeka                                         DELGATO ⎬ LABOR
    5A                                                       ⎭ RELATION

left message                                         Meeka
no answer
I didn't request call-in code. & this letter non-standard



FIRST-CLASS



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL™

7013 2630 0000 6046 7272



Ford Motor Company
Ohio Assembly Plant
650 Miller Road
Avon Lake, OH 44012

44052-277002

199



**UniCare Life & Health Insurance Company**
Dearborn Service Center
Disability Benefits Department

PO Box 4479
Dearborn, MI 48126
Tel: 800-572-1581
Fax: 855-318-3193

September 6, 2019

TAMARA SOBOLEWSKI
1002 DAKOTA AVE
LORAIN, OH 44052

*Sent twice (2 times)*
*9/6/2019*

Claim Number: ST00368897

Dear TAMARA SOBOLEWSKI:      *appt not until 9-23-19*

The collectively bargained agreement between the UAW and Ford Motor Company, effective
November 19, 2007, requires UniCare to determine your eligibility for Social Security Insurance
Benefits (SSDIB). A review of your claim indicates that you have been disabled for 24 weeks. In
order to complete our evaluation, it is necessary for you to have your physician complete the
enclosed "Attending Physician's Statement for Social Security Review", and return it to our office
within 30 days of the date of this letter. *disability date onset =2-8-19*

This form will be <u>utilized to determine if you will be able to return to work within 12 months of your
disability onset date</u>. Should your physician state that you will be disabled in excess of 12 months,
or does not complete and return this form to UniCare, you will be required to apply for SSDIB using
the <u>collectively bargained Social Security advocacy process</u>.  Failure to comply with this process will
result in a reduction of your disability benefits. In the event that you are awarded SSDIB, your
Accident & Sickness Benefits (and Extended Disability Benefits) will be reduced by the amount of
any benefits you are eligible to receive.

If you have any questions regarding this process, please contact our office at (800) 572-1581 in
order to speak with your Care Coordinator, L WEBB.  We appreciate your cooperation.

Sincerely,      *Returned to work 4-19*

*went on Medical*
L WEBB                *4-19 Returned*
UniCare, Disability Benefits Department

Enclosure:
Attending Physician's Statement for Social Security Review

CLAIM PROCESSING SERVICES BY UNICARE



**UniCare Life & Health Insurance Company**
Dearborn Service Center
Disability Benefits Department

PO Box 4479
Dearborn, MI 48126
Tel:  800-572-1581
Fax: 855-318-3193

September 10, 2019

TAMARA SOBOLEWSKI
1002 DAKOTA AVE
LORAIN, OH 44052

RE: Claim Number:   ST00387723

Subject: Notice to Hourly Employees Regarding Mental Health and Substance Abuse (MHSA) Claims – Important Information

As an hourly employee of Ford Motor Company, the disability benefits program under which you are claiming benefits is a self-funded plan provided by your employer.  Eligibility provisions, benefit levels, and procedural guidelines are determined by the United Auto Workers and Ford Motor Company through collective bargaining. UniCare acts as the claims processor of the program only and does not insure the benefits, unless you are in New York or New Jersey.  Provisions may differ in those states.

If your last day of work is on or after 11/23/15 when applying for Accident and Sickness (A&S) or Extended Disability (EDB) disability benefits due to a Mental Health and/or Substance Abuse (MHSA) condition you must adhere to the following eligibility requirements in order to have benefits covered:     *open*
    You must be under the care and treatment of a legally licensed doctor of medicine or osteopathy who is a
       specialist in Psychiatry within 90 calendar days of the first date of disability. *(3months) 4-1-2019*
    If your claim has been reopened due to an ineffective return to work (3 months or less) you must be under the
       care and treatment of a legally licensed doctor of medicine or osteopathy who is a specialist in Psychiatry
       within  30 calendar days of your most recent date of disability.
    If your claim was initially filed for a condition unrelated to MHSA and you subsequently develop a disabling
       MHSA condition, you are required to seek care and treatment with a Psychiatrist within 90 calendar days
       from first diagnosis of MHSA condition.

Prior to the events described above, you are permitted to obtain treatment and certification of disability from any licensed and accredited mental healthcare provider. You must be compliant with the prescribed treatment plans.

At all times, employees must be compliant with the prescribed treatment plans.  If you fail to comply with the requirements described above, your benefits will terminate.

Please contact our office at (800) 572-1581 with the name and telephone number of your psychiatrist as soon as possible to avoid any interruption of benefits.

Sincerely,

*※CBA's treated w/in 30 days*
*① Last day worked 8/21/19*
*② Psychiatry        9/5/19*

L WEBB
Disability Benefits Department

Claim Processing Services by UniCare
The UAW and Ford Motor Company determine eligibility provisions, level of benefits and procedural guidelines through collective bargaining.  UniCare acts as the claims processor for the program only and does not insure the benefits

*Approval till 4-18-19*



**UniCare Life & Health Insurance Company**
Dearborn Service Center
Disability Benefits Department

PO Box 4479
Dearborn, MI 48126
Tel. 800-572-1581
Fax  855-318-3193

September 11, 2019

TAMARA SOBOLEWSKI
1002 DAKOTA AVE
LORAIN, OH 44052

*Sent twice (2 times)*

Claim Number: ST00368897

*Dr. Haidar unavailable until*
*next appt on 9/23/2019*

Dear TAMARA SOBOLEWSKI:

The collectively bargained agreement between the UAW and Ford Motor Company, effective
November 19, 2007, requires UniCare to determine your eligibility for Social Security Insurance
Benefits (SSDIB). A review of your claim indicates that you have been disabled for 24 weeks. In
order to complete our evaluation, it is necessary for you to have your physician complete the
enclosed "Attending Physician's Statement for Social Security Review", and return it to our office
within 30 days of the date of this letter.

This form will be utilized to determine if you will be able to return to work within 12 months of your
disability onset date. Should your physician state that you will be disabled in excess of 12 months,
or does not complete and return this form to UniCare, you will be required to apply for SSDIB using
the collectively bargained Social Security advocacy process.  Failure to comply with this process will
result in a reduction of your disability benefits. In the event that you are awarded SSDIB, your
Accident & Sickness Benefits (and Extended Disability Benefits) will be reduced by the amount of
any benefits you are eligible to receive.

If you have any questions regarding this process, please contact our office at (800) 572-1581 in
order to speak with your Care Coordinator, L WEBB.  We appreciate your cooperation.

Sincerely,

L WEBB
UniCare, Disability Benefits Department

Enclosure:
Attending Physician's Statement for Social Security Review

CLAIM PROCESSING SERVICES BY UNICARE

# EXHIBIT 14

# UNION GRIEVANCE

(GRIEVANCE STARTING SECOND STAGE ONLY)   GRIEVANCE BHO-01

04AP

6-26-14

Local No. 7000

Employee Name MYRA WILSON   Badge No. 000889897

Shift 3   Seniority 8-30-93   Dept. 7819

Classification ASSBLR

Employee
Signed:

*Not necessary to fill in enclosed space when Grievance concerns Union Rights ONLY*

Date Stamp Submission

Rec'd 6/26/14
7:19 Ok to expand
Ok to 6/26/14
7:18

Nature of Grievance UNjust Discipline / TERMINATION

Violation of Article IV   Section 3

Statement of Case

The Adju

See ATTached

The UNION reTAINS THE right To Add additional INFORMATION at a lATER Time.

The Adjustment Requested:

See ATtached

Signed (Bargaining Committee) Rowe, Beaver, Wills, Maust (Hughes)

Date Stamp Disposition   **Disposition by Company**

RECEIVED BY: LYNDA LYNCH
6/27/14

(Signed) B Hughes / B Maust
(Company Representative)

Date

All Grievances Must Be "Date Stamped" by Company Representative on Date Presented and Disposed

WHITE - ORIGINAL — CANARY

EMPLOYEE NAME: Myra Wilson

GID: 000889897

DATE: 6/26/14

GRIEVANCE NUMBER: BH0001

STATEMENT OF CASE:  The above aggrieved employee and the union are
protesting the unjust discipline to Myra Wilson.  On the day of 6/19/14 the
aggrieved employee was told she had (3) chargeable absences pending 6/16-
6/18 that she didn't have justification for.  She explained she was going back on
unicare benefits again and then asked for her committeeman.  Once her
committeemen got there they explained that she was going on unicare to justify
her absences.  The aggrieved in the meantime thought her committeemen had
everything taken care of so she left to go home.  The following day she went
back on unicare benefits and had ALL absences justified in question.  She then
came back to the plant Wednesday 6/25/14 and cleared her paperwork through
medical to make sure everything was ok.  The aggrieved employee did NOT
have a hearing with her respected union reps at no time during the process.

THE ADJUSTMENT REQUESTED:  The union and the aggrieved are
requesting that Myra Wilson be reinstated immediately, be paid lost time, penalty
removed, and that she be made whole.

****THE UNION RETAINS THE RIGHT TO ADD ADDITIONAL FACTS AND
INFORMATION AT A LATER DATE****



1 of 1

00702

DATE: 07/21/2014

DEARBORN DISABILITY SERVICE CENTER
P.O. BOX 4479
DEARBORN, MI 48126
1-800-372-1581

# EXPLANATION OF BENEFITS

INSURED:           MYRA J WILSON
CLAIMANT:          MYRA J WILSON
GROUP NO.:         143478    0011H0216
GROUP NAME:        FORD MOTOR COMPANY

FOR INQUIRIES:
DEARBORN DISABILITY SERVICE CENTER
P.O. BOX 4479
DEARBORN, MI 48126
1-800-372-1581

Send Out Code: E

MYRA J WILSON
4510 1 MB 0-535
MIXED AADC 440  21

MYRA J WILSON
1520 SHERBROOKE RD
SOUTH EUCLID OH 44121-2704

Check Number: 0001149871

If your disability payments are paid on this post receive information regarding this law or its consequences. We have deducted the employee share if applicable. Contributions must also be made by the employer. For more specific information regarding this law or its consequences, consult your employer, attorney(s), or tax consultant.

Incurred Date: 7/23/2013

Claim No: ST0821SI01

If there are any questions on this claim, please call or write to the claims department and refer to your Claim Number.

| DESCRIPTION | AMOUNT |
|---|---|
| BENEFIT PAID from  7/15/2014 thru  7/21/2014 | $675.00 |
| GROUP SHORT TERM DISABILITY BENEFIT | $2.99 |
| MCR TAX | $1.7 |
| SS TAX | $3.0 |
| STATE TAX OH | $469.0 |
| COUNTY TAX AVON LAKE CITY | $72. |
| ASSUMED SS | |
| AMOUNT TO ALTERNATE PAYEE (S) | |

TOTAL: | $112. |



1 of 1

00782

DATE: 07/21/2014

DEARBORN DISABILITY SERVICE CENTER
P.O. BOX 4479
DEARBORN, MI 48126
1-800-572-1581

INSURED: MYRA J WILSON
CLAIMANT: MYRA J WILSON
GROUP NO: 145478 00 1H0236
GROUP NAME: FORD MOTOR COMPANY

## EXPLANATION OF BENEFITS

FOR INQUIRIES:
DEARBORN DISABILITY SERVICE CENTER
P.O. BOX 4479
DEARBORN, MI 48126
1-800-572-1581

MIXED AADC 440   21

4910 1 MB 0-435
MYRA J WILSON
1520 SHERBROOK RD
SOUTH EUCLID OH 44121-2764

If your employer pays any part of the premium for the coverage or if premiums are paid with your pre-tax dollars, Federal law requires that Social Security and/or Medicare tax be paid on such pay received during the first six months of disability. We have deducted the employee share if applicable. Contributions must also be made by the employer. For more specific information regarding this law or its consequences consult your employer, attorney, or tax consultant.

Send Out Code: E

Claim No: ST00215101    Incurred Date: 7/23/2013    Check Number: 0001149871

Note: If there are any questions on this claim, please call or write to the claims department and refer to your Claim Number.

| DESCRIPTION | AMOUNT |
|---|---|
| BENEFIT PAID from 7/15/2014 thru 7/21/2014 | $675.00 |
| GROUP SHORT TERM DISABILITY BENEFIT | $2.99 |
| MCR TAX | $12.7 |
| SS TAX | $1.7 |
| STATE TAX OH | $5.0 |
| COUNTY TAX AVON LAKE CITY | $469.0 |
| ASSUMED SS | $72. |
| AMOUNT TO ALTERNATE PAYEE (S) | |
| | $112 |

TOTAL:

1 of 1

00827

DEARBORN DISABILITY SERVICE CENTER
P.O. BOX 4479
DEARBORN, MI 48126
1-800-572-1581

DATE: 07/28/2014

INSURED          MYRA J WILSON
CLAIMANT         MYRA J WILSON          001H0236
GROUP NO.        14547B
GROUP NAME       FORD MOTOR COMPANY

# EXPLANATION OF BENEFITS

FOR INQUIRIES:
DEARBORN DISABILITY SERVICE CENTER
P.O. BOX 4479
DEARBORN, MI 48126
1-800-572-1581

MIXED AADC 440                    23
5458 1 MB 0.435
MYRA J WILSON
1320 SHERBROOKE RD
SOUTH EUCLID OH 44121-2764

If your employer pays any part of the premiums for this coverage or if premiums are paid with your pre-tax dollars, Federal law requires that Social Security and/or Medicare tax be paid on the pay received during the first six months of disability. We have deducted the employee share if applicable. Contributions must also be made by the employer. For more specific information regarding this law or its consequences consult your employer, attorney, or tax consultant.

Claim No: 5700235101     Incurred Date: 7/23/2013     Check Number: 00011517166     Send Out Code: E

Note: If there are any questions on this claim, please call or write to the claims department and refer to your Claim Number.

| DESCRIPTION | AMOUNT |
|---|---|
| BENEFIT PAID from 7/22/2014 thru 7/28/2014 | $675 |
| GROUP SHORT TERM DISABILITY BENEFIT | |
| MCR TAX | $2 |
| SS TAX | $12 |
| STATE TAX OH | $1 |
| COUNTY TAX AVON LAKE CITY | $3 |
| ASSUMED SS | $46 |
| AMOUNT TO ALTERNATE PAYEE (S) | $7 |

TOTAL

REINSTATEMENT WAIVER
OHIO ASSEMBLY PLANT

| | | | |
|---|---|---|---|
| Name: | Myra Wilson | Date: | 8/20/2018 |
| Global ID: | 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 | GPID: | |
| Union: | Jason Williams | Company: | Ariel MacDonald |

**REINSTATEMENT DETAILS:** *Under conditions outlined below.*

| | | | |
|---|---|---|---|
| Classification: | Assembler | Department: | 1315 |
| Effective Date: | Monday, 8/20/2018 | Start Time/Shift: | 6:00 AM/2nd Shift |

In consideration of my reinstatement, without loss of seniority, as an employee of Ford Motor Company, I hereby agree as follows:

(a) I waive and release all rights, including back pay, which I may have for the period beginning with my termination and ending with my reinstatement.

(b) The time I have lost shall be counted as a disciplinary layoff for purposes of computing my vacation eligibility and any payment or benefit to which I am otherwise entitled.

(c) This reinstatement does not in any way condone the actions that resulted in my discharge and it w not retroactively convert my discharge to a disciplinary layoff.

(d) I shall be regarded, for disciplinary purposes, as being on probation for a period of 12 months and understand that I will not have access to the grievance procedure to protest the reasonableness o any penalty, including discharge, I may receive during this period for an infraction of Company ru misconduct.

(e) All absences must be prescheduled with my Process Coach

(f) I understand that all doctor notes must be submitted on the first day of return from an illness or Ford Medical Certification (5166) form and justified by the Plant Physician. The Plant Physician r approve all personal medical leave requests during the 12 month probationary period.

(g) I understand that all time off work due to layoff, any leave of absence, e.g. medical or personal and any other absence except paid vacation and excused absence allowance during the period waiver will extend the length of this waiver by an identical number of work days.

(h) I understand that I will be subject to mandatory random drug screens for a period of 12 month

(i) I understand that during the period of this reinstatement waiver, I will not be eligible for consideration for any job postings.

Violation of any of the terms of this waiver will be considered misconduct and could result in discip action up to and including discharge as noted in paragraph (d) above.

| | |
|---|---|
| Myra Wilson | 8/20 |
| Employee Signature | Date |
| Jason D Williams | 8/20/1 |
| Union Representative | Date |
| Ariel MacDonald | 8/20/18 |
| Company Representative | Date |

**Ford** **Disciplinary Action Report**

| SHIFT | DISPOSITION BY: | | | DATE |
|---|---|---|---|---|
| 2 | FOREMAN ☐ | LABOR RELATIONS ☒ | | 7/24/18 |

| GLOBAL ID NO. | NAME | | PLANT | |
|---|---|---|---|---|
| ~~1-91~~ | Mike Nilun | | LTM F | |

| COMPANY SENIORITY | CLASSIFICATION | | | DEPT. NO. |
|---|---|---|---|---|
| x/30/1992 | Assembler | | | 1315 |

PRESENT CHARGE
violation of waiver

| EMPLOYE DESIRES UNION REPRESENTATION | YES ☐ | NO ☒ | EMPLOYE'S SIGNATURE (IF NO) |
|---|---|---|---|

PENALTY AND DATE ASSESSED
Discharge

COMMITTEEMAN SHOULD SIGN HERE IF HE RECEIVED NOTIFICATION OF THIS ACTION

FOREMAN'S SIGNATURE,

LABOR RELATIONS REPRESENTATIVE SIGNATURE
Jason DeWilliams

Luu Mu Donald

FACTS SUPPORTING CHARGE (LIST IN DETAIL) - ATTACH ADDITIONAL FORM IF MORE SPACE NEEDED

EE was reinitated on a waiver on 7/20/2018.
EE was AWOL on 7/22, 7/23 and 7/24 and did
not call of the any of the days
Discharged effective 7/24/18

IND. REL.
MAR 89   **4600**   (Previous editions may not be used)

**FOREMAN'S COPY**

(S)

# UNION GRIEVANCE
(GRIEVANCE STARTING SECOND STAGE ONLY)

Bldg. or Unit CHAP (ONE)    Local No. 2600    GRIEVANCE Ju/824/8 MW

Date 8/27/18

RECEIVED

FEB 31 2020

Employee Name MYRA WILSON    Badge No. 889897

Shift 2ND    Seniority 8/30/1993    Dept. 1315

Classification ASSBLR BODY SHOP

Employee Signed: Myra Wilson (SFB) Jason DWilliams

Not necessary to fill in enclosed space when Grievance concerns Union Rights ONLY

President's Office

aint may 0/29/18

Nature of Grievance # UNJUST *

Violation of Article 4      Section 3

Statement of Case *SEE ATTACHED *

The Adjustment Requested: * SEE ATTACHED *

Signed (Bargaining Committee) BENNETT, DONOVAN, MEUST, WELLS (WILLIAMS)

Date Stamp Disposition      Disposition by Company

Settled and Closed per Company and Union investigation. Discharge for various violation is justified.

Date 7-2-19    Signed

7-2-19

All Grievances Must Be "Date Stamped" by Company Representative on Date Presented and Disposed
WHITE - ORIGINAL — CANARY - DUPLICATE — PINK - TRIPLICATE — GOLD - QUADRUPLICATE
FORM PD-A REVISED 3/04 - SM SETS

Grievance
JW82418MW
Art. 4 Sec. 3
Local Agreement
progressive
discipline

## Statement of Case:

The Union, on behalf of the Myra Wilson, is grieving the termination of said employee. The aggrieved was terminated for Awols. The aggrieved employee became ill at the end of her shift on 8/21/18 and asked to be excused for 8/22/18 so that she could go to the Dr. to be seen for her illness. As a result of her illness the aggrieved was absent on 8/22/18, 8/23/18 and 8/24/18. The aggrieved employee was recently reinstated and on a waiver and therefore didn't have any personal or Vac. time to cover herself.

## The Adjustment Requested:

The Union requests that the aggrieved be immediately reinstated and paid all lost wages/bonuses from the date she was terminated.

**BILL SAMPLES**, President
PETE GLOWACKI, 2nd Vice-President
ELBA I CORDOVA HUGHES, Recording Secretary
JOE HRIBAR, Financial Secretary
KEVIN HARMON, Treasurer
BRENDA K. DAVIS, Retiree-At-Large

**DIANNA BREZINA**, 1st Vice-President
TED WILLIAMS JR, Trustee
JIM MONDAY, Trustee
GREG HAMILTON, Trustee
DARRELL YOUNG, Sergeant-At-Arms
REBECCA LOZANO, Guide



**U.A.W. LOCAL 2000**
3151 Abbe Road, Sheffield Village, Ohio 44054
Phone (440) 934-3151
Fax    (440) 934-3150

July 11, 2019

Ms. Myra J. Wilson
7315 Franklin Blvd
Apt 1
Cleveland, Ohio 44102

Re: Grievance #JW82418MW

Ms. Wilson:

I write to inform you that the above-referenced grievance was settled and closed at hearing on July 2, 2019.

Due to the AWOLs incurred as a result of your no call/no show absences August 22, 2018 through August 24, 2018, the waiver violation and consequent termination were justified in accordance with the waiver agreement.

If you wish to appeal this decision, you must be present at the General Membership Meeting on Sunday, September 8, 2019 at 2:30 p.m. to request that your case be reopened, under Article 33 of the UAW Constitution. You may also submit, for the record, a written appeal to the Recording Secretary to be read at the membership meeting.

Sincerely,

Michael P. Donovan
Bargaining Committeeperson
U.A.W. Local 2000

Cc:    Herb Bennett, Chairperson
       Bill Samples, President

PD:lal/opeiu1794

# EXHIBIT 15

DEARBORN DISABILITY SERVICE CENTER
P.O. BOX 4479
DEARBORN, MI 48126
1-800-572-1581

DATE: 09/19/2019          00653

INSURED:    TAMARA SOBOLEWSKI
CLAIMANT:   TAMARA SOBOLEWSKI
GROUP NO:   145478   001H0236
GROUP NAME: FORD MOTOR COMPANY

## EXPLANATION OF BENEFITS

||||||||||||||||||||||||||||||||||||||||||||||||||
***********************MIXED AADC 440
1925 1 MB 0.428                          4
TAMARA SOBOLEWSKI
1002 DAKOTA AVE
LORAIN OH 44052-2770

FOR INQUIRIES:
DEARBORN DISABILITY SERVICE CENTER
P.O. BOX 4479
DEARBORN, MI 48126
1-800-572-1581

*T0T0T0SS90000*

If your employer pays any part of the premium for this coverage or if premiums are paid with your pre-tax dollars, Federal law requires that Social Security and/or Medicare tax be paid on sick pay received during the first six months of disability.  We have deducted the employee share if applicable.  Contributions must also be made by the employer.  For more specific information regarding this law or its consequences consult your employer, attorney, or tax consultant.

Claim No: ST00387723        Incurred Date: 9/05/2019        Check Number: 0001753488        Send Out Code: E

Note: If there are any questions on this claim, please call or write to the claims department and refer to your Claim Number.

| DESCRIPTION | AMOUNT |
|---|---|
| THE BENEFIT DATES SHOWN BELOW INCLUDE AN ELIMINATION PERIOD OF  7 DAYS | |
| NO BENEFITS ARE PAYABLE DURING THE ELIMINATION PERIOD. | |
| BENEFIT PAID from 9/05/2019 thru 9/19/2019 | |
| GROUP SHORT TERM DISABILITY BENEFIT | $893.75 |
| FED TAX | $80.00 |
| MCR TAX | $12.96 |
| SS TAX | $55.41 |
| STATE TAX OH | $21.09 |
| COUNTY TAX LORAIN CITY | $8.94 |
| COUNTY TAX AVON LAKE CITY | $13.41 |
| | |
| **TOTAL:** | **$701.94** |
| SEVEN CALENDAR DAY NON-PAYABLE WAITING PERIOD APPLIED | |

OHCLD001 COMB  [DI4]  20190920B04 JA0E
20190919 000653  Env [1.925] 1 of 1

DI4RC6



| | |
|---|---|
| **UniCare Life & Health Insurance Company**<br>Dearborn Service Center<br>Disability Benefits Department | PO Box 4479<br>Dearborn, MI 48126<br>Tel:  800-572-1581<br>Fax: 855-318-3193 |

September 20, 2019

IMPORTANT INFORMATION REGARDING
THE STATUS OF YOUR MEDICAL LEAVE

TAMARA SOBOLEWSKI
1002 DAKOTA AVE
LORAIN, OH 44052

**APPROVAL DATES FOR YOUR DISABILITY CLAIM AND MEDICAL LEAVE OF ABSENCE**

Claim Number:  ST00387723

Dear TAMARA SOBOLEWSKI;

Your disability claim and medical leave of absence have been approved **through 10/16/2019.    This date may be different from the date your physician provided.**

**If you remain off work after the approved date of 10/16/2019,** evidence of continued disability must be provided by your physician and include objective medical findings to support your continued time off of work . Your physician can fax this information to us at (855) 318-3193.   **It is your responsibility to make sure UniCare receives this information from your physician.**   Once we receive the updated medical information, a determination will be made regarding eligibility for continued disability benefits.

**If we notify you that we have not received sufficient medical information to continue your leave,** your disability claim will end and UniCare will notify your plant to close your medical leave.

You are then expected to return to work on the first normal scheduled workday following the authorized period identified above. If you remain out of work beyond the authorized period identified above without satisfactory proof of your continuous disability, you will be considered AWOL (Absence Without Leave) and subject to a loss of seniority through the 10-day quit process, under Article VIII, Section 5(4).

If you have any questions, please contact us at 1-800-572-1581.

Sincerely,

Disability Benefits Department

Claim Processing Services by UniCare

The UAW and Ford Motor Company determine eligibility provisions , level of benefits and procedural guidelines through collective bargaining.  UniCare acts as the claims processor for the program only and does not insure the benefits.

DEARBORN DISABILITY SERVICE CENTER
P.O. BOX 4479
DEARBORN, MI 48126
1-800-572-1581

DATE: 09/26/2019                    00692

INSURED:        TAMARA SOBOLEWSKI
CLAIMANT:       TAMARA SOBOLEWSKI
GROUP NO:       145478   001H0236
GROUP NAME: FORD MOTOR COMPANY

## EXPLANATION OF BENEFITS

FOR INQUIRIES:

DEARBORN DISABILITY SERVICE CENTER
P.O. BOX 4479
DEARBORN, MI 48126
1-800-572-1581

************************MIXED AADC 440
1965 1 MB 0.428                        4
TAMARA SOBOLEWSKI
1002 DAKOTA AVE
LORAIN OH 44052-2770

If your employer pays any part of the premium for this coverage or if premiums are paid with your pre-tax dollars, Federal law requires that Social Security and/or Medicare tax be paid on sick pay received during the first six months of disability. We have deducted the employee share if applicable. Contributions must also be made by the employer. For more specific information regarding this law or its consequences consult your employer, attorney, or tax consultant.

Claim No: ST00387723          Incurred Date:  9/05/2019          Check Number:  0001755709          Send Out Code: E

Note: If there are any questions on this claim, please call or write to the claims department and refer to your Claim Number.

| DESCRIPTION | AMOUNT |
|---|---|
| BENEFIT PAID  from 9/20/2019 thru 9/26/2019 | |
| GROUP SHORT TERM DISABILITY BENEFIT | $715.00 |
| FED TAX | $64.00 |
| MCR TAX | $10.37 |
| SS TAX | $44.33 |
| STATE TAX OH | $16.87 |
| COUNTY TAX LORAIN CITY | $7.15 |
| COUNTY TAX AVON LAKE CITY | $10.73 |
| | |
| **TOTAL:** | **$561.55** |

 **UNICARE**

**UniCare Life & Health Insurance Company**
Dearborn Service Center
Disability Benefits Department

PO Box 4479
Dearborn, MI 48126
Tel: 800-572-1581
Fax: 855-318-3193

October 1, 2019

TAMARA SOBOLEWSKI
1002 DAKOTA AVE
LORAIN, OH 44052

Subject: Disability Claim Status
Re: Approved Disability Period Expires in 14 Days
Claim #:   ST00387723

Dear TAMARA SOBOLEWSKI;

Our letter dated 9/20/19, advised you that your disability benefits were approved through 10/16/2019, provided you continued to meet the eligibility requirements of the program during the period indicated.

If you cannot return to work on your next scheduled working day following 10/16/2019, you are required to notify UniCare immediately with updated medical information. Certification of continuous disability must be provided by your attending physician(s) in a timely manner to avoid any disruptions to your claim or your Medical Leave of Absence (MLA) with your work location. Please have your attending physician provide a medical update by either calling or faxing UniCare with medical information to substantiate continued disability. This information is due to UniCare before 10/16/2019.

Please be advised you must continue to provide UniCare with required medical information in order to have your MLA approved by Ford.

*If you are returning to work, you must appear at plant medical the day prior to your actual return to work date with the enclosed form completed by your Physician or a medical release note completed by your physician. The note from your physician must indicate the medical reason(s) for your disability, the date you are released to return to work and specify any necessary medical restrictions required for your return to work along with the effective date. If you have been absent from work for more than 90 days, you are also required to contact your Company medical department so an evaluation can be scheduled prior to allowing you to return to work.*

**Important!** Failure to follow this process could impact your employment status.

If you have any questions or concerns regarding your disability claim, please contact our office at (800) 572-1581 ext. 102-124-1427.

Sincerely,

L WEBB
Disability Benefits Department

Claim Processing Services by UniCare
The UAW and Ford Motor Company determine eligibility provisions, level of benefits and procedural guidelines through collective bargaining. UniCare acts as the claims processor for the program only and does not insure the benefits.

```
==================================================
      LORAIN COLORADO AVE
       3190 COLORADO AVE
      LORAIN, OH 44052-9998
         384592-0719
         (800)275-8777
       10/01/2019 02:11 PM
==================================================
==================================================
-----------------------------------------------

Product              Qty    Unit      Price
                            Price
-----------------------------------------------
First-Class Mail®     1     $1.90     $1.90
Large Envelope
(Domestic)
(AVON LAKE, OH 44012)         OPAP
(Weight:0 Lb 6.60 Oz)         ATTN
(Estimated Delivery Date)    SALMONS
(Thursday 10/03/2019)         VAW
PM 1-Day              1     $7.35     $7.35
(Domestic)
(AVON LAKE, OH 44012)
(Weight:0 Lb 14.90 Oz)       OHAP
(Expected Delivery Day)    ATTN MATEJCIK
(Wednesday 10/02/2019)
(USPS Tracking #)
(9505 5152 2547 9274 1085 73)
Insurance                             $0.00
(Up to $50.00 included)
PM 2-Day              1     $7.85     $7.85
(Domestic)
(DETROIT, MI 48226)        Solidarity
(Weight:1 Lb 6.20 Oz)
(Expected Delivery Day)      House
(Thursday 10/03/2019)
(USPS Tracking #)
(9505 5152 2547 9274 1085 80)
Insurance                             $0.00
(Up to $50.00 included)
-----------------------------------------------
Total:                               $17.10
-----------------------------------------------

Credit Card Remitd                   $17.10
(Card Name:MasterCard)
(Account #:■■■■■■■■■■■■■)
(Approval #:386002)
(Transaction #:017)
                              Chip)
```

# EXHIBIT 16

Case: 1:24-cv-01396-JPC  Doc #: 6-1  Filed:  08/29/24  293 of 643.  PageID #: 1014

# AGREEMENTS

*between*

## UAW®

*and the*

## FORD MOTOR COMPANY

## Volume IV-A

RELATED TO:
COLLECTIVE BARGAINING AGREEMENT

 

Agreements Dated

November 5, 2015

*(Effective November 23, 2015)*

**NATIONAL ATTENDANCE PROGRAM**

**November 5, 2015**

Mr. **Jimmy Settles**
Vice President and Director
UAW, National Ford Department
8000 East Jefferson Avenue
Detroit, Michigan 48214

Dear Mr. **Settles**:

Subject:  National Attendance Program

During the **2015** negotiations, the excessive cost associated with absenteeism was discussed.  Absenteeism adversely affects employee morale, product quality and plant efficiency.  The parties agree that it is essential for everyone to contribute in order to ensure future competitive viability and job security. The negative impact that absenteeism has on our business detracts from these mutual goals.

There is a small portion of the workforce that is abusively absent and misses a disproportionate number of work days. Corrective actions must be taken to address the concern while ensuring an attendance program provides a means of administering fair, consistent and progressive discipline for absenteeism.  It is understood that all absences cannot be eliminated, as there are situations from time to time which prevent employees from coming to work.  Overall, it was agreed that a new National Attendance Program will be a part of the Collective Bargaining Agreement and consistently applied at all locations.  This program is outlined below.

Responsibility of the Employee

It is the responsibility of each employee to report for work when scheduled within the confines of the Collective Bargaining Agreement.  Employees who have reported properly shall then be considered to be available for work and be compensated beginning with the start of their respective shift.

All employees are expected to call-in all unplanned absences at least **60** minutes prior to the start of the shift.

Employees returning from a medical leave of absence will be required to report to the designated medical facility or equivalent in advance of their return to work to ensure they are available for work at the start of their respective shift.

17

**NATIONAL ATTENDANCE PROGRAM**

Excused Absence Allowance

The Union expressed concern that unanticipated emergencies may occasionally arise beyond the control of employees. The Company agreed to allow employees to use their EAA days after-the-fact, provided the following conditions are met:

- The employee has the Excused Absence Allowance time available.

- The Excused Absence Allowance time is taken in increments of eight (8) hours.  At Alternative Work Schedule locations, the Excused Absence Allowance time is taken in increments of one regular shift equivalent.

- The employee has no discipline for absenteeism on record at the time of absence.

- **No more than two (2) Excused Absence Allowance days may be taken after-the-fact on the first or last regular work day of an employee's base work week schedule within a calendar year (i.e. "Bookend Days")**

- There was no adverse effect to production or related operations due to the collective level of unplanned employee absences on the specific absence day. Identifying potential days in advance which are historically known to be high absence days and mutually discussing planned absences, for example, Super Bowl Monday, can be beneficial to avoid adverse effects. Although an adverse effect absence day may be unforeseen, the local parties should, to the extent possible, identify specific days unique to their location.

Separate and apart from this conditional granting of EAA **days** after-the-fact discussed above, employees may continue to schedule EAA days in advance with their respective supervisor.  Furthermore, employees who do not meet the condition of a clear absenteeism discipline record may seek approval for possible EAA time from their supervisors on an after-the-fact basis. The holiday pay qualifying provision pursuant to Article IX, Section 22(a)(3) will remain in effect and requests for EAA may be approved in line with Article IX, Section 25(c) of the UAW-Ford Collective Bargaining Agreement.

18

**NATIONAL ATTENDANCE PROGRAM**

Rolling Measurement Period

**The rolling measurement period will commence with the effective date of the National Attendance Program as established in the Implementation section of this letter.**

Chargeable Absences

Chargeable absences will include each day the employees' absence is coded AWOL ('A' Code) or Temporary Illness/Injury ('T' Code). Employees' absences of three or more consecutive days coded Unpaid Medical Days ('M' Code), except FMLA or Workers' Compensation approved absences, will result in two (2) chargeable absences. If Unicare provides Accident & Sickness Benefits and approves a personal medical leave of absence, any unpaid M code days within the medical leave will not be counted as chargeable absences.

Each chargeable absence counts toward the accumulation of chargeable absences within the measurement period as defined below. Partial absence days will not be counted.

Table 1: Absence Progression

| Employee Absence | Action |
|---|---|
| 1st Absence | Employee Absence |
| 2nd Absence | Employee Absence |
| 3rd Absence | Employee Absence |
| 4th Absence | Employee Absence |
| **Attendance Discipline Penalty** ||
| **Chargeable Absence** | **Action** |
| 5th Absence | R & W + **1 Day** |
| 6th Absence | R & W + **1 Week** |
| 7th Absence | R & W + **2** Weeks |
| 8th Absence | R & W + **1 Month** |
| 9th Absence | **Termination** |

Disciplinary Progression for **Employees without Attendance Discipline on Record:**

The **rolling** measurement period is defined as **twelve (12)** months (extended by personal medical leaves of absence that occur during the **rolling** measurement period). This extension is defined as the

19

**NATIONAL ATTENDANCE PROGRAM**

time between the employee's last day of work and his/her effective return to work from each leave.

The accumulation of chargeable absences within an employee's established measurement period **upon the effective date of implementation of this program** will be addressed through the appropriate progressive disciplinary process outlined in Table 1.

**Employees with four (4) or fewer absences per Table 1 above will revert to zero (0) absences upon the implementation date of this program.**

**Rolling Measurement Period – Employees without Attendance Discipline on Record (Table 1):**

**Examples:**

(Example 1) An employee has the first chargeable absence two months after the effective date of this Program. A review of **the employee's** record reveals no additional chargeable absences. The absence will be considered the **employee's** 1st **Chargeable** Absence under the Program per Table 1.

(Example 2) The same employee in Example 1 has two (2) subsequent chargeable absences (total of 3). These two chargeable absences will be considered the employee's **2nd** and **3rd Chargeable** Absences under the Program per Table 1.

(Example 3) An employee incurs three (3) consecutive unpaid medical days (M code) after the start of the **12 month** rolling measurement period. A review of **the employee's** record reveals four (4) additional chargeable absences within the **12 month** rolling measurement period. These three (3) unpaid medical days will be considered two (2) chargeable absences (total of 6). The employee will be assessed a penalty of R&W + **1 Week** per Table 1.

**Disciplinary Progression for Employees with Attendance Discipline Penalty on Record**

**Any employee with five (5) or more chargeable absences on record on or after the effective date of implementation of this Program will be considered in the Attendance Program and subject to the following:**

20

**NATIONAL ATTENDANCE PROGRAM**

- <mark>Discipline progression is based on the most recent attendance discipline penalty on record</mark> regardless of the number of chargeable absences

- Discipline will remain on the employee's record for eighteen (18) months (extended by personal medical leaves of absence that occur during the period)

- Any additional attendance discipline within eighteen (18) months will progress from the most recent discipline penalty

  - Attendance discipline administered for a chargeable absence will be repeated if the employee has not had a chargeable absence for nine (9) months or greater from the most recent attendance discipline on record(extended by personal medical leaves of absence that occur during the period)

**Conversion Table: Employees with Attendance Discipline on Record on the effective date of Implementation**

| A | B | C |
|---|---|---|
| 2011 NAP–Last Attendance Discipline Penalty on Record | New Program - Attendance Discipline Penalty | Discipline Time - Length of Time Converted Penalty Remains on Record |
| R&W | 4th Absence | 12 months less the number of days/months (A) has been on record |
| R&W + 1 Day | 4th Absence | 12 months less the number of days/months (A) has been on record |

21

**NATIONAL ATTENDANCE PROGRAM**

| R&W + 1 Week | R&W + 1 Day | 18 months less the number of days/months (A) has been on record |
|---|---|---|
| R&W + 2 Weeks | R&W + 1 Week | 18 months less the number of days/months (A) has been on record |
| R&W + 1 Month | R&W + 2 Weeks | 18 months less the number of days/months (A) has been on record |

**Attendance Discipline Penalty – Examples:**

(Example 1 - Implementation) An employee incurs a 6th chargeable absence on November 1st, 2015 and is issued a discipline penalty of R&W + 1 Day per the 2011 National Attendance Program. On January 4th, 2016, (implementation date of the new program) the same employee's most recent attendance discipline on record will convert from R&W + 1 Day to the employee's 4th chargeable absences. The 4th chargeable absence will stay on record until November 1st, 2016. If the employee has another chargeable absence between the implementation date and November 1st, 2016 he/she would be issued an R&W + 1 Day per table 1, which will remain on record for 18 months (extended by personal medical leaves of absence that occur during the period).

(Example 2) An employee incurs a 5th chargeable absence on July 25th, 2016, and is disciplined R&W + 1 Day per Table 1. The discipline penalty will remain on the employee's record for an eighteen (18) month period or until January 26th, 2018 (extended by personal medical leaves of absence that occur during the period).

NATIONAL ATTENDANCE PROGRAM

**(Example 3)** The same employee has another chargeable absence on April 26th, 2017.  This is the employee's next chargeable absence which would progress the employee's discipline to R&W + 1 Week per Table 1. However, because the employee has not had a chargeable absence for nine (9) months or greater, the discipline will be repeated (R&W + 1 Day).  The new discipline penalty (R&W + 1 Day) will remain on the employee's record for an eighteen (18) month period (extended by personal medical leaves of absence that occur during the period).

<u>Other Elements</u>

To ensure employees fully understand the seriousness of their absenteeism and its impact on the facility prior to progressing to the final step of termination, the Company shall issue R&W + 1 month disciplinary penalties identified in Table 1, regardless of the number of chargeable absences that progressed the discipline for absenteeism to an R&W + 1 month penalty.

**The** parties **will** strongly encourage **such employees to consider** use of the UAW-Ford ESSP Joint Program if such assistance may improve attendance.

No provisions of this Program are to be construed as limiting the Company's rights as they relate to the handling of Temporary Part-Time employees under Appendix K, the handling of probationary employees under Article VIII, Section 4 or terminations pursuant to Article VIII, Section 5 of the UAW-Ford Collective Bargaining Agreement.

Disputes as to the Company's failure to observe the procedure requirements of these provisions are subject to the regular grievance procedure.

<u>Implementation</u>

The National Attendance Program will become effective Monday, January **4, 2016**.

Very truly yours,

Stacey Allerton,
Director
U.S. Labor Affairs

23

can't
dispute
evidence →

**Return to Work**

OCT 15  1:34PM

Name: T. Sobolewski

RTW Date: 10-16-19

LRO: MRH

Physician approves return to duties.

Medical department processes paperwork.

Labor representative

(a) processes return slip

(b) offers second opinion
and
disciplinary action.

"MRH" is Meeka Hughes

**(Ford)** **Disciplinary Action Report**

| SHIFT | DISPOSITION BY: FOREMAN ☐  LABOR RELATIONS ☑ | DATE |
| --- | --- | --- |

| GLOBAL ID NO. | NAME | PLANT |
| --- | --- | --- |

| COMPANY SENIORITY | CLASSIFICATION | DEPT. NO. |
| --- | --- | --- |

| PRESENT CHARGE | EMPLOYE DESIRES UNION REPRESENTATION  YES ☐ NO ☐ | EMPLOYE'S SIGNATURE (IF NO) |
| --- | --- | --- |

| PENALTY AND DATE ASSESSED | COMMITTEEMAN SHOULD SIGN HERE IF HE RECEIVED NOTIFICATION OF THIS ACTION | *Kelly Knight* |
| --- | --- | --- |

| FOREMAN'S SIGNATURE | LABOR RELATION'S REPRESENTATIVE SIGNATURE | |
| --- | --- | --- |

FACTS SUPPORTING CHARGE (LIST IN DETAIL) - ATTACH ADDITIONAL FORM IF MORE SPACE NEEDED

CA #3-9 [8/22 - 9/4

R+W + 30 days

To be served ¹⁰/16 - "/16 RTW on
¹¹/18.

IND REL MAR 09  4600  (Previous editions may not be used)

**UNION COPY**

usual illegible

documentation

is provided

Kelly Knight traced this so
I could see, at least, when to
return to work
(I had no idea what
CA meant until I talking
to marnita Betts

# UNION GRIEVANCE

(GRIEVANCE STARTING SECOND STAGE ONLY)

GRIEVANCE _TS 15 KK_

Bldg. or Unit _ONE_      Local No. _2000_

Date _____

| | |
|---|---|
| Employee Name _Sobolewski, Tamara_   Badge No. _887871_ | Date Stamp Submission |
| Shift _2nd_   Seniority _10/19/92_   Dept. _1315_ | |
| Classification _Assembler Body Shop_ | |
| Employee Signed: _Tamara Sobolewski (SFAS)_ | |

Not necessary to fill in enclosed space when Grievance concerns Union Rights ONLY

Nature of Grievance ___Unjust discipline___

Violation of Article ___Four___      Section ___Three___

Statement of Case _____

_____

_____ ✗ SEE Attachment ✗ _____

_____

___Union reserves the right to add additional___
___facts.___

The Adjustment Requested: ___Discipline Removed From record___
___and aggrieved made whole___

_____

_____

Signed (Bargaining Committee) _BENNETT, DONAVAN, FAUST, FUNK, KNIGHT_

| Date Stamp Disposition | Disposition by Company |
|---|---|
| | RECEIVED BY: LINDA LYNCH |
| | DATE: _10/15/19_ |
| | _B. Maust_ |
| | (Signed) _____ |
| | (Company Representative) |
| Date _____ | |

All Grievances Must Be "Date Stamped" by Company Representative on Date Presented and Disposed

WHITE - ORIGINAL — CANARY - DUPLICATE — PINK - TRIPLICATE — GOLD - QUADRUPLICATE    FORM F2-A - REVISED 3/08 

_Picked up @ hall on 2/27/2020_

**Grievance no.** TS115KK

**Name:** Tamara Sobolewski  **Classification:** assembler body shop

**2nd shift**  badge:887871  **Seniority:** 10/19/1992

**Attached:** Discipline information,

 **Article and section 4:3**= unjust discipline

*Statement of the case*: The aggrieved (Tamara Sobolewski) cleared thru
medical on 10/15/ 2019 to return for work. The union argues the discipline was
unjust and excessive due to medical issues the employee does not fully
understanding the consequences and her obligations to the company's
attendance program., she should have been shown leniency

THE ADJUSTMENT REQUESTED:

The union and the aggrieved demand the aggrieved be made whole for
all lost time and the penalty be removed from his record


The union has the right to add additional facts at a late date...

# UNION GRIEVANCE
### (GRIEVANCE STARTING SECOND STAGE ONLY)

GRIEVANCE _TS/0222JB_

Bldg. or Unit _1_      Local No. _2000_

D _10/22/19_

Employee Name _TAMARA Sobolewski_    Badge No. _882871_

Shift _2_    Seniority _12/14/92_    Dept. _1315_

Classification _ASSEMbler Body Shop_

Employee Signed: (SFA) _Tamara Sobolewski_

**Not necessary to fill in enclosed space when Grievance concerns Union Rights ONLY**

Date Stamp Submission

_Must_

Nature of Grievance _EQUAL APPLICATION_

Violation of Article _1A_      Section _9_

Statement of Case _(SEE ATTACHED)_

_* EMPLOYEE REQUEST to be made whole *_

The Adjustment Requested:

Signed (Bargaining Committee) _Barrett, Brown, Maust, Wells, (Bado) Caudill #59475_

Date Stamp Disposition

**Disposition by Company**

_BAdo_

RECEIVED BY: LINDA LYNCH

DATE: _10/22/19_

_C/R JM Williams_

_B. Maust_

[Signed] _____
[Company Representative]

Date _____

All Grievances Must Be "Date Stamped" by Company Representative on Date Presented and Disposed

WHITE - ORIGINAL — CANARY - DUPLICATE — PINK - TRIPLICATE — GOLD - QUADRUPLICATE     FORM F2-A - REVISED 3/06



# EXHIBIT 17

Boost 1:04 AM

< 2

BM

Brian >

Bob >

I just have a quick question. Did labor relations interview you when tony & I got into that argument & I was suspended 2 weeks?

Hello ,!!!! Nope,but I went to great lengths informing the building chairman...it was obvious you were on a fast train

ANd he was directly involved.

Thu, Oct 24, 2:40 PM

Working on getting u back on Monday.

Thx

Read 10/24/19

iMessage



*Solidarity House*

8000 EAST JEFFERSON AVE.
DETROIT, MICHIGAN 48214
PHONE (313) 926-5000



**INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA – UAW**

GARY R. JONES, *PRESIDENT*       RAY CURRY, *SECRETARY-TREASURER*
VICE-PRESIDENTS: TERRY DITTES · CINDY ESTRADA · RORY L. GAMBLE

October 24, 2019

Tamara Sobolewski
1002 Dakota Avenue
Lorain, OH 44052

**RE:   Work Allocation – Problem Resolution Process**

Dear Sister Sobolewski:

The National Ford Department is in receipt of your letter and information packet dated September 9, 2019. As the front page of your packet attests to, you are disputing work allocation and are asking to be advised on the Problem Resolution Process.

In Volume IV-A, pages 49-50, it identifies the Work Allocation Problem Resolution Process. The letter is clear on the resolution process for contesting work allocation. If there is a claim of a work allocation dispute, the local parties are directed to exhaust all means at their disposal to resolve any work allocation disputes, including discussions with senior plant management. Either party may, in writing, refer the dispute to the National Ford Department and the appropriate Program/Regional manager at Body and Assembly Operations for resolution.

The National Ford Department has contacted the Ohio Assembly Plant and the Local UAW Committee, and there are no concerns of Work Allocation being contested at this time. All the documents that you put together in your packet has been reviewed by the National Ford Department thoroughly. The National Ford Department appreciates all the time and effort you put forth in putting together your report. To date, there is nothing for the National Ford Department to pursue regarding work allocation disputes at the Ohio Assembly Plant.

Thank you for your time.

Sincerely,

Rory Gamble
Vice President and Director
UAW National Ford Department

RG:DES:jc
opeiu494

 Boost  LTE    4:52 PM 

Bill >

Yes but let's get an agreement to get that 2 week penalty removed first .

Tue, Nov 12, 2:06 PM

How are you doing ?? That last time we spoke you mentioned that you would withdraw that last 10-9 grievance . Is that is ok to do ?

I'm at dr. Yes I suppose to withdraw. What is the trade off? . I having cramping in leg. Blood clot diagnosed.

Oh no . I had that but mine wasn't dangerous . Let me

iMessage

        


Boost

4:04 AM



Bill >

make that decision to withdraw the 10 nine

Ugh. It's better than nothing. Yes I'm authorizing. Am I still on probation? And can I use my excused absences as normal—this December. I'm December eligible.

Lol

When this contract is ratified you will go back to zero AWOL

And yes you can use your EEA days

I haven't even seen that 10-9 Bade wrote!

  iMessage 

      

 Boost  LTE                    4:53 PM



Bill >

Lol

Wed, Nov 13, 11:46 AM

The deal on the table is to withdraw 10-9 grievance in return you got brought back early and you 2 week discipline that involved tony from the body will be removed . You want herb and I to make this agreement ??

I think so. I can bid on jobs, I think. That'll work

I'm not sure about that I'm just telling you what's on the table right now

iMessage

  

      



Boost Mobile 10:13 AM

**New iMessage**                    Cancel

To: **Bill Samples**

Jan 13, 2020, 2:29 PM

Wed, Nov 13, 11:40 AM

The deal on the table is to withdraw 10-9 grievance in return you got brought back early and you 2 week discipline that involved tony from the body will be removed . You want herb and I to make this agreement ??

I think so. I can bid on jobs, I think. That'll work

I'm not sure about that I'm just telling you what's on the table right now

Ok.

So you Authorizing us to

Hi bill. Tamara here. Hey,

iMessage

**Boost Mobile** 10:13 AM

## New iMessage                     Cancel

To: **Bill Samples**

I'm not sure about that I'm just telling you what's on the table right now

Ok.

So you Authorizing us to

Hi bill. Tamara here. Hey, that deal to remove 2 wk discipline in exchange to drop 10-9 grievance was done? Because that 2-was still on my record.

Yes it was agreed to let me work on it

Thank you so much.

  iMessage 

      

# EXHIBIT 18

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

TAMARA L. SOBOLEWSKI,          :
1002 Dakota Avenue
Lorain OH 44052,          :
Plaintiff,          :     Case No. 1:24-cv-01396


    v.          :


FORD MOTOR COMPANY          :
650 Miller Road
Avon Lake OH 44012,          :
Defendant.          :

DECLARATION OF TAMARA SOBOLEWSKI

I, Tamara Sobolewski, pro se Plaintiff of sound mind and competent age, certify

under the penalty of perjury and state as follows:

1.      Around 6/18/2020, I ran for the position of District Committeeperson.

2.      Around 11/12/2020, Ford Representative Doe felt my actions were severe

enough to justify discharge.

3.      Around 12/3/2020, Ryan Perniciaro decided discharge was warranted, and

just despite CBA Vol. IV-A *Sexual Harassment* another supervisor will hear any

grievance when the alleged harasser is in the regular grievance chain (p. 522), and

any acts of retaliation will not be tolerated (p. 524).

1

4.     Around <u>12/14/2020,</u> the UAW became responsible for protecting and

enforcing the rights of UAW members under collective bargaining agreements.

See *United States v. International Union, United Automobile, Aerospace, and*

*Agricultural Implement Workers of America*, Case No. 2:20-cv-13293-DML-RSW

(E.D. Mich.) filed 12/14/20 at p. 3 which is available to view

<u>https://www.uawmonitor.com/</u> by selecting the Complaint icon.

5.     Around <u>1/11/2021,</u> I attended Labor School.

6.     Around <u>4/6/2021,</u> Grievance No. JW20TS was filed into the umpire log.

7.     On an unknown date, in an unknown manner, Greg Poet represented me.

8.     Around <u>5/13/2021,</u> the Assistant Director of the NFD told me the NFD has

contractual authority to properly process plural grievances, including Grievance

JW20TS hereinafter "Umpire Case No. 53596" (Eskridge, 2021).

*See* Exh. 18 copies of OHAP Reports, Grievance No. JW20TS decisions, Wayne

State University Information, Emails, Memos, and Letters are attached and

incorporated as if fully restated.

End of Statement

Date:    8-24-2024

*Tamara Sobolewski*

Tamara Sobolewski

2



**LOCAL** · **OHAP REPORT** · 6-18-20 · **2000**

## VACATION PAY - IN - ADVANCE

In accordance with the revised 2019 LOU, *"Payroll Matters – Vacation Pay-In-Advance"*,
Vacation Shutdown hours will not be automatically paid in advance for summer shutdown.
Instead, vacation pay will be paid out each week.

If you would like your vacation hours paid in advance, before vacation shutdown, you will need to send an
email to askohap@ford.com by 5pm Monday 6/22/2020, with your request.

## OVERTIME WORK SCHEDULE

The following overtime schedule is specific to V and P production schedules.
H Line Chassis will not work overtime on these dates. Some departments that support H production...
may see some of this overtime however.

The following Fridays are tentatively scheduled:

**June19th... June 26th... July 24th... July 31st**

The following Saturdays are tentatively scheduled:

**June 27th**

As always, these dates are subject to change.

No overtime, currently scheduled the months of August and September

## JULY 4TH HOLIDAY

July 4th, paid Holiday off, (8 hours) will be recognized on... **Friday, July 3rd**

## LOCAL 2000 GENERAL ELECTION – RESULTS & RUN-OFF INFO

The Run-off Election will be held on **Tuesday, June 23, 2020** from 12:00 PM (noon) until **Wednesday, June
24, 2020** at 12:00 PM (noon) **(24 hours)** in the Main Cafeteria.

RUN-OFF POSITIONS

FINANCIAL SECRETARY

SKILLED TRADES CHAIRMAN

## REMINDER

Proper photo ID is needed in order to vote. (Ex. - Ford issued I.D. / State I.D. / Driver's License)

(ACTUAL DATE NEWLY ELECTED WILL BE INSTALLED... TBD)

**SEE ELECTION RESULTS & RUN-OFF RACES**

# THANK YOU!

On behalf of all Candidates that ran in the General Election this year, we want to thank you...
the Membership, for coming out and showing your support!
The newly elected Structure wants to extend a special thank you as well.
We will work together as a team in order to better serve this Membership.

PRESIDENT
**BILL SAMPLES**

1ST VICE PRESIDENT
**DIANNA BREZINA**

2ND VICE PRESIDENT
**VACANT**

FINANCIAL SECRETARY
-RUN-OFF-
**JOE "LOU" CHANEY**
**KEVIN HARMON**

RECORDING SECRETARY
**REBECCA ARENA**

TREASURER
**PEDRO PETE NATAL**

TRUSTEES
**TED WILLIAMS**       **GREG HAMILTON**       **JIM MONDAY**

GUIDE
**DARIAN WEINBRANDT**

SERGEANT AT ARMS
**DARRELL "DY" YOUNG**

PLANT CHAIRMAN
**HERB BENNETT**

BARGAINING COMMITTEEPERSONS
**JASON WELLS**       **BRIAN MAUST**       **JASON "JAYDOG" WILLIAMS**

DISTRICT COMMITTEEPERSONS

| | | |
|---|---|---|
| **EDDIE "ED" COLE** | **CLYDE** | **JOHN BADO** |
| **WILL MARCUM** | **CRYSTAL CASSELMAN** | **JOHN "RUDY" RUSSO** |
| **KELLY KNIGHT** | **PAXTON ROSE** | **JARED JEWELL** |
| **TERRELL CALHOUN** | **KYLE CONGER** | **SCOTT GROTH** |
| **MASON KLESEL** | **KANSAS CITY LARRY** | **LORRAINE WEBBER** |
| **MIKE "SQUEEZE" VELASQUEZ** | **MIKE HILL** | **DOMINGO J. RIVERA** |
| **JACK VAN WINKLE** | **TAMARA** | |

SKILLED TRADES CHAIRPERSON
-RUN-OFF-
**RICH SCHULTZ**
**RICK FRY**

# UNION GRIEVANCE
(GRIEVANCE STARTING SECOND STAGE ONLY)     GRIEVANCE _JW20T5_

Bldg. or Unit _One_                Local No. _2000_

Date _3-3-2020_

Employee Name _Tamara Sobolewski_  Badge No. _887871_

Shift _2nd_      Seniority _10/17/1992_   Dept. _1315_

Classification _Assla Body Shop_      _(SPA)_

Employee Signed: _Tamara Sobolewski_

Not necessary to fill in enclosed space when Grievance concerns Union Rights ONLY

Date Stamp Submission

_Mid 3-3-20_
_CM_

Nature of Grievance _Unjust_

Violation of Article _4:3_            Section _Disciplinary Action_

Statement of Case

_* See Attachments *_

The Adjustment Requested: _* Reinstated and All lost Wages, Penalties Removed *_

Signed (Bargaining Committee) _Bennett, Maust, Wells, (Wells)_

Date Stamp Disposition

_* Union wishes to appeal to 2½ Stage_
_JDW 11/12/20_

Disposition by Company

_Grievance denied. The company feels the actions of the aggrieved were severe enough to justify discharge. Wolf_

_(signed)_   (Company Representative)

Date _11-12-2020_

All Grievances Must Be "Date Stamped" by Company Representative on Date Presented and Disposed.

WHITE · ORIGINAL — CANARY · DUPLICATE — PINK · TRIPLICATE — GOLD · QUADRUPLICATE

FORM F2-A - REVISED 4/05 - 5M SETS



Inter Office                                                                                          Ohio Assembly Plant

December 3, 2020

To:            Mr. Herb Bennett
               Chairperson
               UAW Local 2000

From:          Ryan Perniciaro
               Human Resources Manager
               Ohio Assembly Plant

Subject:  Grievance Meeting

Pursuant to our grievance meeting conducted on December 3, 2020, the following reflects the disposition for the
following grievance.

| GRIEVANCE NUMBER | AGGRIEVED | DEPARTMENT | DISPOSITION |
|---|---|---|---|
| JW20TS | Sobolewski | Body | Denied. The disciplinary action administered in this case was both warranted and just. |

Ryan Perniciaro
Human Resources Manager
Ohio Assembly Plant

Herb Bennett
Chairperson
UAW Local 2000

## Re: Grievance #JW20TS UPDATE

From:  Frammartino, Steve (sframmartino@uaw.net)

To:    tamso1970@yahoo.com

Date:  Monday, December 14, 2020 at 06:00 PM EST

Tamara,

I will work on getting you the copies.

Your first stage answer is on the face of your grievance, and the copy I have is so light that when I scan it, it does not show up.

I will see what adjustments I can do make it readable.

You were terminated for "act of threat".

This would be around the Facebook post that you were questioned about on 2/25/20.

Your signature indicates you received a copy of that interview, so we can start there with our review.

Give me a few days to get you the documents and I will circle back with a time and date when I get you those two pieces of information.

I will reach out to you soon.

---

**From:** Tamara Sobolewske <tamso1970@yahoo.com>
**Sent:** Monday, December 14, 2020 2:29 PM
**To:** Frammartino, Steve <sframmartino@uaw.net>
**Subject:** Re: Grievance #JW20TS UPDATE

Steve,

Thank you for the JW20TS status update and the opportunity to provide information.

I would like to have a copy of Stage 1 and 2 denials that indicated the reasons given for the denial, otherwise, I am at a loss to provide support at this time.

I would appreciate talking with you and, of course, answering questions because of your experience with matters such as this. I, on the other hand, do not know what is needed in support.

Please provide a specific date and time, that way I will specifically look forward to your call.

As indicated on my personal record, my contact number is 440-452-1982 and I can be reached by phone or tamso1970@yahoo.com.

Regards,

Tamara Sobolewski

1002 Dakota Avenue
Lorain, Ohio 44052
Tamso1970@yahoo.com
Global ID 887871

On Thursday, December 10, 2020, 12:45:31 PM EST, Frammartino, Steve <sframmartino@uaw.net> wrote:

Tamara,
I wanted to give you an update on the status change of your grievance. I have received your grievance at my step, from Building Chair Herb Bennett.
I've reviewed the grievance, 4600 and a copy of the employee statement form that was in your file from the Union.
I have also requested any further information from the company and wanted to talk to you before I meet with management on your grievance.
Can we plan on Monday 12/16 or Tuesday 12/17 in the morning of next week to talk on the phone? If so, let me know a good time and number to reach you.
The subject of the call will be to discuss the events around your termination.
If you want to email me anything that you feel pertinent to the termination, please do so.
I hope to hear from you soon.

(404 unread) - tamso1970@yahoo.com - Yahoo Mail

## LABOR SCHOOL-SCHOLARSHIP AWARD LETTER & REGISTRATION

From:  Labor Studies Center (laborstudies@wayne.edu)

To:  tamso1970@yahoo.com

Date:  Wednesday, January 13, 2021, 11:11 AM EST

CLICK HERE TO PAY ONLINE

4/27/2021                                        (404 unread) - tamso1970@yahoo.com - Yahoo Mail



### WAYNE STATE
UNIVERSITY
Labor Studies Center-Labor School

Tamara Sobolewski                                                            1/13/2021
1002 Dakota Ave.                              tamso1970@yahoo.com
Lorain OH 44052

Welcome to Labor School! Congratulations, you have been selected to receive a scholarship to the Labor School program at Wayne State University.  This scholarship will pay 90% of  the cost of tuition. You will be responsible to pay the remaining 10% balance. Therefore, you are required to pay only $20 per class. The standard cost per class is $200.

#### Winter courses begin the week of January 11, 2021

Upon receipt of course payment you will receive your WSU Canvas login ID (if you don't already have one) and Canvas instructions via email.  You will not be allowed access to any course until payments have been received.

### Your 2020-2021 Course Registration and Schedule

| OL-AG5 | Adv. Grievance Handling-Online | 1/11-2/14, 2021 | Canvas | $20 |
|---|---|---|---|---|
| OL-EW5 | Economics for Workers-Online | 1/11-2/14, 2021 | Canvas | $20 |
| OL-CB7 | Collective Bargaining-Online | 1/11-2/14, 2021 | Canvas | $20 |
| OL-PP5 | Power and Politics-Online | 2/15-3/21, 2021 | Canvas | $20 |
| AOL-UWLF1 | Union Women Leading Forward-Online | 2/15-3/22, 2021 | Canvas | $20 |
| OL-LDO5 | Leading a Diverse Organization-Online | 3/22-4/25, 2021 | Canvas | $20 |
| OL-BU6 | Building the Union-Online | 3/22-4/25, 2021 | Canvas | $20 |

**Payments can be received in the form of check, money order or tuition assistance (TAP).**

For **online students**, payments must be received in our office before you are given access to the online courses.

Checks to be made out to:  Wayne State University

Submit Payment to:  The Labor Studies Center

656 W. Kirby, 3178 FAB, Detroit, MI  48202
Email:  laborstudies@wayne.edu

| Method of Payment | Scholarship Support | | | |
|---|---|---|---|---|
| Cost per class | $20 | | | |
| Semester | Year | Semester cost | Paid | Owe |
| Winter | 2021 | $140 | | $140 |
| | | | | |
| | | | | |

### Current Balance Due  $140

Wayne State University
Labor Studies Center
656 W. Kirby, 3178 FAB
Detroit, MI  48202



**WAYNE STATE**
UNIVERSITY
Labor Studies Center-Labor School

Tamara Sobolewski
tamso1970@yahoo.com

1/13/2021

Welcome to the Labor Studies Center's online program!
Please email our center at **laborstudies@wayne.edu** if you have any questions or concerns throughout the program.

**1) Your Online Course Schedule**

You will receive access to your course(s) only once payment has been received.

Your online course(s) will open by 12:00 p.m. each Monday. Our on-line labor program provides students the flexibility to complete weekly assignments any day and time during the week. Although there are no class meetings, students will regularly interact with their instructor and classmates. Students should plan to spend at least 2 hours per week, per 5-week course.

**2) Weekly Points for Assignments**

Points are assigned weekly to assignments. To successfully complete each course, you must have at least 42 out of 50 total points. You can monitor your weekly point totals from the "grade" tab that is found in each course.

**3) Online Learning Community**

To create engaging online courses, we need you to participate in all weekly activities!

**4) Accessing Your Courses**

Attached to this email are instructions on how to access and navigate your online courses.

You will need to enter the "**WSU Access ID**" and "**Temporary Password**" listed below to log into the WSU Canvas system. You will be prompted to create your own permanent password when you first attempt to log in. If you have previously taken courses through the WSU Canvas course management system, your password remains the same.

## Payment has been received for the following online course(s).

| | | |
|---|---|---|
| OL-AG5 | Adv. Grievance Handling-Online | |
| Online | 1/11-2/14, 2021 | Canvas |
| OL-EW5 | Economics for Workers-Online | |
| Online | 1/11-2/14, 2021 | Canvas |
| OL-CB7 | Collective Bargaining-Online | |
| Online | 1/11-2/14, 2021 | Canvas |
| OL-PP5 | Power and Politics-Online | |
| Online | 2/15-3/21, 2021 | Canvas |
| AOL-UWLF | Union Women Leading Forward-Online | |
| Online | 2/15-3/22, 2021 | Canvas |
| OL-LDO5 | Leading a Diverse Organization-Online | |
| Online | 3/22-4/25, 2021 | Canvas |
| OL-BU6 | Building the Union-Online | |
| Online | 3/22-4/25, 2021 | Canvas |

**Access ID**

# HI2166

**Temporary Password**

### 004883038

If at any point during the course you have a problem with your Access ID or password, please call the C&IT helpdesk at **313-577-4357**.
C&IT is available Monday-Friday between 7:30 am-8:00 pm.

(697 unread) - tamso1970@yahoo.com - Yahoo Mail

## Labor School/Academu Payment- Credit Card Payment Receipt

From:  Special Events (special_events@wayne.edu)

To:      tamso1970@yahoo.com

Date:  Wednesday, January 13, 2021 at 03:13 PM EST

**INTERNET CREDIT CARD RECEIPT**

| | |
|---|---|
| Event Registration: | Labor School / Labor Academy Payments |
| | Labor School / Labor Academy Payments |
| Order Date: | 2021-01-13 12:13:42 PM |
| Order Number: | 2777203-E2074601 |
| Bank Auth Code: | |
| Order Total: | $140.00 |
| Name on Card: | |
| Email Address: | tamso1970@yahoo.com |

**MERCHANT INFORMATION**

Your credit card statement will show this transaction as "Wayne State University"

| | |
|---|---|
| Merchant Name: | Wayne State University |
| Address: | |
| Phone: | (313) 577-2191 |
| Email: | laborstudies@wayne.edu |



Inter Office                                                    Ohio Assembly Plant

January 25, 2021

To:         Steve Frammartino
            Region 2B
            Servicing Rep

From:       Ryan Perniciaro
            Human Resources Manager
            Ohio Assembly Plant

Subject: Grievance Meeting

Pursuant to our grievance meeting conducted on January 22, 2021, the following reflects the disposition for the following grievance.

| GRIEVANCE NUMBER | AGGRIEVED | DEPARTMENT | DISPOSITION |
|---|---|---|---|
| JW20TS | Sobolewski | Body | Denied. The disciplinary action administered in this case was both warranted and just. |

Ryan Perniciaro
Human Resources Manager
Ohio Assembly Plant


Steve Frammartino
Region 2B
Servicing Rep


**Attachment G**

## Re: JW20TS

From:  Frammartino, Steve (sframmartino@uaw.net)

To:    tamso1970@yahoo.com

Date:  Friday, April 16, 2021, 09:53 AM EDT

Hi Tamara,

After reviewing all the evidence and placing it into a summary for the umpire staff, all paperwork was sent to the Umpire staff from our office, via mail on 3/29/21,
It was received in Detroit on 4/1/21 and filed into the umpire log on 4/6/21

At this point, before placing it on an umpire docket, the umpire staff has the National Ford Department rep assigned to OHAP investigate and meet with the company to see if it can be settled between him and his company counterpart.

As part of the investigation, Greg Poet, who is the NFD rep, will be contacting you.  When I spoke to him yesterday evening, he was planning on reaching out to you next week.

Please let me know if you have any more questions.

---

**From:** Tamara <tamso1970@yahoo.com>
**Sent:** Wednesday, April 14, 2021 1:35 PM
**To:** Frammartino, Steve <sframmartino@uaw.net>
**Subject:** JW20TS

Re: Ford Global ID 000887871
Other variations used:
88-8871
887872
887877
OV728B62
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
Date of hire: 10/19/1992
Date of separation: 2/19/2020
Other associated Union Grievances:
TS4142011
BS00007
BM0114TS
JW10318TS
CC343731
SS13119
SS2719TS
SS21219TS
TS15KK or TS115TS
TS1022JB
Local 2000 union meeting I asked for help: April 2018, September 2019, January 2020, February 2020 (examples).

Today's date: 4/14/2021

Hello Steve,

My case manager suggested I contact you because the last time you and I spoke, you said you forwarded union grievance JW20TS to an arbitrator who would be in touch with me. I have not received any contact. When did you

send JW20TS to them?

I'd like to contact them directly to see if they received the information you compiled and what the next step is unless you will contact them and let me know what is going on. What is their contact information?

My contact number is (440) 452-1982.

Thank you,
Tamara Sobolewski


Sent from my iPhone



*Solidarity House*

8000 EAST JEFFERSON AVE.
DETROIT, MICHIGAN 48214
PHONE (313) 926-5000

**INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA – UAW**

RORY L. GAMBLE, *PRESIDENT*          RAY CURRY, *SECRETARY-TREASURER*
VICE-PRESIDENTS: TERRY DITTES • CINDY ESTRADA • GERALD KARIEM

May 13, 2021

Tamara Sobolewski, Member
UAW Local 2000
1002 Dakota Ave.
Lorain, OH  44052

Re:     Grievance Appeal to the National Ford Department
        Grievance #JW20TS, Umpire Case #53596

Dear Sister Sobolewski:

This letter serves as a formal acknowledgement that the above referenced grievances, filed on your behalf, has been advanced to my level of the grievance procedure (4th stage) as outlined in the UAW-Ford Collective Bargaining Agreement.  You will be notified in the near future as to the action being taken in this regard.

**Be advised it is your responsibility to notify this office if you have a change of address or telephone number.**

The National Ford Department has contractual authority to properly process grievances pursuant to the following language in the National Agreement:
        **Article VII, Grievance Procedure: Introduction**
        No employee or former employee shall have any right under this Agreement in any claim proceeding, action or otherwise on the basis, or by reason, of any claim that the Union or any Union Officer or representative has acted or failed to at relative to presentation, prosecution or settlement of any grievance or other matter as to which the Union Officer or representative has authority or discretion to act or not to act under the terms of this agreement.

The Union preserves its right to withdraw or settle a grievance, after it has been appealed to arbitration pursuant to the National Agreement:
        **Article VII, Section 10, Withdrawal or Settlement After Appeal**
        The National Ford Department is authorized to withdraw or settle with the Company any grievance Appealed by the Union to the Umpire at any time before it is heard by the Umpire.

If you have any questions, please contact me at (313)926-5391.

                        Sincerely,

                        Scott Eskridge (JC)
                        Scott Eskridge
                        Assistant Director
                        UAW National Ford Department

SE:jc
opeiu494



*Solidarity House*
8000 EAST JEFFERSON AVE.
DETROIT, MICHIGAN 48214

METROPLEX MI 480
14 MAY 2021PM 3 L



U.S. POSTAGE >> PITNEY BOWES
ZIP 48076 $ 000.51°
02 4N
0000376732 MAY 13 2021

Tamara Sobolewski, Member
UAW Local 2000
1002 Dakota Avenue
Lorain, OH 44052

Rec'd 5-19-21

44052-277002

# EXHIBIT 19

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

EASTERN DIVISION


TAMARA L. SOBOLEWSKI,       :

1002 Dakota Avenue

Lorain OH 44052,          :

Plaintiff,              :      Case No. 1:24-cv-01396


     v.               :


FORD MOTOR COMPANY     :

650 Miller Road

Avon Lake OH 44012,      :

Defendant.           :


## DECLARATION 19 OF TAMARA SOBOLEWSKI

I, Tamara Sobolewski, pro se Plaintiff of sound mind and competent age, certify

under the penalty of perjury and state as follows.

1.     To my knowledge, OHAP, Chicago Assembly Plant ("CAP"), Dearborn

Diversified Manufacturing Plant ("DDMP"), and Chicago Stamping Plant ("CSP")

operated under the same UAW-FORD CBA, rules, regulations, grievance, and

arbitration procedures.

2.     I worked with Dee Dispenza, Myra Wilson, Alicia Ratcliff-Marzio, David

Brown, Bill Collins, Shawn Hoover, Rick Kamholz, Bob Kurtz, John Pena, Charlie

Robbins, Sheila Johnson, and Todd Upton at OHAP.

1

3.     Ford terminated Dispenza, Ratcliff-Marzio, Brown, Collins, Hoover, Kamholz, Kurtz, Pena, Robbins, Johnson, and Upton on unknown dates for alleged violations of our plant rules.

4.     To my knowledge, Dispenza, Ratcliff-Marzio, Brown, Collins, Hoover, Kamholz, Kurtz, Pena, Robbins, Johnson, and Upton lodged grievances with the UAW.

5.     To my knowledge and belief, the grievance and arbitration procedures did not culminate in binding arbitration.

6.     As far as I know, Ford brought Dispenza, Ratcliff-Marzio, Brown, Collins, Hoover, Kurtz, Pena, Robbins, and Upton back.

## THE CAMPBELL-SALAHUDDIN CASE

7.     Ford employed Shranda Campbell-Salahuddin at CSP.

8.     Ford terminated Campbell-Salahuddin on 8/29/2016 for alleged assault upon an employee in violation of plant rules.

9.     Campbell-Salahuddin lodged a grievance with the UAW (p. 4).

10.    This grievance process culminated in binding arbitration (at 4).  *See* Campbell-Salahuddin v. Ford Motor Co., 18-cv-00268, 4-5 (N.D. Ill. Oct. 12, 2021).

## THE COWART CASE

11.    Ford employed Billy Cowart, Jeff Bacon, and Aaron Straker at CAP.

2

12.     Cowart, Bacon, and Straker engaged in a sucker punch shooting incident.

13.     Ford terminated Cowart.

14.     Cowart was charged with felonies, represented by attorney Dave

McDermott, and found not guilty on all counts.

15.     Cowart lodged a grievance with the UAW.

16.     The grievance and arbitration procedure gave Cowart his job back, and 12

months back pay.  *See* CBS Interactive (2019). *Ford employee fired for self-*

*defense shooting rehired, gets back pay*. CBS News at

https://www.cbsnews.com/chicago/news/ford-employee-fired-for-self-defense-

shooting-rehired-gets-back-pay/; Also CBS Interactive. (2019).   *"I'd like to get my*

*name back," former Ford employee acted in self-defense when shooting*

*coworkers*. CBS News at https://www.cbsnews.com/chicago/news/for-employee-

shoots-coworkers-self-defense-chicago/; Also

(https://youtu.be/jqkw1JdW6Ww); Also McDermott Law Group at

https://www.mcdermottwins.com/

## THE COWAN CASE

17.     Ford employed Michelle Cowan and Christopher Johnson at DDMP.

18.     They engaged in a workplace incident on or about 7/18/2019 (p. 1).

3

19.     Ford accused Cowan of "Instigating a Verbal Altercation, Intimidation/Act of Threat, and Falsification of Company Record," and terminated her on 8/1/2019 (pp. 3-4).

20.     Cowan lodged a grievance with the UAW.

21.     The grievance and arbitration procedures did not culminate in binding arbitration.

22.     Ford brought Cowan back on 9/26/2019 on a 12-month general waiver (p. 4) as demonstrated in PRB Case No. 1822 (2019) at https://prbuaw.org/2021/01/1822-cowan-v-uaw-local-union-600/ or 1822 Cowan v. UAW Local Union 600 - Public Review Board (prbuaw.org).

## THE MAUST CASE

23.     Ford employed Brian Maust at OHAP.

24.     Ford discharged Maust.

25.     Maust lodged a grievance with the UAW.

26.     This grievance process culminated in binding arbitration on 6/20 and 6/21/2024 and Maust's right to be brought back may be enforced in or around September 2024.  See Exh. 19 OHAP bulletin, and Brian Maust's memo is attached and incorporated as if fully restated.

27.    Ford treated Dispenza, Ratcliff-Marzio, Brown, Collins, Hoover, Kurtz, Pena, Robbins, Upton, Campbell-Salahuddin, Johnson, Cowart, Bacon, Straker, and Maust more favorably than me, Myra Wilson, Rick Kamholz, and others.

End of Statement

Date: 8-24-2024

*Tamara Sobolewski*

Tamara Sobolewski

5

UAW Grievance #JW20TS and the FORD MOTOR COMPANY Article 6 Section 1

From:  Tamara Sobolewske (tamso1970@yahoo.com)

To:      bmaust2@ford.com

Cc:      linda@uawlocal2000.org; khilding@uaw.net

Date:  Wednesday, June 28, 2023 at 12:45 PM EDT

June 28, 2023

Chairman Brian Maust,

I realize you assumed responsibility for Grievance #JW20TS and I have solutions.

I object to your statements today that Ford Motor Company Ohio Assembly Plant Human Resources Manager's claim on March 2, 2020, is well-founded.

Engaging in discussion with me as part of the usual grievance process is counterproductive.

I am unable to provide you with any statements that I flew into a rage on February 19, 2020, to help you help myself and force me into medical retirement.  I understand if I do not provide you statements about the momentary rage, I have twelve (12) years before I am able to apply for UAW-Ford pension benefits.

At this time, I hope this helps:

-  **Article 19 Section 1 of the UAW International Constitution** authorizes you and all other official representatives of the Local Union, whether elected or appointed, to support, advance and carry out provisions of its contracts.


-  **Article 38 Section 6 of the UAW International Constitution** authorizes you and all other official representatives of the Local Union, whether elected or appointed, to support, advance and carry out all Constitutional provisions, official policies of the International Union; and, to the extent not inconsistent with the foregoing, all official policies of the Local Union.

I am short on time to respond further, and I attached prior communications for review.

**To be continued**…


Tamara Sobolewski


 2023-03-22 22.30 SOBOLEWSKI-TISEO EMAIL.pdf
483.4kB

 2022-05-23 21.32 SOBOLEWSKI-TISEO EMAIL.pdf
119kB

Incident: 230701-000033

From:  EEOC - I I G (info@eeoc.gov)

To:    tamso1970@yahoo.com

Date:  Saturday, July 1, 2023 at 11:41 AM EDT



**Response**

Thank you for contacting the United States Equal Employment
Opportunity Commission.  This automated response confirms receipt
of your inquiry and is not intended to address your specific
questions.  For those of you wishing to file a charge of employment
discrimination, please note that there is a time limit of either 180 or
300 days to file a charge, depending on a number of factors.  If you
want to begin the process, you can use our online assessment tool at
US EEOC .  You can not file a charge via email.  We will respond to
your specific questions as quickly as possible.

**Subject**

**education/question about disability discrimination**

| Auto-Response By (Administrator) (07/01/2023 10:41 AM) |
|---|
| Thank you for contacting the United States Equal Employment Opportunity Commission.  This automated response confirms receipt of your inquiry and is not intended to address your specific questions.  For those of you wishing to file a charge of employment discrimination, please note that there is a time limit of either 180 or 300 days to file a charge, depending on a number of factors.  If you want to begin the process, you can use our online assessment tool at US EEOC .  You can not file a charge via email.  We will respond to your specific questions as quickly as possible. |

| Customer By CSS Email (Tamara Sobolewske) (07/01/2023 10:41 AM) |
|---|
| Hello EEOC,<br>I was contacted by UAW Local 2000 Chairperson Mr. Brian Maust on |

June 28, 2023.  Mr. Maust said we were on the speakerphone and that President Bill Samples was present.

Mr. Maust and Mr. Samples are now handling a termination grievance Mr. Jason Wells filed on my behalf (See Tamara.Request.1.21.21.pdf sent to me by UAW Region 2B).  From September 14, 2021, Mr. Tiseo was handling it.

Maust offered to medically retire me in exchange, all I need to do is I explain how I flew into a momentary rage which caused my employer of 27.5 years to terminate me three years ago.  I feel that would be falsifying facts.

If I do not accept, I have twelve (12) years before I can apply for retirement.  He gave me to June 29, 2023, to accept.

Questions:

1. Is there a time frame giving individuals opportunity to review an opportunity to medically retire and decide if falsifying facts is worth it?

2.  Am I entitled to a copy of the agreement Maust offered?

2.  If Maust did, in fact, offer me disability retirement in exchange for me admitting to a crime, does that constitute harassment?

Since I complained to the EEOC before, am I able to amend one of the charges or can they be reviewed together?

Thank you,

Tamara Sobolewski1002 Dakota AvenueLorain, Oh 44052440-452-1982

Expired rights I had are as follow:

None: NLRB Case 08-CB-248797None: NLRB Case 08-CA-257901None: NLRB Case 08-CB-257902None: NLRB Case 08-CA-264966A posting of rights: NLRB Case 08-CB-264968To try to pursue legal remedy: EEOC Charge No. 532-2020-01156EEOC Charge No. 22A-2020-02897EEOC Charge No. 22A-2020-02786and more.

=================== application File Attachment ===================
20-6276.pdf, 33928 bytes, Added to incident

=================== application File Attachment ===================
WDL.08-CB-248797.Letter Approving Withdrawal in C Case.pdf, 51384 bytes, Added to incident

=================== application File Attachment ===================
Tamara.Request.1.21.21.pdf, 1236610 bytes, Added to incident

==================== application File Attachment ====================
SobolewskiattachmentsBFG.pdf, 55527 bytes, Added to incident

## Grievance #JW20TS | Umpire Case #53596

From:  Tamara Sobolewske (tamso1970@yahoo.com)

To:    bmaust2@ford.com; gdunn@uaw.net; btiseo@uaw.net; linda@uawlocal2000.org; khilding@uaw.net;
       cbrowning@uaw.net; sframmartino@uaw.net; cbenne55@ford.com; jwells35@ford.com

Cc:    tamso1970@yahoo.com

Date:  Saturday, July 22, 2023 at 07:45 PM EDT


Tamara Sobolewski, Member
UAW Local 2000
T 440.452.1982
O 440.891-8168

July 22, 2023

**VIA EMAIL**


*RE: Grievance #JW20TS/Umpire Case #53596*

Dear Union:

    This email is in response to a conversation Wednesday, July 19, 2023 - between Brian Maust and me.

    I heard him say something like he never offered me any settlement on Grievance #JW20TS on June 30, 2023, and that we will lose Umpire Case #53596 if I cannot explain a so-called "momentary rage."

    I compiled the one attachment.  It is people *NOT* likely to represent us when Ford Motor Company discharges contract unit employees.

    If you like entertainment, I attached some Ryan Cates composed.

    I just thought of a good idea!

    The Union should call Ryan Cates and to ask him WHAT HIS UNDERSTANDING OF OUR UAW-FORD EMERGENCY RESPONSE PLAN and SEXUAL HARASSMENT PROCEDURES are.

    If you have any questions or would like to discuss evidence to win Grievance #JW20TS, the documents I attached, and good ideas, do not hesitate to call at the numbers listed above.

Very Truly Yours,


Tamara Sobolewski

 # OHAP INFO 

Text UAW2000INFO with your full name to (877) 890-9490 to receive report via text.

### 5/22/24

### Message to The Membership From Chairman Brian Maust

There have been lots of questions regarding my situation and my employment status.  As I've stated before, my termination grievance has been moving through the system expeditiously.  The grievance is at its final stage and an official announcement has been made on the dates of my pending arbitration hearing. My hearing is set up for next month, June 20th and June 21st.  Once this hearing is completed, a decision will be made by the arbitrator.  The arbitrator will hear discussions from witnesses from both sides regarding this grievance to make this decision.  The arbitrator's ruling will decide the future of the Chairman position and my employment at Ford Motor Co.  I will continue to perform my duties as Chairman as I have, until this decision is made.  I cannot give anymore details at this time but will supply information as it becomes available.  Thanks to all the many great Local 2000 members and people that have given me strength through unwavering support during this difficult time.  This situation will soon be resolved one way or another!

### Holiday Pay and Short Work Week for New Hires

All new hires will receive Short Work Week (SWW) and SUB pay once they reach the 90 calendar day period.  They will also be eligible for Memorial holiday if the 90 day period is reached also.  Memorial Day holiday will be paid for hiring groups: 1/2/24, 2/12/24, and 2/19/24.

All current 2024 hiring groups will be eligible for the Juneteenth holiday and any other holiday moving forward.  Eligibility for holidays for all employees is you must work or be covered, the day prior and after the holiday in the same week.

### WISHING ALL A SAFE AND HAPPY MEMORIAL DAY WEEKEND!

Dear UAW Local 2000,

My arbitration hearing finished up this afternoon on my termination.  Due to the complexity, rarity and witness lists involved in this case, it will take longer than normal to get a decision.
The final decision will be made some time in September.  Thank you all for your continued support!

In True Solidarity,
Brian Maust

# EXHIBIT 20

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| TAMARA L. SOBOLEWSKI, | : | |
| 1002 Dakota Avenue | | |
| Lorain OH 44052, | : | |
| Plaintiff, | : | Case No. 1:24-cv-01396 |
| | | |
| v. | : | |
| | | |
| FORD MOTOR COMPANY | : | |
| 650 Miller Road | | |
| Avon Lake OH 44012, | : | |
| Defendant. | : | |

DECLARATION OF TAMARA SOBOLEWSKI

I, Tamara Sobolewski, pro se Plaintiff of sound mind and competent age, certify

under the penalty of perjury and state as follows:

1.      Article 33 §1 of our Constitution gives any UAW member of any

subordinate body the right to appeal any action, decision, or penalty…unless

otherwise provided…for failure or refusal to act...where it allegedly results in an

injury (2022, p. 91).

2.      Article 19 § 1 of our Constitution our International Union recognizes the

spirit, the intent, and the terms of all contractual relations developed and existing

1

between Local Unions and employers, and... requires each Local Union to carry out the provisions of its contracts (2022, pp. 59-60).

3.      Our 2022 UAW International Constitution is at https://uaw.org/wp-content/uploads/2024/06/Updated-2022-Constitution-6-7-24-1.pdf or Updated-2022-Constitution-6-7-24-1.pdf (uaw.org).

4.      Around 6/22/2021, UAW President Rory Gamble's assistant advised me to appeal directly to Local 2000 members meaning address those who accused me of threatening violence to challenge my termination (Wilson, 2021).

5.      Around 9/15/2021, the NFD Umpire-Arbitration Services and Special Projects Assistant Director sent me a copy of the "Act of Threat" (Tiseo, 2021).

6.      Around 5/18 and 5/24/2022, Tiseo investigated the "Act of Threat," or "Umpire Case No. 53596."

7.      Around 6/23/2022, Tiseo planned to schedule arbitration for January 2023.

8.      Around 2/24/2023, Tiseo told me Ford obtained a digital copy of the "Act of Threat."

9.      Around 2/14/2023, UAW President Curry's Assistant told me I was entitled to seek legal assistance at my own expense and referred me to Tiseo (Shortridge, 2023).

10.     Around 3/22/2023, I believed that Umpire Case No. 53596 entered the discovery phase.

11.   Around 4/9/2023, I requested a Summary of the Hotline Findings from Local 2000.

12.   Around 4/24/2023, I spoke to a 211 operator for feedback on the winning strategy I heard Tiseo explain.

13.   Around 5/2/2023, Tiseo asked me to "go over" the document Ryan Perniciaro created.

14.   Around 5/11/2023, Suzie Furton sfurton@ford.com wanted to speak with me regarding my sexual harassment concerns.

15.   Around 5/18/2023, because I asked Local 2000 for a Harassment Hotline Summary of Findings, I was referred to Tiseo (Wells, 2023).

16.   Around 6/9/2023, Tiseo needed to discuss the document Ryan Perniciaro created.

17.   Around 8/14/2023, because I lacked corroborating witnesses and substantial direct evidence, I was denied the opportunity to confront my accusers (Local 2000 Executive Board, 2023).

18.   I filed an appeal with the UAW President's office, and allegedly they received no further communication from me (Parker, 2023).

19.   Because the UAW President's office alleged that I failed to provide information, I researched other entities to contact regarding my rights and wrote to

3

UAW Region 2B Director David Green, the National Diversity and Inclusion Committee, and the National Civil Rights Committee.

20.     Around 10/11/2023, the UAW Civil Rights Department Director referred me to Bob Tiseo (Walker, 2023).

21.     Around 10/23/2023, because of the other letter I wrote concerning my rights, I was referred to Bob Tiseo (Shortridge, 2023).

22.     Around 11/9/2023, because the UAW International Constitution protects members against frivolous, ill-conceived, misplaced charges, I was denied an opportunity to face my accusers (Fain, 2023).

23.     Around 12/7/2023, Tiseo told me the best way to challenge my discharge was to use my medical documentation or claim intimidation and harassment.

24.     Around 4/30/2024, Tiseo and Debra Ockerman, Ford's Director of Arbitration and Wage Administration Department were satisfied that the actions I was subject to on 3/2/2020 and the wages and benefits I lost since were justified and warranted.

25.     Around 5/27/2024 and 6/11/2024, I protested the withdrawal of Grievance No. JW20TS and submitted evidence to support my appeal.

26.     Around 7/9/2024, an unidentified woman who answered my call at the International Union Appeals Department told me Casandra Shortridge was working on my latest appeal.

27.    On 8/7/2024, I called 313-926-5000 to complete my work search requirement and to get an update on my protest of the closure of Grievance No. JW20TS. A switchboard operator transferred me to Piper, who then transferred me to Linda in the Appeals Department. Chuck Browning recently provided information to the Appeals Department, my appeal is being processed, but no estimated completion date was given.

(Exh. 20 Letters, Emails, "Act of Threat," *Appeals* are attached and incorporated as if fully restated.)

End of Statement

Date:  8-24-2024

*Tamara Sobolewski*

Tamara Sobolewski



*Solidarity House*

8000 EAST JEFFERSON AVE.
DETROIT, MICHIGAN 48214
PHONE (313) 926-5000

**INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA – UAW**

RORY L. GAMBLE, *PRESIDENT*          RAY CURRY, *SECRETARY-TREASURER*

VICE-PRESIDENTS: TERRY DITTES • CINDY ESTRADA • GERALD KARIEM

June 22, 2021

Tamara Sobolewski, Member
UAW Local Union 2000
1002 Dakota Avenue
Lorain, OH 44052

Dear Sister Sobolewski:

Please be advised that because of unforeseen circumstances your appeal document sent to UAW President Rory L. Gamble, postmarked August 20, 2020, has been discovered by this office. Be that as it may, after sifting through your voluminous appeal package this office is unable to discern the status of your appeal. Pursuant to Article 33, Section 2(a) of the UAW International Constitution, you must first appeal your discharge to the UAW Local Union 2000 membership body within 60 days of the time that you became aware, or reasonably should have been aware of the action that you are appealing.

Conversely, if you have not appealed to your local union membership body, it will be necessary for you to do so previous to appealing to this office. And if you have appealed to your local union membership body, please provide the date of your appeal and copies of any communications containing the local union action on same appeal, if you desire to continue. I shall await your response.

Thank you.

In solidarity,

Allen R. Wilson
Administrative Assistant to the President

ARW:tc
opeiu494afl-cio
cc:      Wayne Blanchard, Director, UAW Region 2B
         Elba Cordova-Hughes, Recording Secretary, UAW Local Union 2000
         Chris Crump, Top Administrative Assistant to the President
         Rory L. Gamble, President, International Union, UAW
         William Samples, President, UAW Local Union 2000
         Jeff Shrock, Assistant Director, UAW Region 2B
         Jimmie Williams, Chief of Staff to the President

OPEIU494
PRINTED IN U.S.A.

Rec'd 6-24-2021



5:32    63%

←    Q Search

✎ Write Post      📷 Share Photo

🖼 Photos    💬 Did You Know

**Tamara Sobolewski**      •••
6 hrs · 👥

I am not even. Just encountered thoughtful people around here.

Solution: just shoot people.
Alternative: line them up and shoot them.

The guys been @ one spot for over a year. I've seen him daily. Last week I saw him humping in a different neighborhood—a worse neighborhood.  Hope he dies soon.  All the details not known. I hope new neighbors are good to him.

👍 Like      💬 Comment

**Tamara Sobolewski**      •••
13 hrs · 👥

She can't sleep since 3:30

**Attachment D**

## Questions

From:   Tiseo, Bob (btiseo@uaw.net)

To:     tamso1970@yahoo.com

Cc:     BTiseo@uaw.net

Date:   Wednesday, May 18, 2022 at 09:22 AM EDT

Good morning,

Here are some questions that I think are important your case. We need to understand everything to be able to build our best strategy.
1. Please explain your Facebook post
    a. What did you mean by "Just shoot people"?
    b. What did you mean by "line them and shoot them"?
    c. What did you mean by "The guys been @ one spot for over a year. I've seen him daily. Last week I saw him in a different neighborhood-a worse neighborhood. Hope he dies soon. All the details not known. I hope new neighbors are good to him"?
    d. Who are you talking about?
    e. What neighborhood?
    f. What do you mean by "Hope he dies soon"?
    g. Why do you hope he dies soon?
    h. Who are the new neighbors?

Let's start with these questions about the Facebook post.
Thank you. If you have any questions, please don't hesitate to contact me.

Bob Tiseo
UAW National Ford Department
Assistant Director
Umpire-Arbitration Services and Special Projects
Office 313.926.5638
Cell 586.295.8925

## Fw: Questions

From:  Tiseo, Bob (btiseo@uaw.net)

To:      tamso1970@yahoo.com

Date:  Friday, June 10, 2022 at 05:21 PM EDT

Bob Tiseo
Assistant Director
UAW National Ford Department
Umpire-Arbitration Services and Special Projects
Cell 586.295.8925

**From:** Tiseo, Bob
**Sent:** Tuesday, May 24, 2022 11:11 AM
**To:** Tamara Sobolewske <tamso1970@yahoo.com>
**Subject:** RE: Ques ons

Hi Tamara,

Thank you for your responses to the ques ons I sent you.

In response to the ques ons that you sent me-

We are currently inves ga ng your case. We are looking to acquire all the informa on we can obtain to best create your case against Ford Motor Company. For us to do that, we need to understand the facts/events the same as you. All the documenta on in the grievance file is important. That is the reason for the ques ons that we have asked and will ask in the future. I am asking ques ons about your interview with Mr. Perniciaro because that, along with the form #4600 and Facebook post is what the company used to discharge you. The more we know, the be er prepared we are to not only present our case, but also cross examine company witnesses. Mr. Wells' statement of facts is obviously very important to our case. We have had discussion with Mr. Wells about your case and we may have Mr. Wells as a witness at the hearing. As I have shared, I have had discussions with Ford about your case and they have shown no interest in se ling your case. We are s ll inves ga ng your case; your answers are very helpful. We have more ques ons and will send them to you ASAP. We do not currently have a date set for your arbitra on hearing.

Bob Tiseo
UAW Na onal Ford Department
Assistant Director
Umpire-Arbitra on Services and Special Projects
Office 313.926.5638
Cell 586.295.8925

**From:** Tamara Sobolewske <tamso1970@yahoo.com>
**Sent:** Monday, May 23, 2022 9:32 PM

**To:** Tiseo, Bob <BTiseo@uaw.net>
**Cc:** Browning, Chuck <CBrowning@uaw.net>
**Subject:** Re: Ques ons

May 23, 2022

Dear Mr. Tiseo,

After briefly speaking with you this morning, I am at a loss knowing who called me from the International Union and did not leave a message.
I submit the following answers to the questions that you asked me to answer because you think are important to my case.  I hope it helps with clarity.
**1. Please explain your Facebook post**
**My Answer:**
 I filed numerous complaints against Ohio Assembly Plant (OHAP) Labor Relations representatives and other supervisors between 2012-2020.  The last complaint I made was through the Company Harassment Hotline on February 3, 2020.  OHAP Human Resources Manager Ryan Perniciaro interviewed me and at the completion of his interview, he scheduled to follow-up with me and my UAW bargaining representative Jason Wells on Thursday, February 20, 2020.
 On February 19, 2020, I worked my normal 2nd shift and completed the required quota for the shift.  Contrary to the rumors, I departed the plant on my own accord and without any controversies whatsoever.
 On Wednesday, February 19, 2020, allegedly after 5:30 p.m., a screenshot was provided to UAW Local 2000 that displayed the following content posted to my personal Facebook account:
**"I am not even. Just encountered thoughtful people around here. Solution: just shoot people. Alternative: line them up and shoot them.  The guys been @ one spot for over a year. I've seen him daily. Last week I saw him humping in a different neighborhood- a worst neighborhood. Hope he dies soon. All the details not known. I hope new neighbors are good to him."**
 At approximately 7:39 p.m. on the 19th, I received a phone call from Mr. Perniciaro informing me that our previously scheduled meeting to follow up on my hotline complaint tomorrow was canceled.  Additionally, Mr. Perniciaro informed me that he deactivated my work badge, advised me that I was not permitted on plant property, and he will contact me the next week.  Mr. Perniciaro neither informed me of the allegations nor the reason I was being suspended.
 I became confused.  Approximately ten minutes after Perniciaro's call, I contacted  UAW Local 2000 President William "Bill" Samples to inform him of what had just occurred.  Mr. Samples had no knowledge of the alleged "Act of Threat" at OHAP either.
 Later, at approximately 10:30 p.m. on the 19th, I began receiving alerts about suspicious content on my personal Facebook account.  The next morning more coworkers began reaching out in disbelief and support and further informed me that someone was passing slandering rumors throughout the plant that I was "escorted out of the plant".  I removed the content and filed complaints with Facebook that my account been compromised and/or hacked.  I also contacted the Local Police Department and filed a complaint in this regard.
 My personal Facebook account has never been suspended nor flagged by Facebook for any reason. However, it is a matter of Company record that Mr. Perniciaro through Labor

Representative Ariel MacDonald had been monitoring and/or stalking my personal Facebook account for several years prior to the 19th of February.

On Monday, February 24, 2020, I received a call from Mr. Perniciaro requesting me to "report directly to the security guard shack" the next morning, Tuesday, February 25, along with my union representative to talk further.  During this meeting which lasted approximately four hours, I was badgered and coerced into providing answers to confusing questions under highly intimidating circumstances by Mr. Perniciaro.

On March 2, 2020, Mr. Perniciaro requested that I meet him at the plant security shack that same day where he verbally terminated me stating I am a safety risk to other OHAP employees.

On March 3, 2020, my bargaining representative Jason Wells who was present during the meeting on February 25, provided a supporting statement that is attached to my termination grievance.

Around March 10, 2020, I received a form 4600 that displayed Ford's reason for termination "Act of Threat" with a supporting statement that reads:

**"Mrs. Sobolewski posted threatening comments (shooting people) on Facebook about her Peers while she was actively working in the plant."**

For the record, I did not post the above content that was considered an alleged "Act of Threat" on my personal Facebook account on February 19, 2020.  My account was hacked and/or compromised.  I did not threaten to shoot or kill anyone. I have never threatened to shoot or kill anyone in my life.  Since the above content was posted on my personal Facebook account, after 27+ years of faithfully working and rendering union dues, I was terminated 12 days later based on hearsay, assumptions, and/or speculation which is called "conjecture".  Conjecture is defined as the expression of a theory, or of an opinion, based on speculation, without substantial proof, a conclusion reached by guesswork.

Prior to February 25, 2020, I was targeted, accused, and suspended based on some individuals' personal interpretations and opinions derived from content posted on social media.  Resulting from conjecture, Mr. Perniciaro strategically held the hearing on the 25th to create anecdotal evidence to substantiate his actions on February 19.  Prior to the 25th, the document that you and others deem "very important components" to this case did not exist.

Further, the statement "Mrs. Sobolewski posted threatening comments (shooting people) on Facebook about her Peers while she was actively working in the plant." is again conjecture and anecdotal evidence.

a.  What did you mean by "Just shoot people"?
My Answer: I did not post the alleged "Act of Threat" content to my personal Facebook account on February 19, 2020.  My account was hacked and/or compromised; therefore, this question and the remaining questions are not applicable to me.

b.  What did you mean by "line them and shoot them"?
My Answer: I did not post the alleged "Act of Threat" content to my personal Facebook account on February 19, 2020.  My account was hacked and/or compromised; therefore, this question and the remaining questions are not applicable to me.

c.  What did you mean by "The guys been @ one spot for over a year. I've seen him daily. Last week I saw him in a different neighborhood-a worse neighborhood. Hope he dies soon. All the details not known. I hope new neighbors are good to him"?
My Answer: I did not post the alleged "Act of Threat" content to my personal Facebook account on February 19, 2020.  My account was hacked and/or compromised; therefore, this question and the remaining questions are not applicable to me.

d.  Who are you talking about?

My Answer: I did not post the alleged "Act of Threat" content to my personal Facebook account on February 19, 2020.  My account was hacked and/or compromised; therefore, this question and the remaining questions are not applicable to me.

e. What neighborhood?

My Answer: I did not post the alleged "Act of Threat" content to my personal Facebook account on February 19, 2020.  My account was hacked and/or compromised; therefore, this question and the remaining questions are not applicable to me.

f.  What do you mean by "Hope he dies soon"?

My Answer: I did not post the alleged "Act of Threat" content to my personal Facebook account on February 19, 2020.  My account was hacked and/or compromised; therefore, this question and the remaining questions are not applicable to me.

g. Why do you hope he dies soon?

My Answer: I did not post the alleged "Act of Threat" content on my personal Facebook account on February 19, 2020.  My account was hacked and/or compromised; therefore, this question and the remaining questions is not applicable to me.

h. Who are the new neighbors?

My Answer:  I did not post the alleged "Act of Threat" content on my personal Facebook account on February 19, 2020.  My account was hacked and/or compromised; therefore, this question is not applicable to me.

"If you have any questions, please don't hesitate to contact me."

**A few questions for you, Mr. Tiseo, and others, I have right now are:**

1.  Would you agree that my mindset during my normal shift on February 19, 2020, was much different than it was after I was accused and under duress in a hearing held 6 days after the alleged incident happened? If not, explain.

2. Would you agree the alleged social media content that was posted to my personal Facebook account on February 19, 2020, did not include the words "Ford Motor Company", "coworkers" and/or "peers"? If not, explain.

3. Would you agree that Mr. Perniciaro's statement "Mrs. Sobolewski posted threatening comments (shooting people) on Facebook about her Peers while she was actively working in the plant." is his own opinion, speculation, and perhaps prejudgment of my character?  If not, explain.

4. After reviewing the content that was posted to my personal Facebook account on February 19, 2020, and the statement documented on Ford's 4600 by Mr. Perniciaro: "Mrs. Sobolewski posted threatening comments (shooting people) on Facebook about her Peers while she was actively working in the plant," would you agree that Mr. Perniciaro terminated me based on conjecture? If not, explain.

5. On Wednesday, February 19, 2020, would you agree that I was prejudged by various individuals when the UAW Local Chairman and Safety representative allegedly received a screenshot of a Facebook post and then turned me in to Ford Human Resources rather than finding out if there was any truth to the allegations? If not, explain.

6. On Wednesday, February 19, 2020, I was considered a high seniority employee (27+ years) with full employee health benefits.  IF anyone thought and/or felt there was a possibility that I was capable of an "Act of Threat", were there available employee mental health benefits and/or job protection that Ford Motor Company and/or my UAW Local 2000 Union officials could have utilized rather than terminating me? If not, explain.

7. Why do you feel that Mr. Perniciaro's document from the meeting on February 25, 2020, is "very important components" or supportive of my case?

8. Why are Jason Wells' documented statements of fact regarding the very same meeting not considered a "very important component" to support my case?  You have not requested any further discussion regarding his statement at all.

7/27/24, 4:00 PM                                        (767 unread) - tamso1970@yahoo.com - Yahoo Mail

9. Per our contract as it relates to arbitration, if Ford and the Union are unable to come to a settlement, my documents should have been assigned to an outside third-party umpire.      I was assigned Umpire case #53596 last year.  You advised me that Ford was unwilling to arbitrate my case at that time.  Considering I am a single parent, terminated at the beginning of the worldwide pandemic, and stripped of my only source of income and health benefits; why hasn't any moral consideration been given by the UAW to forward my case to an umpire for review?

I have given the Union over 2 years to handle Grievance #JW20TS, to represent me by having me reinstated, back pay, and made whole.  I was wrongfully terminated based on what seems to be conjecture.  Mr. Perniciaro's statement that seems very important to you was created by design six (6) days after I was suspended.  Since this time, my son and I struggle without supportive resources and denied healthcare services for necessary medical treatment.

I look forward to your prompt response, by the end of the week.

Tamara Sobolewski

On Wednesday, May 18, 2022, 09:22:39 AM EDT, Tiseo, Bob <btiseo@uaw.net> wrote:

Good  morning,

Here are some questions that I think are important your case. We need to understand everything to be able to build our best strategy.

1. Please explain your Facebook post

   a. What did you mean by "Just shoot people"?
   b. What did you mean by "line them and shoot them"?
   c. What did you mean by "The guys been @ one spot for over a year. I've seen him daily. Last week I saw him in a different neighborhood-a worse neighborhood. Hope he dies soon. All the details not known. I hope new neighbors are good to him"?
   d. Who are you talking about?
   e. What neighborhood?
   f. What do you mean by "Hope he dies soon"?
   g. Why do you hope he dies soon?
   h. Who are the new neighbors?

Let's start with these questions about the Facebook post.
Thank you. If you have any questions, please don't hesitate to contact me.

Bob Tiseo
UAW National Ford Department
Assistant Director
Umpire-Arbitration Services and Special Projects
Office 313.926.5638
Cell 586.295.8925

## Arbitration

From: Tiseo, Bob (btiseo@uaw.net)

To: tamso1970@yahoo.com

Cc: GDunn@uaw.net; BTiseo@uaw.net

Date: Thursday, June 23, 2022 at 01:25 PM EDT

Hi Tamara,

We plan to schedule your case for arbitration for January 2023. We are currently scheduled for the remainder of 2022, but if something changes we will try to move your case up. I do have a couple of questions regarding your case
.

1. Can you please provide all documentation of communication between you and Facebook regarding your account being hacked? (They should be able to provide evidence and confirmation that your account was hacked, and this will be very helpful)
   a. Can you provide copies of your Facebook access logs during the time your account was hacked?
2. Why did you answer questions about the Facebook post in your interview with HR ? (The company will ask you about this during cross examination and we will need to be prepared)

Thank you. If you have any questions, please do not hesitate to contact me.

Bob Tiseo
UAW National Ford Department
Assistant Director
Umpire-Arbitration Services and Special Projects
Office 313.926.5638
Cell 586.295.8925

## Clarification

From:  Tiseo, Bob (btiseo@uaw.net)

To:     tamso1970@yahoo.com

Date:  Friday, February 24, 2023 at 11:39 AM EST

Hi Tamara,

I just wanted to check in with you since our meeting with you and your therapist. I am wondering if anything has changed since that meeting. Also, I wanted to clarify something from our last meeting. You mentioned that Ford could have created false Facebook posts like the ones you showed to us when we met at UAW Local 2000. I wanted to let you know that Ford obtained a digital copy of the post, not a paper copy. I just wanted make sure that wasn't getting lost in translation. Please let me know of any changes. Thank you.

Bob Tiseo
Assistant Director
UAW National Ford Department
Umpire-Arbitration Services and Special Projects
Cell 586.295.8925

**Tamara Sobolewski, Member UAW Local 2000**
**1002 Dakota Avenue Lorain OH 44052 440.452.1982**

February 14, 2023

International Executive Board in c/o President Curry
Solidarity House
8000 E. Jefferson Avenue
Detroit MI 48214-3963

Re: Grievance #JW20TS/Umpire Case #53596

Dear International Executive Board in c/o President Ray Curry:

I write with an urgent **request for legal representation** (see Enclosure 1).

Ford Ohio Assembly (OHAP) and I established a 27.4-year employer-employee relationship. OHAP Human Resources Manager RYAN PERNICIARO investigated Ford Harassment Hotline complaint I made about management plant management and the harassing behaviors. My call caused PERNICIARO to investigate. Then he stopped to investigate online conduct, created facts that an act of threat occurred and discharge me. This event occurred thirty-five (35) months ago. Something is wrong. Jason Wells, Steve Frammartino, Jason D. Williams, Herb Bennett, Steve Frammartino, and Greg Poet were involved. Scott Eskridge notified me on 05/13/2021 that Grievance #JW20TS entered Stage 4 of the Grievance Procedure. I seek emergency assistance.

I challenge the action of National Ford Department Umpire-Arbitration Services and Special Projects Assistant Director Bob Tiseo. On 01/17/2023 he told me that creating a case against Ford Motor Company is not possible because no facts exist to refute the fact PERNICIARO provided. If PERNICIARO's fact were true, and Tiseo were legally representing Grievance #JW20TS, Tiseo would obtain:
1. OHAP Security Forces record of the event on 02/19/2020,
2. OHAP Emergency Response Team record and involvement on 02/19/2020, and
3. OHAP Emergency Response Plan record of engagement under Appendix S.
The above records do not exist because the event PERNICIARO created did not happen.

Tiseo concluded no facts exist to refute PERNICIARO fact because he has taken PERNICIARO's position by handling:
1. the OHAP Employee Statement Form that PERNICIARO created 02/25/2020
2. the Ford 4600 Disciplinary Action Report PERNICIARO wrote 03/03/2020
3. the Facebook Post an employee captured n.d. or 02/19/2020
Tiseo disregards Grievance #JW20TS attachments:
1. Ford Harassment Hotline Information Form created 02/05/2020
2. Lorain Police Department Incident Report generated 02/20/2020

3. the Statement of Case Jason Wells created 03/03/2020

Tiseo's actions are not rational.

UAW Local 2000 engaged in prior protected activity with me and initiated two series of Union Grievances on my behalf, documenting the entire context of supervision and Labor Relations' actions. [i]

Grievances
1. TS1022JB by John Bado that President William Samples closed,
2. TS15KK by Kelly Knight that Brian Maust,
3. SS21219TS by Shawn Salmons that Brian Maust closed,
4. SS2719TS by Shawn Salmons that Brian Maust closed,
5. SS13119 by Shawn Salmons that Brian Maust closed,
6. CC343731 by Shawn Salmons that Brian Maust closed,
7. JW10318TS by Jason Williams that Brian Maust or Jason Wells closed
8. BM0114TS by Brian Maust that unknown closed
9. BS10007 by William Samples that unknown closed
10. TS4142011 by Chris Ladikos that unknown closed

show UAW Local 2000 alleged contract violations.

Given Labor Relations conduct, and Human Resources attempt to terminate me three (3) times in 2019, it shows a pattern and reveals the real reason PERNICIARO discharged me was retaliation.[ii]

**I request a review of the grievance handling** because something is wrong.  I think Bob Tiseo is representing PERNICIARO.  Meanwhile, I ask for an appointment to ERC at OHAP until I am vindicated.

We should work on the commitment our Union, UAW made with Ford Motor Company about ensuring investigations of sexual harassment are conducted in the spirit of determining the truth (Agreements between UAW and the Ford Motor Company, 2019).  I do not know how to create a case myself and request to assist with this process.

Tamara Sobolewski, Member

Partial Enclosures



8000 EAST JEFFERSON AVE.
DETROIT, MICHIGAN 48214
PHONE (313) 926-5000

**INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA – UAW**

RAY CURRY, *PRESIDENT*  •  MARGARET MOCK, *SECRETARY-TREASURER*
VICE-PRESIDENTS: CHUCK BROWNING  •  MIKE BOOTH  •  RICH BOYER

March 14, 2023

Tamara Sobolewski, Member
UAW Local Union 2000
1002 Dakota Ave.
Lorain, OH 44052

Dear Sister Sobolewski:

Your letter to UAW International President, Ray Curry, was received by this office on March 8, 2023.

After further discussions with the UAW National Ford Department, it has been determined that Grievance No. JW20TS/Umpire Case No. 53596 is still active in the grievance procedure. Therefore, your attempt to appeal is premature to this office in accordance with Article 33, Section 2(a) of the UAW International Constitution.

Furthermore, in regard to your request for legal assistance and pursuant to Article 33 Section 4(f), you are entitled to seek your own counsel at your own expense.

Any further questions on the status of Grievance No. JW20TS/Umpire Case No. 53596, please contact UAW National Ford Department, Assistant Director, Bob Tiseo, at (313) 926-5638.

Fraternally,

Casandra Shortridge
Administrative Assistant to the President

CS:ljc
opeiu494afl-cio
cc:     Tim Bressler, Chief of Staff to the President
        Elba Cordova-Hughes, Recording Secretary, UAW Local Union 2000
        Ray Curry, President, International Union, UAW
        David Green, Director, UAW Region 2B
        William Samples, President, UAW Local Union 2000
        Richard Smith, Assistant Director, UAW Region 2B
        David Stalnaker, Top Administrative Assistant to the President
        Bob Tiseo, Assistant Director, UAW National Ford Department

## Grievance #JW20TS/Umpire Case #53596

From: Tamara Sobolewske (tamso1970@yahoo.com)

To: btiseo@uaw.net

Cc: linda@uawlocal2000.org; mdonov10@ford.com; bmaust2@ford.com; cbenne55@ford.com; tamso1970@yahoo.com; ssalmons@ford.com

Date: Wednesday, March 22, 2023 at 10:30 PM EDT

March 22, 2023

Bob Tiseo, Assistant Director

Umpire-Arbitration Services

National Ford Department

8000 E Jefferson Avenue

Detroit MI 48214

Re: Reply

Dear Mr. Tiseo:

In response to your February 24, 2023, concerns I do not have a current detailed report of actual harm readily available. I recently updated my resume. I learned yesterday that I need to edit it (*See* Document 1).

Researching arbitration and have questions.

**Q:** Is this the discovery phase of Umpire Case #53596?

**Q:** What is the date and time you were informed of the existence of a digital copy concerning the so-called "threatening comments (shooting people) on Facebook" about my peers while I was actively working in the plant?

**Q:** What is the name and title of the person who provided the digital copy to you?

If this is the discovery phase, let's:

(1) request digital **Ohio Assembly Plant Employee Statement Forms**.

(a) Begin date February 19 6:00 AM end date March 2, 2020, 3:00 PM,

(b) Automobile Technicians identified as victims of the so-called Act of Threat that occurred February 19, 2020, are:

*Jacob Bahnsen GID #870164,*

*Gerald Cole GID #988355,*

*Mark Criss GID #870413,*

*James Dalgleish GID #396394,*

*Larry R. Davis GID #685041,*

*Louis J. Gonzalez GID #887199,*

*Oval E. Hardwick GID #836980,*

*Danielle M. Long GID #2240257,*

*Myrle L. Sheldon GID #887386,*

*Carol J. Hay GID #870207, and*

*Carrieann M. Walend GID#649012.*

Let's ask these questions:

A)  Was Ohio Assembly Plant Human Resources Manager Ryan Perniciaro motived to terminate me because he objectively analyzed comments by my peers (*Bahnsen, Cole, Criss, Dalgleish, Davis, Gonzalez, Hardwick, Long, Sheldon, Hay, and Walend*)?

OR

B)   Was Ohio Assembly Plant Human Resources Manager Ryan Perniciaro motivated to terminate me because he obtained comments (Grievance #SS21219TS) peers[1] made, comments (Grievance #SS13119) peers[2] made, comments (Grievance #CC343731) peers[3] made, comments (Grievance #JW10318TS) peers[4] made, comments (Grievance #BM0114TS) I made, comments (Grievance #BS100007) peers[5] made, and comments (Grievance #TS4142011) a peer[6] made?

After all, Mr. Perniciaro is in the regular grievance chain of command (*See* Letter Clarifying Sexual Harassment).

## SUMMARY

A compelling fact excusing secure redress is that Ford obtained a digital copy of the so-called comments (threatening to shoot Bahnsen, Cole, Criss, Dalgleish, Davis, Gonzalez, Hardwick, Long, Sheldon, Hay, and Walend) Ryan Perniciaro interpreted.

THOSE COMMENTS DO NOT EXIST or should not exist unless Ford created them. The incident did not occur.

There is a legal difference between opinions and defamatory statements. Ford terminates UAW members' employment without fear of repercussions.

We should increase communication with Ford Motor Company and have our Vice President of Corporate Human Resources and Labor Affairs and attorneys clarify the following policies:

- Diversity &
- Inclusion Program and are committed to working together to
- foster an environment free of harassment, discrimination and
- nondiscrimination language (2019 Volume I, pp. 49-50, 72, 136, 215, 308-3, 385-6)
- retaliation language (2019 Volume I, pp. 380-5).
- workplace surveillance tool,
- non-workplace surveillance tool,
- workplace violence prevention program that includes comprehensive training,
- emergency response program that details responses to all types of violent incidents,
- Employer-funded active Employee Assistance Program (EAP) for workers suffering from stressful life events at work and home,
- Employer-funded and licensed mental health counselors,
- Eliminating weapons from workplaces to reduce serious harm or fatalities,
- ensure swift reaction to serious or credible threat of violence,

- address menacing behavior (i.e., double standards, stalking, assault, harassment, discrimination, intimidation, including use of Disciplinary Action Reports and pens),
- forbidding profiling to justify unfair labor practices and coercive questioning employees about their own or coworkers' union activities or sympathies,
- define illegal employment practices and clarify the complaint investigation process.

**We have not obtained a paper or digital copy of Ford Ohio Assembly Plant comments (Summary of Mr. Ryan Perniciaro's Findings) on the Harassment Hotline Information Form you sent me on September 13, 2021.**

**\*\*the Union reserves the right to add facts at a later date\*\*\***

Regards,

Tamara Sobolewski, Member

Ford Motor Company Global ID 000887871

---

[1] Shawn Salmons, Robert Kurtz, UAW Local 2000 Civil Rights Committee, and Brian Maust

[2] Shawn Salmons and Brian Maust

[3] Shawn Salmons and Brian Maust

[4] Jason Williams, Michael Donovan, Brian Maust, Chairman Bennett, and President Samples

[5] William Samples, and Roy Escandon

[6] Chris Ladikos and UAW Local 2000 Bargaining Unit Structure

2/24/23, 7:16 PM                                    (546 unread) - tamso1970@yahoo.com - Yahoo Mail

## Clarification

From:  Tiseo, Bob (btiseo@uaw.net)

To:     tamso1970@yahoo.com

Date:  Friday, February 24, 2023 at 11:39 AM EST

Hi Tamara,

I just wanted to check in with you since our meeting with you and your therapist. I am wondering if anything has changed since that meeting. Also, I wanted to clarify something from our last meeting. You mentioned that Ford could have created false Facebook posts like the ones you showed to us when we met at UAW Local 2000. I wanted to let you know that Ford obtained a digital copy of the post, not a paper copy. I just wanted make sure that wasn't getting lost in translation. Please let me know of any changes. Thank you.

Bob Tiseo
Assistant Director
UAW National Ford Department
Umpire-Arbitration Services and Special Projects
Cell 586.295.8925

Case: 1:24-cv-01396-JPC  Doc #: 6-1  Filed:  08/29/24  370 of 643.  PageID #: 1091

 TS RESUME 5.0.pdf
852kB

## Re: GRIEVANCE #JW20TS/UMPIRE CASE #53596

From: Tiseo, Bob (btiseo@uaw.net)

To:     tamso1970@yahoo.com

Cc:     GDunn@uaw.net

Date: Tuesday, May 2, 2023 at 02:03 PM EDT

Hi Tamara,

Unfortunately, there are no guarantees in arbitra on regardless of how we may think/feel about any strategies. I know when we last spoke, we were going to have a Microso  Teams mee ng this Thursday to go over your interview with Labor Rela ons. Are you s ll interested in having this mee ng? Please let lm know. Thank you.

Bob Tiseo
Assistant Director
UAW National Ford Department
Umpire-Arbitration Services and Special Projects
Cell 586.295.8925

---

**From:** Tamara Sobolewske <tamso1970@yahoo.com>
**Sent:** Monday, April 24, 2023 9:59 PM
**To:** Tiseo, Bob <BTiseo@uaw.net>; Dunn, Gregg <GDunn@uaw.net>
**Cc:** Linda Lynch <linda@uawlocal2000.org>; Brian Maust <bmaust2@ford.com>; Herb Benne <cbenne55@ford.com>; Michael Donovan <mdonov10@ford.com>; Jason Wells <jwells35@ford.com>; Browning, Chuck <CBrowning@uaw.net>; tdealmei@ford.com <tdealmei@ford.com>
**Subject:** GRIEVANCE #JW20TS/UMPIRE CASE #53596

Tamara Sobolewski
1002 Dakota Avenue
Lorain, OH 44052

April 24, 2023

Bob Tiseo, Assistant Director

UAW National Ford Department

8000 E. Jefferson Avenue

Detroit, MI 48214

Re: Umpire Case #53596

Dear Mr. Tiseo:

This email is a follow up of our conversation today regarding the winning strategy you identified.    I request written assurance from you that your strategy will produce reinstatement and secure redress.

You said reversing the March 2nd, 2020, discharge can be completed in two basic steps.  Step one is I admit to and list reasons I posted threatening comments (shooting people) about my peers on Facebook while I was actively working in the plant on February 19th, 2020.  Step two is for me to clarify Ryan Perniciaro's minutes dated February 25th, 2020.

Inexperienced in arbitration, I contacted 211 after our call today.  The operator helped with perspective.  Because of 211, I plan to contact legal experts regarding your strategy and Ryan Perniciaro, Ford Attorney Ryan Cates, and Timothy Krantz claims (Enclosure 1 pdf pp. 5, 13-17, and 26).  When I learn how criminal defense attorneys prove clients' innocence, I will share those ideas with you, and you can implement the strategies in Umpire Case #53596.

In the meantime, I attached evidence of relationships with peers and coworkers, and I am available to communicate that evidence.  Moving forward, please contact Ryan Perniciaro at 440-933-1498 and ask him to clarify his evidence. Please indicate if you and Greg Dunn are available to help me communicate additional evidence I have.

Regards,

Tamara Sobolewski

Attachments

5/13/23, 9:09 PM                                        (771 unread) - tamso1970@yahoo.com - Yahoo Mail

## AN INVITATION

From:  Tamara Sobolewske (tamso1970@yahoo.com)

To:    btiseo@uaw.net; cbrowning@uaw.net; gdunn@uaw.net

Cc:    linda@uawlocal2000.org; tamso1970@yahoo.com; sframmartino@uaw.net

Date:  Thursday, May 11, 2023 at 12:43 AM EDT

Hello All.

I write because Susan Furton, Ford Motor Company People Matters Manager, contacted a retiree I know and through him, she said she would like to speak to me regarding harassment concerns. She wants me to email her with my phone number and her investigator will reach out to me.

I want to respond through the Union and call on all levels of guidance at this point.

I put together a quick file (the attachment).

I think/feel as is, the attachment would be appropriate to send her and is a start for the Company investigator.

Meanwhile, I requested the local obtain a Summary of Harassment Hotline Findings at April 2023 general membership meeting.   President Samples directed Bargaining Rep. Jason Wells to get a copy. As of this email, NO Summary of Findings has been provided (see attached p. 25).

I request input.

Thank you,

Tamara Sobolewski

 2023-05-10 SUSAN FURTON.pdf
18.7MB

INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA - UAW

**BILL SAMPLES**, President
PETE GLOWACKI, 2nd Vice-President
ELBA I. CORDOVA-HUGHES, Recording Secretary
JOE N. CHANEY, JR., Financial Secretary
TIMOTHY S. JOHNSON, Treasurer
JOE HRIBAR, Retiree-At-Large

**DIANNA BREZINA**, 1st Vice-President
TED WILLIAMS JR, Trustee
JIM MONDAY, Trustee
GREG HAMILTON, Trustee
DARRELL YOUNG, Sergeant-At-Arms
DARIAN WEINBRANDT, Guide



**U.A.W. LOCAL 2000**
3151 Abbe Road, Sheffield Village, Ohio 44054
Phone (440) 934-3151
Fax     (440) 934-3150

May 18, 2023

Tamara L. Sobolewski
1002 Dakota Avenue
Lorain, OH 44052

Sister Sobolewski:

When you attended the General Membership Meeting on April 21, 2023, I believe your request to me was for information pertaining to your termination grievance.

If this was your request, your grievance has been moved forward in the procedure and is now with the Umpire Staff of the UAW National Ford Department. Any communications pertaining to that grievance should be directed to that department.

For your convenience, the number for the Umpire Staff of the National Ford Department is 330.926.5000.

Sincerely,

Jason Wells
Bargaining Committeeperson
UAW Local 2000

JW:ll/opeiu1794

## Documents

From: Tiseo, Bob (btiseo@uaw.net)

To: tamso1970@yahoo.com

Cc: gdunn@uaw.net

Date: Friday, June 9, 2023 at 08:37 AM EDT

Hi Tamara,

Thank you for sending the document package.

In response to your ques on on "what else do we need to discuss", the answer is that we s ll need to discuss your interview with Labor Rela ons. Please let me know when would be a good me. Thank you.

Bob Tiseo
Assistant Director
UAW National Ford Department
Umpire-Arbitration Services and Special Projects
Cell 586.295.8925

INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA - UAW

**BILL SAMPLES,** President
PETE GLOWACKI, 2nd Vice-President
ELBA I. CORDOVA-HUGHES, Recording Secretary
JOE N. CHANEY, JR., Financial Secretary
SHEILA JOHNSON, Treasurer
JOE HRIBAR, Retiree-At-Large



**DIANNA BREZINA,** 1st Vice-President
TED WILLIAMS JR, Trustee
JIM MONDAY, Trustee
GREG HAMILTON, Trustee
DARRELL YOUNG, Sergeant-At-Arms
BUDDY HUGHES, Guide

**U.A.W. LOCAL 2000**
3151 Abbe Road, Sheffield Village, Ohio 44054
Phone (440) 934-3151
Fax    (440) 934-3150

August 14, 2023

Tamara Sobolewski
1002 Dakota Avenue
Lorain, OH 44052

Sister Sobolewski:

The UAW Local 2000 Executive Board has reviewed the charges you submitted and found them to be improper due to lack of corroborating witnesses and substantial direct evidence.

Enclosed please find text of Article 31 from the IUAW Constitution which explains the proper procedure for charging fellow members. Instructions for appealing to the International Executive Board are listed on the back of the enclosure.

Very truly yours,

Elba I. Cordova-Hughes
UAW Local 2000

EICH/ll:opeiu1794

Enclosure

Article 31

Section 1.A charge by a member or members in good standing that a member or members have violated this Constitution or engaged in conduct unbecoming a member of the Union must be specifically set forth in writing and signed by the member or members making the charges. The charges must state the exact nature of the alleged offense or offenses and, if possible, the period of time during which the offense or offenses allegedly took place. Two (2) or more members may be jointly charged with having participated in the same act or acts charged as an offense or with having acted jointly in commission of such an offense and may be jointly tried.

Tamara Soboleski has satisfied this portion of Article 31: Section 1A.

Section 3.Upon charges being submitted, it is mandatory that a trial be held unless the charges are withdrawn by the accuser or considered by the Union to be improper under this Article.

Prior to the notification to a member that charges have been filed against them, the Local Union Executive Board or, in the case of an Amalgamated Local Union, the Unit Workplace Organization of which they are a member, shall review the charges and consider them improper if:

(a)    The charges do not state the exact nature of the alleged offense as required by Section 1 of this Article;

(b)    The charges are untimely under Section 2 of this Article;

(c)    The act complained of does not sustain a charge of a violation of the Constitution or conduct unbecoming a member of the Union;

(d)    The charges involve a question which should be decided by the membership at a membership meeting and not by the trial procedure.

(e)    In all cases, an otherwise proper charge(s) must be supported by substantial direct evidence, as well as the evidence of at least one (1) corroborating witness, which, if not rebutted, would establish all elements of the charge(s).

The Executive Board deemed Tamara Soboleski's appeal improper do to no direct evidence or corroborating witness.

Both the accused and the accuser shall be notified in writing of the Executive Board's or Unit Workplace Organization's determination and either the accused or the accuser may appeal from such determination, first to the International Executive Board pursuant to Article 33, section 3(d), and then, if necessary, to the Public Review Board pursuant to Article 33, Section 3(f).  Such an appeal must be limited to the question of whether the charges are proper or improper under items (a), (b), (c), (d) or (e) of this Section.

Article 33

Section 3

(d)   INTERNATIONAL EXECUTIVE BOARD.  An appeal to the International Executive Board shall be made in writing, signed by the members(s) and addressed to the International Executive Board in care of the international President.  The appeal shall set forth the action or decision being appealed, shall be as specific and detailed as possible, and shall include all information available in support of the appeal.

(f)   Public Review Board.  An appeal to the Public Review board shall be made in writing, signed by the appellant, and addressed to the Public Review Board in care of the International President.

CLEVELAND OH 440 L

15 AUG 2023 PM 6 L

USA ★ FOREVER

Tamara L Sobolewski
1002 Dakota Avenue
Lorain, OH 44052

44052-277002

UAW LOCAL 2000
3151 ABBE ROAD
SHEFFIELD VILLAGE, OH 44054



Solidarity House
8000 EAST JEFFERSON AVE.
DETROIT, MICHIGAN 48214
PHONE (313) 926-5000

**INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA – UAW**

SHAWN FAIN, *PRESIDENT*   •   MARGARET MOCK, *SECRETARY-TREASURER*
VICE-PRESIDENTS: CHUCK BROWNING  •  MIKE BOOTH  •  RICH BOYER

August 23, 2023

John Sobolewski, Retired Member
UAW Local Union 1250
1036 Schocalog Road
Akron, OH  44320

Dear Brother Sobolewski:

Your letter to UAW President Shawn Fain, postmarked August 19, 2023, was received on August 22, 2023. Please be advised that President Fain and the entire UAW International Executive Board are looking at all relevant factors in determining strike strategy this year. The interest being expressed by active and retired members, such as yourself, has been a source of strength to them and to our bargainers from each of the Big Three.

Regarding your daughter's termination, she filed an appeal with our office and was advised to provide more information. As of this time, we have not received any further communication from her.

In solidarity,

Bill Parker

Bill Parker
Top Administrative Assistant to the President

WP:lmp
opeiu494afl-cio
cc:        Shawn Fain, President, International Union, UAW



Tamara Sobolewski
1002 Dakota Avenue Lorain OH 44052
440.452.1982 | tamso1970@yahoo.com

September 27, 2023

VIA EMAIL

The National Diversity and Inclusion Committees
The National Civil Rights Committee

*RE: Umpire Case #53596*

Dear Committees:

I write to request liaise with People Matters (formerly Corporate Personnel Relations) regarding harassment and retaliation because I believe my firing was retaliation for reporting harassment and I do not know how to fix my situation.

Discharge grievance – #JW20TS – protested wrongful termination and was initiated 43 months ago. I last spoke to UAW National Ford Department Umpire Staff Bob Tiseo around September 7, 2023, and Umpire Case #53596 was pending.

I ask you to review the enclosed email dated June 23, 2022. Tiseo lied and told me he planned to schedule Umpire Case #53596 for January 2023. That never happened and he told **me** to obtain the Hotline Information Form Summary of Findings related to a Hotline Call Investigation.

Appeal responses I received are from Local Union 2000 who *APPEALED* wrongful discipline on my behalf, and the most action Scott Eskridge, Allen R. Wilson, Casandra Shortridge, Jason Wells, and Elba I. Cordova-Hughes have taken are letters.

I have a request. Please obtain

1. the Summary of Findings that Ohio Assembly Plant Human Resources Ryan Perniciaro completed on 2/20/2020, or thereafter, related to the Harassment Hotline Information Form dated 2/5/2020.

Someone should be able to provide this, and it will help Umpire Case #53596.

If you have questions, please do not hesitate to contact me. The attached letters are a normal part of **ME** being a U.A.W. member. I included other information from Sister Carol Hay and at-

will employees Melanie Soto, Eric Lee, Bethia Kummer and Athanasia Donelan that I currently work with.

*Tamara Sobolewski*

Tamara Sobolewski

Cell 440.452.1982



*Solidarity House*

8000 EAST JEFFERSON AVE.
DETROIT, MICHIGAN 48214
PHONE (313) 926-5000

**INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA – UAW**

SHAWN FAIN, *PRESIDENT*   •   MARGARET MOCK, *SECRETARY-TREASURER*
VICE-PRESIDENTS:  CHUCK BROWNING  •  MIKE BOOTH  •  RICH BOYER

September 28, 2023

Tamara Sobolewski, Member
UAW Local Union 2000
1002 Dakota Avenue
Lorain, OH  44052

Dear Sister Sobolewski:

This will acknowledge receipt of your letter, postmarked August 30, 2023, requesting to **appeal UAW Local Union 2000 Executive Board's decision that your Article 31 charges against members are improper.**

You will be notified in due time by this office of the action to be taken on your appeal.

**Be advised, it is your responsibility to notify this office if you have a change of address.**

In solidarity,

Steve Zimmerla
Administrative Assistant to the President

SZ:elr
opeiu494afl-cio
cc:    Elba Cordova-Hughes, Recording Secretary, UAW Local Union 2000
       Shawn Fain, President, International Union, UAW
       David Green, Director, UAW Region 2B
       Bill Parker, Top Administrative Assistant to the President
       William Samples, President, UAW Local Union 2000
       Rick Smith, Assistant Director, UAW Region 2B



*Solidarity House*

8000 EAST JEFFERSON AVE.
DETROIT, MICHIGAN 48214
PHONE (313) 926-5000



**INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA – UAW**

SHAWN FAIN, *PRESIDENT*  •  MARGARET MOCK, *SECRETARY-TREASURER*
VICE-PRESIDENTS: CHUCK BROWNING  •  MIKE BOOTH  •  RICH BOYER

October 11, 2023

Tamara Sobolewski
1002 Dakota Ave.
Lorain, OH 44052

Dear Ms. Sobolewski:

The UAW Civil and Human Rights Department is in receipt of your letter, dated September 27, 2023, and received on October 3, 2023. However, after discussion with the UAW National Ford Department Umpire office, it has been determined that your request to appeal discharge grievance #JW20TS to our office is wholly premature. I refer you to Article 33, Section 2 (a) of the UAW International Constitution, pages 91-2, "Levels of Appeal." You must allow the UAW National Ford Department to come to a resolution on your grievance. To this end, your grievance is still open and active in the procedure and, as such, it must be reemphasized that this office has no standing until it is either settled and/or dismissed.

You will be notified by the UAW National Ford Department Umpire office when a determination is made on your grievance appeal. Be reminded that there is a temporary pause in current arbitration proceedings because of the ongoing national contract bargaining that is underway with the Big Three automakers.

If you are dissatisfied with the final appellate resolution, then you have the right to pursue your complaint and/or appeal under Article 33 of the International Constitution.

Thank you,

Helen Walker
Director
UAW Civil and Human Rights Department

HW/ra
opeiu494aflcio



*Solidarity House*

8000 EAST JEFFERSON AVE.
DETROIT, MICHIGAN 48214
PHONE (313) 926-5000

**INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA – UAW**

SHAWN FAIN, *PRESIDENT* • MARGARET MOCK, *SECRETARY-TREASURER*
VICE-PRESIDENTS: CHUCK BROWNING • MIKE BOOTH • RICH BOYER

October 23, 2023

Tamara Sobolewski, Member
UAW Local Union 2000
1002 Dakota Avenue
Lorain, OH 44052

Re: **Grievance No. JW20TS/Umpire Case No. 53596**

Dear Sister Sobolewski:

Your letters and corresponding documentation to UAW International President Shawn Fain and UAW Region 2B Director David Green were received by this office on September 20, 2023, and October 10, 2023. Following the review of the voluminous package of information, please be advised:

- Many of the issues you raise are untimely pursuant to Article 33 Section 4(c) of the UAW International Constitution ("the Constitution) and have already been addressed by the Union.

- There are no provisions for you to write your own grievance(s) and request that collective bargaining grievances previously settled and/or withdrawn years prior by the Union be reinstated.

- After further discussions with the UAW National Ford Department, it has been determined that **Grievance No. JW20TS/Umpire Case No. 53596 is still active in the grievance procedure.** This information was provided to you on March 14, 2023. When you are apprised of the final outcome of this grievance and you are still dissatisfied with the result, you may exercise your right to appeal in accordance with Article 33 of the Constitution. Any further questions on the status of Grievance No. JW20TS/Umpire Case No. 53596, please contact UAW National Ford Department, Assistant Director Bob Tiseo at (313) 926-5638.

- Your letter, postmarked August 30, 2023, requesting to appeal UAW Local Union 2000 Executive Board's decision that your Article 31 charges against

members are improper, was timely and acknowledged by the UAW President's Office on September 28, 2023. You will be notified in due time by this office of the action to be taken on this appeal.

Fraternally,

Casandra Shortridge
Administrative Assistant to the President

CS:ljc
opeiu494afl-cio
cc:       Elba Cordova-Hughes, Recording Secretary, UAW Local Union 2000
          Shawn Fain, President, International Union, UAW
          David Green, Director, UAW Region 2B
          Bill Parker, Top Administrative Assistant to the President
          William Samples, President, UAW Local Union 2000
          Richard Smith, Assistant Director, UAW Region 2B
          Bob Tiseo, Assistant Director, UAW National Ford Department



*Solidarity House*

8000 EAST JEFFERSON AVE.
DETROIT, MICHIGAN 48214
PHONE (313) 926-5000

**INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA – UAW**

SHAWN FAIN, *PRESIDENT* · MARGARET MOCK, *SECRETARY-TREASURER*
VICE-PRESIDENTS: CHUCK BROWNING · MIKE BOOTH · RICH BOYER

November 9, 2023

Tamara Sobolewski, Member
UAW Local Union 2000
1002 Dakota Avenue
Lorain, OH 44052

Dear Sister Sobolewski:

Your appeal to the UAW International Executive Board, submitted per Article 33, Section 3(d) of the UAW International Constitution, has been processed by my office to the UAW International Executive Board.

In accordance with the established procedure, enclosed is the decision of the UAW International Executive Board on your appeal.

In solidarity,

Shawn P. Fain
President

SPF/SZ:elr
opeiu494afl-cio
Enclosure
cc:     Elba Cordova-Hughes, Recording Secretary, UAW Local Union 2000
        David Green, Director, UAW Region 2B
        Bill Parker, Top Administrative Assistant to the President
        William Samples, President, UAW Local Union 2000
        Rick Smith, Assistant Director, UAW Region 2B
        Steve Zimmerla, Administrative Assistant to the President

| Appeal of:<br><br>Tamara Sobolewski, Member<br>UAW Local Union 2000<br><br>vs.<br><br>UAW Local Union 2000 Executive Board<br><br>Region 2B | Appealing the decision of the UAW Local Union 2000 Executive Board finding charges to be improper. |
| --- | --- |

This appeal is being processed by the UAW President's Office in accordance with the provisions of Article 33, Section 3(d) of the UAW International Constitution ("the Constitution"). Based on the information provided by the parties, a hearing regarding this matter was determined to be unnecessary.

## ISSUE

Tamara Sobolewski ("Appellant") appeals the decision of the UAW Local Union 2000 Executive Board ("LUEB") in finding charges she filed against members improper.

## BACKGROUND

Before reviewing Appellant's specific letter of appeal, it is necessary to retrace the steps leading up to this matter.

Appellant was a seniority employee at the Ford Motor Ohio Assembly Plant ("the Company"). Appellant had a seniority date of October 19, 1992. She was represented by UAW Local Union 2000 ("local union"), UAW Region 2B, and the UAW National Ford Department.

On March 2, 2020, the Company terminated Appellant for "act of threat" for allegedly posting threatening comments on social media involving coworkers. The disciplinary action report reads as follows:

Tamara Sobolewski, Member, UAW Local Union 2000, Region 2B vs. UAW Local Union 2000
Executive Board

## ATTACHMENT 1



On March 3, 2020, the local union filed a grievance for unjust termination on behalf of Appellant.
The grievance was repeatedly denied by the Company throughout the steps of the grievance
procedure.

On July 18, 2023, Appellant submitted a charge to the local union against members alleging
"conduct unbecoming a member of the Union". The charge read at the next LUEB meeting reads
as follows:

**[SEE EXHIBIT ON FOLLOWING PAGE]**

2

**Tamara Sobolewski, Member, UAW Local Union 2000, Region 2B vs. UAW Local Union 2000 Executive Board**

Tamara Sobolewski, Member
UAW Local 2000
1002 Dakota Avenue
Lorain OH 44052
440.452.1982
tamso1970@yahoo.com

July 18, 2023

Executive Board c/o Recording Secretary – AND/OR –
Executive Board c/o President William Samples – AND/OR –
Executive Board c/o Linda Lynch, Hall Secretary
UAW Local 2000
3151 Abbe Road
Sheffield Ohio 44054

Dear UAW Local 2000 Executive Board:

Attachment 1 is the standing charge against me. It has not been reversed through the grievance procedure. Attachment 2 is the grievance protesting the charge.

The charge against me could **only** be enforced if people said I threatened (shooting) them. I did not ever threaten (shooting) coworkers. They must have made false statements against me, vilified me, colluded with the Ford Motor Company, and carried on activities with complete disregard of my rights. Coworkers on February 19, 2020 were:

| | |
|---|---|
| Jacob Bahnsen GID #870164 | Oval E. Hardwick GID #836980 |
| Gerald Cole GID #988355 | Danielle M. Long GID #2240257 |
| Mark Criss GID #870413 | Myrle L. Sheldon GID #887386 |
| James Dalgleish GID #396394 | Carol J. Hay GID #870207 |
| Larry R. Davis GID #685041 | Carrieann M. Walend GID#64901 |
| Louis J. Gonzalez GID #887199 | |

Given democratic principles, the members' actions resulted in the injury to my relationship with our employer. I appeal! Should union rules and laws be fairly and uniformly applied? Should this local maintain safeguards so that members stop the behavior leading to harm of other members? If so, given the unbecoming conduct – false statements – I charge the foregoing members. I request a trial, and remedy.

Sincerely, *Tamara Sobolewski*

Tamara Sobolewski, Member

3

**Tamara Sobolewski, Member, UAW Local Union 2000, Region 2B vs. UAW Local Union 2000 Executive Board**

The charges were found to be improper, and the action taken by the LUEB regarding Appellant's assertion reads as follows:

INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA - UAW



BILL SAMPLES, President
PETE OLOWACKI, 2ⁿᵈ Vice-President
ELBA I. CORDOVA-HUGHES, Recording Secretary
JOE N. CHANEY, JR., Financial Secretary
SHEILA JOHNSON, Treasurer
JOE HRIBAR, Retiree-At-Large

DIANNA BREZINA, 1ˢᵗ Vice-President
TED WILLIAMS JR, Trustee
JIM MONDAY, Trustee
GREG HAMILTON, Trustee
DARRELL YOUNG, Sergeant-At-Arms
BUDDY HUGHES, Guide

U.A.W. LOCAL 2000
3151 Abbe Road, Sheffield Village, Ohio 44054
Phone (440) 934-3151
Fax    (440) 934-3150

August 14, 2023

Tamara Sobolewski
1002 Dakota Avenue
Lorain, OH 44052

Sister Sobolewski:

The UAW Local 2000 Executive Board has reviewed the charges you submitted and found them to be improper due to lack of corroborating witnesses and substantial direct evidence.

Enclosed please find text of Article 31 from the IUAW Constitution which explains the proper procedure for charging fellow members. Instructions for appealing to the International Executive Board are listed on the back of the enclosure.

Very truly yours,

Elba I. Cordova-Hughes
UAW Local 2000

EICH/ll:opeiu1794

Enclosure

As a result of the LUEB action, Appellant, by communication dated August 30, 2023, filed an appeal to the UAW President's Office.

**Tamara Sobolewski, Member, UAW Local Union 2000, Region 2B vs. UAW Local Union 2000 Executive Board**

Appellant's appeal reads:

---

APPEAL DECISION OF LOCAL 2000 Executive Board

8/30/2023

International Executive Board c/o President Shawn Fain
International Union, UAW 8000 East Jefferson Ave Detroit, MI 48214

Re: *Appeal from U.A.W. local 2000 decision date August 14, 2023*

Dear International Executive Board:

I supposedly *"lost"* my job.  My Unemployment benefit application was approved.

I write to request a review of the U.A.W. Local 2000 Executive Board decision that my charge against members is improper.  They said I lack corroborating witnesses and substantial direct evidence of members' unbecoming conduct.

QUESTIONS

1. Is the 4600 Disciplinary Action Report dated 3/2/2020 **substantial direct evidence?**
2. Did the designated company representative act on behalf of members?

---

Experienced staff of the UAW are handling the grievance protesting my discharge.  Because of their expertise, I merit outside representation and I qualify for:

- Medicaid (Individuals with low-income),
- Affordable Connectivity Program (low-income customers),
- PIPP Program (income at or below 175% of the federal poverty)

As a union member, evidence shows I do not comprehend internal procedures.  I took the following actions which were clearly wrong and inadequate –

- *submitted* a "packet" in September 2019,
- *initiated* Grievance #SS21219TS in February 2019,
- *retained* the same address and telephone number,
- *submitted* appeal documents in August 2020,
- *wrote* a letter in March 2023,
- *made a request* in April 2023,

RECEIVED
SEP 0 6 2023
President's Office

---

**Tamara Sobolewski, Member, UAW Local Union 2000, Region 2B vs. UAW Local Union 2000 Executive Board**

---

- *submitted charges* in July 2023.

Based on the facts, I am unsure what rights I have as a person and member of the UAW.

Regards,

*Tamara Sobolewski*

Tamara Sobolewski, Member

*This type of representation has to be unethical.*

---

**OBSERVATION**

It is not the function of the UAW International Executive Board ("IEB") to determine guilt or innocence of the charges involved. Instead, it is the function of the IEB to determine if the charges, as submitted, are proper pursuant to Article 31, Sections 3(a), (b), (c), (d), and (e) of the Constitution. Only if the charges are not disqualified under any of the tests of Section 3 may they proceed to trial.

**DISCUSSION**

When reviewing Article 31 charges we must look through the lens of an objective standard and strictly follow the procedures outlined in the Constitution. The role of the LUEB is exactly the same as the IEB. It is not the function of the LUEB or the IEB to determine guilt or innocence of the changes involved. Instead, their only function is to determine if the charges, as submitted, are improper.

Article 31, Section 3 of the Constitution governs the process. It is controlling and reads, in part, as follows:

> "…Prior to the notification to a member that charges have been filed against them, the Local Union Executive Board or, in the case of an Amalgamated Local Union,

6

Tamara Sobolewski, Member, UAW Local Union 2000, Region 2B vs. UAW Local Union 2000 Executive Board

the Unit Workplace Organization of which they are a member, shall review the charges and consider them improper if:

a)   The charges do not state the exact nature of the alleged offense as required by Section 1 of this Article;

b)   The charges are untimely under Section 2 of this Article;

c)   The act complained of does not sustain a charge of a violation of the Constitution or conduct unbecoming a member of the Union;

d)   The charges involve a question which should be decided by the membership at a membership meeting and not by the trial procedure.

e)   In all cases, an otherwise proper charge(s) must be supported by substantial direct evidence, as well as the evidence of at least one (1) corroborating witness, which, if not rebutted, would establish all elements of the charge(s). ..."

The LUEB, as well as the IEB, must assume the information in the charge is true. No investigation or discussion of the validity of the charge is necessary or required.

## CONCLUSION

The LUEB determined that the charge submitted was improper due to lack of corroborating witnesses and substantial evidence, which in turn compelled the charge to fail under Article 31, Section 3(e). The requirements for the other subsections of Article 31, Section 3, for the charges to be considered proper were deemed by the LUEB to be satisfied. We will review the charges and the LUEB'S conclusion in accordance with Article 31, Section 3, and its subsections.

### Article 31, Section 3(a)

Q:  Is the charge specific enough to allow the accused to respond?

A:  The charge asserts that the accused members voluntarily provided information to management which ultimately led to Appellant's discharge. Assuming that the allegation contained in the charge is true and confining the analysis to the charge itself, the LUEB correctly concluded that the act complained of, if proved, could sustain a charge of "conduct unbecoming a

7

Tamara Sobolewski, Member, UAW Local Union 2000, Region 2B vs. UAW Local Union 2000
Executive Board

member". For all intents and purposes, **the charge does allude to the nature
of the offense. It, thereby, qualifies under this subsection.**

### Article 31, Section 3(b)

Q:  Are the charges timely under Section 2 of this Article?

A:  The Constitution unambiguously states that, "Charges must be submitted to
the Recording Secretary of the Local Union...within sixty (60) days of the time
the complainant first became aware, or reasonably should have been aware,
of the alleged offense; ..." The appeal, as submitted, was dated July 18, 2023,
and refers to alleged actions taken some thirty-nine (39) months prior. The
charge, here, was clearly not filed within the sixty (60) day window required
by this Article. **Accordingly, the charge is untimely and improper under this
subsection.**

### Article 31, Section 3(c)

A:  Does the act complained of sustain a charge of a violation of the Constitution
or conduct unbecoming a member of the Union?

Q:  On the surface, the actions of the accused appear to demonstrate culpable
intent to injure the Union or its members. The charge of volunteering
information to management, which jeopardizes the job of another member,
does describe an act that would constitute a violation of the Constitution.
However, this allegation involves the issue of health and safety for UAW
members. The IEB and the Public Review Board has emphasized in past
decisions that there are exceptions whereby providing information to
management might not constitute a violation of the Constitution when issues
of safety or health are involved. This issue at hand, the alleged possibility of a
violent confrontation in the workplace, would be recognized as such an
exception. However, the allegation of "conduct unbecoming a member"
should be determined by a trial committee. Therefore, it should be up to a trial
committee to evaluate allegations and evidence presented, to determine its
validity. **For this reason, the requirement of this subsection has been met.**

### Article 31, Section 3(d)

A:  Do the charges involve a question which should be decided by the membership
at a membership meeting and not by the trial procedure?

Q:  This charge does not contain an issue or issues that should be decided at a
membership meeting. It should be noted that none of the ends inferred or

8

**Tamara Sobolewski, Member, UAW Local Union 2000, Region 2B vs. UAW Local Union 2000 Executive Board**

sought after by Appellant could be accomplished by a membership meeting vote. **Therefore, the charge undoubtedly qualifies under this subsection.**

### Article 31, Section 3(e)

A: Are the charges supported by substantial direct evidence, as well as the evidence of at least one (1) corroborating witness?

Q: The charge, as submitted, is clearly not supported by substantial direct evidence. Furthermore, the provided appeal lacks the evidence of at least one (1) corroborating witness which, if not rebutted, would establish all elements of the charge. **Thus, the charge fails under this subsection.**

### DECISION

Clearly, the system established in the Constitution for the handling of Article 31 charges operates so as to protect members from frivolous charges and to ensure that ill-conceived and misplaced charges are weeded out before a trial is held.

The Article 31 charge in this instant matter was found by the LUEB to be misplaced due to the charge being disqualified under the tests of Article 31, Section 3(e). Based on our review of the case record and the aforementioned, we conclude the charge to be improper pursuant to Article 31, Section 3(b) and Section 3(e) of the Constitution. Despite the different Article 31, Section 3 requirement summations, the decision of the LUEB is affirmed.

The appeal is, respectfully, denied.

**NOTE: All exhibits cited in this decision but not reproduced therein are contained for review in the record, as are other documents that may have been submitted by the parties but not specifically referenced herein.**

SPF/SZ:ljc
opeiu494afl-cio

9

12/7/23, 2:30 PM                    (906 unread) - tamso1970@yahoo.com - Yahoo Mail

## Arbitration

From:  Tiseo, Bob (btiseo@uaw.net)

To:     tamso1970@yahoo.com

Cc:     gdunn@uaw.net

Date:  Thursday, December 7, 2023 at 09:40 AM EST

Good morning,

This email is being sent confirm our strategy in arbitra on –

1. I think our best way forward is if you have documenta on showing you were under the care of a mental health professional at the  me of the incident and the prescrip ons you were taking at the  me. This would show the arbitrator that there were extenua ng circumstances at that  me.

2. If we can't show any documenta on regarding a mental health professional, or prescrip ons, our strategy will have to be to deny that you made the post, and that you were in  midated/harassed during your interview to discuss/ admit your involvement with the post.

We like op on 1 way more than op on 2. Please email me with you concurrence with these strategies.

If you would like us to be able to communicate with your father, please send us email sta ng so and we will be able to communicate with him about your case. Thank you.

Bob Tiseo
UAW Na onal Ford Department
Assistant Director
Umpire-Arbitra on Services and Special Projects
Office 313.926.5638
Cell 586.295.8925

## UMPIRE CASE 53596

From:  Tamara Sobolewske (tamso1970@yahoo.com)

To:    btiseo@uaw.net; gdunn@uaw.net

Cc:    soboantonia554@gmail.com; tamso1970@yahoo.com

Date:  Wednesday, March 27, 2024 at 03:01 PM EDT

Bob Tiseo,

I am writing to let you know that I eagerly wanted my job back for years now and also want to move forward with this case.

I am currently waiting for information from Facebook and from another contact in hope of obtaining evidence you can use to show an arbitrator Ryan Perniciaro wrongfully terminated me.

Plus, I put together a presentation I'd like to review with you.

Tamara Sobolewski


2024-02-01 FACEBOOK EMAIL.pdf
50.6kB


2024-03-27 FACEBOOK EMAIL.pdf
51.8kB



*Solidarity House*

8000 EAST JEFFERSON AVE.
DETROIT, MICHIGAN 48214
PHONE (313) 926-5000



**INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA – UAW**

SHAWN FAIN, *PRESIDENT*  •  MARGARET MOCK, *SECRETARY-TREASURER*
VICE-PRESIDENTS: CHUCK BROWNING  •  MIKE BOOTH  •  RICH BOYER

May 1, 2024

Tamara Sobolewski
UAW Local 2000
1002 Dakota Ave.
Lorain, OH 44052

Dear Sister Sobolewski:

This letter is to inform you that your grievance was heard in a Pre-Arbitration meeting with Ford Labor Affairs on April 30, 2024.  This grievance is now closed.

| Umpire Case # | Appeal # | Meeting Date | Grievant | Disposition |
|---|---|---|---|---|
| 53596 | JW20TS | 4/30/24 | Tamara Sobolewski | Withdrawn |

If you have any questions, I can be reached at (313) 926-5391.

Sincerely,

Bob Tiseo
Assistant Director
UAW National Ford Department

BT:ec
opeiu494afl-cio
Attachment



April 30, 2024

Mr. Bob Tiseo
Assistant Director
UAW-National Ford Department
8000 East Jefferson
Detroit, MI 48214

Dear Mr. Tiseo:

Re:     **Umpire Case Number: *53596***
        **Grievance Number: *JW20TS***
        **Tamara Sobolewski**
        **Ohio Assembly Plant**

In full and complete settlement and without precedent, grievance number JW20Ts, Umpire Case 53596, has been withdrawn by the Union.

Sincerely,

*Debra Ockerman*

Concur:

*Tiseo*

Bob Tiseo

Debra Ockerman
Director
Arbitration and Wage Administration

Cc:      R. Perniciaro
         J. Shea
         B.Hughes

Tamara Sobolewski
Member, UAW Local 2000
1002 Dakota Ave.
Lorain, OH 44052

May 27, 2024

International Executive Board
c/o President Fain
8000 East Jefferson Avenue
Detroit, MI 48214

Subject: Protesting Withdrawal of Grievance #JW20TS by Assistant Director Bob

Tiseo

Dear International Executive Board c/o President Fain,

I am writing to formally protest the decision made by UAW National Ford Department (NFD) Assistant Director Bob Tiseo to withdraw Grievance #JW20TS, which pertains to my termination from employment. The withdrawal of this grievance undermines the principles of justice and due process and represents a significant breach of ethical conduct for the following reasons:

Failure to Address Sexual Harassment: Assistant Director Tiseo neglected to consider crucial documentation, including the Harassment Hotline Information Form, which contained pertinent information regarding sexual harassment allegations. This disregard for established company policies and legal protections against retaliation for opposing discrimination is deeply concerning.

Lack of Evidence Gathering and Investigation: Tiseo's investigation into the allegations against me was superficial and failed to acknowledge evidence that could have supported my innocence or disproved the accusations. Additionally, his insistence on unreasonable demands, such as proving the hacking of my personal Facebook account, demonstrates a lack of thoroughness and fairness in the process.

Failure to Accept Character Evidence: Despite providing documentation highlighting my positive relationships with coworkers and active involvement in union activities, Tiseo disregarded this crucial evidence, which could have significantly impacted the outcome of the grievance.

Failure to Challenge Evidence: Tiseo's failure to challenge the evidence presented by the company, such as obtaining OHAP's Health and Safety Reports and other relevant reports, raises serious doubts about the adequacy of the defense presented on my behalf.

Lack of Evidence: The absence of substantial evidence supporting the allegations leading to my termination suggests that the decision may have been based on hearsay, which is unacceptable under both our union's policies and applicable legal standards.

Unethical Arbitration Strategy: Tiseo's suggestion to utilize my medical information as a defense strategy, despite its potential ethical and legal implications,

demonstrates a lack of consideration for alternative defense strategies and raises serious concerns about the integrity of the process.

Withdrawal Without Resolution: By withdrawing the grievance without adequately addressing the core issues or presenting the case to an impartial umpire, Tiseo has denied me a fair opportunity to contest my termination and has set a dangerous precedent that discourages other members from reporting harassment or discrimination.

Inadequate Defense Against Technology-Based Disciplinary Action: Tiseo's failure to challenge the use of technology, such as Facebook, as the sole basis for my suspension, despite our union's support for workers' privacy rights, highlights a fundamental disregard for fairness and due process in disciplinary proceedings.

Inadequately Addressing Safety Concerns: The failure to utilize protective measures outlined in our collective bargaining agreement and adequately address safety concerns raises serious doubts about the commitment to ensuring a safe and secure workplace for all members.

Given the gravity of these issues and the potential violations of company policies, union agreements, and legal protections, I respectfully request that the International Executive Board urgently review this matter and reinstate Grievance #JW20TS for proper processing. I am fully prepared to provide any further evidence or information necessary to support my case.

Thank you for your attention to this urgent matter. I eagerly anticipate your prompt response and a resolution that upholds the principles of justice, fairness, and due process for all union members.

Sincerely,

Tamara Sobolewski

[Enclosures: Grievance #JW20TS File and Timeline]

International Executive Board                                    June 11, 2024
c/o Casandra Shortridge
8000 East Jefferson Avenue Detroit, MI 48214

**Subject: Information in Support of My Appeal**

Dear International Executive Board c/o Casandra Shortridge,

I am supplying you with information supporting my appeal Protesting Withdrawal of
Grievance #JW20TS by National Ford Department ("NFD") Assistant Director Bob
Tiseo given that the NFD is authorized to process grievance(s) properly under our
contract (Article VII, Section 13(b)), and our side letter on Sexual Harassment
commits the NFD to ensure investigations are conducted in the spirit of determining
the truth (**pp. 1-5**).

Supporting my appeal:

### Failure to Evaluate and Act Effectively

A.      Tiseo overlooked important details relevant to my employment.  Examples:

    1.      Presence of Harassment Hotline Information Form Summary of
Complaint and blank Summary of Findings (**pp. 4-5**).

    2.      Absence of explicit references to "Ford Motor Company," "coworkers,"
or "peers" in the Facebook post (**p. 6**).

    3.      Presence of existing documentation knowing OHAP Human Resources
Manager *Ryan Perniciaro*, who holds the highest position in the grievance
chain, investigated in my Sexual Harassment complaint, suspected me of

criminal activity, suspended me, interrogated me and ultimately terminate my employment (**pp. 7-8**).

### Failure to Acknowledge and Challenge Investigations

B.    Various agencies evaluated my termination.  Tiseo failed to incorporate their findings into the case.  Examples:

1.    Our state agency assessed the evidence and concluded that *Ryan Perniciaro* discharged me on February 18, 2020, without just cause.  I received 18 payments and owed $2,160 for benefits I was not entitled to (**pp. 9-12**).[1]

2.    Baker & Hostetler LLP assessed the evidence and concluded that I "threatened to shoot and kill" my coworkers on February 19, 2020, emphasizing significant dysfunction in our Health and Safety protocols.  Baker & Hostetler LLP makes no mention of individuals alerting plant security or law enforcement despite the purported threat (**p. 15**).

3.    Workers' Compensation Counsel for Ford assessed the evidence and requested confirmation from me that *Ryan Perniciaro* terminated my employment on March 2, 2020, due to a Facebook post where I allegedly posted on Facebook that I was going to line up individuals and shoot them at Ford (**p. 22**).

---

[1] Other Ohioans were covered by Pandemic Unemployment Assistance (PUA), and the federal Coronavirus Aid, Relief, and Economic Securities (CARES) Act.

407 of 643

4.     Baker & Hostetler LLP assessed the evidence, concluding that *Ryan Perniciaro* suspended and terminated me for excessive absence, continued provocation of co-workers, and…for a social media post referencing shooting people (**p. 26**).

5.     A federal agency assessed the evidence and concluded that *Ryan Perniciaro* fired me because *Ryan Perniciaro* believed I made a threat on Facebook while I was at work (**p. 32**).

6.     Tiseo assessed the evidence focusing solely on questioning me about the Facebook post, ignoring the context and details of the Harassment Hotline Information Form Summary of Complaint (**p. 34**).

7.     A trial of members was denied because the UAW Local Executive Board determined insufficient corroborating evidence and substantial direct evidence to support my claim that Group 1315-2-J made false statements against me resulting in my termination (**pp. 70**).

### Irrational Action and Evidence Demand

C.    Tiseo failed to gather existing evidence and demanded actions from me that were unnecessary, unrealistic, or redundant.  Examples:

1.     Tiseo, planning to schedule arbitration for January 2023, asked me to supply unavailable evidence to show my account was hacked (**pp. 40, 85-89**).

2.     Tiseo confirmed Ford obtained a digital copy of the Facebook post (**p. 41**).

3.      Tiseo asked me to clarify the document *Ryan Perniciaro* created on February 25, 2020 – "go over the interview with Labor Relations" (**p. 53**).

4.      Tiseo asked me to clarify the document *Ryan Perniciaro* created on February 25, 2020 – "go over the interview with Labor Relations" (**p. 55**).

### Dishonest Discussions and Actions

D.      Tiseo failed to provide general or specialized assistance to support wrongful termination.  Examples:

1.      Tiseo discussed the case with UAW International Staff, and our UAW International Constitution entitled me to legal counsel at my own expense (**p. 42-5**).

2.      Despite my requests for information – so-called victims' statements and Harassment Hotline Summary of Findings – Tiseo failed to act (**pp. 47, 49**).

3.      I asked for a copy of the Harassment Hotline Summary of Findings pertaining to my termination and was directed to Tiseo (**p. 52**).

4.      Tiseo discussed the case with the UAW Civil and Human Rights Department, and our UAW International Constitution entitled me to wait for him to come to a resolution (**p. 63**).

5.      Tiseo discussed the case with UAW International Staff, and our UAW International Constitution entitled me to exercise my right to appeal the final outcome (**p. 64**).

## Ineffective Arbitration Strategy

E.    Tiseo's strategy focused on factors unrelated to proving wrongful termination

and pressured me to admit to behavior I did not engage in.  Examples:

    1.    Tiseo focused on mental health factors overlooking the absence of a

Harassment Hotline Summary of Findings and specific references in the

Facebook post and offered to assert intimidation and harassment concerns (**p.

76**).

## Intervention and Disagreement

F.    Examples:

    1.    Local Union Representative Brian Maust reviewed the case, called me to

resolve it, and asked me to explain the momentary rage I experienced on

February 19, 2020.  I absolutely and unequivocally did not threaten to shoot

and kill our coworkers (**p. 58-61**).

    2.    I could not participate in Tiseo's best arbitration strategy.  I refused to

commit fraud.  I reported equal employment opportunity concerns as required

by law and *Ryan Perniciaro* falsely claimed I threatened Group 1315-2-J (**p.

77**).

    3.    I provided Tiseo with an account and documents showing my extensive

union activities and use of our grievance procedure.  I also complained to local,

state, and federal enforcement agencies (respective summaries **pp. 92-94, 7-8,

95-100**).

## Withdrawal of Grievance

G.    Tiseo did not adequately address concerns, present existing and supporting

facts, or consider the ongoing situation.

Tiseo's representation and withdrawal of Grievance No. JW20TS is irrational and

irresponsible, obtained no meaningful relief, and set a bad precedent in dealing with

discrimination and for workers who report it.  I assert that my termination was

wrongful, I absolutely and unequivocally did not threaten to shoot and kill my

coworkers (**p. 91**).

Sincerely,

Tamara Sobolewski

ENCLOSURE

# EXHIBIT 21

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

TAMARA L. SOBOLEWSKI,           :
1002 Dakota Avenue
Lorain OH 44052,                :
Plaintiff,                      :     Case No. 1:24-cv-01396

    v.                       :

FORD MOTOR COMPANY       :
650 Miller Road
Avon Lake OH 44012,         :
Defendant.                  :

## DECLARATION OF TAMARA SOBOLEWSKI

I, Tamara Sobolewski, pro se Plaintiff of sound mind and competent age, certify

under the penalty of perjury and state as follows:

1.      Around 3/6/2020, Spitz Law Firm LLC declined to represent me.

2.      Around 5/15/2020, Dyer, Garofalo, Man & Schultz, and Gibson Law, LLC

declined to represent me.

3.      Around 6/2/2020, Johnson Becker, PLLC, and Schroth & Schroth declined

to represent me.

4.      Around 9/8/2020, Chandra Law Firm LLC declined to represent me.

5.     Around 9/11/2020, the Legal Aid Society of Cleveland declined to represent me.

6.     Around 10/15/2020, Disability Rights Ohio suggested I seek legal advice before filing a lawsuit.

7.     Around 10/16/2020, Nilges Draher LLC declined to represent me.

8.     Around 10/21/2020, Wickens, Herzer, and Panza Law Firm declined to represent me.

9.     Around 11/6/2020, Attorney Matt Hurm did not represent me.

10.    Around 11/16/2020, the EEOC Legal Unit referred me to attorneys and law firms.

11.    Around 4/22/2021, each attorney the U.S. District Court Northern District of Ohio Eastern Division Clerk's Office contacted declined to represent me.

12.    Around 8/19/2021, I paid $25.75 for Tinl & Delman to decline to represent me during a hearing with the Ohio Industrial Commission, Claim No. 21-118173.

13.    Around 1/25/2022, I received a free consultation with an Attorney at Law Michael J. Camera.

14.    Around 2/14/2023, Rutter & Russin LLC did not handle ride-sharing insurance issues and declined to represent me.

15.    Around 4/13/2023, Spitz Law Firm LLC declined to represent me.

16.     Around 4/4/2023, the Legal Aid Society of Cleveland declined to represent me.

17.     Around 7/31/2023, Sanford, Heisler, and Sharp LLP declined to represent me.

18.     Around 7/31/2023, Richard C. Haber, Esq. of Haber Legal Group LLP declined to represent me, partially because I am a union member.

19.     Between 12/4 and 12/10/2023, my gross wages totaled $394, and $335 after taxes.

20.     Around 12/22/2023, Robert A. Pecchio, Esq. could represent me if I paid $4,000 and a standard $400 per hour fee.  I did not have an extra $400 per hour in my budget.

21.     From 12/11 to 12/17/2023, my gross wages totaled $378, and $325 after taxes.

22.     From 12/18 to 12/24/2023, my gross wages totaled $441, and $375 after taxes.

23.     From 12/25 to 12/31/2023, my gross wages before taxes totaled $380 and $328 after taxes.

24.     Around 5/31/2024, the Law Offices of Brian J. Smith referred me to Spitz Law Firm.

25.     Around 7/22/2024, Emily told me the Law Office of Tim Misny does not handle employment law.

26.     Around 7/23/2024, Summer from Nilges Draher LLC took my information and forwarded it to an attorney.  No attorney reached out to me.

27.     Around 7/23/2024, I shared my story with Ms. Jones who gave me Madilyn Maruna's contact information because she is an employment attorney.  Madilyn talked to me around 8/1/2024 at 6:47 PM and explained a better fit for me would be a firm that takes cases on contingency and that I needed to contact Madalyn's firm before I complained to the EEOC, besides her firm charges $375 per hour.

28.     Around 8/1/2024, Madilyn Maruna texted me a referral to Spitz, the employees' law firm.

End of Statement

Date: 8-24-2024

Tamara Sobolewski



CallTheRightAttorney.com                    The Employee's Attorney™

**The WaterTower Plaza**            **SPITZ LAW FIRM**        Phone:  (216) 291-4744 x «f8»
25200 Chagrin Blvd, Suite 200        A Limited Liability Company        Fax:  (216) 291-5744
Beachwood, Ohio 44122                                          «f7»

March 6, 2020

Tamara Sobolewski                                    **By Email Only:**
Lorain, OH  44052                                    tamso1970@yahoo.com

Re: *Potential Legal Claims*

Tamara,

It was a pleasure talking with you about the potential legal claims.  Although, I wish it were
under better circumstances, I truly appreciate the opportunity to discuss this matter with you.
Unfortunately, we are not in a position to accept you as a client at this time.

As a technical matter, Ohio law requires that I confirm that as of the date of this correspondence
neither The Spitz Law Firm, nor any of its attorneys are responsible for pursuing your claim(s)
further.  But, please rest assured that all information that you provided us will remain
confidential.

Should you wish to seek a second opinion, you can get a referral to a different attorney by calling
the local Bar Association for your County.

We wish you the best of luck in the future.

                                        All the best,

                                        Katie Epperson

KEE/er



**DYER, GAROFALO, MANN & SCHULTZ**

L.P.A.

Main Office:
Suite 1400
131 N. Ludlow St.
Dayton, OH 45402
(937) 223-8888
(800) 223-8897
(937) 223-0127 Fax
(937) 824-8630 Fax

May 15, 2020

**VIA CERTIFIED AND REGULAR MAIL**

Tamara L. Sobolewski
1002 Dakota Ave.
Lorain, OH 44052

      In Re:  Your Employment Claim

Dear Tamara:

      Thank you for contacting Dyer, Garofalo, Mann & Schultz and Gibson Law, LLC regarding your employment claim.  After careful consideration, we have decided that your case is not one we can pursue at this time:  This does not mean that you do not have a claim, but simply one that we will not be able to handle.

      This applies to employment law issues only and workers' compensation cases are handled separately. Should you have a workers' compensation claim, you will need to speak to your workers' compensation Attorney for further review.

      We must inform you that you either have to settle your case or file a lawsuit within a specific time period which is designated by statutory law.  These time periods can be as short as thirty (30) days, so if you wish to pursue the matter, we suggest that you retain other legal counsel quickly. Failure to do so within this time frame will forever bar you from obtaining any recovery for which you may be entitled to receive.

      Again, thank you for considering our firm.  Should you need additional information about our firms or the types of cases we handle, please visit us at www.ohiotiger.com and gibsonemploymentlaw.com. If we can assist you on other matters, please do not hesitate to call.

      Very truly yours,

      DYER, GAROFALO, MANN & SCHULTZ

      Douglas A. Mann, Esq.
      dmann@dgmslaw.com

/ts

Bellefontaine Office:
1709 South Main St.
Bellefontaine, OH
43311
(937) 599-1300
(937) 599-1306 Fax

Greenville Office:
700 Sweitzer St.
Greenville, OH
45331
(937) 547-9000
(937) 548-2900 Fax

Huber Heights Office:
7821 Waynetowne Blvd.
Huber Heights, OH
45424
(937) 235-1229
(937) 281-0089 Fax

Lima Office:
1012 Bellefontaine Ave.
Lima, OH
45804
(419) 224-8564
(419) 224-0287 Fax

Middletown Office:
4731 Roosevelt Blvd.
Middletown, OH
45044-6206
(513) 727-3580
(513) 727-3584 Fax

Piqua Office:
1559 Covington Ave.
Piqua, OH
45356-4110
(937) 778-9966
(937) 778-2380 Fax

Richmond Office:
3723 National Rd. E.
Richmond, IN
47374
(765) 983-3500
(765) 973-9693 Fax

Sidney Office:
2310 Michigan Ave.
Sidney, OH
45365
(937) 492-6213
(937) 492-6325 Fax

St. Marys Office:
478 Fortman Dr.
St. Marys, OH
45885
(419) 394-8888
(419) 394-4477 Fax

Springfield Office:
1714 Valley Loop Rd.
Springfield, OH
45504-4034
(937) 324-1440
(937) 327-0488 Fax

Wilmington Office:
967 S. South St.
Wilmington, OH
45177
(937) 283-9300
(937) 283-9303 Fax

Xenia Office:
517 W. Second St.
Xenia, OH
45385
(937) 372-7255
(937) 372-7150 Fax

JOHNSON // BECKER PLLC

444 Cedar Street, Suite 1800
St. Paul, MN 55101
T (800) 279-6386  F (612) 436-1801

johnsonbecker.com

June 2, 2020

Tamara Sobolewski
1002 Dakota Avenue
Lorain, OH  44052

RE: A Potential Discrimination Claim

Dear Tamara:

Thank you for contacting Johnson Becker, PLLC and Schroth & Schroth relative to a potential
Discrimination claim. Based solely on the facts you provided, we have decided not to represent
you in this matter. This decision does not mean that your case does not have merit, only that we
do not believe we could be successful with your case.

Since we are declining to represent you at this time, please keep in mind that there are statutes of
limitations which will bar your claim unless a formal lawsuit is brought within that period of time.
If you do not begin a lawsuit within that given time period, you will be barred from bringing the
lawsuit at a later date. Since we have not fully investigated your case, we are making no
determination as to your statute of limitations.

In addition, since we are declining to represent you at this time, we cannot do anything further in
connection with your potential claim. Another attorney may reach another conclusion based upon
the same information, or may learn of additional facts and information which could be helpful in
establishing a claim. We would certainly encourage you to seek the opinion of another attorney as
soon as possible, so that any right you may have to bring a lawsuit is not barred by the expiration
of the statute of limitations.

In the meantime, should you have any questions or concerns, please do not hesitate to contact my
legal assistant, **Karly Kaufman**, toll free at **1-800-279-6386, ext. 924**, direct at **612-436-1924**, or
via email at **kkaufman@johnsonbecker.com**.

Thank you again for contacting Johnson Becker, PLLC and Schroth & Schroth. If we can be of assistance in the future, please do not hesitate to contact our office.

Sincerely,

JOHNSON BECKER, PLLC

Timothy J. Becker, Esq.
tbecker@johnsonbecker.com
Toll Free: 800-279-6386

TJB/kk
  cc:    Thomas Arthur, Esq. *( w/o enc. via Electronic Mail at tom.arthur@gmail.com )*

## Declination Letter from The Chandra Law Firm LLC to Tamara Sobolewski

From:  Jamie Screen (jamie.screen@chandralaw.com)

To:  tamso1970@yahoo.com

Date:  Tuesday, September 8, 2020 at 12:06 PM EDT

Dear Ms. Sobolewski:

Thank you for contacting the Chandra Law Firm LLC. We're sorry to hear what you're experiencing. We receive a high volume of inquiries daily and, as a small law firm, are not able to investigate or accept every case. We have reviewed the information you provided and determined, with regret, that this is not a matter our firm can handle. A number of factors may go into our decision including attorney availability and responsibilities to current clients, the investigation required, risk assessment, the jurisdiction, measurable economic damages, and whether our particular experiences are a good fit for the particular case.

We are honored that you reached out to us and wish you the best of luck in your efforts to secure the right representation.

Given our decision, no attorney-client relationship has been established between us, and you must not rely on anything said during our communications as legal advice. We have not fully investigated all of the facts and we express no opinion on the merits of your matter.

We hasten to give you our decision so you may retain other counsel if you wish to proceed. Note that you may have important deadlines approaching.

We wish you all the very best and hope you resolve the matter to your satisfaction.

*The*
# Legal Aid Society
——————— *of Cleveland*

*Since 1905*

September 11, 2020

Tamara L. Sobolewski
1002 Dakota Ave
Lorain, OH 44052

Dear Ms. Sobolewski:

You recently contacted us regarding a discrimination or wrongful discharge employment problem.  Unfortunately, Legal Aid does not handle these types of employment cases.

If you believe that your employment problem is due to **discrimination**, contact the Equal Employment Opportunity Commission (EEOC) at (216) 522-2001 or Ohio Civil Rights Commission (OCRC) at (216) 787-3150.

If you do not file a charge at the EEOC or OCRC within the proper timeframe, you may lose your right to file a complaint in court.  In your case, we do not have all the facts and do not know when the alleged misconduct occurred; therefore, we cannot advise you how to proceed.  But, it is very important that you act promptly in order to preserve your rights.

Before filing a charge with the EEOC or the OCRC, you may want to contact a private attorney for consultation.  This is especially true if you have a claim for age discrimination. You may find an attorney by calling The Cleveland Metropolitan Bar Association at (216) 696-3532, The Lake County Bar Association at (440) 350-5800, The Geauga County Bar Association at (440) 286-7160, or The Lorain County Bar Association at (440) 323-8416.  In Ashtabula County, please look in the telephone book under "Attorneys-Employment."

If your employment issue involves a **wrongful discharge** and not discrimination, you may want to contact a private attorney.  You can find a private attorney by contacting one of the bar associations listed above.

**New Clients Call:**
888.817.3777 (toll-free)
or
216.687.1900

**General Business:**
888.808.2800 (toll-free)
or
216.861.5500

**Cleveland
& Administrative Offices**

1223 West Sixth Street
Cleveland, OH 44113

General Business: 216.861.5500
Fax: 216.586.3220

**Elyria Office**

1530 West River Road North
Suite 301
Elyria, OH 44035

General Business: 440.324.1121
Fax: 440.324.1179

**Jefferson Office**

121 East Walnut Street
Jefferson, OH 44047

General Business: 440.576.8120
Fax: 440.576.3021

**Painesville Office**

8 North State Street
Suite 300
Painesville, OH 44077

General Business: 440.352.6200
Fax: 440.352.0015

**www.lasclev.org**

LSC

If you are no longer working, regardless of whether or not you decide to pursue a legal claim against your employer, you may be able to receive unemployment benefits.  You can file an application for unemployment compensation benefits by calling the Ohio Department of Jobs and Family Services at (877) 644-6562 or by logging onto http://unemployment.Ohio.gov.

I am attaching a flyer which explains the unemployment application process.  If you are denied unemployment benefits, you can call Legal Aid to determine whether we will assist you with that claim.

Please feel free to contact The Legal Aid Society of Cleveland in the future.  We may be able to help you if you have some other kind of legal problem.

Very truly yours,

Deborah Petit-Frere
Intake Specialist 1

Rev. 11/2011

7/2/24, 1:23 PM                    (613 unread) - tamso1970@yahoo.com - Yahoo Mail

## Hello from Disability Rights Ohio

From: William Puckett (wpuckett@disabilityrightsohio.org)

To:   tamso1970@yahoo.com

Date: Thursday, October 15, 2020 at 04:46 PM EDT

Ms. Sobolewski,

I am reaching out to you to see your availability to talk on the phone – I have 440-452-1982 for you. I understand you contacted our office about an employment matter, please let me know if this is not correct.

Please let me know your schedule and we can connect. If you call and leave a voicemail I will get back to you as soon as possible as we are working remotely at this time due to the COVID-19 situation, but email may be quicker to reach me.

Generally speaking, you have the right to file a charge of discrimination with the Ohio Civil Rights Commission within 180 days of an alleged discriminatory act or within 300 days of an alleged discriminatory act with the Equal Employment Opportunity Commission. Information about how to file an employment discrimination charge with the OCRC is here: http://www.crc.ohio.gov/FilingaCharge/ChargeFilingProcedure.aspx and the form is here: http://crc.ohio.gov/Portals/0/pdf%20docs/Charge%20Affidavit%20Employment%202-8-13.pdf. Information about filing with the EEOC is here: http://www.eeoc.gov/employees/howtofile.cfm and the page to find out which field office to contact is here: http://eeoc.gov/field/ . You may also have the right to file a lawsuit under state law for up to six years, but I highly recommend you seek further legal advice prior to considering that option, as the charge process is much easier to navigate.

Thanks,
William Puckett
Attorney at Law



**William G. Pucke**
*A orney at Law*

**Ohio Disability Rights Law and Policy Center, Inc.**
200 Civic Center Drive, Suite 300
Columbus, Ohio 43215-4234
614-466-7264 or 800-282-9181, ext. 144
www.disabilityrightsohio.org
Donate | Facebook | Twi er

## Hi Tamara, Important Notice from Nilges Draher LLC

From:   Robi Baishnab - (rbaishnab@ohlaborlaw.com)

To:   tamso1970@yahoo.com

Date:   Friday, October 16, 2020, 03:25 PM EDT



Date: October 16, 2020

Re: Ford Motor Co. Inc.

Dear Tamara:

We are sorry, but we are unable to accept your employment case. Unfortunately, we cannot take every case. Our decision does not necessarily mean that you do not have a case. The practice of law is an art, not a science, and we may be wrong.

Please understand that any claim that you might have is governed by a statute of limitations. If you do not preserve the statute of limitations by filing your case in the appropriate court, your claim will be barred. If it is your intention to proceed with your employment case, you should act immediately.

If you were referred to us by another law firm, that law firm will continue to represent you in other active matters, if any.

Thank you for the opportunity to speak with you.

Respectfully,

Nilges Draher LLC
Robi Baishnab
rbaishnab@ohlaborlaw.com
(330) 470-4428

Please Click Here to Unsubscribe



**WICKENS
HERZER
PANZA**

**Matthew N. Danese**
Attorney at Law
p: (440) 695-8064
MDanese@WickensLaw.com

October 21, 2020

Ms. Tamara Sobolewski
1002 Dakota Ave.
Lorain, Ohio 44052

RE: Declining Request for Representation

Dear Ms. Sobolewski:

Pursuant to our October 15, 2020 telephone conversation, I am writing to confirm our firm cannot represent you with respect to your ongoing labor situation and any other related issues.  Accordingly, neither I nor anyone associated with Wickens Herzer Panza will be taking any action on your behalf.

Sincerely,

WICKENS HERZER PANZA

By:  Matthew N. Danese
Attorney at Law

MND/jal

8888-LIT PNC/2281790.docx

www.WickensLaw.com     35765 Chester Road | Avon, OH 44011-1262 | p: (440) 695-8000 | f: (440) 695-8098

CMBA LRS                           11/6/2020
1375 E 9th Street
2nd Floor
Cleveland OH 44114
    I contacted Attorney Matt Hurm.
He returned my call from a phone number
different than the referral service provided.
    His number is (612) 240-2248.
My notes indicate a brief discussion of
my matter. Because there was nothing
further, he must not have offered to
represent me. Unlike the other Attorneys,
Attorney Hurm did not provide an
apologetic denial for my records.
    I would refer friends and family to use
CMBA LRS. I would not refer Attorney Hurm
    Because of CMBA LRS I.
(that is improper sentance. It is complete)
CMBA LRS could be improved by referring
Attorney who is accepting new clients.
Perhaps an attorney can put a metaphoric
'open' or 'closed' sign on the tool LRS
uses to forewarn -> "I'm overwhelmed." or
"Firm to capacity" and "We're available now".
                Thank You.
                Tamara Sobolewski
                Referral ID 241344

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Philadelphia District Office**
Legal Unit

801 Market Street
Suite 1000
Philadelphia, PA  19107-3127
Legal Unit Phone:  (267) 589-9700
TTY (215) 440-2610
FAX (215) 440-2848

Tamara Sobolewski
1002 Dakota Avenue
Lorain, OH 44052

Dear Ms. Sobolewski:

In accordance with your recent request for assistance in obtaining legal representation in
connection with your EEOC charge, we are providing you with the names of all the attorneys
participating in our Attorney Referral Program in your area which you may contact in seeking
legal assistance.

When you visit your selected attorney(s) or law firm, you should take the following documents
with you:

    1)    A copy of this referral letter,
    2)    A copy of the charge,
    3)    A copy of the EEOC's Determination and/or Notice of Right to Sue

Note that if you have been issued a Notice of Right to Sue, you have 90 days from the day of
receipt to file a lawsuit or you will lose your right to sue.

Sincerely,

*Lois A. Powell*

Lois A. Powell
Regional Attorney Secretary

(Attachment/Email)

* If you have any questions regarding your charge, please contact your EEOC Investigator that was
assigned to your case.

** This list is provided to the Charging Party as a courtesy and it is the responsibility of the attorney/law
firm to update their information with EEOC.  Please note that some contact information may have
changed and may require you to independently confirm their contact information.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| TAMARA SOBOLEWSKI, | ) | Case No. 1:21-cv-89 |
|  | ) |  |
| Plaintiff, | ) | Judge J. Philip Calabrese |
|  | ) |  |
| v. | ) | Magistrate Judge |
|  | ) | Jonathan D. Greenberg |
| FORD MOTOR COMPANY, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

## ORDER

Tamara Sobolewski filed this pro-se civil action in January 2021 against her former employer, Ford Motor Company. By motion, she sought to have counsel appointed to represent her. (ECF No. 3, PageID #49.) The Clerk's Office promptly began soliciting pro bono attorneys. *See* N.D. Ohio L.R. 83.10. To date, each attorney contacted has declined to undertake representation of Ms. Sobolewski. Accordingly, the Court cannot grant, and therefore **DENIES WITHOUT PREJUDICE**, her motion. (ECF No. 3.)

Because Ms. Sobolewski is pro se, the Court **REFERS** this matter to Magistrate Judge Jonathan D. Greenberg. 28 U.S.C. § 636(b)(1)(B); N.D. Ohio L.R. 72.1. The Magistrate Judge is empowered under this statute to conduct all pretrial proceedings, hold hearings, and submit proposed findings of fact and recommendations for the disposition of any motion that would determine the outcome of the case.

If the parties both agree to have this entire action heard by Magistrate Judge Greenberg, up to and including any possible trial, he is empowered to conduct any and all proceedings and enter judgment accordingly. 28 U.S.C. § 636(c)(1); N.D. Ohio L.R. 72.1.

Finally, the Magistrate Judge may have more success locating counsel willing to undertake the representation of Ms. Sobolewski.

**SO ORDERED.**

Dated:  April 22, 2021

J. Philip Calabrese
United States District Judge
Northern District of Ohio

2

TINL & DELIMAN
3695 CENTER RD
BRUNSWICK OH 44121
(330)225-7220

## SALE

MID: 5510    Store: 1215   Term: 0001
                 REF#: 00000002
Batch #: 063     RRN: 123117000665
08/19/21                      13:16:16
Trans ID: 0819MDJTKHZK5
APPR CODE: 719694
MASTERCARD                    Chip
***********                   **/**

**AMOUNT**           **$25.75**

APPROVED

MASTERCARD DEBIT
AID: A0000000041010
TVR: 80 00 08 80 00
TSI: 68 00

THANK YOU!!
PLEASE COME AGAIN!!

CUSTOMER COPY

## Your Inquiry to Michael J Camera Attorney at Law

From: Michael J Camera, Attorney at Law (email-services@vinebranches.com)

To:     tamso1970@yahoo.com

Date:  Tuesday, January 25, 2022 at 09:27 AM EST

Dear Tamara Sobolewski,

Thank you for inquiring about a FREE initial legal consultation with Michael J Camera. Your request has been sent and you should be hearing from Attorney Camera in the next day or two.

You provided the following information:
Name: Tamara Sobolewski
Email: tamso1970@yahoo.com
Phone: 440-452-1982
Legal Issue: Aggravated menacing statute of limitation

Thank you again for contacting us.

Michael J. Camera
Attorney at Law
520 Broadway #200
Lorain, OH, 44052
440.396.8395
http://michaeljcamera.com

The
# Legal Aid Society
*of Cleveland*

*Since 1905*

June 13, 2022

Tamara L Sobolewski
1002 Dakota Ave
Lorain, OH 44052

Dear Ms. Sobolewski:

You recently contacted The Legal Aid Society of Cleveland for help with a legal matter. Unfortunately, we are unable to assist you with your legal problem due to the assets you currently own.

Legal Aid receives funding from the Legal Services Corporation and, as a result, is required to follow certain rules and regulations. This includes restrictions on the type of services we can provide and the individuals to whom we may provide those services. As a result, Legal Aid is unable to provide assistance to households that have assets that exceed the maximum allowed. If your situation changes in the future, please feel free to contact us again to see if we might be able to assist you.

If you are interested in hiring a private attorney for a fee you may contact your local bar association for a referral. The contact information is the Cleveland Metropolitan Bar Association at (216) 696-3532, the Lake County Bar Association at (440) 350-5800, the Geauga County Bar Association at (440) 287-7160, or the Lorain County Bar Association at (440) 323-8416. In Ashtabula County, please look in the phone book under "Attorney or Law Firm." You will need to negotiate an appropriate fee arrangement for such services.

Sincerely yours,

*Monique S Johnson*

Monique S Johnson

---

**New Clients Call:**
888.817.3777 (toll free)
or
216.687.1900

**General Business:**
888.808.2800 (toll free)
or
216.861.5500

**Cleveland
& Administrative Office**
1223 West Sixth Street
Cleveland, OH 44113

General Business: 216.861.5500
Fax: 216.586.3220

**Elyria Office**
1530 West River Road North
Suite 301
Elyria, OH 44035

General Business: 440.324.1121
Fax: 440.324.1179

**Jefferson Office**
121 East Walnut Street
Jefferson, OH 44047

General Business: 440.576.8120
Fax: 440.576.3021

**www.lasclev.org**

 @legalaidcleveland

 @LegalAidCLE

@LegalAidCLE

LSC

## RE: Legal Advice

From:  Annaliese Mobasseri (amobasseri@clemetrobar.org)

To:    tamso1970@yahoo.com

Date:  Wednesday, June 29, 2022 at 12:37 PM EDT


Good afternoon,

My name is Annaliese and I'm the Legal and Lawyer Referral Service Coordinator for the Cleveland Metropolitan Bar Association. Your request for assistance reached my desk. Unfortunately our office does not offer legal advice, but I would be happy provide you an attorney referral if I have a little more detail regarding your circumstances. I can be reached here via email or by phone at **(216) 539-5973**.

All the best,
**Annaliese Mobasseri**

*Legal Coordinator*

**Cleveland Metropolitan Bar Association**
1375 East 9th Street, Floor 2, Cleveland, Ohio 44114-1785
**Phone** (216) 539-5973
amobasseri@clemetrobar.org | CleMetroBar.org

## Consultation

From:  Jeanne Kilbane (jkilbane@rutterrussin.com)

To:    tamso1970@yahoo.com

Date:  Tuesday, February 14, 2023 at 08:28 AM EST

Thank you for contacting our firm with your insurance issue. Unfortunately, we do not handle ride sharing insurance issues. Sorry we cannot be of assistance.

Rutter & Russin, LLC
216-642-1425



The **Legal Aid Society** _of Cleveland_

_Since 1905_

April 04, 2023

Tamara L. Sobolewski
1002 Dakota Ave
Lorain, OH 44052

Dear Ms. Sobolewski:

You recently contacted The Legal Aid Society of Cleveland regarding a discrimination or wrongful discharge employment problem. Legal Aid is not currently accepting these types of cases.

If you believe that your employment problem is due to **discrimination**, contact the Equal Employment Opportunity Commission (EEOC) at (216) 306-1120 or visit www.eeoc.gov for more information. You may also contact the Ohio Civil Rights Commission (OCRC) at (216) 787-3150 or by visiting www.crc.ohio.gov.

If you do not file a charge at the EEOC or OCRC within the proper timeframe, you may lose your right to file a complaint in court. In your case, we do not have all the facts and do not know when the alleged misconduct occurred; therefore, we cannot advise you how to proceed. But, it is very important that you act promptly in order to preserve your rights.

Before filing a charge with the EEOC or the OCRC, you may want to contact a private attorney for consultation. This is especially true if you have a claim for age discrimination. You may find an attorney by calling The Cleveland Metropolitan Bar Association at (216) 696-3532, The Lake County Bar Association at (440) 350-5800, The Geauga County Bar Association at (440) 286-7160, or The Lorain County Bar Association at (440) 323-8416. In Ashtabula County, please look in the telephone book under "Attorneys-Employment."

If your employment issue involves a **wrongful discharge** and <u>not</u> discrimination, you may want to contact a private attorney. You can find a private attorney by contacting one of the bar associations listed above.

If you are no longer working, regardless of whether or not you decide to pursue a legal claim against your employer, you may be able to receive unemployment benefits. You can file an application for unemployment compensation benefits by calling the Ohio Department of Jobs and Family Services at (877) 644-6562 or by logging onto http://unemployment.Ohio.gov.

**New Clients Call:**
888.817.3777 (toll free)
or
216.687.1900

**General Business:**
888.808.2800 (toll free)
or
216.861.5500

**Cleveland
& Administrative Office**
1223 West Sixth Street
Cleveland, OH 44113

General Business: 216.861.5500
Fax: 216.586.3220

**Elyria Office**
1530 West River Road North
Suite 301
Elyria, OH 44035

General Business: 440.324.1121
Fax: 440.324.1179

**Jefferson Office**
121 East Walnut Street
Jefferson, OH 44047

General Business: 440.576.8120
Fax: 440.576.3021

**www.lasclev.org**

 @legalaidcleveland

 @LegalAidCLE

@LegalAidCLE

LSC

Should you have another legal matter in the future, please feel free to contact The Legal Aid Society of Cleveland's intake department at (888) 817-3777 to see if we can assist you.

Sincerely,

*Rausienne Broome*

Rausienne Broome
Intake Specialist 2

## Spitz, The Employee's Law Firm

From:  Obermeyer, Connie (connie.obermeyer@spitzlawfirm.com)

To:     tamso1970@yahoo.com

Cc:     connie.obermeyer@spitzlawfirm.com

Date:  Thursday, April 13, 2023 at 02:31 PM EDT

| A orney-Client Communica on | Confiden al & Privileged |
|---|---|
| Spitz File No. SLF-07101 ||

Tamara,

It was a pleasure talking with you about your potential legal claims. Although I wish it were under better circumstances, I truly appreciate the opportunity to discuss this matter with you. Unfortunately, we are not in a position to accept you as a client at this time.

As a technical matter, Ohio law requires that I confirm that as of the date of this correspondence neither Spitz, The Employee's Law Firm, nor any of its attorneys are responsible for pursuing your claim(s) further. But, please rest assured that all information that you provided us will remain confidential.

Should you wish to seek a second opinion, you can get a referral to a different attorney by calling the local Bar Association for your County.

We wish you the best of luck in the future.

All the best,

*Connie*



Connie Obermeyer
**A orney**
*she/her/hers*

**Direct:** (513) 285-0345
**Main:** (513) 538-2444
**Fax:** (216) 291-5744

**Loca ons • Website • Awards**

Attention: Privileged and/or confidential information may be contained in this message and may be subject to legal privilege. Access to this e-mail by anyone other than the intended is unauthorized. If you are not the intended recipient, you may not use, copy, distribute or deliver this message (or any part of its contents) to anyone or take any action in reliance on it. If you are not the intended recipient, you should destroy this message, and notify SPITZ immediately by e-mail and/or telephone.

## Inquiry to Haber Legal Group

From:  Richard Haber (rhaber@haberllp.com)

To:     tamso1970@yahoo.com

Date:  Monday, July 31, 2023 at 07:17 PM EDT

Tamara

I received your inquiry through Findlaw to our firm. If I am understanding your issues, it sounds like you were terminated some  me ago. If a Union member protested your termina  on in May 2021, and that is indeed when your termina  on occurred, more than 2 years have passed since your termina  on and, at least as to your employer, the statute of limita  ons may have run. I note that you s  ll have some on going proceedings with the union, perhaps a grievance arbitra  on that has lingered into April 2023. Though it is not completely clear what the issues are with the Union, I must respec  ully decline to undertake this representa  on. We are a small bou  que firm and we take a select number of ma  ers. This ma  er does not fit within our profile, in part due to the fact that you are a member of a union.

However there are lawyers who may feel differently. If you wish to contact another a  orney who might be interested in the ma  er, I suggest contac  ng one of the three a  orneys below:

- Brian Spitz – 216-291-4744
- Peter Mapley – 216-223-7213
- Brad Levine – 440-543-0672

We wish you good luck.



Richard C. Haber, Esq.
30195 Chagrin Boulevard
Suite 323
Pepper Pike, Ohio 44124
O: (216) 250-4782
M: (216) 402-8142
F: (216) 250-4783
rhaber@haberllp.com

Haberllp.com

7/31/23, 8:56 PM                                    (956 unread) - tamso1970@yahoo.com - Yahoo Mail

## Sanford Heisler Sharp: Following Up on Your Recent Inquiry

From:  Alec Konstantin (akonstantin@sanfordheisler.com)

To:      >

Date:  Monday, July 31, 2023 at 07:41 PM EDT

Hi,

Thank you for contacting Sanford Heisler Sharp. If you are seeking the firm's representation in your legal claims, please complete the firm's online intake form at www.sanfordheisler.com/contact-us/. After submitting your intake form, we will schedule a time to speak with you if we have any follow-up questions. If we don't have any follow-up questions, you should receive an email or call about our firm's decision within the next week.

Alec Konstantin

**Chief Operating Officer, _bio_**

2550 Fifth Avenue, 11th Floor, San Diego, CA 92103
**DIRECT:** 619-614-0512 | **MAIN:** 646-768-7070



**New York**
**Washington, DC**
**San Francisco**
**Palo Alto**
**Atlanta**
**Baltimore**
**Nashville**
**San Diego**

**DISCLAIMER**: The email above is intended only for the professional and/or personal use of the recipient(s) identified. This email may include attorney-work product and may be an attorney-client communication and as such privileged and confidential. If you have received this email in error, delete the original email and any copies of it and please notify me immediately. You may not review, copy, or distribute this email if you are not an intended recipient.

8/1/23, 10:19 PM                          (958 unread) - tamso1970@yahoo.com - Yahoo Mail

## Sanford Heisler Sharp, LLP: Correspondence from Alec Konstantin

From: Alec Konstantin (akonstantin@sanfordheisler.com)

To:    >

Date: Tuesday, August 1, 2023 at 11:18 AM EDT

Hi,

Thank you for contacting Sanford Heisler Sharp regarding your experiences. We are sorry for what you have endured. Unfortunately, after careful consideration, the firm has determined it is unable to represent you in your potential legal claims.

Our decision is in part due to the demands of our existing caseload. Please note that in declining to represent you, the firm is not expressing any opinion regarding your claims or the likelihood of success should you initiate a legal action.

You are, of course, free to pursue your claims on your own or with other counsel, and we encourage you to contact other attorneys who may not share in our analysis of your situation. Because most legal rights have strict time limitations within which a claim must be filed, we suggest that you contact another attorney immediately if you plan to pursue this matter.

We wish you the best of luck in your pursuit of your claims.

Alec Konstantin

**Chief Operating Officer, _bio_**

2550 Fifth Avenue, 11th Floor, San Diego, CA 92103
**DIRECT:** 619-614-0512 | **MAIN:** 646-768-7070



**New York**
**Washington, DC**
**San Francisco**
**Palo Alto**
**Atlanta**
**Baltimore**
**Nashville**
**San Diego**

**DISCLAIMER:** The email above is intended only for the professional and/or personal use of the recipient(s) identified. This email may include attorney-work product and may be an attorney-client communication and as such privileged and confidential. If you have received this email in error, delete the original email and any copies of it and please notify me immediately. You may not review, copy, or distribute this email if you are not an intended recipient.

# CERIDIAN

| | |
|---|---|
| **Employee Name:** | Tamara Sobolewski |
| **Employee #:** | 899862 |
| **Employee Address:** | 1002 Dakota Avenue Lorain, OH 44052 |
| **FEIN:** | 222115626 |
| **Department:** | Agent |
| **Job Title:** | Agent |

| | |
|---|---|
| **Pay Date:** | 12/19/2023 |
| **Pay Period:** | 12/4/2023 - 12/10/2023 |
| **Deposit Advice #:** | 704596552 |
| **Pay Frequency:** | Weekly |
| **Pay Rate:** | 11.0000 |
| **Federal Filing Status:** | Single |
| **Federal 2c/Extra Withholding:** | No/$0.00 |
| **Local Exemptions:** | 0 (Middleburg Heights) (OH) |
| **State Filing Status:** | (OH) |
| **State Exemptions:** | 0/$0.00 (OH) |

**Employer Name:** DialAmerica Marketing, Inc.
**Employer Phone:** 2013270200
**Employer Address:** 960 Macarthur Boulevard Mahwah, NJ 07430

| | Current 12/4/2023 - 12/10/2023 | | | YTD As of 12/10/2023 | |
|---|---|---|---|---|---|
| | **Hours/Units** | **Rate** | **Amount** | **Hours/Units** | **Amount** |
| **Earnings** | 33.65 | | $394.47 | 1,496.60 | $18,122.42 |
| Regular | 33.65 | 11.0000 | $370.15 | 1,496.33 | $16,459.63 |
| Overtime 1.5 | | | | 0.27 | $4.46 |
| Sales Incentive | | | $24.32 | | $1,658.19 |
| Incent Bns OT | | | | | $0.14 |
| **Taxable Benefits** | | | $10.00 | | $45.00 |
| Contest Promo | | | $10.00 | | $45.00 |
| **Taxes** | | | $59.22 | | $2,775.29 |
| Fed W/H | | | $13.81 | | $715.14 |
| FICA EE | | | $25.08 | | $1,126.38 |
| Fed MWT EE | | | $5.87 | | $263.43 |
| OH W/H | | | $6.37 | | $306.98 |
| MdbrgHCityW/H | | | $8.09 | | $363.36 |
| | **Routing #** | **Account #** | **Amount** | | **Amount** |
| **Net Pay** | | | $335.25 | | $15,347.13 |
| Direct Deposit | ████████ | ██████████ | $335.25 | | |

Page 1 of 2

# The Pecchio Law Firm

Integrity in the Practice of Law Since 1984
**www.pecchiolawfirm.com**

Robert A. Pecchio, Esq.
rpecchio@pecchiolawfirm.com

December 22, 2023

**Main Office**
2305 E. Aurora Rd., Ste. A-1
Twinsburg, Ohio 44087
phone: 330.963.6600
toll-free: 800.770.7322
fax: 330.963.6650

*VIA EMAIL* *tamso1970@yahoo.com*
Tamara Sobolewski
1002 Dakota Ave.
Lorain, OH 44052

**RE:    Your Employment Matter**

Tamara,

Thank you for contacting **The Pecchio Law Firm** relative to the above-referenced matter. Thank you for providing your timeline/summary on December 21, 2023. I have reviewed the document and my notes from our telephone call of November 30, 2023, and I believe I can help you with this employment matter.

Our firm charges a standard retainer fee to begin work on this type of claim, including proper legal research, investigation into these matters, and negotiations and/or litigation on your behalf. My standard fee for a situation like yours is an hourly fee of $400/hour, with an initial retainer of 10 hours or $4,000.00.

If you are interested in pursuing this matter with our office, you may pay by check, money order, cash, or credit card. If you prefer, you may pay half ($2,000.00) in advance, and the remainder of $2,000.00 would not be due until 30 days thereafter. We also offer a 10% discount ($400.00) if you would prefer to pay the entire retainer fee in advance of **$3,600.00.** Once we receive your payment and any new information or documents, we will call you to further discuss this claim.

Our office handles a variety of civil legal matters in Ohio including, but not limited to, **personal injury, accident claims, wrongful death, medical malpractice, nursing home negligence, workers' compensation, employment claims, social security disability claims, sexual abuse and children's injury claims.** Please find enclosed two business cards and our Newsletter for future reference.

We look forward to hearing from you.

Sincerely,

Robert A. Pecchio

RAP/jad

ACCIDENT, INJURY, WRONGFUL DEATH, DISABILITY, EMPLOYMENT LAW
Offices In: Twinsburg • Youngstown • Conneaut

# CERIDIAN

| | |
|---|---|
| **Employee Name:** | Tamara Sobolewski |
| **Employee #:** | 899862 |
| **Employee Address:** | 1002 Dakota Avenue<br>Lorain, OH 44052 |
| **FEIN:** | 222115626 |
| **Department:** | Agent |
| **Job Title:** | Agent |

| | |
|---|---|
| **Pay Date:** | 12/26/2023 |
| **Pay Period:** | 12/11/2023 -<br>12/17/2023 |
| **Deposit Advice #:** | 707950206 |
| **Pay Frequency:** | Weekly |
| **Pay Rate:** | 11.0000 |
| **Federal Filing Status:** | Single |
| **Federal 2c/Extra Withholding:** | No/$0.00 |
| **Local Exemptions:** | 0 (Middleburg Heights) (OH) |
| **State Filing Status:** | (OH) |
| **State Exemptions:** | 0/$0.00 (OH) |

**Employer Name:** DialAmerica Marketing, Inc.
**Employer Phone:** 2013270200
**Employer Address:** 960 Macarthur Boulevard Mahwah, NJ 07430

| | Current<br>12/11/2023 - 12/17/2023 | | | YTD<br>As of 12/17/2023 | |
|---|---|---|---|---|---|
| | **Hours/Units** | **Rate** | **Amount** | **Hours/Units** | **Amount** |
| **Earnings** | **33.65** | | **$377.73** | **1,530.25** | **$18,500.15** |
| Regular | 33.65 | 11.0000 | $370.15 | 1,529.98 | $16,829.78 |
| Overtime 1.5 | | | | 0.27 | $4.46 |
| Sales Incentive | | | $7.58 | | $1,665.77 |
| Incent Bns OT | | | | | $0.14 |
| **Taxable Benefits** | | | | | **$45.00** |
| Contest Promo | | | | | $45.00 |
| **Taxes** | | | **$53.19** | | **$2,828.48** |
| Fed W/H | | | $11.14 | | $726.28 |
| FICA EE | | | $23.42 | | $1,149.80 |
| Fed MWT EE | | | $5.47 | | $268.90 |
| OH W/H | | | $5.61 | | $312.59 |
| MdbrgHCityW/H | | | $7.55 | | $370.91 |
| | **Routing #** | **Account #** | **Amount** | | **Amount** |
| **Net Pay** | | | **$324.54** | | **$15,671.67** |
| Direct Deposit | ▬▬▬▬ | ▬▬▬▬▬▬ | $324.54 | | |

C
CERIDIAN

Page 1 of 2

# CERIDIAN

| | |
|---|---|
| **Employer Name:** | DialAmerica Marketing, Inc. |
| **Employer Phone:** | 2013270200 |
| **Employer Address:** | 960 Macarthur Boulevard Mahwah, NJ 07430 |

| | |
|---|---|
| **Employee Name:** | Tamara Sobolewski |
| **Employee #:** | 899862 |
| **Employee Address:** | 1002 Dakota Avenue Lorain, OH 44052 |
| **FEIN:** | 222115626 |
| **Department:** | Agent |
| **Job Title:** | WFH Agent |

| | |
|---|---|
| **Pay Date:** | 1/2/2024 |
| **Pay Period:** | 12/18/2023 - 12/24/2023 |
| **Deposit Advice #:** | 710996766 |
| **Pay Frequency:** | Weekly |
| **Pay Rate:** | 11.0000 |
| **Federal Filing Status:** | Single |
| **Federal 2c/Extra Withholding:** | No/$0.00 |
| **Local Exemptions:** | 0 (Middleburg Heights) (OH) |
| **State Filing Status:** | (OH) |
| **State Exemptions:** | 0/$0.00 (OH) |

| | Current 12/18/2023 - 12/24/2023 | | | YTD As of 12/24/2023 | |
|---|---|---|---|---|---|
| | **Hours/Units** | **Rate** | **Amount** | **Hours/Units** | **Amount** |
| **Earnings** | **37.72** | | **$440.57** | **37.72** | **$440.57** |
| Regular | 37.72 | 11.0000 | $414.92 | 37.72 | $414.92 |
| Sales Incentive | | | $25.65 | | $25.65 |
| **Taxes** | | | **$65.95** | | **$65.95** |
| Fed W/H | | | $15.98 | | $15.98 |
| FICA EE | | | $27.32 | | $27.32 |
| Fed MWT EE | | | $6.39 | | $6.39 |
| OH W/H | | | $7.45 | | $7.45 |
| MdbrgHCityW/H | | | $8.81 | | $8.81 |
| | **Routing #** | **Account #** | **Amount** | | **Amount** |
| **Net Pay** | | | **$374.62** | | **$374.62** |
| Direct Deposit | | | $374.62 | | |

C
CERIDIAN

# CERIDIAN

| | |
|---|---|
| **Employer Name:** | DialAmerica Marketing, Inc. |
| **Employer Phone:** | 2013270200 |
| **Employer Address:** | 960 Macarthur Boulevard Mahwah, NJ 07430 |

| | |
|---|---|
| **Employee Name:** | Tamara Sobolewski |
| **Employee #:** | 899862 |
| **Employee Address:** | 1002 Dakota Avenue Lorain, OH 44052 |
| **FEIN:** | 222115626 |
| **Department:** | Agent |
| **Job Title:** | WFH Agent |

| | |
|---|---|
| **Pay Date:** | 1/9/2024 |
| **Pay Period:** | 12/25/2023 - 12/31/2023 |
| **Deposit Advice #:** | 714847094 |
| **Pay Frequency:** | Weekly |
| **Pay Rate:** | 11.0000 |
| **Federal Filing Status:** | Single |
| **Federal 2c/Extra Withholding:** | No/$0.00 |
| **Local Exemptions:** | 0 (Middleburg Heights) |
| **State Filing Status:** | (OH) |
| **State Exemptions:** | 0/$0.00 (OH) |

| | Current 12/25/2023 - 12/31/2023 | | | YTD As of 12/31/2023 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | **32.89** | | **$379.88** | **70.61** | **$820.45** |
| Regular | 32.89 | 11.0000 | $361.79 | 70.61 | $776.71 |
| Sales Incentive | | | $18.09 | | $43.74 |
| **Taxes** | | | **$52.23** | | **$118.18** |
| Fed W/H | | | $9.91 | | $25.89 |
| FICA EE | | | $23.55 | | $50.87 |
| Fed MWT EE | | | $5.51 | | $11.90 |
| OH W/H | | | $5.66 | | $13.11 |
| MdbrgHCityW/H | | | $7.60 | | $16.41 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | **$327.65** | | **$702.27** |
| Direct Deposit | ▊▊▊▊ | ▊▊▊▊ | $327.65 | | |

C
CERIDIAN

RE: Brian J. Smith Law Offices Form Submission

From:  Brian J. Smith (bsmith@briansmithlaw.com)

To:   tamso1970@yahoo.com

Date:  Friday, May 31, 2024 at 08:27 AM EDT

Tamara,

I am sorry, but the issues you are having are outside our current practice areas.  You might try another law firm, perhaps the Spitz Law Firm.

Thank you,
**Brian J. Smith**

Phone (800) 641-1970
Fax (855) 241-0700

**The Law Offices of Brian J. Smith, ltd**
20545 Center Ridge Rd, Ste. 215
Rocky River, OH 44116

https://BrianSmithLaw.com
https://BrianJSmithEsq.com

The a orneys of the Law Offices of Brian J. Smith, ltd are licensed to prac ce law ONLY in Ohio and do not intend to give advice to anyone on any legal ma er not involving Ohio law.  If you have contacted us for advice regarding a case or claim outside of Ohio, you should disregard any advice shared and seek an a orney in your state.  Any decision by our firm that we are not able to provide representa on is not a recommenda on to proceed without an a orney.  Communica ons with us by email or do not create an a orney-client rela onship with us without an express wri en fee agreement signed by both par es and any reliance on the informa on contained in this correspondence by someone who has not entered into a representa on agreement with us taken at the reader's own risk.

**From:** Smith Law Web Form <no-reply@webforms.io>
**Sent:** Thursday, May 30, 2024 11:50 PM
**To:** bsmith@briansmithlaw.com
**Subject:** Brian J. Smith Law Offices Form Submission

You just received a form submission.
Name: Tamara Sobolewski
Email: tamso1970@yahoo.com
Phone: 4404521982
field: I'm seeking guidance on how to proceed with filing a lawsuit under the LMRA. I've been a union member for 31 years and an employee for 27.4 years until my discharge in 2020. Despite my grievance reaching arbitration in 2021, the union closed the case in May 2024. I have documented instances of harassment and numerous protected activities, including my report to the corporate harassment hotline. Shortly after this report, I faced suspension, followed by termination just 12 days later. Moreover, I have a history of involvement with the NLRB, with

cases in both 2019 and 2020. Additionally, a case unilaterally settled by the union in 2021 and another Unfair Labor Practice filed by me in 2023 further underscores the ongoing issues. I've also lodged complaints with the Equal Employment Opportunity Commission (EEOC) in 2019, 2020, and 2023, as well as with the Department of Labor. The pattern of retaliation I've experienced is deeply concerning, not only for my rights but for the potential chilling effect it may have on other union members who might hesitate to report harassment out of fear of reprisal. It's my understanding that retaliation is prohibited under the major laws safeguarding the rights of working people. I am prepared with a detailed timeline and corresponding documents.

-------------------------------------------------------------

If you believe this is a spam submission, please forward to

Unsubscribe from notifications for this site.

# Important Information from Nilges Draher LLC

From:   Hans Nilges (nilgesdraher@messages.leaddocket.com)

To:     tamso1970@yahoo.com

Date:   Tuesday, July 23, 2024 at 01:56 PM EDT



Dear Tamara,

Thank you for speaking with us. Your information will be reviewed by a Nilges
Draher attorney. If the attorney decides that we need additional information or that
we can assist you with your potential claim, the attorney will reach out to you
directly. If you gave us permission to refer you to another law firm, the attorney may
also send your information to that law firm. If the attorney does decide to refer you
to another firm, you will receive a text message and email from us letting you know.

Nilges Draher LLC
(330) 470-4428
www.ohlaborlaw.com

Nilges Draher LLC

# EXHIBIT 22

**Ohio** | Department of Job and Family Services

# FACT SHEET

## Unemployment Benefits: General Information

Unemployment benefits provide short-term income to unemployed workers who lose their jobs through no fault of their own and who are actively seeking work. It reduces the hardship felt by families during periods of temporary unemployment. The program is financed by taxes paid by employers to both the federal and state governments.

### How and when do I apply?

Do not delay; file an application as soon as you are unemployed. You can file online 24 hours a day, seven days a week, at **unemployment.ohio.gov**. You also can file by phone Monday through Friday (except holidays) from 8 a.m. to 5 p.m. by calling (877) 644-6562.

### What information do I need when applying?

- Personal information:
  - » Social Security number and either your driver's license or state ID number
  - » Your name, address, telephone number(s), email address and date of birth
  - » Your regular occupation and job skills information
  - » If you have dependent children (including stepchildren): Their names, Social Security numbers and dates of birth. If you are claiming dependent children and you are married, you must provide your spouse's name, Social Security number and date of birth, even if you are not claiming your spouse.
  - » If you are not a U.S. citizen: Your alien registration number and the expiration date of your work authorization
  - » If you elect to receive direct deposit: Your bank name, routing number and account number
- Employment information for all employers you worked for in the last six weeks:
  - » Employer(s) name, address, telephone number and dates you worked with each employer
  - » Employer contact information for all out-of-state employment within the last 18 months
  - » Discharge papers (form DD-214, member 4), if separated from military service with any branch of the U.S. armed forces within the last 18 months
  - » Form SF-8 or SF-50, if employed and separated from a federal government position within the last 18 months
  - » The reason you became totally or partially unemployed from any of the above employers

### What will I receive after applying?

- A temporary Personal Identification Number (PIN), if you have not already established one through a previous unemployment claim.
- A New Claim Instruction Sheet, which includes individual work search instructions and reemployment activity requirements.
- A Worker's Guide to Unemployment Compensation booklet, which outlines additional unemployment benefit requirements. If you chose email as your contact method, you will receive an email with a link to the guide.
- You may receive notices requesting additional information. Complete and submit them timely, or your benefits may be delayed or stopped.

**(12/2019)**
**Continued**

# Unemployment Benefits: General Information

## What are the requirements to file for unemployment benefits?

- You must be totally or partially unemployed.
- In 2020, you must have worked at least 20 weeks in covered employment and earned at least $269 in the base period (four out of the last five completed calendar quarters).
- You must be unemployed through no fault of your own.
- If you had a prior unemployment claim that is expired, you must have worked in covered employment since the beginning of the prior claim year to reestablish yourself as a worker.

## How do I maintain eligibility for unemployment benefits?

- You must be physically and mentally able to work.
- You must be available and willing to work any shift of any occupation consistent with your prior training or experience.
- You must actively seek work:
  » Register with **OhioMeansJobs.com** for job placement assistance.
  » Complete reemployment activities as explained on your New Claim Instruction Sheet.
  » Complete at least two work-search activities per week.
  » Keep a written record of your work search efforts each week.
- You must report earnings for any work performed and any income paid or payable to you while claiming benefits.
- If you belong to a union with a hiring hall or are a student, you must submit verification.

## How and when do I file a weekly claim?

After filing your initial application for benefits, you must file weekly or biweekly claims. Your responses to questions asked when you file will determine your continued eligibility for each week claimed.

- To file weekly claims, you will need your Social Security number and PIN. You can file online 24 hours a day, 7 days a week, at **unemployment.ohio.gov**. If you do not have access to the internet, you may visit your local library or OhioMeansJobs center, where computers are available for public use. To find your nearest OhioMeansJobs center, call (888) 296-7541. Those with no ability to access the internet may call (877) 644-6562 for assistance.
- File weekly for the first three weeks. If you chose email as your contact method, you will continue to file weekly. If you chose U.S. mail, you will file biweekly.
- You must file claims for benefits timely, no later than three weeks (21 days) from either the Saturday of the week you filed your application or the Saturday of the last week you claimed for benefits. Failing to file timely claims could result in a denial of payment.

## Additional Information

- Ohio law requires claimants to serve a waiting period after filing an initial application. This "waiting week" is the first week claimed in the benefit year in which you meet all eligibility requirements. Benefits cannot be paid for the waiting week.
- No more than half of a weekly benefit can be withheld for court-ordered child support payments.
- Unemployment benefits are subject to federal and state income taxes. You can request that 10 percent of your benefits be withheld for this purpose. You will receive an Internal Revenue Service 1099 form at the end of January for the previous year's benefits.

**(12/2019)**

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

EASTERN DIVISION


| | | |
|---|---|---|
| TAMARA L. SOBOLEWSKI, | : | |
| 1002 Dakota Avenue | | |
| Lorain OH 44052, | : | |
| Plaintiff, | : | Case No. 1:24-cv-01396 |
| | | |
| v. | : | |
| | | |
| FORD MOTOR COMPANY | : | |
| 650 Miller Road | | |
| Avon Lake OH 44012, | : | |
| Defendant. | : | |

## DECLARATION OF TAMARA SOBOLEWSKI

I, Tamara Sobolewski, pro se Plaintiff of sound mind and competent age, certify

under the penalty of perjury and state as follows:

1.     The last time I was entitled to my sick pay from UniCare® for Ford Motor

Company was in 2019.

2.     The last I was entitled to my Ford vacation hours was on 3/13/2020.

3.     Around 3/11/2020, I could pay $1176 monthly to continue my Ford health

coverage.

1

4.  Around 3/23/2020, I could control my tax-deferred retirement savings accounts (IRAs), subject to Internal Revenue Service ("IRS") rules and regulations.

5.  Around 4/2/2020, other Autoworkers and Americans who were not me benefited from federal Pandemic Unemployment Assistance (PUA), and the federal Coronavirus Aid, Relief, and Economic Securities (CARES) Act.

6.  I benefited from Unemployment Compensation under O.R.C. 4141.29(D)(2)(a) – Claimant ID 919706 Determination ID No. 232161269-1 – because Ford discharged me without cause on 2/18/2020.

7.  Around 4/10/2020, I could pay monthly premiums for my Ford Accidental Death and Dismemberment insurance.

8.  More categories of American workers, not me benefited from federal Pandemic Unemployment Assistance (PUA).

## TRADEMARK GLOBAL INC. HIRED ME

9.  Around 6/29/2020, Trademark Global Inc. placed me on their schedule.  I discussed my schedule with Sean Sanchez who told me I was allowed to leave when my work group left, and they worked 12-hour shifts.  I tried to contact the man who hired me to discuss my schedule and I quit after four shifts.

## FIRST STUDENT INC. HIRED ME

10.    Around 7/22/2020, First Student Inc. placed me on no training or work
schedule.

## STAFFING SOLUTIONS ENTERPRISE HIRED ME

11.    Around 7/31/2020, Staffing Solutions Enterprise placed me on a schedule
and lacked work on 8/4/2020.

## ALL-IN STAFFING HIRED ME

12.    Around 8/19/2020, All-In Staffing placed me on tomorrow's schedule.  The
immediate start date and untreated disability symptoms i.e., anxiety, etc. caused me
to miss work on 8/20/2020, and call off after my start time.  They never told me
what the no-show policy was.

13.    I benefited from seventeen and a half weeks of Ohio Unemployment
Compensation.

14.    As of 10/12/2020, I paid $93,777, my employer(s) paid $96,677 for Social
Security and we each paid $22,603 for Medicare.

15.    I was *not* entitled to $2,160 of Ohio Unemployment Compensation.

16.    Americans and Autoworkers, not me benefited from extended traditional
unemployment benefits under the Pandemic Emergency Unemployment
Compensation (PEUC) benefits, CARES Act, American Rescue Plan, etc.

17.    I was *eligible* for early IRA distributions to rescue me and cover my 2020
essential expenses.

3

18.    My 2020 taxed Social Security earnings totaled $19,555.

2021

19.    By 1/2/2021, only the seventeen and a half weeks of 2020 unemployment compensation benefits were available to me.

20.    Early 2021, Autoworkers not me benefited from UAW-FCA-Ford-General Motors Legal Services Plan.

21.    In Early 2021, given that I failed the availability requirements, I was ineligible for Ohio unemployment compensation benefits.

22.    Around 4/28/2021, the Lorain County Board of Elections trained me, and I earned $30.

23.    Around 4/27/2021, my earliest Ford-UAW retirement date was 10/1/2025.

24.    Around 6/2/2021, Ohio benefits were disallowed because I did not have at least twenty weeks of employment or did not earn $280 from April 2020 to March 2021 as required by unemployment compensation law.

25.    Around 7/13/2021, Ohio Claimants with Overpayment were entitled to request relief.

26.    Around 12/21/2021, Ohio benefits were disallowed because I did not have at least twenty weeks of employment or did not earn $280 from July 2020 to June 2021, did not verify my identity or answer a questionnaire – I am not sure which.

27.    I was *eligible* for early IRA distributions to rescue me and cover my 2021 essential expenses, and I owed the IRS $6,632.

28.    In 2021, my taxed Social Security and Medicare earnings were $00,000.

29.    Around 8/5/2022, Dee Dispenza told me people get fired all the time, she became homeless when Ford fired her, and it scared me.

## I WORK FOR THE PUBLIC

30.    Around 9/15/2022, I started working with DoorDash Inc. to support me and my family and avoid homelessness.

## CAMACO COULD NOT REASONABLE ACCOMMODATE ME

31.    Around 9/22/2022, after training, I requested accommodation from Camaco due to my difficulty standing for an entire shift.  Unfortunately, my request was denied, and as a result, I did not return to work.

## DETROIT QUALITY STAFFING HURT ME

32.    Around 10/3/2022, I attempted to work with Detroit Quality Staffing LLC., which involved climbing into and out of commercial trucks.  This aggravated my shoulder and knees, and I completed about half a shift and quit.

33.    Around 10/20/2022, unemployment benefit overpayment was my fault.

## I WORK FOR THE PUBLIC

34.    Around 10/28/2022, I completed my first deliveries with Amazon.com, Inc.

5

35.     Around 12/2/2022, I amended my Allstate policy to include full coverage on my 2017 Ford Escape and received Good Payer and Easy Pay Plan discounts.

## NO WORK AVAILABLE FOR ME WITH AMOTEC

36.     Around 12/12/2022, I completed my eDocs for Amotec Inc., Daren assessed my skills and told me no light-duty or office positions were available.

37.     I was *eligible* for early IRA distributions to cover my 2022 essential expenses, and the IRS refunded me $38.

38.     In 2022, my taxed Social Security and Medicare earnings totaled $5,060.

## 2023 PHYSICAL DAMAGE

39.     Around 1/29/2023, after my deliveries with Amazon.com, Inc. and during my deliveries with DoorDash, my 2017 Ford Escape was stolen.

40.     DoorDash told me theft and damage to my vehicle are my responsibility and should be addressed by Allstate.

41.     Allstate told me there was no coverage for my loss because I was compensated for carrying products or hired by the public.

## DIALAMERICA INC. HIRED ME

42.     Around 2/13/2023, DialAmerica Inc. placed me on their schedule.  I trained to serve elderplan | homefirst®.

43.     Around 3/17/2023, my vehicle was recovered, and I was financially responsible for all expenses.  I did not repair the tire and wheel damage.

44.     Around 3/24/2023, Ohio unemployment compensation benefits were disallowed because I did not have at least twenty weeks of employment or did not earn $315 from January 2022 to December 2022 as required by law.

45.     Around 4/3/2023, the IRS wanted $350 immediately or intended to collect the total unpaid liability and seize my state income tax refund, other property, or property rights.

46.     Around 4/6/2023, DialAmerica disciplined me and retrained me in its Learning Care Group Inc. department.  I lost wages immediately and future earnings.

47.     Around 4/10/2023, the U.S. Department of Labor ("DOL") required a Benefit Accuracy Measurement Inspection of my unemployment claim.

48.     Around 6/14/2023, DialAmerica retrained me for 2.5 hours on proxy solicitation in its Morrow Sodali department and disciplined me again, I believe because I asked for additional training.  I lost wages.

49.     Around 8/10/2024, Ohio benefits were disallowed because I did not have at least twenty qualifying weeks of employment or did not earn $315 from April 2022 to March 2023.

50.     Around 9/25/2023, I did not qualify for the Ohio Works First program.

51.     Around 11/24/2023, Associated Bank Auto Finance sold my 2017 Ford Escape and calculated that I owed them $7,368.83.

7

52.    In 2023, my Social Security and Medicare earnings were $21,796.

53.    In January 2024, Aucera (formerly DialAmerica) retrained me to sell Account Assure for Comenity Bank, a part of Bread Financial and implemented a new MTO (mandatory time off) and Advanced Down Staffing practices because of overstaffing and low call volume.

54.    Not only had my schedule been shortened, but Aucera Supervisors[1] also notified us when to clock out immediately, reducing my, and other agents' scheduled hours, and impacting our wages.

## MODIVCARE INC. OPPORTUNITY

55.    Around 3/28/2024, a new opportunity with ModivCare became available.

56.    I completed 13 non-paid days of class, plus 13 days' worth of non-paid self-paced modules and assessments.

57.    Around 5/26/2024, I resigned from Aucera to work with ModivCare. Aucera was unable to accommodate a program or schedule change so I could have a stable schedule and income.

58.    Around 5/28/2024, I completed the ModivCare certification requirements.

## I WAS DENIED THE OPPORTUNITY WITH MODIVCARE INC.

59.    Around 7/1/2024 Arise paid me $126.90 for work performed for ModivCare.

---

[1] Donald Buehler, James Carpenter, Andrea Fernandez De Castro, Donielle Holmes, Lorraine Hunt, Heather Moore, Lance Moya, Latisha Presley, Dominique Robinson, Tammy Rosfeld, Romina Ruiz, and Krista Wadley.

60.    Around 7/3/2024, I checked my schedule for tomorrow and was removed altogether from the ModivCare program without notice or explanation.

61.    As of 7/11/2024, I paid $96,653 and my employer(s) paid 99,553 for Social Security plus we each paid $23,275 for Medicare.

(**Exhibit 22** Severance, Notices, Determinations, Invoices, 1099-Rs, letters, emails, earnings records, papers, etc. are attached and incorporated as if fully restated.)

End of Statement

Date:

Tamara Sobolewski

Severance

SIGN UP FOR DIRECT DEPOSIT TODAY! GET YOUR MONEY ON TIME EVERY PAYDAY. DON'T
WORRY ABOUT A CHECK BEING LOST, STOLEN, OR DELAYED BY WEATHER. NEVER PAY $25
FOR A REPLACEMENT CHECK. GO TO LIFE@FORD-MY COMPENSATION-DIRECT DEPOSIT INFO.

**Ford** Ford Motor Company
One American Road
Dearborn, Michigan 48126

STATEMENT of EARNINGS and DEDUCTIONS

2176979173
CHECK NUMBER
61982068

| SOC SEC NUMBER | NAME | | LOCATION/DEPT NO | AREA/BADGE | | START PAY | PAY ENDING |
|---|---|---|---|---|---|---|---|
| XXX-XX-0404 | SOBOLEWSKI,TAMARA L | | 0236    1315 | J | | 03/02/2020 | 03/08/2020 |

| EARNINGS/ADJUSTMENTS | | | DEDUCTIONS/REFUNDS | | | REM BAL/ MISC CODES |
|---|---|---|---|---|---|---|
| DESCRIPTION | HOURS | AMOUNT | DESCRIPTION | AMOUNT | YTD | |
| VAC TRM PAYOFF | 180.00 | 5371.20 | FICA | 333.02 | 1183.31 | |
| TOTAL GROSS | | 5371.20 | MEDICARE | 77.88 | 276.74 | |
| | | | FEDERAL | 1181.66 | 2988.32 | S 01 |
| | | | OHIO | 187.99 | 559.33 | 00 |
| | | | AVON LAKE 1 | 80.57 | 286.28 | 00 |
| | | | LORAIN S/AV LK | 53.71 | 190.86 | 00 |
| | | | DIRECT DEPOSIT | 3456.37 | | |
| | | | TOTAL DEDUCTIONS | 5371.20 | | |
| SUB WEEK BALANCE | | 52.00 | | | | |
| FAMILY DAY HOURS AVAIL | | 20.00 | | | | |
| FAMILY DAY HOURS TAKEN | | | | | | |
| YTD PRETAX SSIP/TESP | | 853.13 | | | | |
| YTD FEDERAL W2 GROSS | | 18232.50 | NET PAY | 0.00 | | |

FOR DEPOSIT ON  03-13-2020

| VACATION BALANCES | | HOURLY RATES | |
|---|---|---|---|
| DESCRIPTION | HOURS | DESC | AMOUNT |
| REGULAR PAID | 160 | BASE | 29.840 |
| EXC ABS PAID | 40 | | |
| PRORATA PAID | 0 | | |
| REGULAR DUE    D | 0 | | |
| EXC ABS DUE | 0 | | |

— **REMOVE DOCUMENT ALONG THIS PERFORATION** —

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BROWN ARE PRESENT.

NON-NEGOTIABLE DOCUMENT
NON-NEGOTIABLE DOCUMENT
NON-NEGOTIABLE DOCUMENT
NON-NEGOTIABLE DOCUMENT
NON-NEGOTIABLE DOCUMENT
NON-NEGOTIABLE DOCUMENT
------NON-NEGOTIABLE DOCUMENT------NON-NEGOTIABLE DOCUMENT------

RR DONNELLEY SECURITY MARK™ ● ● RR DONNELLEY SECURITY MARK™



**FORD BENEFITS**

Statement Date: March 11, 2020

  A000040

 **Ford Benefits**
myfordbenefits.com

TAMARA L. SOBOLEWSKI
1002 DAKOTA AVE.
LORAIN OH 44052

# COBRA Enrollment Notice

**Action Needed!**
You must enroll in COBRA health coverage by **May 18, 2020** on Ford Benefits at myfordbenefits.com or by calling the NESC at 1-800-248-4444. If you don't enroll, you'll lose this opportunity.

**This notice contains important information about your right to continue your Ford health coverage, as well as other health coverage alternatives that may be available to you through the Health Insurance Marketplace at www.HealthCare.gov or by calling 1-800-318-2596. You may be able to get coverage through the Health Insurance Marketplace that costs less than COBRA continuation coverage.** Please read the information contained in this notice very carefully and keep it for your records.

As a result of your Termination, your current benefit coverage ends on **April 30, 2020**. You may choose to remain covered under your current group health plan for up to **18** months. This coverage is provided through the Consolidated Omnibus Budget Reconciliation Act, which is often referred to as COBRA.

## Your Benefits
This table details when your current coverage ends and, if chosen, when your COBRA coverage begins.



| Plan | Your Benefits | Your Benefits End | Your Benefits If You Don't Enroll in COBRA | If You Enroll, COBRA Benefits Begin | If You Enroll, COBRA Benefits Automatically End |
|---|---|---|---|---|---|
| **Medical** | | | | | |
| | SuperMed Ohio HMO | 04-30-2020 | SuperMed Ohio HMO | 03-03-2020 | 09-02-2021 |
| | You Only | | You Only | | |
| **Dental** | | | | | |
| | Delta Dental Traditional Dental Plan | 04-30-2020 | Delta Dental Traditional Dental Plan | 03-03-2020 | 09-02-2021 |
| | You Only | | You Only | | |

## Your Benefit Choices

Below are the benefit choices available to you and the monthly cost of each choice.

| Medical | You Only |
|---|---|
| No Coverage | $0.00 |
| SuperMed Ohio HMO | $1,132.20 |

| Dental | You Only |
|---|---|
| No Coverage | $0.00 |
| Delta Dental Traditional Dental Plan | $43.97 |

COBRA Enrollment Notice

## Paying for Your Coverage

### Sign Up for Direct Debit
Avoid worrying about late bill payments by having your payment automatically deducted from your bank account with direct debit. To learn more or sign up for direct debit, access Ford Benefits at myfordbenefits.com.



**Timing of Your Bills**
Once enrolled, you'll receive your first bill for the cost from the date your coverage ended through the end of the month in which you make your COBRA choice. You must submit your first payment within **45 days** of when you chose COBRA coverage.

**Note:** Your first bill is likely to be higher than subsequent bills because it may include more than one month of coverage and is retroactive to March 3, 2020.

Following your first payment, your bills will be due on the **first of each month** for the cost of your benefit coverage. If you fail to submit monthly payments within **30 days** of the due date, your coverage will end retroactive to the last day of the month for which a payment was received. Any payments deposited after coverage was dropped will be refunded and won't extend your coverage.

**Details About Direct Debit**
If you choose direct debit, all future payments will be taken from your account on the **first of the month**. If the first of the month falls on a weekend or bank holiday, the payment occurs the next business day. Provide your account information when you enroll to authorize Ford and your financial institution to start the direct debit payment process and to authorize credits to your account as may be necessary to issue refunds when benefit coverage ends. If you want to receive a paper refund check instead, access Ford Benefits at myfordbenefits.com or call the NESC. Here are other details if you choose direct debit:

- You'll no longer receive paper bills.
- Your bank statement serves as your confirmation of payment.
- If your payment amount changes, you'll receive a notice at least 10 days before the next scheduled payment.

You may stop using direct debit at any time.

## Other Coverage Options
There may be other, more affordable coverage options for you and your family through the Health Insurance Marketplace, Medicaid, or other group health plan coverage options (such as a spouse's plan) through what is called a "special enrollment period", even if the plan generally does not accept late enrollees. In the Marketplace, you could be eligible for a new kind of tax credit that lowers your monthly premiums right away, and you can see what your premium, deductibles, and out-of-pocket costs will be before you make a decision to enroll. Being eligible for COBRA does not limit your eligibility for coverage for a tax credit through the Marketplace.

You should compare your other coverage options with COBRA continuation coverage and choose the coverage that is best for you. For example, if you move to other coverage, you may pay more out of pocket than you would under COBRA, because the new coverage may impose a new deductible.



COBRA Enrollment Notice                                                                          Page 4

When you lose job-based health coverage, it's important that you choose carefully between COBRA continuation coverage and other coverage options, because once you've made your choice, it can be difficult or impossible to switch to another coverage option.

More information on health insurance options through the Marketplace can be found at **www.HealthCare.gov**.

## Family Information

The individuals in this table who are considered Qualified Beneficiaries have independent COBRA election rights.

| Name | Birth Date | Relationship | Plans Covered Under | Qualified Beneficiary |
|------|-----------|--------------|---------------------|----------------------|
| TAMARA L. SOBOLEWSKI | ▮▮1970 | Self | Medical Dental | Yes |
| JONATHAN P. SOBOLEWSKI | ▮▮1993 | Child | | No |

## For More Information



**Online**
Ford Benefits
at myfordbenefits.com



**Phone**
9 a.m. to 9 p.m. Eastern Time, Monday through Friday
toll-free at 1-800-248-4444
Generally, you'll have a shorter wait time if you call after Tuesday.

## Notice of Nondiscrimination

Ford Motor Company complies with applicable Federal civil rights laws and does not discriminate on the basis of race, color, religion, national origin, age, disability, sexual orientation, gender identity or veteran status. Ford Motor Company does not exclude people or treat them differently because of race, color, religion, national origin, age, disability, sexual orientation, gender identity or veteran status.

Ford Motor Company:

Provides free aids and services to people with disabilities to communicate effectively with us, such as:

- Qualified sign language interpreters
- Written information in other formats (large print, audio, accessible electronic formats, other formats)

Provides free language services to people whose primary language is not English, such as:

- Qualified interpreters

COBRA Enrollment Notice

- Information written in other language

If you need these services or if you believe that Ford Motor Company has failed to provide these services or discriminated in another way on the basis of race, color, religion, national origin, age, disability, sexual orientation, gender identity or veteran status, you can file a grievance with:

Office of Equal Employment Planning
One American Road
WHQ, 125-E2
Dearborn, MI 48126-2798

**Phone:** 888-735-6650
**Email:** ACTIVITY@FORD.COM

You can file a grievance in person or by mail, fax, or email. If you need help filing a grievance, Office of Equal Employment Planning is available to help you.

You can also file a civil rights complaint with the U.S. Department of Health and Human Services, Office for Civil Rights, electronically through the Office for Civil Rights Complaint Portal, available at https://ocrportal.hhs.gov/ocr/portal/lobby.jsf, or by mail or phone at:

U.S. Department of Health and Human Services
200 Independence Avenue, SW
Room 509F, HHH Building
Washington, D.C. 20201

**Phone:** 1-800-368-1019
**TDD:** 1-800-537-7697

Complaint forms are available at http://www.hhs.gov/ocr/office/file/index.html.

## Language Assistance

**Spanish**

ATENCIÓN: si habla español, tiene a su disposición servicios gratuitos de asistencia lingüística. Llame al .

**Chinese**

注意：如果您使用繁體中文，您可以免費獲得語言援助服務。請致電



 **FORD BENEFITS**

Statement Date: March 23, 2020

 V000010

**TAMARA L. SOBOLEWSKI**
1002 DAKOTA AVE.
LORAIN OH 44052

 **Ford Benefits**
myfordbenefits.com

## When Your Employment Ends - TESPHE

### Keeping Your Money Invested

Although you're no longer employed by Ford, you can keep your money in the Tax-Efficient Savings Plan for Hourly Employees. Optionally, you can take your money out of the plan. Your vested account balance, including any outstanding loan(s), as of **March 10, 2020** was:

| Plan | Vested Balance |
|------|----------------|
| Tax-Efficient Savings Plan for Hourly Employees | **$125,220.37** |

### Your Balance Options

Before requesting a payment, we suggest contacting a tax advisor. In addition, review the enclosed Payment Rights Notice for explanations regarding the rights you may have with your payment and the payment options that may be available to you.

Leaving Ford requires you to make many decisions. For starters, you'll need to review your Tax-Efficient Savings Plan for Hourly Employees account balance options:

- **Leave money in the plan** – Your savings continues to grow tax-deferred.
- **Roll over money** – Roll your balance into an individual retirement account (IRA) or another qualified plan.
- **Take money as cash** – You can have your balance paid to you with federal (and potentially state) withholding taken out from the check. You may be subject to other tax penalties.
- **Take stock as shares** – If your balance includes money in the Ford Stock Fund, you may be able to receive shares instead of cash.

Delivered by Alight Solutions





# Ohio | Department of Job and Family Services

**Mike DeWine,** Governor
**Kimberly Hall,** Director

April 2, 2020

## New Federal Pandemic Unemployment Programs

Below is a summary of the programs created by the federal Coronavirus Aid, Relief, and Economic Security (CARES) Act, which was signed into law on March 27, 2020. Please note that we are still awaiting guidance from the U.S. Department of Labor on the interpretation of several provisions, which will directly impact how we will build and operate these new programs in Ohio:

### Broader Unemployment Eligibility:

The Pandemic Unemployment Assistance (PUA) Program
- Targeted for 1099 tax filers/self-employed workers and individuals ineligible for state unemployment benefits.
- The program is effective from Jan. 27 through Dec. 31.
- Unemployment benefits for eligible individuals will be available for no more than 39 weeks.
- The PUA benefit amount will be similar to what traditional Ohioans eligible for unemployment can receive, plus $600 a week.

Ohio, just like every other state in the nation, is working to stand up this new program. The exact details of how it will be implemented and the process for eligible Ohioans to apply and claim benefits are still in the planning stages. We are awaiting many of the implementation details from the U.S. Department of Labor. Once the process is finalized, we will communicate details with all 1099 filers in Ohio, as well as publicly post information.

### Increased Payment Amounts for New and Existing Eligible Unemployment Claimants:

The Emergency Increase in Unemployment Compensation Benefits Program
- Adds $600 a week to the amount unemployed Ohioans are receiving in unemployment benefits. (The average benefit in Ohio is around $380 a week.)
- This income is disregarded for purposes of the Medicaid and CHIP programs.
- Increased payments (regular unemployment benefit amount plus $600 per week) apply to weeks beginning on the date Ohio signed its agreement with the federal government and ending on or before July 31, 2020.

### Extended Unemployment Assistance for Claimants:

The Pandemic Emergency Unemployment Compensation (PEUC) program
- Adds up to 13 weeks for Ohioans who exhaust their unemployment benefits.
- Claimants must be able to work, available for work, and actively seeking work (unless they are unable to search for work due to COVID-19).
- The weekly benefit amount is the amount of regular unemployment compensation plus $600 a week.

### Federal Funding:

The CARES Act authorizes federal funding/reimbursement for each of the provisions. Details of payments and applicability to governmental and nonprofit entities ("reimbursing employers") is forthcoming.
- All three programs authorize 100% of federal assistance provided pursuant to the agreements with states.
- States with short-time compensation (STC) programs in law (Ohio's STC program is "SharedWork Ohio") are eligible to receive 100% federal reimbursement beginning on the date of agreement and ending on or before December 31.
- Section 2103 authorizes funding to reimburse non-contributory governmental agencies and nonprofit organizations.

**OHIO DEPARTMENT OF JOB AND FAMILY SERVICES**

**OFFICE OF UNEMPLOYMENT INSURANCE OPERATIONS**

## DETERMINATION OF UNEMPLOYMENT COMPENSATION BENEFITS

JFS-83000 11/01/2017

| Claimant's Name TAMARA L. SOBOLEWSKI | Claimant ID 919706 | Social Security Number ▮▮▮▮-0404 | Determination Identification Number 232161269-1 |
|---|---|---|---|

| Benefit Year Beginning Date 03/01/2020 | Benefit Year Ending Date 02/27/2021 | | Application Date 03/06/2020 | Date Issued 04/03/2020 |
|---|---|---|---|---|

TAMARA L. SOBOLEWSKI
1002 DAKOTA AVE
LORAIN, OH 44052-2770

ODJFS Office

Cleveland  Adjudication Center
PO Box 182212
Columbus, OH 43218-2212

Phone:  (866) 576-0006
Fax:      (614) 466-7449

---

**THIS NOTICE IS A DETERMINATION ON ELIGIBILITY FOR UNEMPLOYMENT BENEFITS, ISSUED IN ACCORDANCE WITH THE PROVISIONS OF SECTIONS 4141.28(D) & (E), OHIO REVISED CODE**

---



This agency finds that the claimant was discharged by FORD MOTOR CO., (INC.) on 02/18/2020 without just cause, per Ohio Revised Code Section 4141.29(D)(2)(a).  The facts provided did not support that claimant failed to follow company instructions, policy, contract or reasonable standards of conduct.

Interested          **FORD MOTOR CO., (INC.)**
Parties:

---

**APPEAL RIGHTS:** If you do not agree with this determination, you may file an appeal by mail or fax to the ODJFS office provided.  You may also file an appeal online at https://unemployment.ohio.gov.  The appeal should include the determination ID number, name, claimant's social security number, and any additional facts and/or documentation to support the appeal.  **TO BE TIMELY, YOUR APPEAL MUST BE RECEIVED/POSTMARKED NO LATER THAN 04/24/2020** (21 calendar days after the 'Date Issued').  If the 21st day falls on a Saturday, Sunday, or legal holiday, your deadline has already been extended to include the next scheduled work day.  If you do not file your appeal within the 21-day calendar period, include a statement with the date you received the determination and your reason for filing late.  If your appeal is late due to a physical or mental condition, provide certified medical evidence that your condition prevented you from filing within the 21-day period.  In order for your appeal to be considered timely, it must be received/postmarked no later than 21 calendar days after the ending date of the physical or mental condition. **If unemployed,** claimants should continue to file weekly claims for benefits while the determination is under appeal by visiting the agency's website at https://unemployment.ohio.gov or call the ODJFS office listed above.   For additional information, claimants may review the **Worker's Guide to Unemployment Compensation.**

Si usted no puede leer esto, llame por favor a 1-877-644-6562 para una traduccion.

---

# FRANKLIN ✉ MADISON

P O BOX 41869
Nashville TN, 37204-1869

## PREMIUM DUE NOTICE

ılıldılılılılıllı₂llıılldıldılılıldılıldldıllıılılık

TAMARA L. SOBOLEWSKI
1002 DAKOTA AVE
LORAIN OH  44052-2770


4832896-SD-RECUR-2352

| | |
|---|---|
| Notice Date: | **04/10/2020** |
| Coverage Type: | **Accidental Death And Dismemberment** |
| Coverage ID: | ~~[redacted]~~ |
| Insurance Amount: | **$100,000** |
| Billing Frequency: | **Quarterly** |
| Premium Period: | **April 1, 2020** |
| Premium Due: | **$30.00** |
| Premium Due Date: | **June 30, 2020** |
| Carrier Name: | **Minnesota Life Insurance Company** |

*payroll deduct*
*⊖ income = ⊖ renew*

**RE:** Coverage ID: ~~[redacted]~~

Dear Tamara L. Sobolewski:

As the Plan Administrator for your **Accidental Death And Dismemberment** insurance, we are sending you this notice to inform you that we were unable to collect the premium due from your account.

To make sure you do not lose the coverage you selected, please remit the **Premium Due** by the **Premium Due Date** noted above. Coverage will remain in force only if premium due is **received at our offices** by the Premium Due Date and within the insured's lifetime or before the insured person's injury. Please note coverage may lapse prior to the Premium Due Date. Please see your certificate for details regarding the Grace Period. If you have any questions, please call our Customer Service Department toll-free **@1-877-607-4376** CENTRAL TIME: Monday-Friday, 7:00 am - 8:00 pm / Saturdays 8:30 am - 5:00 pm, or email us at help@myonlineservicing.com.

To Pay Online by Credit Card -   Visit: myonlineservicing.com
                                  Use Letter ID: **20555051**
To Pay by Mail - Please remit payment by check or money order ONLY using the coupon below and the return envelope provided.

---

SD_RECUR_v008

✂ - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Make Check or Money Order payable to: **Franklin Madison Group LLC**

☐ *Check here if your name or address has changed.*
*Make corrections to the address printed below:*

Tamara L. Sobolewski
1002 Dakota Ave
Lorain, OH 44052-2770

Franklin Madison Group LLC
PO Box 11817
Newark, NJ 07101-8117

Illııılıılıllıllllıııılllıılıılllıllıılıllıılılılıl

| | |
|---|---|
| Coverage Type: | **Accidental Death And Dismemberment** |
| Coverage ID: | ~~[redacted]~~ |
| Premium Period: | **April 1, 2020** |
| Premium Due: | **$30.00** |
| Premium Due Date: | **June 30, 2020** |
| PDN ID: | **27316752** |

SD_RECUR_v008

0273167520401200630200030003011₂





**Ohio** | **Department of Job and Family Services**

Mike DeWine, Governor
Kimberly Hall, Director

# News Release

**FOR IMMEDIATE RELEASE**
**May 13, 2020**

**Bret Crow, Bret.Crow@jfs.ohio.gov or**
**Angela Terez, Angela.Terez@jfs.ohio.gov**
**(614) 728-9656**

### Pandemic Unemployment Assistance Program Available

COLUMBUS, OHIO – Ohioans can now apply for Pandemic Unemployment Assistance (PUA), a new federal program that covers many more categories of workers than the traditional unemployment program, the Ohio Department of Job and Family Services (ODJFS) announced today. Those who believe they may be eligible should visit pua.unemployment.ohio.gov and click the button that says "Click Here to Apply for Pandemic Unemployment Assistance." Individuals who pre-registered for the program received an email earlier this week with instructions for how to complete their applications.

"We appreciate everyone's patience as we diligently worked to build this new system in record time for the agency," said ODJFS Director Kimberly Hall. "We encourage anyone who believes they may be eligible to apply. Even after you return to work, you still may be eligible to receive retroactive benefits, dating from as early as February 2."

PUA was made possible by the federal Coronavirus Aid, Relief, and Economic Security (CARES) Act, which was signed into law on March 27. The program offers up to 39 weeks of benefits to many who traditionally have not qualified for unemployment benefits, including self-employed individuals, 1099 tax filers and part-time workers. The benefit amount is similar to traditional unemployment payments, plus an additional $600 per week through July 25.

Many who were denied regular unemployment benefits may be eligible for PUA. Those who have pending unemployment claims may apply before they receive a determination, and individuals who have exhausted traditional unemployment benefits and any available extensions also may be eligible. The program is effective through December 31. There is no minimum income requirement. To be eligible, individuals must NOT be eligible for regular unemployment benefits and must meet one of the following circumstances:

- The individual has been diagnosed with COVID-19, or is experiencing symptoms and is seeking medical diagnosis.
- A member of the individual's household has been diagnosed with COVID-19.
- The individual is providing care for a family member or member of the household who has been diagnosed with COVID-19.
- A child or other person in the household for which the individual has primary caregiving responsibility is unable to attend school or another facility is closed as a direct result of the COVID-19 emergency, and the school or care is required for the individual to work.

    



**Ohio** | **Department of Job and Family Services**

Mike DeWine, Governor
Kimberly Hall, Director



**News Release**

- The individual is unable to reach the place of employment because of a quarantine imposed as a direct result of the COVID-19 public health emergency.
- The individual is unable to reach the place of employment because a healthcare professional has advised him or her to self-quarantine due to COVID-19 concerns.
- The individual was scheduled to commence employment and does not have a job or is unable to reach the job as a direct result of COVID-19.
- The individual has become the breadwinner or major support for a household because the head of the household has died as a direct result of COVID-19.
- The individual has quit his/her job as a direct result of COVID-19.
- The individual's place of employment is closed as a direct result of COVID-19.

Over the last seven weeks, ODJFS has received more than 1 million initial regular unemployment claims, more than the previous three years combined. More than 89% of those applications have been approved, and fewer than 11% are pending.

For more information, visit unemployment.ohio.gov/expandedeligibility.

-30-

*The Ohio Department of Job and Family Services manages vital programs that strengthen Ohio families. These include job training and employment services, unemployment insurance, cash and food assistance, child care, child and adult protective services, adoption, and child support services.*

    

TRADEMARK GLOBAL SCHEDULE

# Master Weekly Work Schedule

| Employee | Sun | Mon | Tue | Wed | Thu | Fri |
|---|---|---|---|---|---|---|
| **Receiving** | | | | | | |
| Dazzle | | x | x | x | x | x |
| Sean Sanchez  Receiving / Tow Motor / Lead | x | x | x | x | x | |
| Earl Connard **Receiving**  Sit Down Driver | x | x | x | x | | x |
| Jacob Hanifon Receiving  yard dog/sit down | | x | x | x | x | x |
| | 2 | 4 | 4 | 4 | 3 | 3 |
| Marco Colon  Sit down | | x | x | x | x | x |
| Joseph Strauser  Supplies  Sit d | x | x | | x | x | x |
| Jason Schrader  Sit down | x | x | x | x | x | x |
| kennenth Holbert  Sit Down Driver | x | x | x | | x | x |
| Frank Ross  Sit down driver | x | x | x | | x | x |
| Mervin Wright  Sit down driver | | x | x | x | x | x |
| John Phillips  Sitdowns | x | x | | x | x | x |
| | 5 | 7 | 6 | 5 | 7 | 6 |
| Tamara  Sitdowns | x | x | x | x | x | |
| Corey Hubery  Transfers | | x | x | x | x | x |
| | 1 | 2 | 2 | 2 | 2 | 1 |
| Jared Wilbanks | x | x | x | x | x | |
| charles johnson | | x | x | x | x | x |
| rodolfo feliciano | | x | x | x | x | x |
| Duane Fisher | x | x | x | x | | x |
| Cirus Johnson | x | x | x | | x | x |
| Aaron Richardson | x | | x | x | x | x |
| Franklin Ross | | x | x | x | x | x |
| Aaron morgan | x | x | | x | x | x |
| tyshawn brown | x | x | x | | x | x |
| Gregory Bryant Jr | x | x | x | x | | x |
| Kenneth Carbonell | | x | x | x | x | x |
| Hamp Horton | | x | x | x | x | x |
| Enoch Dotson | x | x | x | x | | x |
| andrai wright | x | x | x | | x | x |
| allen reed | | x | x | x | x | x |
| David Cato | x | x | x | x | | x |
| Ric Dupery | | x | x | x | x | x |
| JAMMEL BENJAMIN | x | x | x | x | x | |
| SIERRA CAREY | | x | x | x | x | x |
| JaPree PARRIS | x | x | | x | x | x |
| Tristan Newton | x | x | | | x | x |
| Sierra Carey | x | x | x | x | | x |
| | 15 | 22 | 19 | 18 | 18 | 18 |

6/29/2020

# Earnings Statement

**ADP®**

TRADEMARK GLOBAL, LLC
7951 WEST ERIE AVENUE
LORAIN, OH 44053

| | |
|---|---|
| Period Beginning: | 06/21/2020 |
| Period Ending: | 07/04/2020 |
| Pay Date: | 07/10/2020 |

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

**TAMARA SOBOLEWSKI**
**1002 DAKOTA AVENUE**
**LORAIN OH 44052**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 12.8000 | 40.00 | 512.00 | 512.00 |
| Gross Pay | | | $512.00 | 512.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -25.96 | 25.96 |
| | Medicare Tax | -6.07 | 6.07 |
| | OH State Income Tax | -3.17 | 3.17 |
| | Lorain C Income Tax | -10.47 | 10.47 |
| | **Other** | | |
| | Dental | -6.80* | 6.80 |
| | Health | -81.27* | 81.27 |
| | Vision | -5.28* | 5.28 |
| | Net Pay | $372.98 | |
| | Net Check | $372.98 | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 512.00 | 512.00 |

**Important Notes**
BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
  OH:          Single
Exemptions/Allowances:
  OH:          1

**\* Excluded from federal taxable wages**
Your federal taxable wages this period are $418.65

©1998, 2006, ADP, LLC  All Rights Reserved.

8/23/2020                          Yahoo Mail - Thank you for accepting our offer!

## Thank you for accepting our offer!

From:  First Student Careers (firststudentcareers@recruiting.firstgroup.com)

To:     tamso1970@yahoo.com

Date:  Wednesday, July 22, 2020, 11:37 AM EDT



Dear Tamara,

Thank you for accepting our offer for the role of School Bus Driver. At the time of your offer, you should have received information in regard to your position and any required paperwork that you will need to complete.

If you want to review anything about your offer or application you can log in to the URL below.

https://apply.firstgroupcareers.com/login

If you have any questions or concerns please call 440-288-2222 Ext. 240.


We appreciate your interest in FirstGroup.

Thank you,

FirstGroup Recruiting


Follow us on Facebook!



Disclaimer

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail.

{EID1-133-kqPGAEk3uU2TZgVY0PIpGQ} 46-4

# Information for LCCC

From:  Candy Gasparini (cgasparini@staffsol.com)

To:  tamso1970@yahoo.com

Date:  Friday, July 31, 2020, 03:08 PM EDT

Hi Tamara,

Below is the information Monday.

We are very excited to confirm all the details of your first assignment with us!  Below are some reminders and tips to help make your assignment go smoothly.

**Job Title:  Runner/Bookstore**

**Start Date/Time:  Monday, August 3rd/ 3:00pm – 7:00pm**

Schedule:  Monday – Thursday 12:00pm – 7:00pm and Friday 12:00pm – 5:00pm

**Additional Arrival Instructions:**

**Work Location Address:  1005 N. Abbe Road, Elyria OH  44035**

**Pay Rate:  $12.00/hr**

**Estimated Assignment Length:  1 Month**

**Supervisor/Contact Info:  Patty Clark and Amanda Forney  440-366-7523**

**SSE Rep Name/Contact Info: Candy Gasparini p-440-684-7216 e-cgasparini@staffsol.com**

**Dress Code:  Business Casual, make sure you wear comfortable shoes because you will be on your feet**

**Call Off/Tardiness Instruction:  Call LCCC call off line at 440-366-7464 and email or call me at 440-684-7216**

-  **Work Opportunity Tax Credit (WOTC):**  If you have not already done so, please visit the link below to complete the information requested for the Federal WOTC.  **https://secure.talxtci.com/Screening/Direct/?EmployerCode=68163&locationCode=DEFAULT**

-  **Time Entry:**  Upon your start date (or a few days before), you will receive an email from **payroll@staffsol.com** with instructions on time entry. SSE pays weekly (for most assignments) and Assignment Employees should expect to have received their payroll **by Friday** of each week.

SSE pays weekly (for most assignments) and Assignment Employees should expect to have received their payroll **by Friday** of each week.

**Deadlines\*:   Assignment Employee Time Entry**:  By end of day Friday

**Supervisor Approval:**  By Noon on Mondays

**\*Federal holiday and Staffing Solutions Office closings that affect payroll deadlines will be communicated via email – please ensure that [payroll@staffsol.com](mailto:payroll@staffsol.com) is added to your email safe senders list to receive all communications.**

-      **Tardiness/Call Offs**:  As an Assignment Employee, you play a very critical role in helping to bridge a talent gap for our client, so your attendance is of utmost importance.  We do understand, however, that at times, there may be circumstances which prevent you from arriving to work as scheduled.  Please remember to call **me AND your direct supervisor** with any tardiness, call offs, time off requests, or any other concerns that could affect your daily routine <u>before</u> your start time! My contact information is below, and you should get your manager's preferred contact information by the end of your first week on assignment.

-      **Pay Stubs:**  Within 3 to 7 days of starting your assignment, you will receive an email from **[payroll@staffsol.com](mailto:payroll@staffsol.com)** with instructions on how to view your pay stubs on our payroll portal, iSolved. Please note that this is different from the link/site used to enter time and complete your onboarding forms. Once you receive the email with log-in instructions, it is your responsibility to review and make any changes to your Address, Tax Forms, and Direct Deposit information. You can make changes at any time during your assignment.

-      **Health Insurance:**  Included in the above referenced email regarding iSolved access, information regarding your selection or waiver of health insurance benefits is included.  The link to select or waive benefits is located directly within the iSolved Portal.  **Please read the information contained in the email from [payroll@staffsol.com](mailto:payroll@staffsol.com) very carefully as you only have 45 days from your start date to enroll.  If you fail to enroll within 45 days of the start date of your assignment, you will be ineligible for benefits until the next Open Enrollment period.**

-      **Assignment Check-In:**  While we'll be checking in with both you and your Supervisor regarding your assignment periodically, please keep us posted on the progress of your assignment.  As your Account Manager, it's my job to make sure you're enjoying your assignment, the environment, and gaining new skills with our wonderful clients!  Should you find that anything is unsatisfactory, please do not hesitate to contact me.

-      **Assignment Completion:**  Upon successful completion of your assignment, we will continue to match you with open opportunities with our clients.  Please send us an updated copy of your resume with this new/added experience so we can continue to find you a new placement when this is coming close to the end.

-      **Important Phone Numbers:**  Remember to request the number for your on-site Supervisor or client Call Off Line.  Add this number to your phone or contact list for safe keeping/easy access.  Your Staffing Representative's phone number is at the beginning of this email.  In an emergency, you can use our Dial by Name line: 440-684-7218

Everyone at our company is committed to our Core Values and we take great pride in matching you with assignments that are rewarding and fulfilling.  Please feel free to contact us at any time.

**We are here to help you – from onboarding and the training process through to assignment completion.**

**Did you know Staffing Solutions offers Payrolling Services?  Find out more by [clicking here](#)!**

**Did you know Staffing Solutions offers Payrolling Services? Find out more by <u>clicking here</u>!**

Candy Gasparini

Customer Experience Manager

440.684.7216 | c 216.269.0406

cgasparini@staffsol.com

5915 Landerbrook Dr., Suite 100

Mayfield Heights, OH  44124

**StaffingSolutionsEnterprises.com**

**Did you know Staffing Solutions offers Payrolling Services? Find out more by <u>clicking here</u>!**

Candy Gasparini

Customer Experience Manager

Yahoo Mail - Information for LCCC

440.684.7216 | c 216.269.0406

cgasparini@staffsol.com

5915 Landerbrook Dr., Suite 100

Mayfield Heights, OH  44124

**StaffingSolutionsEnterprises.com**

Web | Facebook | LinkedIn | Twitter

SSE CONFIDENTIAL | This electronic message, including any and all attachments hereto, is intended solely to be used by the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to its intended recipient, you are herewith notified that any dissemination, distribution, copying or retention of this communication the information contained herein is strictly prohibited. If you have received this message communication in error, please notify us immediately and permanently delete the original and any copy or printout thereof.



**ALL-IN STAFFING**

PROCEDURES CHECKLIST

**_RULES_**

Take all your belongings with you.  You will not be permitted to run in and out.
If you get sick or hurt on the job, it **MUST BE REPORTED IMMEDIATELY**
to your Supervisor. They do have the right to send you out for random drug screening!
Call offs must be reported 3 hours prior to your shift start time. If you are calling off
outside of our normal business hours please leave a detailed message as to where you
work, name, phone number and the reason to your call off.
OFFICE 440-434-8146

* You park in employee parking area
* SMOKING, is only permitted in smoking areas
* NO VISITORS DURING WORK HOURS
* NO CELL PHONES OR IPADS SHOULD BE USED DURING WORK HOURS
* REPORT 15 MINS PRIOR TO YOUR SHIFT START TIME

REPORT TO: Mark                     Start Date 8-20-20
Mon-Fri 7am-3:30pm          Sat_____ Sun_____
PAY RATE: $ 10.00               1st Pay Day 8-28-20    Password ████████

SIGNATURE_____
SUPERVISOR April      ← April @ All-In Staffing
DATE  8-19-20

Brimar Packaging Inc.
626 Sugar Ln.
Elyria, OH 44035

*Jeans, Tee Shirt, Tennis Shoes

**OHIO DEPARTMENT OF JOB AND FAMILY SERVICES**

**OFFICE OF UNEMPLOYMENT INSURANCE OPERATIONS**

# DETERMINATION OF UNEMPLOYMENT COMPENSATION BENEFITS

JFS-83000 11/10/2016

| Claimant's Name | | Claimant ID | Social Security Number | Determination Identification Number |
|---|---|---|---|---|
| TAMARA L. SOBOLEWSKI | | 919706 | 0404 | 233871305-1 |

| Benefit Year Beginning Date | Benefit Year Ending Date | Application Date | Date Issued |
|---|---|---|---|
| 03/01/2020 | 02/27/2021 | 08/08/2020 | 08/25/2020 |

ODJFS Office

TAMARA L. SOBOLEWSKI
1002 DAKOTA AVE
LORAIN, OH 44052-2770

Cleveland Adjudication Center
PO Box 182212
Columbus, OH 43218-2212

Phone:  (866) 576-0006
Fax:     (614) 466-7449



A1002D237803773110L0G

## THIS NOTICE IS A DETERMINATION OF AN ADDITIONAL APPLICATION FOR UNEMPLOYMENT BENEFITS, ISSUED IN ACCORDANCE WITH THE PROVISIONS OF SECTIONS 4141.28(D) & (E), OHIO REVISED CODE

This agency finds that beginning on 08/03/2020, the claimant was either partially or totally unemployed due to a lack of work/layoff from STAFFING SOLUTIONS ENTERPRISES, per Ohio Revised Code Section 4141.29(D)(2)(a).

Interested
Parties:        **STAFFING SOLUTIONS ENTERPRISES**

**APPEAL RIGHTS:** If you do not agree with this determination, you may file an appeal by mail or fax to the ODJFS office provided.  You may also file an appeal online at https://unemployment.ohio.gov.  The appeal should include the determination ID number, name, claimant's social security number, and any additional facts and/or documentation to support the appeal.  **TO BE TIMELY, YOUR APPEAL MUST BE RECEIVED/POSTMARKED NO LATER THAN 09/15/2020** (21 calendar days after the 'Date Issued').  If the 21st day falls on a Saturday, Sunday, or legal holiday, your deadline has already been extended to include the next scheduled work day.  If you do not file your appeal within the 21-day calendar period, include a statement with the date you received the determination and your reason for filing late.  If your appeal is late due to a physical or mental condition, provide certified medical evidence that your condition prevented you from filing within the 21-day period.  In order for your appeal to be considered timely, it must be received/postmarked no later than 21 calendar days after the ending date of the physical or mental condition.  **If unemployed,** claimants should continue to file weekly claims for benefits while the determination is under appeal by visiting the agency's website at https://unemployment.ohio.gov or call the ODJFS office listed above.   For additional information, claimants may review the **Worker's Guide to Unemployment Compensation.**

Si usted no puede leer esto, llame por favor a 1-877-644-6562 para una traduccion.

# Tamara Sobolewski – Claimant

| Week Ending Date | Status | Amt Paid | Disbursement Date | Determination | Confirmation |
|---|---|---|---|---|---|
| 03/07/2020 | WW Served | $0.00 | | 231863499-1 | CC2038594953 |
| 03/14/2020 | Paid | $432.00 | 04/03/2020 | 0-0 | CC1407633284 |
| 03/21/2020 | Paid | $432.00 | 04/03/2020 | 0-0 | CC1498879223 |
| 03/28/2020 | Paid | $432.00 | 04/21/2020 | 0-0 | CC1421830105 |
| 04/04/2020 | Paid, FAC | $432.00 | 04/21/2020 | 0-0 | CC685879437 |
| 04/11/2020 | Paid, FAC | $432.00 | 04/21/2020 | 0-0 | CC1173745010 |
| 04/18/2020 | Paid, FAC | $432.00 | 04/21/2020 | 0-0 | CC180070161 |
| 04/25/2020 | Paid, FAC | $432.00 | 05/14/2020 | 0-0 | CC925494170 |
| 05/02/2020 | Paid, FAC | $432.00 | 05/14/2020 | 0-0 | CC2052827519 |
| 05/09/2020 | Paid, FAC | $432.00 | 05/19/2020 | 0-0 | CC156113196 |
| 05/16/2020 | Paid, FAC | $432.00 | 05/19/2020 | 0-0 | CC348515825 |
| 05/23/2020 | Paid, FAC | $432.00 | 06/08/2020 | 0-0 | CC1659902895 |
| 05/30/2020 | Paid, FAC | $432.00 | 06/08/2020 | 0-0 | CC540029822 |
| 06/06/2020 | Paid, FAC | $432.00 | 06/22/2020 | 0-0 | CC1089944437 |
| 06/13/2020 | Paid, FAC | $432.00 | 06/22/2020 | 0-0 | CC315443656 |
| 06/20/2020 | Paid, FAC | $432.00 | 06/30/2020 | 0-0 | CC1230673461 |
| 06/27/2020 | Paid, FAC | $216.00 | 07/30/2020 | 0-0 | CC463333105 |
| 07/04/2020 | Paid, FAC | $432.00 | 07/30/2020 | 0-0 | CC1497285241 |
| 07/11/2020 | Paid, FAC | $432.00 | 07/30/2020 | 0-0 | CC191500273 |
| 08/08/2020 | Pay Held | $0.00 | | 0-0 | CC1769939972 |
| 08/15/2020 | Pay Held | $0.00 | | 0-0 | CC766891942 |
| 08/22/2020 | Pay Held | $0.00 | | 0-0 | CC1666632396 |
| 08/29/2020 | Pay Held | $0.00 | | 0-0 | CC896090263 |
| 09/05/2020 | Pay Held | $0.00 | | 0-0 | CC33802514 |
| 09/12/2020 | Pay Held | $0.00 | | 0-0 | CC2068105364 |
| 09/19/2020 | Pay Held | $0.00 | | 0-0 | CC212222434 |

as of 10/02/2020

10/12/2020

Social Security Statement, Earnings Record, My Home, my Social Security

Tamara L. Sobolewski

# *my* Social Security

My Home    Message Center    Security Settings

## Earnings Record

| Navigation |
|---|
| Overview |
| **Earnings Record** |
| Replacement Documents |

### Social Security Statement

**Your benefits are based on your earnings.** If our records are wrong, you may not receive all the benefits to which you're entitled.

- Review your earnings record carefully...
- Limits on taxable earnings for Social Security...
- Contact us about errors...

If you made any adjustments to your earnings record when filing your claim or appeal, the information below may not yet reflect your changes.

| Work Year | Taxed Social Security Earnings | Taxed Medicare Earnings |
|---|---|---|
| 2019 | $70,629 | $70,629 |
| 2018 | $72,712 | $72,712 |
| 2017 | $68,565 | $68,565 |
| 2016 | $73,558 | $73,558 |
| 2015 | $61,737 | $61,737 |
| 2014 | $60,301 | $60,301 |

? Get Help

1/3

https://secure.ssa.gov/OSSS/er/er001View.action

10/12/2020

Social Security Statement, Earnings Record, My Home, my Social Security

| Work Year | Taxed Social Security Earnings | Taxed Medicare Earnings |
|---|---|---|
| 2013 | $75,074 | $75,074 |
| 2012 | $67,127 | $67,127 |
| 2011 | $77,880 | $77,880 |
| 2010 | $62,018 | $62,018 |
| 2009 | $44,367 | $44,367 |
| 2008 | $54,704 | $54,704 |
| 2007 | $63,951 | $63,951 |
| 2006 | $72,698 | $72,698 |
| 2005 | $64,059 | $64,059 |
| 2004 | $66,495 | $66,495 |
| 2003 | $58,382 | $58,382 |
| 2002 | $48,248 | $48,248 |
| 2001 | $33,790 | $33,790 |
| 2000 | $39,858 | $39,858 |
| 1999 | $46,901 | $46,901 |
| 1998 | $36,094 | $36,094 |
| 1997 | $36,555 | $36,555 |
| 1996 | $40,577 | $40,577 |
| 1995 | $46,870 | $46,870 |
| 1994 | $46,590 | $46,590 |
| 1993 | $37,540 | $37,540 |
| 1992 | $15,897 | $15,897 |

10/12/2020

Social Security Statement, Earnings Record, My Home, my Social Security

| Work Year | Taxed Social Security Earnings | Taxed Medicare Earnings |
|---|---|---|
| 1991 | $5,954 | $5,954 |
| 1990 | $6,709 | $6,709 |
| 1989 | $2,786 | $2,786 |
| 1988 | $1,074 | $1,074 |

## Estimated Total Taxes Paid

**For Social Security**

Paid by you: $93,777

Paid by your employers: $96,677

**For Medicare**

Paid by you: $22,603

Paid by your employers: $22,603

**OHIO DEPARTMENT OF JOB AND FAMILY SERVICES**

**OFFICE OF UNEMPLOYMENT INSURANCE OPERATIONS**

## DETERMINATION OF UNEMPLOYMENT COMPENSATION BENEFITS

JFS-83000 11/01/2017

| Claimant's Name<br>TAMARA L. SOBOLEWSKI | Claimant ID<br>919706 | Social Security Number<br>▓0404 | Determination Identification Number<br>234729818-1 |
|---|---|---|---|
| Benefit Year Beginning Date<br>03/01/2020 | Benefit Year Ending Date<br>02/27/2021 | Application Date<br>03/06/2020 | Date Issued<br>12/14/2020 |

TAMARA L. SOBOLEWSKI
1002 DAKOTA AVE
LORAIN, OH 44052-2770

ODJFS Office

Cleveland Adjudication Center
PO Box 182212
Columbus, OH 43218-2212

Phone: (866) 576-0006
Fax: (614) 466-7449

---

**THIS NOTICE IS A DETERMINATION ON ELIGIBILITY FOR UNEMPLOYMENT BENEFITS, ISSUED IN ACCORDANCE WITH THE PROVISIONS OF SECTIONS 4141.28(D) & (E), OHIO REVISED CODE**



The claimant has been overpaid benefits to which he/she was not entitled for reasons determined to be "Non-Fraud" (DENIED). This agency finds that the claimant quit without just cause, per Ohio Revised Code Section 4141.29(D)(2)(a). The claimant quit TRADEMARK GLOBAL on 06/29/2020 due to working conditions. Therefore, no benefits will be paid until the claimant obtains employment subject to an unemployment compensation law, works six weeks, earns wages of $1614, and is otherwise eligible.

The claimant has been overpaid benefits to which he/she was not entitled for reasons determined to be "Non-Fraud" (DENIED) in the amount of $2160.00.

Section 4141.35 (B) of the Ohio Revised Code, specifies that when an applicant for benefits has been credited with a waiting period or paid benefits to which he/she is not entitled for reasons other than fraudulent misrepresentation, the Director shall, by order, cancel such waiting period and require such benefits to be repaid to the Director or withheld from any benefits before any additional benefits are paid.

The information below identifies the week ending date(s) of the week(s) overpaid, and the amount(s) overpaid.

| Week ending date | Comments | Amount Overpaid |
|---|---|---|
| 07/04/2020 | DENIED/FPUC | $1,080.00 |
| 07/11/2020 | DENIED/FPUC | $1,080.00 |
| 08/08/2020 | DENIED | $0.00 |
| 08/15/2020 | DENIED | $0.00 |
| 08/22/2020 | DENIED | $0.00 |
| 08/29/2020 | DENIED | $0.00 |
| 09/05/2020 | DENIED | $0.00 |
| 09/12/2020 | DENIED | $0.00 |
| 09/19/2020 | DENIED | $0.00 |

Si usted no puede leer esto, llame por favor a 1-877-644-6562 para una traduccion.

---

| | | | |
|---|---|---|---|
| 09/26/2020 | DENIED | | $0.00 |
| 10/03/2020 | DENIED | | $0.00 |
| 10/31/2020 | DENIED | | $0.00 |
| 11/07/2020 | DENIED | | $0.00 |
| 11/14/2020 | DENIED | | $0.00 |
| 11/21/2020 | DENIED | | $0.00 |
| 11/28/2020 | DENIED | | $0.00 |
| 12/05/2020 | DENIED | | $0.00 |

The total amount of the overpayment cited above may include Federal Pandemic Unemployment Compensation and/or Lost Wages Assistance payments made for the applicable weeks.

The total amount of the overpaid benefits the claimant is ordered to repay is $2160.00.

**REPAYMENT INSTRUCTIONS**



The claimant is required to immediately repay the overpaid benefits and any mandatory penalty identified above.  He/she should mail a check or money order to  Ohio Dept. Of Job And Family Services, PO Box 182059, Columbus, OH, 43218-2059.  To make payment by credit card or bank draft; log on to www.unemployment.ohio.gov then select the link repay overpayment. To ensure proper credit to claimant's account, be sure to include the claimant's social security number or claimant identification number 919706 on the check or money order.  Any outstanding benefit balance will be recovered by the withholding of any future benefits to which the claimant becomes entitled.  Outstanding penalties and interest are not subject to future benefit withholding, but will be referred to the Ohio Attorney General's Office for collection if payments are not made in accordance with this Notice.  Balances are immediately due upon receipt.

In addition to the overpayment of benefits and penalty that the claimant has been advised is owed pursuant to this Notice, the claimant may also be subject to the following actions through the Ohio Attorney General's office if full repayment is not made within 45 days of this Notice:

1) State or federal income tax withholding;
2) Ohio Attorney General collection costs and possible court costs.

Interested Parties:  **TRADEMARK GLOBAL**

**APPEAL RIGHTS:** If you do not agree with this determination, you may file an appeal by mail or fax to the ODJFS office provided.  You may also file an appeal online at https://unemployment.ohio.gov.  The appeal should include the determination ID number, name, claimant's social security number, and any additional facts and/or documentation to support the appeal.  **TO BE TIMELY, YOUR APPEAL MUST BE RECEIVED/POSTMARKED NO LATER THAN 01/04/2021** (21 calendar days after the 'Date Issued').  If the 21st day falls on a Saturday, Sunday, or legal holiday, your deadline has already been extended to include the next scheduled work day.  If you do not file your appeal within the 21-day calendar period, include a statement with the date you received the determination and your reason for filing late.  If your appeal is late due to a physical or mental condition, provide certified medical evidence that your condition prevented you from filing within the 21-day period.  In order for your appeal to be considered timely, it must be received/postmarked no later than 21 calendar days after the ending date of the physical or mental condition.  **If unemployed,** claimants should continue to file weekly claims for benefits while the determination is under appeal by visiting the agency's website at https://unemployment.ohio.gov or call the ODJFS office listed above.   For additional information, claimants may review the **Worker's Guide to Unemployment Compensation.**

Si usted no puede leer esto, llame por favor a 1-877-644-6562 para una traduccion.

 **Ohio**.gov

**Ohio** | Department of
Job and Family Services

Federal Extension of Emergency Unemployment Compensation Benefits

Sobolewski, Tamara   **Log out**

# Pandemic Extended Unemployment Compensation

**Frequently Asked Questions**

**What is the Pandemic Emergency Unemployment Compensation Program?**
Pandemic Emergency Unemployment Compensation (PEUC) benefits are extension of traditional unemployment benefits. The federal Coronavirus Aid, Relief, and Economic Security (CARES) Act created PEUC for those who exhaust their maximum 26 weeks of regular unemployment benefits on or after July 1, 2019.

The CARES Act made up to 13 weeks of PEUC available – from March 29, 2020, through December 26, 2020.

The federal Consolidated Appropriations Act of 2021 extended PEUC 11 more weeks, which made the program available for up to 24 weeks, through April 10, 2021.

The American Rescue Plan Act of 2021 extended PEUC 29 more weeks, which made the program available for up to 53 weeks, through September 4, 2021.

Those who apply for PEUC will receive a monetary determination for the first 13 weeks. If you exhaust those 13 weeks, you will receive a monetary determination for the additional 40 weeks (total of up to 53).

**Who is eligible to receive this extension?**
You may be eligible if you meet all the following criteria:

- Have exhausted all regular state unemployment benefits on or after July 1, 2019;
- Have no rights to regular unemployment benefits under any other state or federal law or in Canada;
- Are able to work, available for work and actively seeking suitable work.

**I think I am eligible for PEUC benefits. What should I do?**
If you are receiving regular unemployment benefits, you must exhaust those benefits before you can receive PEUC benefits. If the PEUC program is in effect when your regular benefits are about to expire, the Ohio Department of Job and Family Services will send you a written notice with instructions for how to apply for PEUC benefits.

**How long will it take to process my application and start receiving payments?**
If you are determined to be eligible for PEUC, payments will be issued on a routine weekly or biweekly basis with your preferred payment method (debit card or electronic funds transfer).

**What will be the amount of my PEUC benefits?**
If you remain ineligible for traditional unemployment during your PEUC claim, your PEUC payment will be the same as your traditional unemployment benefit payment. In addition, the American Rescue Plan Act of 2021 authorized $300 supplemental Federal Pandemic Unemployment Compensation payments to eligible claimants in multiple programs, including PEUC. These supplemental payments will end in Ohio on June 26, 2021.

**How should I file weekly claims for PEUC benefits?**
File weekly PEUC claims the same way you file regular unemployment claims, at **unemployment.ohio.gov**.

**How does the PEUC program affect other federal benefit programs?**
If you are receiving other federal benefits - such as Trade Readjustment Allowance (TRA) or Pandemic Unemployment Assistance (PUA) - you must exhaust PEUC benefits before receiving benefits from other programs. You will receive a notification to file a PEUC application, and you must comply in order to receive future benefits. If you exhaust PEUC benefits, your claim may automatically convert to the appropriate program type, if eligible. Please note: If you receive PEUC benefits, that could reduce what you are eligible to receive from other programs. For example, TRA is available for a maximum of 26 weeks.

[ Return to Main Menu ] [ Federal Extended ]

Copyright © 2015 Ohio Department of Job and Family Services. All rights reserved.
This material may not be published, broadcast, rewritten or redistributed in any form. All unauthorized use prohibited

**Edward Jones**

edwardjones.com

201 Progress Parkway
Maryland Heights, MO 63043-3042

## 2020 Form 1099-R
### Figures are Final

**Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc.**
OMB No. 1545-0119

| Recipient's Name:<br>TAMARA SOBOLEWSKI | Issuer's Federal Identification Number:<br>43-1591643 | Information as of:<br>January 18, 2021 |
|---|---|---|
| Edward Jones Account Number: | Recipient's Identification Number:<br>***-**-0404 | 1099-R Form Number:<br>2418932 |

**Copy B - Report this income on your Federal tax return. If this form shows Federal income tax withheld in box 4, attach this copy to your return. This information is being furnished to the Internal Revenue Service.**

| | | | | |
|---|---|---|---|---|
| 1 Gross distribution | $17,777.78 | 9a Your percentage of total distribution | | % |
| 2a Taxable amount | $17,777.78 | 9b Total employee contributions | | $0.00 |
| 2b Taxable amount not determined [X] Total distribution [ ] | | 10 Amount allocable to IRR within 5 years | | $0.00 |
| 3 Capital gain (included in box 2a) | $0.00 | 11 1st year of designated Roth contribution | | |
| **4 Federal income tax withheld** | **$1,777.77** | 15 State or Payer's state no | 14 State tax withheld | |
| 5 Employee contributions/ Designated Roth contrib. or insurance premiums | $0.00 | | | |
| | | 16 State distribution | | $0.00 |
| 6 Net unrealized appreciation in employer's securities | $0.00 | 17 Local tax withheld | | $0.00 |
| | | 18 Name of locality | | |
| 7 Distribution code(s) | 1 | 19 Local distribution | | $0.00 |
| IRA/SEP/SIMPLE | [X] | | | |
| 8 Other | $0.00 | | | |

## 2020 Form 1099-R
### Figures are Final

**Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc.**
OMB No. 1545-0119

| Recipient's Name:<br>TAMARA SOBOLEWSKI | Issuer's Federal Identification Number:<br>43-1591643 | Information as of:<br>January 18, 2021 |
|---|---|---|
| Edward Jones Account Number: | Recipient's Identification Number:<br>***-**-0404 | 1099-R Form Number:<br>2418932 |

**Copy C - For Recipient's Records. This information is being furnished to the Internal Revenue Service.**

| | | | | |
|---|---|---|---|---|
| 1 Gross distribution | $17,777.78 | 9a Your percentage of total distribution | | % |
| 2a Taxable amount | $17,777.78 | 9b Total employee contributions | | $0.00 |
| 2b Taxable amount not determined [X] Total distribution [ ] | | 10 Amount allocable to IRR within 5 years | | $0.00 |
| 3 Capital gain (included in box 2a) | $0.00 | 11 1st year of designated Roth contribution | | |
| **4 Federal income tax withheld** | **$1,777.77** | 15 State or Payer's state no | 14 State tax withheld | |
| 5 Employee contributions/ Designated Roth contrib. or insurance premiums | $0.00 | | | |
| | | 16 State distribution | | $0.00 |
| 6 Net unrealized appreciation in employer's securities | $0.00 | 17 Local tax withheld | | $0.00 |
| | | 18 Name of locality | | |
| 7 Distribution code(s) | 1 | 19 Local distribution | | $0.00 |
| IRA/SEP/SIMPLE | [X] | | | |
| 8 Other | $0.00 | | | |

# Edward Jones

edwardjones.com

201 Progress Parkway
Maryland Heights, MO 63043-3042

## 2020 Form 1099-R
## Figures are Final

**Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc.**

OMB No. 1545-0119

| | | |
|---|---|---|
| Recipient's Name:<br>TAMARA SOBOLEWSKI | Issuer's Federal Identification Number:<br>43-1591643 | Information as of:<br>January 18, 2021 |
| Edward Jones Account Number: | Recipient's Identification Number:<br>***-**-0404 | 1099-R Form Number:<br>2292227 |

**Copy B - Report this income on your Federal tax return. If this form shows Federal income tax withheld in box 4, attach this copy to your return. This information is being furnished to the Internal Revenue Service.**

| | | | | |
|---|---|---|---|---|
| 1  Gross distribution | $3,000.00 | 9a  Your percentage of total distribution | | % |
| 2a  Taxable amount | | 9b  Total employee contributions | | $0.00 |
| 2b  Taxable amount not determined  [X]  Total distribution  ☐ | | 10  Amount allocable to IRR within 5 years | | $0.00 |
| 3  Capital gain (included in box 2a) | $0.00 | 11  1st year of designated Roth contribution | | |
| **4  Federal income tax withheld** | **$0.00** | 15 State or Payer's state no | | **14 State tax withheld** |
| 5  Employee contributions/ Designated Roth<br>    contrib. or insurance premiums | $0.00 | 16  State distribution | | $0.00 |
| 6  Net unrealized appreciation in employer's<br>    securities | $0.00 | 17  Local tax withheld | | $0.00 |
| | | 18  Name of locality | | |
| 7  Distribution code(s) | J | 19  Local distribution | | $0.00 |
|    IRA/SEP/SIMPLE | ☐ | | | |
| 8  Other | $0.00 | | | |

## 2020 Form 1099-R
## Figures are Final

**Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc.**

OMB No. 1545-0119

| | | |
|---|---|---|
| Recipient's Name:<br>TAMARA SOBOLEWSKI | Issuer's Federal Identification Number:<br>43-1591643 | Information as of:<br>January 18, 2021 |
| Edward Jones Account Number: | Recipient's Identification Number:<br>***-**-0404 | 1099-R Form Number:<br>2292227 |

**Copy C - For Recipient's Records. This information is being furnished to the Internal Revenue Service.**

| | | | | |
|---|---|---|---|---|
| 1  Gross distribution | $3,000.00 | 9a  Your percentage of total distribution | | % |
| 2a  Taxable amount | | 9b  Total employee contributions | | $0.00 |
| 2b  Taxable amount not determined  [X]  Total distribution  ☐ | | 10  Amount allocable to IRR within 5 years | | $0.00 |
| 3  Capital gain (included in box 2a) | $0.00 | 11  1st year of designated Roth contribution | | |
| **4  Federal income tax withheld** | **$0.00** | 15 State or Payer's state no | | **14 State tax withheld** |
| 5  Employee contributions/ Designated Roth<br>    contrib. or insurance premiums | $0.00 | 16  State distribution | | $0.00 |
| 6  Net unrealized appreciation in employer's<br>    securities | $0.00 | 17  Local tax withheld | | $0.00 |
| | | 18  Name of locality | | |
| 7  Distribution code(s) | J | 19  Local distribution | | $0.00 |
|    IRA/SEP/SIMPLE | ☐ | | | |
| 8  Other | $0.00 | | | |

Form **1040** | Department of the Treasury—Internal Revenue Service (99)
U.S. Individual Income Tax Return | **2020** | OMB No. 1545-0074 | IRS Use Only—Do not write or staple in this space.

**Filing Status**
Check only one box.

[X] Single [ ] Married filing jointly [ ] Married filing separately (MFS) [ ] Head of household (HOH) [ ] Qualifying widow(er) (QW)

If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QW box, enter the child's name if the qualifying person is a child but not your dependent ▶

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| TAMARA I | SOBOLEWSKI | ███-██-0404 |
| If joint return, spouse's first name and middle initial | Last name | Spouse's social security number |

Home address (number and street). If you have a P.O. box, see instructions. | Apt. no.
1002 DAKOTA AVE

City, town, or post office. If you have a foreign address, also complete spaces below. | State | ZIP code
LORAIN | OH | 44052-

Foreign country name | Foreign province/state/county | Foreign postal code

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. [ ] You [ ] Spouse

At any time during 2020, did you receive, sell, send, exchange, or otherwise acquire any financial interest in any virtual currency? [ ] Yes [X] No

**Standard Deduction**

Someone can claim: [ ] You as a dependent [ ] Your spouse as a dependent

[ ] Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness** You: [ ] Were born before January 2, 1956 [ ] Are blind Spouse: [ ] Was born before January 2, 1956 [ ] Is blind

**Dependents** (see instructions):

If more than four dependents, see instructions and check here ▶ [ ]

| (1) First name    Last name | (2) Social security number | (3) Relationship to you | (4) ✓ If qualifies for (see instructions): |  |
|---|---|---|---|---|
|  |  |  | Child tax credit | Credit for other dependents |
|  |  |  | [ ] | [ ] |
|  |  |  | [ ] | [ ] |
|  |  |  | [ ] | [ ] |
|  |  |  | [ ] | [ ] |

| | | | | |
|---|---|---|---|---|
| Attach Sch. B if required. | 1 | Wages, salaries, tips, etc. Attach Form(s) W-2 | **1** | 18,703 |
| | 2a | Tax-exempt interest . . . . . | 2a | b Taxable interest . . . . . . . . . . . . **2b** | |
| | 3a | Qualified dividends . . . . | 3a | b Ordinary dividends . . . . . . . . . . . **3b** | |
| | 4a | IRA distributions . . . . . | 4a 20,778 | b Taxable amount . . . . . . . . . . . . **4b** | 17,778 |
| Standard Deduction for— | 5a | Pensions and annuities . . . . | 5a | b Taxable amount . . . . . . . . . . . . **5b** | |
| • Single or Married filing separately, $12,400 | 6a | Social security benefits . . . | 6a | b Taxable amount . . . . . . . . . . . . **6b** | |
| | 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here . . . . . . . . . ▶ [ ] | **7** | |
| • Married filing jointly or Qualifying widow(er), $24,800 | 8 | Other income from Schedule 1, line 9 . . . . . . . . . . . . . . . . . . . . . . . . | **8** | 7,200 |
| | 9 | Add lines 1, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** . . . . . . . . . . . ▶ | **9** | 43,681 |
| • Head of household, $18,650 | 10 | Adjustments to income: | | |
| | a | From Schedule 1, line 22 . . . . . . . . . . . . . . . | 10a 140 | |
| | b | Charitable contributions if you take the standard deduction. See instructions | 10b | |
| • If you checked any box under Standard Deduction, see instructions. | c | Add lines 10a and 10b. These are your **total adjustments to income** . . . . . . . . . . ▶ | **10c** | 140 |
| | 11 | Subtract line 10c from line 9. This is your **adjusted gross income** . . . . . . . . . . . . . ▶ | **11** | 43,541 |
| | 12 | Standard deduction or itemized deductions (from Schedule A) . . . . . . . . . . . . . | **12** | 12,400 |
| | 13 | Qualified business income deduction. Attach Form 8995 or Form 8995-A . . . . . . . . . . | **13** | 0 |
| | 14 | Add lines 12 and 13. . . . . . . . . . . . . . . . . . . . . . . . . . . . | **14** | 12,400 |
| | 15 | Taxable income. Subtract line 14 from line 11. If zero or less, enter -0-. . . . . . . . . . . | **15** | 31,141 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.

BCA

Form **1040** (2020)

Form 1040 (2020)  TAMARA L SOBOLEWSKI      -0404      Page **2**

| | | | |
|---|---|---|---|
| 16 | Tax (see instructions). Check if any from Form(s): 1 ☐ 8814  2 ☐ 4972 3 ☐ _____ . . . | **16** | 3,538 |
| 17 | Amount from Schedule 2, line 3 . . . . . . . . . . . . . . . . | **17** | |
| 18 | Add lines 16 and 17 . . . . . . . . . . . . . . . . . . . . | **18** | 3,538 |
| 19 | Child tax credit or credit for other dependents . . . . . . . . . . | **19** | |
| 20 | Amount from Schedule 3, line 7 . . . . . . . . . . . . . . . | **20** | |
| 21 | Add lines 19 and 20 . . . . . . . . . . . . . . . . . . . | **21** | |
| 22 | Subtract line 21 from line 18. If zero or less, enter -0- . . . . . . . . | **22** | 3,538 |
| 23 | Other taxes, including self-employment tax, from Schedule 2, line 10 . . . . | **23** | |
| 24 | Add lines 22 and 23. This is your **total tax** . . . . . . . . . . ▶ | **24** | 3,538 |
| 25 | Federal income tax withheld from: | | |
| a | Form(s) W-2 . . . . . . . . . . . . . FROM 1099 . | 25a | 2,988 |
| b | Form(s) 1099 . . . . . . . . . . . . . . . . . | 25b | 3,518 |
| c | Other forms (see instructions) . . . . . . . . . . . . | 25c | |
| d | Add lines 25a through 25c . . . . . . . . . . . . . . . | **25d** | 6,506 |

| | | | |
|---|---|---|---|
| • If you have a qualifying child, attach Sch. EIC. | 26  2020 estimated tax payments and amount applied from 2019 return . . . . | **26** | |
| | 27  Earned income credit (EIC) . . . . . . NO . | 27 | |
| • If you have nontaxable combat pay, see instructions. | 28  Additional child tax credit. Attach Schedule 8812 . . . . | 28 | |
| | 29  American opportunity credit from Form 8863, line 8 . . . . | 29 | |
| | 30  Recovery rebate credit. See instructions . . . . . . . | 30 | |
| | 31  Amount from Schedule 3, line 13 . . . . . . . . . | 31 | |
| | 32  Add lines 27 through 31. These are your **total other payments and refundable credits** . . . . . . . . ▶ | **32** | |
| | 33  Add lines 25d, 26, and 32. These are your **total payments** . . . . . . ▶ | **33** | 6,506 |

| | | | |
|---|---|---|---|
| **Refund** | 34  If line 33 is more than line 24, subtract line 24 from line 33. This is the amount you **overpaid** . . . | **34** | 2,968 |
| Direct deposit? See instructions. | 35a  Amount of line 34 you want **refunded to you**. If Form 8888 is attached, check here . . . ☐ ▶ | **35a** | 2,968 |
| ▶ b | Routing number | ▶ c Type: ☒ Checking ☐ Savings | |
| ▶ d | Account number | | |
| | 36  Amount of line 34 you want applied to your 2021 estimated tax . . . . . ▶ | 36 | |
| **Amount You Owe** | 37  Subtract line 33 from line 24. This is the **amount you owe** . . . . . . . ▶ | **37** | |
| For details on how to pay, see instructions. | Note: Schedule H and Schedule SE filers, line 37 may not represent all of the taxes you owe for 2020. See Schedule 3, line 12e, and its instructions for details. | | |
| | 38  Estimated tax penalty (see instructions) . . . . . . . . . . ▶ | 38 | |

| | |
|---|---|
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS? See instructions . . . . . . . . . . . . . . . . . . . . . ▶ ☒ **Yes.** Complete below.  ☐ **No** |
| | Designee's name ▶ STEVEN VACCO    Phone no. ▶ 440-731-3257    Personal identification number (PIN) ▶ 12345 |

| | |
|---|---|
| **Sign Here** | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. |
| | Your signature    Date    Your occupation UNEMPLOYED    If the IRS sent you an Identity Protection PIN, enter it here (see inst.) ▶ |
| Joint return? See instructions. Keep a copy for your records. | Spouse's signature. If a joint return, both must sign.    Date    Spouse's occupation    If the IRS sent you an Identity Protection PIN, enter it here (see inst.) ▶ |
| | Phone no. 440-452-1982    Email address |

| | | | | |
|---|---|---|---|---|
| **Paid Preparer Use Only** | Preparer's name STEVEN VACCO | Preparer's signature | Date | PTIN P01723946    Check if: ☒ Self-employed |
| | Firm's name ▶ TAX PRO | | | Phone no. 440-731-3257 |
| | Firm's address ▶ 17328 CREEKSIDE STRE LAGRANGE OH 44050 | | | Firm's EIN ▶ |

Go to *www.irs.gov/Form1040* for instructions and the latest information.        Form **1040** (2020)



**Ohio.gov**

**Ohio** | Department of Job and Family Services

### Claim Summary (Payment Summary)

SOBOLEWSKI, TAMARA  **Log out**

**Claim Summary**

| | | | | |
|---|---|---|---|---|
| Benefit Year End Date | 02/27/2021 | Waiting Week Credited | Yes | **Help Text** |
| Benefit Year Beginning Date | 03/01/2020 | Overpayment Principal Balance | $2160.00 | |
| Weekly Benefit Amount | $480.00 | Fraud Penalty Balance | $0.00 | |
| Total Benefits Payable | $12480.00 | Overpayment Interest Balance | $0.00 | |
| Remaining Balance | $5040.00 | Penalty Week Balance | 0 week | |

**Payment History**
Search Result(s): 38 Found

| | Week Ending Date | Status | Amt Paid | Disbursement Date | Determination | Confirmation | Help Text |
|---|---|---|---|---|---|---|---|
| ○ | 03/07/2020 | WW Served | $0.00 | | 231863499-1 | CC2038594953 | |
| ○ | 03/14/2020 | Paid | $432.00 | 04/03/2020 | 0-0 | CC1407633284 | |
| ○ | 03/21/2020 | Paid | $432.00 | 04/03/2020 | 0-0 | CC1498879223 | |
| ○ | 03/28/2020 | Paid | $432.00 | 04/21/2020 | 0-0 | CC1421830105 | |
| ○ | 04/04/2020 | Paid, FAC | $432.00 | 04/21/2020 | 0-0 | CC685879437 | |
| ○ | 04/11/2020 | Paid, FAC | $432.00 | 04/21/2020 | 0-0 | CC1173745010 | |
| ○ | 04/18/2020 | Paid, FAC | $432.00 | 04/21/2020 | 0-0 | CC180070161 | |
| ○ | 04/25/2020 | Paid, FAC | $432.00 | 05/14/2020 | 0-0 | CC925494170 | |
| ○ | 05/02/2020 | Paid, FAC | $432.00 | 05/14/2020 | 0-0 | CC2052827519 | |
| ○ | 05/09/2020 | Paid, FAC | $432.00 | 05/19/2020 | 0-0 | CC156113196 | |
| ○ | 05/16/2020 | Paid, FAC | $432.00 | 05/19/2020 | 0-0 | CC348515825 | |
| ○ | 05/23/2020 | Paid, FAC | $432.00 | 06/08/2020 | 0-0 | CC1659902895 | |
| ○ | 05/30/2020 | Paid, FAC | $432.00 | 06/08/2020 | 0-0 | CC540029822 | |
| ○ | 06/06/2020 | Paid, FAC | $432.00 | 06/22/2020 | 0-0 | CC1089944437 | |
| ○ | 06/13/2020 | Paid, FAC | $432.00 | 06/22/2020 | 0-0 | CC315443656 | |
| ○ | 06/20/2020 | Paid, FAC | $432.00 | 06/30/2020 | 0-0 | CC1230673461 | |
| ○ | 06/27/2020 | Paid, FAC | $216.00 | 07/30/2020 | 0-0 | CC463333105 | |
| ○ | 07/04/2020 | Denied/OP, FAC | $432.00 | 07/30/2020 | 234729818-1 | CC1497285241 | |
| ○ | 07/11/2020 | Denied/OP, FAC | $432.00 | 07/30/2020 | 234729818-1 | CC191500273 | |
| ○ | 08/08/2020 | Denied | $0.00 | | 234729818-1 | CC1769939972 | |
| ○ | 08/15/2020 | Denied | $0.00 | | 234729818-1 | CC766891942 | |
| ○ | 08/22/2020 | Denied | $0.00 | | 234729818-1 | CC1666632396 | |
| ○ | 08/29/2020 | Denied | $0.00 | | 234729818-1 | CC896090263 | |
| ○ | 09/05/2020 | Denied | $0.00 | | 234729818-1 | CC33802514 | |
| ○ | 09/12/2020 | Denied | $0.00 | | 234729818-1 | CC2068105364 | |
| ○ | 09/19/2020 | Denied | $0.00 | | 234729818-1 | CC212222434 | |
| ○ | 09/26/2020 | Denied | $0.00 | | 234729818-1 | CC1479118178 | |
| ○ | 10/03/2020 | Denied | $0.00 | | 234729818-1 | CC546423417 | |
| ○ | 10/31/2020 | Denied | $0.00 | | 234729818-1 | CC492934262 | |
| ○ | 11/07/2020 | Denied | $0.00 | | 234729818-1 | CC762328576 | |
| ○ | 11/14/2020 | Denied | $0.00 | | 234729818-1 | CC1226310358 | |
| ○ | 11/21/2020 | Denied | $0.00 | | 234729818-1 | CC1264009306 | |
| ○ | 11/28/2020 | Denied | $0.00 | | 234729818-1 | CC1584652269 | |
| ○ | 12/05/2020 | Denied | $0.00 | | 234729818-1 | CC1421403363 | |
| ○ | 12/12/2020 | Denied | $0.00 | | 234729818-1 | CC1890153933 | |
| ○ | 12/19/2020 | Denied | $0.00 | | 234729818-1 | CC887853098 | |
| ○ | 12/26/2020 | Denied | $0.00 | | 234729818-1 | CC1827286624 | |
| ○ | 01/02/2021 | Denied | $0.00 | | 234729818-1 | CC1172502311 | |

Chat Busy

[ View Pay Stub ] [ Main Menu ]

Copyright © 2015 Ohio Department of Job and Family Services. All rights reserved.
This material may not be published, broadcast, rewritten or redistributed in any form. All unauthorized use prohibited.
User: SOBOLEWSKI, TAMARA   Date:02/27/2021   Build:1161.21.02.24_45

## UAW-FCA-FORD-GENERAL MOTORS LEGAL SERVICES PLAN

200 Walker Street, Third Floor
Detroit, Michigan 48207  *  Phone (800) 482-7700  *  clientcomments@uawlsp.com
See our webinars at www.uawlegalservices.com and YouTube/uawlegalservicesplan

To:    Ms. Tamara L. Sobolewski
       1002 Dakota Ave
       Lorain, OH 44052

Re:    Your Case No. 2021-801-00297
       Problem Code 304

Date:  March 10, 2021

This letter confirms your recent conversation with the Plan and your request to use the UAW-FCA-Ford-General Motors Legal Services Plan. Unfortunately, the Plan cannot provide you with services for your legal matter because according to the employer, you do not meet the eligibility requirements to use the Plan benefit.

If you wish to appeal this decision, please direct your appeal to:

                Donald Dace, Assistant Director
                1400 Woodbridge, 4th Floor
                Detroit, Michigan 48207

If you have any questions, please contact us at the telephone number or email address indicated above.

Sincerely,
UAW-FCA-Ford-General Motors Legal Services Plan

*After March 27, 2020, our address and fax number are changing to:*
*3850 Second Street, Wayne, MI 48184 * Fax 734-858-1264*

Rec'd 3-12-2021

**OHIO DEPARTMENT OF JOB AND FAMILY SERVICES**

**OFFICE OF UNEMPLOYMENT INSURANCE OPERATIONS**

**DETERMINATION OF UNEMPLOYMENT COMPENSATION BENEFITS**

JFS-83000 11/01/2017

| Claimant's Name TAMARA L. SOBOLEWSKI | Claimant ID 919706 | Social Security Number ▮▮▮▮0404 | Determination Identification Number 236106272-1 |
|---|---|---|---|
| Benefit Year Beginning Date 03/01/2020 | Benefit Year Ending Date 02/27/2021 | Application Date 03/06/2020 | Date Issued 03/25/2021 |

TAMARA L. SOBOLEWSKI
1002 DAKOTA AVE
LORAIN, OH 44052-2770

ODJFS Office

Cleveland Adjudication Center
PO Box 182212
Columbus, OH 43218-2212

Phone: (866) 576-0006
Fax: (614) 466-7449



A1002D0838D0532621O10G

---

**THIS NOTICE IS A DETERMINATION ON ELIGIBILITY FOR UNEMPLOYMENT BENEFITS, ISSUED IN ACCORDANCE WITH THE PROVISIONS OF SECTIONS 4141.28(D) & (E), OHIO REVISED CODE**

---

This agency finds that beginning on 02/14/2021, the claimant was attending school, college or training and was either 1)attending during normal working hours 2) attending as required by law 3) on a holiday recess exceeding 8 weeks, or 4) not making satisfactory progress.   As a result, the claimant cannot meet the availability requirement of Ohio Revised Code Section 4141.29(A)(4). An individual is ineligible from Sunday of the week in which the issue started through Saturday of the week in which the issue ended. Therefore, claimant is ineligible from 02/14/2021 until this agency is provided evidence that this issue no longer exists and claimant is otherwise eligible.

This agency finds that beginning on 02/14/2021, the claimant was not able to work and, therefore, failed to meet the requirement of Ohio Revised Code Section 4141.29(A)(4)(a)(i). An individual is ineligible from Sunday of the week in which the issue started through Saturday of the week in which the issue ended. Therefore, claimant is ineligible from 02/14/2021 until this agency is provided evidence that this issue no longer exists and claimant is otherwise eligible.

---

**APPEAL RIGHTS:** If you do not agree with this determination, you may file an appeal by mail or fax to the ODJFS office provided.  You may also file an appeal online at https://unemployment.ohio.gov.  The appeal should include the determination ID number, name, claimant's social security number, and any additional facts and/or documentation to support the appeal.  **TO BE TIMELY, YOUR APPEAL MUST BE RECEIVED/POSTMARKED NO LATER THAN 04/15/2021** (21 calendar days after the 'Date Issued').  If the 21st day falls on a Saturday, Sunday, or legal holiday, your deadline has already been extended to include the next scheduled work day.  If you do not file your appeal within the 21-day calendar period, include a statement with the date you received the determination and your reason for filing late.  If your appeal is late due to a physical or mental condition, provide certified medical evidence that your condition prevented you from filing within the 21-day period.  In order for your appeal to be considered timely, it must be received/postmarked no later than 21 calendar days after the ending date of the physical or mental condition. **If unemployed,** claimants should continue to file weekly claims for benefits while the determination is under appeal by visiting the agency's website at https://unemployment.ohio.gov or call the ODJFS office listed above.   For additional information, claimants may review the **Worker's Guide to Unemployment Compensation.**

Si usted no puede leer esto, llame por favor a 1-877-644-6562 para una traduccion.

---

Thank you for registering

From:  Training & Recruitment Department (dont-reply@shareiiit.com)

To:  tamso1970@yahoo.com

Date:  Tuesday, April 27, 2021, 10:48 AM EDT

## You successfully registered for your hands-on training class

Dear **TAMARA SOBELEWSKI**,

Your registration to the following event has been recorded:

## Express Poll Training
## Wed, 4/28/2021, 1:00 PM - 2:30 PM

Name: TAMARA SOBELEWSKI
Email: tamso1970@yahoo.com
Phone number: 4404521982

Hands-on training for the upcoming Election will take place at 5166 Clinton Ave. - Sheffield Township Fire Station #2. Masks are Required. Please bring your completed Assessment from your Zoom training.

Sincerely,
Training & Recruitment Department

TAMARA SOBOLEWSKI  FORD BENEFITS  *Ford*

# Dates You Should Know

When can you retire? The answer depends on your personal situation. Consider these key dates when you map out your retirement plan.

Your last day of employment was **March 1, 2020**.

You're **100% vested** in the plan.

## Ford Motor Company - UAW Retirement Plan

**Note:** These eligibility dates assume that you remain in your current employment status with Ford.

| You're Eligible For | Starting As Early As |
|---|---|
| Earliest Commencement Date | October 1, 2025 |
| Normal Retirement Date | October 1, 2035 |

The service listed below is based on the data on file as of the 15th of the month. Service will be refreshed on the 15th of each month to capture any new data received:

- Eligibility Service
  - 27.40 Years
- UAW Credited Service
  - 27.40 Years

For a breakdown of your UAW Credited Service by Year, please click HERE.

### What Could My Retirement Income Be?

The retirement date you choose and when you begin receiving pension benefits will affect how much your payments will be.

**Project Retirement Income**    **Review Saved Projections**

## Tools and Calculators

Project Your Retirement Income

Dates You Should Know

Review Your Saved Projections

## Other Resources

Plan Information

© 2021 Alight

Pension Account Summary

## TAMARA SOBOLEWSKI   FORD BENEFITS   *Ford*

# You'll Get Pension Benefits When You Retire

When you retire, you'll decide how you want to receive the money (per the terms of your pension plan). For now, use this information to help you plan.

## What Will Your Total Pension Income Be? When Will You Get It?                            ⌃

Use this page to track how your pension grows over time. To get an estimate of what you'll get when you retire:

1. Get the <u>dates when you can retire</u>.
2. Use the dates to <u>estimate your retirement income</u>.

## Want Some Help?                                                                          ⌄

## Ford Motor Company - UAW Retirement Plan

## $1,467.27 [1] (monthly estimate)

**UAW Benefit**                                              **$1,467.27**
                                                           (monthly estimate)

### This is an estimate of what you'll get based on:

- Your last day of employment.
- A benefit start date of **October 1, 2035** (when you're 65 years old).
- This benefit paid as a <u>Single Life Annuity</u>.

[1]

Pension Account Summary

This is the amount you could receive each month if you begin benefits
at your Normal Retirement Date.

Leaving Ford Hub

Your guide to planning ahead

# My Account Essentials

## Get Your Key Dates

## Plan Information

## Recent Requests

Pension Account Summary

# Beneficiaries

© 2021 Alight

J. CRAIG SNODGRASS, LORAIN COUNTY AUDITOR          WARRANT # **4927339**

| WARRANT DATE | BNK ACCT # | VENDOR NAME | VENDOR NUMBER |
|---|---|---|---|
| 26-MAY-21 | | SOBOLEWSKI, TAMARA | 138238 |

| INVOICE NO. | INVOICE DATE | DESCRIPTION | NET AMOUNT |
|---|---|---|---|
| 04-MAY-2021 | 04-May-21 | BOE 1000 | 30.00 |

| | | |
|---|---|---|
| NON-NEGOTIABLE | TOTAL | 30.00 |

RETAIN THIS SECTION FOR YOUR RECORDS

DETACH VOUCHER BEFORE DEPOSITING

REMOVE DOCUMENT ALONG THIS PERFORATION

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BROWN ARE PRESENT.

J. CRAIG SNODGRASS, LORAIN COUNTY AUDITOR
ELYRIA, OHIO 44035-5640
ACCOUNTS PAYABLE

6-15 / 410
HUNTINGTON, CLEVELAND OH

**4927339**

DATE: 26-MAY-21
** VOID AFTER 60 DAYS **

*********30.00

SOBOLEWSKI, TAMARA
THE TREASURER OF LORAIN COUNTY WILL
**PAY:** Thirty Dollars And Zero Cents************************************************************

TO   SOBOLEWSKI, TAMARA
THE  1002 DAKOTA AVE
ORDER LORAIN, OH 44052
OF

*J. Craig Snodgrass*

J. CRAIG SNODGRASS LORAIN COUNTY AUDITOR

⑈4927339⑈ ⑆041000153⑆ 01668308473⑈

**OHIO DEPARTMENT OF JOB AND FAMILY SERVICES**

**OFFICE OF UNEMPLOYMENT INSURANCE OPERATIONS**

## DETERMINATION OF UNEMPLOYMENT COMPENSATION BENEFITS

JFS-83000 11/10/2016

| Claimant's Name | | Claimant ID | Social Security Number | Determination Identification Number |
|---|---|---|---|---|
| TAMARA L. SOBOLEWSKI | | 919706 | ███████-0404 | 236541850-1 |

| Benefit Year Beginning Date | Benefit Year Ending Date | | Application Date | Date Issued |
|---|---|---|---|---|
| 04/11/2021 | 04/09/2022 | | 04/12/2021 | 06/02/2021 |

ODJFS Office

TAMARA L. SOBOLEWSKI
1002 DAKOTA AVE
LORAIN, OH 44052-2770

Cleveland Adjudication Center
PO Box 182212
Columbus, OH 43218-2212

Phone: (866) 576-0006
Fax: (614) 466-7449



A1002D15ZB04000601010G

**THIS NOTICE IS A DETERMINATION OF AN INITIAL APPLICATION FOR UNEMPLOYMENT BENEFITS, ISSUED IN ACCORDANCE WITH THE PROVISIONS OF SECTIONS 4141.28(D) & (E), OHIO REVISED CODE**

The Ohio Department of Job and Family Services has DISALLOWED the claimant's application for unemployment compensation benefits dated 04/12/2021. The claimant did not have  at least twenty qualifying weeks of employment that was subject to an unemployment compensation law or did not earn an average weekly wage of at least $280 before taxes during the base period 04/01/2020 to 03/31/2021, as required by Section 4141.01(R)(1) of the Ohio Revised Code.This decision is related to qualification for regular UC benefits.

**APPEAL RIGHTS:** If you do not agree with this determination, you may file an appeal by mail or fax to the ODJFS office provided.  You may also file an appeal online at https://unemployment.ohio.gov.  The appeal should include the determination ID number, name, claimant's social security number, and any additional facts and/or documentation to support the appeal.  **TO BE TIMELY, YOUR APPEAL MUST BE RECEIVED/POSTMARKED NO LATER THAN 06/23/2021** (21 calendar days after the 'Date Issued').  If the 21st day falls on a Saturday, Sunday, or legal holiday, your deadline has already been extended to include the next scheduled work day.  If you do not file your appeal within the 21-day calendar period, include a statement with the date you received the determination and your reason for filing late.  If your appeal is late due to a physical or mental condition, provide certified medical evidence that your condition prevented you from filing within the 21-day period.  In order for your appeal to be considered timely, it must be received/postmarked no later than 21 calendar days after the ending date of the physical or mental condition. **If unemployed,** claimants should continue to file weekly claims for benefits while the determination is under appeal by visiting the agency's website at https://unemployment.ohio.gov or call the ODJFS office listed above.   For additional information, claimants may review the **Worker's Guide to Unemployment Compensation.**

Si usted no puede leer esto, llame por favor a 1-877-644-6562 para una traduccion.

**Ohio** | **Department of Job and Family Services**

Mike DeWine, Governor
Jon Husted, Lt. Governor
Matt Damschroder, Director

**News Release**

**FOR IMMEDIATE RELEASE**
July 13, 2021

**MEDIA CONTACTS:**
Tom Betti: 614-817-2945
Thomas.betti@jfs.ohio.gov

Bill Teets, 614-403-2331
Bill.teets@jfs.ohio.gov

## Unemployment Claimants with Overpayments Can Now Apply for Waivers

COLUMBUS, OHIO – Unemployment claimants with non-fraud overpayments that they received at no fault of their own can now request waivers that, if approved, would absolve the claimant from repaying those funds to the state. Money will be returned to claimants who qualify for a waiver but who previously repaid the overpayment.

"Federal changes in unemployment rules, criteria, and claims volume resulted in widespread overpayments of benefits across the nation," Ohio Department of Job and Family Services (ODJFS) Director Matt Damschroder said. "We know that created a tremendous amount of stress for those already struggling, and these waivers will offer relief to individuals with valid unemployment claims whose overpayments were not their fault."

ODJFS officials have begun notifying individuals, by U.S. mail or electronically, who are potentially eligible and are providing them with detailed instructions for how to apply. Later this summer, once system programming is complete, the waiver applications will be reviewed, and approved waivers honored.

Notifications are being sent to claimants in the traditional unemployment program and the Pandemic Unemployment Assistance program. If approved, all portions of overpayments could be waived, including the supplemental weekly $600 and $300 payments that were previously available as a result of federal stimulus legislation. Those who received Trade, SharedWork Ohio, and other types of unemployment benefits also may be eligible for waivers.

-30-







**OHIO DEPARTMENT OF JOB AND FAMILY SERVICES**

**OFFICE OF UNEMPLOYMENT INSURANCE OPERATIONS**

## DETERMINATION OF UNEMPLOYMENT COMPENSATION BENEFITS

JFS-83000 11/10/2016

| Claimant's Name | | Claimant ID | Social Security Number | Determination Identification Number |
|---|---|---|---|---|
| TAMARA L. SOBOLEWSKI | | 919706 | ████0404 | 238118355-1 |

| Benefit Year Beginning Date | Benefit Year Ending Date | Application Date | Date Issued |
|---|---|---|---|
| 07/25/2021 | 07/23/2022 | 07/28/2021 | 12/21/2021 |

ODJFS Office

TAMARA L. SOBOLEWSKI
1002 DAKOTA AVE
LORAIN, OH 44052-2770

Columbus Benefit Payment Control Unit
PO Box 1618
Columbus, OH 43216-1618

Phone:  (800) 686-1555
Fax:    (614) 752-4808



A1002D354802260910OG

**THIS NOTICE IS A DETERMINATION OF AN INITIAL APPLICATION FOR UNEMPLOYMENT BENEFITS, ISSUED IN ACCORDANCE WITH THE PROVISIONS OF SECTIONS 4141.28(D) & (E), OHIO REVISED CODE**

The Ohio Department of Job and Family Services has DISALLOWED the claimant's application for unemployment compensation benefits dated 07/28/2021. The claimant did not have  at least twenty qualifying weeks of employment that was subject to an unemployment compensation law or did not earn an average weekly wage of at least $280 before taxes during the base period 07/01/2020 to 06/30/2021, as required by Section 4141.01(R)(1) of the Ohio Revised Code.This decision is related to qualification for regular UC benefits.

Your application for unemployment benefits, submitted on 07/28/2021, has been denied because you did not provide the information necessary to verify your identity. This is in accordance with Ohio Revised Code Section 4141.28. We did not receive your responses to the agency s questionnaire ( fact-finding questions ) with all of the following requested and required documents: 1) A copy of your Social Security card, 2) Birth certificate, 3) Driver s license/state identification, 4) A second form of photo identification, 5) Proof of employment with your last employer, 6) Proof of residence, 7) Dependent spouse/child(ren) information (if applicable), 8) A copy of a voided check (if you indicated direct deposit option). To comply with the reporting requirements, you may submit the requested documentation by fax to (614) 752-4808 or by email to ID_Verification@jfs.ohio.gov. Since you have missed your deadline to respond, the self-service option online is no longer available. However, if you appeal this determination you may upload the needed documents as part of the appeal process. Please see below for instructions on how to file an appeal. If you have questions about your reporting requirements, please call (800) 686-1555. An individual is ineligible from Sunday of the week in which the issue started through Saturday of the week in which the issue ended. Therefore, claimant is ineligible from 07/25/2021 until this agency is provided evidence that this issue no longer exists and claimant is otherwise eligible.

**APPEAL RIGHTS:** If you do not agree with this determination, you may file an appeal by mail or fax to the ODJFS office provided.  You may also file an appeal online at https://unemployment.ohio.gov.  The appeal should include the determination ID number, name, claimant's social security number, and any additional facts and/or documentation to support the appeal.  **TO BE TIMELY, YOUR APPEAL MUST BE RECEIVED/POSTMARKED NO LATER THAN 01/11/2022** (21 calendar days after the 'Date Issued').  If the 21st day falls on a Saturday, Sunday, or legal holiday, your deadline has already been extended to include the next scheduled work day.  If you do not file your appeal within the 21-day calendar period, include a statement with the date you received the determination and your reason for filing late.  If your appeal is late due to a physical or mental condition, provide certified medical evidence that your condition prevented you from filing within the 21-day period.  In order for your appeal to be considered timely, it must be received/postmarked no later than 21 calendar days after the ending date of the physical or mental condition. **If unemployed,** claimants should continue to file weekly claims for benefits while the determination is under appeal by

Si usted no puede leer esto, llame por favor a 1-877-644-6562 para una traduccion.

visiting the agency's website at https://unemployment.ohio.gov or call the ODJFS office listed above. For additional information, claimants may review the **Worker's Guide to Unemployment Compensation.**



A1002D3548022606910L0G

Si usted no puede leer esto, llame por favor a 1-877-644-6562 para una traduccion.

Form **1040** Department of the Treasury—Internal Revenue Service (99)

**U.S. Individual Income Tax Return** **2021** OMB No. 1545-0074 IRS Use Only—Do not write or staple in this space.

**Filing Status**
Check only one box.

[X] Single [ ] Married filing jointly [ ] Married filing separately (MFS) [ ] Head of household (HOH) [ ] Qualifying widow(er) (QW)

If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QW box, enter the child's name if the qualifying person is a child but not your dependent ▶

| | |
|---|---|
| Your first name and middle initial **TAMARA** | Last name **SOBOLEWSKI** |
| Your social security number ████-██-0404 | |

If joint return, spouse's first name and middle initial — Last name — Spouse's social security number

Home address (number and street). If you have a P.O. box, see instructions. **1002 DAKOTA AVE** — Apt. no.

City, town, or post office. If you have a foreign address, also complete spaces below. **Lorain** — State **OH** — ZIP code **44052**

Foreign country name — Foreign province/state/county — Foreign postal code

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.
[ ] You [ ] Spouse

At any time during 2021, did you receive, sell, exchange, or otherwise dispose of any financial interest in any virtual currency? [ ] Yes [X] No

**Standard Deduction**

Someone can claim: [ ] You as a dependent [ ] Your spouse as a dependent

[ ] Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness** You: [ ] Were born before January 2, 1957 [ ] Are blind Spouse: [ ] Was born before January 2, 1957 [ ] Is blind

**Dependents** (see instructions):

| (1) First name    Last name | (2) Social security number | (3) Relationship to you | (4) Check if qualifies for (see instructions): | |
|---|---|---|---|---|
| | | | Child tax credit | Credit for other dependents |
| | | | [ ] | [ ] |
| | | | [ ] | [ ] |
| | | | [ ] | [ ] |
| | | | [ ] | [ ] |

If more than four dependents, see instructions and check here ▶

Attach Sch. B if required.

| | | | | |
|---|---|---|---|---|
| 1 | Wages, salaries, tips, etc. Attach Form(s) W-2 | | 1 | |
| 2a | Tax-exempt interest | 2a | b Taxable interest | 2b |
| 3a | Qualified dividends | 3a | b Ordinary dividends | 3b |
| 4a | IRA distributions | 4a  90,177 | b Taxable amount | 4b  86,141 |
| 5a | Pensions and annuities | 5a | b Taxable amount | 5b |
| 6a | Social security benefits | 6a | b Taxable amount | 6b |
| 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ [ ] | | 7 | |
| 8 | Other income from Schedule 1, line 10 | | 8 | |
| 9 | Add lines 1, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** ▶ | | 9 | 86,141 |
| 10 | Adjustments to income from Schedule 1, line 26 | | 10 | |
| 11 | Subtract line 10 from line 9. This is your **adjusted gross income** ▶ | | 11 | 86,141 |
| 12a | **Standard deduction or itemized deductions** (from Schedule A) | 12a  12,550 | | |
| b | Charitable contributions if you take the standard deduction (see instructions) | 12b  100 | | |
| c | Add lines 12a and 12b | | 12c | 12,650 |
| 13 | Qualified business income deduction from Form 8995 or Form 8995-A | | 13 | |
| 14 | Add lines 12c and 13 | | 14 | 12,650 |
| 15 | **Taxable income.** Subtract line 14 from line 11. If zero or less, enter -0- | | 15 | 73,491 |

**Standard Deduction for—**
- Single or Married filing separately, $12,550
- Married filing jointly or Qualifying widow(er), $25,100
- Head of household, $18,800
- If you checked any box under *Standard Deduction,* see instructions.

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.

EEA

Form **1040** (2021)

Form 1040 (2021)    TAMARA SOBOLEWSKI                             -0404    Page **2**

| | | | |
|---|---|---|---:|
| 16 | **Tax** (see instructions). Check if any from Form(s): 1 ☐ 8814   2 ☐ 4972   3 ☐ _____   · · · | 16 | 11,913 |
| 17 | Amount from Schedule 2, line 3 · · · · · · · · · · · · · · · · · · · · · · · · · · · · | 17 | |
| 18 | Add lines 16 and 17 · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | 18 | 11,913 |
| 19 | Nonrefundable child tax credit or credit for other dependents from Schedule 8812 · · · | 19 | |
| 20 | Amount from Schedule 3, line 8 · · · · · · · · · · · · · · · · · · · · · · · · · · | 20 | |
| 21 | Add lines 19 and 20 · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | 21 | 0 |
| 22 | Subtract line 21 from line 18. If zero or less, enter -0- · · · · · · · · · · · · · · · | 22 | 11,913 |
| 23 | Other taxes, including self-employment tax, from Schedule 2, line 21 · · · · · · · · · | 23 | 8,614 |
| 24 | Add lines 22 and 23. This is your **total tax** · · · · · · · · · · · · · · · · · ▶ | 24 | 20,527 |
| 25 | Federal income tax withheld from: | | |

| | | | | |
|---|---|---|---:|---:|
| a | Form(s) W-2 · · · · · · · · · · · · · · · · · · | 25a | | |
| b | Form(s) 1099 · · · · · · · · · · · · · · · · · · | 25b | 13,895 | |
| c | Other forms (see instructions) · · · · · · · · · · · | 25c | | |
| d | Add lines 25a through 25c · · · · · · · · · · · · · · · · · · · · · · · · · · · · | | 25d | 13,895 |

| | | | | |
|---|---|---|---:|---:|
| 26 | 2021 estimated tax payments and amount applied from 2020 return · · · · · · · · | | 26 | |
| 27a | Earned income credit (EIC) · · · · · · · · · · · · · | 27a | | |
| | Check here if you were born after January 1, 1998, and before | | | |
| | January 2, 2004, and you satisfy all the other requirements for | | | |
| | taxpayers who are at least age 18, to claim the EIC. See instructions   ▶ ☐ | | | |
| b | Nontaxable combat pay election · · · · · · · · · | 27b | | |
| c | Prior year (2019) earned income · · · · · · · · | 27c | | |
| 28 | Refundable child tax credit or additional child tax credit from Schedule 8812 | 28 | | |
| 29 | American opportunity credit from Form 8863, line 8 | 29 | | |
| 30 | Recovery rebate credit. See instructions | 30 | 0 | |
| 31 | Amount from Schedule 3, line 15 | 31 | | |
| 32 | Add lines 27a and 28 through 31. These are your **total other payments and refundable credits** · · ▶ | | 32 | 0 |
| 33 | Add lines 25d, 26, and 32. These are your **total payments** · · · · · · · · · · · · · · ▶ | | 33 | 13,895 |

*Note: "If you have a qualifying child, attach Sch. EIC." box appears at left of lines 26–27a.*

| | | | |
|---|---|---|---:|
| **Refund** | 34 | If line 33 is more than line 24, subtract line 24 from line 33. This is the amount you **overpaid** | 34 |

     

Q Search  **Dee Dispenza**   

Inbox

8/5/22, 11:04 PM



 I was out 3 1/2 years. Yes OHAP

People get fired all the time for different reasons

 Todd Upton told me to call everyday. How did u get back?

  Tim Rowe. I first met him in 1987 in Lorain Ford as my committeeman. When he came to OHAP he remembered me. When he became chairman, he bargained to get me back



 He did that by himself. I never called him and asked him to fight for me. I was shocked when he called me to come back to work because the union wasn't fighting for me at all (they told me they weren't) 

 I met Myra in 2019. She was out 4 yrs 2014-2018. She had 20 yrs when Mary Jo Turnley fired her. Some vulnerable members end up homeless. Even a landlord has to follow a procedure to evict you. But at Ford, all they need is a pen & a Labor Rep.

 I became homeless too. They don't fire you for no reason. I knew Mary Jo from Lorain Ford, she's a fair woman. And she's the one who fired me. She said I'm sorry to have to do this Dee.

 The HR Manager fired me. His reason was "act of threat".

He shook my hand and said good luck.

 That's a factual reason. It's in the rules we agree to when we hire in

 Their job isn't easy, they're not the enemy



That is the fact he asserted.





    Aa  

Congratulations, your Dasher Welcome Kit is on its way!

From:   Shipment (shipment@overturepromo.com)
To:     tamso1970@yahoo.com
Date:   Thursday, September 15, 2022 at 09:20 AM EDT

**COVID-19:**

We're committed to the safety and well-being of our communitiy.
Learn more.

# Your Welcome Kit
# is on its way!

Track its status by clicking the tracking
number below.

When it arrives, follow the instructions
included to enter your Red Card.



## Shipment Details

**Shipped to:**
Tamara Sobolewski
1002 Dakota Ave, Lorain, OH
44052-2770, US

**Mailing Date:** 2022-09-15

**Est. Delivery:** 3 days

**Service:** USPS First Class

**Signature:** Not Required

**Tracking:** 9400111206371564125572

**DOORDASH** | Support | Download the Dasher app 

© 2021 DoorDash Inc. 303 2nd Street, South Tower, Suite 800, San Francisco, CA 94107



## Orientation Checklist

☐ Apply online at www.jits.jobs

☒ Bring in direct deposit information

☒ Bring in 2 forms of ID

☒ Vaccination card if vaccinated

☒ Onboarding

Username:_____  Password:_____

## How to login to complete onboarding:

1. Got to jits.jobs or scan QR code below
2. Click employee portal
3. Sign in with your username and password listed above.

When– _Thurs. Sept. 22_  10am-2pm

*"We cannot start you until your onboarding is completed"*

*"Make sure to come dressed appropriately, closed-toe shoes & long pants"*





9-22-2022



## Position Description

| Title: Production Associate | Effective Date: 01/01/2020 |
|---|---|
| Reports to: Production Supervisor | FLSA: Non-Exempt |
| Classification: Level 1 | Revision Level: 0    Revision Date: |

### Purpose

Responsible for operating various types of production equipment, perform various assembly operations and/or packing tasks to support production.  The department is structured as a formal team and requires the ability to work within the team.

### Essential Duties and Responsibilities

*Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.*

1. Operate various production equipment.
2. Performs various assembly operations and/or packing duties to achieve production requirements.
3. Perform various visual and/or manual activities to inspect or verify the accuracy of a part.
4. Record all production data needed for inventory control purposes including good parts, scrap parts, and any other data necessary.
5. Perform basic housekeeping to keep area clean and safe.
6. Contribute to team effort by accomplishing related results as needed.
7. Various other duties as assigned.

### Qualifications

#### Required Education & Experience

1. High School diploma or equivalent required.

#### Competencies

1. Ability to follow established procedures
2. Strong attention to detail
3. Knowledge of AITF16949 quality standards
4. Manual dexterity sufficient to assembly, pack, and/or grip and operate equipment
5. Communication skills to communicate and interact with all levels of employees
6. Computer literacy skills include the ability to perform basic data entry and to operate visual 'touch screen' display panels.
7. Math skills sufficient to perform department related tasks are required.
8. Ability to work effectively with people

#### Supervisory Responsibility

This position has no supervisory responsibilities.

1

 

**Work Environment**
While performing the duties of this job, the employee regularly works in a manufacturing environment.

**Physical Demands**
The physical demands described here are representative of those that must be met by an employee to successfully perform the essential functions of this job.

While performing the duties of this job, the employee is regularly required to use hands and fingers to handle, feel, or operate objects, tools or controls, and reach with hands and arms.  The job requires very frequent visual effort and concentration, and the ability to move throughout the plant.  The employee must lift and/or move up to 40 pounds.  The work requires regular standing, walking, bending, lifting and a variety of physical activities.

|  | *Signature* | *Date* |
|---|---|---|
| Employee: | | |
| Management: | | |

The statements included in this description are intended to reflect the general nature and level of work assigned too this classification and should not be interpreted as all inclusive.

2

Employer: All Payroll Services
8200 Tyler Blvd
Mentor, OH   44060
440-205-2002

| Allowances | Federal-Single | $0.00 | Ohio | 0 |
|---|---|---|---|---|

Name:   Sobolewski, Tamara         SSN   XXX-XX-0404    Check Date:  09/30/2022

| Company | Date Work | Start | End | Pay | T Hrs | Type | Rate | Hrs | OT Rate | OT Hrs | DT Rate | DT Hrs | Units | Units Rate | Salary | Wages |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CAMACO | 9/25/22 | 9/19/22 | 9/25/22 | | 4.00 | Reg | $15.30 | 4.00 | $22.95 | 0.00 | $30.60 | 0.00 | 0.00 | $0.00 | $0.00 | $61.20 |

| Accrual | Amount | Total | Eligible | Available | Used |
|---|---|---|---|---|---|
| | | | | | 0.00 |
| | | | | | 0.00 |
| **Gross** | | $61.20 | | | |
| **Net** | | $29.68 | | | |
| **Year To Date Gross** | | $61.20 | | | |

| Tax | Tax | YTD Tax |
|---|---|---|
| EFica | $3.79 | $3.79 |
| EMed | $0.89 | $0.89 |
| EmedSup | $0.00 | $0.00 |
| OHIncTax | $0.31 | $0.31 |
| FedIncTax | $0.00 | $0.00 |
| LORAIN OH | $1.53 | $1.53 |
| **Total** | **$6.52** | **$6.52** |

| Adj | Benefit Amt | Amt | YTD |
|---|---|---|---|
| Drug Test: Drug Test | | $25.00 | $25.00 |
| **Total** | | **$25.00** | **$25.00** |



4/29/23, 11:09 AM                          (666 unread) - tamso1970@yahoo.com - Yahoo Mail

## Detroit Quality Staffing LLC Password

From:  Detroit Quality Staffing LLC (do-not-reply@paylocity.com)

To:    tamso1970@yahoo.com

Date:  Monday, October 3, 2022 at 02:24 PM EDT

Tamara Sobolewski,

Your new employer, Detroit Quality Staffing LLC, has created a temporary password. You will need to use this password along with the information sent in a separate email to complete a few tasks.

Copy and paste the password below at login.

Password: !FWGr=a

After login, you will need to change your password. Please remember your information and keep it safe.

Begin Onboarding Tasks

Detroit Quality Staffing L L C [126532]

This email is only for the person(s) addressed.

Confidentiality Notice | Update Preferences

 

**OHIO DEPARTMENT OF JOB AND FAMILY SERVICES**

**OFFICE OF UNEMPLOYMENT INSURANCE OPERATIONS**

# DETERMINATION OF UNEMPLOYMENT COMPENSATION BENEFITS

JFS-83000 11/01/2017

| Claimant's Name | | Claimant ID | Social Security Number | Determination Identification Number |
|---|---|---|---|---|
| TAMARA L. SOBOLEWSKI | | 919706 | ████-0404 | 238949417-1 |

| Benefit Year Beginning Date | Benefit Year Ending Date | Application Date | Date Issued |
|---|---|---|---|
| 03/01/2020 | 02/27/2021 | 03/06/2020 | 10/20/2022 |

TAMARA L. SOBOLEWSKI
1002 DAKOTA AVE
LORAIN, OH 44052-2770

ODJFS Office

Cleveland Adjudication Center
PO Box 182212
Columbus, OH 43218-2212

Phone: (877) 644-6562
Fax: (614) 466-7449



## THIS NOTICE IS A DETERMINATION ON ELIGIBILITY FOR UNEMPLOYMENT BENEFITS, ISSUED IN ACCORDANCE WITH THE PROVISIONS OF SECTIONS 4141.28(D) & (E), OHIO REVISED CODE

The agency has determined that the overpayment was the fault of the claimant. The overpayment waiver request in determination ID 234729818-1 is denied. This determination only pertains to waiving of the overpayment and does not change the facts of the original determination.

**APPEAL RIGHTS:** If you do not agree with this determination, you may file an appeal by mail or fax to the ODJFS office provided. You may also file an appeal online at https://unemployment.ohio.gov. The appeal should include the determination ID number, name, claimant's social security number, and any additional facts and/or documentation to support the appeal. **TO BE TIMELY, YOUR APPEAL MUST BE RECEIVED/POSTMARKED NO LATER THAN 11/10/2022** (21 calendar days after the 'Date Issued'). If the 21st day falls on a Saturday, Sunday, or legal holiday, your deadline has already been extended to include the next scheduled work day. If you do not file your appeal within the 21-day calendar period, include a statement with the date you received the determination and your reason for filing late. If your appeal is late due to a physical or mental condition, provide certified medical evidence that your condition prevented you from filing within the 21-day period. In order for your appeal to be considered timely, it must be received/postmarked no later than 21 calendar days after the ending date of the physical or mental condition. **If unemployed,** claimants should continue to file weekly claims for benefits while the determination is under appeal by visiting the agency's website at https://unemployment.ohio.gov or call the ODJFS office listed above. For additional information, claimants may review the **Worker's Guide to Unemployment Compensation.**

Si usted no puede leer esto, llame por favor a 1-877-644-6562 para una traduccion.

A1002D292B0103S0101 0G

7/29/23, 12:09 PM                    Congrats on your first deliveries!

## Congrats on your first deliveries!

From:  Amazon Flex (amazonflex@amazon.com)

To:      tamso1970@yahoo.com

Date:  Friday, October 28, 2022 at 12:46 PM EDT



# Congratulations on completing your first deliveries.

You did it. Your first delivery block is in the books.

To see how much you earned, tap 'Earnings' from the menu in the Amazon Flex app. Earnings are typically paid on Tuesdays and Fridays.

Congrats on your first deliveries!

Ready to earn more? Check the app regularly for new blocks.

**QUESTIONS?**

You can contact Support through the app.



Driven Together.

SITE TERMS | PRIVACY POLICY © 2021, Amazon.com, Inc. or its affiliates

# Amended auto policy declarations

Your policy effective date is October 31, 2022



Information as of December 2, 2022

## Total Premium for the Policy Period

Please review your insured vehicles and verify their VINs are correct.

| Vehicles covered | Identification Number (VIN) | Premium |
|---|---|---|
| 2017 Ford Truck Escape | 1FMCU9GD6HUD73770 | $462.07 |
| 2008 Ford Truck Escape | 1FMCU49H88KB34431 | 274.72 |
| Additional coverages | | 122.46 |
| **Total*** | | **$859.25** |

*\* Your bill will be mailed separately. Before making a payment, please refer to your latest bill, which includes payment options and installment fee information. If you do not pay in full, you will be charged an installment fee(s).*

## Discounts (included in your total premium)

| Passive Restraint | $10.69 | Multiple Policy | $118.13 |
|---|---|---|---|
| Antilock Brakes | $69.89 | Home Ownership | $31.14 |
| Good Payer | $27.99 | Performance | $37.66 |
| Future Effective Date | $37.66 | Northbrook Easy Pay Plan | $40.10 |
| **Total discounts** | | | **$373.26** |

### Discounts per vehicle

| **2017 Ford Truck Escape** | | | **$243.47** |
|---|---|---|---|
| Passive Restraint | $5.62 | Multiple Policy | $78.87 |
| Antilock Brakes | $43.03 | Home Ownership | $20.26 |
| Good Payer | $20.52 | Performance | $24.31 |
| Future Effective Date | $24.32 | Northbrook Easy Pay Plan | $26.54 |
| **2008 Ford Truck Escape** | | | **$129.79** |
| Multiple Policy | $39.26 | Antilock Brakes | $26.86 |
| Home Ownership | $10.88 | Good Payer | $7.47 |
| Performance | $13.35 | Future Effective Date | $13.34 |
| Northbrook Easy Pay Plan | $13.56 | Passive Restraint | $5.07 |

## Summary

Named Insured(s)
**Tamara Sobolewski**
Mailing address
**1002 Dakota Avenue**
**Lorain OH 44052-2770**
Policy number
~~████████~~

Your policy provided by
**Allstate Northbrook Indemnity Company**
Policy period
Beginning **October 31, 2022** through **April 30, 2023** at 12:01 a.m. standard time
Your policy changes are effective
**December 3, 2022**
Your Allstate agency is
**Johnson & Associate**
2121 E Market St
Akron OH 44312-1115
(330) 794-2211
MRJOHNSON@allstate.com

**Some or all of the information on your Policy Declarations is used in the rating of your policy or it could affect your eligibility for certain coverages. Please notify us immediately if you believe that any information on your Policy Declarations is incorrect. We will make corrections once you have notified us, and any resulting rate adjustments, will be made only for the current policy period or for future policy periods. Please also notify us immediately if you believe any coverages are not listed or are inaccurately listed.**

OH019AMD



Amended auto policy declarations

Policy number: ▮▮▮▮▮▮▮

Policy effective date:   October 31, 2022

### Listed drivers on your policy*

**Tamara Sobolewski**

**Jonathan Sobolewski**

*Are there licensed drivers <u>not listed above</u> who either reside in your household (even if temporarily away from home) or are guests staying in your home for an extended period? If so, please contact us so your policy information and coverage is up to date. There are circumstances under which a loss may not be covered by this policy because the auto was being operated by someone residing at your house who is not listed on the policy. Additional detail about how we treat undisclosed drivers can be found in your policy.*

### Excluded drivers from your policy

None

OH019AMD

X21019 034
22I203A003415
AUTR07OH20221203083058301A-000045-003-0-00-00

Amended auto policy declarations
Policy number: 
Policy effective date:    October 31, 2022

Page **3** of 4

 **Allstate.**

## Coverage detail for 2017 Ford Truck Escape

| Coverage | Limits | Deductible | Premium |
|---|---|---|---|
| Automobile Liability Insurance | | | |
| • Bodily Injury | $50,000 each person $100,000 each occurrence | Not applicable | $96.08 |
| • Property Damage | $100,000 each occurrence | Not applicable | $111.04 |
| Auto Collision Insurance | Actual cash value | $1,000 | $180.08 |
| Auto Comprehensive Insurance | Actual cash value | $500 | $61.77 |
| Roadside Coverage | Not purchased* | | |
| Transportation Expense | Not purchased* | | |
| Automobile Medical Payments | $5,000 each person | Not applicable | $13.10 |
| Portable Electronics and Media | Not purchased* | | |
| Sound System | Not purchased* | | |
| **Total premium for 2017 Ford Truck Escape** | | | **$462.07** |

**\* This coverage can provide you with valuable protection.  To help you stay
current with your insurance needs, contact your Allstate agent to discuss
coverage options and other products and services that can help protect
you.**

**VIN** 1FMCU9GD6HUD73770

**Rating information**
• This vehicle is driven over 7,500 miles per year, unmarried driver age 52

**Lienholder**
Associated Bank

**Residence information**
• Owns residence

## Coverage detail for 2008 Ford Truck Escape

| Coverage | Limits | Deductible | Premium |
|---|---|---|---|
| Automobile Liability Insurance | | | |
| • Bodily Injury | $50,000 each person $100,000 each occurrence | Not applicable | $108.59 |
| • Property Damage | $100,000 each occurrence | Not applicable | $133.27 |
| Auto Collision Insurance | Not purchased* | | |
| Auto Comprehensive Insurance | Not purchased* | | |
| Roadside Coverage | Not purchased* | | |
| Transportation Expense | Not purchased* | | |
| Uninsured Motorists Insurance | | | |
| • Property Damage | $25,000 each accident | $250 | $21.04 |
| Automobile Medical Payments | $5,000 each person | Not applicable | $11.82 |
| Portable Electronics and Media | Not purchased* | | |

*(continued)*



OH019AMD

Amended auto policy declarations
Policy number: ████████
Policy effective date: October 31, 2022

| Coverage | Limits | Deductible | Premium |
|----------|--------|------------|---------|
| Sound System | Not purchased* | | |
| **Total premium for 2008 Ford Truck Escape** | | | **$274.72** |

\* **This coverage can provide you with valuable protection. To help you stay current with your insurance needs, contact your Allstate agent to discuss coverage options and other products and services that can help protect you.**

**VIN** 1FMCU49H88KB34431

**Residence information**
• Owns residence

**Rating information**
▪ This vehicle is driven over 7,500 miles per year, for pleasure, unmarried male age 29

## Additional coverage

The following policy coverage is also provided.

| Coverage | Limits | Deductible | Premium |
|----------|--------|------------|---------|
| Uninsured Motorists Insurance for Bodily Injury | $50,000 each person $100,000 each accident | Not applicable | $122.46 |
| **Total** | | | **$122.46** |

## Your policy documents

Your automobile policy consists of this Policy Declarations and the documents in the following list. Please keep these together.

▪ Allstate Auto Policy – ACR65
▪ Ohio Uninsured and Underinsured Motorists Insurance – ACR58-1

• Ohio Amendatory Endorsement – ACR60

## Important payment and coverage information

Here is some additional, helpful information related to your coverage and paying your bill:

▶ Your rate is lower because you are insuring multiple cars.

**Allstate Northbrook Indemnity Company's** Secretary and President have signed this policy with legal authority at Northbrook, Illinois.

*Phil Telgenhoff*

Phil Telgenhoff
President

*Susan L Lees*

Susan L. Lees
Secretary

OH019AMD

X21019 034
221203A00341S
AUTR07OH20221203030580IA-000045-004-0-00-00

12/26/22, 12:25 PM                                    (275 unread) - tamso1970@yahoo.com - Yahoo Mail

## Appointment Invitation - Amotec Interview with Daren

From:  Gianna Izzo (gizzo@amotecinc.com)

Date:  Friday, December 9, 2022 at 03:29 PM EST

We look forward to your interview with Amotec!  Below is all the information you need to get registered with us.

Interview Date: 12/12/2022
Interview Time: 10:00am
Location: 5276 Detroit Rd. Sheffield Village, OH 44035
Google Map: <u>Directions to Office</u>
Ask For: Daren
Bring with you:  Proper identification for Homeland Security.

Prior to coming in please complete your electronic application which will be sent to you in a separate email and take you about 15-20 minutes.

The interview process at Amotec should take approximately 30-45 min.  We ask that you please wear a mask and do not bring any guest or children.

Regards,

Your Amotec Team

 Untitled
1.2kB

## EmployStream eDocs from Amotec Inc. Complete

From:  Amotec Inc. via Able (alerts@ableteams.com)

To:     tamso1970@yahoo.com

Date:  Monday, December 12, 2022 at 10:26 AM EST

# AMOTEC INC.

## eDocs Complete

Hi Tamara Sobolewski,

Thank you for Signing your eDocs for Amotec Inc.

The content of this message is private and intended for Tamara Sobolewski only.
Copyright © 2022 Able, All rights reserved.

Form **1040**  Department of the Treasury—Internal Revenue Service
**U.S. Individual Income Tax Return**  **2022**  OMB No. 1545-0074  IRS Use Only—Do not write or staple in this space.

**Filing Status** [X] Single  [ ] Married filing jointly  [ ] Married filing separately (MFS)  [ ] Head of household (HOH)  [ ] Qualifying surviving spouse (QSS)

Check only one box.  If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QSS box, enter the child's name if the qualifying person is a child but not your dependent.

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| TAMARA L | SOBOLEWSKI | ▉▉▉-▉▉-0404 |
| If joint return, spouse's first name and middle initial | Last name | Spouse's social security number |
| | | |

| Home address (number and street). If you have a P.O. box, see instructions. | Apt. no. | **Presidential Election Campaign** |
|---|---|---|
| 1002 DAKOTA AVE | | Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. |

| City, town, or post office. If you have a foreign address, also complete spaces below. | State | ZIP code |
|---|---|---|
| LORAIN | OH | 44052 |

| Foreign country name | Foreign province/state/county | Foreign postal code | [ ] You  [ ] Spouse |
|---|---|---|---|

**Digital Assets**  At any time during 2022, did you: (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, gift, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? (See instructions.)  [ ] Yes  [X] No

**Standard Deduction**  Someone can claim:  [ ] You as a dependent  [ ] Your spouse as a dependent
[ ] Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness** You:  [ ] Were born before January 2, 1958  [ ] Are blind  Spouse:  [ ] Was born before January 2, 1958  [ ] Is blind

**Dependents** (see instructions):

| (1) First name  Last name | (2) Social security number | (3) Relationship to you | (4) Check the box if qualifies for (see instructions): Child tax credit | Credit for other dependents |
|---|---|---|---|---|
| JONATHAN P SOBOLEWSKI | ▉▉▉-▉▉-7718 | SON | [ ] | [X] |
| | | | [ ] | [ ] |
| | | | [ ] | [ ] |
| | | | [ ] | [ ] |

If more than four dependents, see instructions and check here [ ].

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a Form W-2, see instructions.

| | | | |
|---|---|---|---:|
| 1a | Total amount from Form(s) W-2, box 1 (see instructions) | 1a | 101 |
| b | Household employee wages not reported on Form(s) W-2 | 1b | |
| c | Tip income not reported on line 1a (see instructions) | 1c | |
| d | Medicaid waiver payments not reported on Form(s) W-2 (see instructions) | 1d | |
| e | Taxable dependent care benefits from Form 2441, line 26 | 1e | |
| f | Employer-provided adoption benefits from Form 8839, line 29 | 1f | |
| g | Wages from Form 8919, line 6 | 1g | |
| h | Other earned income (see instructions) | 1h | |
| i | Nontaxable combat pay election (see instructions) | 1i | |
| z | Add lines 1a through 1h | 1z | 101 |

Attach Sch. B if required.

| | | | | | | |
|---|---|---:|---|---|---:|---:|
| 2a | Tax-exempt interest | 2a | | b Taxable interest | 2b | |
| 3a | Qualified dividends | 3a | | b Ordinary dividends | 3b | |
| 4a | IRA distributions | 4a | | b Taxable amount | 4b | 49335 |
| 5a | Pensions and annuities | 5a | | b Taxable amount | 5b | |
| 6a | Social security benefits | 6a | | b Taxable amount | 6b | |
| c | If you elect to use the lump-sum election method, check here (see instructions) [ ] | | | | | |
| 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here [ ] | | | | 7 | |

**Standard Deduction for—**
- Single or Married filing separately, $12,950
- Married filing jointly or Qualifying surviving spouse, $25,900
- Head of household, $19,400
- If you checked any box under Standard Deduction, see instructions.

| | | | |
|---|---|---|---:|
| 8 | Other income from Schedule 1, line 10 | 8 | 5304 |
| 9 | Add lines 1z, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** | 9 | 54740 |
| 10 | Adjustments to income from Schedule 1, line 26 | 10 | 375 |
| 11 | Subtract line 10 from line 9. This is your **adjusted gross income** | 11 | 54365 |
| 12 | Standard deduction or itemized deductions (from Schedule A) | 12 | 12950 |
| 13 | Qualified business income deduction from Form 8995 or Form 8995-A | 13 | 986 |
| 14 | Add lines 12 and 13 | 14 | 13936 |
| 15 | Subtract line 14 from line 11. If zero or less, enter -0-. This is your **taxable income** | 15 | 40429 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.  Form **1040** (2022)

QNA

SOBOLEWSKI

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

Form 1040 (2022)

Page 2

| Tax and Credits | 16 | Tax (see instructions). Check if any from Form(s): 1 ☐ 8814  2 ☐ 4972  3 ☐ _____ | | 16 | 4646 |
|---|---|---|---|---|---|
| | 17 | Amount from Schedule 2, line 3 | | 17 | |
| | 18 | Add lines 16 and 17 | | 18 | 4646 |
| | 19 | Child tax credit or credit for other dependents from Schedule 8812 | | 19 | 500 |
| | 20 | Amount from Schedule 3, line 8 | | 20 | |
| | 21 | Add lines 19 and 20 | | 21 | 500 |
| | 22 | Subtract line 21 from line 18. If zero or less, enter -0- | | 22 | 4146 |
| | 23 | Other taxes, including self-employment tax, from Schedule 2, line 21 | | 23 | 5683 |
| | 24 | Add lines 22 and 23. This is your **total tax** | | 24 | 9829 |
| Payments | 25 | Federal income tax withheld from: | | | |
| | a | Form(s) W-2 | 25a | | |
| | b | Form(s) 1099 | 25b | 9867 | |
| | c | Other forms (see instructions) | 25c | | |
| | d | Add lines 25a through 25c | | 25d | 9867 |
| | 26 | 2022 estimated tax payments and amount applied from 2021 return | | 26 | |
| If you have a qualifying child, attach Sch. EIC. | 27 | Earned income credit (EIC) | 27 | | |
| | 28 | Additional child tax credit from Schedule 8812 | 28 | | |
| | 29 | American opportunity credit from Form 8863, line 8 | 29 | | |
| | 30 | Reserved for future use | 30 | | |
| | 31 | Amount from Schedule 3, line 15 | 31 | | |
| | 32 | Add lines 27, 28, 29, and 31. These are your **total other payments and refundable credits** | | 32 | |
| | 33 | Add lines 25d, 26, and 32. These are your **total payments** | | 33 | 9867 |
| Refund | 34 | If line 33 is more than line 24, subtract line 24 from line 33. This is the amount you **overpaid** | | 34 | 38 |
| | 35a | Amount of line 34 you want **refunded to you.** If Form 8888 is attached, check here ☐ | | 35a | 38 |
| Direct deposit? See instructions. | b | Routing number ████████  c Type: ☒ Checking ☐ Savings | | | |
| | d | Account number ████████ | | | |
| | 36 | Amount of line 34 you want applied to your 2023 estimated tax | 36 | | |
| Amount You Owe | 37 | Subtract line 33 from line 24. This is the **amount you owe.** For details on how to pay, go to www.irs.gov/Payments or see instructions | | 37 | |
| | 38 | Estimated tax penalty (see instructions) | 38 | | |

| Third Party Designee | Do you want to allow another person to discuss this return with the IRS? See instructions | ☐ Yes. Complete below.  ☒ No |
|---|---|---|

Designee's name _____  Phone no. _____  Personal identification number (PIN) _____

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature _____  Date 04/11/23  Your occupation AGENT  If the IRS sent you an Identity Protection PIN, enter it here (see inst.) _____

Joint return? See instructions. Keep a copy for your records.

Spouse's signature. If a joint return, **both** must sign. Date _____  Spouse's occupation _____  If the IRS sent your spouse an Identity Protection PIN, enter it here (see inst.) _____

Phone no. (440) 452-1982  Email address _____

**Paid Preparer Use Only**

| Preparer's name | Preparer's signature | Date 04/11/23 | PTIN S44051716 | Check if: ☐ Self-employed |
|---|---|---|---|---|

Firm's name FIRST CHURCH IN OBERLIN UCC  Phone no. 440-775-1594
Firm's address 106 N MAIN ST OBERLIN OH 44074  Firm's EIN

Go to www.irs.gov/Form1040 for instructions and the latest information.

Form **1040** (2022)

QNA



# Cleveland Division of Police
## Detail

| | |
|---|---|
| **Print Date/Time:** 02/15/2023 09:32 | Cleveland Division of Police |
| **Login ID:** vecchios | **ORI Number:** OHCLP0000 |
| **Case Number:** 2023-00029484 | |

**Seq #** 1

Tag Number: | Item Number:
**Property Codes:** | **Property Type:** Automobile | **Property Class:** Automobile | **Date Received:** 01/29/2023
Stolen | UCR Value: | **Initial Value:** $1.00 | **Stolen Location:** Street/Highway
Quantity: | Unit of Measure: | Measurement Source:
Description: | | Officer Remarks: | Style Desc:
**Make:** Ford | **Model:** ESCAPE | **Style:** Carry-all Truck | **Color:** Tan
**Year:** 2017 | OAN: | **Serial #:** MTR M |
Condition: | **Reg. Type:** Passenger Car | **Reg. ORI:** OHCLP0000 | **Reg. Number:** MTR
**Reg. State:** OH | Reg. Year: | Reg. Date: | **Reg. Expiration:** 09/14/2023

**Recovery Information**

Location: | Date: | Code: | Value:
RFOJ?: | ORI: | Recovered Address:

**Associated Subjects**

| Type | Name | Address | Phone | Notified How | Date |
|---|---|---|---|---|---|
| Owner | SOBOLEWSKI, TAMARA L | 1002 DAKOTA AVE LORAIN, OH 44052 | TELEPHONE | | |

Insurance Company: | Policy Number: | Lein Holder:

## Vehicles

| No. | Role | Vehicle Type | Year | Make | Model | Color | License Plate | State |
|---|---|---|---|---|---|---|---|---|

**Routing:**
- ☐ Detective Bureau
- ☐ Sex Crimes
- ☐ Homicide
- ☐ Prosecutor's Office

Page: 5 of 6

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

**OfficerID: BarnesDa, Narrative**

**TITLE TO READ: GTMV**

   On Sunday 1-29-2023, while working z/c 1A26, in company with P.O. Jones #210, we received a radio assignment to respond to the location of W.93rd St and Williard, in c/w a vehicle theft.

   Upon arrival we were met by Tamara Sobolewski (Victim), who stated she got out of her vehicle ▮▮▮MTR▮▮▮ to door dash and left the vehicle running. Tamara stated she turned and observed her vehicle being driven away E/B on Williard Ave. Tamara stated her wallet with her state ID, Credit Union Mastercard and Door Dash pay card were all taken with the vehicle. Tamara further stated she has canceled both cards. Tamara stated she did not see who got into her vehicle, therefore no suspect information available at this time.

-Victim given report number and advised
-WCS active
-All channels broadcast made
-Unauthorized Use Statement Attached

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

2/2/23, 8:31 AM                    (595 unread) - tamso1970@yahoo.com - Yahoo Mail

## DoorDash Inquiry

From:  support@doordash.com (support@doordash.com)

To:    tamso1970@yahoo.com

Date:  Wednesday, February 1, 2023 at 12:58 PM EST

Hi Tamara,

My name is Arlette with the Community Response team here at DoorDash. I am following up with you in regards to a report that was escalated to me, I am so sorry to hear of this incident and am glad to hear that you are okay.

We wanted to touch base and let you know that we are standing by and ready to assist Law Enforcement with their investigation. Authorized law enforcement agents using an official government domain may visit doordash.com/lert.

Please keep in mind that DoorDash does not provide Dashers with physical damage insurance. The theft of your vehicle and any damages to your vehicle as a result of the theft is your responsibility and should be addressed directly by your auto insurance carrier. You can find this information in the Independent Contractors Agreement in section "X. Insurance."

Please let us know if you have any questions or concerns, and we would be happy to address them for you.

Your reference number for this contact is 416627305.

Best,

Arlette

Community Response Team

DoorDash Help



-------------- Original Message --------------
**From:** support@doordash.com [support@doordash.com]
**Sent:** 2/1/2023 9:23 AM
**To:** tamso1970@yahoo.com
**Subject:** An Update to Your Support Inquiry

2/2/23, 8:31 AM                                    (595 unread) - tamso1970@yahoo.com - Yahoo Mail

Hi Tamara,

Thank you for reaching out to DoorDash! This is Nemisha with DoorDash Escalated Support.

To help us resolve this issue, we have reached out to our Legal escalations team. As we receive updates, we will be
sure to reach out to you.

If you have additional questions in the meantime, please reply directly to this email. Your reference number for this
request is 416627305.

Best,
Nemisha
Trust & Safety Response Team

DoorDash Help



ref:_00D1aKEiH._5002L1tx6tX:ref



Allstate Northbrook Indemnity Company
PO BOX 660636
DALLAS TX 75266-0636

Information as of February 03, 2023
Claim Number : 0701133605
Insured : TAMARA SOBOLEWSKI
Date of Loss : January 29, 2023
Dedicated Claim Contact : LILLIAN ROSS
Direct Phone : 248-994-9507
For 24/7 info, visit : MyClaim.com

ᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵ
TAMARA SOBOLEWSKI
1002 DAKOTA AVE
LORAIN OH 440522770

To : TAMARA SOBOLEWSKI

We appreciate the time you've spent assisting us with your claim.  We have carefully examined the circumstances surrounding this loss and believe, at this time, we have sufficient information to make a decision regarding your claim.

There is no coverage available for the loss that occurred on January 29, 2023.  As a result, we will not be able to make any payment for the following reasons:  Coverage Issue: Delivery Exclusion

Source: Next Gen Notes

Facts: Per file notes, insured was using the vehicle for Door Dash when the loss occurred.

Per the policy:

Exclusions—What Is Not Covered

We will not cover:

2. loss arising out of the use of: a) an insured auto while used to carry persons, products or property

for any form of compensation, including but not limited to fees, delivery charges or wages generally; or

b) any auto an insured person is driving while available for hire by the public.

This exclusion does not apply to shared-expense car pools."          .

Please call us at the number below and refer to our claim number if you wish to discuss any aspect of this case, including this letter.

Sincerely,

*LILLIAN ROSS*

LILLIAN ROSS
248-994-9507
Allstate Northbrook Indemnity Company

GEND003                          0701133605 OLR

# CLEVELAND POLICE DEPARTMENT

## *VEHICLE RELEASE CERTIFICATE*

License Plate # _____     Vehicle Make  _Ford_

Tow Company _St. Clair_     VIU #  _23-4737_

Date Towed _3.17.23_     Date Released _3.18.23_

Reason for Tow _Stolen Rec_     Lot # _6_

Parking Ticket # _____

**********************************************************************

Title # _Reg # 8842991cf_     VIN  _UD73770_

Driver's License # _RF732159_     Soc Sec # _____

Released To (Name)  _Tamara L. Sobolewski_     → PRINT HERE

Released To (Signature)  _Tamara Sobolewski_     SIGN HERE

Tow Fee   _50.00_

Storage   _18.00_     ___ Cash   ___ Money Order   ___ Credit   ___ Check

Impound   _10.00_     CLERK'S RELEASE STAMP

Labor   _____

Tax   _1.44_     Dolly Flatbed Other     **PAID**
                                        MAR. 1 8 2023
Total   _79.44_     **PVB**

Ticket Am.   _____

Total Due   _____     Released by _____

***No vehicle shall be released pursuant to 459.08(b) unless the person claiming ownership or lawful possession pays all parking and photo infractions owed by the person claiming the vehicle and all parking and photo infractions committed with any vehicle that had the same license plate number as the vehicle claimed.***

***If the above vehicle is not picked up on the day of the release date, additional storage may be charged in accordance with the above listed storage rates. Vehicles picked up within 10 days may be disposed of according to code.***

**OHIO DEPARTMENT OF JOB AND FAMILY SERVICES**

**OFFICE OF UNEMPLOYMENT INSURANCE OPERATIONS**

## DETERMINATION OF UNEMPLOYMENT COMPENSATION BENEFITS

JFS-83000 11/10/2016

| Claimant's Name<br>TAMARA L. SOBOLEWSKI | Claimant ID<br>919706 | Social Security Number<br>█████0404 | Determination Identification Number<br>239324076-1 |
|---|---|---|---|
| Benefit Year Beginning Date<br>03/12/2023 | Benefit Year Ending Date<br>03/09/2024 | Application Date<br>03/14/2023 | Date Issued<br>03/24/2023 |

| | ODJFS Office |
|---|---|
| TAMARA L. SOBOLEWSKI<br>1002 DAKOTA AVE<br>LORAIN, OH 44052-2770 | Cleveland  Adjudication Center<br>PO Box 182212<br>Columbus, OH 43218-2212<br><br>Phone:  (877) 644-6562<br>Fax:  (614) 466-7449 |

**THIS NOTICE IS A DETERMINATION OF AN INITIAL APPLICATION FOR UNEMPLOYMENT BENEFITS, ISSUED IN ACCORDANCE WITH THE PROVISIONS OF SECTIONS 4141.28(D) & (E), OHIO REVISED CODE**



A1002D082B0178141010G

The Ohio Department of Job and Family Services has DISALLOWED the claimant's application for unemployment compensation benefits dated 03/14/2023. The claimant did not have  at least twenty qualifying weeks of employment that was subject to an unemployment compensation law or did not earn an average weekly wage of at least $315 before taxes during the base period 01/01/2022 to 12/31/2022, as required by Section 4141.01(R)(1) of the Ohio Revised Code.This decision is related to qualification for regular UC benefits.

**APPEAL RIGHTS:** If you do not agree with this determination, you may file an appeal. For faster service, please log into your unemployment account at https://unemployment.ohio.gov and navigate to your correspondence. Select the correspondence/determination number you wish to appeal. Select 'File Appeal'.  Filing online is convenient, secure and ensures timely receipt of your appeal.  You may also file an appeal by email at UI_Respond@jfs.ohio.gov or by Fax at 1-614-466-7449. If using email and/or fax, the appeal documentation should include the determination ID#, claimant's name, last four (4) of claimant's SSN, claimant ID#, and any additional facts and/or documentation to support the appeal.  **TO BE TIMELY, YOUR APPEAL MUST BE RECEIVED/POSTMARKED NO LATER THAN 04/14/2023** (21 calendar days after the 'Date Issued').  If the 21st day falls on a Saturday, Sunday, or legal holiday, your deadline has already been extended to include the next scheduled work day.  If you do not file your appeal within the 21-day calendar period, include a statement with the date you received the determination and your reason for filing late.  If your appeal is late due to a physical or mental condition, provide certified medical evidence that your condition prevented you from filing within the 21-day period.  In order for your appeal to be considered timely, it must be received/postmarked no later than 21 calendar days after the ending date of the physical or mental condition. **If unemployed,** claimants should continue to file weekly claims for benefits while the determination is under appeal by visiting the agency's website at https://unemployment.ohio.gov or call the ODJFS office listed above.   For additional information, claimants may review the **Worker's Guide to Unemployment Compensation.**

Si usted no puede leer esto, llame por favor a 1-877-644-6562 para una traduccion.



BOB GILLINGHAM FORD, INC
8383 BROOKPARK ROAD
PARMA, OHIO 44129
216-398-1300
BOBGILLINGHAMFORD.COM

47039

| TAMARA LYNN SOBOLEWSKI | VEHICLE ID | | MILES IN | MILES OUT | DATE/TIME IN | DATE OUT | INVOICE NO. |
|---|---|---|---|---|---|---|---|
| 1002 DAKOTA AVENUE | **1FMCU9GD6HUD73770** | | 59124 | 59124 | 03/20/23 11:33 | 03/23/23 | **47039** |
| LORAIN, OH 44052 | VEHICLE DESCRIPTION | | | | | TAG NO. | STATUS |
| TAMSO1970@YAHOO.COM | 2017 FORD ESCAPE SE | | | | | **06144** | **PARTIAL-COMPLETE-P** |

| CONTROL NO. | LICENSE PLATE NO. | CUST. LABOR RATE | PROD. DATE | IN-SERV DATE | DELIV. DATE | DELIV. MILES | TERMS |
|---|---|---|---|---|---|---|---|
| 092096 | GND7387 | | | 05/17/17 | | | Cash |

| CELL | PHONE 2 | PHONE 3 | STOCK NO. | SERV. ADV. | RO COMMENT |
|---|---|---|---|---|---|
| (440) 452-1982 | | | | WILL MONSKE  (230) | |

| Line | Op-Code | Fail Code | Tech | Hours | Type | Amount |
|---|---|---|---|---|---|---|
| **A** | 22S43 | | A93 | | Warranty | |

Concern    Campaign number: 22S43 TRANSMISSION SHIFTER CABLE BUSHING
Correction Campaign number: 22S43 TRANSMISSION SHIFTER CABLE BUSHING

| Part Number | Description | Qty. |
|---|---|---|
| SHIFT | SHIFTER CABLE BUSHING | 1 |
| DG9Z 7S004 A | CAP | 1 |
| KV6Z 7K340 A | BUSHING | 1 |

| Line | Op-Code | Fail Code | Tech | Hours | Type | Amount |
|---|---|---|---|---|---|---|
| **B** | PATS | | A93 | | Customer | $150.00 |

Concern    C.S. VEHICLE WAS STOLEN AND RECOVERED.  NEEDS TWO NEW KEYS ,
                PATS KEYS WITH FOBS BUILT IN THE HEAD OF THEM.
Cause      LOST KEYS
Correction CUT AND PROGRAM TWO NEW PATS KEYS TO VEHICLE

| Part Number | Description | Qty. | Unit Price | Ext. Price |
|---|---|---|---|---|
| CKE-2175563 | KEY | 2 | $125.30 | $250.60 |
| | | | Parts Total... | $250.60 |
| | | | Line Total... | $400.60 |

| Line | Op-Code | Fail Code | Tech | Hours | Type | Amount |
|---|---|---|---|---|---|---|
| **C +** | PLUG | | A93 | | Customer | $0.00 |

Concern    C.S VEHICLE TIRE IS FLAT PLEASE ADVISE
Cause      RIM / TIRE DAMAGED
Correction RECON WHEEL (LKQ) TIRE/CAP/ TPMS SENSOR $520
                NEW WHEEL $1160

| | Line Total... | $0.00 |
|---|---|---|

Warranty Claim Type: F    Authorization Code:              Service Cont No:

INVOICE                              CUSTOMER COPY                          Page 1 of 2

| TAMARA LYNN SOBOLEWSKI | | VEHICLE ID | | MILES IN | MILES OUT | DATE/TIME IN | DATE OUT | INVOICE NO. |
|---|---|---|---|---|---|---|---|---|
| 1002 DAKOTA AVENUE | | **1FMCU9GD6HUD73770** | | 59124 | 59124 | 03/20/23 11:33 | 03/23/23 | **47039** |
| LORAIN, OH 44052 | | VEHICLE DESCRIPTION | | | | TAG NO. | | STATUS |
| TAMSO1970@YAHOO.COM | | 2017 FORD ESCAPE SE | | | | **06144** | | **PARTIAL-COMPLETE-P** |

| CONTROL NO. | LICENSE PLATE NO. | CUST. LABOR RATE | PROD. DATE | IN-SERV DATE | DELIV. DATE | DELIV. MILES | TERMS |
|---|---|---|---|---|---|---|---|
| 092096 | GND7387 | | | 05/17/17 | | | Cash |

| CELL | PHONE 2 | PHONE 3 | STOCK NO. | SERV. ADV. | RO COMMENT |
|---|---|---|---|---|---|
| (440) 452-1982 | | | | WILL MONSKE  (230) | |

## Customer Totals

| Charge Description | Amount |
|---|---|
| Labor | **$150.00** |
| Parts | **$250.60** |
| SalesTax | **$32.05** |
| Total Amount Due | **$432.65** |
| | |
| Amount Due | **$432.65** |

Method of Payment:

[  ] Cash

[  ] Check

[  ] Charge

Date Pd._____ Amt. _____

DISCLAIMER OF WARRANTIES
Any warranties on the products sold hereby are those of the manufacturer. The Seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items. This disclaimer by the dealership in no way affects the terms or performance of this manufacturer's warranty.

X _____

Customer Signature

INVOICE                    CUSTOMER COPY                    Page 2 of 2



Department of the Treasury
Internal Revenue Service
Kansas City, MO 64999-0030

IRS

9307 1107 5620 0980 1924 62

| | WI |
|---|---|
| Notice | CP523 |
| Tax year | 2021 |
| Notice date | April 3, 2023 |
| Taxpayer ID number | XXX-XX-0404 |
| To contact us | Phone 833-678-7020 |
| Your Caller ID | 732315 |
| Page 1 of 7 | |

003058.306944.155121.23570 2 AB 0.507 1389

TAMARA SOBOLEWSKI
1002 DAKOTA AVE
LORAIN OH 44052-2770

003058

*4-9-2023 pay 352.00*

*Confirm# 8511524*

*8:36 pm*

Notice of intent to levy

# Intent to terminate your installment agreement
# Payment Due Immediately $350.00

The monthly payment for your installment agreement is past due. We didn't receive one or more payments from you, as your installment agreement requires. If you don't pay the past due amount or request a Collection Appeals Program hearing within **30 days** from the date of this notice, we will terminate your installment agreement.

## Billing Summary

| | |
|---|---|
| Amount you owed | $6,722.22 |
| Failure-to-pay penalty | 117.72 |
| Interest charges | 331.86 |
| **Total amount due if we terminate your installment agreement and you exhaust your appeal rights** | **$7,171.80** |
| **Past Due Amount Due Immediately (to prevent default of your Installment Agreement)** | **$350.00** |

Continued on back...



IRS

TAMARA SOBOLEWSKI
1002 DAKOTA AVE
LORAIN OH 44052-2770

| Notice | CP523 |
|---|---|
| Notice date | April 3, 2023 |
| Taxpayer ID number | XXX-XX-0404 |

## Payment

- Make your check or money order payable to the "United States Treasury".
- Write your taxpayer identification number (XXX-XX-0404), the tax year (2021), and the form number (1040) on your payment and any correspondence.

**Amount due immediately** | $350.00

INTERNAL REVENUE SERVICE
P.O. BOX 931200
LOUISVILLE, KY 40293-1200

XXXXX0404 OH SOBO 30 0 202112 670 00000717180



| | WI |
|---|---|
| **Notice** | CP523 |
| **Tax year** | 2021 |
| **Notice date** | April 3, 2023 |
| **Taxpayer ID number** | XXX-XX-0404 |
| **Page 2 of 7** | |

Notice of intent to levy: Intent to terminate your installment agreement—**continued**

In addition, this notice is your notice of intent to levy. If we terminate your installment agreement and you exhaust your right to appeal the termination, then we may seek to collect the total amount of your unpaid liability, which includes any taxes, penalties, and interest, not just the unpaid installment payments.

We may levy (seize) your state income tax refund or other property or rights to property and apply the proceeds to the total amount of your unpaid liability.

**What you need to do immediately**

**If you agree but can't pay the past due amount and you're not working with an IRS representative**

- Pay the past due amount or we will terminate your installment agreement under Internal Revenue Code Section 6159(b) and after you exhaust your appeal rights the full amount you owe will be due.
- Pay online or mail a check or money order with the attached payment stub.  **You can pay online now at irs.gov/payments.**
- When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction.  When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.
- You will receive this notice for each tax period that you owe however, the amount due to reinstate your installment agreement must be paid only one time to prevent default.



## Ohio Unemployment Benefit Accuracy Measurement Inspection - SOBOLEWSKI

From:  Jennifer.Essinger@jfs.ohio.gov (jennifer.essinger@jfs.ohio.gov)

To:     tamso1970@yahoo.com

Cc:     jennifer.essinger@jfs.ohio.gov

Date:  Monday, April 10, 2023 at 04:56 PM EDT

Good afternoon Tamara,

The U.S. Department of Labor requires the Ohio Department of Job and Family Services to conduct a **Benefit Accuracy Measurement** inspection of unemployment claims. Your claim has been randomly selected for review. The inspection will determine if the denial of your benefits was made following Ohio's unemployment compensation laws and policies.

**Please complete, sign, and return the attached questionnaire by April 18, 2023.**

If you are unable to return the completed questionnaire by this date, I will call you to complete the interview by phone at **10:00 a.m. on Tuesday, April 18, 2023**.
*Please note that my call will be coming from 877-644-6562.*

Please reply to this email if you have questions about the attached questionnaire or this audit.

Thank you for your time,
**Jennifer Essinger**
Benefit Accuracy Measurement Auditor
Office of Unemployment Insurance Operations Integrity and Review
Ohio Department of Job and Family Services
Phone: (440) 244-7810 * Fax: (614) 995-1311

 **Ohio** | Department of
Job and Family Services

**REF: 202314-3**

This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain private, confidential, and/or privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, employee, or agent responsible for delivering this message, please contact the sender by reply e-mail and destroy all copies of the original e-mail message.

 Claimant 1st Contact_Email.pdf
756kB

**OHIO DEPARTMENT OF JOB AND FAMILY SERVICES**

**OFFICE OF UNEMPLOYMENT INSURANCE OPERATIONS**

**DETERMINATION OF UNEMPLOYMENT COMPENSATION BENEFITS**

JFS-83000 11/10/2016

| Claimant's Name | | Claimant ID | Social Security Number | Determination Identification Number |
|---|---|---|---|---|
| TAMARA L. SOBOLEWSKI | | 919706 | XXX-XX-0404 | 239713517-1 |

| Benefit Year Beginning Date | Benefit Year Ending Date | | Application Date | Date Issued |
|---|---|---|---|---|
| 06/11/2023 | 06/08/2024 | | 06/17/2023 | 08/10/2023 |

ODJFS Office

Cleveland Adjudication Center
PO Box 182212
Columbus, OH 43218

TAMARA L. SOBOLEWSKI
1002 DAKOTA AVE
LORAIN, OH 44052

Phone: (877) 644-6562
Fax:    (614) 466-7449

---

**THIS NOTICE IS A DETERMINATION OF AN INITIAL APPLICATION FOR UNEMPLOYMENT BENEFITS, ISSUED IN ACCORDANCE WITH THE PROVISIONS OF SECTIONS 4141.28(D) & (E), OHIO REVISED CODE**



The Ohio Department of Job and Family Services has DISALLOWED the claimant's application for unemployment compensation benefits dated 06/17/2023. The claimant did not have at least twenty qualifying weeks of employment that was subject to an unemployment compensation law or did not earn an average weekly wage of at least $315 before taxes during the base period 04/01/2022 to 03/31/2023, as required by Section 4141.01(R)(1) of the Ohio Revised Code. This decision is related to qualification for regular UC benefits.

---

**APPEAL RIGHTS:** If you do not agree with this determination, you may file an appeal. For faster service, please log into your unemployment account at https://unemployment.ohio.gov and navigate to your correspondence. Select the correspondence/determination number you wish to appeal. Select 'File Appeal'. Filing online is convenient, secure and ensures timely receipt of your appeal. You may also file an appeal by email at UI_Respond@jfs.ohio.gov or by Fax at 1-614-466-7449. If using email and/or fax, the appeal documentation should include the determination ID#, claimant's name, last four (4) of claimant's SSN, claimant ID#, and any additional facts and/or documentation to support the appeal. **TO BE TIMELY, YOUR APPEAL MUST BE RECEIVED/POSTMARKED NO LATER THAN 08/31/2023** (21 calendar days after the 'Date Issued'). If the 21st day falls on a Saturday, Sunday, or legal holiday, your deadline has already been extended to include the next scheduled work day. If you do not file your appeal within the 21-day calendar period, include a statement with the date you received the determination and your reason for filing late. If your appeal is late due to a physical or mental condition, provide certified medical evidence that your condition prevented you from filing within the 21-day period. In order for your appeal to be considered timely, it must be received/postmarked no later than 21 calendar days after the ending date of the physical or mental condition. **If unemployed,** claimants should continue to file weekly claims for benefits while the determination is under appeal by visiting the agency's website at https://unemployment.ohio.gov or call the ODJFS office listed above. For additional information, claimants may review the **Worker's Guide to Unemployment Compensation.**

Si usted no puede leer esto, llame por favor a 1-877-644-6562 para una traduccion.

LORAIN COUNTY DEPARTMENT OF JOB AND FAMILY SERVICES
42485 N RIDGE RD
ELYRIA OH 44035

**Ohio** | Department of
Job and Family Services

**Mailing Date:** 09/25/2023
**Your Case Number:** 7504803
**Your Case Name:** Tamara Sobolewski

TAMARA L SOBOLEWSKI
1002 DAKOTA AVE
LORAIN OH 44052-2770

004414

**Need Help?** 

County: (844) 640-6446, Mon-Fri 7:30am-4:00pm
¿Hablas español? More Languages: (844) 640-6446
Hearing Impaired: 7-1-1

**Important**



> (!) We **DENIED** your Ohio Works First (OWF) Application dated **09/18/2023.**

## More Information About Your Case:

• One or more eligibility requirements for the program have not been met.

**Note:** If you see any incorrect personal information on this notice, please contact your county JFS office within 10 days of the date of this notice and provide corrections. Your benefits may be changed as a result.

*Refer to the last page for more information about OWF policy

| Tamara L. Sobolewski | |
|---|---|
| 1970 - Not Eligible | • All individuals have failed eligibility requirements. Ohio Administrative Code Rule 5101: 1-23-10. |
| **Jonathan Sobolewski** | |
| 1993 - Not Eligible | • All individuals have failed eligibility requirements. Ohio Administrative Code Rule 5101: 1-23-10. |

## Options

If you disagree with any decision that has affected your benefits or eligibility, you have the following options (you may request one or both):

### Appeal This Decision

Ask for a State Hearing by **10/10/2023,** to appeal this decision. More information can be found under the Appeal This Decision section.

### Reapply

You can reapply for benefits at any time in person, online, by mail or fax. More information can be found under the Reapply at Anytime section.



**Auto Finance**

6400 Main Street
Amherst, NY 14221
833-599-2582

Date: November 24, 2023

Tamara L Sobolewski
1002 Dakota Avenue
Lorain, OH 44052

SUBJECT: Sale of Vehicle, Account #0650052660
DATE OF SALE: June 12, 2023

### EXPLANATION OF CALCULATION OF SURPLUS OR DEFICIENCY

We have sold your <2017 Ford Escape>, Vehicle I.D. Number <1FMCU9GD6HUD73770> because you defaulted on your retail installment sale contract.

☑ If this box is checked, the proceeds of the sale did not fully satisfy the amount you owed us and you owe us a deficiency balance, as of the Date of this Notice, of $7,368.83.  If we incur further expenses in connection with the sale, this amount may increase.

☐ If this box is checked, the proceeds of the sale did not fully satisfy the amount you owed us and you do not owe us a deficiency balance, as of the Date of this Notice, of $_____ .

☐ If this box is checked, the proceeds of the sale exceeded the amount you owed us and you are entitled to a surplus of $_____ .  We will send you a check for this amount under separate cover.

Here is how we calculated the deficiency or surplus:

1. Aggregate Unpaid Balance, as of 06/12/2023                    $14,642.99

2. Minus Gross Proceeds from the Sale of the Vehicle            $7,000.00

3. REMAINING BALANCE DUE
   (or surplus if line 2 exceeds line 1)                                $7,642.99

4. Plus Expenses
   a. Repossession Expenses:              $795.00
      i.   ___N/A_____   $0.00
      ii.  ___N/A_____   $0.00
      iii. ___N/A_____   $0.00
      iv.  ___N/A_____   $0.00
      v.   ___N/A_____   $0.00
   b. Storage Expenses:                   $10.00
   c. Sale Preparation Expenses:          $0.00
   d. Sale Processing Expenses:           $0.00

|     |                                              |            |
|-----|----------------------------------------------|------------|
| e.  | Sale Expenses:                               | $757.75    |
| f.  | Attorney Fees:                               | $0.00      |
| g.  | Legal Expenses:                              | $0.00      |
| h.  | Other Expenses                               |            |
|     | (Describe each type of expense):             |            |
|     | ___Late Charges_____                 | $60.00     |
|     | ___N/A_____                   | $0.00      |
|     |                                              |            |
|     | TOTAL EXPENSES                               | $1,622.75  |

5.  Minus Credits and Rebates

|     |                                                            |            |
|-----|------------------------------------------------------------|------------|
| a.  | Vehicle service contract cancellation refund               | $1,821.91  |
| b.  | Collateral protection insurance cancellation refund        | $0.00      |
| c.  | Guaranteed asset protection (GAP) cancellation refund      | $0.00      |
| d.  | Unearned finance charges (interest)                        | $0.00      |
| e.  | Other credits or rebates (describe each type of credit)    |            |
|     | __Vehicle Sale Fee_____                 | $75.00     |
|     | __N/A_____                  | $0.00      |

6.  DEFICIENCY BALANCE DUE (3+4-5)
    (or surplus we owe you)                                        **$7,368.83**

Future debits, credits, charges, including additional credit service charges or interest, rebates, and expenses may affect the amount of the surplus or deficiency. If the balance shown is a deficiency, to learn the updated, exact amount you must pay call us at 833-599-2582. You may pay us the amount due in cash or by money order, certified check or similar instrument. Any credits that are received may be applied to your deficiency balance.

If you want us to send you, in writing, an additional explanation of how we have figured the surplus we owe you or the deficiency balance that you owe us, you may call us at 833-599-2582 or write us at 6400 Main Street, Amherst, NY 14221 and request a written explanation.

If you have any questions on this Notice, please call us at 833-599-2582, 9 a.m. – 3:30 p.m., Monday–Friday EST.

[**If a deficiency the customer does owe:** This is an attempt by a debt collector to collect a debt and any information obtained will be used for that purpose.]

Sincerely,


Associated Bank

Certain collection agency services are provided by ARS Portfolio Services, LLC 6400 Main St, Amherst, NY 14221.

Please see the reverse [or attached] for other important information.

**Important Information**

State law requires that we provide customers with the following information. Please note that this list does not contain a complete list of rights that consumers have under state and federal law.

**Minnesota Residents:**
This collection agency is licensed by the Minnesota Department of Commerce, License Number: _____

**New York City Residents:**
This collection agency is licensed by the New York Department of Consumer Affairs, License Number: _____

**North Carolina Residents:**
This collection agency is licensed by the North Carolina Department of Insurance, Permit Number: _____

**Tennessee Residents:**
This collection agency is licensed by the Tennessee Collection Service Board of the Department of Commerce and Insurance.

**Washington Residents:**
Name and Licensed Address of Licensee:_____.
Name of Original Creditor: _____.

## An AMAZING Opportunity for Modivcare is Avaialble now!

From:  Arise (info@communications.ariseplatform.com)

To:     tamso1970@yahoo.com

Date:  Thursday, March 28, 2024 at 06:01 PM EDT

---

Unsubscribe | Add info@communications.ariseplatform.com to your address book to ensure inbox delivery.



### 🚑 Modivcare is back! 🚑

Hi Tamara,

**Modivcare is open on the portal now!** As you are probably aware, opportunities
are *flying* off the portal quickly...so now's your chance to be a part of this great program!

There's some important information you need to know about servicing this program, so keep
reading.

**Highlights of the Modivcare program:**

- Service Partners will answer calls from customers, assisting them with their
  medical transportation needs
- Great for those with a friendly, caring, and nurturing personality
- Lots of hours available to service
- Quick class, you'll be earning fast
- Enhanced support resources - help when you need it while servicing

**Don't forget to check out the System and Equipment requirements on the
Opportunity Announcement for the Modivcare program** , which outlines a few
additional details your PC needs to service this program. Especially, please note that the
Modivcare program requires more RAM. *For many computers, this is as easy as buying a RAM
stick if additional RAM is needed.*

We can't wait to see you enrolled in this program*...don't delay, it'll be gone before you know
it!

Thank you for using Arise® Platform!

*You will be required to complete a drug screening, which must be received before class starts. The drug
screen specimen is evaluated for the following substances: Amphetamines, Barbiturates, Benzodiazepines,
Cocaine, Methadone, Methaqualone, Opiates, Phencyclidine (PCP), and Propoxyphene.

Take Me to the Portal

View our privacy policy. If you do not wish to receive marketing emails from Arise Virtual Solutions, please click here to **manage your email marketing subscriptions.**

Arise Virtual Solutions Inc. 3450 Lakeside Dr., Ste. 620 Miramar, FL  33027

3/29/2024, 11:00 AM

TO: Tamara Sobolewski
CC: 6037709 Tamara Sobolewski
RE: Modivcare Self-Paced Progress Report

Greetings Independent Business Owner with learner **Tamara Sobolewski**, in the Modivcare course.

We would like to share an updated progress report of **Tamara Sobolewski's** self-paced modules completion with your business. Class each day centers around activities to reinforce what the learner covered in self-paced work the day before. It is imperative that **Tamara Sobolewski** comes to class prepared and ready for the exercises and activities, which includes completing all self-paced modules and assessments. Without completing self-paced assignments on time, **Tamara Sobolewski** will not be prepared to participate in class.

| Date Assigned | Date Due | Module Name | Module Location | Completion Status |
|---|---|---|---|---|
| Prework | Day 1 | Annual Security Course 2023 | Arise LMS | Completed |
| Prework | Day 1 | Commitment Adherence | Arise LMS | 100% |
| Day 1 | Day 2 | Modivcare Call Flow – NT | Arise LMS | 100% |
| Day 2 | Day 3 | 2024 Code of Conduct Policy, Disclosure, & Attestation | Workday | Completed |
| Day 2 | Day 3 | 2024 Interactive Code of Conduct | Workday | Completed |
| Day 2 | Day 3 | 2024 Foreign Corrupt Practices Act | Workday | Completed |
| Day 2 | Day 3 | 2024 HIPAA Privacy & Security | Workday | Completed |
| Day 2 | Day 3 | Modivates Minutes HIPAA Validation | Workday | |

| Day 3 | Day 4 | 2024 Medicare & Medicaid General Compliance and Fraud, Waste & Abuse Training Commission (URAC) Training | Workday | Completed |
|---|---|---|---|---|
| Day 3 | Day 4 | 2024 Utilization Review Accreditation | Workday | Completed |
| Day 4 | Day 5 | 2023 ADA Compliance for Team Members | Workday | |
| Day 4 | Day 5 | Modivates Minutes: SMS Messaging | Workday | Completed |
| Day 5 | Day 6 | Call Simulation - Reservation 1 | Arise LMS | 100% |
| Day 5 | Day 6 | Levels of Service Tutorial | Workday | Completed |
| Day 5 | Day 6 | United Healthcare (UHC) National Medicare Program | Workday | |
| Day 5 | Day 6 | Member Services Website (MSW) Agent Training | Workday | Completed |
| Day 5 | Day 6 | Non Emergency Medical Transportation (NEMT) Training | Workday | |
| Day 6 | Day 7 | Call Simulation - Reservation 2 | Arise LMS | 100% |
| Day 6 | Day 7 | 2023 Workplace Diversity, Sensitivity, and Cultural Awareness | Workday | |

| Day 7 | Day 8 | Call Simulation - Ride 1 | Arise LMS | 100% |
|-------|-------|--------------------------|-----------|------|
| Day 7 | Day 8 | 2023 Preventing Discrimination and Harassment - Team Members | Workday | |
| Day 7 | Day 8 | 2023 Health, Safety, & Welfare Education Training | Workday | |
| Day 7 | Day 8 | Will Call Process – NEMT & Rideshare Trips | Workday | |
| Day 8 | Day 9 | Call Simulation - Ride 2 | Arise LMS | 100% |
| Day 8 | Day 9 | 2023 BPO IT Cybersecurity Awareness | Workday | |
| Day 8 | Day 9 | New Intake Standard Process Program | Workday | |
| Day 8 | Day 9 | Intake Process Assessment | Workday | |
| Day 8 | Day 9 | VA Sentara Community Care Plan Training | Workday | |
| Day 9 | Day 10 | Cancellation Codes' Updates | Workday | |
| Day 9 | Day 10 | 2023 Conflict of Interest | Workday | |
| Day 9 | Day 10 | Modivates Minutes: Multi-Benefit Members | Workday | |
| Day 9 | Day 10 | Modivates Minutes 2024 Eligibility Readiness | Workday | |

| Day 9 | Day 10 | Modivates Minutes: Will Call Activation | Workday | |
| Day 9 | Day 10 | VA Sentara Commercial Plan Training | Workday | |
| Day 9 | Day 10 | Modivates Minutes: Flex Ride Program for Will Call | Workday | |
| Day 10 | Day 11 | Contact Center Complaint Intake Training & Acknowledgement | Workday | |
| Day 10 | Day 11 | United HealthCare Group Retiree Plan | Workday | |
| Day 10 | Day 11 | Updated LCAD Advanced Search Option | Workday | |
| Day 10 | Day 11 | VA Sentara Medicare D-SNP Training | Workday | |
| Day 11 | Day 12 | United Healthcare National Dual Special Needs Plan (UHC DSNP) | Workday | |
| Day 11 | Day 12 | United Healthcare (UHC) Medicare New Grievance Process | Workday | |
| Day 11 | Day 12 | West Virginia Peak Health MCR Training | Workday | |
| Day 13 | Day 14 | Reservation Basics Assessment | Arise LMS | 100% |

Corella Y Beasley
Arise Certified Instructor

## 6037709 Tamara Sobolewski Congratulations!!!

From:  cocobe11e@ariseplatform.com

To:  tamso1970@yahoo.com

Cc:  tamso1970@yahoo.com

Date:  Tuesday, May 28, 2024 at 02:21 PM EDT

Please review the attachment regarding your agent's certification status.

Thank you,
Corella Y Beasley
Arise Certified Instructor
You are receiving this email from a Service Partner providing support regarding your service on the Arise Platform®.
This message contains confidential information and is intended only for the individual named. If you are not the named
addressee, you should not disclose, distribute, or copy this email. Please notify the sender immediately by email if you
have received this email by mistake and delete this email from your system.

 6037709 Tamara Sobolewski Congratulations!!!.pdf
143.3kB



To:  Tamara Sobolewski
Re:  6037709 Tamara Sobolewski

I would like to take the time to thank you for attending the ModivCare
Certification.Congratulations on successfully completing the certification requirements.

Please note: Your QASR will be your point of contact moving forward, and you will continue to
select intervals in Starmatic and service based on your selected time.

If you are having technical issues moving forward, you will need to reach out to Arise Live Support
via AVA on the Arise Portal for assistance.

It has been my pleasure and privilege having you in my class and I wish you nothing but continued
success.

Thank you for your company's service.


Corella Y Beasley
Arise Certified Instructor

| Week of | Jun 30, 2024 |
|---|---|

| | Jun 30 Sunday | Jul 01 Monday | Jul 02 Tuesday | Jul 03 Wednesday | Jul 04 Thursday | Jul 05 Friday | Jul 06 Saturday |
|---|---|---|---|---|---|---|---|
| 12:00 AM | | | | | | | |
| 12:30 AM | | | | | | | |
| 01:00 AM | | | | | | | |
| 01:30 AM | | | | | | | |
| 02:00 AM | | | | | | | |
| 02:30 AM | | | | | | | |
| 03:00 AM | | | | | | | |
| 03:30 AM | | | | | | | |
| 04:00 AM | | | | | | | |
| 04:30 AM | | | | | | | |
| 05:00 AM | | | | | | | |
| 05:30 AM | | | | | | | |
| 06:00 AM | | | | | | | |
| 06:30 AM | | | | | | | |
| 07:00 AM | | | | | | | |
| 07:30 AM | | | | | | | |
| 08:00 AM | | | | | | | |
| 08:30 AM | | | | | | | |
| 09:00 AM | | | | | | | |
| 09:30 AM | | | | | | | |
| 10:00 AM | | MMOD | MMOD | | | MMOD | |
| 10:30 AM | | MMOD | MMOD | | | MMOD | |
| 11:00 AM | | MMOD | MMOD | | | MMOD | |
| 11:30 AM | | MMOD | MMOD | | | MMOD | |
| 12:00 PM | | MMOD | MMOD | | | MMOD | |
| 12:30 PM | | MMOD | | | | | |
| 01:00 PM | | MMOD | | | | | |
| 01:30 PM | | MMOD | | | | | |
| 02:00 PM | | | | | | | |
| 02:30 PM | | | | | | | |
| 03:00 PM | | | | | | | |
| 03:30 PM | | | | | | | |
| 04:00 PM | | | | | | | |
| 04:30 PM | | | | | | | |
| 05:00 PM | | | | | | | |
| 05:30 PM | | | | | | | |
| 06:00 PM | | | | | | | |
| 06:30 PM | | | | | | | |
| 07:00 PM | | | | | | | |
| 07:30 PM | | | | | | | |
| 08:00 PM | | | | | | | |
| 08:30 PM | | | | | | | |
| 09:00 PM | | | | | | | |
| 09:30 PM | | | | | | | |
| 10:00 PM | | | | | | | |
| 10:30 PM | | | | | | | |
| 11:00 PM | | | | | | | |
| 11:30 PM | | | | | | | |

**Legend**

| MMOD | ModivCare | 9 |
|---|---|---|

| | 06/30/2024 | 07/01/2024 | 07/02/2024 | 07/03/2024 | 07/04/2024 | 07/05/2024 | 07/06/2024 |
|---|---|---|---|---|---|---|---|
| Hours-Day | 0 | 4 | 2.5 | 0 | 0 | 2.5 | 0 |
| Hours-Week | 9 | | | | | | |

Copyright © Arise Virtual Solutions Inc., 2010. All Rights Reserved.



# Message Us

You · 10:40 PM · Sent

No Modivcare was not terminated, the sow offered to you for  ModivCare Certification expired on 06.30.24, and new sow was  not offered.

The sow is offered based on client business and market needs , if sow is not offered you are welcome to express interest in new client program.

Namdev · 10:42 PM

Send a message...

No Tasks

10:43 PM
7/4/2024

7/30/24, 9:02 AM

(767 unread) - tamso1970@yahoo.com - Yahoo Mail

Re: termination

From:   Annie Bergenheier (abergenheier@ariseplatform.com)

To:     tamso1970@yahoo.com

Date:   Friday, July 5, 2024 at 04:45 PM EDT



Tamara,
I wouldn't have the cause of termination. It would have to do with meeting metrics more than likely. The
new SOW's were sent out last week for July, August, & September. IF you didn't receive one, there may be
an opportunity for you to retake the class, if the issue was metrics. If you have an IBO you can reach out to
them and they may have more information. If you are your own IBO you can reach out to partner support in
the portal and they would have more information.

Thank you for servicing the ModivCare Program – and using the Arise® Platform.
**Annie Bergenheier**
**Performance Support**

Click to schedule a PES
☮💚😁

On Thu, Jul 4, 2024 at 9:27 PM Tamara Sobolewske <tamso1970@yahoo.com> wrote:

Hi Annie.   Happy 4th of July.  I was checking my schedule and cannot schedule hours.

I wonder if ModivCare or Arise terminated me, who would communicate that with me, and
the cause for termination.

Please let me know.  Thank you,

Tamara Sobolewski

You are receiving this email from a Service Partner providing support regarding your service on the Arise Platform®.
This message contains confidential information and is intended only for the individual named. If you are not the named
addressee, you should not disclose, distribute, or copy this email. Please notify the sender immediately by email if you
have received this email by mistake and delete this email from your system.

# EXHIBIT 23

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

TAMARA L. SOBOLEWSKI,     :

1002 Dakota Avenue

Lorain OH 44052,       :

Plaintiff,         :  Case No. 1:24-cv-01396

   v.          :

FORD MOTOR COMPANY     :

650 Miller Road

Avon Lake OH 44012,      :

Defendant.         :

DECLARATION OF TAMARA SOBOLEWSKI

I, Tamara Sobolewski, pro se Plaintiff of sound mind and competent age, certify

under the penalty of perjury and state as follows.  The agencies I worked with are

as follows:

1.  Because I injured a body part in 2003, Bureau of Workers' Compensation

("OBWC") Claim No. 03-841396 was allowed.

2.  Around 3/6/2019, I filed Equal Employment Opportunity Commission

("EEOC") Case Inquiry No. 532-2019-01125.  I do not know the details of the

case.

1

3.      Around 8/26/2019, I filed EEOC Case Inquiry No. 532-2019-02730.  I do not know the details of that case.

4.      Around 9/12/2019, I filed National Labor Relations Board ("NLRB") Case No. 08-CB-248797 against the Union.  The case was withdrawn.

5.      Around 2/13/2020, I filed EEOC Case No. 532-2020-01156.  The case was dismissed, and I received notice of my right to sue Ford.

6.      Around 3/6/2020, I filed NLRB Cases 08-CA-257901 and 08-CB-257902 against Ford and the Union.  The cases were dismissed or withdrawn.

7.      Around 3/10/2020, I complained to the Department of Labor ("DOL") Reference No. I00215614, forwarded to the EEOC.

8.      Around 4/12/2020, I filed Ohio Civil Rights Commission ("OCRC") Case No. CLE74(45803)04122020, alleging Ford engaged in unlawful discrimination. The case was administratively closed and dismissed.

9.      Around 4/14/2020, I filed Occupational Safety and Health Administration ("OSHA") Case No. 5-8120-20-030 alleging whistleblower retaliation.  The case was withdrawn.

10.     Around 4/22/2020, I filed OCRC Case No. CLE74(45819) 04222020, alleging alleged employment discrimination.  The case was dismissed.

11.     Around 8/14/2020, I filed OCRC Case No. CLE74(45968) 08142020, alleging alleged employment discrimination.  The case was dismissed.

12.    Around <u>9/28/2020</u>, I filed NLRB Case Nos. 08-CA-264966 and 08-CB-264968 against Ford and the Union.  The case against Ford was dismissed or withdrawn.  The case against the Union was informally settled.

13.    Around <u>3/5/2021</u>, I filed OBWC Claim No. 21-118173 alleging injury.  The claim was dismissed.

14.    Around <u>5/9/2020</u> I filed Social Security Disability Insurance (SSI) Claim No. 328220.  I did not qualify for monthly payments like individuals with disabilities or older adults with limited income or resources.

15.    Around <u>1/11/2021</u>, I filed Civil Action No. 1:21 cv 00089 with the U.S. District Court for the Northern District of Ohio under the Americans with Disabilities Act against Ford Motor Company.  The case was dismissed for my failure to prosecute.

16.    Around <u>5/17/2021</u>, the EEOC sent me a notice of my right to sue Ford Motor Company.  I am unsure of the details of Charge No. 22A-2020-01897.

17.    Around <u>8/26/2021</u>, the EEOC sent me a notice of my right to sue Ford Motor Company.  I am unsure of the details of Charge No. 22A-2020-02786.

18.    Around <u>6/24/2022</u>, I contacted the U.S. Department of Justice Civil Rights Division.  I am unsure of the details or the outcome of Record No. 171387-ZRG.

19.    Around <u>6/24/2022</u>, I contacted the NLRB and was given the NLRB rules.

20.     Around <u>6/20/2023</u>, I contacted the U.S. Securities and Exchange Commission ("SEC") believing my, and other agents' training of 2.5 hours was inadequate regarding SEC rules and regulations.

21.     Around <u>4/6/2023</u>, I filed NLRB Case 08-CB-315762 against the union.  The case is open.

22.     Around <u>7/10/2023</u>, I filed OCRC Case No. CLEB4(000235)07102023, alleging employment discrimination.  I received notice of my right to sue Ford Motor Company.

23.     Around <u>7/12/2023</u>, my OBWC Claim No. 21-118173 alleging injury was denied because I needed to injure a body part.

24.     Around 8/2/2024, I submitted EEOC Inquiry No. 471-2024-06245 about alleged employment discrimination.  I am scheduled for an interview with an EEOC representative of the Detroit office on 12/16/2024 at 08:15 AM.

(Exh. 23 Agency evidence is attached and incorporated as if fully restated.)

End of Statement

Date:     8-25-2024

Tamara Sobolewski

4

**BWC Identification Card**

Injured worker  Tamara L. Sobolewski

Claim number  03-841396

Injury date  05/10/2003

Employer  FORD MOTOR CO OHIO TRUCK PLANT DIV

Phone number  (440) 933-1107

Employer rep.

Phone number

**BWC Self-Insured Department**
1-800-644-6292

**BWC Identification Card**

Injured worker  Tamara L. Sobolewski

Claim number  03-841396

Injury date  05/10/2003

Employer  FORD MOTOR CO OHIO TRUCK PLANT DIV

Phone number  (440) 933-1107

Employer rep.

Phone number

**BWC Self-Insured Department**
1-800-644-6292

U.S. Equal Employment Opportunity Commission                🏠    Welcome,

My Cases

| Case Number | Submission Date | Type | Status |
| --- | --- | --- | --- |
| 532-2020-01156 | 02-13-2020 | CHARGE | Charge is filed |
| 532-2019-02730 | 08-26-2019 | CHARGE | Inquiry |
| 532-2019-01125 | 03-06-2019 | CHARGE | Inquiry |



UNITED STATES GOVERNMENT
## NATIONAL LABOR RELATIONS BOARD
REGION 8
1240 E 9TH ST
STE 1695
CLEVELAND, OH 44199-2086

Agency Website: www.nlrb.gov
Telephone: (216)522-3715
Fax: (216)522-2418

September 12, 2019

Tamara Sobolewski
1002 Dakota Avenue
Lorain, OH 44052

Re:    United Auto Workers Local 2000

Dear Ms. Sobolewski:

Pursuant to our conversation, enclosed is a Charge Against Labor Organization form.  If you wish to file this charge with us, please do the following:

- ✓ Make any necessary corrections on the form
- ✓ Fill in any incomplete spaces
- ✓ Sign and date the form where indicated at the bottom
- ✓ Return the form to the above address or fax number

You may also wish to keep a copy of the charge for yourself.  Once we receive a signed charge from you, we will give it a case number and assign a Board agent to investigate the case. We will then send you a letter telling you the case number and the name of the investigator.

Please remember that to be timely, your charge must be filed ***and served on the charged party*** within six months of the alleged unlawful actions.  We normally send a copy of the charge to the charged party, but if you are running close to the 6-month deadline, be advised that it is your responsibility to see that the Union receives a copy of the charge within the 6-month period. Feel free to contact me if you have any questions or need further assistance.  If I am not in, please ask to speak to the Information Officer.

Sincerely,

*/s/ Cheryl Sizemore*

CS/kw
Enclosure

Signed
mailed
9/23/2019

Affidavit Appointment and Charge

From:  Wagner, Laural S. (laural.wagner@nlrb.gov)

To:  tamso1970@yahoo.com

Date:  Thursday, September 26, 2019, 06:28 PM EDT

Thank you for taking the time to speak with me today. As we discussed attached is a charge regarding the 2011 grievance. Please sign this charge and return it to my office at the fax number below. I have processed the case to closing based on your oral withdrawal. When/if the Union notifies you that those grievances are no longer pending, you will have six months from that date to file a charge, if you choose.

This email also confirms our affidavit appointment on October 8, 2019 at 10:00 AM at Lorain County Community College located at 1005 N Abbe Rd, Elyria, OH. Please bring with you any documents that you believe support your charge. Let's meet at the Starbucks near the main entrance and then we will find an appropriate location for me to take your statement.

If you have any questions, please do not hesitate to contact me.

# Laural S. Wagner

Field Examiner

National Labor Relations Board, Region 8

Anthony J. Celebrezze Federal Building

1240 East 9th Street, Room 1695

Cleveland, OH  44199-2086

Direct Dial: 216.303.7391

Mobile: 202.316.9559

Facsimile: 216.522.2418

 Charge Against Labor Organization.pdf
135.6kB



UNITED STATES GOVERNMENT
**NATIONAL LABOR RELATIONS BOARD**
REGION 8
1240 E 9TH ST
STE 1695
CLEVELAND, OH 44199-2086

Agency Website: www.nlrb.gov
Telephone: (216)522-3715
Fax: (216)522-2418

September 27, 2019

Bill Samples, President
United Auto Workers Local 2000
3151 N. Abbe Road
Sheffield, OH 44054

Re:    United Automobile Workers Local 2000
       (Ford Motor Company)
       Case 08-CB-248797

Dear Mr. Samples:

This is to advise you that I have approved the withdrawal of the charge in the above
matter.

Very truly yours,

IVA Y. CHOE
Acting Regional Director

IYC:cj

cc:    Tamara Sobolewski
       1002 Dakota Avenue
       Lorain, OH 44052

       Chris Matejcik, Director of Labor
       Relations
       Ford Motor Company
       650 Miller Rd
       Avon Lake, OH 44012-2398

5/6/2020                                    Yahoo Mail - Reminder - Schedule an Interview

## Reminder - Schedule an Interview

From:  noreply@eeoc.gov (noreply@eeoc.gov)

To:    tamso1970@yahoo.com

Date:  Tuesday, February 18, 2020, 07:20 AM EST

You recently submitted an inquiry, **532-2020-01156**, about alleged employment discrimination by FORD MOTOR OHIO ASSEMBLY PLANT to EEOC. We noticed that you have not yet scheduled an interview to discuss your claim. You must schedule an appointment through the calendar in order to complete the inquiry process and be interviewed by EEOC staff. If you do not schedule an interview, we will not take any action on your inquiry.

Please go the EEOC Scheduling Calendar as soon as possible to schedule an interview with EEOC.

Before your interview, please visit https://publicportal.eeoc.gov/portal/ as soon as possible to provide additional information about your inquiry. Providing additional information is optional, but can help make the interview more productive and efficient. You may add or edit the additional information up until you have your interview with EEOC. The information you provide is confidential and will not be disclosed to your employer during an investigation.

**ANSWERING THESE QUESTIONS IS NOT THE SAME AS FILING A CHARGE OF DISCRIMINATION.**

A charge of discrimination is a signed statement asserting that an organization engaged in employment discrimination. It requests EEOC to take remedial action. The laws enforced by EEOC, except the Equal Pay Act, require you to file a charge before you can file a lawsuit for unlawful discrimination. There are strict time limits for filing a charge.

*Notice of Confidentiality: The information contained in this transmission may contain privileged and confidential information, including information protected by federal and state privacy laws. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution, or duplication of this communication is strictly prohibited and may be unlawful. If you are not the intended recipient, please contact us at digitalsupport@eeoc.gov and destroy all copies of the original message and attachments.*

1/1

# EEOC (INQUIRY) NUMBER: 532-2020-01156

## Inquiry Information

### REASON(S) FOR CLAIM

**Date of Incident (Approximate):** 02/11/2020

**Reason for Complaint:** Retaliation - I filed a charge of job discrimination about any of the above

**Pay Disparity:**

**Location of Incident:** Ohio

**Submission (initial inquiry) Date:** 02/13/2020

**Claim previously filed as charge with EEOC?** No

**Approximate Date of Filing:** N/A

**Charge Number:** N/A

**Claim previously filed as complaint with another Agency?** Yes

**Agency Name:** UAW Local 2000/UAW National Ford Department

**Approximate Date of Filing:** 09/19/2019

**Nature of Complaint:** Promotional opportunities and probable bias in determining application and qualification

### INQUIRY OFFICE

**Receiving:** Cleveland Field Office

**Accountable:** Cleveland Field Office

### APPOINTMENT

**Appointment Date and time:**

**Interview Type:**

### APPROXMATE DEADLINE FOR FILING A CHARGE:  12/06/2020

### POTENTIAL CHARGING PARTY

**First Name, Middle Initial:** Tamara, L

**Last Name:** Sobolewski

**Street or Mailing Address:**  1002 Dakota Avenue

**Address Line 2:**

**City, State, Zip:**  LORAIN, OH, 44052

**Country:**  UNITED STATES OF AMERICA

**Year of Birth:**

**Email Address:**  tamso1970@yahoo.com

**Home Phone Number:**  (440) 452-1982

**Cell Phone Number:**  (440) 452-1982

## RESPONDENT

**Organization Name:**  FORD MOTOR OHIO ASSEMBLY PLANT

**Type of Employer:**  Business or non-profit organization that I applied to, work for, or worked for

**Number of Employees:**  20 or more employees

**Street or Mailing Address:**  650 MILLER ROAD

**Address Line 2:**

**City, State, Zip Code:**  AVON LAKE,OH, 44012

**County:**  LORAIN

**Phone Number:**  (440) 452-1982

## RESPONDENT CONTACT

**First and Last Name:**  Ryan Penichero

**Email Address:**  tamso1970@yahoo.com

**Phone Number:**

**Title:**  Human Resources Director or Owner

## LOCATION OF POTENTIAL CHARGING PARTY'S EMPLOYMENT

**Street or Mailing Address:**  5401 Baumhart Rd

**Address Line 2:**

**City, State, Zip Code:**  44052

**County:**  Lorain

## POTENTIAL CHARGING PARTY'S DEMOGRAPHICS

**Gender:**  F

**Disabled:**  I have a disability

**Are you Hispanic or Latino?**  not hispanic or latino

**Ethnicity:**  White,

**National Origin:**  Other

## Adverse Action(s)

I was removed from a position on February 7, 2019 expressed in writing, "failed to maintain job on 2/7/2019 - walked off job multiple times, talking to coworkers while job is running + not performing work, failing...(load parts with unsafe conditions) and providing no rationale for why one could not maintain job.  Previous conversations held about about  (removal from classification) w/ union rep + sup.

This happened at 11:39 a.m. while I was detained in HR then sent home 2.5 hours early.

# Supplemental Information

### What Reason(s) were you given for the action taken against you?

N/A

### Was anyone in a similar situation treated the same, better, or worse than you?

N/A

### Please provide name(s) and email and/or phone number of anyone who will support your claim, and briefly describe the information this person will provide.

N/A

### Please tell us any other information about your experience?

N/A



## Activity Log

Filter (3)


**Tamara Sobolewski** added **a new photo**.
That is not true. Who do I speak with regarding the inaccurate result?
Your friends


**Tamara Sobolewski** added **a new photo**.
That's funny. I thought it is (funny)(when I post this) because I'm dangerous, overqualified and under domesticated. I get that question every...
Your friends

**February 20, 2020**


**Tamara Sobolewski** updated her status.
Are any of my friends able to see uncharacteristic messages on my page? I've been alerted to this activity. Also, how do you...
Your friends


**Tamara Sobolewski** updated her status.
one, I am receiving messages that I posted an inappropriate comment. I think I've been hacked. Is anyone able to see an...
Only me

**February 19, 2020**


**Tamara Sobolewski** added **a new photo**.
She can't sleep since 3:30
Friends; Except: Jason Carroll, Mark Ratcliff, Bill Samples, Herb Bennett, Patricia Gresham and 11 others


**Tamara Sobolewski** shared **a post**.
For anyone interested in a great paying job with benefits. Dont procrastinate, they go quickly!
Friends; Except: Jason Carroll, Mark Ratcliff, Bill Samples, Herb Bennett, Patricia Gresham and 11 others

**February 18, 2020**


**Tamara Sobolewski** added **a new photo**.
No Comment.
Friends; Except: Jason Carroll, Mark Ratcliff, Bill Samples, Herb Bennett, Patricia Gresham and 11 others

**February 16, 2020**


**Tamara Sobolewski** added **a new photo**.
THREE and now-- disappearing. --she --she, she --she, she, she writes
Friends; Except: Jason Carroll, Mark Ratcliff, Bill Samples, Herb Bennett, Patricia Gresham and 11 others


**Tamara Sobolewski**
February 18, 2020

No Comment.





Rose Ferrise Kryah Herman, Zippie Zest and 3 others

Like | Comment | Share

Write a comment...

Form NLRB - 501 (2-08)

UNITED STATES OF AMERICA
NATIONAL LABOR RELATIONS BOARD
**CHARGE AGAINST EMPLOYER**

**INSTRUCTIONS:**

File an original of this charge with NLRB Regional Director in which the alleged unfair labor practice occurred or is occurring.

| DO NOT WRITE IN THIS SPACE | |
|---|---|
| Case | Date Filed |
| 08-CA-257901 | 3/12/2020 |

RECEIVED
NLRB REGION 8
2020 MAR 12  AM 10: 48

## 1. EMPLOYER AGAINST WHOM CHARGE IS BROUGHT

| a. Name of Employer | | b. Tel. No. (440)933-1200 |
|---|---|---|
| Ford Motor Company Ohio Assembly Plant | | c. Cell No. |
| d. Address (street, city, state ZIP code) | e. Employer Representative | f. Fax No. |
| 650 Miller Rd, Avon Lake, OH 44012-2398 | Jason Moore, Plant Mgr | g. e-Mail jmoore34@ford.com |
| | | h. Dispute Location (City and State) Avon Lake, OH |
| i. Type of Establishment (factory, nursing home, hotel)  Factory | j. Principal Product or Service Manufacturer automobiles | k. Number of workers at dispute location 1800 |

l. The above-named employer has engaged in and is engaging in unfair labor practices within the meaning of section 8(a), subsections (1) and (3) of the National Labor Relations Act, and these unfair labor practices are practices affecting commerce within the meaning of the Act, or these unfair labor practices are unfair labor practices affecting commerce within the meaning of the Act and the Postal Reorganization Act.

2. Basis of the Charge (set forth a clear and concise statement of the facts constituting the alleged unfair labor practices)

Since on or about February 19, 2020, the Employer has interfered with, restrained, and coerced, and is interfering with, restraining, and coercing employees of Ford Motor Company Ohio Assembly Plant, in the exercise of their rights to self-organization, to form, join or assist labor organizations, to bargain collectively through representatives of their own choosing, and to engage in other concerted activities for the purpose of collective bargaining or other mutual aid or protection, or to refrain from any or all such activities, which rights are guaranteed in Section 7 of the said Act.

On or about February 19, 2020, the Employer discriminated against, Tamera Sobolewski, because of her union and/or protected activities by removing her from the work schedule and refusing to tell Sobolewski her status.

By the acts set forth in the paragraphs above, and by other acts and conduct, it, by its officers, agents and representatives, has interfered with, restrained and coerced and is interfering with, restraining and coercing its employees in the exercise of their rights guaranteed in Section 7 of the said Act.

| 3. Full name of party filing charge (if labor organization, give full name, including local name and number) Tamara Sobolewski | |
|---|---|
| 4a. Address (street and number, city, state, and ZIP code) | 4b. Tel. No. |
| 1002 Dakota Avenue Lorain, OH 44052 | 4c. Cell No. (440)452-1982 |
| | 4d. Fax No. |
| X AId UNor P | 4e. e-Mail tamso1970@yahoo.com |

5. Full name of national or international labor organization of which it is an affiliate or constituent unit (to be filled in when charge is filed by a labor organization)

| 6. DECLARATION: I declare that I have read the above charge and that the statements are true to the best of my knowledge and belief. | Tel. No. |
|---|---|
| | Cell No. (440)452-1982 |
| By: *Tamara Sobolewski* (signature of representative or person making charge) | Tamara Sobolewski, An Individual Print Name and Title | Fax No. |
| Address: 1002 Dakota Avenue Lorain, OH 44052 | Date: 3-6-2020 | e-Mail tamso1970@yahoo.com |

WILLFUL FALSE STATEMENTS ON THIS CHARGE CAN BE PUNISHED BY FINE AND IMPRISONMENT (U.S. CODE, TITLE 18, SECTION 1001)

**PRIVACY ACT STATEMENT**

Solicitation of the information on this form is authorized by the National Labor Relations Act (NLRA), 29 U.S.C. § 151 et seq. The principal use of the information is to assist the National Labor Relations Board (NLRB) in processing unfair labor practice and related proceedings or litigation. The routine uses for the information are fully set forth in the Federal Register, 71 Fed. Reg. 74942-43 (Dec. 13, 2006). The NLRB will further explain these uses upon request. Disclosure of this information to the NLRB is voluntary; however, failure to supply the information will cause the NLRB to decline to invoke its processes.

1-2685130145

| UNITED STATES OF AMERICA | DO NOT WRITE IN THIS SPACE | |
|---|---|---|
| NATIONAL LABOR RELATIONS BOARD | Case | Date filed |
| **CHARGE AGAINST LABOR ORGANIZATION OR ITS AGENTS** | 08-CB-257902 | 3/12/2020 |

INSTRUCTIONS: File an original of this charge with the NLRB Regional Director of the region in which the alleged unfair labor practice occurred or is occurring.

**1. LABOR ORGANIZATION OR ITS AGENTS AGAINST WHICH CHARGE IS BROUGHT**

| a. Name | b. Union Representative to Contact |
|---|---|
| International Automobile, Aerospace & Agricultural Implement Workers of America International Union AFL-CIO Local 2000 | William Samples, Local President |

| c. Address | d. Tel. No. (440)934-3151 | e.e. Cell No. |
|---|---|---|
| 3151 N. Abbe Rd Sheffield, OH 44054-2420 | f. Fax No. (440)934-3150 | g. e-Mail |

h. The above-named labor organization or its agents have engaged in and are engaging in unfair labor practices within the meaning of section 8(b), subsection(s) (1)(A) of the National Labor Relations Act, and these unfair labor practices are unfair practices affecting commerce within the meaning of the Act, and are unfair practices affecting commerce within the meaning of the Act and the Postal Reorganization Act.

2. Basis of the Charge (*set forth a clear and concise statement of the facts constituting the alleged unfair labor practices*)

Within the last six months, and continuously thereafter, it, a labor organization, by its officers, agents, and representatives, restrained and coerced and is restraining and coercing Tamera Sobolewski, an employee of Ford Motor Company Ohio Assembly Plant, in the exercise of rights to self-organization, to form, join, or assist labor organizations, to bargain collectively through representatives of own choosing, and to engage in other concerted activities for the purpose of collective bargaining or other mutual aid or protection, or to refrain from any or all of such activities, which rights are guaranteed in Section 7 of the said Act by breaching its duty of fair representation by failing to properly process Sobolewski's grievances, and failing to file a grievance over her removal from the work schedule on February 19, 2020.

| 3. Name of Employer | 4a. Tel. No. (440) 933-1215 | 4b. Cell No. |
|---|---|---|
| Ford Motor Company Ohio Assembly Plant | 4c. Fax No. | 4d. e-Mail |

| 5. Location of Plant involved (*street, city, state, and ZIP code*) | 6. Employer representative to contact |
|---|---|
| 650 Miller Rd Avon Lake, OH 44012-2398 | Chris Matejcik Director of Labor Relations |

| 7. Type of Establishment (*factory, mine, wholesaler*) | 8. Principal product or service | 9. Number of Workers employed |
|---|---|---|
| Factory | Manufacture automobiles | 1800 |

| 10. Full name of party filing charge | 11a. Tel. No. | 11b. Cell No. (440)452-1982 |
|---|---|---|
| Tamara Sobolewski | 11c. Fax No. | 11d e-Mail tamso1970@yahoo.com |

| 11. Address of party filing charge (*street, city, state, and ZIP code*) |
|---|
| 1002 Dakota Avenue Lorain, OH 44052 |

**12. DECLARATION**

I declare that I have read the above charge and that the statements therein are true to the best of my knowledge and belief.

| By: *Tamara Sobolewski* (signature of representative or person making charge) | Tamara Sobolewski, An Individual | Tel No. |
|---|---|---|
| | Print/type name and title or office, if any | Cell No. (440)452-1982 |
| Address: 1002 Dakota Avenue Lorain, OH 44052 | Date: 3-6-2020 | Fax No. |
| | | e-Mail tamso1970@yahoo.com |

WILLFUL FALSE STATEMENTS ON THIS CHARGE CAN BE PUNISHED BY FINE AND IMPRISONMENT (U.S. CODE, TITLE 18, SECTION 1001)

PRIVACY ACT STATEMENT

Solicitation of the information on this form is authorized by the National Labor Relations Act (NLRA), 29 U.S.C. § 151 *et seq.* The principal use of the information is to assist the National Labor Relations Board (NLRB) in processing unfair labor practice and related proceedings or litigation. The routine uses for the information are fully set forth in the Federal Register, 71 Fed. Reg. 74942-43 (Dec. 13, 2006). The NLRB will further explain these uses upon request. Disclosure of this information to the NLRB is voluntary; however, failure to supply the information will cause the NLRB to decline to invoke its processes.

1-2685130111

OFCCP Complaint Form

From:  Department of Labor/OFCCP (ofccp_complaints@dol.gov)

To:     tamso1970@yahoo.com

Date:  Tuesday, March 10, 2020, 12:58 PM EDT



## Complaint Involving Employment Discrimination by a Federal Contractor or Subcontractor

Please read the instructions before completing this form.

OMB: 1250-0002
Expires: 5/31/2020

[ Reset Form ]   [ Print Form ]   [ Submit ]

| How can we reach you? | Name (First, Middle, Last): Tamara Sobolewski |
|---|---|
| | Street Address: 1002 DAKOTA AVENUE |
| | City: LORAIN |
| | State: OH  Zip Code: 44052 |
| | Telephone Number: 4404521982 |
| | ☐ Home ☐ Work ☑ Cell |
| | E-mail: tamso1970@yahoo.com |
| | Have you filed these allegations of employment discrimination with another federal or local agency? |
| | ☑ Yes ☐ No |
| | If yes, which agency? UAW LOCAL 2000 |
| | Contact Name: WILLIAM SAMPLES        Phone Number: 440-934-3151 |
| **Who can we contact if we cannot reach you?** | Name (First, Middle, Last): Tamara Sobolewski |
| | Street Address: 1002 DAKOTA AVENUE |
| | City: LORAIN |
| | State: OH  Zip Code: 44052 |
| | Telephone Number: 4404521982 |
| | ☐ Home ☐ Work ☑ Cell |
| | E-mail: tamso1970@yahoo.com |
| **What is the name of the employer that you believe discriminated or retaliated** | Company Name: OHIO ASSEMBLY PLANT |
| | Street Address: 650 MILLER ROAD |
| | City: AVON LAKE |
| | State: OH  Zip Code: 44012 |
| | Telephone Number: 440-9331498 |

| against you? | Give the date(s) and times you believe you were discriminated against: 2/7/2019 2 p.m; 1/31/2019 10:50 a.m.; 1/25/2019 6:30 a.m. - 4:30 p.m.; 1/26/2019 6 a.m. - 2:30 p.m.; 9/27/2018 6 a.m.; 12/17/2018 10/3/2018 3 p.m. 4/9/2018; 2/5/2019; 2/15/19; 11/26/2018 6:30 a.m. - 12/21/2018 4:30 p.m.;1/9/2019; 1/10/2019; 1/10/2019; 2/4/2011; 3/2/2011; 3/26/2011; 3/6/2019; 4/11/2011; 11/17/2011; 3/2/2020 3 p.m.; 2/19/2020; 2/7/2020 6 a.m. - 4:30 p.m.; 10/15/2019 6 a.m. - 4:30 p.m.; 1/8/2016 |
|---|---|

| Why do you believe your employer discriminated or retaliated against you? | ☐ Race ☐ American Indian or Alaska Native  Indicate Tribal Affiliation:  ☐ Asian ☐ Black or African American ☐ Native Hawaiian or Other Pacific Islander ☐ White | ☐ National Origin ☐ Hispanic or Latino ☐ Other ☐ Color ☐ Religion ☑ Sex | ☐ Sexual Orientation ☐ Gender Identity ☐ Inquiring About Pay ☐ Discussing Pay ☐ Disclosing Pay | ☐ Protected Veteran Status ☐ Disability ☐ Retaliation |
|---|---|---|---|---|

**How did you learn that you could file a complaint with OFCCP?**

☑ Internet ☐ Poster ☐ Community Organization ☐ OFCCP Meeting/Event ☐ Brochure ☐ Other

**Your Complaint:**

**Please describe below what you think the employer did or didn't do that you believe caused discrimination or retaliation, including:**

1. What actions the employer took against you.
2. Why you believe those actions were based on your: race; color; religion; sex; sexual orientation; gender identity; national origin; disability; veteran status; and/or inquiries about, discussions, or disclosures of your pay or the pay of others; and/or in retaliation for filing a complaint, participating in discrimination proceedings, opposing unlawful discrimination, or exercising any other rights protected by OFCCP.
3. When the employer actions happened, where they happened, and who was involved.
4. What harm, if any, you or others suffered because of the alleged discrimination or retaliation.
5. What explanation, if any, your employer or people representing your employer offered for their actions.
6. Who was in the same or similar situation as you and how they were treated. Include information such as the race, color, religion, sex, sexual orientation, gender identity, national origin, disability, or protected status of these individuals, if known.
7. What information you have about federal contracts the company that you worked for had at the time of the discrimination or retaliation you describe in this complaint.

I first noticed it around 2008 when 2 female supervisors watched me throughout our shift, instructing me to redo work elements already completed while everyone else sat down because of a breakdown or whatever the cause of production to halt. Those other workers watched the situation. I left that area and in 2008 or around that time, I trained to operate an Industrial Truck. From the beginning, there were no problems--Management issues me a radio to use. Looking back at 2011 then 2019 the problem repeated. Both 2011 and 2019 were a series of isolation and confidential meetings involving me. Technology entered our work environment enabling improvements. The Industrial Lift Truck was strapped with technology as a tool to help with material flow.

In 2011, like 2019, isolated pieces of data were produced by Management pinpointing me as impeding production, charges include poor and careless workmanship, inappropriate behavior and failure to follow instructions that are logged as breaking plant rules. It didn't matter the woman I replaced had trouble or the two men replacing me suffered safety violations or when equipment I used was not working the supervisor enlisted 3 others to maintain my job, enlisted others to retrain me after 3 years experience, and enlisted others to replace me while serving progressive discipline suspension which, by the way, was investigated and the Company made restitution but returned me to base operation asking me how, after a year of charges, to fix the problem.

Fast forward 2019 it happens again--a single piece of data showing I am slow in comparison to a robot now. The Company charges me, stating a fact. The Union presents their case and in 2020 resources point at other resources disregarding safety, standards and ergonomic issues I raise in statements. I ask who handles safety, ergonomic and standards pertaining to employment and met with "no one, that's who."

Records I kept indicated safety, ergonomic and standards concerns while I continue being labeled THE PROBLEM charged repeatedly from 2011 ongoing 2018 into 2019 and termination 2020. I called the Corporate harassment hotline, perhaps they handle ongoing concerns. The HR manager interviewed me as I requested training and development dealing with technology requesting a reassessment of my performance reviews at OHAP. The next thing I learn: I am under investigation for the exact reason: safety. I do not wish anyone terminated at this point. I would like to see improvements in the corporate-wide system with updates in training and methods that help people working with a technology called HUMAN PLUS. Our supports are buckling at this point. I might add: I add: submitting this statement takes enormous courage and I am nervous, better written than spoken.

| Do you think the discrimination includes or affects others? | Do you believe other employees or applicants were treated the same way as you described above?  ☑ Yes ☐ No |
|---|---|

2

| Do you have an attorney or other representative? | If you are represented by an attorney, or another person, or an organization, please provide their contact information below. |
|---|---|
| | Name (First, Middle, Last): RORY GAMBLE CINDY ESTRADA TERRY DITTES |
| | Street Address: 800 E. JEFFERSON AVENUE |
| | City: DETROIT |
| | State: MI  Zip Code: 48214 |
| | Telephone Number: 313-926-5000 |
| | E-mail: mdonov10@ford.com |
| | Who should we contact if we need more information about your description of what occurred? |
| | ☐ You  ☑ Your Representative |
| **Signature and Verification** | I declare under penalty of perjury that the information given above is true and correct to the best of my knowledge or belief. A willful false statement is punishable by law. |
| | I hereby authorize the release of any medical information needed for this investigation. |
| | Signature of Complainant: Tamara Sobolewski      Date: 3/10/2020 |

Form CC-4 (Revised 5/2017)

3

3/10/2020                                      Yahoo Mail - OFCCP Complaint Form

## OFCCP Complaint Form

From:   Department of Labor/OFCCP (ofccp_complaints@dol.gov)

To:     tamso1970@yahoo.com

Date:   Tuesday, March 10, 2020, 12:58 PM EDT



**Complaint Involving Employment Discrimination by a
Federal Contractor or Subcontractor**

Please read the instructions before completing this form.

OMB: 1250-0002
Expires: 5/31/2020

[ Reset Form ]   [ Print Form ]   [ Submit ]

| **How can we reach you?** | Name (First, Middle, Last): <u>Tamara Sobolewski</u> |
| --- | --- |
| | Street Address: <u>1002 DAKOTA AVENUE</u> |
| | City: <u>LORAIN</u> |
| | State: <u>OH</u>  Zip Code: <u>44052</u> |
| | Telephone Number: <u>4404521982</u> |
| | ☐ Home ☐ Work ☑ Cell |
| | E-mail: <u>tamso1970@yahoo.com</u> |
| | Have you filed these allegations of employment discrimination with another federal or local agency? |
| | ☑ Yes ☐ No |
| | If yes, which agency? <u>UAW LOCAL 2000</u> |
| | Contact Name: <u>WILLIAM SAMPLES</u>          Phone Number: <u>440-934-3151</u> |

3/10/2020

Yahoo Mail - OFCCP Complaint Form

| | |
|---|---|
| **Who can we contact if we cannot reach you?** | Name (First, Middle, Last): <u>Tamara Sobolewski</u><br><br>Street Address: <u>1002 DAKOTA AVENUE</u><br><br>City: <u>LORAIN</u><br><br>State: <u>OH</u>  Zip Code: <u>44052</u><br><br>Telephone Number: <u>4404521982</u><br><br>☐ Home  ☐ Work  ☑ Cell<br><br>E-mail: <u>tamso1970@yahoo.com</u> |
| **What is the name of the employer that you believe discriminated or retaliated against you?** | Company Name: <u>OHIO ASSEMBLY PLANT</u><br><br>Street Address: <u>650 MILLER ROAD</u><br><br>City: <u>AVON LAKE</u><br><br>State: <u>OH</u>  Zip Code: <u>44012</u><br><br>Telephone Number: <u>440-9331498</u><br><br>**Give the date(s) and times you believe you were discriminated against:**<br>2/7/2019 2 p.m; 1/31/2019 10:50 a.m.; 1/25/2019 6:30 a.m. - 4:30 p.m.; 1/26/2019 6 a.m. - 2:30 p.m.; 9/27/2018 6 a.m.; 12/17/2018 10/3/2018 3 p.m. 4/9/2018; 2/5/2019; 2/15/19; 11/26/2018 6:30 a.m. - 12/21/2018 4:30 p.m.;1/9/2019; 1/10/2019; 1/10/2019; 2/4/2011; 3/2/2011; 3/26/2011; 3/6/2011; 4/11/2011; 11/17/2011; 3/2/2020 3 p.m.; 2/19/2020; 2/7/2020 6 a.m. - 4:30 p.m.; 10/15/2019 6 a.m. - 4:30 p.m.; 1/8/2016 |

**Why do you believe your employer discriminated or retaliated against you?**

| | | | |
|---|---|---|---|
| ☐ Race | ☐ National Origin | ☐ Sexual Orientation | ☐ Protected Veteran Status |
| ☐ American Indian or Alaska Native | ☐ Hispanic or Latino | ☐ Gender Identity | |
| Indicate Tribal Affiliation: | ☐ Other | ☐ Inquiring About Pay | |
| | ☐ Color | ☐ Discussing Pay | ☐ Disability |
| | ☐ Religion | ☐ Disclosing Pay | |
| ☐ Asian | ☑ Sex | | ☐ Retaliation |
| ☐ Black or African American | | | |
| ☐ Native Hawaiian or Other Pacific Islander | | | |
| ☐ White | | | |

**How did you learn that you could file a complaint with OFCCP?**

2/4

3/10/2020
Yahoo Mail - OFCCP Complaint Form

☑ Internet ☐ Poster ☐ Community Organization ☐ OFCCP Meeting/Event ☐ Brochure ☐ Other

**Your Complaint:**

**Please describe below what you think the employer did or didn't do that you believe caused discrimination or retaliation, including:**

1. What actions the employer took against you.
2. Why you believe those actions were based on your: race; color; religion; sex; sexual orientation; gender identity; national origin; disability; veteran status; and/or inquiries about, discussions, or disclosures of your pay or the pay of others; and/or in retaliation for filing a complaint, participating in discrimination proceedings, opposing unlawful discrimination, or exercising any other rights protected by OFCCP.
3. When the employer actions happened, where they happened, and who was involved.
4. What harm, if any, you or others suffered because of the alleged discrimination or retaliation.
5. What explanation, if any, your employer or people representing your employer offered for their actions.
6. Who was in the same or similar situation as you and how they were treated. Include information such as the race, color, religion, sex, sexual orientation, gender identity, national origin, disability, or protected status of these individuals, if known.
7. What information you have about federal contracts the company that you worked for had at the time of the discrimination or retaliation you describe in this complaint.

I first noticed it around 2008 when 2 female supervisors watched me throughout our shift, instructing me to redo work elements already completed while everyone else sat down because of a breakdown or whatever the cause of production to halt. Those other workers watched the situation. I left that area and in 2008 or around that time, I trained to operate an Industrial Truck. From the beginning, there were no problems--Management issues me a radio to use. Looking back at 2011 then 2019 were the problem repeated. Both 2011 and 2019 were a series of isolation and confidential meetings involving me. Technology entered our work environment enabling improvements. The Industrial Lift Truck was strapped with technology as a tool to help with material flow.

In 2011, like 2019, isolated pieces of data were produced by Management pinpointing me as impeding production, charges include poor and careless workmanship, inappropriate behavior and failure to follow instructions that are logged as breaking plant rules. It didn't matter the woman I replaced had trouble or the two men replacing me suffered safety violations or when equipment I used was not working the supervisor enlisted 3 others to maintain my job, enlisted others to retrain me after 3 years experience, and enlisted others to replace me while serving progressive discipline suspension which, by the way, was investigated and the Company made restitution but returned me to base operation asking me how, after a year of charges, to fix the problem.

Fast forward 2019 it happens--a single piece of data showing I am slow in comparison to a robot now. The Company charges me, stating a fact. The Union presents their case and in 2020 resources point at other resources disregarding safety, standards and ergonomic issues I raise in statements. I ask who handles safety, ergonomic and standards pertaining to employment and met with "no one, that's who."

Records I kept indicated safety, ergonomic and standards concerns while I continue being labeled THE PROBLEM charged repeatedly from 2011 ongoing 2018 into 2019 and termination 2020. I called the Corporate harassment hotline, perhaps they handle ongoing concerns. The HR manager interviewed me as I requested training and development dealing with technology requesting a reassessment of my performance reviews at OHAP. The next thing I learn: I am under investigation for the exact reason: safety. I do not wish anyone terminated at this point. I would like to see improvements in the corporate-wide system with updates in training and methods that help people working with a technology called HUMAN PLUS. Our supports are buckling at this point. I might add: I add: submitting this statement takes enormous courage and I am nervous, better written than spoken.

| **Do you think the the discrim ination** | Do you believe other employees or applicants were treated the same way as you described above?  ☑ Yes ☐ No |
|---|---|

3/4

3/10/2020

| | |
|---|---|
| **includes or affects others?** | |
| **Do you have an attorney or other representative?** | If you are represented by an attorney, or another person, or an organization, please provide their contact information below.<br><br>Name (First, Middle, Last): _RORY GAMBLE CINDY ESTRADA TERRY DITTES_<br><br>Street Address: _800 E. JEFFERSON AVENUE_<br><br>City: _DETROIT_<br><br>State: _MI_  Zip Code: _48214_<br><br>Telephone Number: _313-926-5000_<br><br>E-mail: _mdonov10@ford.com_<br><br>Who should we contact if we need more information about your description of what occurred?<br><br>☐ You  ☑ Your Representative |
| **Signature and Verification** | I declare under penalty of perjury that the information given above is true and correct to the best of my knowledge or belief. A willful false statement is punishable by law.<br><br>I hereby authorize the release of any medical information needed for this investigation.<br><br>Signature of Complainant: _Tamara Sobolewski_    Date: _3/10/2020_ |

Form CC-4 (Revised 5/2017)

4/4

**U.S. Department of Labor**       Office of Federal Contract Compliance Programs
                                   Midwest Regional Office
                                   230 South Dearborn Street, Room 570
                                   Chicago, IL 60604



MAR 1 2 2020

Dana Hutter, Deputy Director
Anthony J. Celebrezze Federal Building
EEOC, Cleveland Field Office
1240 E. 9th St.
Cleveland, OH 44199

RECEIVED

MAR 1 6 2020

EEOC-CLFO

Complaint Reference Number: I00215614

Dear Deputy Director Hutter:

Enclosed for your consideration is a complaint filed under Title VII of the Civil Rights Act
of 1964, as amended (Title VII).

The Office of Federal Contract Compliance Programs (OFCCP) has closed the complaint
because it is better suited to investigation and resolution by EEOC. With this letter,
OFCCP is transferring the complaint, in its entirety, to EEOC, Cleveland Field Office.

We have enclosed, for your information, copies of the letters sent to the employer and the
complainant informing them of the transfer of this matter to your office.

If you have any questions, please call Equal Opportunity Specialist, Alyssa Simpson at
(312) 596-7014

Sincerely,

CARMEN NAVARRO
Deputy Regional Director


Enclosures:   Complaint Form CC-4
              Notices to Complainant and Employer

**U.S. Department of Labor**

Office of Federal Contract Compliance Programs
Midwest Region
230 South Dearborn Street, Suite 570
Chicago, IL 60604



**MAR 1 2 2020**
Ohio Assembly Plant
650 Miller Road
Avon Lake, OH 44012
Attn: Human Resources

Complaint Reference Number: I00215614

Dear Sir or Madam,

This is to notify you that on February 7, 2020 we received a complaint from Tamara Sobolewski alleging a violation of Executive Order 11246, as amended. Under the provisions of a Memorandum of Understanding between the Office of Federal Contract Compliance Programs (OFCCP) and the U.S. Equal Employment Opportunity Commission (EEOC) effective November 7, 2011, the complaint is deemed simultaneously dual filed as a charge under Title VII of the Civil Rights Act of 1964, as amended (Title VII).

The complainant is alleges that during her employment with the Ohio Assembly Plant she was harassed about her work performance and wrongfully terminated.

Title VII requires us to send you notice of the filing within 10 calendar days of our receipt of a complaint. We have closed the complaint because it contains matters better suited for investigation and resolution by the EEOC under one or more of the laws it enforces. The complaint, in its entirety, has been transferred to the EEOC, Cleveland Field Office for investigation.

Please be advised that both OFCCP and EEOC regulations require that you retain all records pertinent to this complaint and ensure that there is no retaliation because of this complaint. In the event this complaint was filed with the EEOC under Title VII, you may receive a similar 10-day notice from the EEOC.

Sincerely,

CARMEN NAVARRO
Deputy Regional Director

Cc:  Jim Hackett, President and CEO
650 Miller Road, Avon Lake, OH 44012

**U.S. Department of Labor**     Office of Federal Contract Compliance Programs
                                 Midwest Regional Office
                                 230 South Dearborn Street, Room 570
                                 Chicago, IL 60604



MAR 1 2 2020

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Tamara Sobolewski
1002 Dakota Avenue
Lorain, OH 44052

Complaint Reference Number: I00215614

Dear Ms. Sobolewski:

This is to acknowledge receipt of your complaint against Ohio Assembly Plant alleging a
violation of Executive Order 11246, as amended.

Under the provisions of a Memorandum of Understanding between the Office of Federal
Contract Compliance Programs (OFCCP) and the U.S. Equal Employment Opportunity
Commission (EEOC) effective November 7, 2011, the complaint is deemed simultaneously
dual filed as a charge under Title VII of the Civil Rights Act of 1964, as amended (Title
VII).

Title VII requires us to provide the employer against whom a complaint is filed with a
notice of filing within 10 calendar days of our receipt of a complaint. Enclosed is a copy of
the notice forwarded to Ohio Assembly Plant concerning your complaint.

We have closed your complaint because the complaint alleges individual discrimination
covered by Title VII. The complaint, in its entirety, has been transferred to the EEOC,
Cleveland Field Office for investigation.

Sincerely,

CARMEN NAVARRO
Deputy Regional Director

Enclosure: 10-Day Notice to Employer/Contractor



UNITED STATES GOVERNMENT
## NATIONAL LABOR RELATIONS BOARD
REGION 8
1240 E 9TH ST
STE 1695
CLEVELAND, OH 44199-2086

Agency Website: www.nlrb.gov
Telephone: (216)522-3715
Fax: (216)522-2418

March 31, 2020

Bill Samples, Local President
International Automobile, Aerospace &
Agricultural Implement Workers of America
International Union AFL-CIO Local 2000
3151 N. Abbe Rd
Sheffield Village, OH 44054-2420

Re:    United Auto Workers Local 2000 (Ford
Motor Company)
Case 08-CB-257902

Dear Mr. Samples:

This is to advise you that I have approved the withdrawal of the charge in the above matter.

Very truly yours,

NORA F. MCGINLEY
Acting Regional Director

cc:    Chris Matejcik, Director of Labor
Relations
Ford Motor Company
650 Miller Rd
Avon Lake, OH 44012-2398

Tamara Sobolewski
1002 Dakota Avenue
Lorain, OH 44052



# OHIO CIVIL RIGHTS COMMISSION ELM
# EMPLOYMENT CHARGE OF DISCRIMINATION

**Charging Party:**

**OCRC Case Number:** CLE 74 (45803) 04122020

RECEIVED
OCT 01 2020
OCRC - INTAKE CLEVELAND

| | |
|---|---|
| Your Name (First and Last Name) | Employer Name |
| Tamara Sobolewski | Ford Motor Company |
| Your Street Address | Employer Street Address |
| 1002 Dakota Avenue | 650 Miller Road |
| Your City, State and Zip Code | Employer City, State and Zip Code |
| Lorain, OH 44052 | Avon Lake, Ohio 44012 |
| Your Telephone Number | Employer Telephone Number |
| 440-452-1982 | 440-933-1215 |
| Your Alternate Phone Number (Optional) | County where Employer is located (if in Ohio) |
| | Lorain |
| Your Email Address | Total Number of Workers Employed |
| | 1900 |

Date(s) of Discrimination (Must have occurred within **SIX MONTHS** from the charge filing date)

February 19, 2020 and March 3, 2020

I was discriminated against on the basis of:

| | |
|---|---|
| Race/Color | ✔ Age (over the age of 40 ONLY) |
| ✔ Sex | National Origin/Ancestry |
| Pregnancy | Military Status |
| Gender Stereotyping | Religion |
| ✔ Disability (DO NOT IDENTIFY) | ✔ Retaliation (for protesting discrimination) |

Indicate how you are a member of the group marked above. (Example – If you marked race, identify your race. If you marked age, identify your age and birthdate.) DO NOT IDENTIFY YOUR DISABILITY OR MEDICAL CONDITION.

8:2 male/female ratio. 3 medical justified sick leaves 2019, reported Harassment February 4, 2020.

**Page 1 of 3**



# OHIO CIVIL RIGHTS COMMISSION ELM
## EMPLOYMENT CHARGE OF DISCRIMINATION

**Charging Party:**  Tamara Sobolewski

**OCRC Case Number:**  CLE 74 (45803) 04122020

Date of Hire:                                    Position:

10/19/1992                                      labor pool

I was subjected to:

✔ A denial of promotion         ✔ Denial of a reasonable          ✔ Harassment (including
                                                    accommodation                         sexual harassment)

A forced resignation            ✔ Different terms and                Layoff/Denial of Recall
                                                    conditions of employment

✔ Demotion                          ✔ Discharge/Termination         ✔ Unequal Pay (based on sex
                                                                                                only)

Denial/Failure to hire          ✔ Discipline (Write-up,            ✔ Other
                                                    Suspension, etc)

If you have marked other, please briefly describe the discriminatory act.

I reported, per Company Policy, to Corporate about harassment 2/4/2020.

Please write a concise statement summarizing the act(s) of discrimination and why you believe it is
discrimination. In your statement, include information as to who committed the act of discrimination
(name and position), any reason given for the act of discrimination, when the acts occurred and names
of others treated more favorably than you.

I called harassment hotline 2/4/2020. Perniciaro interviewed me. I asked for a review of my records and
training. Advanced technology is making the workplace hostile. I've worked in a hostile environment for
years. A follow-up was scheduled for Feb. 20. On Feb 19, someone reported me as a threat. I worked
that shift with peers who let me leave early that day. The discharge stated I threatened my peers. I did
no such thing. We have an 18-month rolling period that discipline stays on record. I was disciplined 5
times since 2018, removed from class bracketing the day I returned from a week suspension. I was on
MLA 3 times in 2019. Matejcik and Habermehl were named on emails singling me out when a foreman
claimed I was a poor and careless licensed Industrial Lift Operator, disciplined 5 times in 2011. Matejcik
still works, handling complaints. I filed a complaint in 2018, saying I was dismissed 2-weeks with
prejudice. He denied me. In 2019 I was suspended 30-days in October. He said the deal was if I
withdraw a harassment claim, he'll allow me to work. My security badge deactivated the 19 of Feb 2020
and I was discharged March 2 for what I think is retaliation.

Page 2 of 3



**OHIO CIVIL RIGHTS COMMISSION** ELM
**EMPLOYMENT CHARGE OF DISCRIMINATION**

**Charging Party:** Tamara Sobolewski

**OCRC Case Number:** CLE 74 (45803) 04122020

**Please read and review the following:**

I have not commenced any action under Ohio Revised Code §§ 4112.14 or 4112.02(N) with respect to the subject matter of the affidavit. I understand that upon filing of this charge with the Ohio Civil Rights Commission, I am barred from instituting any such civil action and that any monetary award of financial benefit I may receive may be limited to back pay and/or restoration of employment fringe benefits and may not include other damages to which I may be entitled as a result of such civil action.

● I am filing a charge alleging AGE DISCRIMINATION and I have read and understood the above information.

I am NOT filing a charge alleging AGE DISCRIMINATION and this does not apply to me.

**Please initial to indicate you have read and agreed to the statements below:**

I understand that I will not be able to sign this form on-line. A copy will be mailed to me for a notarized signature. An investigation **will not** begin until the Ohio Civil Rights Commission receives a SIGNED AND NOTARIZED CHARGE from me. **INITIALS** TLS

I declare under penalty of perjury that I have read the above charge and that it is true to the best of my knowledge, information and belief. I will advise the agency/agencies if I change my address or telephone number and that I will cooperate fully in the processing of my charge in accordance to their procedures. **INITIALS** TLS

_Tamara Sobolewski_
Charging Party

9-28-2020
Date

Subscribed and Sworn to me on this 28 day of September of 2020

_Bonnie L Pohorence_
Ohio Civil Rights Commission Representative or Notary



RECEIVED
OCT 01 2020
OCRC - INTAKE
CLEVELAND

Page 3 of 3

**U.S. Department of Labor**

Occupational Safety and Health Administration
Chicago Regional Office
John C. Kluczynski Federal Building
230 S Dearborn Street, Suite 3244
Chicago, Illinois 60604-1694



April 14, 2020

Tamara Sobolewski
1002 Dakota Ave.
Lorain, Ohio 44052

Re: Ford Motor Co./Sobolewski/5-8120-20-030

Dear Ms. Sobolewski:

This letter acknowledges receipt of your whistleblower retaliation complaint filed under Section 11(c) of the Occupational Safety and Health Act (OSHA), 29 U.S.C. §660, which was filed on March 17, 2020 against The Ford Motor Co. (Respondent).

The Occupational Safety and Health Administration (OSHA) is responsible for enforcing the whistleblower provisions of Section 11(c) of the OSH Act, and will conduct its investigation following the procedures outlined in 29 CFR Part 1977 (11c). You may obtain a copy of the pertinent statute and regulations at: https://www.whistleblowers.gov. Upon request, a printed copy of these materials will be mailed to you.

Under these procedures, OSHA will disclose to the parties information relevant to the resolution of the case as well as provide all parties an opportunity to fully respond. As such, both you and Respondent will receive a copy of each other's submissions to OSHA that are responsive to the above referenced whistleblower complaint. We have notified Respondent of the filing of this complaint and provided Respondent with a copy.

***Per Presidential Memorandum – Managing Government Records, we request any future documents you submit to OSHA be submitted electronically, if possible, using the investigator's email address of Swisher.Mary@dol.gov, and whatever you submit to OSHA, you also send a copy to Respondent at the address below:***

Ford Motor Co.
c/o Ryan Cates
Baker Hostetler
200 Civic Center Dr., Suite 1200
Columbus, Ohio 43215-4138

If the information provided contains personal, identifiable information about individuals other than you, such information, where appropriate, will be redacted before disclosure. OSHA may contact the party directly for the un-redacted copy, if necessary.

Attention is called to your right and the right of any party to be represented by counsel or other representative in this matter.  In the event you choose to have a representative appear on your behalf, please have your representative complete the Designation of Representative form enclosed and forward it promptly.

In the interim, please save any evidence bearing on the complaint, such as notes, minutes, letters, or check stubs, etc., and have them ready when the investigator contacts you.  It will be helpful for you to write down a brief factual account of what happened and to prepare a list of the names, addresses, and telephone numbers of the potential witnesses, together with a brief summary of what each witness should know.

You are expected to cooperate in the investigation of your complaint and failure to do so will cause your complaint to be dismissed.  Voluntary resolution of complaints can be effected by way of a voluntary settlement agreement at any time. **If you are interested in a voluntary resolution of this complaint, please contact the investigator below.**

Sincerely,

*Mary Swisher*

*For* Nate Terwilliger
Regional Supervisory Investigator

Regional Supervisory Investigator:
Nate Terwilliger
U.S. Department of Labor - OSHA
420 Madison Avenue, Room 600
Toledo, OH 43604
Telephone:  (872) 600-0171
E-mail:  Terwilliger.nathan@dol.gov

Enclosures:      (1) Designation of Representative
                      (2) Job Search Log



# OHIO CIVIL RIGHTS COMMISSION    ELM
# EMPLOYMENT CHARGE OF DISCRIMINATION

**Charging Party:**

**OCRC Case Number:** CLE 74 (45819) 04222020

| Your Name (First and Last Name) | Employer Name |
|---|---|
| Tamara Sobolewski | Ford Motor Company |

| Your Street Address | Employer Street Address |
|---|---|
| 1002 Dakota Avnue | 650 Miller Road |

| Your City, State and Zip Code | Employer City, State and Zip Code |
|---|---|
| Lorain, OH 44052 | Avon Lake, OH 44012 |

| Your Telephone Number | Employer Telephone Number |
|---|---|
| 440-452-1982 | 440-933-1215 |

| Your Alternate Phone Number (Optional) | County where Employer is located (if in Ohio) |
|---|---|
| | |

| Your Email Address | Total Number of Workers Employed |
|---|---|
| tamso1970@yahoo.com | 1800 |

Date(s) of Discrimination (Must have occurred within **SIX MONTHS** from the charge filing date)

February 20, 2020, March 2, 2020

I was discriminated against on the basis of:

- Race/Color
- ✔ Sex
- Pregnancy
- ✔ Gender Stereotyping
- ✔ Disability (DO NOT IDENTIFY)

- ✔ Age (over the age of 40 ONLY)
- National Origin/Ancestry
- Military Status
- ✔ Religion
- ✔ Retaliation (for protesting discrimination)

Indicate how you are a member of the group marked above. (Example – If you marked race, identify your race. If you marked age, identify your age and birthdate.) DO NOT IDENTIFY YOUR DISABILITY OR MEDICAL CONDITION.

I formally reported harassment and in 17 days a person reported me, and in 2.5 weeks, I was fired.

RECEIVED

MAY 2 7 2020
OCRC
CLEVELAND    Page 1 of 3



# OHIO CIVIL RIGHTS COMMISSION    ELM
# EMPLOYMENT CHARGE OF DISCRIMINATION

**Charging Party:**   Tamara Sobolewski

**OCRC Case Number:**   CLE 74 (45819) 04222020

Date of Hire:                                     Position:

10/19/1992                                        Terminated

I was subjected to:

| | | |
|---|---|---|
| ✔ A denial of promotion | ✔ Denial of a reasonable accommodation | ✔ Harassment (including sexual harassment) |
| A forced resignation | ✔ Different terms and conditions of employment | Layoff/Denial of Recall |
| ✔ Demotion | ✔ Discharge/Termination | ✔ Unequal Pay (based on sex only) |
| Denial/Failure to hire | ✔ Discipline (Write-up, Suspension, etc) | ✔ Other |

If you have marked other, please briefly describe the discriminatory act.

Bob King lied, selling a contract('07) and ('11-'20) I work w/robots with no protections.

Please write a concise statement summarizing the act(s) of discrimination and why you believe it is discrimination. In your statement, include information as to who committed the act of discrimination (name and position), any reason given for the act of discrimination, when the acts occurred and names of others treated more favorably than you.

Ryan Perniciaro took 6 workdays to begin investigating my harassment claim to Corporate on February 4, 2020.

I already had locally M. Schnur(1x), M. Donovan(1x), B. Brummit(1x), E. Candelario(1x), C. Ladikos(1x), N. Gallogly(1x), W. Samples(1x), J. Williams(1x), S. Salmons (3x), K. Knight (1x), document and inform the Company about managers singling me out, disciplining and suspending me.

I had B. Maust(1x), S. Salmons(1x), and J. Bado(1x) process equal application/harassment statements for me and give them to the Company, also. I contacted C. Matejcik(1x) to assist with the bias that singled me out.

One other employee calls Corporate, saying i threatened my peers and Perniciaro deactivates my badge that same evening, then calls me in, interrogates me for hours then terminates me 6 working days later.



# OHIO CIVIL RIGHTS COMMISSION
# EMPLOYMENT CHARGE OF DISCRIMINATION

ELM

**Charging Party:** Tamara Sobolewski

**OCRC Case Number:** CLE 74 (45819) 04222020

**Please read and review the following:**
I have not commenced any action under Ohio Revised Code §§ 4112.14 or 4112.02(N) with respect to the subject matter of the affidavit. I understand that upon filing of this charge with the Ohio Civil Rights Commission, I am barred from instituting any such civil action and that any monetary award of financial benefit I may receive may be limited to back pay and/or restoration of employment fringe benefits and may not include other damages to which I may be entitled as a result of such civil action.
- I am filing a charge alleging AGE DISCRIMINATION and I have read and understood the above information.
   I am NOT filing a charge alleging AGE DISCRIMINATION and this does not apply to me.

**Please initial to indicate you have read and agreed to the statements below:**
   I understand that I will not be able to sign this form on-line. A copy will be mailed to me for a notarized signature. An investigation **will not** begin until the Ohio Civil Rights Commission receives a SIGNED AND NOTARIZED CHARGE from me. INITIALS TS
   I declare under penalty of perjury that I have read the above charge and that it is true to the best of my knowledge, information and belief. I will advise the agency/agencies if I change my address or telephone number and that I will cooperate fully in the processing of my charge in accordance to their procedures. INITIALS TS

_Tamara Sobolewski_
Charging Party

Date _May 26, 2020_

Subscribed and Sworn to me on this _26_ day of _May_ of _2020_

_Bonnie L Pohorence_   6/22/22
Ohio Civil Rights Commission Representative or Notary

5/28/2020                                    Yahoo Mail - RE: 08-CA-257901

RE: 08-CA-257901

From:  Cendrosky, Sharlee (sharlee.cendrosky@nlrb.gov)

To:      tamso1970@yahoo.com

Date:   Thursday, May 28, 2020, 04:08 PM EDT

Hi Tamara,

I received Ford's position statement and documents that I requested and I've had a chance to review them.  The evidence shows that they fired you because they believed you made a threat on Facebook while you were at work

I have attached a recent decision by the National Labor Relations Board that shows what I would have to prove in order to prevail on your case- the law requires that I have sufficient evidence that Ford fired you because of your union and/or protected concerted activity and not because of the threat, and we just don't have that evidence here.

I understand that this is not what you want to hear and I do not like being the bearer of bad news but I am making a recommendation tomorrow morning to dismiss your case.

If you would rather withdraw your charge, that is your right.

If you chose to withdraw, no dismissal letter will go out to Ford.  Sometimes people chose to withdraw because they don't like the idea of a dismissal letter going out.

It is my understanding that your grievance is still pending between the UAW and Ford so I wanted to give you the option to withdraw the charge in case you didn't want Ford to have a dismissal letter from our Agency.

Let me know by tomorrow morning if you would like me to dismiss your case or if you would rather withdraw your charge so no dismissal letter will go out.

Sharlee Cendrosky, Field Attorney

National Labor Relations Board, Region 8

Anthony J. Celebrezze Federal Building

1240 East Ninth Street, Room 1695

Cleveland, Ohio  44199



**U.S. Equal Employment Opportunity Commission**
**Cleveland Field Office**

EEOC, AJC Fed Bldg
1240 E 9th St, Ste 3001
Cleveland, OH 44199
(216) 522-2001
TTY (216) 522-8441
Fax: (216) 522-7395

Respondent: FORD MOTOR OHIO ASSEMBLY PLANT
EEOC Charge No.: 532-2020-01156
FEPA Charge No.:

June 25, 2020

Tamara L. Sobolewski
1002 Dakota Avenue
Lorain, OH 44052

Dear Miss Sobolewski:

This is with reference to your recent written correspondence or intake questionnaire in which you alleged employment discrimination by the above-named respondent. The information provided indicates that the matter complained of is subject to the statute(s) checked off below:

[ X ]     The Americans with Disabilities Act (ADA)

The attached EEOC Form 5, Charge of Discrimination, is a summary of your claims based on the information you provided. Because the document that you submitted to us constitutes a charge of employment discrimination, we have complied with the law and notified the employer that you filed a charge.  Before we investigate your charge, however, you must sign and return the enclosed Form.

To enable proper handling of this action by the Commission you should:

(1)  Review the enclosed charge form and make corrections.

(2)  Sign and date the charge in the bottom left hand block where I have made an "X".  For purposes of meeting the deadline for filing a charge, the date of your original signed document will be retained as the original filling date.

(3)  Return the signed charge to this office.

Before we initiate an investigation, we must receive your signed Charge of Discrimination (EEOC Form 5).  Please sign and return the charge within thirty (30) days from the date of this letter.  Under EEOC procedures, if we do not hear from you within 30 days or receive your signed charge within 30 days, we are authorized to dismiss your charge and issue you a right to sue letter allowing you to pursue the matter in federal court.  Please be aware that after we receive your signed Form 5, the EEOC will send a copy of the charge to Ohio Civil Rights Commission Central Office 30 East Broad Street Columbus, OH 43215 as required by our procedures. If that agency processes the charge, it may require the charge to be signed before a notary public or an agency official. The agency will then investigate and resolve the charge under their statute.

Please use the "EEOC Charge No." listed at the top of this letter whenever you call us about this charge. Please also notify this office of any change in address or of any prolonged absence from home. Failure to cooperate in this matter may lead to dismissal of the charge.

Please also read the enclosed brochure, "What You Should Know Before You File A Charge With EEOC," for answers to frequently asked questions about employee rights and the EEOC process.  If you have any questions, please call me at the number listed below. If you have to call long distance, please call collect.

Sincerely,

**Marnita Betts**
Digitally signed by Marnita Betts
DN: cn=Marnita Betts, o, ou,
email=marnita.betts@eeoc.gov, c=US
Date: 2020.06.25 13:28:37 -04'00'

Marnita Betts
Investigator
(216) 522-2419

Office Hours: Monday – Friday, 8:00 a.m. - 3:00 p.m.
www.eeoc.gov

Enclosure(s)
   Copy of EEOC Form 5, Charge of Discrimination

Direct Dial: 216-303-7374

Cell: 202-664-9892

Facsimile: 216-522-2418

**From:** Tamara Sobolewske <tamso1970@yahoo.com>
**Sent:** Thursday, May 21, 2020 12:43 PM
**To:** Cendrosky, Sharlee <Sharlee.Cendrosky@nlrb.gov>
**Subject:** 08-CA-257901

Hello Sharlee,

To touch base, Ohio Assembly Plant has resumed production this week.

The next stage is a 10-day window for a response to the charge, correct? In the meantime, is there anything I am to do or can do or should be doing? Let me know.

Jason Wells, of the bargaining committee, is assigned discharge grievance JW20TS. He also represented me during discharge. The update I have is "he is working on it."

Tamara Sobolewski

Tschiggfire 368 NLRB No. 120 (2019) Wright Line is a 4 part causation test must show animus supports causal rel. btn prot. act and adv act.pdf
246kB

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA  ☒ EEOC | 532-2020-01156 |

| **Ohio Civil Rights Commission** | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(incl. Area Code)* | Date of Birth |
|---|---|---|
| **Miss Tamara L. Sobolewski** | **(440) 452-1982** | |

| Street Address | City, State and ZIP Code |
|---|---|
| **1002 Dakota Avenue, Lorain, OH 44052** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others.  *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| **FORD MOTOR OHIO ASSEMBLY PLANT** | **500 or More** | **(440) 452-1982** |

| Street Address | City, State and ZIP Code |
|---|---|
| **650 MILLER ROAD,  Avon Lake, OH 44012** | |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

| DISCRIMINATION BASED ON *(Check appropriate box(es).)* | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN

☐ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION

☐ OTHER *(Specify)*

Earliest: **03-02-2020**   Latest: **03-02-2020**

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

**I was hired by the above-named Respondent in or about October 1992. My last position was Labor Pool. I am a qualified individual with a disability who has experience discrimination.**

**Beginning in August 2019, and continuing, I have been harassed by Respondent. I filed a complaint with human resources but no action was taken. On or about February 19, 2020, I was suspended. On or about March 2, 2020, I was terminated for allegedly violating a plant rule.**

**I believe I have been discriminated against in violation of Title I of the Americans with Disabilities Act of 1990, as amended (ADA).**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

| Date | Charging Party Signature |
|---|---|

**US Department of Labor**

Occupational Safety and Health Administration

Chicago Regional Office

John C. Kluczynski Federal Building
230 S Dearborn Street, Suite 3244

Chicago, Illinois 60604-1694



July 17, 2020                    Certified # 7018 2290 0000 1738 4486

Tamara Sobolewski
1002 Dakota Ave.
Lorain, Ohio 44052

Re: Ford Motor Co./Sobolewski/5-8120-20-030

Dear Ms. Sobolewski:

This is to confirm that we received your discrimination complaint on March 17, 2020, which you requested to file under Section 11(c) of the Occupational Safety and Health Act of 1970 (OSHA), 29 USC §660(c), alleging that Ford Motor Co. (Respondent) had terminated your employment in reprisal for voicing safety concerns.

During the course of the investigation, you informed Investigator Swisher during a rebuttal discussion that your wish was that the complaint be withdrawn. You were informed that a withdrawal was a final decision that would not be able to be appealed.

As a result of your request, your complaint has been closed and the Occupational Safety and Health Administration will take no further action regarding your allegation of retaliation. Please be advised that a withdrawal cannot be appealed and that no further action can be taken at this time. However, if you suffer any further action in reprisal for protected activity, you may contact OSHA within 30 days to file a new complaint.

If you have any additional questions, please do not hesitate to call me at (872) 600-0171.

Sincerely,

Nate Terwilliger
Regional Supervisory Investigator

**OHIO CIVIL RIGHTS COMMISSION**
**CHARGE OF DISCRIMINATION**
**PUBLIC ACCOMMODATION/HIGHER EDUCATION/CREDIT**

OCRC Case Number:

EEOC Case Number:

| | |
|---|---|
| Your Name | Company Name |
| Tamara Sobolewski | Ohio Assembly Plant |
| Your Street Address | Company Street Address |
| 1002 Dakota Avenue | 650 Miller Road |
| City, State and Zip | City, State and Zip |
| Lorain, OH 44052 | Avon Lake, OH 44012 |
| Telephone Number | County  (if located in Ohio) |
| 4404521982 | Lorain |
| Alternate Number  (Optional) | Telephone Number |
| | 4409331498 |
| Email Address  (Optional) | |
| tamso1970@yahoo.com | |

This charge is alleging discrimination in the area of:

● Public Accommodation

  Higher Education (Disability Only)

  Credit

Dates of Discrimination (MM/DD/YYYY):  8/2/2020

I was discriminated on the basis of :

  Race/Color

✔ Sex

✔ Disability (DO NOT LIST DISABILITY)

✔ Age (40+ years old; 18+ years old for credit cases)

✔ Religion

  National Origin/Ancestry

  Military Status

  Marital Status (credit cases only)

✔ Retaliation (for protesting discrimination)

Please identify how you are a member of the category you marked on the left: (If you marked **AGE**, please list your **BIRTH DATE**.  If you have marked **DISABILITY**, **DO NOT IDENTIFY** your disability.)

DOB: 9/14/70, Christian, protested discrimination 2/4/20, 10/22 & 10/15 & 2/12 & 2/7 & 1/31/19 etc.

Page: 1 of 2

**Charging Party:**

**Case Number:**

I believe that I was illegally discriminated against because:

Ohio Department of Job Services determined unjustified lockout and about 7 other written statements submitted by elected officers described the discriminatory activity. In fact, to resolve it, HR put a deal on the table that if I drop a charge of discrimination, the fairness settlement meant I could return from a fifth lockout in 2019. I agreed because I am a single female over the age of 40 and that is my 'home' so to speak considering I was just 22 when I began working there. They were thoughtful to notify me by certified mail three times, while I was on approved disability leaves that if I do not report to work within 5 days I'd be terminated. And they did hire end up hiring 77+ employees after March 2020 which is when I was let go. Now that unemployment benefits ended, I thought I'd be notified to report but received nothing. I think unemployment ended on August 2, 2020. Today's date is August 14, 2020. The last day I worked was February 19, 2020.

**Please check to indicate you have read and agreed to the statements below.**

✔ I understand that I will not be able to sign this charge form on-line.  A copy will be mailed out to me for a notarized signature. An investigation will not begin until the Ohio Civil Rights Commission receives a signed and notarized charge from me.

✔ I declare under penalty of perjury that I have read the above charge and that it is true to the best of my knowledge, information and belief. I will advise the agency/agencies if I change my address or telephone number and that I will cooperate fully in the processing of my charge in accordance to their procedures.

_____     _____

Charging Party                                        Date

Subscribed and sworn to before me on this _____ day of _____ of 20 _____

_____

OCRC Representative or Notary

Form NLRB - 501 (2-08)

UNITED STATES OF AMERICA
NATIONAL LABOR RELATIONS BOARD
**FIRST AMENDED CHARGE AGAINST EMPLOYER**
INSTRUCTIONS:

| DO NOT WRITE IN THIS SPACE | |
|---|---|
| Case | Date Filed |
| 08-CA-264966 | 9/28/20 |

File an original of this charge with NLRB Regional Director in which the alleged unfair labor practice occurred or is occurring.

### 1. EMPLOYER AGAINST WHOM CHARGE IS BROUGHT

| a. Name of Employer FORD MOTOR COMPANY - OHIO ASSEMBLY PLANT | | b. Tel. No. (440)933-1200 |
|---|---|---|
| | | c. Cell No. |
| d. Address (street, city, state ZIP code) 650 Miller Rd, Avon Lake, OH 44012-2398 | e. Employer Representative Jason Moore, Plant Mgr | f. Fax No. |
| | | g. e-Mail jmoore34@ford.com |
| | | h. Dispute Location (City and State) Avon Lake, OH |
| i. Type of Establishment (factory, nursing home, hotel) Factory | j. Principal Product or Service Manufacturer automobiles | k. Number of workers at dispute location 500 |

1. The above-named employer has engaged in and is engaging in unfair labor practices within the meaning of section 8(a), subsections (1) and (3) of the National Labor Relations Act, and these unfair labor practices are practices affecting commerce within the meaning of the Act, or these unfair labor practices are unfair labor practices affecting commerce within the meaning of the Act and the Postal Reorganization Act.

2. Basis of the Charge (set forth a clear and concise statement of the facts constituting the alleged unfair labor practices)
Within six months of the filing of the original charge, the Employer has interfered with, restrained, and coerced, and is interfering with, restraining and coercing employees of Ford Motor Company Ohio Assembly Plant, in the exercise of their rights to self-organization, to form, join or assist labor organizations, to bargain collectively through representatives of their own choosing, and to engage in other concerted activities for the purpose of collective bargaining or other mutual aid or protection, or to refrain from any or all such activities, which rights are guaranteed in Section 7 of the said Act.

On or about February 19, 2020, the Employer discriminated against, Tamera Sobolewski, because of her union and/or protected activities by removing her from the work schedule and refusing to tell Sobolewski her status.

On or about March 2, 2020, the Employer subsequently terminated her because of her union and protected activities.

By the Acts set forth I the paragraphs above, and other acts and conduct, it, by its officers, agents and representatives, has interfered with, restrained and coerced and is interfering with, restraining and coercing its employees in the exercise of their rights guaranteed in Section 7 of the said Act.

| 3. Full name of party filing charge (if labor organization, give full name, including local name and number) Tamara Sobolewski | |
|---|---|
| 4a. Address (street and number, city, state, and ZIP code) 1002 Dakota Avenue, Lorain, OH 44052 | 4b. Tel. No. |
| | 4c. Cell No. (440)452-1982 |
| | 4d. Fax No. |
| | 4e. e-Mail tamso1970@yahoo.com |

5. Full name of national or international labor organization of which it is an affiliate or constituent unit (to be filled in when charge is filed by a labor organization)

| 6. DECLARATION I declare that I have read the above charge and that the statements are true to the best of my knowledge and belief. | Tel. No. |
|---|---|
| By *Tamara Sobolewski* (signature of representative or person making charge)   Tamara Sobolewski Print Name and Title | Office, if any, Cell No. (440)452-1982 |
| | Fax No. |
| Address: 1002 Dakota Avenue, Lorain, OH 44052   Date: 9-28-2020 | e-Mail tamso1970@yahoo.com |

WILLFUL FALSE STATEMENTS ON THIS CHARGE CAN BE PUNISHED BY FINE AND IMPRISONMENT (U.S. CODE, TITLE 18, SECTION 1001)
PRIVACY ACT STATEMENT
Solicitation of the information on this form is authorized by the National Labor Relations Act (NLRA), 29 U.S.C. § 151 et seq. The principal use of the information is to assist the National Labor Relations Board (NLRB) in processing unfair labor practice and related proceedings or litigation. The routine uses for the information are fully

EEOC Form 161 (11/16)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Tamara L. Sobolewski<br>1002 Dakota Avenue<br>Lorain, OH 44052 | From: | Cleveland Field Office<br>EEOC, AJC Fed Bldg<br>1240 E 9th St, Ste 3001<br>Cleveland, OH 44199 |
|---|---|---|---|

| | On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a)) | |
|---|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 532-2020-01156 | Maria M. Colon,<br>Investigator | (216) 306-1129 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

| | The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC. |
|---|---|
| | Your allegations did not involve a disability as defined by the Americans With Disabilities Act. |
| | The Respondent employs less than the required number of employees or is not otherwise covered by the statutes. |
| | Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge. |
| X | The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge. |
| | The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge. |
| | Other (briefly state) |

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*Karen McDonough* (signature)

10/06/2020

Enclosures(s)

**Karen McDonough,**
**Acting Director**

*(Date Mailed)*

cc:  **Steve Wilcox**
**Human Resources Manager**
**FORD MOTOR COMPANY**
**650 MILLER ROAD**
**Avon Lake, OH 44012**



# OHIO CIVIL RIGHTS COMMISSION

Governor Mike DeWine
Commissioners:  Lori Barreras, Chair | William Patmon, III | Dr. Carolyn Peters | Madhu Singh
Executive Director Angela Phelps-White

October 22, 2020

Date mailed: 10/22/2020

Tamara Sobolewski
1002 Dakota Avenue
Lorain, Ohio 44052

Ford Motor Company
650 Miller Road
Avon Lake, Ohio 44012

### LETTER OF DETERMINATION
Tamara Sobolewski v. Ford Motor Company
CLE74(45803)04122020; 22A-2020-01812C

**FINDINGS OF FACT:**
Charging Party filed a charge of discrimination with the Ohio Civil Rights Commission alleging Respondent engaged in an unlawful discriminatory practice. All jurisdictional requirements for filing a charge have been met.

Prior to the conclusion of the investigation, it was discovered that the allegations raised in the instant charge were raised in another charge filed by Charging Party (CLE74(45819)04222020), which is currently being investigated. As a result, the instant charge will be dismissed as a duplicate.

**DECISION:**
The Commission **ADMINISTRATIVELY CLOSES** this matter and orders the case **DISMISSED**.

**NOTICE OF RIGHT TO PETITION FOR JUDICIAL REVIEW:**
A determination of the Commission that constitutes a Final Order is subject to judicial review, wherein the court reviews the contents of this letter and determines if there are sufficient factual findings supporting why the Commission did not issue a complaint. A petition for judicial review must be filed in the proper common pleas court within **THIRTY (30) days** of the date the Commission mailed this Final Order. The right to obtain judicial review and the mode and procedure thereof is set forth in Ohio Revised Code § 4112.06.

The judicial review process is not a means to reexamine the investigation or further pursue your allegations through the Commission. You may consult with an attorney for information on available options.

Tamara Sobolewski v. Ford Motor Company
CLE74(45803)04122020; 22A-2020-01812C
**Page 2**

A Probable Cause finding is not a Final Order and is not subject to judicial review by a court. All other determinations of the Commission constitute a Final Order and are subject to judicial review by a court.

FOR THE COMMISSION,

*Vera F. Boggs*
Vera F. Boggs
Regional Director
vera.boggs@civ.ohio.gov

cc:   Representative for Respondent:
      Ryan A. Cates, Esq.
      Baker & Hostetter LLP
      200 Civic Center Drive, Suite 1200
      Columbus, Ohio 43215

12/9/2020                    (147 unread) - tamso1970@yahoo.com - Yahoo Mail

## FW: Partial withdrawal 08-CB-264968

From:   Sizemore, Cheryl (cheryl.sizemore@nlrb.gov)

To:     tamso1970@yahoo.com

Date:   Tuesday, December 8, 2020, 03:35 PM EST

Tamara:

This is to confirm that we spoke on December 8, 2020, (today) and you requested a partial withdrawal of the allegations found to have no merit by the Region which includes: (1) failing to accept and process a grievance regarding your removal from the work schedule; and (2) failing to properly process your termination grievance.  A complaint will issue, absent settlement, on the remaining allegation (failure to provide information regarding the status of your termination grievance).

Thanks,

Cheryl S

UNITED STATES OF AMERICA
NATIONAL LABOR RELATIONS BOARD
REGION 8

INTERNATIONAL UNION, UNITED
AUTOMOBILE, AEROSPACE AND
AGRICULTURAL IMPLEMENT WORKERS OF
AMERICA, AFL-CIO, LOCAL 2000 (FORD
MOTOR COMPANY

　　　　　and　　　　　　　　　　　　　　Case 08-CB-264968

TAMARA SOBOLEWSKI, an Individual

## COMPLAINT AND NOTICE OF HEARING

This Complaint and Notice of Hearing is based on a charge filed by Tamara Sobolewski, an Individual (Charging Party). It is issued pursuant to Section 10(b) of the National Labor Relations Act, 29 U.S.C. § 151 et seq. (the Act), and Section 102.15 of the Rules and Regulations of the National Labor Relations Board (the Board), and alleges that the International Union, United Automobile, Aerospace and Agricultural Implement Workers of America, UAW, Local 2000 (Respondent) has violated the Act as described below.

1.　　(A)　　The charge in this proceeding was filed by the Charging Party on August 20, 2020, and a copy was served on Respondent by U.S. mail on August 21, 2020.

　　　　(B)　　The first amended charge in this proceeding was filed by the Charging Party on September 28, 2020, and a copy was served on Respondent by U.S. mail on September 30, 2020.

2.　　(A)　　At all material times, Ford Motor Company (Employer) has been a Delaware corporation with an office and place of business in Avon Lake, Ohio (Employer's

facility), and has been engaged in the manufacture, nonretail sale and distribution of automobile products, including the assembly of heavy duty trucks.

       (B)    Annually, the Employer, in conducting its operations as described above in paragraph 2(A), sold and shipped from its Avon Lake, Ohio facility goods valued in excess of $50,000 directly to points located outside the State of Ohio.

    3.    At all material times, the Employer has been an employer engaged in commerce within the meaning of Section 2(2), (6), and (7) of the Act.

    4.    At all material times, Respondent has been a labor organization within the meaning of Section 2(5) of the Act.

    5.    At all material times, the following individuals held the positions set forth opposite their respective names and have been agents of Respondent within the meaning of Section 2(13) of the Act:

| | | |
|---|---|---|
| Herb Bennett | - | Plant Chairman |
| Jason Wells | - | Representative |

    6.    (A)    At all material times, by virtue of Section 9(a) of the Act, Respondent has been the exclusive collective-bargaining representative of the following employees of the Employer (the Unit):

> All full-time and regular part-time employees employed by the Employer in the classifications described in Article 1, Recognition, of the collective-bargaining agreement effective by its dates from November 18, 2019 through September 14, 2023, between the Employer and the International Union.

    (B)    At all material times, Respondent and the Employer have maintained and enforced a collective-bargaining agreement covering the terms and conditions of employment of

the Unit, including a grievance and arbitration procedure, including a collective bargaining agreement with effective dates from November 23, 2015 through September 14, 2019.

       7.     (A)    About March 2, 2020, Respondent filed a discharge grievance on behalf of the Charging Party, a member of the Unit.

            (B)    From about April 24, 2020 through about November 6, 2020, Respondent failed to inform the Charging Party concerning the status of the discharge grievance that was filed under the provisions of the collective-bargaining agreement described above in paragraph 6(B).

            (C)    Respondent's conduct described above in paragraph 7(B) was perfunctory and/or arbitrary.

       8.     By the conduct described above in paragraphs 7, Respondent has been restraining and coercing employees in the exercise of the rights guaranteed in Section 7 of the Act, in violation of Section 8(b)(1)(A) of the Act.

       9.     The unfair labor practices of Respondent described above affect commerce within the meaning of Section 2(6) and (7) of the Act.

<strong>ANSWER REQUIREMENT</strong>

Respondent is notified that, pursuant to Sections 102.20 and 102.21 of the Board's Rules and Regulations, it must file an answer to the complaint. The answer must be **received by this office on or before Friday, January 29, 2021, or postmarked on or before [insert date of the day before Thursday, January 28, 2021**. Respondent should file an original and four copies of the answer with this office and serve a copy of the answer on each of the other parties.

An answer may also be filed electronically through the Agency's website. To file electronically, go to www.nlrb.gov, click on **E-File Documents**, enter the NLRB Case Number, and follow the detailed instructions. The responsibility for the receipt and usability of the answer

3

rests exclusively upon the sender. Unless notification on the Agency's website informs users that the Agency's E-Filing system is officially determined to be in technical failure because it is unable to receive documents for a continuous period of more than 2 hours after 12:00 noon (Eastern Time) on the due date for filing, a failure to timely file the answer will not be excused on the basis that the transmission could not be accomplished because the Agency's website was off-line or unavailable for some other reason. The Board's Rules and Regulations require that an answer be signed by counsel or non-attorney representative for represented parties or by the party if not represented. See Section 102.21. If the answer being filed electronically is a pdf document containing the required signature, no paper copies of the answer need to be transmitted to the Regional Office. However, if the electronic version of an answer to a complaint is not a pdf file containing the required signature, then the E-filing rules require that such answer containing the required signature continue to be submitted to the Regional Office by traditional means within three (3) business days after the date of electronic filing. Service of the answer on each of the other parties must still be accomplished by means allowed under the Board's Rules and Regulations. The answer may not be filed by facsimile transmission. If no answer is filed, or if an answer is filed untimely, the Board may find, pursuant to a Motion for Default Judgment, that the allegations in the consolidated complaint are true.

## NOTICE OF HEARING

**PLEASE TAKE NOTICE THAT** on the **6th _day of April 2021, at 10:00 a.m.,** and on consecutive days thereafter until concluded, **or at another location or in another manner as ordered by the administrative law judge, including via videoconference,** a hearing will be conducted before an administrative law judge. At the hearing, Respondent and any other party to this proceeding have the right to appear and present testimony regarding the allegations in this complaint. The procedures to be followed at the hearing are described in the attached Form NLRB-

4668.  The procedure to request a postponement of the hearing is described in the attached Form

NLRB-4338.

Dated at Cleveland, Ohio this 15TH day of January 2021.

Jennifer A. Hadsall
ACTING REGIONAL DIRECTOR
NATIONAL LABOR RELATIONS BOARD
REGION 08
1240 E 9TH ST
STE 1695
CLEVELAND, OH 44199-2086

Attachments



UNITED STATES GOVERNMENT
**NATIONAL LABOR RELATIONS BOARD**
REGION 8
1240 E 9TH ST
STE 1695
CLEVELAND, OH 44199-2086

Agency Website: www.nlrb.gov
Telephone: (216)522-3715
Fax: (216)522-2418

Tamara Sobolewski
1002 Dakota Avenue
Lorain, OH 44052

> Re:   International Union, United Automobile,
>        Aerospace and Agricultural Implement
>        Workers of America, AFL-CIO Local 2000
>        (Ford Motor Company)
>        Case 08-CB-264968

Dear Ms. Sobolewski:

Enclosed is an informal settlement agreement in this matter that the Charged Party has signed. This settlement agreement appears to remedy the violations established by our investigation and to comport with the remedial provisions of Board orders in cases involving such violations.

If you wish to join in the settlement, please sign and return the settlement agreement to this office by close of business on February 2, 2021.

If you decide not to join in this settlement, your objections to the settlement agreement and any supporting arguments should be submitted in writing to me by February 3, 2021. Your objections and arguments will be carefully considered before a final determination is made whether to approve the settlement agreement. If you fail to enter the settlement agreement or to submit objections by February 3, 2021, I will approve the settlement agreement on February 4, 2021.

Very truly yours,

JENNIFER A. HADSALL
Regional Director

Enclosure

UNITED STATES GOVERNMENT
NATIONAL LABOR RELATIONS BOARD
**SETTLEMENT AGREEMENT**

**IN THE MATTER OF**

**International Automobile, Aerospace & Agricultural Implement**   Case 08-CB-264968
**Workers of America International Union AFL-CIO Local 2000 (Ford**
**Motor Company)**

Subject to the approval of the Regional Director for the National Labor Relations Board, the Charged Party and
the Charging Party **HEREBY AGREE TO SETTLE THE ABOVE MATTER AS FOLLOWS**:

**POSTING OF NOTICE** — After the Regional Director has approved this Agreement, the Regional Office will
send copies of the approved Notice to the Charged Party in English and in additional languages if the Regional
Director decides that it is appropriate to do so.  A responsible official of the Charged Party will then sign and
date those Notices and immediately post them at its offices located at 3151 N. Abbe Rd, Sheffield Village, Ohio
44054-2420.  The Charged Party will also immediately post the notice on the Charged Party's bulletin boards
maintained at the Employer's facility located at 650 Miller Road, Avon Lake, Ohio 44052.  The Charged Party
will keep all Notices posted for 60 consecutive days after the initial posting.  If the Charged Party's place of
business is currently closed due to the Coronavirus pandemic, the 60 consecutive day period for posting will
begin when the Union's place of business reopens.  The Regional Director will send copies of the signed
Notices to the Employer whose employees are involved in this case, and request that the Notices be posted in
prominent places in the Employer's facility for 60 consecutive days from the date of posting.

**COMPLIANCE WITH NOTICE** — The Charged Party will comply with all the terms and provisions of said
Notice.

**NON-ADMISSIONS CLAUSE** — By entering into this Settlement Agreement, the Charged Party does not admit that it
has violated the National Labor Relations Act.

**SCOPE OF THE AGREEMENT** — This Agreement settles only the allegations in the above-captioned case,
and does not settle any other case(s) or matters.  It does not prevent persons from filing charges, the General
Counsel from prosecuting complaints, or the Board and the courts from finding violations with respect to
matters that happened before this Agreement was approved regardless of whether General Counsel knew of
those matters or could have easily found them out.  The General Counsel reserves the right to use the evidence
obtained in the investigation and prosecution of the above-captioned case(s) for any relevant purpose in the
litigation of this or any other case(s), and a judge, the Board and the courts may make findings of fact and/or
conclusions of law with respect to that evidence.  By approving this Agreement, the Regional Director
withdraws any Complaint(s) and Notice(s) of Hearing previously issued in the above case, and the Charged
Party withdraws any answer(s) filed in response.

**PARTIES TO THE AGREEMENT** — If the Charging Party fails or refuses to become a party to this
Agreement and the Regional Director determines that it will promote the policies of the National Labor
Relations Act, the Regional Director may approve the settlement agreement and decline to issue or reissue a
Complaint in this matter.  If that occurs, this Agreement shall be between the Charged Party and the
undersigned Regional Director.  In that case, a Charging Party may request review of the decision to approve
the Agreement.  If the General Counsel does not sustain the Regional Director's approval, this Agreement shall
be null and void.

**AUTHORIZATION TO PROVIDE COMPLIANCE INFORMATION AND NOTICES DIRECTLY TO
CHARGED PARTY** — Counsel for the Charged Party authorizes the Regional Office to forward the cover
letter describing the general expectations and instructions to achieve compliance, a conformed settlement,

*WD 1/26/21*

original notices and a certification of posting directly to the Charged Party. If such authorization is granted, Counsel will be simultaneously served with a courtesy copy of these documents.

Yes _W/S_      No _____
    Initials           Initials

**PERFORMANCE** — Performance by the Charged Party with the terms and provisions of this Agreement shall commence immediately after the Agreement is approved by the Regional Director, or if the Charging Party does not enter into this Agreement, performance shall commence immediately upon receipt by the Charged Party of notice that no review has been requested or that the General Counsel has sustained the Regional Director.

The Charged Party agrees that in case of non-compliance with any of the terms of this Settlement Agreement by the Charged Party, and after 14 days' notice from the Regional Director of the National Labor Relations Board of such non-compliance without remedy by the Charged Party, the Regional Director will reissue the complaint previously issued on January 15, 2021 in the instant case.

**NOTIFICATION OF COMPLIANCE** — Each party to this Agreement will notify the Regional Director in writing what steps the Charged Party has taken to comply with the Agreement.  This notification shall be given within 5 days, and again after 60 days, from the date of the approval of this Agreement.  If the Charging Party does not enter into this Agreement, initial notice shall be given within 5 days after notification from the Regional Director that the Charging Party did not request review or that the General Counsel sustained the Regional Director's approval of this agreement.  No further action shall be taken in the above captioned case(s) provided that the Charged Party complies with the terms and conditions of this Settlement Agreement and Notice.

| **Charged Party**<br>**International Automobile, Aerospace and**<br>**Agricultural Implement Workers of America**<br>**International Union UAW, Local 2000** | **Charging Party**<br>**Tamara Sobolewski** |
|---|---|
| By:    Name and Title    Date _1-26-21_<br><br>_William Samples_<br>Print Name and Title below<br><br>William Samples<br>President | By:    Name and Title    Date<br><br><br>Print Name and Title below |
| Recommended By:    Date<br><br>CHERYL SIZEMORE<br>Field Attorney | Approved By:    Date<br><br>JENNIFER A. HADSALL<br>Acting Regional Director, Region 8 |

W/S  1-26-21

(To be printed and posted on official Board notice form)

**THE NATIONAL LABOR RELATIONS ACT GIVES YOU THE RIGHT TO:**

- Form, join, or assist a union;
- Choose a representative to bargain with your employer on your behalf;
- Act together with other employees for your benefit and protection;
- Choose not to engage in any of these protected activities.

**WE WILL NOT** restrain or coerce you in the exercise of the above rights.

**WE WILL NOT** fail to timely communicate with you when you ask about the status of a pending grievance, including any decision on whether or not to proceed with a grievance up to and including arbitration or any other resolution.

**WE WILL NOT,** in any like or related manner, restrain or coerce you in the exercise of your rights under Section 7 of the Act.

**WE WILL** promptly communicate with you when you ask about the status of a pending grievance, including any determination on whether or not to process a grievance up to and including arbitration or any other decision relating to a grievance.

**International Automobile, Aerospace and**
**Agricultural Implement Workers of America**
**International Union UAW, Local 2000**

(Labor Organization)

Dated: __1-26-21__  By: _William Dumpler_ _President_

(Representative)  (Title)

---

*The National Labor Relations Board is an independent Federal agency created in 1935 to enforce the National Labor Relations Act. We conduct secret-ballot elections to determine whether employees want union representation and we investigate and remedy unfair labor practices by employers and unions. To find out more about your rights under the Act and how to file a charge or election petition, you may speak confidentially to any agent with the Board's Regional Office set forth below or you may call the Board's toll-free number 1-844-762-NLRB (1-844-762-6572). Hearing impaired callers who wish to speak to an Agency representative should contact the Federal Relay Service (link is external) by visiting its website at https://www.federalrelay.us/tty (link is external), calling one of its toll free numbers and asking its Communications Assistant to call our toll free number at 1-844-762-NLRB.*

WD 1-26-21

 **OHIO CIVIL RIGHTS COMMISSION**

Governor Mike DeWine
Commissioners: Lori Barreras, Chair | William Patmon, III | Dr. Carolyn Peters | Madhu Singh
Executive Director Angela Phelps-White

February 11, 2021                                             Date mailed February 11, 2021

Tamara Sobolewski                           Ford Motor Company
1002 Dakota Avenue                          650 Miller Road
Lorain, Ohio 44052                          Avon Lake, Oho 44012

### LETTER OF DETERMINATION
Tamara Sobolewski v. Ford Motor Company
CLE74(45819)04222020; 22A-2020-01897C

**FINDINGS OF FACT:**

Charging Party filed a charge of discrimination with the Ohio Civil Rights Commission ("Commission") alleging Respondent engaged in an unlawful discriminatory practice. All jurisdictional requirements for filing a charge have been met.

After receiving the charge, the Commission conducted an investigation into Charging Party's allegations against Respondent. During the investigation, the Commission considered relevant documents and testimony. The information gathered does not support a recommendation that Respondent unlawfully discriminated against Charging Party. Specifically, the Commission found that Charging Party was not subjected to different terms and conditions, discipline, demotion, harassment, unequal pay, denial of reasonable accommodation, denial of promotion, or termination due to sex, gender stereotyping, disability, age, or religion, or in retaliation for engaging in protected activity. Instead, the investigation supported that Charging Party was released for making threats against employees on social media. Moreover, Charging Party failed to establish that she was subjected to harassment or that she raised a timely issue of discriminatory harassment with Respondent that was ignored.

**DECISION:**

The Ohio Civil Rights Commission determines it is **NOT PROBABLE** that Respondent has engaged in an unlawful discriminatory practice in violation of Ohio Revised Code Chapter 4112. Therefore, the Commission hereby orders that this matter be **DISMISSED**.

**NOTICE OF RIGHT TO REQUEST RECONSIDERATION:**

Pursuant to Ohio Administrative Code § 4112-3-04, you have the right to request reconsideration of this determination of the Commission. The application must be in writing and state specifically the grounds upon which it is based. If you wish to appear before the Commissioners to present oral arguments supporting your request, you must specifically make a request to appear in writing.

This request must be sent to the Compliance Department, Ohio Civil Rights Commission, 30 East Broad Street, 5th Floor, Columbus, Ohio 43215. You must submit the request for reconsideration, along with all additional evidence or supporting documentation, within **TEN (10) days** of the date of mailing of this

Rec'd 2-19-2021

Tamara Sobolewski v. Ford Motor Company
CLE74(45819)04222020; 22A-2020-01897C
Page 2

notice. Any application for reconsideration or additional materials received by the Compliance
Department in the Commission's Columbus Central Office after the ten-day period has expired
will be deemed untimely filed. Extensions of this ten-day filing period are not permitted.

**FOR DUAL FILED CHARGES ONLY:**
If your charge was filed with both the Commission and the U. S. Equal Employment Opportunity
Commission (EEOC), you have the right to request that the EEOC conduct a review of the
Commission finding.  The request for such a review must be sent directly to the EEOC State and
Local Coordinator at 101 W. Ohio St., Suite 1900, Indianapolis, IN 46204. To secure such a
review, you must request it in writing within **FIFTEEN (15) days** of Commission's finding, unless
you request a reconsideration by Commission. In that event, our final finding, and the time for you
to request review by EEOC, will be determined by Commission's action on your reconsideration
request.

**NOTICE OF RIGHT TO PETITION FOR JUDICIAL REVIEW:**
A determination of the Commission that constitutes a Final Order is subject to judicial review,
wherein the court reviews the contents of this letter and determines if there are sufficient factual
findings supporting why the Commission did not issue a complaint. A petition for judicial review
must be filed in the proper common pleas court within **THIRTY (30) days** of the date the
Commission mailed this Final Order. The right to obtain judicial review and the mode and
procedure thereof is set forth in Ohio Revised Code § 4112.06.

The judicial review process is not a means to reexamine the investigation or further pursue your
allegations through the Commission. You may consult with an attorney for information on
available options.

A Probable Cause finding is not a Final Order and is not subject to judicial review by a court. All
other determinations of the Commission constitute a Final Order and are subject to judicial review
by a court.

FOR THE COMMISSION,

*Kathy O'Dell*

Kathy G. O'Dell
Supervisor
kathy.odell@civ.ohio.gov

cc:  Representative for Respondent:
     Ryan Cates, Esq.
     Baker Hostetler LLP
     200 Civic Center Drive, Suite 1200
     Columbus, Ohio 43215



**Ohio** | **Bureau of Workers' Compensation**

Claim Information Report

| Claim number |
|---|
| 21-118173 |

## PART I  Injured worker information

| 1 Employee's name | Telephone number |
|---|---|
| TAMARA L Sobolewski | (440) 452-1982 |

| 2 Home address (number and street) | Apartment no. | Sex |
|---|---|---|
| 1002 DAKOTA AVE | | ☐ Male  ☒ Female |

| 3 City, State, ZIP code | Number of dependents |
|---|---|
| LORAIN, OH 44052-2770 | 1 |

| 4 Social security number | Birth date | Age | Marital status |
|---|---|---|---|
| 0404 | 09/14/1970 | | Single |

| 5 Occupation | Work experience (years and months in regular occupation |
|---|---|
| | |

| 6 Employer's name | Department where regularly work |
|---|---|
| FORD MOTOR COMPANY | |

| 7 Employer's address (employer's physical location - where employees regularly report to work) | At the time of injury were you on: |
|---|---|
| 16800 EXECUTIVE PLAZA DR FL 6TH | ☐ Overtime  ☐ Piece work |

| 8 City, State, ZIP code | Employer's telephone number |
|---|---|
| DEARBORN, MI 48126-4261 | (313) 206-4700 |

Past employers:

| 9 | Name(s) and address(es) | Date worked From | To | Total Wages |
|---|---|---|---|---|
| | | | | |
| | | | | |

| 10 Date of accident | Time | Date reported to employer | Last date worked | Date returned to work | Shift start ___ |
|---|---|---|---|---|---|
| | | 04/16/2011 | | 02/25/2020 | Shift end ___ |

| 11 Accident location (Street, Number, City, State, ZIP code) | Was accident actually on employer's premises? ☐ Yes  ☐ No |
|---|---|
| | |

| 12 Witnesses' name(s), Address, City, State, ZIP code | Was the Injured Worker performing regular occupation at time of accident? ☐ Yes  ☐ No |
|---|---|
| | |

| 13 Hospital - if any (Name, Address, City, State, ZIP code) |
|---|
| Moore Counselling 3151 Abbe Road Sheffield Village, OH 44054 |

| 14 Attending Physician (Name, Address, City, State, ZIP code) |
|---|
| Ford Motor Company 650 Miller Road Avon Lake, OH 44012 |

| 15 Description of injury |
|---|
| I inherited X X chromosomes from my mother and father. On February 4, 2011, my boss began disciplining me, progressively.  The male counterpart could do the job--I couldn't.  I was unable to correct that disability. The work conditions caused stress. Crying, I, reported to medical. Also 1/29/2019 |

| 16 Part of body injured and nature of the injury |
|---|
| Creation and exposure to a hostile work environment caused stress and depressive episodes.  This was purposeful, not accidental. |

**Employer's information**

| 19 | Name of employer | OSHA case no. | Telephone |
|---|---|---|---|
| | FORD MOTOR COMPANY | 5-8120-20-03 | (313) 206-4700 |

| 20 | Mailing Address (Number, Street, City, State, ZIP code) | Federal I.D. or Social Security number |
|---|---|---|

| 21 | Nature of business (farming, coal mining, etc.) | Was claimant ☐ Owner of business  ☐ Partner  ☐ Member of Firm | BWC USE ONLY |
|---|---|---|---|

| 22 | Type of organization (partnership, corp., etc.)  Corporation | |
|---|---|---|
| 23 | | Risk #  20002551-0    Manual #  8810-000 |

| 24 | 1. Total gross wages for six weeks prior to injury, include overtime | 2. Total gross wages for first seven days prior to injury, exclude overtime | 3. Claimants hourly rate of pay the week injury occurred | 4. Number of hours claimant was scheduled to work, week of injury |
|---|---|---|---|---|

**Weekly wages**

| For week ending | Amount earned | Number of days worked | For week ending | Amount earned | Number of days worked | For week ending | Amount earned | Number of days worked |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | BWC USE ONLY  FWW          AWW | | |

| 25 |
|---|

Weekly periods the employee did not work

| 26 | Additional employee wages received (meals, lodging, tips, etc.) |
|---|---|

| 27 | Employee receives wages, meals, lodging, health, and accident insurance benefits or any other employee benefits during period of disability, which are fully paid for by the employer? ☐ Yes  ☐ No   If yes, indicate period(s) and amount(s). |
|---|---|

| 28 | Employee is a ☐ Regular employee  ☐ Volunteer worker  ☐ Relief worker  ☐ Other | Type of jurisdiction |
|---|---|---|

| 29 | Sick leave wages received during disability? ☐ Yes  ☐ No ...  If yes, from _____ to _____   Total Amount  $_____ |
|---|---|

Social Security Administration
## Supplemental Security Income
Notice of Disapproved claim

Date: 03/16/2021
Claim Number: 328220

TAMARA LYNN SOBOLEWSKI
1002 DAKOTA AVENUE
LORAIN OH  44052

We are writing about your claim for Supplemental Security Income (SSI) payments. Based on a review of your health problems, you do not qualify for SSI payments on this claim. This is because you are not disabled or blind under our rules. Doctors and other trained staff looked at your case and made this decision. They work for the State but used our rules.

The rest of this letter explains our decision, information about other benefits, and your appeal rights.

### The Decision

See the enclosed Personalized Disability Explanation.

### About the Decision

There are many types of disability programs, both government and private, which use different rules. A person may be receiving benefits under another program and still not be entitled under our rules. This may be true in your case. Please see the enclosure called "Supplemental Security Income (SSI) Disability and Blindness Rules" for information about our rules.

### Information About Medicaid and Other Benefits

An SSI application is not an application for medical assistance or Medicaid. If you need medical assistance or if you have any questions about your eligibility for Medicaid, please contact the County Welfare Department.

The application you filed for SSI was also a claim for Social Security benefits. We looked into this, and decided you cannot get any Social Security benefits besides those you may already be getting.

You may want to contact your local public assistance office to find out if you qualify for payments from them.

### If You Disagree With The Decision

If you disagree with this decision, you have the right to appeal. We will review your entire case and consider any new facts you have. A person who did not make the first decision will decide the appeal.

- You have 60 days to ask for an appeal in writing.

- The 60 days start the day after you get this letter. We assume you got this letter 5 days after the date on it unless you show us that you did not get it within the 5-day period.

- You must have a good reason for waiting more than 60 days to ask for an appeal.

- You have to ask for an appeal in writing. You may use our form SSA-561-U2, called "Request for Reconsideration." may complete this form online at www.socialsecurity.gov/disability/appeal. Or, you may contact one of our offices or call 1-800-772-1213 to request this form. Contact one of our offices if you want help.

- In addition, you should complete a "Disability Report - Appeal" to tell us about your medical condition since filing th claim. You may complete this report online after you complete the online "Request for Reconsideration." Or, you may contact one of our offices or call 1-800-772-1213 to request this form.

### How the Appeal Works



You have the right to review the facts in your case. You can give us more facts to add to your file. Then we will decide your case again. You will not meet with the person who will decide your case.

**If You Want Help With Your Appeal**

You may choose to have a representative help you. We will work with this person just as we would work with you. If you decide to have a representative, you should find one quickly so that person can start preparing your case.

Many representatives charge a fee. Some charge a fee only if you receive benefits. Others may represent you for free. Usually, your representative may not charge a fee unless we approve it. Your local Social Security office can give you a list of groups that can help you find a representative.

If you get a representative, you or that person must notify us in writing. You may use our Form SSA-1696-U4 "Appointment of Representative." Any local Social Security office can give you this form.

**New Application**

You have the right to file a new application at any time, but a new application is not the same as an appeal. If you disagree with this decision and you file a new application instead of an appeal, you might lose some benefits or not qualify for any benefits. So, if you disagree with this decision, you should ask for an appeal within 60 days.

**Suspect Social Security Fraud?**

Please visit **https://oig.ssa.gov/report** or call the Inspector General's Fraud Hotline at 800-269-0271 (TTY 866-501-2101).

**If You Have Any Questions**

We invite you to visit our website at **www.socialsecurity.gov** to find general information about Social Security. If you have any questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at (866) 415-0172 . If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. We can answer most questions over the phone. You can also write or visit any Social Security office. The office that serves your area is located at:

LORAIN OH
SOCIAL SECURITY ADM
221 W 5TH ST
LORAIN OH 44052 - 9965

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly.

*Social Security Administration*

Enclosure(s):
Supplemental Security Income (SSI) Disability and Blindness Rules
Personalized Disability Explanation





UNITED STATES GOVERNMENT
## NATIONAL LABOR RELATIONS BOARD
REGION 8
1240 E 9TH ST
STE 1695
CLEVELAND, OH 44199-2086

Agency Website: www.nlrb.gov
Telephone: (216)522-3715
Fax: (216)522-2418

May 14, 2021

Phone: 952-703-2883

### VIA EMAIL ONLY

Tamara Sobolewski
1002 Dakota Avenue
Lorain, OH 44052
tamso1970@yahoo.com

Re:     International Union, United Automobile,
        Aerospace and Agricultural Implement
        Workers of America, AFL-CIO Local 2000
        (Ford Motor Company)
        Case 08-CB-264968

Dear Ms. Sobolewski:

We have been advised that on May 11, 2021, the Union posted the signed and dated Notice to Employees and Member at the following location(s):

- **Local Union hall and Local Union bulletin boards inside the plant**

If you have any information to the contrary, you should inform me promptly.  As you know, the Union is obligated to keep the notices posted continuously for a period of 60 days from the date of posting.

Any complaints regarding posting or any other aspects of compliance in this matter should be promptly directed to this office, in writing, together with any evidence you may have.

Very truly yours,

/s/Deann Helget

DEANN L. HELGET
Compliance Assistant

EEOC Form 161 (11/2020)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

| To: | Tamara Sobolewski<br>1002 Dakota Avenue<br>Lorain, OH 44052 | From: | Indianapolis District Office<br>101 West Ohio Street<br>Suite 1900<br>Indianapolis, IN 46204 |
|---|---|---|---|

| ☐ | On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR §1601.7(a)) | | |
|---|---|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 22A-2020-01897 | Jeremy A. Sells,<br>State & Local Coordinator | (463) 999-1161 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

| ☐ | The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC. |
|---|---|
| ☐ | Your allegations did not involve a disability as defined by the Americans With Disabilities Act. |
| ☐ | The Respondent employs less than the required number of employees or is not otherwise covered by the statutes. |
| ☐ | Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge |
| ☐ | The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge. |
| **X** | The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge. |
| ☐ | Other (briefly state) |

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed <u>WITHIN 90 DAYS</u> of your receipt of this notice** or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.

On behalf of the Commission

*Michelle Eisele*

May 17, 2021

Michelle Eisele,
District Director

*(Date Issued)*

Enclosures(s)

cc: **HR Director<br>FORD MOTOR COMPANY<br>650 Miller Road<br>Avon Lake, OH 44012**



# OHIO CIVIL RIGHTS COMMISSION

Governor Mike DeWine

Commissioners: Lori Barreras, Chair | J. Rita McNeil Danish | William Patmon, III | Dr. Carolyn Peters | Madhu Singh
Executive Director Angela Phelps-White

June 24, 2021                                        Mailed on June 24, 2021

Tamara Sobolewski                               Ford Motor Company
1002 Dakota Avenue                              650 Miller Road
Lorain, OH 44052                                Avon Lake, OH 44012

### LETTER OF DETERMINATION
### UPON RECONSIDERATION
### Tamara Sobolewski v. Ford Motor Company
### CLE74(45968)08142002; 22A-2020-02786C

**SUMMARY OF ALLEGATIONS:**

Charging Party filed a charge of discrimination with the Ohio Civil Rights Commission alleging Respondent engaged in an unlawful discriminatory practice. All jurisdictional requirements for filing a charge have been met.

After completing the preliminary investigation, the Commission entered into its records a finding of **No Probable Cause**. Charging Party applied for reconsideration of the Commission's decision. The Commission accepted Charging Party's application and conducted a reconsideration of its original **No Probable Cause** decision.

**FINDINGS OF FACT:**

The Commission re-examined the information gathered during its original investigation and reviewed additional information provided by the parties. Charging Party provided no new evidence to warrant the reversal of the original determination. Thus, the Commission finds that the initial investigation appropriately found that Charging Party was not denied access to a place of public accommodation due to sex, age, disability, religion, or retaliation for engaging in a protected activity. Contrary to Charging Party allegation, Respondent's facility is not a place of public accommodation. Further, the remaining allegations raised in the instant charge either are untimely or were addressed in a previous charge filed by Charging Party, Charge Number CLE74(45819)04222020.

**DECISION:**

Upon reconsideration, the Ohio Civil Rights Commission determines that **NO PROBABLE CAUSE** exists to believe that Respondent engaged in an unlawful discriminatory practice under Ohio Revised Code § 4112.02.

**Tamara Sobolewski v. Ford Motor Company**
**CLE74(45968)08142002; 22A-2020-02786C**
Page 2

**FOR DUAL FILED CHARGES ONLY:**
If your charge was filed with both the Commission and the U. S. Equal Employment Opportunity
Commission (EEOC), you have the right to request that the EEOC conduct a review of the Commission
finding. The request for such a review must be sent directly to the EEOC State and Local Coordinator at
101 W. Ohio St., Suite 1900, Indianapolis, IN 46204. To secure such a review, you must request it in
writing within **FIFTEEN (15) days** of Commission's finding, unless you request a reconsideration by
Commission. In that event, our final finding, and the time for you to request review by EEOC, will be
determined by Commission's action on your reconsideration request.

**NOTICE OF RIGHT TO PETITION FOR JUDICIAL REVIEW:**
A determination of the Ohio Civil Rights Commission that constitutes a Final Order is subject to judicial
review, wherein the court reviews the contents of this letter and determines if there are sufficient factual
findings supporting why the Commission did not issue a complaint. A petition for judicial review must
be filed in the proper common pleas court within **THIRTY (30) days** of the date the Commission
mailed this Final Order. The right to obtain judicial review and the mode and procedure thereof is set
forth in Ohio Revised Code § 4112.06.

The judicial review process is not a means to reexamine the investigation or further pursue your
allegations through the Commission. You may consult with an attorney for information on available
options.

A Probable Cause finding is not a Final Order and is not subject to judicial review by a court. All other
determinations of the Ohio Civil Rights Commission constitute a Final Order and are subject to judicial
review by a court.

**NOTICE OF SUIT RIGHTS:**
Pursuant to Ohio Revised Code 4112.051, the Charging Party may file a civil action against the
Respondent(s) alleging a violation of Ohio Revised Code 4112. The lawsuit may be filed in any State of
Ohio court that has jurisdiction over the matter. Ohio Revised Code 4112.052 and 4112.14 provides that
such a civil action must be filed within two years after the date of the alleged discriminatory practice. The
time period to file a civil action is tolled during the pendency of the Commission investigation. You are
advised to consult with an attorney to determine with accuracy of the date by which a civil action must be
filed.

FOR FEDERAL COURT FILINGS: Notices of Right to Sue under federal law will be issued by the
EEOC.

FOR THE COMMISSION,

Beyan H. Asoba, Reconsideration Supervisor

cc:    Ryan Cates, Esq.
       Baker & Hosteler LLP
       200 0 Civic Center Drive, Suite 1200
       Columbus, OH 43215-4138

EEOC Form 161 (11/2020)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

| To: **Tamara Sobolewski** <br> **1002 Dakota Avenue** <br> **Lorain, OH 44052** | From: **Indianapolis District Office** <br> **101 West Ohio Street** <br> **Suite 1900** <br> **Indianapolis, IN 46204** |
|---|---|

| | On behalf of person(s) aggrieved whose identity is *CONFIDENTIAL (29 CFR §1601.7(a))* | |
|---|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **22A-2020-02786** | **Jeremy A. Sells,** <br> **State & Local Coordinator** | **(463) 999-1161** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[ ] The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

[X] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):**  EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*Michelle Eisele*                                            August 26, 2021

Enclosures(s)

**Michelle Eisele,**                                        *(Date Issued)*
**District Director**

cc:   **HR Director** <br> **FORD MOTOR COMPANY** <br> **650 Miller Road** <br> **Avon Lake, OH 44012**

## Thank you for submitting a report to the Civil Rights Division

From: DOJ Civil Rights - Do Not Reply (civilrightsdonotreply@mail.civilrights.usdoj.gov)

To: tamso1970@yahoo.com

Date: Friday, June 24, 2022 at 12:15 PM EDT



U.S. Department of Justice
**Civil Rights Division**

| civilrights.justice.gov

*Please do not reply to this email. This is an unmonitored account.*

Thank you for submitting a report to the Civil Rights Division. Please save your record number for tracking. Your record number is: **171387-ZRG**.

If you reported an incident where you or someone else has experienced or is still experiencing physical harm or violence, or are in immediate danger, please call 911 and contact the police.

## What to Expect

### 1. We review your report

Our specialists in the Civil Rights Division carefully read every report to identify civil rights violations, spot trends, and determine if we have authority to help with your report.

### 2. Our specialists determine the next steps

We may decide to:

- Open an investigation or take some other action within the legal authority of the Justice Department.
- Collect more information before we can look into your report.

- Recommend another government agency that can properly look into your report. If so, we'll let you know.

In some cases, we may determine that we don't have legal authority to handle your report and will recommend that you seek help from a private lawyer or local legal aid organization.

## 3. When possible, we will follow up with you

We do our best to let you know about the outcome of our review. However, we may not always be able to provide you with updates because:

- We're actively working on an investigation or case related to your report.
- We're receiving and actively reviewing many requests at the same time.

If we are able to respond, we will contact you using the contact information you provided in this report. Depending on the type of report, response times can vary. If you need to reach us about your report, please refer to your report number when contacting us. This is how we keep track of your submission.

## What You Can Do Next

## 1. Contact local legal aid organizations or a lawyer if you haven't already.

Legal aid offices or members of lawyer associations in your state may be able to help you with your issue.

- American Bar Association, visit the www.americanbar.org/groups/legal_services/flh-home or call (800) 285-2221
- Legal Service Corporation (or Legal Aid Offices), visit the Legal Services Corporation or call (202) 295-1500

## 2. Learn More

Visit civilrights.justice.gov to learn more about your rights and see examples of violations we handle.

---

*Please Note: Each week, we receive hundreds of reports of potential violations. We collect and analyze this information to help us select cases, and we may use this information as evidence in an existing case. We will review your letter to decide whether it is necessary to contact you for additional information. We do not have the resources to follow-up on every letter.*

## Contact

civilrights.justice.gov

 U.S. Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

 (202) 514-3847
1-855-856-1247 (toll-free)
Telephone Device for the Deaf
(TTY) (202) 514-0716

## National Labor Relations Board Inquiry

From: Ryan, Daniel E. (daniel.ryan@nlrb.gov)

To:     tamso1970@yahoo.com

Date:  Tuesday, June 28, 2022 at 09:24 AM EDT

Good morning Ms. Sobolewski,

Please see the attached letter.

Thank you,

### Daniel Ryan
Field Examiner
National Labor Relations Board, Region 8
Anthony J. Celebrezze Federal Building
1240 East 9th Street, Room 1695
Cleveland, OH  44199-2086
Office Phone:  (216) 303-7390
Cell Phone:    (202) 264-9258
Fax:           (216) 522-2418
Daniel.Ryan@nlrb.gov

## NOTE:
**The NLRB has converted to an electronic file system.**
**The NLRB strongly encourages all parties to file electronically,**
**through our online E-File system, all substantive documents**
**presented to the Agency; a link to access our E-File system is here:**
www.nlrb.gov **Instructions - (1) Enter the NLRB case number, and; (2) Follow the detailed instructions.**


Tamara Sobolewski Ltr NM.pdf
133.5kB



UNITED STATES GOVERNMENT
## NATIONAL LABOR RELATIONS BOARD

REGION 8
1240 E 9TH ST
STE 1695
CLEVELAND, OH 44199-2086

Agency Website: www.nlrb.gov
Telephone: (216)522-3715
Fax: (216)522-2418



Download
NLRB
Mobile App

June 27, 2022

Tamara Sobolewski
1002 Dakota Avenue
Lorain, OH 44052

Re:     United Automobile Workers Local 2000
        (Ford Motor Company)

Dear Ms. Sobolewski:

As we discussed during our June 24, 2022 telephone conversation, all of your prior unfair labor practice charges filed against the United Automobile Workers Local 2000 (Union) are closed.  If you decide to file a new unfair labor practice charge against the Union, you may contact me at (216) 303-7390 or our Information Officer at (216) 522-3715.  As we discussed, under Section 10(b) of the National Labor Relations Act, your charge must be filed and served on the charged party within six months of the alleged unlawful actions.

Thank you,

Daniel Ryan
Field Examiner



UNITED STATES GOVERNMENT
**NATIONAL LABOR RELATIONS BOARD**
REGION 08
1240 E 9TH ST
STE 1695
CLEVELAND, OH 44199-2086

Agency Website: www.nlrb.gov
Telephone: (216)522-3715
Fax: (216)522-2418

Agent's Direct Dial: (216)303-7378

April 6, 2023

tamso1970@yahoo.com

Tamara Sobolewski
1002 Dakota Avenue
Lorain, OH 44052

Re:     United Auto Workers Local 2000

Dear Ms. Sobolewski:

Pursuant to our conversation, enclosed is a Charge Against Labor Organization form. Also enclosed is a fact sheet describing important information about protections for charging parties and witnesses during an NLRB investigation, including safeguards for immigrant workers. If you wish to file this charge with us, please do the following:

- ✓ Make any necessary corrections on the form
- ✓ Fill in any incomplete spaces
- ✓ Sign and date the form where indicated at the bottom
- ✓ Return the form to the above address or fax number

You may also wish to keep a copy of the charge for yourself. Once we receive a signed charge from you, we will give it a case number and assign a Board agent to investigate the case. We will then send you a letter telling you the case number and the name of the investigator.

Please remember that to be timely, your charge must be filed ***and served on the charged party*** within six months of the alleged unlawful actions. We normally send a copy of the charge to the charged party, but if you are running close to the 6-month deadline, be advised that it is your responsibility to see that the Employer receives a copy of the charge within the 6-month period. Feel free to contact me if you have any questions or need further assistance. If I am not in, please ask to speak to the Information Officer.

All documents submitted to the Region regarding your case MUST be filed through the Agency's website, www.nlrb.gov. This includes all formal pleadings, briefs, as well as affidavits, documentary evidence, and position statements. The Agency requests all evidence submitted electronically to be in the form it is normally used and maintained in the course of business (i.e., native format). Where evidence submitted electronically is not in native format, it should be submitted in a manner that retains the essential functionality of the native format (i.e., in a machine-readable and searchable electronic format).

- 2 -                                                       April 6, 2023

     If you have questions about the submission of evidence or expect to deliver a large quantity of electronic records, please promptly contact the Board agent investigating the charge. If you cannot e-file your documents, you must provide a statement explaining why you do not have access to the means for filing electronically or why filing electronically would impose an undue burden.

                       Very truly yours,

                       /s/ Kelly Freeman
                       KELLY FREEMAN
                       Field Attorney

Enclosure

   1.  Important Information About NLRB Investigations for Immigrant Workers

United Auto Workers, Local 2000 (Ford Motor Company), 08-CB-315762

From: McGinley, Nora (nora.mcginley@nlrb.gov)

To: tamso1970@yahoo.com

Date: Tuesday, April 11, 2023 at 07:54 PM EDT

**CAUTION:** This email and any attachments may contain Controlled Unclassified Information (CUI). National Archives and Records Administration (NARA) regulations at 32 CFR Part 2002 apply to all executive branch agencies that designate or handle information that meets the standards for CUI.

Good evening Tamara,

As we discussed, please provide all correspondence exchanged between you and the Union regarding your discharge grievance, along with any other relevant documentation. Please submit the documents no later than **Tuesday, April 25, 2023**. The documents should be submitted through the Agency's e-filing system on the Agency's website, www.nlrb.gov.

Please contact me if you have any questions.

Thank you -

Nora McGinley
Assistant to the Regional Director
National Labor Relations Board, Region 8
1240 East 9th Street, Suite 1695
Cleveland, Ohio    44199
Phone: 216-303-7370

## SEC Response - File HO::~01316359~::HO

From:   Help" <help@sec.gov> (help@sec.gov)

To:      tamso1970@yahoo.com

Date:   Thursday, June 22, 2023 at 09:30 AM EDT

Dear Tamara Sobolewski:

Thank you for contacting the U.S. Securities and Exchange Commission (SEC).

We appreciate your informing us of your concerns regarding Morrow Sodali LLC. The Office of Investor Education and Advocacy (OIEA) processes many complaints received from individual investors and others. We keep records of the correspondence we receive in a searchable database that SEC staff may make use of in inspections, examinations, and investigations. In addition, some correspondence received by OIEA is referred directly to other SEC offices and divisions for their review.  If they have any questions or wish to respond directly to your comments, they will contact you.

The SEC conducts its investigations on a confidential and nonpublic basis and neither confirms nor denies the existence of an investigation unless the SEC brings charges against someone involved. We do this to protect the integrity and effectiveness of our investigative process and to preserve the privacy of the individuals and entities involved. As a result, we will be unable to confirm whether an investigation exists or provide you with any updates on the status of your complaint or of any pending SEC investigation. Information on our policy is enclosed. You may wish to check our website, www.sec.gov, for information about pending SEC civil actions, administrative cases, and other matters.

If you have any questions, please feel free to contact our office by reply email (help@sec.gov).

Sincerely,

Office of Investor Education and Advocacy
U.S. Securities and Exchange Commission
(800) 732-0330
www.sec.gov
www.investor.gov
www.twitter.com/SEC_Investor_Ed


-------------------------------------------------------------------------------------------------
INFORMATION ABOUT SEC INVESTIGATIONS

Each year, thousands of investors ask the Securities and Exchange Commission to investigate the activities of other investors, financial professionals, corporations, brokerage firms, investment companies, stock exchanges, and others. These complaints generally suggest some impropriety or misconduct and sometimes make a plea to the SEC for direct assistance in resolving a grievance.

The SEC has the authority to investigate whether violations of the federal securities laws have occurred, and we make every effort to evaluate promptly and thoroughly the information provided by investors. But we cannot investigate every investor complaint. While many investor complaints do lead to full investigations and, if appropriate, to enforcement actions, we cannot guarantee that our review will lead to further investigation or that the SEC will take any legal action.

We also cannot provide you with updates on the status of your complaint or your request for an investigation. The SEC conducts investigations confidentially for two main reasons. First, we can conduct investigations more effectively if they are not announced publicly. For instance, important documents and evidence can be destroyed quickly if people hear of an investigation. Second, we keep our investigations confidential to protect the reputations of companies and individuals if we find no wrongdoing or decide we cannot bring a successful action against them. The SEC will not confirm or deny the existence of an investigation unless, and until, it becomes a matter of public record as the result of a court action or administrative proceeding.

When there is proof that someone has violated the securities laws, the sanctions may include financial penalties, orders to surrender profits, cease and desist orders, or an injunction by a court to prevent further violations. The SEC may also bar individuals from working for a securities firm, investment adviser, or investment company. We can also ask a federal court to bar individuals from being officers and directors of publicly held companies. In some situations, we may refer a case to the Department of Justice for possible criminal prosecution.

The SEC publishes news releases about its lawsuits and administrative actions, and the news media often report on them. You can read and download the SEC's "Enforcement Actions" on our website at www.sec.gov/divisions/enforce/enforceactions.shtml. Or you can obtain hard copies by reviewing "How to Request Public Documents" at:
http://www.sec.gov/answers/publicdocs.htm

Written requests may be submitted to:
U.S. Securities and Exchange Commission
Office of FOIA/PA Operations
100 F Street N.E.
Washington, DC 20549-2736
Fax:   (202) 772-9337
Tel:    (202) 551-8300

-------------------------------------------------------------------------------------------------
File Attachment:
Correspondent Name: Ms. Tamara  Sobolewski
Create Date: 6/20/2023
Origin: Web
File #: HO::~01316359~::HO
Description:
I am an agent in a call center.  I, along with other agents, were trained on a program called Morrow Sodali on 6/14/2023.  Our training was approximately 2 hours.  I was told today that I am fully trained to provide shareholder services.  Our job is recording shareholders' (proxy) votes.  I think that is called proxy solicitation.  Not one trainer or manager outlined our responsibilities regarding legal rules/regulations.  To my knowledge, no call center agents watched an experienced agent record vote(s).  How do I know I am qualified to record shareholder proxy votes?  An example is yesterday, I did not know I could not record votes with incorrect address and our training did not cover what to do in that instance.  How can us agents get training needed to protect ourselves and shareholders?

## Proxy voting

From:  Tamara (tamso1970@yahoo.com)

To:      help@sec.gov

Date:  Tuesday, June 27, 2023 at 02:58 PM EDT

Hello.

I submitted an inquiry regarding proxy voting. I did not receive an answer on my responsibilities. My team leader and senior management told me to do the job and if I express opposition I do not want fired so the job is what I am doing. I don't feel comfortable and I feel undertrained.

I am following my employers' orders. Should I follow direct orders because that is how I remain employed.

Input is appreciated.

Tamara.
440-452-1982 personal
I can't remember our office line. I'm in Middleburg heights Ohio.


Sent from my iPhone

## Proxy voting

From:   Tamara (tamso1970@yahoo.com)

To:     help@sec.gov

Date:   Tuesday, June 27, 2023 at 02:58 PM EDT

Hello.

I submitted an inquiry regarding proxy voting. I did not receive an answer on my responsibilities. My team leader and senior management told me to do the job and if I express opposition I do not want fired so the job is what I am doing. I don't feel comfortable and I feel undertrained.

I am following my employers' orders. Should I follow direct orders because that is how I remain employed.

Input is appreciated.

Tamara.
440-452-1982 personal
I can't remember our office line. I'm in Middleburg heights Ohio.


Sent from my iPhone

**Ohio** | **Bureau of Workers' Compensation**

30 W. Spring St.
Columbus OH 43215-2256

Governor **Mike DeWine**
Administrator/CEO **John Logue**

www.bwc.ohio.gov
1-800-644-6292

07/12/2023
Date Mailed

#BWNFVSQ
#XX33701660#

Tamara L. Sobolewski
1002 Dakota Ave
Lorain OH 44052-2770

| | | | |
|---|---|---|---|
| Injured worker: | Tamara L Sobolewski | | |
| Claim number: | 23-151490 | Employer's name: | DIALAMERICA MARKETING INC |
| Injury date: | 06/15/2023 | Policy number: | 00320394-0 |
| Claim type: | Accident | Manual number: | 8810-000 |



An application for workers' compensation benefits was filed 07/05/2023 on behalf of the injured worker, requesting the allowance of this claim for the following injury description: In March, claimant's sales dropped to zero. In April claimant was advised she violated policy and was retrained. In June, claimant got retrained and was threatened with termination. Claimant was disciplined for attendance.

The claim is denied for the following condition(s).

| Description | Body Location | Part of Body |
|---|---|---|
| NO INJURY | | |

The evidence does not support a finding that the employee sustained a physical injury or has contracted an occupational disease.

The employee has not met his or her burden of proof.

The decision to deny the claim is based on: Mechanism of injury listed on the First Report of Injury form and per phone conversation with claimant, as documented in claim notes dated 7/12/23, does not indicate claimant incurred any physical injury.

Ohio law requires that BWC allow the injured worker or employer 14 days from the receipt of this order to file an appeal. If the injured worker and employer agree with this decision, the 14-day appeal period may be waived. Both parties may submit a signed waiver of appeal to BWC. The Waiver of Appeal (C-108) is available through your local service office. Or you can log on to www.bwc.ohio.gov, select Workers, then click on Forms.

If the injured worker or the employer disagrees with this decision, either may file an appeal within 14 days of receipt of this order. Appeals are filed with the Industrial Commission of Ohio (IC), either via the internet at www.ic.ohio.gov or at any IC office, including the following one closest to the injured worker's home:

IC CLEVELAND REGIONAL OFFICE

615 SUPERIOR AVENUE, NORTHWEST

CLEVELAND OH 44113-1898

If there are any further questions concerning this decision, contact the claims service specialist listed below.

THIS DECISION BECOMES FINAL IF A WRITTEN APPEAL IS NOT RECEIVED WITHIN 14 DAYS OF RECEIVING THIS NOTICE.

Teresa G
Phone number:     (419) 227-4559
Fax number:        (866) 336-8352

cc:
DIALAMERICA MARKETING INC
Sedgwick Claims Management Services



Claim number:   23-151490

2

 U.S. Equal Employment Opportunity Commission     Welcome, Tamara

My Cases

| Case Number | Submission Date | Type | Status |
|---|---|---|---|
| 532-2021-00983 | 02-07-2021 | INQUIRY | Inquiry Closed |
| 532-2020-01156 | 02-13-2020 | CHARGE | Charge Closed |

«  ‹  [ 1 ] of 1  ›  »          Current Page: 1



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Indianapolis District Office
115 W. Washington St., South Tower Suite 600
Indianapolis, IN 46204
(463) 999-1240
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 05/22/2024

**To:** Tamara Sobolewski
1002 Dakota Avenue
Lorain, OH 44052

Charge No: 22A-2023-04970

EEOC Representative:      Jeremy Sells
State, Local & Tribal Coordinator
(463) 999-1161

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

The EEOC has adopted the findings of the state or local fair employment practices agency that investigated your charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission,

Digitally Signed By: Michelle Eisele  05/22/2024

Michelle Eisele
District Director

Please retain this notice for your records.

cc: On following page

Enclosure with EEOC Notice of Closure and Rights (01/22)

# INFORMATION RELATED TO FILING SUIT
# UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court **under Federal law**. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

## IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* this Notice**. Receipt generally means the date when you (or your representative) opened this email or mail. You should **keep a record of the date you received this notice**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving it (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of this Notice **and** within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

## ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

## NOTICE OF RIGHTS UNDER THE ADA AMENDMENTS ACT OF 2008 (ADAAA)

The ADA was amended, effective January 1, 2009, to broaden the definitions of disability to make it easier for individuals to be covered under the ADA/ADAAA. A disability is still defined as (1) a physical or mental impairment that substantially limits one or more major life activities (actual disability); (2) a record of a substantially limiting impairment; or (3) being regarded as having a disability. *However, these terms are redefined, and it is easier to be covered under the new law.*

If you plan to retain an attorney to assist you with your ADA claim, we recommend that you share this information with your attorney and suggest that he or she consult the amended regulations and appendix, and other ADA related publications, available at:
http://www.eeoc.gov/laws/types/disability_regulations.cfm.

## "Actual" disability or a "record of" a disability

If you are pursuing a failure to accommodate claim you must meet the standards for either "actual" or "record of" a disability:

- ✓ **The limitations from the impairment no longer must be severe or significant** for the impairment to be considered substantially limiting.

- ✓ In addition to activities such as performing manual tasks, walking, seeing, hearing, speaking, breathing, learning, thinking, concentrating, reading, bending, and communicating (more examples at 29 C.F.R. §

8/6/24, 8:46 AM                                              Reminder – Schedule an Interview

## Reminder of Scheduled Interview / Recordatorio de Entrevista Programada

From: EEOC (no-reply@service.eeoc.gov)

To:     tamso1970@yahoo.com

Date:  Sunday, August 4, 2024 at 06:18 AM EDT

 **U.S. Equal Employment Opportunity Commission**

You recently submitted an inquiry, 471-2024-06245, about alleged employment discrimination by UAW FORD NATIONAL DEVELOPMENT & TRAINING CENTER to EEOC. We noticed that you have not yet scheduled an interview to discuss your claim. Appointments open up daily; please continue to check for an available appointment. If you are unable to schedule an appointment, EEOC will contact you prior to your charge filing deadline and provide you with the opportunity to file a timely charge.

Please go to the EEOC Public Portal as soon as possible to schedule an interview with EEOC.

Please visit EEOC Public Portal as soon as possible to provide additional information about your inquiry. Providing additional information is optional, but can help make the interview more productive and efficient. You may add or edit the additional information up until you have your interview with EEOC. The information you provide is confidential and will not be disclosed to your employer during an investigation

**ANSWERING THESE QUESTIONS IS NOT THE SAME AS FILING A CHARGE OF DISCRIMINATION.**

A charge of discrimination is a signed statement asserting that an organization engaged in employment discrimination. It requests EEOC to take remedial action. The laws enforced by EEOC, except the Equal Pay Act, require you to file a charge before you can file a lawsuit for unlawful discrimination. There are strict time limits for filing a charge.

This email is an official notification from the Equal Employment Opportunity Commission (EEOC) regarding inquiry 471-2024-06245. Please do not reply to this email.

*Notice of Confidentiality: This email may contain privileged and confidential information, including information protected by federal and state privacy laws. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution, or duplication of this communication is strictly prohibited and may be unlawful. If you are not the intended recipient, please contact info@eeoc.gov and destroy all copies of the original message and attachments.*

 **Comisión para la Igualdad de Oportunidades en el Empleo de los Estados Unidos**

Recientemente envió una solicitud a la EEOC, 471-2024-06245, sobre alegaciones de discriminación laboral por parte de UAW FORD NATIONAL DEVELOPMENT & TRAINING CENTER. Notamos que no ha programado una entrevista para hablar sobre su solicitud. Las citas se abren diariamente; por favor siga revisando si hay una cita disponible. Si no puede programar una cita, la EEOC se pondrá en contacto con usted antes de la fecha límite para la presentación de su queja/querella y le ofrecerá la oportunidad de presentar una denuncia a tiempo.

Por favor, vaya al Portal Público de la EEOC lo antes posible para programar una entrevista con la EEOC.

Visite el EEOCPortal Público de la EEOC lo antes posible para proporcionar información adicional sobre su solicitud.

Proporcionar información adicional es opcional, pero puede ayudar a que la entrevista sea más productiva y eficiente. Puede agregar o modificar la información adicional hasta que tenga su entrevista con la EEOC. La información que proporcione es confidencial y no se compartirá con su empleador durante la investigación.

**RESPONDER A ESTAS PREGUNTAS NO ES LO MISMO QUE PRESENTAR UNA QUEJA/QUERELLA DE DISCRIMINACIÓN.**

Un cargo de discriminación es una declaración firmada que afirma que una organización participó en discriminación laboral. Este solicita a la EEOC que tome medidas correctivas. Las leyes que hace cumplir la EEOC, excepto la Ley de Igualdad Salarial, exigen que usted presente un cargo antes de poder presentar una demanda por discriminación ilegal. Existen límites de tiempo estrictos para presentar un cargo.

Este correo electrónico es una notificación oficial de la Comisión para la Igualdad de Oportunidades en el Empleo (EEOC, por sus siglas en inglés) con respecto a la solicitud de la EEOC 471-2024-06245. Por favor, no responda a este correo electrónico.

*Aviso de confidencialidad: La información contenida en esta transmisión puede contener información privilegiada y confidencial, incluida información protegida por las leyes de privacidad federales y estatales. Está destinada únicamente al uso de la(s) persona(s) nombrada(s) anteriormente. Si usted no es el/la destinatario/a previsto/a, se le notifica que cualquier revisión, difusión, distribución o duplicación de esta comunicación está estrictamente prohibida y puede ser ilegal. Si usted no es el/la destinatario/a previsto/a, póngase en contacto con nosotros en info@eeoc.gov y destruya todas las copias del mensaje original y los archivos adjuntos.*