**U.S. Department of Labor**

Office of Federal Contract Compliance Programs
Midwest Region
230 South Dearborn Street, Suite 570
Chicago, IL 60604



MAR 1 2 2020

Ohio Assembly Plant
650 Miller Road
Avon Lake, OH 44012
Attn: Human Resources

Complaint Reference Number: I00215614

Dear Sir or Madam,

This is to notify you that on February 7, 2020 we received a complaint from Tamara Sobolewski alleging a violation of Executive Order 11246, as amended. Under the provisions of a Memorandum of Understanding between the Office of Federal Contract Compliance Programs (OFCCP) and the U.S. Equal Employment Opportunity Commission (EEOC) effective November 7, 2011, the complaint is deemed simultaneously dual filed as a charge under Title VII of the Civil Rights Act of 1964, as amended (Title VII).

The complainant is alleges that during her employment with the Ohio Assembly Plant she was harassed about her work performance and wrongfully terminated.

Title VII requires us to send you notice of the filing within 10 calendar days of our receipt of a complaint. We have closed the complaint because it contains matters better suited for investigation and resolution by the EEOC under one or more of the laws it enforces. The complaint, in its entirety, has been transferred to the EEOC, Cleveland Field Office for investigation.

Please be advised that both OFCCP and EEOC regulations require that you retain all records pertinent to this complaint and ensure that there is no retaliation because of this complaint. In the event this complaint was filed with the EEOC under Title VII, you may receive a similar 10-day notice from the EEOC.

Sincerely,

CARMEN NAVARRO
Deputy Regional Director

Cc: Jim Hackett, President and CEO
650 Miller Road, Avon Lake, OH 44012

**EXHIBIT A**