| EEOC Form 161 (11/16) | **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION** |
|---|---|

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Tamara L. Sobolewski<br>1002 Dakota Avenue<br>Lorain, OH 44052 | From: | Cleveland Field Office<br>EEOC, AJC Fed Bldg<br>1240 E 9th St, Ste 3001<br>Cleveland, OH 44199 |
|---|---|---|---|

☐ *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 532-2020-01156 | Maria M. Colon,<br>Investigator | (216) 306-1129 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*[signature]*

Karen McDonough,
Acting Director

10/06/2020

*(Date Mailed)*

Enclosures(s)

cc: Steve Wilcox
Human Resources Manager
FORD MOTOR COMPANY
650 MILLER ROAD
Avon Lake, OH 44012

**EXHIBIT B**

| EEOC Form 5 (11/09) | | | |
|---|---|---|---|
| **CHARGE OF DISCRIMINATION**  This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | | Charge Presented To:  ☐ FEPA  ☒ EEOC | Agency(ies) Charge No(s):  532-2020-01156 |
| | **Ohio Civil Rights Commission**  *State or local Agency, if any* | | and EEOC |

| Name *(indicate Mr., Ms., Mrs.)*  Miss Tamara L. Sobolewski | Home Phone *(Incl. Area Code)*  (440) 452-1982 | Date of Birth |
|---|---|---|
| Street Address  1002 Dakota Avenue, Lorain, OH 44052 | City, State and ZIP Code | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name  FORD MOTOR OHIO ASSEMBLY PLANT | No. Employees, Members  500 or More | Phone No. *(Include Area Code)*  (440) 452-1982 |
|---|---|---|
| Street Address  650 MILLER ROAD, Avon Lake, OH 44012 | City, State and ZIP Code | |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| Street Address | City, State and ZIP Code | |

| DISCRIMINATION BASED ON *(Check appropriate box(es).)* | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN  ☐ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION  ☐ OTHER *(Specify)* | Earliest: 03-02-2020   Latest: 03-02-2020  ☐ CONTINUING ACTION |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

I was hired by the above-named Respondent in or about October 1992. My last position was Labor Pool. I am a qualified individual with a disability who has experience discrimination.

Beginning in August 2019, and continuing, I have been harassed by Respondent. I filed a complaint with human resources but no action was taken. On or about February 19, 2020, I was suspended. On or about March 2, 2020, I was terminated for allegedly violating a plant rule.

I believe I have been discriminated against in violation of Title I of the Americans with Disabilities Act of 1990, as amended (ADA).

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.  SIGNATURE OF COMPLAINANT  SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE  *(month, day, year)* |
| Date         Charging Party Signature | |