

# OHIO CIVIL RIGHTS COMMISSION

Governor Mike DeWine
Commissioners: Lori Barreras, Chair | William Patmon, III | Dr. Carolyn Peters | Madhu Singh
Executive Director Angela Phelps-White

April 1, 2021                                             Date mailed April 1, 2021

Tamara Sobolewski                  Ford Motor Company
1002 Dakota Avenue                 650 Miller Road
Lorain, Ohio 44052                 Avon Lake, Ohio 44012

## LETTER OF DETERMINATION
Tamara Sobolewski v. Ford Motor Company
CLE74(45968)08142020; 22A-2020-02786C

**FINDINGS OF FACT:**
Charging Party filed a charge of discrimination with the Ohio Civil Rights Commission ("Commission") alleging Respondent engaged in an unlawful discriminatory practice. All jurisdictional requirements for filing a charge have been met.

After receiving the charge, the Commission conducted an investigation into Charging Party's allegations against Respondent. During the investigation, the Commission considered relevant documents and testimony. The information gathered does not support a recommendation that Respondent unlawfully discriminated against Charging Party. Specifically, the Commission found that Charging Party was not denied access to a place of public accommodation due to sex, age, disability, religion, or in retaliation for engaging in protected activity. Contrary to Charging Party's allegation, Respondent's facility is not a place of public accommodation. Further, the remaining allegations raised in the instant charge either are untimely or were addressed in a previous charge filed by Charging Party (CLE74(45819)04222020).

**DECISION:**
The Ohio Civil Rights Commission determines it is **NOT PROBABLE** that Respondent has engaged in an unlawful discriminatory practice in violation of Ohio Revised Code Chapter 4112. Therefore, the Commission hereby orders that this matter be **DISMISSED**.

**NOTICE OF RIGHT TO REQUEST RECONSIDERATION:**
Pursuant to Ohio Administrative Code § 4112-3-04, you have the right to request reconsideration of this determination of the Commission. The application must be in writing and state specifically the grounds upon which it is based. If you wish to appear before the Commissioners to present oral arguments supporting your request, you must specifically make a request to appear in writing.

This request must be sent to the Compliance Department, Ohio Civil Rights Commission, 30 East Broad Street, 5th Floor, Columbus, Ohio 43215. You must submit the request for reconsideration, along with all additional evidence or supporting documentation, within **TEN (10) days** of the date of mailing of this notice. Any application for reconsideration or additional materials received by the Compliance Department in the Commission's Columbus Central Office after the ten-day period has expired will be deemed untimely filed. Extensions of this ten-day filing period are not permitted.

**EXHIBIT E**

CLEVELAND REGIONAL OFFICE | Lausche State Office Building 615 W. Superior Ave. Suite 885 Cleveland, OH 44113
PHONE: 216-787-3150 | TOLL FREE: 1-888-278-7101 | TTY: 614-752-2391 | FAX: 216-787-4121
www.crc.ohio.gov

Tamara Sobolewski v. Ford Motor Company
CLE74(45968)08142020; 22A-2020-02786C
Page 2

**FOR DUAL FILED CHARGES ONLY:**
If your charge was filed with both the Commission and the U. S. Equal Employment Opportunity Commission (EEOC), you have the right to request that the EEOC conduct a review of the Commission finding. The request for such a review must be sent directly to the EEOC State and Local Coordinator at 101 W. Ohio St., Suite 1900, Indianapolis, IN 46204. To secure such a review, you must request it in writing within **FIFTEEN (15) days** of Commission's finding, unless you request a reconsideration by Commission. In that event, our final finding, and the time for you to request review by EEOC, will be determined by Commission's action on your reconsideration request.

**NOTICE OF RIGHT TO PETITION FOR JUDICIAL REVIEW:**
A determination of the Commission that constitutes a Final Order is subject to judicial review, wherein the court reviews the contents of this letter and determines if there are sufficient factual findings supporting why the Commission did not issue a complaint. A petition for judicial review must be filed in the proper common pleas court within **THIRTY (30) days** of the date the Commission mailed this Final Order. The right to obtain judicial review and the mode and procedure thereof is set forth in Ohio Revised Code § 4112.06.

The judicial review process is not a means to reexamine the investigation or further pursue your allegations through the Commission. You may consult with an attorney for information on available options.

A Probable Cause finding is not a Final Order and is not subject to judicial review by a court. All other determinations of the Commission constitute a Final Order and are subject to judicial review by a court.

FOR THE COMMISSION,

*Kathy G. O'Dell*

Kathy G. O'Dell
Supervisor
kathy.odell@civ.ohio.gov

    cc:    <u>Representative for Respondent</u>:
           Ryan Cates, Esq.
           Baker & Hostetler LLP
           200 Civic Center Drive, Suite 1200
           Columbus, Ohio 43215-4138