

UNITED STATES GOVERNMENT
NATIONAL LABOR RELATIONS BOARD

REGION 8
1240 E 9TH ST
STE 1695
CLEVELAND, OH 44199-2086

Agency Website: www.nlrb.gov
Telephone: (216)522-3715
Fax: (216)522-2418



Download
NLRB
Mobile App

August 21, 2020

Jason Moore, Plant Mgr
Ford Motor Company Ohio Assembly Plant
650 Miller Rd
Avon Lake, OH 44012-2398

                          Re:    Ford Motor Company Ohio Assembly Plant
                                       Case 08-CA-264966

Dear Mr. Moore:

Enclosed is a copy of a charge that has been filed in this case. This letter tells you how to contact the Board agent who will be investigating the charge, explains your right to be represented, discusses presenting your evidence, and provides a brief explanation of our procedures, including how to submit documents to the NLRB.

**Investigator:** This charge is being investigated by Field Attorney CHERYL SIZEMORE whose telephone number is (216)303-7388. If this Board agent is not available, you may contact Supervisory Field Attorney RUDRA CHOUDHURY whose telephone number is (216)303-7359.

**Right to Representation:** You have the right to be represented by an attorney or other representative in any proceeding before us. If you choose to be represented, your representative must notify us in writing of this fact as soon as possible by completing *Form NLRB-4701, Notice of Appearance*. This form is available on our website, www.nlrb.gov, or from an NLRB office upon your request.

If you are contacted by someone about representing you in this case, please be assured that no organization or person seeking your business has any "inside knowledge" or favored relationship with the National Labor Relations Board. Their knowledge regarding this proceeding was only obtained through access to information that must be made available to any member of the public under the Freedom of Information Act.

**Presentation of Your Evidence:** We seek prompt resolutions of labor disputes. Therefore, I urge you or your representative to submit a complete written account of the facts and a statement of your position with respect to the allegations set forth in the charge as soon as possible. If the Board agent later asks for more evidence, I strongly urge you or your

EXHIBIT G

Ford Motor Company Ohio Assembly Plant    - 2 -
Case 08-CA-264966

representative to cooperate fully by promptly presenting all evidence relevant to the investigation. In this way, the case can be fully investigated more quickly.

Full and complete cooperation includes providing witnesses to give sworn affidavits to a Board agent, and providing all relevant documentary evidence requested by the Board agent. Sending us your written account of the facts and a statement of your position is not enough to be considered full and complete cooperation. A refusal to fully cooperate during the investigation might cause a case to be litigated unnecessarily.

In addition, either you or your representative must complete the enclosed Commerce Questionnaire to enable us to determine whether the NLRB has jurisdiction over this dispute. If you recently submitted this information in another case, or if you need assistance completing the form, please contact the Board agent.

We will not honor requests to limit our use of position statements or evidence. Specifically, any material you submit may be introduced as evidence at a hearing before an administrative law judge regardless of claims of confidentiality. However, certain evidence produced at a hearing may be protected from public disclosure by demonstrated claims of confidentiality.

Further, the Freedom of Information Act may require that we disclose position statements or evidence in closed cases upon request, unless an exemption applies, such as those protecting confidential financial information or personal privacy interests.

**Preservation of all Potential Evidence:** Please be mindful of your obligation to preserve all relevant documents and electronically stored information (ESI) in this case, and to take all steps necessary to avoid the inadvertent loss of information in your possession, custody or control. Relevant information includes, but is not limited to, paper documents and all ESI (e.g. SMS text messages, electronic documents, emails, and any data created by proprietary software tools) related to the above-captioned case.

**Prohibition on Recording Affidavit Interviews:** It is the policy of the General Counsel to prohibit affiants from recording the interview conducted by Board agents when subscribing Agency affidavits. Such recordings may impede the Agency's ability to safeguard the confidentiality of the affidavit itself, protect the privacy of the affiant and potentially compromise the integrity of the Region's investigation.

**Correspondence:** All documents submitted to the Region regarding your case MUST be filed through the Agency's website, www.nlrb.gov. This includes all formal pleadings, briefs, as well as affidavits, documentary evidence, and position statements. The Agency requests all evidence submitted electronically to be in the form it is normally used and maintained in the course of business (i.e., native format). Where evidence submitted electronically is not in native format, it should be submitted in a manner that retains the essential functionality of the native format (i.e., in a machine-readable and searchable electronic format).

Ford Motor Company Ohio Assembly Plant  - 3 -
Case 08-CA-264966

If you have questions about the submission of evidence or expect to deliver a large quantity of electronic records, please promptly contact the Board agent investigating the charge. If you cannot e-file your documents, you must provide a statement explaining why you do not have access to the means for filing electronically or why filing electronically would impose an undue burden.

In addition, this Region will be issuing case-related correspondence and documents, including complaints, compliance specifications, dismissal letters, deferral letters, and withdrawal letters, electronically to the email address you provide. Please ensure that you receive important case-related correspondence, please ensure that the Board Agent assigned to your case has your preferred email address. These steps will ensure that you receive correspondence faster and at a significantly lower cost to the taxpayer. If there is some reason you are unable to receive correspondence via email, please contact the agent assigned to your case to discuss the circumstances that prevent you from using email.

Information about the Agency, the procedures we follow in unfair labor practice cases and our customer service standards is available on our website, www.nlrb.gov or from an NLRB office upon your request. *NLRB Form 4541, Investigative Procedures* offers information that is helpful to parties involved in an investigation of an unfair labor practice charge.

We can provide assistance for persons with limited English proficiency or disability. Please let us know if you or any of your witnesses would like such assistance.

Very truly yours,

*/s/ Nora McGinley*

NORA F. MCGINLEY
Acting Regional Director

NFM/mll

Enclosures:
1. Copy of Charge
2. Commerce Questionnaire

Form NLRB - 501 (2-08)

UNITED STATES OF AMERICA
NATIONAL LABOR RELATIONS BOARD
**CHARGE AGAINST EMPLOYER**

INSTRUCTIONS:
File an original of this charge with NLRB Regional Director in which the alleged unfair labor practice occurred or is occurring.

| DO NOT WRITE IN THIS SPACE | |
|---|---|
| Case | Date Filed |
| 08-CA-264966 | 8/20/2020 |

### 1. EMPLOYER AGAINST WHOM CHARGE IS BROUGHT

| a. Name of Employer | | | b. Tel. No. |
|---|---|---|---|
| FORD MOTOR COMPANY - OHIO ASSEMBLY PLANT | | | (440)933-1200 |
| | | | c. Cell No. |

| d. Address (street, city, state ZIP code) | e. Employer Representative | | f. Fax No. |
|---|---|---|---|
| 650 Miller Rd, Avon Lake, OH 44012-2398 | Jason Moore Plant Mgr | | |
| | | | g. e-Mail jmoore34@ford.com |
| | | | h. Dispute Location (City and State) Avon Lake, OH |
| i. Type of Establishment (factory, nursing home, hotel) Factory | j. Principal Product or Service Manufacturer automobiles | | k. Number of workers at dispute location 1800 |

l. The above-named employer has engaged in and is engaging in unfair labor practices within the meaning of section 8(a), subsections (1) and (3) of the National Labor Relations Act, and these unfair labor practices are practices affecting commerce within the meaning of the Act, or these unfair labor practices are unfair practices affecting commerce within the meaning of the Act and the Postal Reorganization Act.

2. Basis of the Charge (set forth a clear and concise statement of the facts constituting the alleged unfair labor practices)

Since on or about February 19, 2020, the Employer has interfered with, restrained, and coerced, and is interfering with, restraining, and coercing employees of Ford Motor Company Ohio Assembly Plant, in the exercise of their rights to self-organization, to form, join or assist labor organizations, to bargain collectively through representatives of their own choosing, and to engage in other concerted activities for the purpose of collective bargaining or other mutual aid or protection, or to refrain from any or all such activities, which rights are guaranteed in Section 7 of the said Act.
On or about February 19, 2020, the Employer discriminated against, Tamera Sobolewski, because of her union and/or protected activities by removing her from the work schedule and refusing to tell Sobolewski her status.
By the acts set forth in the paragraphs above, and by other acts and conduct, it, by its officers, agents and representatives, has interfered with, restrained and coerced and is interfering with, restraining and coercing its employees in the exercise of their rights guaranteed in Section 7 of the said Act.

3. Full name of party filing charge (if labor organization, give full name, including local name and number)
Tamara Sobolewski

| 4a. Address (street and number, city, state, and ZIP code) | 4b. Tel. No. |
|---|---|
| 1002 Dakota Avenue, Lorain, OH 44052 | |
| | 4c. Cell No. (440)452-1982 |
| | 4d. Fax No. |
| | 4e. e-Mail tamso1970@yahoo.com |

5. Full name of national or international labor organization of which it is an affiliate or constituent unit (to be filled in when charge is filed by a labor organization) ~~UAW~~ United Automobile, Aerospace and Agricultural Implement Workers of America

6. DECLARATION
I declare that I have read the above charge and that the statements are true to the best of my knowledge and belief.

By: *Tamara Sobolewski* (signature of representative or person making charge)
Tamara Sobolewski
Print Name and Title

Address: 1002 Dakota Avenue, Lorain, OH 44052
Date: 8/20/2020

| Tel. No. | |
|---|---|
| Office, if any, Cell No. (440)452-1982 | |
| Fax No. | |
| e-Mail tamso1970@yahoo.com | |

WILLFUL FALSE STATEMENTS ON THIS CHARGE CAN BE PUNISHED BY FINE AND IMPRISONMENT (U.S. CODE, TITLE 18, SECTION 1001)

PRIVACY ACT STATEMENT
Solicitation of the information on this form is authorized by the National Labor Relations Act (NLRA), 29 U.S.C. § 151 et seq. The principal use of the information is to assist the National Labor Relations Board (NLRB) in processing unfair labor practice and related proceedings or litigation. The routine uses for the information are fully set forth in the Federal Register, 71 Fed. Reg. 74942-43 (Dec. 13, 2006). The NLRB will further explain these uses upon request. Disclosure of this information to the NLRB is voluntary; however, failure to supply the information will cause the NLRB to decline to invoke its processes.

1-2787750758

Revised 3/21/2011

# NATIONAL LABOR RELATIONS BOARD
## QUESTIONNAIRE ON COMMERCE INFORMATION

Please read carefully, answer all applicable items, and return to the NLRB Office. If additional space is required, please add a page and identify item number.

**CASE NAME**
Ford Motor Company Ohio Assembly Plant

**CASE NUMBER**
08-CA-264966

**1. EXACT LEGAL TITLE OF ENTITY** (As filed with State and/or stated in legal documents forming entity)

**2. TYPE OF ENTITY**
[ ] CORPORATION  [ ] LLC  [ ] LLP  [ ] PARTNERSHIP  [ ] SOLE PROPRIETORSHIP  [ ] OTHER (Specify)

**3. IF A CORPORATION or LLC**
A. STATE OF INCORPORATION OR FORMATION
B. NAME, ADDRESS, AND RELATIONSHIP (e.g. parent, subsidiary) OF ALL RELATED ENTITIES

**4. IF AN LLC OR ANY TYPE OF PARTNERSHIP, FULL NAME AND ADDRESS OF ALL MEMBERS OR PARTNERS**

**5. IF A SOLE PROPRIETORSHIP, FULL NAME AND ADDRESS OF PROPRIETOR**

**6. BRIEFLY DESCRIBE THE NATURE OF YOUR OPERATIONS** (Products handled or manufactured, or nature of services performed)

**7. A. PRINCIPAL LOCATION:**   **B. BRANCH LOCATIONS:**

**8. NUMBER OF PEOPLE PRESENTLY EMPLOYED**
A. Total:
B. At the address involved in this matter:

**9. DURING THE MOST RECENT** (Check appropriate box): [ ] CALENDAR YR  [ ] 12 MONTHS  or  [ ] FISCAL YR (FY dates           )

| | YES | NO |
|---|---|---|
| A. Did you **provide services** valued in excess of $50,000 directly to customers outside your State? If no, indicate actual value. $ | | |
| B. If you answered no to 9A, did you **provide services** valued in excess of $50,000 to customers in your State who purchased goods valued in excess of $50,000 from directly outside your State? If no, indicate the value of any such services you provided. $ | | |
| C. If you answered no to 9A and 9B, did you **provide services** valued in excess of $50,000 to public utilities, transit systems, newspapers, health care institutions, broadcasting stations, commercial buildings, educational institutions, or retail concerns? If less than $50,000, indicate amount. $ | | |
| D. Did you **sell goods** valued in excess of $50,000 directly to customers located outside your State? If less than $50,000, indicate amount. $ | | |
| E. If you answered no to 9D, did you **sell goods** valued in excess of $50,000 directly to customers located inside your State who purchased other goods valued in excess of $50,000 from directly outside your State? If less than $50,000, indicate amount. $ | | |
| F. Did you **purchase and receive goods** valued in excess of $50,000 from directly outside your State? If less than $50,000, indicate amount. $ | | |
| G. Did you **purchase and receive goods** valued in excess of $50,000 from enterprises who received the goods directly from points outside your State? If less than $50,000, indicate amount. $ | | |
| H. Gross Revenues from all sales or performance of services (Check the largest amount): [ ] $100,000  [ ] $250,000  [ ] $500,000  [ ] $1,000,000 or more   If less than $100,000, indicate amount. | | |
| I. Did you begin operations within the last 12 months? If yes, specify date: _____ | | |

**10. ARE YOU A MEMBER OF AN ASSOCIATION OR OTHER EMPLOYER GROUP THAT ENGAGES IN COLLECTIVE BARGAINING?**
[ ] YES  [ ] NO  (If yes, name and address of association or group).

**11. REPRESENTATIVE BEST QUALIFIED TO GIVE FURTHER INFORMATION ABOUT YOUR OPERATIONS**

| NAME | TITLE | E-MAIL ADDRESS | TEL. NUMBER |
|---|---|---|---|
| | | | |

**12. AUTHORIZED REPRESENTATIVE COMPLETING THIS QUESTIONNAIRE**

| NAME AND TITLE (Type or Print) | SIGNATURE | E-MAIL ADDRESS | DATE |
|---|---|---|---|
| | | | |

### PRIVACY ACT STATEMENT
Solicitation of the information on this form is authorized by the National Labor Relations Act (NLRA), 29 U.S.C. § 151 et seq. The principal use of the information is to assist the National Labor Relations Board (NLRB) in processing representation and/or unfair labor practice proceedings and related proceedings or litigation. The routine uses for the information are fully set forth in the Federal Register, 71 Fed. Reg. 74942-43 (Dec. 13, 2006). The NLRB will further explain these uses upon request. Disclosure of this information to the NLRB is voluntary. However, failure to supply the information may cause the NLRB to refuse to process any further a representation or unfair labor practice case, or may cause the NLRB to issue you a subpoena and seek enforcement of the subpoena in federal court.

UNITED STATES GOVERNMENT
NATIONAL LABOR RELATIONS BOARD
REGION 8
1240 E 9TH ST
STE 1695
CLEVELAND, OH 44199-2086

Agency Website: www.nlrb.gov
Telephone: (216)522-3715
Fax: (216)522-2418

November 10, 2020

Tamara Sobolewski
1002 Dakota Avenue
Lorain, OH 44052

Re: Ford Motor Company Ohio Assembly Plant
Case 08-CA-264966

Dear Ms. Sobolewski:

We have carefully investigated and considered your charge that FORD MOTOR COMPANY - OHIO ASSEMBLY PLANT has violated the National Labor Relations Act.

**Decision to Dismiss:** You allege that Ford Motor Company (Employer) violated Sections 8(a)(1) and (3) of the National Labor Relations Act by suspending and then terminating your employment in retaliation for your union and other protected activities. There was no evidence to show that your suspension and termination were motivated by your union or other protected activities. Rather, the investigation showed that your Employer suspended and terminated you because you posted threats of violence toward co-workers on social media. *Wright Line*, 251 NLRB 1083 (1980); *Tschiggfrie Properties, Ltd.*, 368 NLRB No. 120 (Nov. 22, 2019). I am, therefore, refusing to issue complaint in this matter.

**Charging Party's Right to Appeal:** The Charging Party may appeal my decision to the General Counsel of the National Labor Relations Board, through the Office of Appeals.

**Means of Filing:** You must file your appeal electronically or provide a written statement explaining why electronic submission is not possible or feasible (Written instructions for the NLRB's E-Filing system and the Terms and Conditions of the NLRB's E-Filing policy are available at www.nlrb.gov. See User Guide. A video demonstration which provides step-by-step instructions and frequently asked questions are also available at www.nlrb.gov. If you require additional assistance with E-Filing, please contact e-Filing@nlrb.gov.

You are encouraged to also submit a complete statement of the facts and reasons why you believe my decision was incorrect. If you cannot file electronically, please send the appeal and your written explanation of why you cannot file electronically to the **General Counsel** at the **National Labor Relations Board, Attn: Office of Appeals, 1015 Half Street SE, Washington, DC 20570-0001**. Unless filed electronically, a copy of the appeal should also be sent to me.

The appeal MAY NOT be filed by fax or email. The Office of Appeals will not process faxed or emailed appeals.

**Appeal Due Date:** The appeal is due on **November 24, 2020**. If the appeal is filed electronically, the transmission of the entire document through the Agency's website must be

Ford Motor Company Ohio Assembly Plant  - 2 -  November 10, 2020
Case 08-CA-264966

completed **no later than 11:59 p.m. Eastern Time** on the due date. If filing by mail or by delivery service an appeal will be found to be timely filed if it is postmarked or given to a delivery service no later than November 23, 2020. **If an appeal is postmarked or given to a delivery service on the due date, it will be rejected as untimely**. If hand delivered, an appeal must be received by the General Counsel in Washington D.C. by 5:00 p.m. Eastern Time on the appeal due date. If an appeal is not submitted in accordance with this paragraph, it will be rejected.

**Extension of Time to File Appeal:** The General Counsel may allow additional time to file the appeal if the Charging Party provides a good reason for doing so and the request for an extension of time is **received on or before November 24, 2020.** The request may be filed electronically through the *E-File Documents* link on our website www.nlrb.gov, by fax to (202)273-4283, by mail, or by delivery service. The General Counsel will not consider any request for an extension of time to file an appeal received after November 24, 2020, **even if it is postmarked or given to the delivery service before the due date**. Unless filed electronically, a copy of the extension of time should also be sent to me.

**Confidentiality:** We will not honor requests to limit our use of appeal statements or evidence. Upon a request under the Freedom of Information Act (FOIA) by a party during the processing of an appeal, the Agency's FOIA Branch discloses appeal statements, redacted for personal privacy, confidential source protection, or other applicable FOIA exemptions. In the event the appeal is sustained, any statement or material submitted may be introduced as evidence at a hearing before an administrative law judge. However, certain evidence produced at a hearing may be protected from public disclosure by demonstrated claims of confidentiality.

Very truly yours,

JENNIFER A. HADSALL
Acting Regional Director

Enclosure

cc: Jason Moore, Plant Mgr
Ford Motor Company Ohio Assembly Plant
650 Miller Rd
Avon Lake, OH 44012-2398

Ford Motor Company Ohio Assembly Plant   - 3 -   November 10, 2020
Case 08-CA-264966

Steve Kulp, Esq.
Ford Motor Company
One American Road
Room 404-A5
Dearborn, MI 48126-2701

Michelle Hull, Paralegal
Ford Motor Company
One American Road
Suite 404-A5
Dearborn, MI 48126

UNITED STATES OF AMERICA
NATIONAL LABOR RELATIONS BOARD

## APPEAL FORM

To:  General Counsel  
    Attn: Office of Appeals  
    National Labor Relations Board  
    1015 Half Street SE  
    Washington, DC 20570-0001  

Date:

    Please be advised that an appeal is hereby taken to the General Counsel of the National Labor Relations Board from the action of the Regional Director in refusing to issue a complaint on the charge in

Ford Motor Company Ohio Assembly Plant
_____
Case Name(s).

08-CA-264966
_____
Case No(s). *(If more than one case number, include all case numbers in which appeal is taken.)*

_____
*(Signature)*

# E-FILING TO APPEALS

1. **Extension of Time**:  This document is used when the Charging Party is asking for more time to efile an Appeal.

    - If an Extension of Time is e-filed, and there are additional documents to be e-filed simultaneously with it, please e-file those documents under the selection **Correspondence**.
    - After an Extension of Time has already been e-filed, any **additional** materials to add to the Extension of Time should be e-filed under **Correspondence**.

2. **File an Appeal**:  If the Charging Party does not agree with the Region's decision on the case, an Appeal can be e-filed.

    - Only **one** (**1**) **Appeal** can be e-filed to each determination in the Region's decision letter that is received.
    - After an Appeal has been e-filed, any **additional** materials to add to the Appeal should be e-filed under **Correspondence**.

3. **Notice of Appearance**:  Either party can e-file a Notice of Appearance if there is a new counsel representing one side or a different counsel.

    - This document is only e-filed with the Office of Appeals after a decision has been made by the Region.
    - This document can be e-filed **before** an Appeal is e-filed.

4. **Correspondence**:  Parties will **select** Correspondence when adding documents or supplementing the Appeal or Extension of Time.

    - Correspondence is used to e-file documents **after** an **Extension of Time, Appeal** or **Notice of Appearance** has been e-filed.

5. **Position Statement**:  The Charging Party or Charged Party may e-file a Position Statement.

    - The Charging Party will e-file this document as a supplement of the Appeal.
    - The Charged Party will specifically file one to support the Region's decision.
    - This document should be e-filed **after** an **Extension of Time, Appeal** or **Notice of Appearance** has been e-filed.

6. **Withdrawal Request**:  If the Charging Party decides to no longer pursue their appeal, he/she can e-file a Withdrawal Request to the Office of Appeals.

    - This document should be e-Filed **after** an **Extension of Time, Appeal** or **Notice of Appearance** has been e-filed.

    

7. The selections of **Evidence** or **Other** should no longer be used.