# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| TAMARA L. SOBOLEWSKI, | Case No. 1:24-cv-01396 |
| Plaintiff, | Judge J. Philip Calabrese |
| v. | |
| FORD MOTOR COMPANY, | |
| Defendant. | |

## JUDGMENT

The Court filed its Opinion and Order in this matter. Accordingly, the Court dismisses this case pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**SO ORDERED.**

Dated: December 26, 2024

_____
J. Philip Calabrese
United States District Judge
Northern District of Ohio